# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

Lori Wakefield, individually and on behalf of all others similarly situated,

**Plaintiff(s),**

v.

ViSalus, Inc., a Nevada corporation,

**Defendant(s).**

Civil Case No. 15-cv-01857-BR

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney **Rafey S. Balabanian** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Balabanian          Rafey          S
     (Last Name)         (First Name)   (MI)   (Suffix)

Firm or Business Affiliation: Edelson PC

Mailing Address: 350 North LaSalle Street, Suite 1300

City: Chicago        State: Illinois        Zip: 60654

Phone Number: (312) 589-6370        Fax Number: (312) 589-6378

Business E-mail Address: rbalabanian@edelson.com

(2) **BAR ADMISSIONS INFORMATION:**

   (a)  State bar admission(s), date(s) of admission, and bar ID number(s):
        Illinois, 11/10/2005, #6285687

   (b)  Other federal court admission(s), date(s) of admission, and bar ID number(s):
        Northern District of Illinois, 11/10/05, Central District of Illinois 1/12/06
        Seventh Circuit Court of Appeals, 8/15/08, Ninth Circuit Court of Appeals
        12/17/10, Northern District of Florida, 5/31/11 District of Colorado 3/16/12

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

   (a)  ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

   (b)  ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

   I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

   I am representing the following party(s) in this case:
   Plaintiff, Lori Wakefield

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 9th day of October, 2015

*(Signature of Pro Hac Counsel)*

Rafey S. Balabanian
*(Typed Name)*

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 9th day of October, 2015

*(Signature of Local Counsel)*

Name: Kocher     Scott     F
*(Last Name)*     *(First Name)*     *(MI)*     *(Suffix)*

Oregon State Bar Number: #015088
Firm or Business Affiliation: Forum Law Group LLC
Mailing Address: 811 SW Naito Parkway Suite 420
City: Portland     State: Oregon     Zip: 97204
Phone Number: (503) 445-2102     Business E-mail Address: scott@forumlawgroup.com

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge