# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

Lori Wakefield, individually and on behalf of all others similarly situated,

**Plaintiff(s),**

v.

ViSalus, Inc., a Nevada corporation,

**Defendant(s).**

Civil Case No. 15-cv-01857-BR

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney Eve-Lynn J. Rapp requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Rapp (Last Name)   Eve-Lynn (First Name)   J (MI)   (Suffix)

Firm or Business Affiliation: Edelson PC

Mailing Address: 350 North LaSalle Street, Suite 1300

City: Chicago   State: Illinois   Zip: 60654

Phone Number: (312) 589-6370   Fax Number: (312) 589-6378

Business E-mail Address: erapp@edelson.com

(2) **BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):
Illinois, 11/5/2009, #6300632

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
Northern District of Illinois, 5/24/10

Seventh Circuit Court of Appeals, 9/10/10

District of Colorado, 6/7/12

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plaintiff, Lori Wakefield

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 9th day of October, 2015

*(Signature of Pro Hac Counsel)*

Eve-Lynn J. Rapp
*(Typed Name)*

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 9th day of October, 2015

*(Signature of Local Counsel)*

Name: Kocher (Last Name)   Scott (First Name)   F (MI)   (Suffix)
Oregon State Bar Number: #015088
Firm or Business Affiliation: Forum Law Group LLC
Mailing Address: 811 SW Naito Parkway Suite 420
City: Portland   State: Oregon   Zip: 97204
Phone Number: (503) 445-2102   Business E-mail Address: scott@forumlawgroup.com

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge