# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

Lori Wakefield, individually and on behalf of all others similarly situated,

**Plaintiff(s),**

v.

ViSalus, Inc., a Nevada corporation,

**Defendant(s).**

Civil Case No. 15-cv-01857-BR

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney Benjamin H. Richman requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Richman, Benjamin, H
(Last Name) (First Name) (MI) (Suffix)

Firm or Business Affiliation: Edelson PC

Mailing Address: 350 North LaSalle Street, Suite 1300

City: Chicago   State: Illinois   Zip: 60654

Phone Number: (312) 589-6370   Fax Number: (312) 589-6378

Business E-mail Address: brichman@edelson.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):
Illinois, 11/5/09, #6300668

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
Northern District of Illinois, 11/24/09
Northern District of Florida, 5/31/11
District of Colorado, 3/16/12

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plaintiff, Lori Wakefield

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 9th day of October, 2015

_(Signature of Pro Hac Counsel)_

Benjamin H. Richman
_(Typed Name)_

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 9th day of October, 2015

_(Signature of Local Counsel)_

Name: Kocher (Last Name), Scott (First Name), F (MI), (Suffix)

Oregon State Bar Number: #015088

Firm or Business Affiliation: Forum Law Group LLC

Mailing Address: 811 SW Naito Parkway Suite 420

City: Portland   State: Oregon   Zip: 97204

Phone Number: (503) 445-2102   Business E-mail Address: scott@forumlawgroup.com

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

U.S. District Court–Oregon
Revised March 1, 2014

Application for Special Admission - *Pro Hac Vice*
Page 3 of 3