UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Lori Wakefield, individually and on behalf of
all others similarly situated,

        **Plaintiff(s),**

v.

ViSalus, Inc., a Nevada corporation,

        **Defendant(s).**

Civil Case No. 15-cv-01857-BR

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney Rafey S. Balabanian requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Balabanian (Last Name)    Rafey (First Name)    S (MI)    (Suffix)

Firm or Business Affiliation: Edelson PC

Mailing Address: 350 North LaSalle Street, Suite 1300

City: Chicago    State: Illinois    Zip: 60654

Phone Number: (312) 589-6370    Fax Number: (312) 589-6378

Business E-mail Address: rbalabanian@edelson.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):
Illinois, 11/10/2005, #6285687

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
Northern District of Illinois, 11/10/05, Central District of Illinois 1/12/06
Seventh Circuit Court of Appeals, 8/15/08, Ninth Circuit Court of Appeals
12/17/10, Northern District of Florida, 5/31/11 District of Colorado 3/16/12

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plaintiff, Lori Wakefield

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 9th day of October, 2015

*(Signature of Pro Hac Counsel)*

Rafey S. Balabanian
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 9th day of October, 2015

*(Signature of Local Counsel)*

Name: Kocher          Scott          F
      *(Last Name)*   *(First Name)* *(MI)*   *(Suffix)*

Oregon State Bar Number: #015088

Firm or Business Affiliation: Forum Law Group LLC

Mailing Address: 811 SW Naito Parkway Suite 420

City: Portland    State: Oregon    Zip: 97204

Phone Number: (503) 445-2102    Business E-mail Address: scott@forumlawgroup.com

---

**COURT ACTION**

[X] Application approved subject to payment of fees.
[ ] Application denied.

DATED this 19th day of October, 2015

/s/ Anna J. Brown
Judge