UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Lori Wakefield, individually and on behalf of all others similarly situated,

        **Plaintiff(s),**

v.

ViSalus, Inc., a Nevada corporation

        **Defendant(s).**

Civil Case No. 15-cv-01857-BR

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney Stefan Coleman requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Coleman (Last Name), Stefan (First Name), L (MI), (Suffix)

Firm or Business Affiliation: Law Offices of Stefan Coleman, LLC

Mailing Address: 201 S. Biscayne Blvd, 28th Floor

City: Miami  State: Florida  Zip: 33131

Phone Number: 877-333-9427  Fax Number: 888-498-8946

Business E-mail Address: law@stefancoleman.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Florida 10/9/2006 #0030188

New Jersey 6/1 / 2009 #000382009

New York 6/23/2009 #4734091

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
Colorado Dist Ct 2009; Districts of Florida 2009 and 2010; District of

Columbia 2008; Districts of Illionois 2009; Districts of New York 2009;

District of NJ 2009; Western Dist of Michigan 2009

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plaintiff, Lori Wakefield

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this __22nd__ day of __October__, __2015__

_____
(Signature of Pro Hac Counsel)

Stefan Coleman
(Typed Name)

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __22nd__ day of __Oct__, __2015__

_____
(Signature of Local Counsel)

Name: __Kocher__ __Scott__ __F__
       (Last Name)        (First Name)        (MI)    (Suffix)

Oregon State Bar Number: __#015088__

Firm or Business Affiliation: __Forum Law Group LLC__

Mailing Address: __811 SW Naito Parkway Suite 420__

City: __Portland__    State: __Oregon__    Zip: __97204__

Phone Number: __(503) 445-2102__    Business E-mail Address: __scott@forumlawgroup.com__

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge