**Joshua M. Sasaki, P.C.**, OSB No. 964182
josh.sasaki@millernash.com
**Jonathan H. Singer,** OSB No. 105048
jonathan.singer@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

      Attorneys for Defendant
      ViSalus, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LORI WAKEFIELD, individually and behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>    v.<br><br>VISALUS, INC., a Nevada corporation,<br><br>           Defendant. | Case No. 3:15-cv-01857-BR<br><br>DEFENDANT VISALUS, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO APPEAR |

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7-1, the undersigned certifies that counsel for ViSalus, Inc. ("ViSalus"), conferred with counsel for plaintiff and that plaintiff's counsel does not oppose the extension requested in this motion.

## MOTION

In accordance with Federal Rule of Civil Procedure 6(b), ViSalus moves the court for an order granting it an extension of time to December 28, 2015, in which to respond to the complaint, without prejudice to ViSalus's right to file a motion seeking dismissal.

## MEMORANDUM OF LAW

Plaintiff filed its complaint on October 1, 2015.  Based on a date of service, ViSalus's response to the complaint would be due on October 26, 2015.  Miller Nash Graham & Dunn LLP was only recently retained as local counsel.

This is ViSalus's first request for an extension.  This motion is not made for purposes of delay.  ViSalus does not waive any objections, defenses, motions, responses, or claims it may have in this action by filing this motion, including but not limited to any defenses as to personal jurisdiction, statute of limitations, or otherwise.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

## CONCLUSION

ViSalus respectfully requests an extension of time to respond to the complaint to December 28, 2015.

DATED this 26th day of October, 2015.

MILLER NASH GRAHAM & DUNN LLP


*/s/ Jonathan H. Singer*
Joshua M. Sasaki, P.C., OSB No. 964182
josh.sasaki@millernash.com
Jonathan H. Singer, OSB No. 105048
jonathan.singer@millernash.com
Phone: 503.224.5858
Fax: 503.224.0155

Attorneys for Defendant ViSalus, Inc.

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

70057588.1

I hereby certify that I served the foregoing Defendant ViSalus, Inc.'s Unopposed Motion to Extend Time to Appear on:

| | |
|---|---|
| Scott F. Kocher | Rafey S. Balabanian (*pro hac vice*) |
| FORUM LAW GROUP LLC | Benjamin H. Richman (*pro hac vice*) |
| 811 S.W. Naito Parkway, Suite 420 | Eve-Lynn Rapp (*pro hac vice*) |
| Portland, Oregon 97204 | EDELSON PC |
| Telephone: 503.445.2102 | 350 North LaSalle Street, Suite 1300 |
| Fax: 503.445.2120 | Chicago, Illinois 60654 |
| E-mail: scott@forumlawgroup.com | Telephone: 312.589.6370 |
| | Fax: 312.589.6378 |
| *Attorneys for Plaintiff* | E-mail: rbalabanian@edelson.com |
| | brichman@edelson.com |
| | erapp@edelson.com |
| | |
| | *Attorneys for Plaintiff* |

by the following indicated method or methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **E-mail.** As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐ **Facsimile communication device.**

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

☐ **Overnight courier, delivery prepaid.**

DATED this 26th day of October, 2015.


*/s/ Jonathan H. Singer*
Jonathan H. Singer, OSB No. 105048

*Of Attorneys for Defendant ViSalus, Inc.*

70057588.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204