UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

LORI WAKEFIELD

        Plaintiff(s),

v.

VISALUS, INC.

        Defendant(s).

Civil Case No. 3:15-cv-01857-BR

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney Sarah R. Anchors requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Anchors (Last Name)  Sarah (First Name)  R (MI)  (Suffix)
Firm or Business Affiliation: Quarles & Brady LLP
Mailing Address: 2 N. Central Ave., Renaissance One
City: Phoenix  State: AZ  Zip: 85004
Phone Number: 602.229.5788  Fax Number: 602.229.5690
Business E-mail Address: sarah.anchors@quarles.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):

| | | |
|---|---|---|
| AZ State Bar | October 19, 2007 | 025344 |
| | | |
| | | |

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):

| | | |
|---|---|---|
| District Court of AZ | November 19, 2007 | 025344 |
| US Court of Appeals, 9th Cir. | October 31, 2008 | 025344 |
| | | |

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Defendant ViSalus, Inc.

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 29th day of January, 2016

*(Signature of Pro Hac Counsel)*

Sarah R. Anchors
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 29th day of January, 2016

*(Signature of Local Counsel)*

Name: Singer, Jonathan, H.
    *(Last Name)*    *(First Name)*    *(MI)*    *(Suffix)*

Oregon State Bar Number: 105048
Firm or Business Affiliation: Miller Nash Graham & Dunn LLP
Mailing Address: 111 SW Fifth Avenue, Suite 3400
City: Portland    State: OR    Zip: 97204
Phone Number: 503.224.5858    Business E-mail Address: jonathan.singer@millernash

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge