UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

LORI WAKEFIELD

        Plaintiff(s),

v.

VISALUS, INC.

        Defendant(s).

Civil Case No. 3:15-cv-01857-BR

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney **John S. Craiger** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)     **PERSONAL DATA:**

Name: **Craiger**    **John**    **S**
        (Last Name)    (First Name)    (MI)    (Suffix)

Firm or Business Affiliation: **Quarles & Brady LLP**
Mailing Address: **2 N. Central Ave., Renaissance One**
City: **Phoenix**    State: **AZ**    Zip: **85004**
Phone Number: **602.229.5618**    Fax Number: **602.229.5690**
Business E-mail Address: **john.craiger@quarles.com**

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):

| | | |
|---|---|---|
| AZ State Bar | 2002 | 021731 |

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):

| | | |
|---|---|---|
| District Court of AZ | 2002 | 021731 |
| US Court of Appeals, 9th Cir. | 2002 | 021731 |

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Defendant ViSalus, Inc.

**(6)    CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 29th day of January, 2016

_____
(Signature of Pro Hac Counsel)

John S. Craiger
(Typed Name)

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 1st day of February, 2016

_____
(Signature of Local Counsel)

Name: Singer, Jonathan H.
      (Last Name)    (First Name)    (MI)    (Suffix)

Oregon State Bar Number: 105048

Firm or Business Affiliation: Miller Nash Graham & Dunn LLP

Mailing Address: 111 SW Fifth Avenue, Suite 3400

City: Portland    State: OR    Zip: 97204

Phone Number: 503.224.5858    Business E-mail Address: jonathan.singer@millernash

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge