**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

LORI WAKEFIELD

　　　　　Plaintiff(s),

v.

VISALUS, INC.

　　　　　Defendant(s).

Civil Case No. 3:15-cv-01857-BR

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney John S. Craiger requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1)　PERSONAL DATA:**

Name: Craiger　　　John　　　S
　　　(Last Name)　(First Name)　(MI)　(Suffix)

Firm or Business Affiliation: Quarles & Brady LLP
Mailing Address: 2 N. Central Ave., Renaissance One
City: Phoenix　　State: AZ　　Zip: 85004
Phone Number: 602.229.5618　　Fax Number: 602.229.5690
Business E-mail Address: john.craiger@quarles.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):

| | | |
|---|---|---|
| AZ State Bar | 2002 | 021731 |

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):

| | | |
|---|---|---|
| District Court of AZ | 2002 | 021731 |
| US Court of Appeals, 9th Cir. | 2002 | 021731 |

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Defendant ViSalus, Inc.

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 29th day of January, 2016

_____
*(Signature of Pro Hac Counsel)*

John S. Craiger
*(Typed Name)*

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 1st day of February, 2016

_____
*(Signature of Local Counsel)*

Name: Singer, Jonathan, H.
       (Last Name)   (First Name)   (MI)   (Suffix)

Oregon State Bar Number: 105048

Firm or Business Affiliation: Miller Nash Graham & Dunn LLP

Mailing Address: 111 SW Fifth Avenue, Suite 3400

City: Portland    State: OR    Zip: 97204

Phone Number: 503.224.5858    Business E-mail Address: jonathan.singer@millernash

---

### COURT ACTION

☑ Application approved subject to payment of fees.
☐ Application denied.

DATED this 2nd day of February, 2016

_____
Judge