UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Lori Wakefield, individually and on behalf of all other similarly situated,
**Plaintiff(s),**
v.

ViSalus, Inc., a Nevada corporation,
**Defendant(s).**

Civil Case No. 15-cv-01857-BR

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney Stewart R. Pollock requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Pollock (Last Name)   Stewart (First Name)   R (MI)   (Suffix)

Firm or Business Affiliation: Edelson PC

Mailing Address: 123 Townsend Street, Suite 100

City: San Francisco   State: California   Zip: 94107

Phone Number: (415) 212-9300   Fax Number: (415) 373-9435

Business E-mail Address: spollock@edelson.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):

           California, 12/12/2014, #301356

           District of Columbia, 2/8/2016, #1030621

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):

           Southern District of CA - 12/19/14, Northern District of CA - 12/17/14

           Eastern District of CA - 1/13/15, Central District of CA - 1/6/15

           Ninth Circuit Court of Appeals - 12/17/14

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Plaintiff, Lori Wakefield

(6)    **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this  6th  day of  July , 2016

_____
(Signature of Pro Hac Counsel)

Stewart R. Pollock
_____
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this  6th  day of  July , 2016

_____
(Signature of Local Counsel)

Name: Kocher            Scott            F
       (Last Name)      (First Name)    (MI)    (Suffix)

Oregon State Bar Number: #015088

Firm or Business Affiliation: Forum Law Group LLC

Mailing Address: 811 SW Naito Parkway, Suite 420

City: Portland        State: Oregon    Zip: 97204

Phone Number: (503) 445-2102    Business E-mail Address: scott@forumlawgroup.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge