**Scott F. Kocher, OSB #015088**
scott@forumlawgroup.com
FORUM LAW GROUP LLC
811 SW Naito Parkway, Suite 420
Portland, Oregon 97204
Tel: 503.445.2102
Fax: 503.445.2120

Rafey S. Balabanian*
rbalabanian@edelson.com
Eve-Lynn Rapp*
erapp@edelson.com
Stewart R. Pollock*
spollock@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Attorneys for Plaintiffs

*Admitted Pro Hac Vice

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| **LORI WAKEFIELD**, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>**VISALUS, INC.**, a Nevada corporation,<br><br>        Defendant. | Case No.: 3:15-cv-01857-BR<br><br>**EXHIBITS TO PLAINTIFF'S RENEWED MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

**List of Exhibits**

1. Excerpts of November 16, 2016 Deposition of John Laun

2. Composite of Outbound Call Scripts

3. Excerpts of December 12, 2016 30(b)(6) Deposition of Scott Gidley

4. Composite Excerpts of Contact Lists

5. Excerpts of Defendant's Supplemental Responses to Plaintiff's First Set of Interrogatories

6. Composite of Promoter and Purchaser Forms

7. Excerpts of January 20, 2017 Deposition of Justin Call

8. Outreach Support Team Guidelines and Expectations

9. Vi Support Team Manual

10. Composite of POM Instructions

11. Excerpts of "Press One" Campaign Call Scripts

12. Outbound Disposition Codes

13. Excerpt of Contact List, April2015_WinbackP2.csv

14. VISALUS_WAKEFIELD0000042, Communication Preferences

15. VISALUS_WAKEFIELD000043, Do Not Call Process

16. Excerpts of November 1, 2016 Deposition of Lori Wakefield

17. Excerpts of Customer Complaints

18. WAKEFIELD000001-000015, Online Customer Complaints

19. WAKEFIELD000018, Wakefield DNC Registration

20. MOLALLA000001-000010, Wakefield Call Records

21. Composite Excerpts of Contact Lists (Oregon Filtered): 2014 Winback Master List & Winback_USA_Customers_Jan_Dec2013