# EXHIBIT 4
## (Confidential - To Be Filed Under Seal)

# EXCERPT OF SPREADSHEET:
WinBack_USA_Customers_Jan_Dec2013.xlsx

# (Confidential –
To Be Filed Under Seal)

# EXCERPT OF SPREADSHEET:
## 2014 Winback Master List.xlsx

# (Confidential –
# To Be Filed Under Seal)

# EXCERPT OF SPREADSHEET:
## VISALUS_WAKEFIELD000242 -CONFIDENTIAL
## PatriciaRottman_WinBack_Jan2015.xlsx

## (Confidential – To Be Filed Under Seal)

# EXCERPT OF SPREADSHEET:
## FuelKitUpgrade_Jan2015.csv

## (Confidential –
## To Be Filed Under Seal)

# EXCERPT OF SPREADSHEET:
## FuelKitUpgrade_Jan2015P2.csv

# (Confidential –
# To Be Filed Under Seal)

# EXCERPT OF SPREADSHEET:
## Did Not Buy Neon Yet.csv

# (Confidential –
# To Be Filed Under Seal)