**Joshua M. Sasaki, P.C.**, OSB No. 964182
josh.sasaki@millernash.com
**Jonathan H. Singer,** OSB No. 105048
jonathan.singer@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

**Sarah R. Anchors** (admitted pro hac vice)
sarah.anchors@quarles.com
Quarles & Brady LLP
 2 N. Central Ave.
One Renaissance Square
Phoenix, AZ 85004
Telephone: 602.229.5200
Facsimile: 602.229.5690

Attorneys for Defendant ViSalus, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LORI WAKEFIELD**, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>**VISALUS, INC**., a Nevada corporation,<br><br>    Defendant. | CV No. 3:15-cv-01857-BR<br><br>**UNOPPOSED MOTION FOR AN ORDER ALLOWING DEFENDANT TO FILE A DOCUMENT UNDER SEAL** |

## LR 7.1 CERTIFICATION

The undersigned counsel certifies that they have conferred with counsel for Plaintiff about this Unopposed Motion, and is authorized to state that Plaintiff agrees to the requested

Page 1 -   Unopposed Motion to File A Document Under Seal
QB\44770208.

relief.

## MOTION

Pursuant to Local Rules 3-7(b), 5-5(b), and 26-4(c), as well as the Stipulated Protective Order entered on April 14, 2016 (Dkt. 49), Defendant ViSalus, Inc. ("ViSalus") hereby requests, without opposition from Plaintiff Lori Wakefield, an order granting ViSalus permission to file under seal an unredacted version of its opposition (the "Opposition") to Plaintiff's Renewed Motion and Memorandum in Support of Motion for Class Certification.

## MEMORANDUM OF LAW

Under the protective order in this case, in support of its Opposition, ViSalus is filing under seal a retention-of-counsel agreement that Plaintiff designated as confidential, and an excerpt of Plaintiff's deposition addressing that document. ViSalus seeks to file under seal an unredacted version of the Opposition, as a portion of that brief discusses the foregoing confidential retention agreement.

A party seeking to file under seal "documents produced in discovery" must establish that "good cause" exists. *A.G. v. Oregon Dep't of Human Servs. ("DHS")*, No. 3:13-CV-1051-AC, 2014 WL 317016, at *3 (D. Or. Jan. 28, 2014). Good cause is determined by balancing the interests of non-disclosure against the need for confidentiality. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). A Court may enter an Order sealing documents so long as it finds that good cause exists and "provides a sufficient explanation of its reasoning and the factors it considered." *DHS*, 2014 WL 317016, at *3.

Good cause exists here because the retention agreement identified above was labeled "Confidential" by Plaintiff under the terms of the Stipulated Protective Order. (Dkt. 49.) In entering that Order, the Court has already determined that "there is good cause to protect the confidential nature of certain information" designated as "Confidential" by the Parties. (Dkt. 49 at p.8.)

In compliance with Local Rules 3-7(b), 5-5(b), 26-4(c) and pursuant to the Stipulated Protective Order ¶ 4, ViSalus is lodging under seal the unredacted Opposition, and concurrently filing a public-record version of the document. Accordingly, ViSalus respectfully requests that the Court enter an Order granting ViSalus permission to file the aforementioned unredacted version of the Opposition under seal.

DATED this 24th day of March, 2017.

QUARLES & BRADY LLP

By */s/ Sarah R. Anchors*

Sarah R. Anchors (*pro hac vice*)
sarah.anchors@quarles.com
Telephone: 602.229.5200
Facsimile: 602.229.5690

MILLER NASH GRAHAM & DUNN LLP
Joshua M. Sasaki, P.C., OSB No. 964182
josh.sasaki@millernash.com
Jonathan H. Singer, OSB No. 105048
jonathan.singer@millernash.com
Telephone: 503.224.5858
Facsimile: 503.224.0155

*Attorneys for Defendant ViSalus, Inc.*

I hereby certify that I served the foregoing on Plaintiff the foregoing document:

| | |
|---|---|
| Scott F. Kocher<br>Stephen J. Voorhees<br>FORUM LAW GROUP LLC<br>811 S.W. Naito Parkway, Suite 420<br>Portland, Oregon 97204<br>Telephone: 503.445.2102<br>Fax: 503.445.2120<br>E-mail: scott@forumlawgroup.com<br>         stephen@forumlawgroup.com<br>*Attorneys for Plaintiff* | Rafey S. Balabanian (*pro hac vice*)<br>Eve-Lynn Rapp (*pro hac vice*)<br>Stewart R. Pollock (*pro hac vice*)<br>EDELSON PC<br>123 Townsend Street, Suite 100<br>San Francisco, CA 94107<br>Telephone: 415.212.9300<br>Fax: 415.373.9435<br>E-mail: rbalabanian@edelson.com<br>         erapp@edelson.com<br>         rpollock@edelson.com<br>*Attorneys for Plaintiff* |

Stefan Coleman
Law Offices of Stefan Coleman, LLC
1309 Jericho Tpke, 2nd Floor
New Hyde Park, NY 11040
Tel: 877.333.9427
Fax: 888.498.8946
E-mail: law@stefancoleman.com
*Attorneys for Plaintiff*

by the following indicated method or methods on the date set forth below:

☒    **CM/ECF system transmission.**

☐    **E-mail.**  As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

Page 1 -    Certificate of Service
QB\44770208.

☐ **Facsimile communication device.**

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

☐ **Overnight courier, delivery prepaid.**

DATED this 24th day of March, 2017.

*/s/ Sarah R. Anchors*
Sarah R. Anchors (*Pro Hac Vice*)

Attorneys for Defendant ViSalus, Inc.