Scott F. Kocher, OSB#015088
Stephen J. Voorhees, OSB#150595
FORUM LAW GROUP
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204
Tel: 503.445.2120
Fax: 503.445.2120

Rafey S. Balabanian, ILB #6285687*
rbalabanian@edelson.com
Eve-Lynn J. Rapp, ILB #6300632*
erapp@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

* Admitted *pro hac vice*

(additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **LORI WAKEFIELD**, on behalf of themselves and a class of others similarly situated,<br><br>   *Plaintiff*,<br>  v.<br><br>**VISALUS, INC.**, a Nevada Corporation,<br><br>   *Defendant.* | No. 3:15-cv-01857-MS<br><br>**UNOPPOSED MOTION TO APPOINT CO-LEAD CLASS COUNSEL** |

UNOPPOSED MTN. TO APPOINT            1
CO-LEAD CLASS COUNSEL

**LR 7.1 CERTIFICATION**

The undersigned counsel certify that they have conferred with counsel for Defendant ViSalus, Inc. ("Defendant") and are authorized to state that Defendant does not oppose to the relief requested herein. Defendant, however, reserves the right to later challenge the necessity of the Plaintiff engaging additional class counsel and the fees incurred associated with that engagement as well as the right to challenge counsel's appointment if it later discovers a disqualifying conflict of interest.

**UNOPPOSED MOTION**

Plaintiff Lori Wakefield ("Plaintiff"), without opposition from Defendant, hereby respectfully moves the Court for an order appointing Simon Franzini, Greg Dovel, and Jonas Jacobson of Dovel & Luner LLP law firm ("Dovel & Luner") as additional co-lead class counsel. In support of this Unopposed Motion, Plaintiff states as follows:

1. On June 23, 2017, after full briefing on Plaintiff's Renewed Motion for Class Certification (Dkt. 69), the Court granted certification of a "Robocall Class," appointed Lori Wakefield as class representative, and appointed Rafey S. Balabanian and Eve-Lynn Rapp of Edelson PC as class counsel ("Class Counsel"). (Dkt. 81.)

2. Since that time, Class Counsel, along with the other attorneys at Edelson PC, have diligently litigated Plaintiff and the Class's claims.

3. On September 6, 2018, the Court set a three-day jury trial for February 20, 2019. (Dkt. 153.)

4. In preparation for the upcoming trial and in order to better serve Plaintiff and the Robocall Class, Class Counsel began working with attorneys at Dovel & Luner who have a well-known record of winning complex cases at trial. (*See generally*, Declaration of Jonas Jacobson.) Subsequently, Plaintiff retained Dovel and Luner to assist Class Counsel in the pursuit of her claims. (*Id.* ¶ 2.)

5. Since that time, Dovel & Luner has since assisted Class Counsel by engaging in an extensive investigation of the claims at issue, expending substantial effort and resources reviewing the complaint and discovery file and exchanging additional information with Edelson PC in a joint effort to prepare this case for trial. (*Id.* ¶ 6.)

6. As a result of this joint effort between Class Counsel and Dovel & Luner and in order to best serve Plaintiff and the Robocall Class, Plaintiff now moves for the additional appointment of Simon Franzini, Greg Dovel, and Jonas Jacobson of Dovel & Luner to serve with Edelson PC as co-lead class counsel.

7. Under Rule 23(g), a court's appointment of lead class counsel must consider "(i) the work counsel has done in identifying or investigating potential claims in the action; (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (iii) counsel's knowledge of the applicable law; and (iv) the resources that counsel will commit to representing the class . . . " Fed. R. Civ. P. 23(g)(1)(A). Additionally, a court "may consider any other matter pertinent to counsel's ability to fairly and adequately represent the interests of the class...." Fed. R. Civ. P. 23(g)(1)(B). Similarly, Rule 23(a) requires the Court to assess whether "the representative parties will fairly and adequately protect the interests of the class." Fed. R. Civ. P. 23(a)(4); *see also Magallon v. Robert Half Int'l, Inc.*, 311 F.R.D. 625, 638 (D. Or. 2015) (explaining that Rule 23(a)(4)'s adequacy requirement mandates "(1) that the proposed representative [p]laintiffs do not have conflicts of interest with the proposed class, and (2) that [p]laintiffs are represented by qualified and competent counsel.") (quoting *Giles v. St. Charles Health Sys., Inc.*, 294 F.R.D. 585, 592 (D. Or. 2013)).

8. As set forth below, counsel from Dovel & Luner satisfy each of these criteria and are committed to fairly and adequately protecting the interests of Plaintiff and the Robocall Class at trial. (Jacobson Decl. ¶ 7.)

