DOVEL & LUNER, LLP
Simon Franzini, Cal. Bar #287631*
simon@dovel.com
Gregory S. Dovel, Cal. Bar #135387*
greg@dovel.com
Jonas Jacobson, Cal. Bar #269912*
jonas@dovel.com
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Tel: (310) 656-7066
Fax: (310) 656-7069

(additional counsel listed on next page)

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| **LORI WAKEFIELD**, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>  v.<br><br>**VISALUS, INC.,**<br>a Nevada corporation,<br><br>          Defendant. | No. 3:15-cv-01857<br><br>**Plaintiff's trial exhibit list** |

EDELSON PC
Rafey S. Balabanian, ILB #6285687*
rbalabanian@edelson.com
Eve-Lynn J. Rapp, ILB #6300632*
erapp@edelson.com
Lily E. Hough, SBN #315277*
lhough@edelson.com
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: (415) 212-9300
Fax: (415) 373-9435

FORUM LAW GROUP
Scott F. Kocher, OSB #015088
Stephen J. Voorhees, OSB #150595
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204
Tel/Fax: (503) 445-2120

* admitted *pro hac vice*

*Attorneys for Plaintiff Wakefield and the Certified Class*

**Plaintiff's exhibits**

| Number | Date offered | Date admitted | Description | Bates number or other identifying information | Defendant's objections |
|---|---|---|---|---|---|
| 1 | | | Stipulated Facts (excerpt from dkt. 121) | | |
| 2 | | | Molalla Call Log, 503-829-7628 | | |
| 3 | | | ViSalus Response to Interrogatory 5 | | |
| 4 | | | Wakefield Phone Bill (4/1/15-4/30/15) | WAKEFIELD000062-000065 | |
| 5 | | | National Do Not Call Registry - Registration Confirmation | WAKEFIELD000018 | |
| 6 | | | ViSalus Communications Log - Byron Wakefield | VISALUS_WAKEFIELD000003-7; Laun Depo. Exhibit 7 | |
| 7 | | | ViSalus Communications Log - Lori Wakefield | VISALUS_WAKEFIELD00009-16 | |
| 8 | | | Independent Promoter Application – "2014 July VIP Application" | VISALUS_WAKEFIELD0000017-18 | |
| 9 | | | Independent Promoter Application – "2014 October VIP Application" | VISALUS_WAKEFIELD0000019-20 | |
| 10 | | | Independent Promoter Application – "2014 December VIP Application" | VISALUS_WAKEFIELD0000021-22 | |
| 11 | | | Independent Promoter Application – "2015 July VIP Application" | VISALUS_WAKEFIELD0000023-24 | |
| 12 | | | Independent Promoter Application – "2015 October VIP Application" | VISALUS_WAKEFIELD0000025-26 | |
| 13 | | | Independent Promoter Application – "2013 November VIP Application" | VISALUS_WAKEFIELD0000027-28 | |
| 14 | | | Independent Promoter Application – "2014 April VIP Application" | VISALUS_WAKEFIELD0000029-30 | |
| 15 | | | Independent Promoter Application – "2010 VIP Application" | VISALUS_WAKEFIELD0000031-32; Laun Depo. Exhibit 2 | |

| 16 | | | Independent Promoter Application – "2016 VIP Application" | VISALUS_WAKEFIELD0000033-34 | |
| 17 | | | Independent Promoter Application – "2012 July VIP Application" | VISALUS_WAKEFIELD0000035-36 | |
| 18 | | | Independent Promoter Application - "2015 Promoter App" | Produced natively in the folder: "RFP No. 16" | |
| 19 | | | Independent Promoter Application - "2016 NEON PROMOTER APP" | Produced natively in the folder: "RFP No. 16" | |
| 20 | | | Independent Promoter Application - "2016- Promoter Application -US" | Produced natively in the folder: "RFP No. 16" | |
| 21 | | | Independent Promoter Application - "2016 PROMOTER APPLICATION" | Produced natively in the folder: "RFP No. 16" | |
| 22 | | | Independent Promoter Application - "2016-NEON Promoter Application-US" | Produced natively in the folder: "RFP No. 16" | |
| 23 | | | Independent Promoter Application - "All Enrollment Documents" | Produced natively in the folder: "RFP No. 16" | |
| 24 | | | Independent Promoter Application - "NEW Promoter Application" | Produced natively in the folder: "RFP No. 16" | |
| 25 | | | Independent Promoter Application - "Promoter App - CA - French" | Produced natively in the folder: "RFP No. 16" | |
| 26 | | | Independent Promoter Application - "Promoter Application" | Produced natively in the folder: "RFP No. 16" | |
| 27 | | | Independent Promoter Application - "Promoter Application_2013" | Produced natively in the folder: "RFP No. 16" | |
| 28 | | | Independent Promoter Application - "Promoter Application-NEW 2016" | Produced natively in the folder: "RFP No. 16" | |
| 29 | | | Independent Promoter Application - "Spanish - All Enrollment Documents" | Produced natively in the folder: "RFP No. 16" | |
| 30 | | | Independent Promoter Application - "Spanish - Promoter Application" | Produced natively in the folder: "RFP No. 16" | |
| 31 | | | "POM Campaign Tracker" spreadsheet | Gidley Depo. Exhibit 18 | |
| 32 | | | "ASR Campaign Tracker" spreadsheet | | |
| 33 | | | "ASR Daily Progress" spreadsheet | | |

| 34 | | | "Using Proactive Outreach Manager" document | Produced in the folder: "RFP No. 8" | |
| 34a | | | "Using Proactive Outreach Manager" document | Gidley Depo. Exhibit 19 | |
| 35 | | | "How to Start a campaign with the correct Contact List" document | Produced natively in the folder: "RFP No. 8"; Gidley Depo. Exhibit 7 | |
| 36 | | | Summary of Call Outcomes in Spreadsheets Identified in Gidley Decl. | N/A | |
| 37 | | | Gidley April 4, 2018 Declaration (including Exhibit A) | N/A | |
| 38 | | | ViSalus Marketing Campaign Contact Spreadsheets (according to Gidley Decl.) | Produced natively in the folder: "All POM Spreadsheets and ASR" | |
| 38-1 | | | "Alan Guzzino NST Blast Results 3 24 2015" spreadsheet | | |
| 38-2 | | | "Alan Guzzino NST Blast2 Results" spreadsheet | | |
| 38-3 | | | "April2015_Winback" spreadsheet | | |
| 38-4 | | | "April2015_WinbackP10" spreadsheet | | |
| 38-5 | | | "April2015_WinbackP11" spreadsheet | | |
| 38-6 | | | "April2015_WinbackP12" spreadsheet | | |
| 38-7 | | | "April2015_WinbackP13" spreadsheet | | |
| 38-8 | | | "April2015_WinbackP14" spreadsheet | | |
| 38-9 | | | "April2015_WinbackP15" spreadsheet | | |
| 38-10 | | | "April2015_WinbackP16" spreadsheet | | |
| 38-11 | | | "April2015_WinbackP17" spreadsheet | | |
| 38-12 | | | "April2015_WinbackP18" spreadsheet | | |
| 38-13 | | | "April2015_WinbackP19" spreadsheet | | |
| 38-14 | | | "April2015_WinbackP2" spreadsheet | | |
| 38-15 | | | "April2015_WinbackP20" spreadsheet | | |
| 38-16 | | | "April2015_WinbackP3" spreadsheet | | |
| 38-17 | | | "April2015_WinbackP4" spreadsheet | | |

