DOVEL & LUNER, LLP
Simon Franzini, Cal. Bar #287631*
simon@dovel.com
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Tel: (310) 656-7066
Fax: (310) 656-7069

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

| | |
|---|---|
| **LORI WAKEFIELD**, individually and on behalf of a class of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**VISALUS, INC.**, a Nevada corporation,<br><br>Defendant. | No. 3:15-cv-01857<br><br>**Declaration of Simon Franzini in support of Plaintiff's response in opposition to Defendant's motion to continue** |

# Declaration of Simon Franzini

I, Simon Franzini, declare as follows:

1. I am an attorney admitted to practice in the State of California. I have been admitted to practice *pro hac vice* in the above-captioned matter. Dkt. 156. I am over the age of 18 and fully competent to make this declaration.

2. I am a partner with the law firm of Dovel & Luner, LLP and counsel of record for Plaintiff Wakefield. I make this declaration in support of Plaintiff's response in opposition to Defendant ViSalus, Inc.'s motion to continue trial.

3. Submitted with Plaintiff's response are the following exhibits, which are true and correct copies of the documents identified below:

| Exhibit no. | Description |
|---|---|
| 1 | Email chain between counsel for Plaintiff and counsel for Defendant |
| 2 | Doug Knox biography at Spencer Fane |
| 3 | Joshua Dickinson biography at Spencer Fane |

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed this 18th day of January 2019 in Santa Monica, California.

/s/ *Simon Franzini*

Dovel & Luner, LLP

## CERTIFICATE OF SERVICE

I, Simon Franzini, an attorney, certify that on January 18, 2019, I served the foregoing by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

*/s/ Simon Franzini*