**Joshua M. Sasaki, P.C.**, OSB No. 964182
josh.sasaki@millernash.com
**Nicholas H. Pyle**, OSB No. 165175
Nicholas.pyle@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

**John Maston O'Neal** (admitted pro hac vice)
john.oneal@quarles.com
**Zachary S. Foster** (admitted pro hac vice)
zachary.foster@quarles.com
QUARLES & BRADY LLP
101 E. Kennedy Blvd., Ste. 3400
Tampa, FL 33602
Telephone: 813.387.0300
Facsimile: 813.387.1800

Attorneys for Defendant ViSalus, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **LORI WAKEFIELD**, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>**VISALUS, INC.**, a Nevada corporation,<br><br>        Defendant. | CV No. 3:15-cv-01857-BR<br><br>**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS** |

Defendant, ViSalus, Inc. ("ViSalus") objects to Plaintiff Lori Wakefield and the Certified Class' deposition designations as follows:

**<u>Justin Call</u>**

Testimony concerning exhibits should not be read until exhibits are admitted into evidence. Defendant objects to all testimony concerning an exhibit if the exhibit is not admitted first.

| **PAGE AND LINE** | **OBJECTION TO PLAINTIFF'S DEPOSITION DESIGNATIONS** |
|---|---|
| 45:12-46:6 | Lacks personal knowledge; speculation; foundation |
| 55:10-20 | Speculation; lacks personal knowledge; foundation |
| 76:5-17 | Foundation; speculation; lacks personal knowledge |
| 77:13-23 | Speculation; lack personal knowledge; foundation |
| 83:3-5 | Statement by counsel, not a question |
| 86:24-87:16 | Speculation; lacks personal knowledge; foundation |
| 106:9-107:10; 107:16-108:10 | Foundation; relevance |
| 112:17-19 | Relevance; FRE 403 |
| 115:9-14 | Relevance; FRE 403 |

**Scott Gidley (December 12, 2016 deposition)**

Testimony concerning exhibits should not be read until exhibits are admitted into evidence.

Defendant objects to all testimony concerning an exhibit if the exhibit is not admitted first.

| **PAGE AND LINE** | **OBJECTION TO PLAINTIFF'S DEPOSITION DESIGNATIONS** |
|---|---|
| 36:2 | Logarithm corrected to algorithm |
| 91:7-19 | Relevance; FRE 403 |
| 111:5 | Corrected to read "Yes.  If the call was initiated through POM, the toll-free number would have appeared as the number from which the call originated." |
| 210:2-10 | Relevance |

**Scott Gidley (December 12, 2017 deposition)**

Testimony concerning exhibits should not be read until exhibits are admitted into evidence.

Defendant objects to all testimony concerning an exhibit if the exhibit is not admitted first.

**John Laun**

Testimony concerning exhibits should not be read until exhibits are admitted into evidence.

Defendant objects to all testimony concerning an exhibit if the exhibit is not admitted first.

Defendant objects to the testimony related to GroupCast, which is the subject of a motion in limine.

| PAGE AND LINE | OBJECTION TO PLAINTIFF'S DEPOSITION DESIGNATIONS |
|---|---|
| 27:5-15 | Speculation; lacks personal knowledge |
| 39:22-40:5 | Relevance |
| 83:5-17 | Speculation; lacks personal knowledge; relevance |
| 83:19-84:8 | Relevance |
| 92:20-94:10 | Speculation; lacks personal knowledge |
| 98:21-99:11 | Speculation; lacks personal knowledge |
| 114:8-14 | Relevance; speculation; lacks personal knowledge |

3

DATED this 23rd day of January, 2019.

        QUARLES & BRADY LLP

        By */s/ John Maston O'Neal*

        **John Maston O'Neal** (admitted pro hac vice)
        john.oneal@quarles.com
        **Zachary S. Foster** (admitted pro hac vice)
        zachary.foster@quarles.com
        QUARLES & BRADY LLP
        101 E. Kennedy Blvd., Ste. 3400
        Tampa, FL 33602
        Telephone: 813.387.0300
        Facsimile: 813.387.1800

        MILLER NASH GRAHAM & DUNN LLP
        Joshua M. Sasaki, P.C., OSB No. 964182
        josh.sasaki@millernash.com
        Nicholas H. Pyle, OSB No. 165175
        nicholas.pyle@millernash.com
        Telephone:  503.224.5858
        Facsimile:  503.224.0155

        *Attorneys for Defendant ViSalus, Inc.*

I hereby certify that I served the foregoing on Plaintiff the foregoing document:

| | |
|---|---|
| Scott F. Kocher<br>Stephen J. Voorhees<br>FORUM LAW GROUP LLC<br>811 S.W. Naito Parkway, Suite 420<br>Portland, Oregon 97204<br>Telephone: 503.445.2102<br>Fax: 503.445.2120<br>E-mail: scott@forumlawgroup.com<br>        stephen@forumlawgroup.com<br>*Attorneys for Plaintiff* | Rafey S. Balabanian (*pro hac vice*)<br>Eve-Lynn Rapp (*pro hac vice*)<br>EDELSON PC<br>123 Townsend Street, Suite 100<br>San Francisco, CA 94107<br>Telephone: 415.212.9300<br>Fax: 415.373.9435<br>E-mail: rbalabanian@edelson.com<br>        erapp@edelson.com<br>*Attorneys for Plaintiff* |
| Stefan Coleman<br>Law Offices of Stefan Coleman, LLC<br>1309 Jericho Tpke, 2nd Floor<br>New Hyde Park, NY 11040<br>Tel: 877.333.9427<br>Fax: 888.498.8946<br>E-mail: law@stefancoleman.com<br>*Attorneys for Plaintiff* | Benjamin H. Richman (*pro hac vice*)<br>EDELSON PC<br>350 N. LaSalle Street, 14th Floor<br>Chicago, IL 60654<br>Telephone: 312.589.6370<br>Fax: 21.589.6378<br>E-mail: brichman@edelson.com<br>*Attorneys for Plaintiff* |

by the following indicated method or methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **E-mail.**  As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐ **Facsimile communication device.**

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

☐ **Overnight courier, delivery prepaid.**

DATED this 23rd day of January, 2019.

*/s/John Maston O'Neal*

Attorneys for Defendant ViSalus, Inc.

5