**Joshua M. Sasaki, P.C.**, OSB No. 964182
josh.sasaki@millernash.com
**Nicholas H. Pyle**, OSB No. 165175
Nicholas.pyle@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

**John Maston O'Neal** (admitted pro hac vice)
john.oneal@quarles.com
**Zachary S. Foster** (admitted pro hac vice)
zachary.foster@quarles.com
QUARLES & BRADY LLP
101 E. Kennedy Blvd., Ste. 3400
Tampa, FL 33602
Telephone: 813.387.0300
Facsimile: 813.387.1800

Attorneys for Defendant ViSalus, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **LORI WAKEFIELD**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**VISALUS, INC**., a Nevada corporation,<br><br>Defendant. | CV No. 3:15-cv-01857-BR<br><br>**DEFENDANT'S EXHIBIT LIST** |

Pursuant to the Court's Civil Trial Management Order (Doc. 152), Section III.A., Defendant ViSalus, Inc. hereby submits its Exhibit List.

    201.    ViSalus Privacy Policy [Laun Ex. 3, ViSalus-Wakefield 000037-40].

    202.    ViNet Company Communications tab [Laun Ex. 4, ViSalus-Wakefield 000042].

203.  ViNet Company Communications tab [ViSalus-Wakefield 000041].

204.  Order Sheets [Laun Ex. 6, ViSalus-Wakefield 000001-2].

205.  Do Not Call Process [ViSalus-Wakefield 000043].

Defendant reserves the right to use any and all of Plaintiff's exhibits.

DATED this 23rd day of January, 2019.

QUARLES & BRADY LLP

By */s/ John Maston O'Neal*

**John Maston O'Neal** (admitted pro hac vice)
john.oneal@quarles.com
**Zachary S. Foster** (admitted pro hac vice)
zachary.foster@quarles.com
QUARLES & BRADY LLP
101 E. Kennedy Blvd., Ste. 3400
Tampa, FL 33602
Telephone: 813.387.0300
Facsimile: 813.387.1800

MILLER NASH GRAHAM & DUNN LLP
Joshua M. Sasaki, P.C., OSB No. 964182
josh.sasaki@millernash.com
Nicholas H. Pyle, OSB No. 165175
nicholas.pyle@millernash.com
Telephone:  503.224.5858
Facsimile:  503.224.0155

*Attorneys for Defendant ViSalus, Inc.*

I hereby certify that I served the foregoing on Plaintiff the foregoing document:

Scott F. Kocher
Stephen J. Voorhees
FORUM LAW GROUP LLC
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204
Telephone: 503.445.2102
Fax: 503.445.2120
E-mail: scott@forumlawgroup.com
    stephen@forumlawgroup.com
*Attorneys for Plaintiff*

Rafey S. Balabanian (*pro hac vice*)
Eve-Lynn Rapp (*pro hac vice*)
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, CA 94107
Telephone: 415.212.9300
Fax: 415.373.9435
E-mail: rbalabanian@edelson.com
    erapp@edelson.com
*Attorneys for Plaintiff*

Simon Franzini (*pro hac vice*)
Gregory S. Dovel (*pro hac vice*)
Jonas Jacobson (*pro hac vice*)
Dovel & Luner LLP
201 Santa Monica Blvd., Ste. 600
Santa Monica, CA 90401
Telephone: 310 656-7066
Fax: 310.656.7069
E-mail: simon@dovel.com
    greg@dovel.com
    jonas@dovel.com
*Attorneys for Plaintiff*

Benjamin H. Richman (*pro hax vice*)
EDELSON PC
350 N. LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: 312.589.6370
Fax: 21.589.6378
E-mail: brichman@edelson.com
*Attorneys for Plaintiff*

Stefan Coleman
Law Offices of Stefan Coleman, LLC
1309 Jericho Tpke, 2nd Floor
New Hyde Park, NY 11040
Tel: 877.333.9427
Fax: 888.498.8946
E-mail: law@stefancoleman.com
*Attorneys for Plaintiff*

by the following indicated method or methods on the date set forth below:

    ☒    **CM/ECF system transmission.**

    ☐    **E-mail.**  As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

    ☐    **Facsimile communication device.**

☐     **First-class mail, postage prepaid.**

☐     **Hand-delivery.**

☐     **Overnight courier, delivery prepaid.**

DATED this 23rd day of January, 2019.

*/s/ John Maston O'Neal*

Attorneys for Defendant ViSalus, Inc.

4

QB\146121.00022\55770145.1