**Joshua M. Sasaki, P.C.**, OSB No. 964182
josh.sasaki@millernash.com
**Nicholas H. Pyle**, OSB No. 165175
Nicholas.pyle@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

**John M. O'Neal** (admitted pro hac vice)
john.oneal@quarles.com
**Zachary S. Foster** (admitted pro hac vice)
zachary.foster@quarles.com
QUARLES & BRADY LLP
2 N. Central Ave.
One Renaissance Square
Phoenix, AZ 85004
Telephone: 602.229.5200
Facsimile: 602.229.5690

Attorneys for Defendant ViSalus, Inc.


UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

|  |  |
|---|---|
| **LORI WAKEFIELD**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**VISALUS, INC**., a Nevada corporation,<br><br>Defendant. | CV No. 3:15-cv-01857-BR<br><br>**DEFENDANT'S LAY WITNESS LIST** |

Defendant, ViSalus, Inc. ("ViSalus"), pursuant to this Court's Civil Trial Management

Order (Dkt. 152), discloses that it may call the following lay witnesses at trial:

1. **Scott Gidley**

   a. **Occupation:** Compliance Analyst for ViSalus, Inc.

b.      **Address:** c/o Quarles & Brady, LLP, 2 N. Central Ave., One Renaissance Square, Phoenix, AZ 85004

c.      **Estimated Testimony Length:** 1.5 hours

d.      **Testimony Summary:**  If called, Mr. Gidley will rebut Plaintiff's assertions that, during the class period, ViSalus placed over 3.7 million calls to consumers in the United States on their residential landlines or cellular telephone lines and played telemarketing messages using an artificial or prerecorded voice. Mr. Gidley will further testify about the application materials completed by each ViSalus customer and promoter and ViSalus's privacy policy, including their specific contents allowing customers and promoters to provide telephone numbers to ViSalus for ViSalus to call in the future and specific disclosures contained therein regarding future marketing calls from ViSalus to promoters and customers. Mr. Gidley will testify about ViSalus's Avaya telephone system and ViSalus's calling campaigns. Mr. Gidley will also testify that the vast majority of calls that ViSalus placed did not deliver an artificial or prerecorded voice or did not constitute telemarketing as defined by the TCPA.

2.      ViSalus reserve the right to call any and all witnesses listed in Plaintiff's Lay Witness List.

RESPECTFULLY SUBMITTED this 23rd day of January, 2019.

QUARLES & BRADY LLP

By */s/ John Maston O'Neal*

John M. O'Neal (pro hac vice)
john.oneal@quarles.com
Zachary S. Foster (pro hac vice)
zachary.foster@quarles.com
For Mr. Foster:
Telephone: 813.387.0300
Facsimile: 813.387.1800
For Mr. O'Neal:
Telephone:  602.229.5200
Facsimile:  602.229.5690

MILLER NASH GRAHAM & DUNN LLP
Joshua M. Sasaki, P.C., OSB No. 964182
josh.sasaki@millernash.com
Nicholas H. Pyle, OSB No. 165175
nicholas.pyle@millernash.com
Telephone:  503.224.5858
Facsimile:  503.224.0155

*Attorneys for Defendant ViSalus, Inc.*

I hereby certify that I served the foregoing on Plaintiff the foregoing document:

Scott F. Kocher
Stephen J. Voorhees
FORUM LAW GROUP LLC
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204
Telephone: 503.445.2102
Fax: 503.445.2120
E-mail: scott@forumlawgroup.com
          stephen@forumlawgroup.com
*Attorneys for Plaintiff*

Simon Franzini (*pro hac vice*)
Gregory S. Dovel (*pro hac vice*)
Jonas Jacobson (*pro hac vice*)

Rafey S. Balabanian (*pro hac vice*)
Eve-Lynn Rapp (*pro hac vice*)
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, CA 94107
Telephone: 415.212.9300
Fax: 415.373.9435
E-mail: rbalabanian@edelson.com
          erapp@edelson.com
*Attorneys for Plaintiff*

Benjamin H. Richman (*pro hac vice*)
EDELSON PC
350 N. LaSalle Street, 14th Floor

Defendant's Lay Witness List
3

Dovel & Luner LLP
201 Santa Monica Blvd., Ste. 600
Santa Monica, CA 90401
Telephone: 310 656-7066
Fax: 310.656.7069
E-mail: simon@dovel.com
        greg@dovel.com
        jonas@dovel.com
*Attorneys for Plaintiff*

Chicago, IL 60654
Telephone: 312.589.6370
Fax: 21.589.6378
E-mail: brichman@edelson.com
*Attorneys for Plaintiff*

Stefan Coleman
Law Offices of Stefan Coleman, LLC
1309 Jericho Tpke, 2nd Floor
New Hyde Park, NY 11040
Tel: 877.333.9427
Fax: 888.498.8946
E-mail: law@stefancoleman.com
*Attorneys for Plaintiff*

by the following indicated method or methods on the date set forth below:

☒    **CM/ECF system transmission.**

☐    **E-mail.**  As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐    **Facsimile communication device.**

☐    **First-class mail, postage prepaid.**

☐    **Hand-delivery.**

☐    **Overnight courier, delivery prepaid.**

DATED this 23rd day of January, 2019.

*/s/John Maston O'Neal*

Attorneys for Defendant ViSalus, Inc.