**Joshua M. Sasaki, P.C.**, OSB No. 964182
josh.sasaki@millernash.com
**Nicholas H. Pyle**, OSB No. 165175
Nicholas.pyle@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

**John Maston O'Neal** (admitted pro hac vice)
john.oneal@quarles.com
**Zachary S. Foster** (admitted pro hac vice)
zachary.foster@quarles.com
QUARLES & BRADY LLP
101 E. Kennedy Blvd., Ste. 3400
Tampa, FL 33602
Telephone: 813.387.0300
Facsimile: 813.387.1800

Attorneys for Defendant ViSalus, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **LORI WAKEFIELD**, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**VISALUS, INC.**, a Nevada corporation,<br><br>　　　　　Defendant. | CV No. 3:15-cv-01857-BR<br><br>**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S AMENDED DEPOSITION DESIGNATIONS** |

　　　　Defendant, ViSalus, Inc. ("ViSalus") objects to Plaintiff Lori Wakefield and the Certified Class' Amended Deposition Designations [#265] as follows:

**Justin Call**

With respect to Mr. Call's January 20, 2017 deposition, Defendant's objections are as follows:

42:16-21 - vague as to "these lists"; calls for speculation

45:12-15 - lacks personal knowledge; lacks foundation; calls for speculation (simply reading title of document)

45:16-17 - irrelevant; lacks personal knowledge

45:18-22 - irrelevant; lacks personal knowledge; calls for speculation

45:23-46:2 - irrelevant

46:3-6 - lacks personal knowledge; speculation (reading title of document)

47:17-22 - lacks personal knowledge; calls for speculation

55:10-16 - lacks personal knowledge; calls for speculation; irrelevant (reading title of document)

55:17-20 - lacks personal knowledge; speculation

77:13-18 - lacks personal knowledge; speculation; lacks foundation

77:19-23 - lacks personal knowledge; speculation; lacks foundation

83:10-11 - irrelevant

83:15-20 - irrelevant; lacks personal knowledge; speculation

83:21-23 - irrelevant; lacks personal knowledge; speculation

83:24-84:3 - speculation; lacks personal knowledge; foundation

84:4-8 - speculation; lacks personal knowledge; foundation

84:13-20 - speculation; lacks personal knowledge; foundation

88:3-8 - speculation; lacks personal knowledge; lacks foundation

**Scott Gidley (December 12, 2016 deposition)**

With respect to Mr. Gidley's December 12, 2016 deposition, Defendant's objections are as follows:

136:14-20 -- speculation

146:9-11 -- speculation; lacks personal knowledge

146:12-14 -- speculation; lacks personal knowledge

154:25-155:3 -- vague (no identification of "information")

155:4-6 -- vague (no identification of "what as it relates to" references)

179:21-22 -- irrelevant

179:23-180:02 -- irrelevant; speculation

180:10-12 -- speculation

180:13-22 -- irrelevant; speculation

180:23-181:23 -- hearsay; lacks foundation

181:25-182:01 -- irrelevant

182:2-4 -- irrelevant; speculation

182:5-8 -- irrelevant

182:18-20 -- lacks foundation (witness did not testify that message was sent)

184:17-185:2 -- hearsay (on filed designations, it appears that plaintiff may have inadvertently left out some portion of the designations, which if true, I believe they should be allowed to amend)

189:8-15 -- irrelevant; speculation

189:16-19 -- irrelevant; speculation

189:20-22 -- speculation; lacks foundation

189:23-190:02 -- lacks foundation; speculation

190:18-19 -- lacks foundation; speculation

190:20-22 -- lacks foundation; speculation

190:23-191:1 -- lacks foundation; speculation

191:2-4 -- lacks foundation; speculation

194:11-12 -- speculation

194:14-16 -- speculation

194:17-22 --speculation ; irrelevant

194:23-195:1 -- speculation

195:2-16 -- speculation

195:21-24 -- speculation

196:1-4 -- speculation

**Scott Gidley (December 12, 2017 deposition)**

With respect to Mr. Gidley's December 12, 2017 deposition, Defendant's objections are as follows:

29:2-6 -- irrelevant (witness is reading)

36:4-8 -- speculation

71:14-20 -- speculation; lacks foundation

80:23-81:1 -- speculation; lacks personal knowledge


**John Laun**

With respect to Mr. Laun's November 16, 2016 deposition, Defendant's objections are as follows:

85:18-19 -- irrelevant

85:20-25 -- speculation; lacks personal knowledge

86:1-4 -- speculation; lacks personal knowledge

92:20-23 -- speculations; lacks personal knowledge

98:25-99:6 -- speculation; lacks personal knowledge (witness reading document)

4

DATED this 8th day of April, 2019.

                                         QUARLES & BRADY LLP

By */s/ John Maston O'Neal*

**John Maston O'Neal** (admitted pro hac vice)
john.oneal@quarles.com
**Zachary S. Foster** (admitted pro hac vice)
zachary.foster@quarles.com
QUARLES & BRADY LLP
101 E. Kennedy Blvd., Ste. 3400
Tampa, FL 33602
Telephone: 813.387.0300
Facsimile: 813.387.1800

MILLER NASH GRAHAM & DUNN LLP
Joshua M. Sasaki, P.C., OSB No. 964182
josh.sasaki@millernash.com
Nicholas H. Pyle, OSB No. 165175
nicholas.pyle@millernash.com
Telephone:  503.224.5858
Facsimile:  503.224.0155

*Attorneys for Defendant ViSalus, Inc.*

I hereby certify that I served the foregoing on Plaintiff the foregoing document:

Scott F. Kocher
Stephen J. Voorhees
FORUM LAW GROUP LLC
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204
Telephone: 503.445.2102
Fax: 503.445.2120
E-mail: scott@forumlawgroup.com
stephen@forumlawgroup.com
*Attorneys for Plaintiff*

Rafey S. Balabanian (*pro hac vice*)
Eve-Lynn Rapp (*pro hac vice*)
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, CA 94107
Telephone: 415.212.9300
Fax: 415.373.9435
E-mail: rbalabanian@edelson.com
erapp@edelson.com
*Attorneys for Plaintiff*

Stefan Coleman
Law Offices of Stefan Coleman, LLC
1309 Jericho Tpke, 2nd Floor
New Hyde Park, NY 11040
Tel: 877.333.9427
Fax: 888.498.8946
E-mail: law@stefancoleman.com
*Attorneys for Plaintiff*

Benjamin H. Richman (*pro hac vice*)
EDELSON PC
350 N. LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: 312.589.6370
Fax: 21.589.6378
E-mail: brichman@edelson.com
*Attorneys for Plaintiff*

by the following indicated method or methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **E-mail.** As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐ **Facsimile communication device.**

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

☐ **Overnight courier, delivery prepaid.**

DATED this 8th day of April 2019,

/s/John Maston O'Neal

Attorneys for Defendant ViSalus, Inc.

6