DOVEL & LUNER, LLP
Simon Franzini, Cal. Bar #287631*
simon@dovel.com
Gregory S. Dovel, Cal. Bar #135387*
greg@dovel.com
Jonas Jacobson, Cal. Bar #269912*
jonas@dovel.com
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Tel: (310) 656-7066
Fax: (310) 656-7069

(additional counsel listed on next page)

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| **LORI WAKEFIELD**, individually and on behalf of a class of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**VISALUS, INC.**, a Nevada corporation,<br><br>Defendant. | No. 3:15-cv-01857-SI<br><br>**Joint stipulations of fact** |

EDELSON PC
Rafey S. Balabanian, ILB #6285687*
rbalabanian@edelson.com
Eve-Lynn J. Rapp, ILB #6300632*
erapp@edelson.com
Lily E. Hough, SBN #315277*
lhough@edelson.com
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: (415) 212-9300
Fax: (415) 373-9435

FORUM LAW GROUP
Scott F. Kocher, OSB #015088
Stephen J. Voorhees, OSB #150595
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204
Tel/Fax: (503) 445-2120

* admitted *pro hac vice*

*Attorneys for Plaintiff Wakefield and the Certified Class*

MILLER NASH GRAHAM & DUNN LLP
Joshua M. Sasaki, P.C., OSB No. 964182
josh.sasaki@millernash.com
Nicholas H. Pyle, OSB No. 165175
Nicholas.pyle@millernash.com
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Tel: (503) 224-5858
Fax: (503) 224-0155

QUARLES & BRADY LLP
John M. O'Neal*
john.oneal@quarles.com
Zachary S. Foster*
zachary.foster@quarles.com
2 N. Central Ave.
One Renaissance Square
Phoenix, AZ 85004
Tel: (602) 229-5200
Fax: (602) 229-5690

* admitted *pro hac vice*

*Attorneys for Defendant ViSalus, Inc.*

The parties submit the attached stipulations of fact, as the Court instructed at the pretrial conference. Defendant ViSalus continues to assert all objections, and the submission should not be considered a waiver of Defendant's objections. Defendant further objects to the stipulation being given to the jury in written form rather than being read to the jury.

Date: April 9, 2019

Respectfully submitted,

By: /s/ *Simon Franzini*

DOVEL & LUNER, LLP
Simon Franzini, Cal. Bar #287631*
simon@dovel.com
Gregory S. Dovel, Cal. Bar #135387*
greg@dovel.com
Jonas Jacobson, Cal. Bar #269912*
jonas@dovel.com
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Tel: (310) 656-7066
Fax: (310) 656-7069

EDELSON PC
Rafey S. Balabanian, ILB #6285687*
rbalabanian@edelson.com
Eve-Lynn J. Rapp, ILB #6300632*
erapp@edelson.com
Lily E. Hough, SBN #315277*
lhough@edelson.com
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: (415) 212-9300
Fax: (415) 373-9435

FORUM LAW GROUP
Scott F. Kocher, OSB #015088
Stephen J. Voorhees, OSB #150595
811 S.W. Naito Parkway, Suite 420

Portland, Oregon 97204
Tel/Fax: (503) 445-2120

\* admitted *pro hac vice*

*Attorneys for Plaintiff Wakefield and the Certified Class*

By: */s/ John M. O'Neal (w/ permission)*

MILLER NASH GRAHAM & DUNN LLP
Joshua M. Sasaki, P.C., OSB No. 964182
josh.sasaki@millernash.com
Nicholas H. Pyle, OSB No. 165175
Nicholas.pyle@millernash.com
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Tel: (503) 224-5858
Fax: (503) 224-0155

QUARLES & BRADY LLP
John M. O'Neal\*
john.oneal@quarles.com
Zachary S. Foster\*
zachary.foster@quarles.com
2 N. Central Ave.
One Renaissance Square
Phoenix, AZ 85004
Tel: (602) 229-5200
Fax: (602) 229-5690

\* admitted *pro hac vice*

*Attorneys for Defendant ViSalus, Inc.*