Judge Simon,

If we were to say yes to B.5 then do we have to come up with numbers for the different devices?

Thank you-

COURT'S EXHIBIT NO. A
IDENTIFICATION/EVIDENCE
DKT. #
DATE: