# LIST OF EXHIBITS AND WITNESSES

| Case No. | 3:15-cv-01857-SI | Michael H. Simon |
| --- | --- | --- |
| | | United States District Judge |
| Title | Lori Wakefield v. | |
| | ViSalus, Inc. | |
| Dates of Hearing/Trial | April 10, 2019 – April 12, 2019 | |
| Court Reporters | Dennis Apodaca | |
| Deputy Clerks | Mary Austad | |
| Gregory S. Dovel, Jonas B. Jacobson, Simon C. Franzini, Julien A. Adams, and Lily E. Hough | | John Maston O'Neal, Zachary S. Foster, and Nicholas H. Pyle |
| | | |

## LIST OF WITNESSES

Case No.                                                           Case Name:

| Date | Time | Witness | Called by |
|---|---|---|---|
| 4/11/2019 | 9:53 a.m. | Lance Eves – Direct | Ptf |
| | 10:21 a.m. | Cross | Def |
| | 10:31 a.m. | Redirect | Ptf |
| | 10:36 a.m. | Recross | Def |
| | 10:40 a.m. | Break | |
| | 10:59 a.m. | Lori Wakefield – Direct | Ptf |
| | 11:43 a.m. | Cross | Def |
| | 12:09 a.m. | Redirect | Ptf |
| | 12:15 p.m. | Lunch Break | |
| | 1:35 p.m. | Deposition Testimony of John Laun – Direct | Ptf |
| | 1:42 p.m. | Cross | |
| | 2:15 p.m. | Deposition Testimony of Justin Call – Direct | Ptf |
| | 2:20 p.m. | Cross | Def |
| | 2:23 p.m. | Break | |
| | 2:53 p.m. | Deposition Testimony of Scott Gidley – Direct | Ptf |
| | 3:32 p.m. | Cross | Def |
| | 4:03 p.m. | Shawn Davis – Direct | Ptf |
| | 4:31 p.m. | Cross | Def |
| 4/12/2019 | 9:10 a.m. | Redirect | Ptf |
| | 9:24 a.m. | Cross | Def |
| | 9:53 a.m. | Redirect | Ptf |
| | 10:35 a.m. | Break | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

United States District Court
Oregon District
Exhibits Log: 3:15-cv-01857-SI
Wakefield v. ViSalus, Inc., 4/10/2019

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Pla-2 | Molalla Call Log 503.829.7628 |
| Pla-4 | Wakefield Phone Bill 4.1.15_4.30.15 |
| Pla-6 | ViSalus Communications Log Byron Wakefield |
| Pla-7 | ViSalus Communications Log Lori Wakefield |
| Pla-8 | Independent Promoter Application |
| Pla-11 | Independent Promoter Application |
| Pla-13 | Independent Promoter Application |
| Pla-15 | Independent Promoter Application |
| Pla-17 | Independent Promoter Application |
| Pla-19 | Independent Promoter Application |
| Pla-20 | Independent Promoter Application |
| Pla-22 | Independent Promoter Application |
| Pla-24 | Independent Promoter Application |
| Pla-26 | Independent Promoter Application |
| Pla-27 | Independent Promoter Application |
| Pla-31 | POM Campaign Tracker Spreadsheet Native Cover |
| Pla-32 | ASR Campaign Tracker Spreadsheet Native Cover |
| Pla-34 | Using Proactive Outreach Manager Full |
| Pla-35 | How to Start a Campaign with the Correct Contact List Document |
| Pla-36 | Summary of Call Outcomes in Spreadsheets Identified in Gidley Decl. |
| Pla-36-a | Summary of Call Outcomes in Call Lists |
| Pla-37 | Gidley Declaration 4.4.18 |
| Pla-38 | Exhibit #38 - ViSalus Marketing Campaign Contact Spreadsheets According to Gidley Decl.Native Cover EXHIBITS 38-1 - 38-405 |
| Pla-38-115 | JasonOToole_WinBack Spreadsheet Full |
| Pla-39 | Red_InActive Apr 2015 Spreadsheet Native Cover |
| Pla-40 | PattyWinbackBlast Spreadsheet Native Cover |
| Pla-43-07 | ViSalus Prerecorded Promotional Message EOM_blast_JEwing.wav |
| Pla-43-10 | ViSalus Prerecorded Promotional Message Inactive West Coast.wav |
| Pla-43-11 | ViSalus Prerecorded Promotional Message LGray_winback_6_17.wav |
| Pla-43-12 | ViSalus Prerecorded Promotional Message March_EOM_blast_JEwing.wav |
| Pla-43-13 | ViSalus Prerecorded Promotional Message March_EOM_blast_SSmith.wav |
| Pla-43-14 | ViSalus Prerecorded Promotional Message Neon_KP_Promoters.wav |
| Pla-43-15 | ViSalus Prerecorded Promotional Message Nick_Vitality2015.aac |
| Pla-43-17 | ViSalus Prerecorded Promotional Message NST2015_KevinMerriweather_Jeramie.wav |
| Pla-43-19 | ViSalus Prerecorded Promotional Message NST2015_Luceros_Chensea.wav |
| Pla-43-23 | ViSalus Prerecorded Promotional Message POMRannounce.wav |
| Pla-43-24 | ViSalus Prerecorded Promotional Message RachaelWinbackPRandC.wav |
| Pla-43-25 | ViSalus Prerecorded Promotional Message RachaelWinbackPRandCustomers.wav |

| | |
|---|---|
| Pla-43-28 | ViSalus Prerecorded Promotional Message RJ_UplineSupport_V2.wav |
| Pla-43-29 | ViSalus Prerecorded Promotional Message RJ_UplineSupport.wav |
| Pla-43-32 | ViSalus Prerecorded Promotional Message Tina_Lewis_Neon.wav |
| Pla-43-33 | ViSalus Prerecorded Promotional Message Tina_Lewis_Neon2.wav |
| Pla-43-34 | ViSalus Prerecorded Promotional Message Winback_Voice_cast_With_Neon.wav |
| Pla-43-35 | ViSalus Prerecorded Promotional Message WinbackCustomerPromoterLuceroRecorded.wav |
| Pla-44 | Outbound Processes Document |
| Pla-47 | ViSalus Internal Email Chain re Better Business Bureau Complaint |
| Pla-50 | Avaya Proactive Outreach Manager Upload Instructions Document |
| Pla-54 | Excerpt from Q32013P2.csv Document |
| Pla-58 | List of WAV files Document |
| Pla-62 | Building a Contact List Document |
| Pla-65 | Photograph of Lori Wakefields house |