IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LORI WAKEFIELD, individually and on behalf of a class of others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>VISALUS, INC.,<br><br>  Defendant. | Case No. 3:15-cv-1857-SI<br><br>**SPECIAL VERDICT** |

**WE, THE JURY**, being first duly sworn, unanimously find as follows:

### COUNT ONE

### Ms. Wakefield's Individual Claim

1. Did the Plaintiff, Ms. Wakefield, prove by a preponderance of the evidence that the Defendant, ViSalus, Inc., made or initiated at least one telemarketing call using an artificial or prerecorded voice to a residential telephone line (residential landline) belonging or registered to Ms. Wakefield, in violation of the TCPA?

   YES ___✓___      NO _____

*If you answered "Yes" to Question No. 1, please proceed to Question No. 2. If you answered "No" to Question No. 1, please skip Question No. 2 and proceed to Question No. 3.*

PAGE 1 – SPECIAL VERDICT

2.  How many telemarketing calls using an artificial or prerecorded voice made or initiated to a residential telephone line (residential landline) belonging or registered to Ms. Wakefield did the Plaintiff prove by a preponderance of the evidence?

_____4_____ (number)

## COUNT TWO

### Class Claim

A.  **Mobile (Cellular) Telephones and Residential Landlines Combined**

3.  Did the Plaintiff, as Class Representative, prove by a preponderance of the evidence that the Defendant, ViSalus, Inc., made or initiated at least one telemarketing call using an artificial or prerecorded voice to either: (a) a mobile (or cellular) telephone or (b) a residential telephone line (residential landline), belonging or registered to one or more class members other than Ms. Wakefield, in violation of the TCPA?

YES __✓__        NO _____

*If you answered "Yes" to Question No. 3, please proceed to Question No. 4. If you answered "No" to Question No. 3, please skip all remaining questions and have the presiding juror date and sign this form.*

4.  How many telemarketing calls using an artificial or prerecorded voice made or initiated by the Defendant, ViSalus, Inc., to either: (a) a mobile (or cellular) telephone or (b) a residential telephone line (residential landline), belonging or registered to one or more class members other than Ms. Wakefield, in violation of the TCPA, did the Plaintiff, as Class Representative, prove by a preponderance of the evidence?

__1,850,436__ (number)

PAGE 2 – SPECIAL VERDICT

                **B.**        **Mobile (Cellular) Telephones <u>Only</u>**

5.    Did the Plaintiff, as Class Representative, prove by a preponderance of the evidence that the Defendant, ViSalus, Inc., made or initiated at least one telemarketing call using an artificial or prerecorded voice to a mobile (or cellular) telephone belonging or registered to one or more class members other than Ms. Wakefield, in violation of the TCPA?

        YES  __✓__        NO  _____

*If you answered "Yes" to Question No. 5, please proceed to Question No. 6. If you answered "No" to Question No. 5, please skip Question No. 6 and proceed to Question No. 7.*

6.    How many telemarketing calls using an artificial or prerecorded voice made or initiated by the Defendant, ViSalus, Inc., to a mobile (or cellular) telephone belonging or registered to one or more class members other than Ms. Wakefield, in violation of the TCPA, did the Plaintiff, as Class Representative, prove by a preponderance of the evidence?



__We cannot tell__ (number)

                **C.**        **Residential Landline Telephones <u>Only</u>**

7.    Did the Plaintiff, as Class Representative, prove by a preponderance of the evidence that the Defendant, ViSalus, Inc., made or initiated at least one telemarketing call using an artificial or prerecorded voice to a residential telephone line (residential landline) belonging or registered to one or more class members other than Ms. Wakefield, in violation of the TCPA?

        YES  __✓__        NO  _____

*If you answered "Yes" to Question No. 7, please proceed to Question No. 8. If you answered "No" to Question No. 7, please skip Question No. 8 and have the presiding juror date and sign this form.*

PAGE 3 – SPECIAL VERDICT

8.  How many telemarketing calls using an artificial or prerecorded voice made or initiated by the Defendant, ViSalus, Inc., to a residential telephone line (residential landline) belonging or registered to one or more class members other than Ms. Wakefield, in violation of the TCPA, did the Plaintiff, as Class Representative, prove by a preponderance of the evidence?

<u>We cannot tell</u> (number)

*Your deliberations are now complete. Please have the presiding juror date and sign this form and inform the Courtroom Deputy that you are ready to return to the Courtroom.*

DATED this __12th__ day of April, 2019.

PAGE 4 – SPECIAL VERDICT