UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

LORI WAKEFIELD

                Plaintiff(s),

v.

VISALUS, INC.

                Defendant(s).

Case No.: 3:15-cv-01857-SI

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

### Application for *Pro Hac Vice* Admission and CM/ECF Registration

Attorney __Benjamin G. Shatz__ requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above-captioned case for the purposes of representing the following party(s):

ViSalus, Inc.

In support of this application, I certify that: 1) I am an active member in good standing with the __California__ State Bar; and 2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of the matter.

**(1)**    **PERSONAL DATA:**

Name: __Shatz__     __Benjamin__     __G__     _____
     *(Last Name)*     *(First Name)*     *(MI)*     *(Suffix)*

Agency/firm affiliation: __Manatt, Phelps & Phillips LLP__

Mailing address: __11355 W. Olympic Blvd.__

City: __Los Angeles__     State: __CA__     Zip: __90064__

Phone number: __(310) 312-4000__     Fax number: __(310) 312-4224__

Business e-mail address: __BShatz@manatt.com__

(2) **BAR ADMISSION INFORMATION:**

   (a) State bar admission(s), date(s) of admission, and bar number(s):
Califorina, 12/2/1992, CA Bar No. 160229
Colorado, 04/15/1996, CO Bar No. 26696

   (b) Other federal court admission(s) and date(s) of admission:
C.D. California, 10/13/1993; S.D. California, 02/25/1993
E.D. California, 12/18/1992; N.D. California, 01/13/1993; 9th Cir., 12/29/1992

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

[✓] I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association.

[ ] I am now or have been subject to disciplinary action by a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Pursuant to LR 83-3, I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **CM/ECF REGISTRATION:**

I acknowledge that I will become a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I will receive electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: 04/22/2019

/s/ Benjamin G. Shatz
(*Signature*)

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, complete the following section and obtain the signature of local counsel.

Name: _____ Sasaki _____ Joshua _____ M _____
        (Last Name)    (First Name)    (MI)    (Suffix)

OSB number: 964182

Agency/firm affiliation: Miller Nash Graham & Dunn LLP

Mailing address: 111 SW Fifth Avenue Suite 3400

City: Portland      State: OR      Zip: 97204

Phone number: (503) 205-2410      Fax number: (503) 224-0155

Business e-mail address: josh.sasaki@millernash.com

**CERTIFICATION OF ASSOCIATE LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number 3:15-cv-01857-SI.

DATED: April 15, 2019

_____
(Signature of Local Counsel)

---

### COURT ACTION

Application for *pro hac vice* admission by  Benjamin G. Shatz  in case number: 3:15-cv-01857-SI  is hereby:

- ☐ Approved subject to payment of fees.
- ☐ Denied.

DATED: _____.

_____
Judge