9. Greg Dovel, Jonas Jacobson, and Simon Franzini all have extensive experience in preparing and trying complex litigation in federal court. (*Id.* ¶ 3.) For example, in 2014, Mr.

Dovel and Mr. Franzini jointly represented SimpleAir in a complex patent infringement case against Google, Inc. that went to trial in federal court in the Eastern District of Texas. The jury returned a verdict of infringement and validity on the asserted claims and hung on damages. In the retrial on damages, the jury returned a verdict of $85 million. Last year, Mr. Dovel and Mr. Jacobson together represented Network-1 in an inequitable conduct trial against HP involving an important patent. The matter went to a bench trial in federal court, and the court found in favor of Network-1 on all counts. Some other examples of complex trial victories in matters where Mr. Dovel was lead trial counsel include:

- Represented Computer Aided Systems, Inc. ("CASI") against Lockheed Martin Corporation. After CASI filed for bankruptcy protection, Lockheed sued CASI for damages of $32 million, and CASI counterclaimed. After a bench trial, the court denied all of Lockheed's claims and found Lockheed liable to CASI for fraud and breach of contract, awarding Dovel & Luner's client more than $16 million, including $7 million in punitive damages.

- Represented Westbourne International in a copyright infringement lawsuit claiming Arrowhead General's RE2 software copied protected elements from Westbourne's Primerater insurance-pricing software. A San Diego federal jury awarded Westbourne $5.8 million.

- Represented a software distribution company sued by a software manufacturer in a case arising out of an exclusive distribution agreement between the two companies. The plaintiff had brought suit alleging breach of contract and fraud. The case went to trial and a Los Angeles Superior Court jury returned a defense verdict and awarded Dovel & Luner's client $3.2 million on its cross-complaint.

- Represented Enovsys LLC at trial in a patent infringement lawsuit against Sprint Nextel related to the use of GPS and location-based services provided to cell phone users. A Los

Angeles jury returned a verdict of infringement and validity on both asserted patents and awarded past damages of $2.8 million, representing a 3.5% royalty on growing sales. (*Id.* ¶¶ 3-4.)

10. Mr. Dovel also has experience as lead counsel in class actions. (*Id.* ¶ 5.) Mr. Dovel served as lead counsel in a class action lawsuit pending in Florida against Siemens, NCR, and Oce. The suit, alleging antitrust violations arising out of the high-speed computer printer industry, was successfully settled on confidential terms. (*Id.*)

11. Dovel & Luner has been diligently preparing for trial. Counsel from Dovel & Luner have reviewed all of the discovery and documents, read all of the Court's orders, analyzed the TCPA and relevant precedents, drafted jury instructions, witness lists, and exhibit lists, discussed issues with Plaintiff, and conferred with opposing counsel on pretrial issues. As trial approaches, counsel from Dovel & Luner are developing opening and closing arguments and witness outlines for the cross and direct examination of each witness. (*Id.* ¶ 6.)

12. Dovel & Luner has committed three trial lawyers (Mr. Dovel, Mr. Jacobson, and Mr. Franzini) to the case, with additional support as needed from other attorneys at Dovel & Luner. (*Id.* ¶ 7.)

13. Together with Edelson PC, Dovel & Luner will effectively, fairly, and adequately protect the interests of Plaintiff and the Robocall Class at trial. (*Id.*)

14. For these reasons, Plaintiff respectfully moves for the appointment of Dovel & Luner as (alongside the undersigned attorneys from Edelson PC) co-lead class counsel pursuant to Fed. R. Civ. P. 23.

Respectfully submitted,

**LORI WAKEFIELD, individually and on behalf of all similarly situated individuals,**

Dated: January 11, 2019                /s/ Eve-Lynn J. Rapp

**Rafey S. Balabanian, ILB #6285687\***
rbalabanian@edelson.com
**Eve-Lynn J. Rapp, ILB #6300632\***
erapp@edelson.com
**Lily E. Hough, SBN #315277\***
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

**Scott F. Kocher, OSB#015088**
**Stephen J. Voorhees, OSB#150595**
FORUM LAW GROUP
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204
Tel: 503.445.2120
Fax: 503.445.2120

**Simon Franzini, Cal. Bar #287631\***
simon@dovel.com
**Gregory S. Dovel, Cal. Bar #135387\***
greg@dovel.com
**Jonas Jacobson, Cal. Bar #269912\***
jonas@dovel.com
DOVEL & LUNER LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Tel: (310) 656-7066
Fax: (310) 656-7069

\*admitted *pro hac vice*
\*\* *pro hac vice* application pending

*Attorneys for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

    I, Eve-Lynn J. Rapp, an attorney, certify that on January 14, 2019, I served the foregoing by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                          /s/ Eve-Lynn J. Rapp