| 38-18 | | | "April2015_WinbackP5" spreadsheet | | |
| 38-19 | | | "April2015_WinbackP6" spreadsheet | | |
| 38-20 | | | "April2015_WinbackP7" spreadsheet | | |
| 38-21 | | | "April2015_WinbackP8" spreadsheet | | |
| 38-22 | | | "April2015_WinbackP9" spreadsheet | | |
| 38-23 | | | "AugSepOct2014OrderingCustomersNoV iBites_10_16_2014" spreadsheet | | |
| 38-24 | | | "August 2015 Expired Invalid Winback" spreadsheet | | |
| 38-25 | | | "August 2015 Expired Invalid WinbackP2" spreadsheet | | |
| 38-26 | | | "CharlesemilythirtyNST2 Results" spreadsheet | | |
| 38-27 | | | "charlesemilythirty_NSTResults" spreadsheet | | |
| 38-28 | | | "Christi Reynolds Nonactive WinBacks and Neon Summary Results" spreadsheet | | |
| 38-29 | | | "Christi Reynolds Nonactive WinBacks and Neon" spreadsheet | | |
| 38-30 | | | "ChristiReynolds_WinBack_Jan2015 Call Detail Results" spreadsheet | | |
| 38-31 | | | "ChristiReynolds_WinBack_Jan2015 Results Summary" spreadsheet | | |
| 38-32 | | | "Customer_List_Ryan_Yokome _Jan2015 Neon" spreadsheet | | |
| 38-33 | | | "Dec2014_Winback" spreadsheet | | |
| 38-34 | | | "Dec2014_WinbackP2" spreadsheet | | |
| 38-35 | | | "Dec2014_WinbackP3" spreadsheet | | |
| 38-36 | | | "Dec2014_WinbackP4" spreadsheet | | |
| 38-37 | | | "Dec2014_WinbackP5" spreadsheet | | |
| 38-38 | | | "December2014_WinbackSpanish" spreadsheet | | |
| 38-39 | | | "Did NotBuy NeonYet" spreadsheet | | |

| | | | | | |
|---|---|---|---|---|---|
| 38-40 | | | "DodiOsburn_WinBack_Jan2015 Results" spreadsheet | | |
| 38-41 | | | "ErnestRSTCharlotte2015 Results" spreadsheet | | |
| 38-42 | | | "ErnestRSTSummer2015 Results" spreadsheet | | |
| 38-43 | | | "Expired Challenge Campaign" spreadsheet | | |
| 38-44 | | | "Feb2015Winback" spreadsheet | | |
| 38-45 | | | "Feb2015WinbackP2" spreadsheet | | |
| 38-46 | | | "Feb2015_WinbackSpanish" spreadsheet | | |
| 38-47 | | | "Feb2015_WinbackSpanishP2" spreadsheet | | |
| 38-48 | | | "FebCorrectedWinback" spreadsheet | | |
| 38-49 | | | "FebCorrectedWinbackP10" spreadsheet | | |
| 38-50 | | | "FebCorrectedWinbackP11" spreadsheet | | |
| 38-51 | | | "FebCorrectedWinbackP12" spreadsheet | | |
| 38-52 | | | "FebCorrectedWinbackP13" spreadsheet | | |
| 38-53 | | | "FebCorrectedWinbackP14" spreadsheet | | |
| 38-54 | | | "FebCorrectedWinbackP15" spreadsheet | | |
| 38-55 | | | "FebCorrectedWinbackP16" spreadsheet | | |
| 38-56 | | | "FebCorrectedWinbackP17" spreadsheet | | |
| 38-57 | | | "FebCorrectedWinbackP18" spreadsheet | | |
| 38-58 | | | "FebCorrectedWinbackP19" spreadsheet | | |
| 38-59 | | | "FebCorrectedWinbackP2" spreadsheet | | |
| 38-60 | | | "FebCorrectedWinbackP3" spreadsheet | | |
| 38-61 | | | "FebCorrectedWinbackP4" spreadsheet | | |
| 38-62 | | | "FebCorrectedWinbackP5" spreadsheet | | |
| 38-63 | | | "FebCorrectedWinbackP6" spreadsheet | | |
| 38-64 | | | "FebCorrectedWinbackP7" spreadsheet | | |
| 38-65 | | | "FebCorrectedWinbackP8" spreadsheet | | |
| 38-66 | | | "FebCorrectedWinbackP9" spreadsheet | | |
| 38-67 | | | "February2015_Winback_USA_CA" | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | spreadsheet | | |
| 38-68 | | | "FreddyMoleroSpanish_10_15_2014" spreadsheet | | |
| 38-69 | | | "FuelDecember2015" spreadsheet | | |
| 38-70 | | | "FuelKitUpgrade_ Jan2015" spreadsheet | | |
| 38-71 | | | "FuelKitUpgrade_ Jan2015P2" spreadsheet | | |
| 38-72 | | | "FuelKitUpgrade_August2015" spreadsheet | | |
| 38-73 | | | "FuelKitUpgrade_February2015" spreadsheet | | |
| 38-74 | | | "FuelKitUpgrade_JulyUSCA" spreadsheet | | |
| 38-75 | | | "FuelKitUpgrade_June2015USCA" spreadsheet | | |
| 38-76 | | | "FuelKitUpgrade_March2015USCA" spreadsheet | | |
| 38-77 | | | "FuelKitUpgrade_May2015USCA" spreadsheet | | |
| 38-78 | | | "FuelKitUpgrade_May2015USCAP2" spreadsheet | | |
| 38-79 | | | "FuelKit_April2015USCA" spreadsheet | | |
| 38-80 | | | "FuelKit_April2015USCAP2" spreadsheet | | |
| 38-81 | | | "GiftBoxRDPDND" spreadsheet | | |
| 38-82 | | | "GreenFridayPlus1NorthAmerica" spreadsheet | | |
| 38-83 | | | "Jake NST Blast 2" spreadsheet | | |
| 38-84 | | | "JakeNSTBlast2Results" spreadsheet | | |
| 38-85 | | | "Jan2015_Winback" spreadsheet | | |
| 38-86 | | | "Jan2015_WinbackP2" spreadsheet | | |
| 38-87 | | | "Jan2015_WinbackP3" spreadsheet | | |
| 38-88 | | | "Jan2015_WinbackPart10" spreadsheet | | |
| 38-89 | | | "Jan2015_WinbackPart11" spreadsheet | | |

| | | | | |
|---|---|---|---|---|
| 38-90 | | | "Jan2015_WinbackPart12" spreadsheet | | |
| 38-91 | | | "Jan2015_WinbackPart13" spreadsheet | | |
| 38-92 | | | "Jan2015_WinbackPart14" spreadsheet | | |
| 38-93 | | | "Jan2015_WinbackPart15" spreadsheet | | |
| 38-94 | | | "Jan2015_WinbackPart16" spreadsheet | | |
| 38-95 | | | "Jan2015_WinbackPart17" spreadsheet | | |
| 38-96 | | | "Jan2015_WinbackPart18" spreadsheet | | |
| 38-97 | | | "Jan2015_WinbackPart19" spreadsheet | | |
| 38-98 | | | "Jan2015_WinbackPart20" spreadsheet | | |
| 38-99 | | | "Jan2015_WinbackPart21" spreadsheet | | |
| 38-100 | | | "Jan2015_WinbackPart22" spreadsheet | | |
| 38-101 | | | "Jan2015_WinbackPart23" spreadsheet | | |
| 38-102 | | | "Jan2015_WinbackPart24" spreadsheet | | |
| 38-103 | | | "Jan2015_WinbackPart25" spreadsheet | | |
| 38-104 | | | "Jan2015_WinbackPart26" spreadsheet | | |
| 38-105 | | | "Jan2015_WinbackPart27" spreadsheet | | |
| 38-106 | | | "Jan2015_WinbackPart28" spreadsheet | | |
| 38-107 | | | "Jan2015_WinbackPart29" spreadsheet | | |
| 38-108 | | | "Jan2015_WinbackPart30" spreadsheet | | |
| 38-109 | | | "Jan2015_WinbackPart4" spreadsheet | | |
| 38-110 | | | "Jan2015_WinbackPart5" spreadsheet | | |
| 38-111 | | | "Jan2015_WinbackPart6" spreadsheet | | |
| 38-112 | | | "Jan2015_WinbackPart7" spreadsheet | | |
| 38-113 | | | "Jan2015_WinbackPart8" spreadsheet | | |
| 38-114 | | | "Jan2015_WinbackPart9" spreadsheet | | |
| 38-115 | | | "JasonOToole _WinBack" spreadsheet | | |
| 38-115a | | | Excerpt from "JasonOToole _WinBack" spreadsheet | | |
| 38-116 | | | "JillianReturnBlast1099" spreadsheet | | |
| 38-117 | | | "JillianReturnBlastT4" spreadsheet | | |
| 38-118 | | | "Kevin Winback 2013 Blast Results" spreadsheet | | |
| 38-119 | | | "KevinWinbackBlast 2013 and 2014 | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | Results" spreadsheet | | |
| 38-120 | | | "KPNeonPromotersUSA" spreadsheet | | |
| 38-121 | | | "KPNeonPromotersUSASpanish" spreadsheet | | |
| 38-122 | | | "KyleNSTBlastResults" spreadsheet | | |
| 38-123 | | | "LeadershipLaunchCampaign" spreadsheet | | |
| 38-124 | | | "LeadershipLaunchCampaignNoHostKit" spreadsheet | | |
| 38-125 | | | "LeadershipLaunchCampaignNoHostKitP 2" spreadsheet | | |
| 38-126 | | | "LeadershipLaunchCampaignNoHostKitP 3" spreadsheet | | |
| 38-127 | | | "LeadershipLaunchCampaign_1_5_2015" spreadsheet | | |
| 38-128 | | | "LeadershipLaunchCampaign_1_5_2015P 2" spreadsheet | | |
| 38-129 | | | "Lucero Call Blast results" spreadsheet | | |
| 38-130 | | | "Lucero_B2BandJ2B_Winback Call Detail Report" spreadsheet | | |
| 38-131 | | | "Mar2015WinbackP10" spreadsheet | | |
| 38-132 | | | "Mar2015WinbackP11" spreadsheet | | |
| 38-133 | | | "Mar2015WinbackP118" spreadsheet | | |
| 38-134 | | | "Mar2015WinbackP13" spreadsheet | | |
| 38-135 | | | "Mar2015WinbackP14" spreadsheet | | |
| 38-136 | | | "Mar2015WinbackP15" spreadsheet | | |
| 38-137 | | | "Mar2015WinbackP16" spreadsheet | | |
| 38-138 | | | "Mar2015WinbackP17" spreadsheet | | |
| 38-139 | | | "Mar2015WinbackP19" spreadsheet | | |
| 38-140 | | | "Mar2015WinbackP20" spreadsheet | | |
| 38-141 | | | "Mar2015WinbackP21" spreadsheet | | |
| 38-142 | | | "Mar2015WinbackP22" spreadsheet | | |
| 38-143 | | | "Mar2015WinbackP23" spreadsheet | | |

| | | | | | |
|---|---|---|---|---|---|
| 38-144 | | | "Mar2015Winbackp9" spreadsheet | | |
| 38-145 | | | "Mar2015WinbackPartB" spreadsheet | | |
| 38-146 | | | "Mar2015_Winback" spreadsheet | | |
| 38-147 | | | "Mar2015_WinbackP2" spreadsheet | | |
| 38-148 | | | "Mar2015_WinbackP3" spreadsheet | | |
| 38-149 | | | "Mar2015_WinbackP4" spreadsheet | | |
| 38-150 | | | "Mar2015_WinbackP5" spreadsheet | | |
| 38-151 | | | "Mar2015_WinbackP6" spreadsheet | | |
| 38-152 | | | "Mar2015_WinbackP7" spreadsheet | | |
| 38-153 | | | "Mar2015_WinbackP8" spreadsheet | | |
| 38-154 | | | "Mar2015_WinbackSpanish" spreadsheet | | |
| 38-155 | | | "Marco Passanante Blast 3 24 2015 Results" spreadsheet | | |
| 38-156 | | | "Mark Powell Downline Winback and Neon" spreadsheet | | |
| 38-157 | | | "Mark Powell Neon Only" spreadsheet | | |
| 38-158 | | | "Matt Parr NST Blast Results 3 24 2015" spreadsheet | | |
| 38-159 | | | "MattParrNSTBlast2Results" spreadsheet | | |
| 38-160 | | | "May2015_Winback" spreadsheet | | |
| 38-161 | | | "May2015_WinbackP2" spreadsheet | | |
| 38-162 | | | "May2015_WinbackP3" spreadsheet | | |
| 38-163 | | | "May2015_WinbackP4" spreadsheet | | |
| 38-164 | | | "May2015_WinbackP5" spreadsheet | | |
| 38-165 | | | "May2015_WinbackP6" spreadsheet | | |
| 38-166 | | | "May2015_WinbackP7" spreadsheet | | |
| 38-167 | | | "May2015_WinbackP8" spreadsheet | | |
| 38-168 | | | "May2015_WinbackSpanish" spreadsheet | | |
| 38-169 | | | "Mike Gehart NST Blast Results 3 24 2015" spreadsheet | | |
| 38-170 | | | "MikeGehart2 Results" spreadsheet | | |
| 38-171 | | | "MonaMieras _WinBack_Jan2015 Results" spreadsheet | | |

| 38-172 | | | "NeedViBites_PurchaseASRefiltered_11_ 3_2014" spreadsheet | | |
|---|---|---|---|---|---|
| 38-173 | | | "NeedViBites_PurchaseAS_10_24_2014" spreadsheet | | |
| 38-174 | | | "Neon Points Balance US English 5 21 2015" spreadsheet | | |
| 38-175 | | | "Neon Points Balance US English 5 21 2015P2" spreadsheet | | |
| 38-176 | | | "Neon Points Balance US English 5 21 2015P3" spreadsheet | | |
| 38-177 | | | "Neon Points Balance US English 5 21 2015P4" spreadsheet | | |
| 38-178 | | | "Neon Points Balance US English 5 21 2015P5" spreadsheet | | |
| 38-179 | | | "NeonPointsBalanceUSSpanish_5 21 2015" spreadsheet | | |
| 38-180 | | | "NeonPointsBalanceUSSpanish_5 21 2015P2" spreadsheet | | |
| 38-181 | | | "NewCustomerList_US_CA_" spreadsheet | | |
| 38-182 | | | "NewCustomersUSCA_Aug17_26_2015" spreadsheet | | |
| 38-183 | | | "NewPromoters-Dec14 NST Registration" spreadsheet | | |
| 38-184 | | | "Nov2014WinbackSpanish" spreadsheet | | |
| 38-185 | | | "Nov2014_Winback" spreadsheet | | |
| 38-186 | | | "Nov2014_WinbackP2" spreadsheet | | |
| 38-187 | | | "Nov2014_WinbackP3" spreadsheet | | |
| 38-188 | | | "Nov2014_WinbackP4" spreadsheet | | |
| 38-189 | | | "Nov2014_WinbackP5" spreadsheet | | |
| 38-190 | | | "Nov2014_WinbackP6" spreadsheet | | |
| 38-191 | | | "Nov2014_WinbackP7" spreadsheet | | |
| 38-192 | | | "NST Blast List for Patty_RachelResults" | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | spreadsheet | | |
| 38-193 | | | "NSTRegionalLeaderBoard 3 19 2015" spreadsheet | | |
| 38-194 | | | "NutraBarNonPurchaseAmbasPres" spreadsheet | | |
| 38-195 | | | "Oct2014WinBack" spreadsheet | | |
| 38-196 | | | "Oct2014WinBackSpanishP2" spreadsheet | | |
| 38-197 | | | "Oct2014WinBackSpanishP3" spreadsheet | | |
| 38-198 | | | "Oct2014_WinBack" spreadsheet | | |
| 38-199 | | | "Oct2014_Winback1201to3p.m.P3" spreadsheet | | |
| 38-200 | | | "Oct2014_Winback1201to3p.m.P4" spreadsheet | | |
| 38-201 | | | "Oct2014_Winback1201to3p.m.P5" spreadsheet | | |
| 38-202 | | | "Oct2014_Winback301to6p.m.P3" spreadsheet | | |
| 38-203 | | | "Oct2014_Winback301to6p.m.P4" spreadsheet | | |
| 38-204 | | | "Oct2014_Winback301to6p.m.P5" spreadsheet | | |
| 38-205 | | | "Oct2014_Winback601to9p.m.P4" spreadsheet | | |
| 38-206 | | | "Oct2014_Winback601to9p.m.P5" spreadsheet | | |
| 38-207 | | | "Oct2014_Winback9_9toNoonP4" spreadsheet | | |
| 38-208 | | | "Oct2014_WinbackP6" spreadsheet | | |
| 38-209 | | | "Oct2014_WinBackP7" spreadsheet | | |
| 38-210 | | | "Oct2014_Winback_1201to3p.m." spreadsheet | | |

| 38-211 | | | "Oct2014_Winback_1201to3p.m.P2" spreadsheet | | |
| 38-212 | | | "Oct2014_Winback_901toMidnightP5" spreadsheet | | |
| 38-213 | | | "Oct2014_Winback_9toNoon" spreadsheet | | |
| 38-214 | | | "Oct2014_Winback_9toNoonP2" spreadsheet | | |
| 38-215 | | | "Oct2014_Winback_9toNoonP3" spreadsheet | | |
| 38-216 | | | "Oct2014_Winback_9tonoonP5" spreadsheet | | |
| 38-217 | | | "Oct214_Winback_301to6p.m." spreadsheet | | |
| 38-218 | | | "Oct214_Winback_301to6p.m.P2" spreadsheet | | |
| 38-219 | | | "Oct214_Winback_601to9p.m." spreadsheet | | |
| 38-220 | | | "Oct214_Winback_601to9p.m.P2" spreadsheet | | |
| 38-221 | | | "Oct214_Winback_601to9p.m.P3" spreadsheet | | |
| 38-222 | | | "Oct214_Winback_901toMidnight" spreadsheet | | |
| 38-223 | | | "Oct214_Winback_901toMidnightP2" spreadsheet | | |
| 38-224 | | | "Oct214_Winback_901toMidnightP3" spreadsheet | | |
| 38-225 | | | "Oct214_Winback_901toMidnightP4" spreadsheet | | |
| 38-226 | | | "October19thDeclineExpiredandInvalid" spreadsheet | | |
| 38-227 | | | "Press1 Fuel Sept19th" spreadsheet | | |

| 38-228 | | | "Press1FuelNovember" spreadsheet | | |
| 38-229 | | | "ProductCredit_July8th" spreadsheet | | |
| 38-230 | | | "PromotersWithin30Days_NoRisingStar_ 10_27_2014" spreadsheet | | |
| 38-231 | | | "PuertoRicoOrderingPromotersOctPQV_2 014" spreadsheet | | |
| 38-232 | | | "Q12013VM 11to3 on 11 21 2014" spreadsheet | | |
| 38-233 | | | "Q12013VM 301 to midnight on 11 21 2014" spreadsheet | | |
| 38-234 | | | "Q12013VM 301 to Midnight on 11 26 2014" spreadsheet | | |
| 38-235 | | | "Q12013VM 301pm to midnight on 11 24 2014" spreadsheet | | |
| 38-236 | | | "Q12013VM 8 am to 3pm on 11 24 2014" spreadsheet | | |
| 38-237 | | | "Q12013VM12to3_11_18_2014" spreadsheet | | |
| 38-238 | | | "Q12013VM301pmtoMidnight on 11 1 2014" spreadsheet | | |
| 38-239 | | | "Q12013VM301pmtoMidnight on 11 25 2014" spreadsheet | | |
| 38-240 | | | "Q12013VM301pmtoMidnight on 11 28 2014" spreadsheet | | |
| 38-241 | | | "Q12013VM301pmtoMidnight_On11_21 _2014P2" spreadsheet | | |
| 38-242 | | | "Q12013VM301pmtoMidnight_On11_25 _2014P2" spreadsheet | | |
| 38-243 | | | "Q12013VM8amto3pm on 11 25 2014" spreadsheet | | |
| 38-244 | | | "Q12013VM8amto3pm on 11 26 2014" spreadsheet | | |
| 38-245 | | | "Q12013VM8amto3pm on 11 28 2014" | | |

Plaintiff's trial exhibit list                                        13

| | | | | | |
|---|---|---|---|---|---|
| | | | spreadsheet | | |
| 38-246 | | | "Q12013VM8amto3pm on 12 1 2014" spreadsheet | | |
| 38-247 | | | "Q12013VM8amto3pm_On11_25_2014P2" spreadsheet | | |
| 38-248 | | | "Q12013VM8amto3pm_On11_26_2014P2" spreadsheet | | |
| 38-249 | | | "Q12013VM900amto300pm_12_4_2014" spreadsheet | | |
| 38-250 | | | "Q12013VM900amto300pm_on12_4_2014p2" spreadsheet | | |
| 38-251 | | | "Q12013VM_12to6filter_11_20_2014" spreadsheet | | |
| 38-252 | | | "Q12013VM_301pmtoMidnight_on11_24_2014P2" spreadsheet | | |
| 38-253 | | | "Q12013VM_3to6_11_18_2014" spreadsheet | | |
| 38-254 | | | "Q12013VM_8amto3pm_On11_24_2014P2" spreadsheet | | |
| 38-255 | | | "Q12013Winback5001to141kP3_12_5_2014" spreadsheet | | |
| 38-256 | | | "Q12013Winback5001to141Kp4" spreadsheet | | |
| 38-257 | | | "Q12013_Winback" spreadsheet | | |
| 38-258 | | | "Q12013_Winback5001to141K" spreadsheet | | |
| 38-259 | | | "Q12013_Winback5001to141kP2" spreadsheet | | |
| 38-260 | | | "Q12013_Winback5001to141kP5" spreadsheet | | |
| 38-261 | | | "Q12013_Winback50K" spreadsheet | | |
| 38-262 | | | "Q12014Winback" spreadsheet | | |
| 38-263 | | | "Q22013_1to75k" spreadsheet | | |

| | | | | | |
|---|---|---|---|---|---|
| 38-264 | | | "Q22013_1to75KVoicemails" spreadsheet | | |
| 38-265 | | | "Q22013_1to75KVoicemailsP10" spreadsheet | | |
| 38-266 | | | "Q22013_1to75KVoicemailsP11" spreadsheet | | |
| 38-267 | | | "Q22013_1to75KVoicemailsP2" spreadsheet | | |
| 38-268 | | | "Q22013_1to75KVoicemailsP3" spreadsheet | | |
| 38-269 | | | "Q22013_1to75KVoicemailsP4" spreadsheet | | |
| 38-270 | | | "Q22013_1to75KVoicemailsP4B" spreadsheet | | |
| 38-271 | | | "Q22013_1to75KVoicemailsP5" spreadsheet | | |
| 38-272 | | | "Q22013_1to75KVoicemailsP6" spreadsheet | | |
| 38-273 | | | "Q22013_1to75KVoicemailsP7" spreadsheet | | |
| 38-274 | | | "Q22013_1to75KVoicemailsP8" spreadsheet | | |
| 38-275 | | | "Q22013_1to75KVoicemailsP9" spreadsheet | | |
| 38-276 | | | "Q22013_1to75K_NuisanceCallsP2" spreadsheet | | |
| 38-277 | | | "Q22013_1to75K_NuisanceCallsP3" spreadsheet | | |
| 38-278 | | | "Q22013_75Kto148K" spreadsheet | | |
| 38-279 | | | "Q2_2013_1to75k_NuisanceCalls" spreadsheet | | |
| 38-280 | | | "Q32013" spreadsheet | | |
| 38-281 | | | "Q32013P2" spreadsheet | | |
| 38-282 | | | "Q32013P3" spreadsheet | | |

| | | | | | |
|---|---|---|---|---|---|
| 38-283 | | | "Q32013P4" spreadsheet | | |
| 38-284 | | | "Q32013P5" spreadsheet | | |
| 38-285 | | | "Q32013P6" spreadsheet | | |
| 38-286 | | | "Q42013_JantoDecEasternandCentralTime" spreadsheet | | |
| 38-287 | | | "Q42013_JantoDecEasternandCentralTimeP2" spreadsheet | | |
| 38-288 | | | "Q42013_JantoDecEasternandCentralTimeP3" spreadsheet | | |
| 38-289 | | | "Q42013_JantoDecEasternandCentralTimeP4" spreadsheet | | |
| 38-290 | | | "Q42013_JantoDecEasternandCentralTimeP5" spreadsheet | | |
| 38-291 | | | "Q42013_JantoDecEasterntoHawaiiP5" spreadsheet | | |
| 38-292 | | | "Q42013_JantoDecEasterntoHawaiiP6" spreadsheet | | |
| 38-293 | | | "Q42013_JantoDecEasterntoHawaiiP7" spreadsheet | | |
| 38-294 | | | "Q42013_JantoDecEasterntoHawaiiP8" spreadsheet | | |
| 38-295 | | | "Q42013_JantoDecEasterntoHawaiiP9" spreadsheet | | |
| 38-296 | | | "Q42013_JantoDecMountaintoHawaii" spreadsheet | | |
| 38-297 | | | "Q42013_JantoDecMountaintoHawaiiP2" spreadsheet | | |
| 38-298 | | | "Q42013_JantoDecMountaintoHawaiiP3" spreadsheet | | |
| 38-299 | | | "Q42013_JantoDecMountaintoHawaiiP4" spreadsheet | | |
| 38-300 | | | "Q42013_JantoDecMountaintoHawaiiP5" spreadsheet | | |

| 38-301 | | | "Racheal NST Blast Results" spreadsheet | | |
| 38-302 | | | "RST Charlotte 2015" spreadsheet | | |
| 38-303 | | | "SeptfinalEIDp2" spreadsheet | | |
| 38-304 | | | "Stewart active pros PQV 125+ results" spreadsheet | | |
| 38-305 | | | "Tina D Lewis Back Office Neon Sales" spreadsheet | | |
| 38-306 | | | "UnUsed 3ff Points 6 23" spreadsheet | | |
| 38-307 | | | "UnUsed 3ff Points 6 23P2" spreadsheet | | |
| 38-308 | | | "UnUsed 3ff Points 6.8" spreadsheet | | |
| 38-309 | | | "UnUsed 3ff Points 6.8P2" spreadsheet | | |
| 38-310 | | | "UnUsed 3ff Points 6.8P3" spreadsheet | | |
| 38-311 | | | "UnUsed 3ff Points 8 11 2015" spreadsheet | | |
| 38-312 | | | "UnUsed 3ff Points 9 23 2015" spreadsheet | | |
| 38-313 | | | "US1and2_NewCustomers_11_20_2014" spreadsheet | | |
| 38-314 | | | "US_Canada_FuelKit_Upgrade5thAS" spreadsheet | | |
| 38-315 | | | "US_ViDefy_Autoship_CustomerandPro moters" spreadsheet | | |
| 38-316 | | | "Vitality Registration Press 1 Call List P2" spreadsheet | | |
| 38-317 | | | "Vitality Registration Press 1 Call List P3" spreadsheet | | |
| 38-318 | | | "Vitality Registration Press 1 Call List" spreadsheet | | |
| 38-319 | | | "Vitality Registration Press 1 No Answer Voice mail" spreadsheet | | |
| 38-320 | | | "Vitality Registration Press 1 No Answer VoicemailP2" spreadsheet | | |
| 38-321 | | | "WhoReferredYou_9_29_2015" | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | spreadsheet | | |
| 38-322 | | | "Winback2nd attempt_10_3_2014" spreadsheet | | |
| 38-323 | | | "Winback2ndattemptP2_10_7_2014" spreadsheet | | |
| 38-324 | | | "Winback2ndattemptP3_10_13_2014" spreadsheet | | |
| 38-325 | | | "Winback2ndattemptP4_10_9_2014" spreadsheet | | |
| 38-326 | | | "Winback3rdattemptP2_10_11_2014" spreadsheet | | |
| 38-327 | | | "Winback3rdattempt_10_10_2014" spreadsheet | | |
| 38-328 | | | "Winback4thattemptP2_10_22_2014" spreadsheet | | |
| 38-329 | | | "Winback4thattemptP3_10_23_2014" spreadsheet | | |
| 38-330 | | | "Winback4thattemptP4_11_5_2014" spreadsheet | | |
| 38-331 | | | "Winback4thattempt_10_20_2014" spreadsheet | | |
| 38-332 | | | "Winback5thattemptP2_11_5_2014" spreadsheet | | |
| 38-333 | | | "Winback5thattemptP3_11_5_2014" spreadsheet | | |
| 38-334 | | | "Winback5thattemptP4_11_10_2014" spreadsheet | | |
| 38-335 | | | "Winback5thattempt_11_5_2014" spreadsheet | | |
| 38-336 | | | "Winback6attemptP7_11_17_2014" spreadsheet | | |
| 38-337 | | | "Winback6thattemptP2_11_12_2014" spreadsheet | | |

| 38-338 | | | "Winback6thattemptP3_11_13_2014" spreadsheet | | |
| 38-339 | | | "Winback6thattemptP4_11_14_2014" spreadsheet | | |
| 38-340 | | | "Winback6thattemptP5_11_14_2014" spreadsheet | | |
| 38-341 | | | "Winback6thattemptP6_11_17_2014" spreadsheet | | |
| 38-342 | | | "Winback6thattempt_11_11_2014" spreadsheet | | |
| 38-343 | | | "Winback7attemptP6_12_11_2014" spreadsheet | | |
| 38-344 | | | "Winback7thattemptp2_12_2_2014" spreadsheet | | |
| 38-345 | | | "Winback7thattemptp3_12_2_2014" spreadsheet | | |
| 38-346 | | | "Winback7thattemptP4_12_5_2014" spreadsheet | | |
| 38-347 | | | "Winback7thattempt_11_22_2014" spreadsheet | | |
| 38-348 | | | "Winback7thatttemptP5_12_8_2014" spreadsheet | | |
| 38-349 | | | "Winback7thatttemptP6_VM_NoAnswer_Disconnect_12_16_2014" spreadsheet | | |
| 38-350 | | | "WinbackCallBlastAug_Nov" spreadsheet | | |
| 38-351 | | | "WinbackDecember1-31_RescheduledCalls" spreadsheet | | |
| 38-352 | | | "WinbackDecember1-31_RescheduledCallsP2" spreadsheet | | |
| 38-353 | | | "WinbackExpiredandInvalidSept" spreadsheet | | |
| 38-354 | | | "WinbackExpiredandInvalidSept12" spreadsheet | | |

| 38-355 | | | "WinbackforDec2015" spreadsheet | | |
| 38-356 | | | "WinbackforDec2015P2" spreadsheet | | |
| 38-357 | | | "WinbackforDec2015P3" spreadsheet | | |
| 38-358 | | | "WinbackforNov2015" spreadsheet | | |
| 38-359 | | | "WinbackforNov2015P2" spreadsheet | | |
| 38-360 | | | "WinbackforNov2015P3" spreadsheet | | |
| 38-361 | | | "WinbackforNov2015P4" spreadsheet | | |
| 38-362 | | | "WinbackforNov2015P5" spreadsheet | | |
| 38-363 | | | "WinbackforOct2015P6" spreadsheet | | |
| 38-364 | | | "WinbackforSept2015" spreadsheet | | |
| 38-365 | | | "WinbackforSept2015P10" spreadsheet | | |
| 38-366 | | | "WinbackforSept2015P11" spreadsheet | | |
| 38-367 | | | "WinbackforSept2015P12" spreadsheet | | |
| 38-368 | | | "WinbackforSept2015P13" spreadsheet | | |
| 38-369 | | | "WinbackforSept2015P14" spreadsheet | | |
| 38-370 | | | "WinbackforSept2015P2" spreadsheet | | |
| 38-371 | | | "WinbackforSept2015P3" spreadsheet | | |
| 38-372 | | | "WinbackforSept2015P4" spreadsheet | | |
| 38-373 | | | "WinbackforSept2015P5" spreadsheet | | |
| 38-374 | | | "WinbackforSept2015P6" spreadsheet | | |
| 38-375 | | | "WinbackforSept2015P7" spreadsheet | | |
| 38-376 | | | "WinbackforSept2015P8" spreadsheet | | |
| 38-377 | | | "WinbackforSept2015P9" spreadsheet | | |
| 38-378 | | | "WinbackLastOrderDate_Sep2014" spreadsheet | | |
| 38-379 | | | "WinbackLastOrderDate_Sep2014P2" spreadsheet | | |
| 38-380 | | | "WinbackLastOrderDate_Sep2014P3" spreadsheet | | |
| 38-381 | | | "WinbackLastOrderDate_Sept2014Spanish" spreadsheet | | |
| 38-382 | | | "WinbackLastOrderDate_Sept2014SpanishP2" spreadsheet | | |

| 38-383 | | | "WinbackLastOrderDate_Sept2014Spanis hP3" spreadsheet | | |
|---|---|---|---|---|---|
| 38-384 | | | "WinbackLookback_KathyHunter_Jan201 5_ResultsSummary" spreadsheet | | |
| 38-385 | | | "WinbackOct1toNov30_NonVoicemailsP 2_12_8_2014" spreadsheet | | |
| 38-386 | | | "WinbackOct1toNov30_NonVoicemails_ 12_5_2014" spreadsheet | | |
| 38-387 | | | "WinbackUSLastOrderJuneP7_11_24_20 14" spreadsheet | | |
| 38-388 | | | "WinbackUSlastOrderP8_12_5_2014" spreadsheet | | |
| 38-389 | | | "WinbackUSLastOrder_June2014Answer Machine_11_4_2014" spreadsheet | | |
| 38-390 | | | "WinbackUSLastOrder_June2014P2_11_ 4_2014" spreadsheet | | |
| 38-391 | | | "WinbackUSLastOrder_June2014P3_11_ 5_2014" spreadsheet | | |
| 38-392 | | | "WinbackUSLastOrder_June2014P4_11_ 7_2014" spreadsheet | | |
| 38-393 | | | "WinbackUSLastOrder_June2014P5" spreadsheet | | |
| 38-394 | | | "WinbackUSLastOrder_June2014P6" spreadsheet | | |
| 38-395 | | | "WinbackUSLastOrder_June2014P6_11_ 13_2014" spreadsheet | | |
| 38-396 | | | "WinbackUSLastOrder_June2014_10_23 _2014" spreadsheet | | |
| 38-397 | | | "WinbackUSLastOrder_JuneP10" spreadsheet | | |
| 38-398 | | | "WinbackUSLastOrder_JuneP9" spreadsheet | | |
| 38-399 | | | "Winback_DustinCrafts_5_5_2015Blast_ | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | Results Summary" spreadsheet | | |
| 38-400 | | | "Winback_JasonOToole_6_17_2015" spreadsheet | | |
| 38-401 | | | "Winback_JasonOToole_6_17_2015P2" spreadsheet | | |
| 38-402 | | | "Winback_LastorderDate_Sep2014P4" spreadsheet | | |
| 38-403 | | | "Winback_LastorderDate_Sep2014P5" spreadsheet | | |
| 38-404 | | | "Winback_LastorderDate_Sep2014P6" spreadsheet | | |
| 38-405 | | | "WinBack_MojosLegacy_Nebraska" spreadsheet | | |
| 39 | | | "Red_InActive Apr 2015" spreadsheet | Produced natively in the folder: "RFP No. 33" | |
| 39a | | | Excerpt from "Red_InActive Apr 2015" spreadsheet | N/A | |
| 40 | | | "PattyWinbackBlast" spreadsheet | Produced natively in the folder: "RFP No. 33" | |
| 40a | | | Excerpt from "PattyWinbackBlast" spreadsheet | N/A | |
| 41 | | | Compilation of Other Contact List Spreadsheets Produced by ViSalus (1,237 individual files) | VISALUS_WAKEFIELD00 00191-265; Laun Depo. Exhibit 8; Files produced natively in the following folders: "POM Contact Lists"; "RFP No. 30 - Confidential"; "RFP No. 33" | |
| 42 | | | Compilation of Completion Code Summary Spreadsheets Produced by ViSalus (769 individual files) | Produced natively in the following folders: "RFP No. 28" and "RFP No. 33" | |
| 43 | | | ViSalus Prerecorded Promotional Messages | Produced natively in the folder: "RFP No. 9" | |

| 43-1 | | | "Active West Coast" audio file | | |
|------|--|--|--------------------------------|--|--|
| 43-2 | | | "CCDecline_JEwing" audio file | | |
| 43-3 | | | "Earnest_RST_Charlotte_44100Hz" audio file | | |
| 43-4 | | | "Earnest_RST_Charlotte" audio file | | |
| 43-5 | | | "Earnest_RST_Philly_44100Hz" audio file | | |
| 43-6 | | | "Earnest_RST_Philly" audio file | | |
| 43-7 | | | "EOM_blast_JEwing" audio file | | |
| 43-8 | | | "EOM_blast_SSmith" audio file | | |
| 43-9 | | | "ExpiredCC_JEwing" audio file | | |
| 43-10 | | | "Inactive West Coast" audio file | | |
| 43-11 | | | "LGray_winback_6-17" audio file | | |
| 43-12 | | | "March_EOM_blast_JEwing" audio file | | |
| 43-13 | | | "March_EOM_blast_SSmith" audio file | | |
| 43-14 | | | "Neon_KP_Promoters" audio file | | |
| 43-15 | | | "Nick_Vitality2015" audio file | | |
| 43-16 | | | "NST2015_JasonOtoolei_Sherry" audio file | | |
| 43-17 | | | "NST2015_KevinMerriweather_Jeramie" audio file | | |
| 43-18 | | | "NST2015_KylePacetti_Sherry" audio file | | |
| 43-19 | | | "NST2015_Luceros_Chensea" audio file | | |
| 43-20 | | | "NST2015_NickSarnicola_Sherry" audio file | | |
| 43-21 | | | "NST2015_RachelJackson_Jeramie" audio file | | |
| 43-22 | | | "Pending Customers Sherry" audio file | | |
| 43-23 | | | "POMRannounce" audio file | | |
| 43-24 | | | "RachaelWinbackPRandC" audio file | | |
| 43-25 | | | "RachaelWinbackPRandCustomers" audio file | | |
| 43-26 | | | "RachelJackson_RST_Philly_44100Hz" | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | audio file | | |
| 43-27 | | | "RachelJackson_RST_Philly" audio file | | |
| 43-28 | | | "RJ_UplineSupport_V2" audio file | | |
| 43-29 | | | "RJ_UplineSupport" audio file | | |
| 43-30 | | | "Teamcall" audio file | | |
| 43-31 | | | "Teamcall2" audio file | | |
| 43-32 | | | "Tina_Lewis_Neon" audio file | | |
| 43-33 | | | "Tina_Lewis_Neon2" audio file | | |
| 43-34 | | | "Winback_Voice_cast_With_Neon" audio file | | |
| 43-35 | | | "WinbackCustomerPromoterLuceroRecorded" audio file | | |
| 44 | | | "Outbound Processes" document | Produced natively as part of ViSalus' Third Supplemental Production, 9'1'17 | |
| 45 | | | Email Chain between ViSalus and Bree Schappert | Produced natively in the folder: "RFP No. 26 - Confidential"; Gidley Depo. Exhibit 12 | |
| 46 | | | "ASR Contact List" spreadsheet | Produced natively in the folder: "RFP No. 33" | |
| 47 | | | ViSalus Internal Email Chain re: Better Business Bureau Complaint | Produced natively as part of ViSalus' Third Supplemental Production, 9'1'17 | |
| 48 | | | Compilation of Unsubscribe and Do Not Call Phone Numbers Produced by ViSalus (52 individual files) | Produced natively in the folder: "RFP No. 21" | |
| 49-1 | | | Code of Federal Regulations –Title 47 – Telecommunications, Subpart L – Restrictions on Telemarketing and Telephone Solicitation | | |
| 49-2 | | | Code of Federal Regulations –Title 47 – Telecommunications, Subpart L – | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | Restrictions on Telemarketing and Telephone Solicitation | | |
| 50 | | | Avaya Proactive Outreach Manager Upload Instructions | Gidley Depo. Exhibit 4 | |
| 51 | | | Winback Script (Dec. 2015) | Produced natively in the folder: "RFP No. 6"; Gidley Depo. Exhibit 10 | |
| 52 | | | "How to Pause, Resume and Stop a Campaign from running in POM" document | Gidley Depo. Exhibit 8 | |
| 53 | | | "Uploading contact list to POM" document | Gidley Depo. Exhibit 6 | |
| 54 | | | "Excerpt from Q32013P2.csv" document | Gidley Depo. Exhibit 20 | |
| 55 | | | "Excerpt from Fuel PatchOver.csv" document | Gidley Depo. Exhibit 21 | |
| 56 | | | "Excerpt from LeadershipLaunchCampaign.csv" document | Gidley Depo. Exhibit 22 | |
| 57 | | | "Outreach/Outbound Disposition Codes" document | Call Depo. Exhibit 2 | |
| 58 | | | "List of WAV files" document | Call Depo. Exhibit 3 | |
| 59 | | | "List of File Names" document | Call Depo. Exhibit 4 | |
| 60 | | | "List of File Names" document | Call Depo. Exhibit 5 | |
| 61 | | | Email re: RFP No. 13 | Gidley Depo. Exhibit 3 | |
| 62 | | | "Building a contact list" document | Gidley Depo. Exhibit 5 | |

Plaintiff's trial exhibit list                    25

**Plaintiff's impeachment exhibits**

| Number | Date offered | Date admitted | Description of exhibits |
|--------|--------------|---------------|-------------------------|
| 100 | | | Impeachment exhibit |
| 101 | | | Impeachment exhibit |
| 102 | | | Impeachment exhibit |
| 103 | | | Impeachment exhibit |
| 104 | | | Impeachment exhibit |
| 105 | | | Impeachment exhibit |
| 106 | | | Impeachment exhibit |
| 107 | | | Impeachment exhibit |
| 108 | | | Impeachment exhibit |
| 109 | | | Impeachment exhibit |
| 110 | | | Impeachment exhibit |
| 111 | | | Impeachment exhibit |
| 112 | | | Impeachment exhibit |
| 113 | | | Impeachment exhibit |

| 114 | | | Impeachment exhibit |
|-----|--|--|----------------------|
| 115 | | | Impeachment exhibit |
| 116 | | | Impeachment exhibit |
| 117 | | | Impeachment exhibit |
| 118 | | | Impeachment exhibit |
| 119 | | | Impeachment exhibit |
| 120 | | | Impeachment exhibit |
| 121 | | | Impeachment exhibit |
| 122 | | | Impeachment exhibit |

Date: January 16, 2019                    Respectfully submitted,

                                          By:  /s/ *Simon Franzini*

                                          DOVEL & LUNER, LLP
                                          Simon Franzini, Cal. Bar #287631*
                                          simon@dovel.com
                                          Gregory S. Dovel, Cal. Bar #135387*
                                          greg@dovel.com
                                          Jonas Jacobson, Cal. Bar #269912*
                                          jonas@dovel.com
                                          201 Santa Monica Blvd., Suite 600
                                          Santa Monica, California 90401
                                          Tel: (310) 656-7066
                                          Fax: (310) 656-7069

                                          EDELSON PC
                                          Rafey S. Balabanian, ILB #6285687*
                                          rbalabanian@edelson.com
                                          Eve-Lynn J. Rapp, ILB #6300632*
                                          erapp@edelson.com
                                          Lily E. Hough, SBN #315277*
                                          lhough@edelson.com
                                          123 Townsend Street, Suite 100
                                          San Francisco, California 94107
                                          Tel: (415) 212-9300
                                          Fax: (415) 373-9435

                                          FORUM LAW GROUP
                                          Scott F. Kocher, OSB #015088
                                          Stephen J. Voorhees, OSB #150595
                                          811 S.W. Naito Parkway, Suite 420
                                          Portland, Oregon 97204
                                          Tel/Fax: (503) 445-2120

                                          * admitted *pro hac vice*

                                          *Attorneys for Plaintiff Wakefield and the*
                                          *Certified Class*