IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


| | | |
|---|---|---|
| LORI WAKEFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | 3:15-cv-01857-SI |
| | ) | |
| vs. | ) | April 10, 2019 |
| | ) | |
| VISALUS, INC., | ) | Portland, Oregon |
| | ) | |
| Defendant. | ) | |


(Jury Trial - Volume 1)

TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE MICHAEL H. SIMON

UNITED STATES DISTRICT COURT JUDGE

1                          APPEARANCES

2

   FOR THE PLAINTIFF:      Greg Dovel
3                          Simon C. Franzini
                           Julien A. Adams
4                          Jonas B. Jacobson
                           Dovel & Luner, LLP
5                          201 Santa Monica Boulevard, Suite 600
                           Santa Monica, CA  90401
6
                           Lily E. Hough
7                          Edelson PC
                           123 Townsend Street, Suite 100
8                          San Franciso, CA  94107

9

10 FOR THE DEFENDANT:      John Maston O'Neal
                           Quarles & Brady LLP
11                         Two North Central Avenue
                           Phoenix, AZ  85004
12

13                         Zachary S. Foster
                           Quarles & Brady LLP
14                         101 E. Kennedy Boulevard, Suite 3400
                           Tampa, FL  33602
15

16                         Nicholas H. Pyle
                           Miller Nash Graham & Dunn LLP
17                         111 SW Fifth Avenue, Suite 3400
                           Portland, OR  97204
18

19

20

21

22 COURT REPORTER:         Dennis W. Apodaca, RDR, FCRR, CRR
                           United States District Courthouse
23                         1000 SW Third Avenue, Room 301
                           Portland, OR  97204
24                         (503) 326-8182

25

1                                    INDEX

2     Preliminary matters                                            5

3     Jury selection                                                10

4     Jury sworn                                                    90

5     Preliminary instructions                                      90

6     104 Hearing (Witness for Plaintiff)   Direct   Cross   ReD   ReX

7     Shawn Davis                             115     130

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                      (April 10, 2019)

2                P R O C E E D I N G S

3          (Open court:)

4          THE CLERK:  Your Honor, this is the time set for

5  trial in Civil Case No. 15-1857-SI, Wakefield versus ViSalus,

6  Inc.

7          Could I have counsel in court, beginning with

8  plaintiff, please identify yourself for the record.

9          MR. FRANZINI:  Simon Franzini from Dovel & Luner for

10  plaintiff.

11          MR. ADAMS:  Good morning, Your Honor.  Julien Adams

12  from Dovel.

13          MS. HOUGH:  Good morning, Your Honor.  Lily Hough for

14  the plaintiff.

15          MR. JACOBSON:  Jonas Jacobson for the plaintiff,

16  Your Honor.

17          MR. DOVEL:  Good morning, Your Honor.  Greg Dovel for

18  the plaintiff.  With us is our client, Ms. Lori Wakefield.

19          THE COURT:  Welcome.

20          For defendant.

21          MR. O'NEAL:  Good morning, Judge.  John Maston O'Neal

22  on behalf of the defendant.

23          MR. FOSTER:  Good morning, Your Honor.  Zac Foster on

24  behalf of the defendant.

25          MR. PYLE:  Good morning, Your Honor.  Nicholas Pyle

1    on behalf of the defendant.

2              THE COURT:  Welcome.  Are we ready to bring in our

3    prospective jurors?

4              MR. O'NEAL:  Yes, Your Honor.

5              MR. DOVEL:  Yes, Your Honor.  I wanted you to know

6    that we were able to get mobile phone information.  We have

7    provided it to the defendants.  We would like leave to add two

8    additional exhibits that indicate the mobile phones that were

9    used also and the accounts based on mobile phones.

10             THE COURT:  All right.  Let me see the exhibits.

11             MR. DOVEL:  Your Honor, we handed you a paper copy of

12   Exhibit 36C.  The other document, which will be Exhibit 64, is

13   an electronic document that we can display so Your Honor can

14   see what it looks like.

15             THE COURT:  All right.  Where do I see on 36C which

16   is the number of mobile phones?  Oh, this is mobile phones

17   only.  I see.

18             All right.

19             MR. DOVEL:  Yes.

20             THE COURT:  By the way, let me ask you, how does 36A

21   differ from 36B?

22             MR. DOVEL:  36B takes out any numbers that were -- we

23   went through a check and made sure that we had numbers that

24   were U.S. only and that were good phone numbers.  That's what

25   36B did.

1          36C then -- I am trying to remember.  Let me ask

2     Mr. Franzini.  He knows the differences.

3          MR. FRANZINI:  Good morning, Your Honor.  36B was the

4     one that addressed some of the new objections that Mr. O'Neal

5     raised in court the other day.

6          36C is a count of just the mobile numbers.

7          THE COURT:  Let me try this again:  36A and B differ

8     by about 8,000 calls.  What's the difference between 36A and

9     36B?

10         MR. DOVEL:  Your Honor, I believe that 36B, if I've

11    got these right in my head, is one where we took out business

12    numbers.  In other words, we did a separate count of numbers

13    associated with businesses.  Then we went from 36A to B.  We

14    took out the ones that were to numbers that were non-U.S.

15    numbers or were bad numbers.  In addition --

16         THE COURT:  That doesn't make sense because if you

17    look at 36A, 36A-2 says "calls to numbers associated with a

18    business, 1,816."  If you take a look at 36B-2, "calls to

19    numbers associated with a business, 1,790."  So both separate

20    out calls associated with business, but there is still a

21    difference of about 26 calls.

22         MR. DOVEL:  Yes, Your Honor.  Between A and B, what

23    we did was we took out the calls that were not to U.S. numbers,

24    and so that reduced it from A to B.

25         THE COURT:  That's all I was asking.  What's the

1    difference between A and B?

2              MR. DOVEL:  I'm sorry.  I thought it was between the

3    original and A.

4              THE COURT:  No, between A and B.

5              All right.  Who will be the witness you will be

6    presenting on 36C?

7              MR. DOVEL:  Shawn Davis.

8              THE COURT:  Any objection to 36C that is different

9    from the objection to 36A and B?

10             MR. FOSTER:  Yes, Your Honor.  We received 36C at

11   10:30 last night, the day before trial.  As we were previewing

12   it for, Your Honor, I personally have spent weeks attempting to

13   sort out through the 4 million lines of underlying data what 36

14   means.  I thought I had mapped out a pretty good cross.  Come

15   Monday, we get 36A.  I have no idea what the underlying data is

16   here.  I have no idea how to sort out what these 8,000 calls

17   are associated with business.  That's not even an objective

18   criteria.  That's not a summary.  That's an argument.

19             So we come into court; we raise that issue.  Tuesday

20   morning, I get 36B.  There are still changes to that.  I'm not

21   even sure what it is.  And last night, after we had tucked in

22   to go to bed to prepare for a $6 billion trial, I get 36C,

23   which an additional document -- we get additional underlying

24   data with some expert report about what's a cell phone and

25   what's not.

1          I haven't even had a chance to look at it,

2     Your Honor, but it is 850,000 lines of data.  If that's not

3     prejudice, I don't know what is.  I have no idea how I would

4     even cross Mr. Davis on this -- on a document that I've never

5     seen before.

6          THE COURT:  So when did you get the underlying data

7     for 36C?

8          MR. FOSTER:  Last night at 10:30 -- what they are

9     going to put into evidence is 64, which I understand to be some

10    expert report about what's a landline and what's a cell phone.

11    We did not get that until last night at 10:30 p.m.  And I'm not

12    even sure what the underlying data is for that summary because

13    the only underlying data I have is for 36.  In terms of this is

14    a compilation of all the spreadsheets -- yada, yada, yada -- it

15    adds up to 4.1 million.  Now I have got a spreadsheet that adds

16    up to less than 4.1 million.  Apparently they've run new

17    spreadsheets.  I don't have the software they've used.  I don't

18    have the underlying data.  I don't know how I could possibly

19    deal with that summary at trial, Your Honor.

20         THE COURT:  All right.  We will hear from Mr. Davis

21    out of the presence of the jury, and I will let you make your

22    inquiries of Mr. Davis.  We will hear when he had the data,

23    when he disclosed the data to you, and then I'll keep this

24    issue under advisement until then.

25         MR. FOSTER:  Just for clarification, Your Honor,

 1   which summary?  Are they withdrawing the other summaries?  Am I
 2   dealing with four summaries at once?
 3              THE COURT:  I don't know.  We will find out when we
 4   hear from Mr. Davis.
 5              MR. FOSTER:  Again, Your Honor, I reserve my
 6   objection.
 7              THE COURT:  And I'm not sustaining or overruling your
 8   objection.  I am taking it under advisement until we hear from
 9   Mr. Davis.
10              MR. FOSTER:  Very well, Your Honor.
11              THE COURT:  I will hear further argument from both
12   sides.  Let's bring in the prospective jurors.
13              (Pause in proceedings.)
14              (Prospective jurors entered the courtroom.)
15              THE COURT:  Counsel, you may be seated.
16         I would like to welcome all of the prospective jurors
17   to the courtroom.  I am United States District Judge
18   Michael Simon.  You have already met our courtroom deputy,
19   Mary Austad.  She will be administering the oath to all of the
20   witnesses, assisting with the handling of all of the trial
21   exhibits, and being generally responsible for the jurors
22   throughout the trial.
23         To my left, your right, is our court reporter,
24   Mr. Dennis Apodaca.
25         To my right, your left, is my law clerk,

Jury Selection

1    Anna Deffelbach, who will be assisting me during this trial.

2              We will soon be filling the jury box with 16

3    people -- well, let's fill it in with 14 people.  Before I do

4    that, though, I'm going to ask the clerk of the court to

5    administer an initial oath to all of the prospective jurors.

6    So for all of you who have been summoned here for jury duty

7    today, please stand and raise your right hand, and when Mary

8    completes the oath, please say "I do" or "I will."

9              (The jury was duly sworn.)

10             THE CLERK:  Thank you.  Please be seated.

11             THE COURT:  I'll now give all of our prospective

12   jurors some basic information about this case.  I will have

13   further explanations and instructions after the jury is

14   selected.  I will also be giving each juror his or her own set

15   of written jury instructions at the end of the trial.  But for

16   right now, please do not form any opinions or impressions about

17   this case at this time from the little bit of information that

18   I'm going to tell you now.  If you are selected for this jury,

19   it is important that you keep an open mind about everything,

20   until all of the facts and the details have been presented at

21   trial.

22             This is a civil lawsuit.  It is not a criminal case.

23   In a civil trial the plaintiff ultimately seeks money damages

24   against the defendant.  This lawsuit is brought under a federal

25   statute known as the Telephone Consumer Protection Act, which

Jury Selection

1    is often referred to as the TCPA.  The TCPA is a federal law

2    that, among other things, makes it unlawful for any person or

3    entity to make a telemarketing call to a mobile or cellular --

4    by the way, I will be using "mobile" and "cellular"

5    interchangeably -- to a mobile or cellular telephone or to a

6    residential telephone line or a residential landline; that is,

7    the line connected inside the house but a residential

8    landline -- when that call uses an artificial voice or a

9    prerecorded voice to deliver or play a message, unless the

10   person or entity making the call has the prior express consent

11   of the party being called.

12        Now, this civil lawsuit includes both an individual

13   claim and a class action claim.  The named plaintiff is

14   Ms. Lori Wakefield, who you will hear from in a few moments.

15   In one claim Ms. Wakefield asserts one individual claim on

16   behalf of herself -- that's Count 1 -- and a separate claim on

17   behalf of a class of similarly situated individuals, and that's

18   Count 2.

19        Now, the defendant in this lawsuit is a company

20   called ViSalus, Inc., or Incorporated.  The defendant, ViSalus,

21   is a multilevel marketing company that sells weight loss

22   products and dietary supplements.

23        The plaintiff, Ms. Wakefield, alleges that ViSalus,

24   the defendant, violated the TCPA by making one or more

25   telemarketing calls to mobile or cellular telephones or to

Jury Selection

1    residential telephone lines or residential landlines of class
2    members and that in making these calls, ViSalus used an
3    artificial or prerecorded voice to play messages without having
4    the prior express consent of the party being called.

5            Now, a class action is a procedure that allows the
6    filing of one lawsuit by a representative or a small number of
7    representatives -- here we have one representative -- on behalf
8    of a group of plaintiffs who have similar claims.  This
9    procedure is intended to avoid duplication of effort or expense
10   from multiple lawsuits asserting the same claim by many people
11   in different locations.

12           Ms. Wakefield is the representative of the class in
13   this case, and the plaintiff class is comprised of all
14   individuals in the United States who received a telephone call
15   made by or on behalf of ViSalus promoting ViSalus's products or
16   services, where such call featured an artificial or prerecorded
17   voice and where neither ViSalus nor its agents had any current
18   record of prior express written consent to place such call at
19   the time such call was made.  Defendant ViSalus denies that it
20   has violated the Telephone Protection Consumer Act, or the
21   TCPA.

22           I would now like to introduce some of the lawyers and
23   the parties to the lawsuit.

24           I will start with the plaintiff, Ms. Wakefield, both
25   as the individual claimant and as a representative of the

Jury Selection

1    plaintiff class.

2          Mr. Dovel, will you be doing this?

3          MR. DOVEL:  Yes, Your Honor.

4          THE COURT:  I'll now ask one of the lawyers

5    representing the plaintiff and the plaintiff class to introduce

6    himself, his co-counsel, his client, anyone else who may be

7    assisting him in the courtroom during trial, and also all of

8    the names of the lawyers and law firms of any of the attorneys

9    who represent the plaintiff and the plaintiff class, because in

10   a few moments I'm going to ask the prospective jurors, Do you

11   know any of them?"

12         Mr. Dovel.

13         MR. DOVEL:  Thank you, Your Honor.  My name is

14   Greg Dovel, and I'm with the law firm of Dovel & Luner.  Our

15   client -- I will have her stand up -- is Lori Wakefield.

16         With me today, who will be assisting us, is my

17   colleague, Jonas Jacobson; my colleague, Simon Franzini, and my

18   colleague, Julien Adams.  In addition, from the Edelson law

19   firm, is Ms. Lily Hough.

20         Additional lawyers who are associated with the case

21   include also from the Edelson firm Rafey Balabanian,

22   Eve-Lynn Rapp, Andrew Lawson, and Stewart Pollock.  And from

23   the Forum Law Group, Scott Kocher and Stephen Voorhees.  I

24   believe that's it, Your Honor

25         THE COURT:  Is Benjamin Richman no longer with the

Jury Selection

1   Edelson law group?  He was listed on this case list.

2           MR. DOVEL:  I neglected him.  He should be identified

3   also.

4           THE COURT:  You mentioned Stefan Coleman?  The Law

5   Offices of Stefan Coleman?

6           MR. DOVEL:  I did not mention him.

7           THE COURT:  He is still on the court records.

8           MR. DOVEL:  Yes.

9           THE COURT:  Let me ask the prospective jurors:  Do

10  you think you know any of those people, the names that have

11  just been read, either the individuals or people at those law

12  firms?  By a show of hands, does anybody think you may know or

13  may be related to or have any interactions with any of those

14  folks?  And I see no hands.

15          Okay.  Next, I'm going to turn to the defendant,

16  ViSalus, Incorporated.  One of the lawyers, Mr. O'Neal or

17  Mr. Foster --

18          MR. O'NEAL:  It will be me, Judge.  Thank you.

19          THE COURT:  All right.

20          Mr. O'Neal, will you please introduce yourself, your

21  co-counsel, any client representatives who either will be here

22  now or coming into trial, anyone who may be assisting you in

23  the courtroom during trial, and the names of all the lawyers

24  and law firms who represent the defendant in this case.

25          MR. O'NEAL:  Sure.  Thank you, Judge.  Good morning,

Jury Selection

1   everyone.  My name is John O'Neal.  I'm with the firm of

2   Quarles & Brady.  My client representative is here today.  His

3   name is Josh Berger.  He is in-house counsel for ViSalus.

4           Also, with me today is my colleague, Zac Foster, and

5   we will be helped along during the trial with the Miller Nash

6   firm.  This is Nick Pyle.  His partner, Mr. Joshua Sasaki, may

7   show up.

8           Your Honor, I believe that's it.

9           THE COURT:  Thank you, Mr. O'Neal.

10          So prospective jurors, does anybody think you know

11  any of those individuals, any of those people, related to any

12  of them, know any of the lawyers at the law firms that you've

13  heard identified?  Anybody, by a show of hands, think you may

14  know any of those folks?

15          All right.  By the way, by a show of hands, has

16  anybody here today heard of ViSalus before today?  I see no

17  hands.  So no one has had any relationships with ViSalus?

18  V-I-S-A-L-U-S?

19          Okay.  And the person who just came in, may I ask,

20  were you summoned here as a juror?

21          UNIDENTIFIED SPEAKER:  No.

22          THE COURT:  Okay.  Very good.

23          The public is always welcome in our courtrooms.

24          All right.  Our system of trial by jury is one of the

25  best ways ever devised by the human mind to fairly and

Jury Selection

1   impartially to resolve disputes.  It has also been an important

2   part of our country's heritage since even before the founding

3   of our nation.  When the first English settlement was founded

4   and begun in Jamestown, Virginia, in 1607, its charter

5   guaranteed the settlers the right to trial by jury.

6        If you look at our Declaration of Independence,

7   signed on July 4th, 1776, and mostly written by Thomas

8   Jefferson, you will see that one of the reasons given to the

9   world for why our 13 colonies were declaring their independence

10  from Great Britain and willing to engage in the

11  Revolutionary War was because King George III had on many

12  occasions -- and it says it right in the Declaration of

13  Independence -- "deprived the colonists of the benefits of

14  trial by jury."

15       In addition, the right to have a trial by jury is so

16  important that the framers of our Constitution put it right

17  into the text of the Constitution itself without even waiting

18  for the Bill of Rights.  And the right to trial by jury is the

19  only right that appears both in the text of the Constitution

20  and in the Bill of Rights, and it's in three separate

21  amendments to the Bill of Rights.

22       We are Americans because of our shared ideals, not

23  because of ethnicity, religion, or culture.  And the

24  United States Constitution is our most important national

25  document.  It reflects our shared ideals as a nation, including

Jury Selection

1   civic participation, deliberation, fairness, equality, liberty,

2   accountability, freedom of conscience, the common good, and the

3   rule of law.

4           Our country does not ask very much of its citizens,

5   and jury service is one of the most important things that we do

6   ask of a civilian.  It is also one of the few opportunities

7   that a citizen has to participate in the American system of

8   self-government.  Bringing citizens together so they can

9   resolve disputes within our society under the rule of law is an

10  important part of self-government.

11          You know, there's disputes everywhere, but in other

12  countries it is usually a government officer or administrator

13  or official of some sort that resolves disputes.  That's not

14  what self-government is about.  In our system of

15  self-government, the jury, the people coming together, resolve

16  the disputes in our community.

17          Service on a jury is not only a civic responsibility

18  of all citizens, it really is also a very interesting learning

19  opportunity and experience.  If you are selected to be a juror

20  in this courtroom, you will have either a front row seat or, at

21  worst, a second row seat to watch and participate in the

22  American system of justice for everyone under the law.

23          When the jurors begin their deliberations at the end

24  of the trial, the opinions and perspectives of each juror will

25  be taken seriously and respected by your peers on the jury.

Jury Selection

1   You will participate in a respectful discussion of various

2   points of view, and the final decision, which will be

3   unanimous, will reflect no individual's will but the collective

4   wisdom of the jury acting together.

5          We are now going to call the names of 14 people who

6   have been selected at random to be the first prospective jurors

7   to be interviewed.  You've been selected to receive a summons

8   to come here from basically voter rolls and driver's license

9   rolls.  Your names are selected at random.  Then the Clerk's

10  Office has further randomized those names and now put them in

11  order selected at random.  We will call the first 14, and we

12  will be asking them some questions.

13         Mary, I've changed my mind.  Let's call 16.  I think

14  it will be more efficient to call 16 up; so eight and eight.

15  We are going to call 16 folks up.  It is reasonably likely that

16  some of these 16 folks may need to be excused from the trial,

17  and we'll then be calling up more people -- again at random --

18  to fill the seats in the jury box.

19         So, Mary, will you please call the first 16 names on

20  the list.  We will start with seat No. 1, which is closest to

21  me in the front row, through seat No. 8 in the front row.  Then

22  seat No. 9 will be filled closest to me in the back row.

23         THE CLERK:  Rebecca Cornett.

24         THE COURT:  Please come and sit in the specific sit

25  that Mary shows you.

Jury Selection

1         THE CLERK:  Kyle Hauger.  H-A-U-G-E-R.

2         Marcelene Foltz.  F-O-L-T-Z.

3         Tracie Wallace.  W-A-L-L-A-C-E.

4         Robert Koski.  K-O-S-K-I.

5         Tiffany Linborg.  L-I-N-B-O-R-G.

6         Jairo Rodriguez.  R-O-D-R-I-G-U-E-Z.

7         Rebekah Shidner.  S-H-I-D-N-E-R.

8         Shelley Langton.  L-A-N-G-T-O-N.

9         Jerimiah Matlock.  M-A-T-L-O-C-K.

10         Jeffrey Jaren.  J-A-R-E-N.

11         Ben Douglas.  D-O-U-G-L-A-S.

12         Gary Knowles.  K-N-O-W-L-E-S.

13         Bridget Heberling.  H-E-B-E-R-L-I-N-G.

14         Robert Thompson.  T-H-O-M-P-S-O-N.

15         And Cody Noffsinger.  N-O-F-F-S-I-N-G-E-R.

16         THE COURT:  This is the process of jury selection

17  that is called voir dire.  It is a phrase that's loosely

18  translated as "to speak the truth."

19         The attorneys and I will soon be asking the 16 of you

20  questions concerning your qualifications to sit as jurors in

21  this particular case, and let me remind you that just a few

22  minutes ago you took an oath to answer these questions

23  truthfully.  There are no right answers to these questions, and

24  there are no wrong answers.  All that is required of you is to

25  be accurate and tell the truth.

Jury Selection

1          The purpose of these questions is not to pry into

2     your personal affairs.  It is not to embarrass anyone.  We only

3     want to determine whether someone is a suitable juror for this

4     particular case, and these questions will help determine

5     whether any prospective juror should be excused for what the

6     law calls cause.

7          In addition, as part of the trial process, each side

8     is allowed to excuse a certain number of prospective jurors

9     without having to give any reason at all.  That is known as a

10    peremptory challenge.  No one should feel insulted if they are

11    excused from serving on the jury in this case, and this is all

12    part of the process to ensure that we have not only a trial

13    that is fair in fact, but a trial where all sides believe the

14    process is fair.  We want a trial that is fair in both

15    appearance and in reality.

16          As I said, we don't want to embarrass anyone, and so

17    if you feel a question is too personal, and you would like to

18    discuss that answer with me and the lawyers privately, just let

19    me know.  But I would like to keep that to a minimum so that we

20    can complete this part of the trial process in an efficient

21    manner.  But as I said, if you want to speak privately about

22    something, just let me know, and we can do that.

23          I'm going to be asking the first group of 16

24    potential jurors certain questions.  After you hear a question,

25    if you have a response, just raise your hand.  Mary will then

Jury Selection

1   take a microphone to you.  Please wait until you have the

2   microphone before you begin speaking; that way everyone in the

3   courtroom can hear you.

4         In addition, we have a court reporter here who is

5   taking down everything that is said in this courtroom.  So

6   please begin all of your responses by stating your name at the

7   beginning of every answer.  By the time you've given your

8   fourth or fifth response, you may think that we all know your

9   name, and we all very well probably do, or we might.  But just

10  so we have an accurate record, please give your name at the

11  beginning of every response.  If you forget, I'll remind you.

12        For those of you who have not yet been called up to

13  the 16 in the jury box, you are still a potential juror.

14  Please listen carefully to these questions.  Some of you may be

15  called up later to replace some of the people in this first

16  group.  So if you are called up later, I will ask you at that

17  time if you would have raised your hand in response to any of

18  these questions.  So please keep that in mind.  Also, if need

19  be, I'll remind you what the questions were.

20        All right.  So I've already asked about the lawyers

21  and the law firms.  Let me just double-check:  Does anyone here

22  think they know the plaintiff, Ms. Lori Wakefield?

23        Ms. Wakefield, raise your hand.

24        Does anyone think they know her in any way?  I see no

25  hands.

Jury Selection

1          I've already asked if you know any of the lawyers or

2     anyone working with them.  I've already asked if anyone knows

3     ViSalus.

4          Any memories now?  Answer still the same?  Know any

5     of the lawyers, their law firms, or ViSalus?  No hands.

6          I've also asked does anyone know anyone that has

7     anything to do with ViSalus.  Do you know anybody who has

8     worked there or ever worked there?  Anything to do with it, to

9     the best of your knowledge, either as a customer, promoter,

10    investor?

11         Anybody have that knowledge at all?

12         Okay.  Now, is anyone here a member of the class?

13    I'll read the class definition again.  It is all individuals in

14    the United States -- that's you all -- who received a telephone

15    call made by or on behalf of ViSalus promoting ViSalus's

16    products or services, where such call featured an artificial or

17    prerecorded voice where neither ViSalus or its agents had any

18    current record of prior express written consent to place such a

19    call at the time the call was made.

20         I get that we've all have gotten calls like this in

21    the past.  We will talk more about that in a few minutes.  But

22    does anybody recall getting such a call from a company called

23    ViSalus or talking about a ViSalus product?

24         Anybody?  All right.  I see no hands.

25         Has anybody heard about this lawsuit from any source

Jury Selection

1    before today?

2           Now, besides Ms. Wakefield, some of the following

3    people may give testimony in this case as a witness, either

4    live, by sitting here in the witness stand, or by having read

5    to you previously taken deposition testimony.  I'll explain

6    what a deposition is a little bit later.

7           But these will be the witnesses who may testify in

8    this trial.  Right now I just want to know do you know any of

9    them -- any neighbors, family members, anyone you may have

10   encountered or worked with.

11          Do any of these names sound familiar?  And if you

12   think they might be familiar, some of them are not from

13   Portland.  I'll tell you where they are from if you think you

14   may have known some of these names.

15          Mr. Shawn Davis.

16          Mr. Lance Eves.  E-V-E-S.

17          Mr. Justin Call.

18          Mr. Scott Gidley.

19          Mr. John Laun.  L-A-U-N.

20          Mr. Blake Mallen.  M-A-L-L-E-N.

21          Do any of these names sound familiar to you?

22          All right.  I see no hands.

23          Now, this trial is scheduled to last possibly through

24   Monday.  Today is Wednesday.  We are going to go for about half

25   a day today.  We will select the jury.  I will give the actual

Jury Selection

1  preliminary instructions, and then you will have the second

2  half of the day off.  We will start again tomorrow at 9:00.  We

3  will go tomorrow from 9:00 to 5:00.  If need be, on Friday we

4  will go Friday 9:00 to 5:00.  We may have the case in your

5  hands by Friday, but it is possible that it won't be in your

6  hands until Monday.

7           I realize that being a juror is somewhat

8  inconvenient, but as I said, it's our duty as citizens.

9           Is there anyone here, any of you 16, who feels it

10  would be a serious hardship to sit on the jury for this period

11  of time -- let's assume through Monday -- either because of

12  certain commitments that you've already made or other factors

13  that make it truly impossible or seriously impractical for you

14  to serve as a juror in this case?

15           Anyone at all, by show of hands?

16           Let's get a microphone to you.  We will go down the

17  first row and then to the second row.

18           State your name first.

19           JUROR:  Marcelene Foltz.

20           THE COURT:  Ms. Foltz, what's your situation?

21           JUROR:  I just have like pain behind my eye, and I

22  have like migraines.  I've had one all week, and so that may

23  not be able to let me focus on everything.

24           THE COURT:  I understand.  Have you served as a juror

25  before in any other cases?

Jury Selection

1            JUROR:  Not here, no.

2            THE COURT:  Somewhere else?

3            JUROR:  Years ago, yes.

4            THE COURT:  What state?

5            JUROR:  In Oregon.

6            THE COURT:  Very good.  I'm sorry about your pain.

7    I'll get back to you in a moment, Ms. Foltz.

8            Anyone else?

9            JUROR:  Jairo Rodriguez.  J-A-I-R-O.  I am a

10   full-time student who is missing class today, and I have an

11   internship interview tomorrow, and then I have a full schedule

12   on Monday.

13           THE COURT:  Thank you, Mr. Rodriguez.  I will get

14   back to you in a moment.

15           Anyone else in the back row?

16           JUROR:  I am Robert Thompson.  I'm a self-employed

17   woodworker, and I have a couple of projects in the works and an

18   installation coming up on Monday for some cabinetry.

19           THE COURT:  Do you work with others?

20           JUROR:  No.

21           THE COURT:  By yourself?

22           JUROR:  Sole proprietor.

23           THE COURT:  Have you served on a jury before?

24           JUROR:  I have been called but not selected.

25           THE COURT:  Understood.

Jury Selection

1           All right.  Anyone else in the 16?

2               All right.  First row, I'll excuse Ms. Foltz.

3    Thank you very much for coming.  You are excused.  I do hope

4    that your eye feels better soon.

5           JUROR:  Thank you.

6           THE COURT:  Let me excuse Mr. Rodriguez.  When is

7    your first class today?

8           JUROR:  At 9:00 a.m.

9           THE COURT:  Sorry about that, but thank you for

10   coming here.  I will excuse Mr. Rodriguez.

11          Mr. Thompson, thank you for coming today and for your

12   previous service.  You may be excused.

13          Here is what we are going to do:  Let me ask

14   Mr. Noffsinger to come in and take seat 3.

15          Then let me ask, please, Ms. Amanda Stanley to come

16   and sit in that second seat in.  Ms. Stanley is the next

17   person -- oh, it would be seat No. 7.  I'm sorry.  Amanda

18   Stanley is sitting in seat 7.

19          Thank you.

20          Mr. Curtis Altman will be in seat No. 15.

21          Then, Mary, Mr. Jeffrey Neuls is next.

22          Mr. Neuls, will you please come and sit in seat

23   No. 16.

24          All right.  Now, let me just confirm with

25   Ms. Stanley, Mr. Altman, and Mr. Neuls, do any of you know any

Jury Selection

1    of the names that I've mentioned?  The company, ViSalus?  Any
2    of the witness names?  If you want me to read them again, I
3    will be glad to.  Any of the lawyers?
4            By a show of hands, do any of you know any of those
5    names or think you might or want me to read them again?
6            Okay.  I see no hands.
7            All right.  If this case does go all the way to
8    Monday, will the three of you be able to serve on the jury if
9    you are selected for this case?
10           Ms. Stanley?
11           JUROR:  Yes.
12           THE COURT:  Mr. Altman, will you be able to serve on
13   this jury if you are selected through Monday?
14           JUROR:  Yes.
15           THE COURT:  Mr. Neuls?
16           JUROR:  Yeah, I probably could make it.
17           THE COURT:  Okay.  You say "probably."  Is there
18   something going on in your life?
19           JUROR:  There is a big project at work.
20           THE COURT:  Well, I'm going to give you the option,
21   because you may get selected.  Do you want to tell me about it
22   and have me consider whether or not to excuse you, or do you
23   want to see if you're selected, and then you are going to be
24   with us for Monday?
25           What's your choice.

Jury Selection

1              JUROR:  Yeah.  The project is a big semiconductor

2    development job.  There are a lot of experiments running, and I

3    need to be there.

4              THE COURT:  Have you served on a jury before?

5              JUROR:  I have.

6              THE COURT:  Would you like to be excused from this

7    one?

8              JUROR:  I would love to.

9              THE COURT:  All right.  You are missing an

10   interesting trial, but all right.  You may be excused,

11   Mr. Neuls.

12             By the way, don't read anything into that.  I think

13   all trials are interesting, but that's what I do for a living.

14             All right.  Let's have Carol Sellards take seat

15   No. 16.

16             Is Ms. Sellards here?  Thank you.

17             Good morning.

18             JUROR:  Good morning.

19             THE COURT:  Do you know the names I've mentioned,

20   either the lawyers?  The parties?  The business, ViSalus?  Or

21   the witness names?  I will read them again if you want me to.

22             JUROR:  No.

23             THE COURT:  If you are selected to be a juror in this

24   case, can you serve with us through Monday?

25             JUROR:  My biggest concern is I don't have a lot of

Jury Selection

1   stamina.   There are many days that test of my physical

2   strength.

3              THE COURT:   I don't want to pry, but is that because

4   of medical issues?   And I won't get into the details.

5              JUROR:   I'm not strong.   I'm too old.

6              THE COURT:   You don't look it, but okay.   Let me ask

7   you, have you served on a jury before?

8              JUROR:   30-some years ago.

9              THE COURT:   Now, the way it will work here, and I

10  will tell this to everyone, today will be a half day.   When we

11  start tomorrow at 9:00, we will take a mid-morning break for

12  about 15 to 20 minutes.   Then we will take a lunch break for

13  about an hour, an hour and a quarter, and then we will take a

14  mid-afternoon recess for about 15 to 20 minutes and end by

15  5:00.   That will also be our schedule on Friday, if need be;

16  and on Monday, if need be.   Obviously if any juror needs a

17  recess other than during those times, just raise your hand and

18  say, "I need a break," and I'll give you a break.

19             Does that sound like it might be too taxing for you?

20             JUROR:   I never know from day to day.   Some days are

21  good and some days are not so good.

22             THE COURT:   Well, if you are not feeling well, what's

23  likely to happen?

24             JUROR:   I get really exhausted.

25             THE COURT:   I think probably the safest thing to do

Jury Selection

1   is excuse you, because if you need a break, that may very well

2   interfere with the rest of the trial continuing.

3            Thank you for coming, Ms. Sellards.  You may be

4   excused.

5            JUROR:  Thank you.

6            THE COURT:  David Sedell, are you here?

7            Mr. Sedell, will you please take seat No. 16.

8            Mr. Sedell, do you know any of the names that I've

9   mentioned?  The business?  The individuals?  The witnesses?  I

10  am glad to repeat any of them.  Do you know any of those names?

11           JUROR:  I do not.

12           THE COURT:  And if you are selected to be a juror,

13  and the case goes through Monday -- and it might not.  It might

14  be over Friday.  Will you be able to be with us?

15           JUROR:  Yes, sir.

16           THE COURT:  All right.  Let me continue.

17           Does anyone here have any physical impairments that

18  might cause you to have a problem with jury service?  If you

19  have any hearing or vision issues, by the way, we can assist.

20  We can accommodate.  But we need to know that.

21           But does anyone have any difficulty reading English,

22  understanding spoken English, or possibly needing any

23  accommodations of any sort?  If so, just raise your hand, and

24  we will talk about it.  I see no hands.

25           Now, it's my job as the judge to instruct the jury on

Jury Selection

1    what the law is.  In our legal system the jurors must follow

2    the law as the judge instructs them, even if they don't agree

3    with the law or like the law.  It is the jury's job to decide

4    the facts, but it is the judge's job to instruct the jury on

5    the law that applies to the facts of the case.

6            Now, is there anyone here who feels they cannot make

7    the commitment to me, and, frankly, to our legal system, to

8    follow the law as I instruct you?  Anyone at all?  I see no

9    hands.

10           All right.  Now I expect to see lots of hands.  How

11   many of you have the ability to get on the Internet and look up

12   something?  I think I see everyone's hands.

13           Okay.  It is critically important for the fairness of

14   the trial process that the jury make their decision only on the

15   basis of the facts received in evidence as they are presented

16   in trial and on the law that the judge instructs.  That means

17   that you will have to make a commitment to me and to our legal

18   system that if you are selected to be a juror in this case, you

19   will not look anything up that has anything to do with this

20   case while you are a juror and until your jury duty is

21   discharged.

22           That means you won't be looking up any of the names

23   of the people, the names of the parties, the names of the

24   lawyers, any of the issues.  You won't look up the law and read

25   about the law.  You won't read about anything or look up

Jury Selection

1  anything factually or legally or do any research on your own
2  until the trial is over.
3         By the way, you may have some questions as the trial
4  proceeds, and I'll give you all notebooks and pens or pencils.
5  If you have a question, by all means, jot it down.  Pass it to
6  Mary.  I will look at it.  I'll discuss it with the lawyers.
7  If it's appropriate, we will get your questions answered.  If
8  it is not appropriate or if no one knows the answer, I will
9  tell you why you're not getting an answer.
10        What you can't do is look something up on your own.
11 That jeopardizes the fairness of the process, because I think
12 as we all know, sometimes the Internet gets it right; sometimes
13 they get it wrong.  It's really hard to tell whether they get
14 it right or get it wrong.  And with a trial process, when you
15 hear something from a witness, when you see a document, both
16 sides have the opportunity to question that witness, or at the
17 end, in closing arguments, to make their arguments to you about
18 what this document does or doesn't mean.  Both sides will have
19 the opportunity to comment and argue about the same evidence
20 that you will all see and on which you will base your decision.
21        But if you do independent research, we won't know
22 that you have done it, and that will jeopardize the fairness of
23 this process because the parties will not be able to test that
24 evidence.  The jury trial process is one of the great engines
25 of testing evidence.  It is presented to you.  The parties have

Jury Selection

1   a fair opportunity to test it, and then you make the decisions,

2   but only if you all base it on the same information.

3           Is there anyone here who feels they will not be able

4   to make a commitment to me to refrain from looking anything up

5   on the Internet or physically or even in a dictionary while you

6   are a juror?  By the way, when you are done with your jury

7   service, you can look up anything you want.  But while you are

8   a juror, you can't do any research on your own, factual or

9   legal.

10          Is there anyone here who feels they can't make that

11  commitment to me?  I see no hands, and I thank you.

12          As I mentioned, this is a civil trial.  It is not a

13  criminal trial.  In a civil trial the plaintiff contends that

14  she is entitled ultimately to money damages against the

15  defendant.  Have any of you all, you 16, ever served on a jury

16  before in either a civil case or a criminal case or in a

17  special kind of jury that's called a grand jury?  Have any of

18  you ever served?

19          Let's get a microphone to you.  Let's start with your

20  name.

21          JUROR:  Rebecca Cornett.  It was 40 years ago.  I was

22  18 when I got called.

23          THE COURT:  Wonderful.  What type of case?  Was it

24  civil?  Criminal?

25          JUROR:  Criminal.

Jury Selection

1            THE COURT:  Did the jury reach a decision, if you

2   remember?

3            JUROR:  On some of the counts we did.

4            THE COURT:  Who is the next?  Your name first.

5            JUROR:  Kyle Hauger.  I served on a criminal case in

6   Multnomah County probably eight years ago.

7            THE COURT:  Did the jury reach a decision?

8            JUROR:  Yeah.

9            THE COURT:  Thank you.

10           JUROR:  Tracie Wallace.  I served maybe eight to ten

11  years ago on a civil case, and we didn't reach a verdict

12  because it was thrown out.

13           THE COURT:  Okay.  Anyone else in the front row?  No.

14           Let's go to the back row.  State your name first,

15  please.

16           JUROR:  Curtis Altman.

17           THE COURT:  How long ago?

18           JUROR:  In the late '80s, mid '80s.

19           THE COURT:  Do you remember whether it was civil or

20  criminal case?

21           JUROR:  Civil.

22           THE COURT:  Do you remember whether it reached a

23  decision?

24           JUROR:  It did.

25           THE COURT:  There was another hand.

Jury Selection

1          JUROR:  Gary Knowles.  It was a criminal case, and we

2     did reach a decision.  It was in the mid '80s also.

3          THE COURT:  Thank you.

4          For those of you who have been on a jury before --

5     civil or criminal -- were any of you selected to be what's

6     called the presiding juror or the jury foreperson or the

7     foreman or the forewoman?  Any of you?

8          JUROR:  Gary Knowles.  I was.

9          THE COURT:  I'll start with you.  How was that

10    experience?  How was your experience on jury service?  Good?

11    Bad?  Indifferent?

12         JUROR:  Somewhere between good and indifferent.

13         THE COURT:  All right.  Anybody else who has served

14    on a jury previously, anybody have a particularly bad

15    experience on a jury or a particularly good experience?  It was

16    okay?

17         All right.  Does anyone here, any of the 16 of you,

18    have any family members or close friends who work or have

19    worked in the legal system or in any job that brings them or

20    you into contact with courts or the legal system in any way?

21    Anybody?

22         Tell us about it.  Your name.

23         JUROR:  Gary Knowles.  Are you just talking friends,

24    or are you talking friends where I would then go and visit

25    their place at work?

Jury Selection

1          THE COURT:  Let's talk about anything.  Anything that

2    may bring you some information about how the legal system

3    works.

4          JUROR:  I have a good friend that's a retired judge,

5    but I wouldn't say that he brought any particular information

6    about how the legal system works.

7          THE COURT:  In the area?

8          JUROR:  Down in Polk County.

9          THE COURT:  Okay.  Very good.

10         Anyone else?  Lawyers or --

11         JUROR:  Rebekah Shidner.  I actually went to school

12   years ago through PCC for the legal assistant program, and I

13   worked for an attorney as a front desk girl after high school.

14         THE COURT:  Do you know what type of practice that

15   attorney had?

16         JUROR:  He was -- I believe he was a public defender.

17         THE COURT:  Criminal cases?

18         JUROR:  Criminal, yes.

19         THE COURT:  There was another hand or two in the

20   front row.

21         JUROR:  My spouse is --

22         THE COURT:  Your name?

23         JUROR:  Cody Noffsinger.  My spouse is a forensic

24   interviewer in Yamhill County, and so she testifies often

25   almost always in criminal cases.

Jury Selection

1          THE COURT:  Very good.

2          JUROR:  Kyle Hauger.  I have sister-in-law who is a

3    prosecuting attorney in Pierce County, Washington.

4          THE COURT:  Thank you.

5          In the back.

6          JUROR:  Ben Douglas.  I'm a physician, and I've

7    testified a number of times in cases involving patients and

8    worked with attorneys on a variety of cases.

9          THE COURT:  Do you work primarily with either

10   plaintiff attorneys or defense attorneys or some of each?

11         JUROR:  Some of each.

12         THE COURT:  Thank you.

13         Anyone else?  Now, you don't need to repeat what

14   you've already said this morning.  So we had one person who had

15   some training as a legal assistant or a paralegal.  Is there

16   anyone else here who has received any type of legal training or

17   legal education?  Any type of training or education relating to

18   the law?  I see no hands.

19         Have any one of you or anyone in your immediate

20   family or anyone who is a close friend ever been a participant

21   in a civil lawsuit, to the best of your knowledge, either as a

22   party, let's say a plaintiff -- that's the person who brings

23   the lawsuit who is suing somebody else; or as a defendant --

24   that's the person being sued; or as a witness?  We have already

25   heard from some of you who act as witnesses or your spouses

Jury Selection

1    have.

2            So you don't need to repeat what has already been

3    said.  But has anyone else ever been a plaintiff, a defendant,

4    a witness, or anyone in your immediate family or close friends

5    to the best of your knowledge?

6            Tell me about that.

7            JUROR:  Shelley Langton.  Just small claims court?

8            THE COURT:  Sure.

9            JUROR:  My husband and I were plaintiffs in a small

10   claims case.

11           THE COURT:  How long ago?

12           JUROR:  That was two or three years ago.

13           THE COURT:  I'm not going to ask you the details of

14   the case, but I will ask you this:  How was your satisfaction

15   with the legal process?  Were you satisfied or dissatisfied or

16   somewhat satisfied?

17           JUROR:  Satisfied.

18           THE COURT:  Anyone else?

19           JUROR:  Ben Douglas.  My wife and I were plaintiffs

20   in a case to evict someone off of our property last year.

21           THE COURT:  Again, same question generally.  Were you

22   generally satisfied with the legal process?  Generally

23   dissatisfied?

24           JUROR:  We were satisfied.

25           THE COURT:  Anyone else?

Jury Selection

1              JUROR:  Gary Knowles.  Also a small claim, and I was

2     very satisfied with the process.

3              THE COURT:  And you brought the claim?

4              JUROR:  Yes.

5              THE COURT:  Anyone else?

6              I mentioned this case involves not only

7     Ms. Wakefield's individual claim, but also a class action claim

8     where she is a class representative.

9              Have any of you or any member of your immediate

10    family or any close friends, to the best of your knowledge, of

11    course, ever been a participant in a class action, either as a

12    class representative or a class member who then filed a claim

13    in a class action, or I guess as a defendant, but we would have

14    covered that.  Anybody at all have any experience in a class

15    action?

16             Yes, sir.  Your name.

17             JUROR:  Gary Altman.  I think it was a product.  It

18    was a long time ago.  I was just named because I had purchased

19    something.  I can't even remember if there was an outcome or

20    anything.

21             THE COURT:  Okay.  But you don't recall filing a

22    claim in that; am I correct?

23             JUROR:  No.

24             THE COURT:  Okay.  Does anyone here have any

25    particularly strong opinions or feelings -- positive or

Jury Selection

```
 1   negative, either way -- about lawsuits generally?  Maybe

 2   feeling that we either have too many lawsuits in this country?

 3   Or too few?  Any strong feelings one way or the other?  Let's

 4   get your name and feelings.

 5          JUROR:  Curtis Altman.  I think there is probably

 6   quite a few too many not real important lawsuits, I guess.

 7          THE COURT:  Thank you.  Do you base that on things

 8   you've heard or read or personal experience?

 9          JUROR:  Curtis Altman.  Things I have heard and read.

10          THE COURT:  Okay.  Now, let me drill down a little

11   bit more specifically and ask about class actions.  You may or

12   may not know or read much about class actions.  But does

13   anybody here have any strong feelings -- positive or

14   negative -- about class actions one way or the other?  Any

15   strong feelings?

16          Let me change topics and ask has any one of you or

17   anyone in your immediate family or anyone that's a close

18   friend, also, of course, to the best of your knowledge, ever

19   worked with or in a telemarketing business or telemarketing

20   industry?

21          One hand up here.  Let's get your name and then learn

22   a little bit about your answer.

23          JUROR:  Cody Noffsinger.  When I was about 17, I

24   worked in telemarketing selling magazines for a short period,

25   less than a month.
```

Jury Selection

1          THE COURT:  Any particularly strong feelings --

2    positive or negative -- generally about telemarketing?

3          JUROR:  I wouldn't do it again but --

4          THE COURT:  Without prying, why not?

5          JUROR:  I just don't like talking on the phone for

6    eight hours a day.  It is not enjoyable work.

7          THE COURT:  Anyone else?  Experience in

8    telemarketing?

9          Okay.  Have any of you or any of your immediate

10   family or any close friends, to the best of your knowledge,

11   ever participated in, worked with, had any involvement in what

12   is sometimes called a multilevel marketing business?  It is

13   also sometimes called direct marketing or network marketing.

14   Anybody here have any experience in it?  Any family members or

15   close friends?

16          Is that a hand or a stretch?

17          JUROR:  That's a stretch.

18          THE COURT:  I do remember many years ago my wife, who

19   grew up in Michigan, told me the story that when she and her

20   brothers were little kids, her dad took her to a cattle auction

21   and told all the little kids, "Sit on your hands; otherwise, we

22   may have to buy a cow."  (Laughter.)

23          Who here has a mobile or cellular phone?  I mean

24   "mobile" and "cellular" totally indistinguishably; the same

25   near thing.  Almost everybody.

Jury Selection

1          Okay.  Now, who has a landline telephone in your

2   home, your house, or your apartment?  A landline?

3          Okay.  Let me do the opposite.  Who doesn't have a

4   landline in your home, house, or apartment?

5          Okay.  And one more combination.  Who has both a

6   landline in your home, house, or apartment and a mobile cell

7   phone?

8          Keep your hands up.  Let's let folks see who it is.

9          Okay.  Now, I'm just going to talk to those of you

10  who have a landline telephone in your home, apartment, or

11  house.  How many of you have used that landline phone in your

12  home, house, or apartment for business purposes?

13         We don't need to hear about it.  Okay.

14         How many of you run or have run or have family

15  members who have run a business out of their home?  Let's hear

16  a little bit about that.  Your name first.  A little bit about

17  the business

18         JUROR:  Rebekah Shidner.  I work for a consulting

19  company.  About two years ago my boss moved our -- he moved out

20  of state.  So rather than commuting from Beaverton to

21  Washougal, Washington, he allowed me to set up a home office,

22  and so I work from home.

23         THE COURT:  Do you have a separate number for that,

24  or was it the same number?

25         JUROR:  No, it is a business separate phone.

Jury Selection

1          THE COURT:  With a separate phone number?

2          JUROR:  Yes.

3          THE COURT:  I will follow up on that in a moment.

4          There was another hand back there.

5          JUROR:  Gary Knowles.  You're wanting to know if we

6    run any businesses out of our home?  Is that correct?  My son

7    actually uses my basement as kind of an eBay business location.

8          THE COURT:  And is there a separate phone number for

9    that, or is it basically your main phone number?

10         JUROR:  His cell phone.  It is mostly an

11   Internet-based thing, not phone-based.

12         THE COURT:  For anybody who has landline phones in

13   your home, house, or apartment, any of you who have more than

14   one line?  Two or more different telephone numbers?

15         And that was the business you just told us about?

16         All right.  For those of you who have mobile or

17   cellular telephones, have you ever received a telemarketing

18   call on that mobile or cellular phone?

19         Okay.  Most people.

20         For those of you who have a mobile or cellular phone

21   and have received a telemarketing call, sometimes those calls

22   are with a live person, a live voice, and they talk to you.

23   Other times it's an artificial voice, a computer voice, or a

24   prerecorded voice as opposed to a live person making a

25   telemarketing call.

Jury Selection

1           How many of you have received a telemarketing call on

2    your mobile or cellular phone where there was an artificial or

3    prerecorded voice; that is, someone other than a live person?

4           All right.  Many hands.

5           Okay.  Let me ask some more things now for people

6    with landline phones.  With those of you with landline phones

7    in your home, office, or apartment, how many of you receive

8    telemarketing calls on that phone?

9           How many of those -- for those of you who just raised

10   your hand, did that include live persons?  Live people doing

11   telemarketing?

12          And what about on a landline phone, any telemarketing

13   calls using an artificial or prerecorded voice?

14          Okay.  Now, as between telemarketing calls using an

15   artificial or prerecorded voice as opposed to a live person, I

16   would like to know whether you prefer to receive one kind or

17   the other or whether you like or dislike one more than the

18   other, or whether it really doesn't matter.

19          So for those of you who have received telemarketing

20   calls, who generally either prefers a live voice or

21   affirmatively or more dislikes an artificial or prerecorded

22   voice?  Don't raise your hand if it doesn't matter.

23          Let me flip it around.  Who actually prefers the

24   artificial or prerecorded voice as opposed to the live person?

25   Anybody?

Jury Selection

1        You prefer the artificial.  State your name.  I'm
2    curious why.
3        JUROR:  Tracie Wallace.  Because then I can just hang
4    up on them and not feel bad.
5        THE COURT:  It is easier to hang up on a artificial
6    or prerecorded voice than a live person?
7        JUROR:  I don't want to talk to the live person.  I
8    don't want the call.
9        THE COURT:  You don't want the call either way.  But
10   it is easier to hang up when it is an artificial or prerecorded
11   voice.  Do I understand you right?
12       JUROR:  Correct.
13       THE COURT:  Who agrees with that?
14       Okay.  Does anybody here actually like getting
15   telemarketing calls?
16       Okay.  Does anybody think that telemarketing
17   companies provide a valuable or useful service or function?
18       Okay.  Who here dislikes telemarketing companies, or
19   at least some of them or the general concept?
20       Who here has ever tried to stop the calls, either by
21   pressing some buttons on the phone or texting stop to some
22   direction?  Who has actually tried to stop receiving
23   telemarketing calls?
24       Who here has tried to stop receiving telemarketing
25   calls and have been successful in making some of them or at

Jury Selection

1   least -- making them stop or some of them stop?  Have you been

2   successful in making some of them stop?

3          Who feels they have not been successful?  They've

4   tried to stop them, and you have not been successful?

5          Okay.  Before coming to this trial, before coming to

6   court today, had any of you ever heard of the federal law known

7   as the Telephone Consumer Protection Act, the TCPA?

8          JUROR:  Kyle Hauger.  I have heard of it -- frankly,

9   I don't know much about it.

10          THE COURT:  Okay.

11          JUROR:  Cody Noffsinger.  I don't know much specifics

12   about the law either, but I actually discovered it trying to

13   get telemarketing calls to stop myself.

14          THE COURT:  And how did you try to get them to stop?

15          JUROR:  I tried requests, if it was a real person.

16   And I blocked numbers or attempted to block numbers if it was

17   an automated or recording.

18          THE COURT:  There is another hand on the front row.

19   Then we will go to the second row.

20          JUROR:  Amanda Stanley.  I worked for AT&T Wireless

21   for 14 years doing project management sorts of things.  It came

22   up earlier in my career, and I don't remember very much about

23   it.

24          THE COURT:  What were you doing for AT&T Wireless.

25          JUROR:  I was project manager, an analyst, and a

Jury Selection

1   systems architect over those years.

2           THE COURT:  Was there a hand in the back?

3           Has anyone here actually ever written a letter, a

4   postcard, sent an email, or in any other way tried to

5   communicate with the Federal Communications Commission or a

6   member of your state legislature or a member of Congress or any

7   state agency or federal agency or Better Business Bureau or

8   anything at all that had anything to do with telemarketing

9   calls or what some people may refer to as robocalls?  Have any

10  of you ever communicated with any type of person or agency that

11  I've just described about those issues?

12          Your name first.

13          JUROR:  Cody Noffsinger.  Your question sparked my

14  memory.  About a year ago I called the -- I think it is called

15  the Consumer Bureau in Oregon.  I kept receiving sweepstakes

16  calls, which I thought were scams, and I was trying to inform

17  them.

18          THE COURT:  Anyone else?

19          All right.  I described the case very, very generally

20  early on in this process this morning, enough so that you will

21  know that this involves an individual claim and a class claim

22  against the defendant, ViSalus, alleging that ViSalus has

23  violated the Telephone Consumer Protection Act.

24          I understand your feelings about, whether it be

25  telemarketing or artificial or prerecorded voice calls and

Jury Selection

1   things like that, but in our system of justice it is critically

2   important that a jury and a juror base a decision on the law

3   and on the facts presented at trial.

4          Is there anyone here, because of your feelings about

5   telemarketing or artificial or prerecorded calls, is there

6   anyone here who thinks you will not be able to base your

7   decision, if you are selected to be a juror, solely on the

8   facts that are presented to you by witnesses or exhibits or

9   stipulations?  By the way, a stipulation is where both sides,

10  basically for efficiency purposes, have agreed to certain

11  facts.  We will give those to you in writing.

12         So your evidence will be the parties' stipulations,

13  what they both agree are the facts, plus any witness testimony,

14  plus any exhibits you see.  Those will be the facts presented

15  to you.  You may have to make some decisions based on the

16  facts.  I will then instruct you as to what the law is that

17  applies.  And if you are selected as a juror, your

18  responsibility will be to base a decision, to answer some

19  questions on the verdict form, based solely on the evidence

20  received at trial and the law that I instruct.

21         Is there anybody who feels here, because of any

22  feelings that you may have on any of these topics I've raised

23  with you, you'll be unable to fairly and impartially fulfill

24  those duties as a juror?  Anybody?  I see no hands.

25         At this time Mary is going to pass out -- let me ask

Jury Selection

1    one more question, sort of a catch-all.  Now that you know what

2    this case is about a little bit more, is there anything in your

3    background and experiences -- anything in your experiences or

4    your attitudes or opinions or anything that if you were one

5    side or the other, either the plaintiff or the defendant in

6    this case, in all fairness you would want to know about that

7    juror before you decide who to either select or excuse as a

8    juror in this case?  Is there anything that in all fairness

9    that you think they should know about from your experiences or

10   attitudes?  Anything at all I haven't covered?

11            I see no hands.

12            Okay.  Mary, will you pass out the juror information

13   forms.

14            We are going to start with Juror No. 1, and that will

15   be you, Ms. Cornett, and I'll ask you, one at a time, speak

16   into the microphone.  You've got it.  Take us through your

17   answers to these questions.

18            So whenever you are ready, Ms. Cornett.

19            JUROR:  I am Rebecca Cornett.  I'm 58.  I was born in

20   Newport, Rhode Island, and I live in Milwaukie, Oregon.  I own

21   a home, and I live with my husband.  I'm married.  He is 57.

22   And I have three children.  One just turned 30 on Monday.  She

23   lives in Nashville.  And our son is 27, and he lives in

24   Portland.  A daughter, 26 -- 25 -- and lives in West Linn.

25            I have not been in the military.  I have an

Jury Selection

1    associate's degree in sociology.  My husband has a general

2    associate's degree.  One child has a master's in teaching,

3    another child has a bachelor in communication -- international

4    communication.

5              I work for Aging, Disability and Veterans Services

6    with Multnomah County, and I have been with them for 35 years.

7    I'm a program supervisor there.  We have six branches in

8    Multnomah County.  I work for the Transition & Diversion Branch

9    where our clients are in nursing homes, and we help them to get

10   out of nursing homes.

11             Do you need to know my spouse's job and children's

12   job?

13             THE COURT:  Please.  Adult children.

14             JUROR:  My husband works part-time.  He delivers

15   isotopes for Tradewinds.  My oldest is a nanny.  My son is a

16   behavioral therapist for autistic children.  And my youngest is

17   a teacher.

18             I don't really belong to any organizations.

19             Hobbies, I love to read and camp and go to the beach.

20             For news sources, I generally use the Internet.

21             THE COURT:  All right.  Thank you very much,

22   Ms. Cornett.

23             Pass the microphone to Mr. Hauger.

24             JUROR:  Kyle Hauger.  I was born in Eureka,

25   California.  I live in Portland in the Alameda neighborhood.  I

Jury Selection

 1   own a house.  I am divorced.  I am 49, and I have three

 2   children that live with me part-time ages, 15, 12, and 9.

 3            I have not been in the military service.

 4            I have a master's degree, a bachelor's degree.

 5            THE COURT:  What's your master's degree in?

 6            JUROR:  City planning.  Bachelor's is in economics.

 7            All three children are in school.

 8            I'm a city planner; I have been for 20 years.

 9   Traffic modeler/data scientist.

10            No jobs for my kids yet.

11            Organizations.  A member of the Institute of Traffic

12   Engineers.  Also a baseball coach.

13            For leisure activities I enjoy fly fishing and

14   reading and skiing.

15            News sources.  Radio and newspaper and a little bit

16   of Internet as well.

17            THE COURT:  Thank you, Mr. Hauger.

18            Mr. Noffsinger.

19            JUROR:  Cody Noffsinger.  Age 24.  I grew up in

20   Montana, western Montana.  Currently I live in Newberg, Oregon.

21   I have been there for three years now where we own an RV, and

22   we are staying on relatives' property.

23            My spouse is my wife, Kayla, and we don't have any

24   children.

25            I am currently a serving member of the Oregon

Jury Selection

1   National Guard.  I received my commission as an engineering

2   officer in Oregon, and that was in about 2016.  But this last

3   year I have since transitioned to a Chaplain seat, and I'm in

4   that transition now, but still serving.  My unit is out of

5   Salem.

6           Education.  I have a bachelor's in engineering, and

7   I'm currently pursuing a master's of divinity.  My spouse,

8   Kayla, has her bachelor's in criminal justice.

9           Employment.  I work in mechanical engineering as a

10  technician for a company that manufactures dental equipment in

11  Newberg, A-dec.  My spouse is a forensic interviewer, formerly

12  a caseworker.

13          Organizations.  Actively involved in my church, and

14  that's really the only engagement.

15          Hobbies.  I enjoy woodworking and architecture, TV,

16  and movies.

17          As far as news sources, I don't seek it out much.  We

18  watch OPB sometimes.

19          THE COURT:  Thank you very much, Mr. Noffsinger.

20          Ms. Wallace.

21          JUROR:  Tracie Wallace.  I am 54 years old.  I was

22  born in Newberg, Oregon.  I own my home.  I live there with my

23  husband.  He is 52.  I have one son who is 33 years old.  I

24  have never been in the military.

25          Level of education.  I don't have any degrees.  I

Jury Selection

1    have attended Portland Community College.  I just did kind of

2    business administration.  My husband has -- I'm not sure if he

3    has a degree.  He is a cement mixer driver.

4              I work for Lile International as a collections

5    person, credit manager, accounts receivable, and such for the

6    corporate offices.

7              My son works for sales for Leif Auto in Tigard,

8    Oregon.

9              I'm not part of any organizations.

10             I enjoy gardening, reading, golfing, camping, going

11   to the beach, just doing things.

12             I rely a lot on television and the Internet for news

13   sources.

14             THE COURT:  Thank you very much, Ms. Wallace.

15             Mr. Koski.

16             JUROR:  Good morning.  I'm Robert Koski.  I am 55.  I

17   live in northeast Portland.  I own a home.  I live with my wife

18   and two daughters.  The daughters are 13 and 16.  I have never

19   been in the military.

20             I have a bachelor's of science in mechanical

21   engineering.  I am a senior engineer for a medical device

22   company.

23             I am a sailor, a remodeler.  I get my news from the

24   Internet and television.

25             THE COURT:  Thank you very much, Mr. Koski.

Jury Selection

1              Ms. Linborg.

2              JUROR:  I'm Tiffany Linborg.  I am 30.  I was born in

3      Portland.  I currently live in Beaverton, and I rent.  I am

4      single and not in the military.  I got a bachelor's degree in

5      English literature, and I am not currently working, but I was

6      an administrative assistant for a good, long while.

7              Hobbies.  Reading, gaming, hiking.

8              And my news sources are mostly NPR.

9              THE COURT:  Thank you very much, Ms. Linborg.

10             Ms. Stanley.

11             JUROR:  I'm Amanda Stanley.  I am 40 years old.  I

12     was born in Long Beach, California, and I currently live in

13     Lake Oswego, where I own my home.  I have a husband, 41, and

14     two children, a girl, ten and a boy, eight.

15             I did not serve in the military.

16             Undergraduate degree in business.  An MBA from

17     Willamette, a PMP certification.  My husband has an

18     undergraduate degree.  He is an electrical engineer.  Children

19     are fourth grade and second grade.

20             Employment.  I'm a project manager at a financial

21     services company currently, and I was a systems architect at

22     AT&T Wireless for a number of years.

23             I was a Chi Omega in college.  I currently volunteer

24     for the Girl Scouts as a trooper leader and other things as

25     required.

Jury Selection

1          I like reading and fine dining, and I use the

2   Internet for news.

3          THE COURT:  Thank you very much, Ms. Stanley.

4          Is it Ms. Shidner (enunciating)?

5          JUROR:  Rebekah Shidner.  I'm 43.  I was born in

6   Albany, Oregon.  I currently live in Aloha.  I own my home.

7   I'm married.  My husband is 41.  We have a total of six

8   children.  I have three boys, ages 21, 16, and 11.  His

9   children are 23, 17, and 10.  Five of the six live with us.

10         My adult son works for Oregon Canadian Forest

11  Products as a laborer.  I work as an executive assistant for a

12  consultant specializing in orthodontic practices.  My husband

13  owns a fitness studio.

14         Education.  I have an associate's degree.  My husband

15  went to school for exercise science.  He does not have a

16  degree.  He left to play minor league baseball.

17         We are not with any organizations.

18         Hobbies are hiking, outdoor activities, and working

19  out.

20         News sources is television.

21         THE COURT:  Thank you, Ms. Shidner.

22         Let's go to Ms. Langton.

23         JUROR:  I'm Shelley Langton.  I was born in Midland,

24  Texas, and I live here in Portland, Oregon.  I am 47 years old.

25  I own a home as well as rent, as I'm separated currently from

Jury Selection

1    my husband.  We have a six-year-old son.

2              I have not been in the military.

3              I have a bachelor's and a master's in special

4    education and a master's in occupational therapy.  I work as a

5    pediatric occupational therapist for Multnomah Early Childhood

6    Program.

7              My son is in school.

8              No official organizations.

9              Leisure.  I like to hike and do yoga and do outdoor

10   activities with my son.  I also do a lot of researching

11   wellness related to healthy lifestyle.

12             And I don't get a lot of news.  When I do, it is just

13   through OPB radio usually on the way to work

14             THE COURT:  Thank you very much.

15             Mr. Matlock.

16             JUROR:  I am Jeremiah Matlock.  I am 21 years old.  I

17   was born in Oregon.  I don't remember exactly where.  I

18   currently live in King City, and I rent with my two roommates.

19   I am single.  I haven't been married or anything.

20             I have not served in the military at all.

21             I have a high school graduate degree.  I had two

22   years of college.  I haven't gone back yet.

23             I am currently employed as a cashier at Taco Bell.  I

24   have been there for about two years now.

25             I am not part of any organizations.

Jury Selection

1            Hobbies.  I play video games, watch YouTube, and go

2   see movies and stuff.

3            News sources.  I don't actively seek out news, but if

4   I see something on YouTube, I'll click on it and see what's

5   going on.

6            THE COURT:  Thank you, Mr. Matlock.

7            Mr. Jaren.

8            JUROR:  I am Jeff Jaren.  I live in Gladstone,

9   Oregon.  I have been a native all my life.  I currently live

10  with my parents, who are retired, and my brother down in the

11  basement.  I help him out.  He is epileptic.  So a lot of help

12  with the family there.

13           I have not been part of the military.  I'm an Eagle

14  Scout though.

15           Education.  I went to Gladstone High School.

16           Current employment.  I have been working retail sales

17  for the most of my life.  I currently work at Sportsman's

18  Warehouse off of 82nd.

19           Organizations.  I am involved Salem Trail Lines

20  outside of Silver Falls.  We build the trails out in Silverton

21  there.

22           Hobbies.  Anything outdoor pretty much.

23           News sources.  I don't do a whole lot.  But if I see

24  anything, it would be the Internet.

25           THE COURT:  Thank you, Mr. Jaren.

Jury Selection

1              Mr. Douglas.

2              JUROR:  Ben Douglas.  I'm 60 years old.  I was born

3      in Mississippi and grew up there.  I did most of my education

4      there and then moved to California in 1985, where I did my

5      family medicine residency training.  I then moved to Oregon in

6      1995 -- '94.

7              I am married.  I own a home in Tillamook.

8              Let's see, we have three children.  Our oldest lives

9      in Portland and is employed by Portland Center Stage.  Our

10     middle child lives in Beaverton and is a bus driver.  Our

11     youngest child lives in Tillamook and mostly does

12     landscaping/yard work.

13             I have never served in the military, but my wife was

14     a physician in the Air Force and was a major at the time that

15     she left the Air Force.

16             Education.  Medical degree and family medicine

17     training for both me and my wife.

18             Our oldest child did graduate from the University of

19     Portland.  Our other two children have attended some college.

20             Employment.  I'm currently employed by Adventist

21     Health.  I am a family medicine physician in Tillamook.  I also

22     am a hospice physician for Adventist Health in Tillamook and

23     the Portland office.  My family medicine practice focuses on

24     what is called lifestyle medicine with an emphasis on whole

25     foods, plant-based foods, avoiding medication as much as

Jury Selection

 1 | possible, avoiding supplements, fad diets, and that sort of
 2 | thing.
 3 |          Organizations.  I'm very active in our church.  I am
 4 | the volunteer music director at our church.
 5 |          Hobbies.  Anything that has to do with music.  I'm an
 6 | amateur musician.  I lead a guitar community class, and I also
 7 | like to run.
 8 |          News sources.  I don't seek out a lot of news, but
 9 | most of what I hear comes from NPR.
10 |          THE COURT:  Thank you very much, Dr. Douglas.
11 |          Dr. Knowles.
12 |          JUROR:  Gary Knowles.  I am 63 years old.  I was born
13 | in Long Beach, Oregon.  I currently live in Monmouth, Oregon,
14 | where I own my own home, living with my wife all of those
15 | years.  I have four children, three of which live in my same
16 | town also; one living in Florida.
17 |          I have never served in the military.  I'm an
18 | optometrist, and so I have got a postgraduate degree, as does
19 | my wife.  All four of my children are also optometrists.
20 |          I am currently retired.  My kids came back and took
21 | over my job.
22 |          We spend a decent amount of time doing vision mission
23 | trips, which is probably my civic involvement.
24 |          I play a lot of golf.
25 |          Most of my news source is NPR, but I really don't

Jury Selection

1    seek out much news.

2            THE COURT:  Thank you, Dr. Knowles.

3            Ms. Heberling (enunciating).

4            JUROR:  Heberling.  I am Bridget Heberling.  I was

5    born in Spokane, Washington.  Currently I live in Milwaukie,

6    Oregon.  We own our home.  I am married.  We are both 62.  Our

7    son lives in Klamath Falls.  He is 32.  Our daughter lives in

8    Portland, and she is 29.  No military service.  I have a B.A.

9    in business.  My husband has a B.A. in electrical engineering.

10           Our daughter has a master's in planning.  Our son is

11   a physician's assistant.  He has a master's in science.

12           I am currently retired.  Prior to retirement, my last

13   job was preschool teacher.

14           Church would be my organization.

15           I like camping, hiking, reading.

16           News source would be TV, newspaper.

17           THE COURT:  Thank you very much, Ms. Heberling.

18           Mr. Altman.

19           JUROR:  Curtis Altman.  69.  Charlotte, Michigan.

20   Own in Oregon City area.  Married.  Two kids in their 40s.

21           U.S. Embassy.  Lance corporal.  '68-'70, infantry.

22           Eleventh grade.

23           Wife and kids are high school.

24           Retired carpenter.  The wife retired -- she worked at

25   the school kitchen.

Jury Selection

1            NRA, VFW, and AARP.

2            Leisure.  Pretty much anything outdoors.

3            Newspaper and radio for news sources.

4            THE COURT:  Thank you, Mr. Altman.

5            Mr. Sedell.

6            JUROR:  David Sedell.  I'm 31.  I was born in North

7    Charleston, South Carolina.  I currently live in Beaverton,

8    Oregon.  I own my home there.  I am married.  My wife is 32.

9    She is currently not working.  She is pursuing -- well, she has

10   a bachelor's degree in biology, and she is currently pursuing a

11   paralegal certificate.

12           I have a four-and-a-half-month-old daughter.

13           No military service.

14           Education.  I have a bachelor's degree in business.

15   I have an MBA from Carnegie Mellon.

16           I am currently a product manager at Intel.

17           No organizations.

18           In terms of leisure, pretty much anything related to

19   cars, TV, movies.

20           News sources.  I usually listen to NPR in the

21   morning.  I usually watch local news at night, and, of, course

22   Internet.

23           THE COURT:  All right.  Thank you, Mr. Sedell.

24           All right.  Folks, here is what we are going to do

25   now:  In a few moments we will take a mid-morning break.  When

Jury Selection

1    we come back, I'll invite one of the attorneys for the

2    plaintiff to ask you some questions, probably up to about 15

3    minutes.  Then I'll invite one attorney from the defendant to

4    ask you some questions up to about 15 minutes.  Then I'll ask

5    all of the prospective jurors to go into the hallway.  The

6    attorneys will make their jury selections, or really their

7    exercise their challenges, and then we will select and tell you

8    who the jury is, and I'll excuse everybody else.

9            But for right now what I would like the 16 of you to

10   do is look to your left and look to your right.  Figure out

11   where you are sitting.  You can leave your property on your

12   chair right now, because when we come back after our break, I

13   would like you to be in exactly the same chairs, please.  If

14   you have any questions, ask Mary.  She has got the chart.

15           Then, also, please remember, do not discuss this case

16   or anything to do with it among yourselves.  Don't look

17   anything up.  Don't do any research.  In addition, don't

18   discuss anything with the parties; the lawyers on either side.

19   I'm going to instruct them not to have any communication at all

20   with you.  You may bump into one or more of them in the hallway

21   or in an elevator or a restroom.  Please do not say anything to

22   them.  They're not going to say anything to you.  Because of

23   this instruction, nobody is going to think that either side is

24   being rude.  You're just complying with my instructions.

25           So we will take a 20-minute recess.  We will get you

Jury Selection

1    back in these chairs at five minutes after 11:00 on that clock.

2

3                    (Open court; jury not present:)

4              THE COURT:  Mary, if you could close the door too.

5              All right.  We are here without any of the

6    prospective jurors.  It is 10:45 now.  We are making excellent

7    time.  Let me ask both sides their views on something.  We are

8    making very good time.  We have to end by 1:00 today.  I think

9    we can either do opening statements this morning, if both sides

10   are willing to do that.  That's probably a good use of time.

11             The other option is we can bring Mr. Shawn Davis in

12   by noon, or whenever we are ready for him, and do a 104 hearing

13   on that issue this morning as soon as we are done selecting our

14   jury and excusing the jury.  We can go that direction

15   alternatively.  If we do the opening statement now, I would

16   like to have Mr. Davis at 8:00 a.m. tomorrow.

17             Any preferences from either side?

18             MR. DOVEL:  Your Honor, the plaintiff would prefer to

19   do the hearing with Mr. Davis today and do openings tomorrow

20   morning.

21             THE COURT:  Is that acceptable to the defendant?

22             MR. O'NEAL:  Yes.

23             THE COURT:  Okay.  Make sure you get Mr. Davis here.

24             MR. DOVEL:  He is in the courtroom.  He is in the

25   courtroom, and so he is ready.

Jury Selection

```
 1           THE COURT:  Welcome.

 2           All right.  You can have a 15-minute recess.  We will

 3  resume with our jurors.  Then who will be doing the voir dire

 4  for the plaintiff?

 5           MR. DOVEL:  I will, Your Honor.

 6           THE COURT:  And who will be doing the voir dire for

 7  the defendant?

 8           MR. O'NEAL:  I'm sorry, Judge?

 9           THE COURT:  Who will be doing the voir dire for the

10  defendant?

11           MR. O'NEAL:  Myself, Judge.

12           THE COURT:  Very good.  We will pick up with

13  plaintiff and then defendant starting at five minutes after

14  11:00.

15           MR. O'NEAL:  Before we recess, Judge, our materials,

16  for purposes for examining Mr. Davis, are back at our hotel

17  room.  We can take a break and go get them.

18           THE COURT:  Now is a great time to send someone back

19  for them.  That way they can be retrieving those materials

20  while you are talking to the jurors.

21           (Recess.)

22           (Open court; jury not present:)

23           THE COURT:  Are we ready to bring the prospective

24  jurors in?

25           Counsel, remember, as soon as you are done with your
```

Jury Selection

1   voir dire, I will see the lawyers at sidebar and ask about

2   cause.

3           (Open court; jury present:)

4           THE COURT:  We have almost everyone.

5           Counsel, you may be seated.

6           All right.  Welcome back, prospective jurors.  At

7   this time I am going to invite an attorney for the plaintiff to

8   ask you all some questions.

9           Mr. Dovel.

10          MR. DOVEL:  Thank you, Your Honor.

11          Good morning.

12          JURY PANEL:  Good morning.

13          MR. DOVEL:  My name is Greg Dovel.  I am from Yakima,

14   Washington.  I live today in Los Angeles.  I am married, and I

15   have four kids.

16          Let me start with Mr. Matlock, if I could.  "Brutal

17   honesty."  What do those words mean to you?  "Brutal honesty."

18          JUROR:  Jeremiah Matlock.  To me it feels like it

19   means that you are being completely honest with someone, even

20   it might hurt their feelings or make them upset.  You are being

21   completely honest in telling them you how you feel deep down.

22          MR. DOVEL:  That's what I'm going to need.  I need

23   you to be brutally honest with me, even if it is going to hurt

24   my feelings; just how you feel deep down.  Can you do that?

25          JUROR:  Yes.

Jury Selection

1          MR. DOVEL:  Can everyone here do that?  I have got

2    about 10 or 15 minutes to talk to you, and I expect you to do

3    most of the talking.  I have a few questions to ask, and I ask

4    you to be brutally honest with me.

5          To start, I'm going to tell you about something that

6    really bothers me about this case when I first heard about it;

7    something that made me not want to be part of this case.  This

8    case is about some people that got some annoying phone calls.

9    It is not about somebody who suffered a personal injury, lost a

10   loved one, lost a life.  It is not someone who was ripped off

11   for a lot of money.  There is not someone who came up with a

12   great invention, got a patent, and a big company stole it from

13   them.  It is just some annoying phone calls.

14         When I first heard about this, I thought, why make it

15   a federal case about it?  What are we doing in court?

16         MR. O'NEAL:  Objection, Your Honor.

17         THE COURT:  Sustained.  Let's ask a question, please.

18         MR. DOVEL:  Yes, Your Honor.

19         So brutal honesty, when you first heard about this

20   case and heard what it was about, what did you feel?  What did

21   you think?  Who wants to start?

22         THE COURT:  Remember to state your name first,

23   please, and when a microphone gets to you.

24         JUROR:  Bridget Heberling.  When I first heard what

25   it is about, I thought, yeah, I don't like those phone calls

Jury Selection

1   either.

2           MR. DOVEL:  Thank you for that.  Thank you for

3   volunteering.  I have another question for you.  But did you

4   think, why are we in court here?  You have gotten calls like

5   that, you raised your hand about that, and you never filed a

6   lawsuit, right?

7           JUROR:  No.

8           MR. DOVEL:  Does it bother you that we are here in

9   court trying to hold someone accountable for making calls like

10  that?

11          JUROR:  No.  I think there is a reason.

12          MR. DOVEL:  Who else?  I need to hear from as many

13  people as possible.

14          THE COURT:  Just state your name first.

15          JUROR:  Ben Douglas.  I was actually not familiar

16  with the law that is involved with this case, but I was pleased

17  to know that there was a law that helps prevent unwanted phone

18  calls because in my work I actually have two phones now.  One

19  is dedicated to work; one is a personal phone.  The newest

20  phone I got, I get lots of phone calls for the person who used

21  to have the phone number.  It interrupts my day multiple times

22  when I'm trying to provide patient care.  So I was glad to know

23  that there is a law that prevents some of that.

24          MR. DOVEL:  Thank you.

25          JUROR:  Tracie Wallace.  I guess my first brutal

Jury Selection

1  honest thought was hang up.  But at the same time I agree with

2  the other two people here that there must be a reason, and also

3  that if there is a law that is to take into consideration that

4  we are here, I would like to know what that is personally so I

5  may one day be in a position that I might want to exercise my

6  rights as well.

7           MR. DOVEL:  Thank you, Ms. Wallace.

8           Who else?  Who is next?

9           Mr. Jaren, could I get your comments on this?  Thank

10 you.

11          JUROR:  Jeff Jaren.  I get many of these annoying

12 phone calls, whether it's on my home or on my cell phone.  I

13 tend to just ignore them, if it's not on my phone book list.

14 If it is that important, they will leave a voice mail for me.

15          MR. DOVEL:  You just ignore them?

16          JUROR:  I just ignore them.

17          MR. DOVEL:  Have you ever considered trying to do

18 something -- to bring a lawsuit -- to stop people from making

19 these kind of illegal calls?

20          JUROR:  I have not in the past.

21          MR. DOVEL:  Why not?

22          JUROR:  I'm pretty busy with work and just haven't

23 thought about taking the time to do it.

24          MR. DOVEL:  Thank you, Mr. Jaren.

25          Mr. Koski, I would like to hear from you on this if I

Jury Selection

1    could.

2              JUROR:  Robert Koski.  I think you would be hard

3    pressed to find anyone who enjoys a cold call.  They are

4    offensive.

5              MR. DOVEL:  Those calls are offensive, but should we

6    be taking your time, the judge's time here in court trying to

7    hold somebody accountable for it?

8              JUROR:  That's a good question.  I have attempted to

9    fill out Do Not Call lists, and it feels like that has been

10   mostly ineffective.

11             MR. DOVEL:  So what should we do?

12             JUROR:  That's a good question.

13             MR. DOVEL:  Does anyone have any thoughts on what we

14   should do?  Let me ask Mr. Altman, if I could have you weigh in

15   on this.

16             I remember you said that you thought that there were

17   too many lawsuits about unimportant things.  This is pretty

18   unimportant.  Is this one of those lawsuits?

19             JUROR:  Well, I haven't heard anything other than

20   what has been said this morning, so I'm not going to make that

21   decision until -- but yeah, I do think that there are quite a

22   few lawsuits.  Whether this would be one or not, I don't know,

23   that shouldn't go as far as they do, I guess.

24             MR. DOVEL:  When you first heard about what this case

25   was about, what was your reaction?  Brutal honesty, what was

Jury Selection

1    your reaction?

2              JUROR:  That it would be boring.

3              MR. DOVEL:  That it is going to be boring sitting

4    through this kind of stuff.

5              JUROR:  I was on a similar one once before and it

6    was -- all the technical talk and different -- for me it gets

7    kind of boring.

8              MR. DOVEL:  All right.  Thank you.

9              Does anyone else have any thoughts they want to share

10   about their initial reaction when they heard about this case?

11             Let me ask you about another topic, and that's class

12   actions.  When I heard about this case --

13             THE COURT:  Let's go to a question.

14             MR. DOVEL:  Yes, Your Honor.

15             In this case you are going to get to meet one of my

16   clients, Lori Wakefield.  There are another approximately

17   800,000 people that are part of this class.  They are not going

18   to testify.  We are going to have to prove their case based

19   upon information.

20             MR. O'NEAL:  Objection, Your Honor.

21             THE COURT:  Sustained.  Let's get to a question.

22             MR. DOVEL:  Yes, Your Honor.

23             When anyone first heard this was about a class

24   action, and we have got this one class representative and many

25   other folks are not going to be here, did you have any thoughts

Jury Selection

1   or feelings about that one way or the other?

2           Ms. Cornett, if I could ask you to weigh in on that

3   for us.

4           JUROR:  Rebecca Cornett.  I guess for me it is just I

5   always like learning things, so I hadn't heard about any of

6   this.  So it's just more of a curiosity and about how the

7   process works.

8           MR. DOVEL:  Well, you are going to get to hear

9   specific testimony --

10          MR. O'NEAL:  Objection, Your Honor.

11          THE COURT:  Overruled.

12          MR. DOVEL:  You are going to get to hear specific

13  testimony from one person, Lori Wakefield.  For the class, we

14  have got to rely on documents and stuff we get from defendants.

15  Is that going to trouble you to have to figure out what

16  happened to the class if you don't hear any of those people

17  here testifying?

18          JUROR:  I mean, I think as long as the information is

19  presented and you can look at it, then I wouldn't have an issue

20  with it.

21          MR. DOVEL:  Information you could look at?

22          JUROR:  Yes.

23          MR. DOVEL:  Mr. Hauger, what about you?  What are

24  your thoughts about whether you would be troubled that you are

25  not going to be hearing any testimony from most of the people

Jury Selection

1   in the class?

2           JUROR:  Kyle Hauger.  No, I think it is fine to have

3   a representative here of the class.  Depending on how large it

4   is, I cannot imagine actually sitting through the entire class

5   testifying.  But I do think that it is important to at least

6   have one live person here and potentially to have a face on the

7   case.  But in terms of other documentation or other documents,

8   I'm comfortable with that.

9           MR. DOVEL:  Thank you.  I appreciate that.

10          Mr. Noffsinger, could I ask you to weigh in on that.

11          JUROR:  I don't have any issues with the class or

12  having sole representation on behalf of the class, I guess.  I

13  don't have any strong feelings.

14          MR. DOVEL:  In this case if you are a juror, you're

15  going to have to make a decision for the class based on

16  documents, not live testimony from people describing the calls

17  they got.

18          Do you have any thoughts about whether that might be

19  an issue for you one way or the other?

20          JUROR:  I don't think it is an issue.  I think it

21  will help having as much testimony as we can, and we will be

22  able, as jurors -- I propose -- be able to empathize with the

23  descriptions.  Even though they are not here, I think we will

24  be able to see themes throughout the testimony that gives

25  credibility to the class.

Jury Selection

1          MR. DOVEL:  Thank you.  I appreciate that.

2          Can you pass the microphone over to Mr. Koski.

3          Mr. Koski, can I hear from you on this subject of

4    class action.  We are going to see testimony from one live

5    person.  The other 800,000 are not here to testify.

6          JUROR:  I don't have a problem with one

7    representative from the class.  The whole affair is surprising.

8          MR. DOVEL:  Say more about that.

9          JUROR:  As I said, cold calls are offensive in their

10    nature.  I think collectively we receive them and turn them

11    down.  They are annoying, but we move on with our dinner, and

12    so I find it interesting that it has come to this.

13          MR. DOVEL:  When you say "interesting," be brutally

14    honest with me.  Are you saying you are kind of skeptical that

15    we should be spending our time here; that you would rather be

16    on a different case?

17          JUROR:  I don't know what is at stake here.  I don't

18    know what offenses are alleged.  I only know how I personally

19    have been offended by this telemarketing.  Essentially I accept

20    it and move on.

21          MR. DOVEL:  In this case you are not going to be

22    making a determination about how much money to award.  You are

23    going to be determining whether the defendant, ViSalus, should

24    be held accountable, and if they did it, how many calls they

25    made.  That's it.  You are not going to be awarding any money.

Jury Selection

1    Is that going to frustrate you?

2              JUROR:  No, that will not.

3              MR. DOVEL:  Ms. Linborg, can I ask you a question?

4    On this topic of class actions, we have got one person who is

5    going to testify.  Most people are not.  We have to use the

6    documents that we get from the defendant to prove these class

7    claims.  Does that cause you any concern, or do you have any

8    questions about that?

9              JUROR:  Not really.

10             MR. DOVEL:  When you first heard about this case, did

11   you think, what's the big deal?  What were your thoughts?

12             JUROR:  Maybe a little, but I think everyone is

13   entitled to have their own opinion.  Someone might feel

14   differently than I do, and that's perfectly okay.

15             MR. DOVEL:  I want to know your opinion.  Be brutally

16   honest with me.  Is this something that you think is not worth

17   spending our three days on?

18             JUROR:  I guess I can't honestly say, like many of

19   these people are saying, until I have more information.  To be

20   brutally honest, I don't have an answer.

21             MR. DOVEL:  Thank you.  I appreciate that.

22             Mr. Neuls, I know you've served on a jury.  I believe

23   you were the jury foreperson; is that right?

24             JUROR:  Correct.

25             MR. DOVEL:  In that experience it wasn't a case that

Jury Selection

1   involved some annoying phone calls, right?

2          JUROR:  No.

3          MR. DOVEL:  When you heard this case was going to be

4   about phone calls that are alleged to violate a federal law,

5   and that was all at stake, what were your thoughts?  What did

6   you think about that?

7          JUROR:  Oh, I was mildly disappointed.  I was hoping

8   for something more exciting.

9          MR. DOVEL:  Thank you.  I appreciate that.

10         THE COURT:  Mr. Dovel, you have about two minutes

11  left.

12         MR. DOVEL:  Thank you very much, Your Honor.

13         That case, was it a criminal case or civil case?

14         JUROR:  Criminal.

15         MR. DOVEL:  In this sort of case, for us to prove

16  what we have to prove, we have to prove it by a preponderance

17  of the evidence, which means --

18         THE COURT:  Let's ask a question.

19         MR. DOVEL:  Some people think that if we have got to

20  prove our case only by a preponderance, showing it is more

21  likely true than not true, that it is not fair to the

22  defendant, and we should have to prove it by overwhelming

23  evidence, by beyond a reasonable doubt, not just a little bit

24  more true than not true.

25         Does anybody think it wouldn't be fair to the

Jury Selection

 1  defendant if all we have got to do is show just it's more

 2  likely true than not true?  You've got the microphone,

 3  Mr. Neuls.  What do you think about that?

 4          JUROR:  I'm good with that.

 5          MR. DOVEL:  Does anyone, when they hear about that

 6  concept, think, well, I kind of move more toward the people

 7  that think it is not fair?  In a case like this we should have

 8  to prove it beyond a reasonable doubt.  Does anybody have that

 9  kind of a view?

10          Mr. Matlock, any thoughts about that?

11          JUROR:  Jeremiah Matlock.  I can see why people might

12  think that, but it seems like for this case that we don't have

13  the option to hear from like hundreds of people, plus I don't

14  think anybody would want to sit through hundreds of people.  I

15  feel as long as the documents are like accurate and factual and

16  aren't just like random people saying, "Oh, this happened," and

17  it just ramps up and it actually did happen, I think it should

18  be fine.

19          MR. DOVEL:  Are you okay being part of a case where

20  we just have to prove that it is more likely true than not

21  true?

22          JUROR:  I prefer it to be like -- I'm trying to find

23  the word -- I prefer it to be proven beyond a shadow of a

24  doubt, but it doesn't seem like we will have the option for

25  that case.  So I am okay with it being more likely true, if you

Jury Selection

1   can prove it that way.

2          THE COURT:  That's a very good place to end it.  By

3   the way, members of the jury, I will tell you that in a

4   criminal case the standard is proof beyond a reasonable doubt.

5   In a civil case like this one it is proof by a preponderance of

6   evidence.  After we select our jury this morning, I will give

7   the jury some preliminary instructions.  One of the things that

8   I'm going to do is explain what it means to prove something by

9   a preponderance of the evidence.  I will even give you an

10  example.

11          Thank you very much.

12          Thank you, Mr. Dovel.

13          MR. O'NEAL:  Thank you, Judge.

14          THE COURT:  15 minutes.

15          MR. O'NEAL:  I have my cheat sheet.

16          Mr. Koski --

17          JUROR:  Good morning.  Robert Koski.

18          MR. O'NEAL:  John O'Neal.

19          When you said "cold calls," what did you mean?

20          JUROR:  Unknown phone numbers calling by automated or

21  solicitors.

22          MR. O'NEAL:  Calls coming from people that you didn't

23  know?

24          JUROR:  Yes.

25          MR. O'NEAL:  Calls coming from companies that you

Jury Selection

 1  didn't give their phone numbers or have any connection with?

 2          JUROR:  Correct.

 3          MR. O'NEAL:  Do you think there is a difference

 4  between cold calls like you are describing and calls that may

 5  be made by a company where the person who is getting the call

 6  gave that company their telephone number?

 7          JUROR:  Is there a difference?  Is that your

 8  question?

 9          MR. O'NEAL:  Yes.

10          JUROR:  Absolutely.  I keep getting called repeatedly

11  by a window company as an example.  I gave them my phone

12  number.  They are persistent to the point of becoming

13  offensive, but I signed up for it.  I gave them my phone

14  number.  So I accept that.

15          The predominance of calls I receive I have no idea of

16  their origin.  I'm just amazed that this tactic or technique or

17  sales method -- it must be tremendously effective because, as I

18  said before, I've never met anyone that says, "Hey, that was

19  great.  I got three robocalls last night, and I got offered

20  some great services."  I don't know anyone who is a fan of

21  this.

22          MR. O'NEAL:  Let me follow up with the rest of you.

23  Do any of you see a distinction between a call that comes from

24  somebody that you don't know or you didn't give your numbers to

25  as opposed to getting a call from someone that you did?

Jury Selection

1              JUROR:  Tracie Wallace.  Hi.

2              I believe and feel there is a distinction, when you

3    give your number to somebody and they call you, you have a

4    conversation.  If you opt not take their services and you ask

5    them to take you off their calling list, and you are no longer

6    interested, then that's where it should cease.

7              MR. O'NEAL:  Anybody else?  Does anybody else want to

8    comment?  Yes, sir.

9              JUROR:  Kyle Hauger.  Yeah -- personally I would draw

10   the line where if the particular individual or company that I

11   gave my phone number to, if they then sold it to another

12   company, that would be annoying and out of line and basically

13   not had my permission to call me then at that point.  So it is

14   kind of passing my number downstream, I guess.

15             MR. O'NEAL:  Anybody else?

16             Ma'am, I think you mentioned like "stop calling me."

17   Does anybody have a view on whether if you hand out your phone

18   number, if you voluntarily give it to someone or a company, and

19   they call you, and at the time that the call is made there

20   hasn't been an express instruction "don't call me"?

21             Does anybody think that's different than perhaps the

22   cold calls that you have heard talked about today?

23             Yes, ma'am.

24             JUROR:  Shelley Langton.  I think there is a

25   distinction when you give your phone number as part of sort of

Jury Selection

1  signing up with an organization or the check-out or something.

2  There is a distinction between just providing that and then the

3  company feeling -- taking that to, well, let me just be

4  incessantly calling or very persistent without expressly

5  indicating that when you are giving them your information.

6      MR. O'NEAL:  Thank you.

7      You heard Mr. Dovel talk about Ms. Wakefield being

8  the only member of the class that's going to come testify.  I

9  think a couple of you commented to try to have serial testimony

10 isn't going to be the greatest.  But I would like to ask you

11 about this:  What about corroborating evidence for the rest of

12 the class?  Does anybody think that they would immediately

13 accept without further question that Ms. Wakefield's

14 experience, at least what she testifies about, has to be the

15 same for everybody else in the class, or would you be looking

16 for other evidence related to what may have happened to

17 different people?

18      Yes, sir.

19      JUROR:  Jeremiah Matlock.  I prefer like hearing

20 different people's experience with what happened.  Hearing one

21 person is like, "Okay.  It just happened to one person.  It is

22 not that big a deal."  But if it happened to multiple people

23 and to have like the same type of experience, and it wasn't

24 good, then it makes sense that there would be a case like this.

25      MR. O'NEAL:  And if you heard evidence that perhaps

Jury Selection

1   some people were a business, and they gave out their number to

2   my client, or if somehow you heard some evidence that they were

3   working as a promoter, which is basically serving as a sales

4   agent, an independent contractor, does anyone think that might

5   influence their decision on how to handle this case one way or

6   the other?   No.

7            Who has heard of the phrase "corroborating evidence"?

8   Anybody heard of that before?

9            Yes, ma'am.   What does that mean to you?

10           JUROR:   Rebekah Shidner.   To me it means that people

11  basically are all on the same page with respect to the facts

12  and the information that has been presented, and so they are

13  all having similar experiences, and it's all being combined

14  together to be presented as one.

15           MR. O'NEAL:   Let me ask a different question.   I'm

16  going to spin Mr. Dovel's question on its head.   How many would

17  find it significant in their decision if it was in fact true

18  that Ms. Wakefield is the only person who came in and

19  testified, and you heard evidence that that's because other

20  people had different experiences?   Maybe they didn't come in

21  and testify to it, but there was evidence that suggests that

22  one shoe doesn't fit at all.

23           What's your thoughts on that?   How would you react to

24  that?

25           JUROR:   (Amanda Stanley; unannounced)   I guess I'd

Jury Selection

 1   feel like the concept of a class is an efficient way to go

 2   about this in terms of our legal system to be able to not

 3   overload and what have you.  So I feel they are going to pick a

 4   candidate who makes a good case for this, and that's what I'm

 5   going to have to go off.  That's what my decision will be based

 6   on -- that testimony and any other testimonies provided.

 7             MR. O'NEAL:  What's your thoughts on that?

 8             JUROR:  David Sedell.  Folly Beach.  Very nice, rough

 9   surf.

10             MR. O'NEAL:  I know.

11             JUROR:  I think it can be difficult, you know, if the

12   situation is not kind of the same across all class members.  I

13   think we have to take it -- take it at face value that there is

14   some overlapping evidence between the present party and the

15   class members.

16             Unfortunately, without the subjectivity of the other

17   class members, I think we're missing some.  But if we get good

18   evidence, good facts from the present member, and we see

19   evidence that shows it is fairly similar across the class

20   members, then I think it might be fair.

21             MR. O'NEAL:  This is one of the questions that

22   His Honor alluded to, but it is also important for me because I

23   have got to make sure --

24             THE COURT:  Let's get to a question.

25             MR. O'NEAL:  Yes, Your Honor.

Jury Selection

1         The judge is going to give you instructions that will

2   outline what I'm going to call the elements of the claim.   It

3   will be 1, 2, 3, 4, 5, something like that.

4         Does anybody feel that they would not be able to go

5   through and examine each one of those elements closely to make

6   sure that plaintiff has met the burden for each one?

7         Does anybody think that maybe that their feelings

8   about telemarketing or anything like that might say, "No, I

9   don't need to pay attention"?   Anybody have that thought?

10        How about if the plaintiff -- if His Honor gave you

11  several elements and maybe the plaintiff proved 1 and 2, but

12  didn't prove 3 and 4?   Does anybody have a problem returning a

13  verdict against the plaintiff in that instance?

14        Here is the question that's on everybody's mind:   How

15  about your experiences with telemarketing?   Do you believe that

16  you will be able to set those aside and be able to make a

17  decision on facts in this case, even though we are dealing with

18  a company that has been accused of making a lot of telephone

19  calls?   That's what we really want to know.

20        Is anybody going to not be able to do that?

21        All right.   Your Honor, I'm done.

22        THE COURT:   All right.   Thank you very much,

23  Mr. O'Neal.

24        Let me see one or two counsel from each side at the

25  side bench, please.

Jury Selection

1           (A discussion was held off the record at sidebar.)

2           (Open court; proceedings resumed:)

3           THE COURT:  Members of the prospective jury panel, I

4    am now going to invite you all to go to the hallway.  I think

5    this time it will be about 15 minutes.  Here is the plan:  When

6    we call you back in 15 minutes, you are not going to be seated

7    in the jury box.  So take your property with you to the

8    hallway.

9           Everybody, when we open the doors in about 15

10   minutes, Mary will then call the names of the eight people who

11   will be on this jury.  We don't do any alternates.  All eight

12   will be on the jury.  So at that point I will excuse everybody

13   else.  I will then give preliminary instructions to our

14   eight-person jury, Mary will show you access to the building,

15   and I'll explain everything to the jury at that time.

16          But for right now I would like to ask every

17   prospective juror in the courtroom to step into the hallway for

18   about 15 minutes.  Mary will close the door.  Don't come in

19   until the door is open, but be available in 15 minutes.

20          (Open court; jury not present:)

21          THE COURT:  All right.  Relax.

22          We are here without the prospective jurors.

23          At sidebar the defendant challenged for cause

24   Mr. Robert Koski.  He is in seat No. 5.  There was no objection

25   to that from the plaintiff, and so I'm excusing Mr. Koski for

Jury Selection

1   cause.

2           Am I correct, counsel for plaintiff?

3           MR. JACOBSON:  Yes, Your Honor.

4           THE COURT:  Counsel for defendant, am I correct?

5           MR. O'NEAL:  Yes, Judge.

6           THE COURT:  Okay.  So Mr. Koski is gone for cause.

7           That means that we now have 15 people sitting up

8   there, but we only need, since each side has three

9   peremptories, we really need 14, because 14 minus six is eight.

10  We will have an eight-person jury.  No alternates.  They will

11  all deliberate to unanimity.  So that means for all purposes

12  Mr. Sedell in seat No. 16 should be gone from your

13  consideration.

14          So that leaves 14 people when we take away

15  Mr. Sedell, who is in seat 16, and when we take away Mr. Koski.

16  There are now 14 people.  I would like three peremptories.  We

17  would like to go back and forth, one each.  Three peremptories

18  from the plaintiff; three from the defendant.  And if you

19  choose not to exercise one, that's fine, but you don't get to

20  come back at the end and exercise it.  And then the first eight

21  people by seat number will be our jury.

22          So if you happen to not exercise something, nine

23  people will be remaining.  The first eight by seat number will

24  be the jury.  In a moment I'll ask for the plaintiff's first

25  peremptory and then defendant's; then plaintiff's second and

Jury Selection

1  defendant's; and plaintiff's third and then defendant's.

2              Any objection to this procedure or any questions?

3              MR. DOVEL:  No objection.  Will we have a minute to

4  talk?

5              THE COURT:  Yes, but not much more than a minute.

6              Any objections to the procedure or any questions?

7              MR. O'NEAL:  So, Judge, we drop currently the one in

8  16?

9              THE COURT:  Yes.  So basically take out of your

10  consideration Mr. Koski in seat 5 and Mr. Sedell in seat 16

11  because he is the last one on this list.  That leaves 14.

12              So any objections to this procedure or any questions

13  from the defendant?

14              MR. O'NEAL:  No, Judge.

15              THE COURT:  Okay.  I'll give you a minute.

16              (Pause in proceedings.)

17              THE COURT:  May I please have plaintiff's first

18  strike?

19              MR. JACOBSON:  Plaintiff will excuse Curtis Altman,

20  No. 15.

21              THE COURT:  No. 15, Mr. Altman, is excused.

22              Defendant's first peremptory, please.

23              MR. O'NEAL:  Defendant will excuse Dr. Douglas.

24              THE COURT:  And that is No. 12.  Thank you.

25              Plaintiff's second peremptory.

Jury Selection

1          MR. JACOBSON:  Plaintiff will excuse Mr. Matlock, who

2    is in seat No. 10.

3          THE COURT:  10.  Mr. Matlock is excused by the

4    plaintiff.

5          Defendant's second peremptory, please.

6          MR. O'NEAL:  Defendants will excuse Mr. Noffsinger,

7    Juror No. 3.

8          THE COURT:  No. 3, Mr. Noffsinger.

9          All right.  Plaintiff has one more peremptory;

10   defendant has one more peremptory.

11         Whenever you are ready, I'll take plaintiff's final

12   strike.

13         MR. JACOBSON:  Mr. Jaren, who is in seat No. 11.

14         THE COURT:  No. 11, Mr. Jaren.

15         Whenever you are ready, I'll take defendant's final

16   peremptory strike.

17         MR. O'NEAL:  We will excuse Mr. Knowles.

18         THE COURT:  No. 13, Dr. Gary Knowles.

19         All right.  In a moment, Mary and I will compare our

20   notes, and then we will tell you who we think remains for the

21   jury and ask you if you all agree and give you the seat

22   numbers, 1 through 8.  Later today or tomorrow morning Mary

23   will give you an actual seating chart.

24         All right.  Mary, let's you and I compare notes.  If

25   I've got this right, we have a jury of seven women and one man.

Jury Selection

1          Counsel, listen up too and then tell me if you agree.

2          In seat No. 1 is Ms. Rebecca Cornett.

3          Mary, do you agree?

4          THE CLERK:  Yes.

5          THE COURT:  No. 2, Mr. Kyle Hauger.

6          No. 3, Ms. Tracie Wallace.

7          No. 4, Ms. Tiffany Linborg.

8          No. 5, Ms. Amanda Stanley.

9          No. 6, Ms. Rebekah Shidner.

10         No. 7, Shelley Langton.

11         And No. 8, Ms. Bridget Heberling.

12         Plaintiff's counsel, do you agree?

13         MR. DOVEL:  We agree, Your Honor.

14         THE COURT:  Defendant's counsel, do you agree?

15         MR. O'NEAL:  We agree.

16         THE COURT:  Let's bring them in, Mary.  I'm going to

17    excuse the others and go right into preliminary instructions

18    and then send them out for the day.

19         Counsel, please be seated.  Thank you.

20         Welcome back, all prospective jurors.  What has just

21    occurred after the voir dire, after the questioning, was that

22    the parties have had an opportunity to exercise their

23    peremptory challenges, which results in a prospective juror

24    being excused/not being selected.  No reason needs to be given,

25    and it is not personal.  No one who is excluded should in any

Jury Selection

1    way feel insulted or slighted.  This is just part of the
2    process to make sure that we have a jury who is not only fair
3    and impartial, but one that both sides accept as fair and
4    impartial.
5            So, Mary, will you please read the names of our
6    eight-person jury.  There will be no alternates here.  These
7    will be our eight jurors.
8            Now what we are going to do is seat you four in the
9    front row with No. 1 being closer to me.  So seats 1 through 4
10   in the front row and then 5 through 8 in the second row, seat 5
11   being closest to me.
12           Mary, please call the jurors and please come up when
13   you hear your name.
14           THE CLERK:  Rebecca Cornett.
15           Kyle Hauger.
16           Tracie Wallace.
17           Tiffany Linborg.
18           THE COURT:  Ms. Wallace, you can go through the back
19   door.
20           THE CLERK:  Amanda Stanley.
21           Rebekah Shidner.
22           Shelley Langton.
23           And Bridget Heberling.
24           THE COURT:  All right.  Before I excuse everyone
25   else, I need to swear in the jury.

Preliminary Instructions

1                Mary, will you please swear in our jury.

2                (The jury was duly sworn.)

3                THE CLERK:  Thank you.  Please be seated.

4                THE COURT:  For everyone else who is summoned for

5    jury duty, you are all excused.  I thank you very much for your

6    service to the United States District Court.  We could not do

7    this process without you.  So thank you all for coming in.

8                You are now the jury in this case.  I am going to

9    take a few minutes to tell you about your duties as jurors and

10   to give you some preliminary instructions, and then we are

11   going to be done for the day.  I'll talk to you about what's

12   going to go on in the remaining schedule.

13               But for now let me tell you that, although I'm giving

14   you preliminary instructions now, at the end of the trial I

15   will give you each a set of final written instructions that

16   will control your deliberations.  So you'll get an overview

17   now.  When we start up with the trial, you'll have notebooks.

18   Some of the things that I'm going to be reading to you, you may

19   say, "Oh, I'm not going to remember this."  That's okay for

20   now, because at the end of the trial you will have a set of

21   written instructions that will be largely what I'm saying now,

22   but also a little bit more detail on some of these things.

23               But you should not take from these preliminary

24   instructions, or, frankly, from anything I may say or do during

25   the trial that I have an opinion regarding the evidence or what

Preliminary Instructions

1   should be your verdict.  That is entirely up to you.  When you

2   deliberate at the end of the trial, it will be your duty to

3   weigh and evaluate all of the evidence received in this trial

4   and in that process, to decide the facts.  To the facts, as you

5   find them, you will apply the law as I give it to you.  You

6   will recall that you have taken an oath to do so.

7          In following my instructions, you must follow all of

8   them and not single out some and ignore others.  They are all

9   important.  You must decide the case solely on the evidence and

10  the law before you.

11         You must not be influenced by any personal likes or

12  dislikes, opinions, prejudices, sympathy, or biases.  When you

13  go into the jury room to deliberate at the end of the trial,

14  you will be asked to decide the case, but you will not only

15  have to vote yes or no on certain jury questions, in order to

16  do your duty as a juror, you'll have to explain to your fellow

17  jurors what evidence you believe supports your decision to vote

18  in a certain way.  I tell you this now because research has

19  shown that jurors who understand that they will be accountable

20  to their fellow jurors for their vote pay more attention to the

21  evidence and are more engaged in jury deliberation.  Our system

22  wants you to pay attention and to fully engage in jury

23  deliberation because jurors who do these things help make sure

24  that the trial reaches a just result.  Thus, good jurors pay

25  attention and participate with their fellow jurors during

Preliminary Instructions

1   deliberation.

2           This lawsuit is a civil case.  That includes both an

3   individual claim and a class action claim under the Telephone

4   Consumer Protection Act, which is sometimes referred to as the

5   TCPA.  The TCPA is a federal law that, among other things,

6   makes it unlawful for any person or entity to make a

7   telemarketing call to a mobile or cellular number or to a

8   residential telephone line or a residential landline when that

9   call uses an artificial or prerecorded voice to deliver or play

10  a message, unless the person or entity making the call has the

11  prior express consent of the party being called.

12          Now, the named plaintiff in this case is

13  Ms. Lori Wakefield.  In this case Ms. Wakefield asserts one

14  claim for herself -- that's Count 1; and a separate claim on

15  behalf of a class of similarly situated individuals; that is

16  Count 2.

17          Ms. Wakefield alleges that the defendant in this

18  lawsuit, ViSalus, Incorporated, or ViSalus, Inc. -- and I'll

19  probably just refer to it as ViSalus -- violated the TCPA by

20  making one or more telemarketing calls to mobile or cellular

21  telephones or residential telephone lines or residential

22  landlines of class members and in making these calls ViSalus

23  used an artificial or prerecorded voice to play messages

24  without having the prior express written consent of the party

25          A class action is the procedure that allows the

Preliminary Instructions

1  filing of one lawsuit by a representative or sometimes by a

2  small number of representatives on behalf of a group of

3  plaintiffs that have similar claims.  This procedure is

4  intended to avoid duplication of effort or expense from

5  multiple lawsuits asserting the same claim by many people in

6  different locations.

7          Ms. Wakefield is the representative of the class in

8  this case.  The plaintiff class is comprised of all individuals

9  in the United States who received a telephone call made by or

10  on behalf of ViSalus promoting ViSalus's products or services

11  where such call featured an artificial or prerecorded voice and

12  where neither ViSalus nor its agents had any current record of

13  prior express written consent to place such a call at the time

14  such call was made.

15          You should not hold the physical absence of any class

16  member from trial against plaintiff or any class member, and

17  you should not think that it reflects a lack of concern or

18  interest by any class member in the outcome of this litigation.

19  Also, the fact that this case is proceeding as a class action

20  does not mean that any decision has been made about the merits

21  of the case.  You must make that decision.

22          Also, your verdict here will be binding on all class

23  members.  At the end of this trial you will be asked certain

24  questions.  For Count 1, which is Ms. Wakefield's individual

25  claim, you will be asked to decide the following questions:

Preliminary Instructions

1        Did the defendant, ViSalus, make one or more

2  telemarketing calls to Ms. Wakefield?  If so, did any such call

3  or calls use an artificial or prerecorded voice?  If so, were

4  any such call or calls made to Ms. Wakefield's residential

5  telephone line or residential landline?

6        For each of these questions the burden is of proof is

7  on the plaintiff, Ms. Wakefield, and Ms. Wakefield, the

8  plaintiff, must prove her case by what the law calls the

9  preponderance of the evidence, which I will explain to you in a

10  few minutes.

11        If you find that Ms. Wakefield has proven each of

12  these three elements of her individual claim by a preponderance

13  of the evidence, you will then be asked to answer some

14  questions about the number of calls that Ms. Wakefield has

15  proven by a preponderance of evidence ViSalus made to her.

16        Now, for Count 2, which is the class claim, you'll be

17  asked to decide the following questions:

18        Did the defendant, ViSalus, make one or more

19  telemarketing calls to one or more members of the class other

20  than Ms. Wakefield?

21        2.  If so, did any such call or calls use an

22  artificial or prerecorded voice?

23        And 3, if so, were any such call or calls made either

24  to a class member's -- other than Ms. Wakefield -- mobile or

25  cellular telephone or to that class member's residential

Preliminary Instructions

1  telephone line or residential landline?  And I'm using

2  "residential telephone line" and "residential landline"

3  interchangeably.

4           Now, for each of these class questions, the burden of

5  proof is also on the plaintiff as the class representative.

6  She must prove her case on behalf of the class by a

7  preponderance of the evidence.  If you find that Ms. Wakefield,

8  as the class representative, has proven each of these three

9  elements of the class claim by a preponderance of the evidence,

10 you'll then be asked a number of questions regarding the number

11 of calls that she has proven by a preponderance of the evidence

12 ViSalus made to the members of the class other than

13 Ms. Wakefield.

14          The prohibitions of the TCPA, the Telephone Consumer

15 Protection Act, apply to both mobile cellular telephones,

16 regardless of whether they are business telephone numbers and

17 to residential telephone lines, also known as residential

18 telephone landlines.  The TCPA does not, however, apply to any

19 call made to a business telephone line or a business telephone

20 landline.  So it does apply to a cell phone, regardless of

21 whether it is business or residential.  It also applies to

22 residential landlines.  It does not apply to business

23 landlines.

24          Now, the parties have agreed or stipulated --

25 "agreed" and "stipulated" mean the same thing -- that

Preliminary Instructions

1    Ms. Wakefield's telephone number was a landline telephone and

2    not a mobile or cellular phone.  The parties disagree, however,

3    over whether Ms. Wakefield's landline telephone was a

4    residential landline telephone or a business landline

5    telephone.  You must decide the issue based on the evidence

6    presented at trial and the law that I will provide to you.

7            In deciding this issue, you must give the word

8    "residential" its usual and ordinary meaning.  You may consider

9    whether Ms. Wakefield's telephone number was registered as a

10   residential number or registered as a business number.  You may

11   also consider whether that number was publicized or held out to

12   the general public as a business telephone number even if it

13   was registered as a residential number.  The fact that a

14   landline telephone is used for some business calls does not

15   necessarily make it a business telephone landline, so long as

16   it is used primarily as a residential telephone.

17           The term "telemarketing call" means the making or

18   initiation of a telephone call or message for the purpose of

19   encouraging the purchase of or investment in property, goods,

20   or services to any person.  In determining whether a call is a

21   telemarketing call, you should consider whether the purpose of

22   the call was to encourage the purchase of or investment in

23   property, goods, or services.

24           To be liable under the artificial or prerecorded

25   voice prohibition of the TCPA, a person must prove that a

Preliminary Instructions

1  defendant made a call and either used an artificial or

2  prerecorded voice during that call or used an artificial or

3  prerecorded voice to play a message during that call.  A call

4  uses an artificial or prerecorded voice if during a call the

5  prerecorded or artificial voice actually begins to --

6  quote/unquote -- speak or begins to play a message.  If a

7  defendant made a call intending to use an artificial or

8  prerecorded voice, but that voice never actually --

9  quote/unquote -- spoke or the message never actually played,

10  then that is not a violation of the TCPA.

11        The TCPA prohibits making telephone calls to

12  residential telephone lines -- residential landlines or to

13  mobile or cellular telephones using an artificial or

14  prerecorded voice to deliver a message without the prior

15  express written consent of the party being called.

16        "Prior express written consent" means a signed

17  written agreement that clearly authorizes the caller to place

18  telemarketing calls using an artificial or prerecorded voice.

19  ViSalus does not contend that it had the prior express written

20  consent to call Ms. Wakefield or any other class member.

21        If you find that ViSalus violated the TCPA by making

22  one or more telemarketing calls that used an artificial or

23  prerecorded voice to one or more residential telephone lines or

24  mobile or cellular telephones for any class member, including

25  Ms. Wakefield, you will be asked to determine -- there are a

Preliminary Instructions

1    number of questions -- you will be asked to determine the

2    number of times or the number of violations that ViSalus

3    committed or the number of times that ViSalus violated the

4    TCPA.   There will be questions on the verdict form for you to

5    indicate your answers to these questions.

6          You must decide the case based on the evidence

7    presented at trial and not guess or speculate.   For both

8    Count 1 and Count 2, Ms. Wakefield has the burden, as I've

9    said, of proving the number of TCPA violations as well as the

10   elements of the claims.   She has the burden to prove the

11   elements of the violations and the number of TCPA violations by

12   a preponderance of the evidence.

13         Let me explain that.   I've already said that the

14   plaintiff, Ms. Wakefield, has the burden of proving both her

15   individual claim and her class claim by what the law calls

16   preponderance of the evidence.   When a party has the burden of

17   proving any claim by a preponderance of the evidence, it means

18   you must be persuaded by the evidence that the claim is more

19   probably true than not true.

20         You should base your decision on all of the evidence,

21   regardless of which party presented it.   The evidence you are

22   to consider in deciding what the facts are consist of the sworn

23   testimony of any witness, and there will be both live testimony

24   and deposition testimony, as I'll explain in a few moments; the

25   exhibits that are received into evidence; any facts to which

Preliminary Instructions

1    the lawyers on both sides have agreed, which are also called

2    stipulations; and any facts, if there are any, that I will

3    instruct you to accept as proven as true.  There may not be

4    any.  But if I do, that's part of the evidence too.

5              I mentioned that some of the evidence will be live,

6    by witnesses called up here.  Other evidence will be presented

7    to you by what's called deposition testimony.  A deposition is

8    the sworn testimony of a witness taken before trial.  The

9    witness is placed under oath to tell the truth, just like the

10   witnesses who will be here live, and the lawyers for each party

11   may ask that witness questions, and the questions and answers

12   are recorded by a reporter and then a written transcript is

13   prepared.

14             In this trial I expect that excerpts from the

15   deposition transcript of several witnesses will be read to you.

16   Now, the person reading the questions may be one of the

17   lawyers.  The person reading the answers will not be the real

18   witness.  It will be a reader.  But insofar as possible, you

19   should consider the deposition testimony presented to you in

20   court, instead of live testimony, in the same way as if the

21   witness had been present to testify.  But because we won't have

22   the real witness, only a reader, do not place any significance

23   on the behavior or tone of voice of any person reading the

24   questions or reading the answers.

25             Now, in reaching your verdict, you may consider only

Preliminary Instructions

1   the testimony and the exhibits received into evidence and any

2   stipulations.  Certain things are not evidence, and you may not

3   consider them in deciding what the facts are.  I will list them

4   for you:

5           Arguments and statements by the lawyers are not

6   evidence.  The lawyers are not witnesses, and what they will

7   say in their opening statements -- and we will do opening

8   statements tomorrow morning.  What they will say in their

9   opening statements, what they will say in their closing

10  arguments and at other times is intended to help you interpret

11  the evidence, but it is not evidence, what they say.  And if

12  the facts as you remember them differ from the way the lawyers

13  describe them, your memory of them controls.

14          Also, questions and objections by lawyers are not

15  evidence.  Attorneys do have a duty to their clients to object

16  when they believe a question is improper under the rules of

17  evidence.  You should not be influenced by the objection or by

18  the Court's ruling -- by my ruling on any objection.

19          It is possible that the testimony may be excluded or

20  stricken, and I'll strike that testimony.  I may instruct you

21  to disregard testimony.  If I do, the testimony that has been

22  stricken or that I've instructed you to disregard, that's not

23  evidence and must not be considered by you in your

24  deliberations.

25          In addition, it is possible that I may limit some

Preliminary Instructions

1   testimony or exhibits to a particular limited purpose.  I may

2   allow it only for a limited purpose.  If I do that, I'll

3   explain to you what's going on at the time.  But if I give you

4   a limiting instruction, you must follow it.

5          Finally, anything that you may have seen or heard or

6   will see or will hear when the Court is not in session is not

7   evidence.  You are to decide the case solely on the evidence

8   received at trial.

9          Evidence may be direct or circumstantial.  Direct

10   evidence is direct proof of a fact, such as testimony by a

11   witness about what that witness personally saw or heard or did.

12   Circumstantial evidence is proof of one or more facts from

13   which you can find another fact, and you should consider both

14   kinds of evidence.  The law makes no distinction between the

15   weight to be given to either direct or circumstantial evidence.

16   It is for you to decide how much weight to give to any

17   evidence.

18          Let me give you an example.  If you wake up in the

19   morning and you look outside your window and you see that the

20   sidewalk is wet, you may find or conclude from that fact that

21   it rained at night.  That would be an example of circumstantial

22   evidence.  You are inferring that it rained by seeing the

23   wetness on the sidewalk.

24          However, other evidence may be presented, such as the

25   fact that someone in the middle of the night turned on a garden

Preliminary Instructions

1   hose and sprayed the sidewalk.  That may provide a different

2   explanation for the presence of water on the sidewalk.

3   Therefore, before you decide that a fact has been proved by

4   circumstantial evidence, you must consider all of the evidence,

5   in light of reason, experience, and common sense.

6          Now, there are rules of evidence that control what

7   can be received into evidence.  When a lawyer on one side or

8   the other asks a question or offers an exhibit into evidence,

9   and a lawyer on the other side thinks that is not permitted by

10  the rules of evidence, that lawyer may object, say "objection."

11  If I overrule the objection -- basically if I say "overruled,"

12  that means the question may be answered or the exhibit may be

13  received.  But if I sustain an objection, by saying

14  "sustained," then the question cannot be answered or the

15  exhibit cannot and will not be received.  Whenever I sustain an

16  objection to a question, you must ignore the question and must

17  not guess what the answer might have been.

18         Sometimes, as I said, I may order stricken from the

19  record and that you disregard or ignore that evidence.  That

20  means that when you are deciding the case, you must not

21  consider evidence that I instructed you to disregard.

22         Now, in deciding the facts in this case, really in

23  any case, a jury -- you -- may have to decide which testimony

24  to believe and which testimony not to believe.  You may believe

25  everything a witness says, part of it, or none of it.

Preliminary Instructions

1          Proof of a fact does not necessarily depend on how

2   many or the number of witnesses who testify about it.   In

3   considering the testimony of any witness, you may take into

4   account the opportunity and ability of the witness to see and

5   hear and know the things testified to; the witness's memory,

6   the witness's manner while testify; the witness's interest in

7   the outcome of the case, if any; the witness's bias or

8   prejudice, if any; whether other evidence contradicted the

9   witness's testimony; the reasonableness of the witness's

10   testimony, in light of all of the evidence; and any other

11   factors that bear on believability.   The weight of the evidence

12   as to a fact does not necessarily depend on the number of

13   witnesses who testify about it.

14          Let me now say a few words about your conduct as

15   jurors.   First, keep an open mind throughout the trial.   Do not

16   decide what the verdict should be until you and your fellow

17   jurors have completed your deliberations at the end of the

18   case.

19          Second, because you must decide this case based only

20   on the evidence received in the case and on my instructions on

21   the law that applies, you must not be exposed to any other

22   information about the case or the issues it involves during the

23   course of your jury duty.

24          Thus, until the end of the case or until I instruct

25   you otherwise, do not communicate with anyone in any way and do

Preliminary Instructions

1    not let anyone else communicate with you in any way about the

2    merits of the case or anything to do with it.

3            Now, let me clarify one thing.  You may very well

4    have to tell family members, employers, co-workers, and others

5    where are you going to be for the next couple of days,

6    including until Monday.  That's fine.  Tell them that you have

7    been selected as a juror in a trial.  That is totally fine.

8            Tell them that the trial may be over by Friday, but

9    it might not be over until Monday.  Feel free to tell them that

10   it might not be over until Monday, and you are going to be in

11   court, except for today, you are going to be in court from

12   9:00 to 5:00 on Thursday, Friday, and even Monday.  You're

13   welcome to tell them that.

14           Do not tell them what the case is about.  Do not even

15   tell them that it is a civil case versus a criminal case.  Do

16   not tell them any of the names of the parties involved.  Do not

17   even tell anyone even what the issues are involved.  Don't

18   mention things like the TCPA.  Don't tell anyone what the case

19   is about.  Frankly, they may ask you, and here is what you are

20   welcome to tell them to do:  Tell them that there is really

21   mean federal judge that has ordered you not to talk about the

22   case.

23           Let me tell you why.  If you just happen to mention

24   what the case is about, you may get a response that brings in

25   things that you shouldn't be considering into your decision.

Preliminary Instructions

1   They may say something to you -- whether it be about the

2   parties or about the issues or anything about the law that is

3   inappropriate for you to consider.  So just simply say, "I'm

4   sorry.  I can't talk about the case.  All I can tell you is I'm

5   going to be a juror in a case.  I can't tell you a thing about

6   it until it is over."

7        If you want to add, "When it is over, I will tell you

8   everything," if you want to.  When the case is over, it is your

9   choice.  You can tell anybody anything you want, or nothing.

10  But until you have been discharged at the end of this case,

11  don't tell anybody anything and feel free to say that the judge

12  has ordered it.

13       Also, that means don't discuss the case in person, in

14  writing, by phone, electronic means, by email, text messaging,

15  Internet chat room, blog, website, YouTube, or any other

16  feature.  If you want to blog about this case when this case is

17  over, you do so to your heart's content.  You do whatever you

18  want to.  You don't have to.  But not while the case is going

19  on.  We don't want anyone seeing your views and your thoughts

20  while the case is going on, and we don't want anybody

21  responding and telling you any information about these issues.

22       This also, by the way, applies to communicating with

23  your fellow jurors.  You can get to know one another socially

24  if you want; most jurors do.  But don't start talking about the

25  merits of the case.  Don't start talking about the issues in

Preliminary Instructions

 1  the case until it is finally in your hands for deliberation.

 2          By the way, if anyone does start telling you anything

 3  about the case, even if you find out that one of your co-jurors

 4  has told you something that they've learned about this case

 5  from the outside, I need to know that.  So tell me as soon as

 6  possible; tell Mary.

 7          Some of you may have cell phones or smartphones,

 8  iPhones, laptops, notebooks, netbooks, other portable computers

 9  or other tools of technology that allow you to access the

10  Internet and communicate with others.  If you need to do that

11  for your non-related court purposes, not while in court

12  listening to testimony, that's fine.  I'm not going to disrupt

13  your life more than we absolutely have to, but say absolutely

14  nothing about this trial or any of the issues.  Don't do any

15  research; don't look anything up.

16          All right.  Enough about that.

17          By the way, if you do pass any of the lawyers or the

18  parties or a witness in the hallway or in the elevator or in a

19  restroom, I'm instructing them not to communicate with you.

20  I'm instructing you not to communicate with them.  So nobody is

21  going to be rude to the other if you just like walk right by

22  and don't even acknowledge them.  Don't say hello; don't say

23  good morning.  I'm telling them the same thing.  That's not

24  being rude.  That's keeping everything separated.

25          All right.  Because you will receive all of the

Preliminary Instructions

1   evidence and legal instructions that you properly may consider

2   to return a verdict, do not read, watch, or listen to any news

3   or media accounts or commentary about this case or anything to

4   do with it.  Do not do any research, such as consulting

5   dictionaries, searching the Internet, or using any other

6   reference materials online or off line.  Don't make any

7   investigation in any way about this case -- about the facts or

8   the law -- nothing -- or the parties.  Nothing.

9           The law requires these restrictions to ensure that

10   the parties receive a fair trial based on the same evidence

11   that each party has had an opportunity to address and respond

12   to.  A juror who violates these restrictions jeopardizes the

13   fairness of these proceedings, a mistrial could result, and

14   that might require the entire trial process would have to start

15   over from the beginning.

16           As I mentioned, if any juror is exposed to any

17   outside information, please notify the Court immediately.  I

18   don't expect there will be news media or commentary about this

19   case while the trial is going on.  If there is, you must ignore

20   it.  If you happen to hear something on the radio or something

21   on the television or a newspaper that has anything to do with

22   this case or these issues, ignore it.  Walk to another room.

23   If you are by yourself, you can turn it off.  If you are with

24   somebody else, just walk to another room, or just don't listen

25   to it.  Don't comment on it.  This case must be decided by you

Preliminary Instructions

1   solely and exclusively on the evidence received in the case and

2   my instructions on the law

3            Now, during deliberations you will have to make your

4   decision based on what you recall of the evidence.  You will

5   not have a transcript of the trial.  So I urge you to pay

6   attention to the testimony as it is given.  By the way, if at

7   any time you cannot hear the testimony or see the evidence, or

8   if you can't hear what some witness is making a statement that

9   they are making to you, just raise your hand and tell me what's

10  going on, and we will correct the problem.

11           You may, if you wish, take notes.  Tomorrow morning

12  Mary will pass out notebooks and pens and pencils to you, if

13  you want.  If you take notes, please keep them to yourself

14  until you and your fellow jurors go to the jury room to decide

15  the case.  Do not let note-taking distract you.  When you leave

16  for the day, your notes should be left in the jury room.

17  No one will read them.  At the end of the trial you will be

18  welcome to take home your notes, or you may leave them here, if

19  you want, and we will shred them for you, whatever you want.

20  But while the trial is going on, just leave them in the jury

21  room.

22           Whether or not you take notes, you should rely on

23  your memory of the evidence.  Notes are only to assist your

24  memory, and you should not be overly influenced by your notes

25  or those of your fellow jurors.  By the way, I do allow you to

Preliminary Instructions

1  ask questions in writing, if you really want to.  I would like

2  to keep it to a minimum so we can keep things moving.  But if

3  there is something that you really think you must know, feel

4  free to write it out on your notebook, sign your name to it,

5  give it to Mary, she will give it to me, and I'll discuss it

6  with the lawyers.  If we can answer it -- if we can get the

7  answer, we will.  If we can't, I'll explain that to you.

8          From time to time during the trial it may become

9  necessary for me to talk with the attorneys outside the hearing

10  of the jury, either by having a conference just to the side of

11  the bench with the jury still in the courtroom, or sometimes by

12  me asking you to go to the jury room.  I really do try to keep

13  that to a minimum so we can respect your time and make the

14  maximum efficient use of your time.  But if I do ask you to go

15  to the jury room, please understand we are working.

16          The purpose of those conferences is not to keep

17  relevant information from you, but simply to decide how certain

18  evidence must be treated under the rules of evidence and to

19  avoid confusion and error.  I will do what I can to keep the

20  number and length of those conferences to a minimum, and,

21  frankly, even if an attorney asks for a conference, I may not

22  grant it.  I may tell that attorney to move on to another topic

23  and save our discussion for our next break, and so I'll work

24  with the attorneys during the break so as not to interfere with

25  your time or really to make maximum, efficient use of your

Preliminary Instructions

1    time.  Please do not consider my granting or denying a request

2    for a conference as any indication of my opinion of the case or

3    what your verdict should be.  As I said at the beginning,

4    that's your decision.

5              Now, the trial will proceed in the following way:

6    Tomorrow morning each side will make an opening statement.  An

7    opening statement is not evidence.  It is simply an outline to

8    help you understand what the party expects the evidence at

9    trial will show.

10             After the opening statements, the plaintiff's lawyers

11   will call a witness to testify either in person or by reading

12   from a deposition.  When a person is called, the witness will

13   be questioned first by the plaintiff's counsel under what is

14   called direct examination.  After the direct examination of a

15   witness is completed, counsel for the defendant, the other

16   side, may then question that witness.  That's

17   cross-examination.  When cross-examination by a witness is

18   done, I'll allow the plaintiff's lawyer to ask some additional

19   questions.  That's called redirect examination.  Then I'll

20   allow the defense lawyer, the other side, to ask some

21   additional questions.  That's called recross.

22             By the way, if a deposition excerpt is read to you,

23   the plaintiff may read to you some questions and answers,

24   followed by the defendant reading to you some questions and

25   answers, and I think we will keep the same reader there for

Preliminary Instructions

1  continuity.

2       All right.  After the plaintiff has presented all her

3  witnesses, the defendant will be allowed to call some

4  witnesses, if the defendant wants to do so.  After the

5  defendant calls a witness, that person will be examined and

6  cross-examined in the same manner that I've just described,

7  although then the defendant begins the questions, and the

8  plaintiff does the cross-examination.

9       You should keep an open mind throughout the entire

10 trial.  After all of the evidence has been presented, I'll give

11 each of you a written copy of the final jury instructions on

12 the law that applies.  I will give each of you a written copy

13 of the verdict form, a form that has the questions that you

14 will need to answer.  Then after that, you will go to the jury

15 room to deliberate on your verdict, to discuss the case with

16 each other, and to answer the questions that will be presented

17 to you on the verdict form.

18      In a few moments I'm going to excuse you to go back

19 to the jury room with Mary.  Then you will be excused for the

20 rest of the day.  Please be back in the jury room well before

21 9:00 a.m.  I would like to start in court at 9:00 a.m. sharp

22 tomorrow morning.  If you want to get here early, ask Mary how

23 early she gets in.  She will show you how to get access to the

24 building.  If you want to get in here plenty early and sit and

25 relax, that's fine.  You can do it in the jury room.  Please

Preliminary Instructions

1  ensure that you are ready so we can bring all eight of you into

2  the courtroom at 9:00 a.m. tomorrow.

3         Mary is going to pass out in the jury room some juror

4  buttons.  That serves a couple of purposes.  No. 1, when you

5  are in the building, it tells everybody in the building,

6  including potential witnesses in this case, that you are a

7  juror.  Therefore, stay away from the person.  Don't talk about

8  a pending case, a pending trial when a juror is nearby.

9         Also, sometimes there is a line in security at the

10  front of the building; sometimes there is not.  When you wear

11  your juror button, and I recommend you put it on maybe about a

12  block away from the courthouse, as you are walking toward the

13  courthouse.  At least have it on in the courthouse.

14         If you put it on about a block or so when you are

15  walking into the building, if there is a line at the security

16  desk on the first floor, you are welcome to go to the front of

17  the line.  It is not rude.  It is something that we allow all

18  of our jurors to do.  Just tell the marshals that are operating

19  security down there that you are a juror in Judge Simon's

20  courtroom, and he said you could come to the front of the line

21  if you are wearing your juror button.  It doesn't apply to

22  lawyers.  It applies to jurors.  So you will have that.

23         Also, you are going to be in a secure area back there

24  in the jury room.  It is not like this public area.  So if you

25  want to leave your property back there during trial, you go

Preliminary Instructions

1   ahead and do that.  Mary is going to give you key cards and

2   show you how to work them so that you can come and go back into

3   that secured area.  Those are for your use during the trial.

4   No. 1, do not lose them.  No. 2, please return them at the end

5   of the trial.  And No. 3, don't give them to anybody else.

6           All right.  Anything else I should cover at this

7   time?

8           Anything else from plaintiff I should cover with our

9   jurors at this time?

10           MR. DOVEL:  Nothing from the plaintiff, Your Honor.

11           THE COURT:  From defendant?

12           MR. O'NEAL:  Nothing from the defendant, Judge.

13           THE COURT:  All right.  Thank you all so much for

14   being here.  We will start at 9:00 a.m. sharp tomorrow with

15   opening statements.

16           (Open court; jury not present:)

17           THE COURT:  May I ask somebody to close the back

18   doors, please.  Both sets.

19           We are here without our jury.  One of the things that

20   I really need to know is what's the data set on which 36C is

21   based and when was that made available to the defendant.  I

22   also need a better feel of how much time it will take for the

23   defendant to check the numbers that were just made available on

24   36C against that data set.

25           So probably the best way to proceed is to call up

Preliminary Instructions

1    Mr. Davis here and let defendant ask him some questions, if you

2    want to do that.

3                Does anybody want to proceed in any other fashion?

4                MR. DOVEL:  I think that makes sense.

5                MR. O'NEAL:  Judge, one thing.  We might be able to

6    learn some of this stuff just by stipulation without asking the

7    witness some questions.

8                THE COURT:  All right.  You're welcome to ask

9    counsel.  If counsel is willing to give you an answer on the

10   record, that will be fine.

11               MR. O'NEAL:  Is it true --

12               THE COURT:  Sit down and speak into the microphone.

13               MR. O'NEAL:  Sure.

14               Was the phone list that was used to distinguish

15   between mobile and landline telephones provided to us last

16   night around 10:00, 10:30?

17               MR. DOVEL:  Yes, that's right.

18               MR. O'NEAL:  Good enough for us right now.

19               THE COURT:  And was that a subset of a larger list

20   that was provided earlier?  What is it?

21               MR. DOVEL:  Well, Your Honor, what we did was, it was

22   all from the defendant's contact list that we started with

23   months ago.  What we did last night was go to a public database

24   to see which of those numbers were mobile numbers.  We provided

25   that list to defendants last night.  That's what's we provided.

S. Davis - D

1    So the data itself is the data that we obtained from defendants

2    months ago.

3             THE COURT:  Which public database did you consult

4    last night?

5             MR. DOVEL:  It is called SearchBug.

6             THE COURT:  That's to identify whether a telephone

7    number is mobile or not mobile?

8             MR. DOVEL:  That's right, Your Honor.

9             THE COURT:  All right.  If the defendant wants to ask

10   questions of Mr. Davis, we will get Mr. Davis up here.  I

11   assume you do.

12            MR. FOSTER:  Yes.  Of course, Your Honor.

13            THE COURT:  Mr. Davis, since Mary is not here, I will

14   do it the old-fashioned way.

15            (The witness was duly sworn.)

16            THE COURT:  Take a seat in the witness stand and for

17   the record give us your full name whenever you are ready.

18            THE WITNESS:  My full name is Shawn Davis.

19            THE COURT:  Mr. Foster, you may examine.

20                      DIRECT EXAMINATION

21   BY MR. FOSTER:

22   Q    Good afternoon.  My name is Zac Foster.  I am one of the

23   attorneys for ViSalus.  I am going to ask you a few questions

24   about the exhibits we got --

25            THE COURT:  Mr. Foster, I know we are on a little bit

S. Davis - D

1  of a time crunch, but speak slowly.  I want a good clean

2  record.

3           MR. FOSTER:  Thank you, Your Honor.

4  BY MR. FOSTER:

5  Q    I apologize if I ask some basic questions, but I only got

6  this document last night, and I would like to know what I'm

7  looking at.  Specifically I'm looking at the Excel spreadsheet

8  labeled Exhibit 64.

9           Are you aware of that spreadsheet?

10 A    Is that the SearchBug results?

11 Q    I don't know.  I'll describe it for you.  Column A says

12 Phone Number; column B says Line Type; column C says OCN;

13 column D says Carrier; column E says Location; column F says

14 State; column G says Time Zone.  There are about 850,000

15 horizontal lines included in that data set.  Does that sound

16 like -- does that -- I forgot -- what's the name of the company

17 you use to search?

18 A    SearchBug.

19 Q    Just to clarify, Mr. Davis, you work for Edelson, PC; is

20 that correct?

21 A    Correct.

22 Q    You don't work for SearchBug?

23 A    Correct.

24 Q    From what I understand, and I have never taken your

25 deposition, so please correct me if I'm wrong.  You are an IT

S. Davis - D

1    specialist for Edelson, correct?

2    A    Correct.

3    Q    What are your job duties at Edelson?

4    A    At Edelson I'm director of digital forensics.  So I

5    essentially lead a technical team that ends up consulting on

6    the cases.  We test various products, look at mobile apps,

7    websites for security and privacy issues.

8    Q    You wouldn't describe yourself as a telephone specialist?

9    A    Repeat that?

10   Q    You wouldn't describe yourself as a telephone specialist,

11   would you?

12   A    I've had familiarity with these types of cases.  Could you

13   rephrase that?

14   Q    You don't work for a phone company?

15   A    Correct.

16   Q    You don't work for Experian?

17   A    Correct.

18   Q    You don't work for any other database company, do you?

19   A    Correct.

20   Q    You don't work for the company that spits out this data

21   that I'm looking at in Exhibit 64, do you?

22   A    I do not.

23   Q    So I think I understand what you did.  You took the KCC

24   class list; is that correct?

25   A    For this one, I didn't rely on the KCC class list.  It

S. Davis - D

1  came directly from all of the phone calls from the

2  spreadsheets.

3  Q    You took all of the phone calls from the spreadsheets and

4  plugged them into a database, correct?

5  A    Correct.

6  Q    And it spits out this Excel spreadsheet?

7  A    Yes.  Just to clarify -- just to make it a little simpler,

8  instead of taking all of the calls, I de-duplicated the

9  numbers, so I took the unique numbers and uploaded them to

10 SearchBug.

11 Q    You de-duped the underlying database -- that's the

12 underlying database you provided to us with 4.15 million

13 telephone numbers?

14 A    I'm not sure which one you received.

15 Q    Are there different versions of that database that you

16 created?  For instance, I've been getting multiple summaries.

17 Every time I get a summary, the final number changes; the total

18 number of calls.  Is that -- have you been running -- have you

19 been creating subsequent databases to create the summaries?

20 A    Correct.

21 Q    And the only summary I have is the one I received back in

22 January of this year with the 4.15 million telephone numbers

23 listed.  Are there additional databases that have been created

24 and that were relied on for these summaries?

25 A    Correct.

S. Davis - D

1   Q    Okay.  If I only have the one in January, I don't have

2   those; is that correct?

3   A    That's correct.

4   Q    And so when you put in the de-duped numbers from databases

5   I don't have into a database you don't work for, it spits out

6   the Excel spreadsheet; is that correct?

7   A    I did --

8   Q    Okay.  Let's run through the Excel spreadsheet.  Column A,

9   Phone Number.  What are those?

10  A    So that is essentially the unique phone numbers that were

11  uploaded.

12  Q    What is Line Type?

13  A    Line Type is the type of phone number.  It is either a

14  cellular phone number, a landline telephone, a toll-free

15  number, or an unknown number.

16  Q    What's an unknown number?

17  A    "Unknown" would mean that SearchBug was not able to get

18  the results from the carrier.

19  Q    Why wasn't SearchBug able to get the results from the

20  carrier?

21  A    I'm not sure.

22  Q    Because you don't work for SearchBug?

23  A    Correct.

24        THE COURT:  Mr. Foster, you will have to speak more

25  slowly, if you want an accurate record, which I do.

S. Davis - D

1          MR. FOSTER:  Thank you, Your Honor.

2     BY MR. FOSTER:

3     Q    What does "OCN" stand for in column C?

4     A    I believe it stands for Original Company Number.  I may be

5     mistaken.  I know what it stands for in terms of it's a unique

6     value that identifies the carrier or a telecommunications

7     company.

8     Q    Do you know what it stands for because you read it

9     somewhere else in a database's explanation?  How do you know

10    that?

11    A    I have looked it up in the past.

12    Q    And then what's the time zone?

13    A    Time zone would be the time zone of the number.

14    Q    Okay.  So if I understand, this database told you whether

15    it was a cell phone, a landline, toll-free or database or

16    didn't know what it was, correct?

17    A    Correct.

18    Q    As of what date?

19    A    Can you rephrase the question?

20    Q    Is it a cell phone as of when you ran it, or did you go

21    back and say this was the cell phone back in 2015?

22    A    It was as of when I ran it.  So they've essentially pulled

23    that data for whatever month when you ran it.

24    Q    So that would be March 2019?

25    A    Correct.

S. Davis - D

1    Q    And you understand that this class deals with calls

2    from -- being generous -- 2013 to the end of 2015?

3    A    Yes.

4    Q    So what is the status of the number -- either a landline

5    or a cell phone -- help us at all in this case today?

6    A    So -- can you rephrase that?

7    Q    One issue in this case is whether a number is a cell phone

8    or a landline telephone.  You have given us a list of whether a

9    number is a cell phone or a landline telephone as of last

10   month.  You would agree with me that numbers change from cell

11   phone to landline telephone, would you not?

12   A    They do occasionally.

13   Q    Numbers are reassigned.  Some numbers become active; they

14   become inactive; is that correct?

15   A    That would be correct.

16   Q    So if the numbers have potentially changed, what have you

17   done to ensure that this list has anything to do with the class

18   calls?

19   A    I have not been able to find any sort of database that

20   goes back to that point in time.

21   Q    Okay.  Correct me if I'm wrong, when did you do this

22   analysis?  When did you do this analysis?

23   A    Yesterday.

24        THE COURT:  Let me interrupt one second.  Why didn't

25   you do it a month ago?

S. Davis - Exam by the Court

1          THE WITNESS:  I was just asked to do it recently

2     after the pretrial conference.

3          THE COURT:  You may proceed.

4          MR. FOSTER:  Your Honor, I could continue to poke

5     holes in this, but I think the record is clear at this point.

6     The document is hearsay.  It is highly prejudicial.  It was

7     dumped on us last night.  I've had only a few hours.  I have

8     been scrambling to put it together and to understand the bases

9     of the spreadsheet.  He didn't create.  It was dropped on us at

10    last minute.  It is hearsay.  It should not come in.  The

11    summary, 36C, if I understand correctly, is based off of

12    Exhibit 64, which is hearsay.  And you can't have a summary

13    based off of inadmissible evidence.

14         THE COURT:  By the way, I don't think I have been

15    given a copy of 64.  Have I been?

16         MR. DOVEL:  Your Honor, that's the electronic one

17    that we will have to provide electronically.  It is an

18    electronic spreadsheet.

19         MR. FOSTER:  I have a copy right here on my laptop,

20    Your Honor --

21         THE COURT:  No.  I just wanted to make sure I didn't

22    lose something that has not given to me.

23         Here is I would like to do:  I would to let you ask

24    whatever remaining questions you have, if you want to, of

25    Mr. Davis.  If plaintiff wants to ask him any questions now,

S. Davis - Exam by the Court

1    they are welcome to.

2              What I understand as the motion on the table is to

3    exclude the summary, 36C, and to exclude what has been

4    identified as the electronic spreadsheet, 64, correct?

5              MR. FOSTER:  Your Honor, I would also ask that we

6    exclude 36A and 36B, for the sole purpose, again, those were

7    produced -- I think 36A was produced Sunday, and then 36B was

8    produced Tuesday morning.  I think if they are going to use a

9    summary, and I intend to cross Mr. Davis on the original

10   summary they marked in their exhibit book.  I'm more than happy

11   to go over that, Your Honor, but I don't think they can

12   continue to change their summary, and I'll tell you why,

13   Your Honor.

14             As Mr. Davis said, those final numbers in 36A and 36B

15   have been changing.  They have been changing because they are

16   based on different underlying databases.  Mr. Davis and the

17   Edelson firm provided us the original underlying database,

18   which I have been doing for analysis for his cross.  That's the

19   only database I have, and that's all they've turned over.

20             THE COURT:  And when did you get that database?

21             MR. FOSTER:  Back in January 2019, Your Honor, as

22   part of the pretrial disclosures.  There are additional

23   databases on which Exhibits 36A and 36B have been created.  And

24   I don't have those, and I can't cross.

25             THE COURT:  Hold on.  The database that you got that

S. Davis - Exam by the Court

1    underlies 36, you received in January 2019, correct?

2                MR. FOSTER:  Correct.

3                THE COURT:  When did you receive 36A and 36B?

4                MR. FOSTER:  I received 36A, I believe, Sunday,

5    Your Honor.

6                THE COURT:  Okay.  And 36B?

7                MR. FOSTER:  Tuesday morning.

8                THE COURT:  And when did you receive the databases on

9    which 36A and B were based?

10                MR. FOSTER:  I never received them, Your Honor.

11   That's why I was questioning Mr. Davis on this.

12                THE COURT:  Did you ask Mr. Davis on what databases

13   36A and B were prepared?

14                MR. FOSTER:  I believe so.  I believe Mr. Davis

15   explained to me, and I will let Mr. Davis explain again, that

16   the summary, 36A, has less numbers --

17   BY MR. FOSTER:

18   Q    The total number of numbers called in 36A and B are

19   different than the original 36; is that correct?

20   A    That's correct.

21   Q    And that's because it is a summary of the database that

22   you used; is that correct?  You used a program to count the

23   unique entries in that database and spit out a final number; is

24   that correct?

25   A    Can you rephrase that?

S. Davis - Exam by the Court

1      THE COURT:  Let me ask this, Mr. Davis:  What's the

2  difference between Exhibit 36 that was provided to the Court

3  and to defendants a number of weeks ago and 36A and B?  What's

4  the difference between 36, on the one hand, and 36A?  Let's

5  start with that.

6          What's the difference?

7      THE WITNESS:  Sure.  So 36 was based off of all the

8  defendant's spreadsheets by basically turning those into a

9  master.  So then to spit out 36, I ran all of the calls against

10  the KCC class list; only the numbers that were either in the

11  phone number one or phone number two column.  So that's what

12  that was.

13          So then with 36A, that's where I ended up running all

14  of the calls against KCC phone number one, and then I ended up

15  removing business names.

16      THE COURT:  36A is basically 36 minus business names?

17      THE WITNESS:  And minus phone two.

18      THE COURT:  What?

19      THE WITNESS:  So let me explain that a little bit.

20  So the defendant's records had a phone number one column and

21  then they had a phone number two column.  When I did the

22  analysis for 36, I essentially matched against both of those,

23  but then later on I realized -- well, I asked counsel if there

24  was any evidence that the defendant had called both of those

25  numbers since we are kind of considering a row to be a call.

S. Davis - Exam by the Court

1   And since I didn't hear anything to indicate that, that's why

2   on 36A I only matched against phone number one.

3          THE COURT:  What's 36B?  How is that different from

4   either 36 or 36A?

5          THE WITNESS:  So 36B, I didn't match against the KCC

6   class list at all.  So what I essentially did was I had all of

7   the calls.  I had my master list of all of the calls.  Then I

8   used a program which essentially checked all of the phone

9   numbers to see if they were U.S., if they were invalid, if they

10  were from another country.

11         So what I did was I made it so that only the U.S.

12  numbers remained.  I got rid of other country numbers.  I got

13  rid of invalid numbers, and it checked those by the area code

14  and the prefix.  Then I again removed businesses by first name

15  and last name.

16         THE COURT:  What was the name of the program that you

17  used for 36B to narrow it down to only U.S. numbers?

18         THE WITNESS:  It was a program based off of a Google

19  service.

20         THE COURT:  How should I refer to it as?  What do you

21  refer to it as?

22         THE WITNESS:  The Google checker; Google phone number

23  parser may be more technical.

24         THE COURT:  Has that program that you used to create

25  36B been provided to defendant?

S. Davis - Exam by the Court

1          THE WITNESS:  It has not.

2          THE COURT:  Do you know why not?

3          THE WITNESS:  I'm not aware.

4          THE COURT:  Now, 36A, which is the original 36

5    matched against the KCC class list and taking out business

6    names and phone number two, why wasn't that done at the time

7    that 36 was created?

8          THE WITNESS:  I was told later that the businesses

9    could be an issue, so that's why that was created later.

10          THE COURT:  When were you told that?

11          THE WITNESS:  It might have been the 6th.

12          THE COURT:  Of April?

13          THE WITNESS:  Uh-huh.

14          THE COURT:  That's a yes?

15          THE WITNESS:  Yes.

16          THE COURT:  All right.  What I would like to do is

17    give both sides an opportunity to make written argument.  We

18    have a motion to exclude by the defendant 36A, B and C; am I

19    correct?

20          MR. FOSTER:  That's correct, Your Honor.

21          THE COURT:  I would like to see by 9:00 p.m.

22    tonight -- you're welcome to file any further written argument.

23    You don't have to, by the way.  You're welcome to.  36A, B, and

24    C, why those should be excluded.  Give me specifics and

25    preferably some case law and/or analysis under Rule 1006.

1          On second thought, I am going to make it earlier.

2     Make it 7:00 p.m.  Plaintiff can respond by midnight on that.

3     I will read everything, and then I think we should get back and

4     let you have any final oral argument, and I will give you my

5     ruling on 36A, B, and C tomorrow morning.

6          MR. DOVEL:  While we have him here, I would like to

7     ask a couple of questions to clarify a couple of things.

8          THE COURT:  That's fine.  I'll give you my ruling in

9     the morning, and I think probably we should get together at

10    8:15 tomorrow.  Okay.  I want to make sure we have time for

11    this.  I will let you ask questions of Mr. Davis in a few

12    moments, but I'll share with you what my concerns are.  You are

13    welcome to argue and respond any way you want.

14         Under Rule 1006, the issues on summary exhibits

15    primarily relate to a number of factors, including are the

16    underlying documents that underlie those summaries admissible?

17         Now, I'm going to assume that any database that came

18    from defendant is a business record and is admissible.  But to

19    the extent that there is other programs that play a role in

20    deciding what ends up in this summary, the parties can address

21    and talk to you about the significance of that.

22         But if all of the documents that support a summary

23    are admissible, then the question primarily comes to:  Was

24    adequate notice given to the other side -- this is a summary --

25    so that they can check it?  That's what I'm primarily hearing

1    from Mr. Foster as the argument of defendant; that they didn't

2    have adequate time to check this, in addition to your argument

3    about the underlying admissibility.

4            Some courts -- and courts are split on the question

5    of, if there are inaccuracies in the summary, does that affect

6    their admissibility under 1006?  Some courts say yes; other

7    courts basically say, "No, as long as the underlying

8    documents" -- by the way, there is a threshold assumption that

9    the underlying records are voluminous.  That's satisfied here.

10   I don't need argument on that.  These are voluminous records.

11           If there is voluminous records and all of the records

12   have been produced to the other side and are adequately

13   presented --

14           Mary, you can tell Paul he can come in if he wants.

15           If all of the records have been adequately presented

16   to the other side in sufficient time for them to do their

17   summary, then any challenges to the accuracy of a Rule 1006

18   summary, I think, generally is for the jury to decide.  Maybe

19   if the summary is so inaccurate, it should be excluded under

20   403, but that's a different issue.  Generally I think it is for

21   a jury question, the accuracy of a summary.

22           The primary concern here is, are these summaries

23   generated using documents that would otherwise not be

24   admissible?  And more significantly, were they generated in

25   such a fashion that would not fairly give the defendant time to

S. Davis - X

1    determine whether they are accurate or not and to prepare for

2    cross-examination?  There have been cases where courts have

3    said giving voluminous records to the other side three months

4    in advance?  More than enough time.  30 days?  More than enough

5    time, even if it is voluminous.

6           Here, we have 36A, B, and C that have been provided

7    to the defendant essentially three days before trial, one day

8    before trial; frankly, the night before trial.  So that's what

9    I think you all should focus your arguments on.  I will take

10   the defendant's brief filed electronically filed by 7:00 p.m.

11   tonight, the plaintiff's response by midnight tonight, and we

12   will talk about it more at 8:15 before the jury comes in at

13   9:00.

14          Mr. Dovel, I would really like to leave soon, but if

15   there are a few questions you must ask of this witness, you are

16   welcome to do so.

17          MR. DOVEL:  I will do it very brief.

18          THE COURT:  But don't speak quickly.

19                       CROSS-EXAMINATION

20   BY MR. DOVEL:

21   Q    Mr. Davis, were each of these summaries based on/prepared

22   from the same master list of phone calls that you compiled from

23   the defendant's records?

24   A    That's correct.

25   Q    So when you said there was a different database, you were

S. Davis - X

1  referring to your process of doing the calculation, but the
2  underlying data was exactly the same for each of them?
3  A    That's correct.
4  Q    Was that the data that was received from the defendants in
5  that master list that you prepared and was provided to the
6  defendants back in January?
7  A    I'm not sure what they received, but I'm assuming so, yes.
8  Q    And that's true for all of 36, 36A, B, and C, right?
9  A    Yeah.  They are all based off of the original spreadsheets
10 from the contact list.
11 Q    Now, with respect to cell phones, what's your
12 understanding about the relationship between a cell phone today
13 and what it was two years ago?  You said they could be the
14 same.  But are they generally -- if something is part of a cell
15 phone block, was it a cell phone block over the past few years
16 as well?
17           MR. FOSTER:  Objection.  Foundation.
18           THE COURT:  Overruled.
19           THE WITNESS:  Generally if it is a cell phone, it
20 will continue to be a cell phone.  You can do porting with a
21 number.  It seems rare that someone would port a cell phone
22 number to a landline.
23           THE COURT:  And what do you base that knowledge on?
24           THE WITNESS:  Just based off of looking at porting
25 histories in other cases.

1                MR. DOVEL:  No further questions, Your Honor.

2                THE COURT:  All right.  Any follow-up that you need

3     to do, Mr. Foster?

4                MR. FOSTER:  No, Your Honor.

5                THE COURT:  All right.  Thank you, Mr. Davis.

6                All right.  I look forward to reading your written

7     materials early tomorrow morning.  I will see you at 8:15.  We

8     will bring the jury in at 9:00, and we will do opening

9     statements at 9:00.

10               MR. O'NEAL:  A quick question:  Could I have counsel

11    let me know who they are calling tomorrow?  Then also, I don't

12    think we have their revised deposition designations.

13               MR. DOVEL:  Yes.  We will get those to you this

14    afternoon.  Our first witness will be Lance Eves?

15               MR. O'NEAL:  Yes.

16               MR. DOVEL:  And the second witness will give you

17    Ms. Wakefield.  We will give you the complete list tonight.

18    Those will be the first two.

19               THE COURT:  All right.  Thank you.  We will be in

20    recess until 8:15 tomorrow morning.

21                  (Recess.)

22

23

24

25

1

2

3

4                                    --oOo--

5

6             I certify, by signing below, that the foregoing is a

7    correct transcript of the record of proceedings in the

8    above-entitled cause.  A transcript without an original

9    signature, conformed signature, or digitally signed signature

10   is not certified.

11
     /s/ Dennis W. Apodaca                      May 15, 2019
12   DENNIS W. APODACA, RDR, RMR, FCRR, CRR             DATE
     Official Court Reporter
13

14

15

16

17

18

19

20

21

22

23

24

25

BY MR. DOVEL: **[1]** 130/19
BY MR. FOSTER: **[4]** 115/20 116/3 120/1 124/16
JUROR: **[151]**
JURY PANEL: **[1]** 65/11
MR. ADAMS: **[1]** 4/10
MR. DOVEL: **[75]** 4/16 5/4 5/10 5/18 5/21 6/9 6/21 7/1 7/6 13/2 13/12 14/1 14/5 14/7 63/17 63/23 64/4 65/9 65/12 65/21 65/25 66/17 67/1 67/7 67/11 67/23 68/6 68/14 68/16 68/20 68/23 69/4 69/10 69/12 69/23 70/2 70/7 70/13 70/21 71/7 71/11 71/20 71/22 72/8 72/13 72/25 73/7 73/12 73/20 74/2 74/9 74/14 74/20 74/24 75/2 75/8 75/11 75/14 75/18 76/4 76/18 86/2 88/12 113/9 114/3 114/16 114/20 115/4 115/7 122/15 128/5 130/16 131/25 132/12 132/15
MR. FOSTER: **[21]** 4/22 7/9 8/7 8/24 9/4 9/9 115/11 116/2 119/25 122/3 122/18 123/4 123/20 124/1 124/3 124/6 124/9 124/13 127/19 131/16 132/3
MR. FRANZINI: **[2]** 4/8 6/2
MR. JACOBSON: **[5]** 4/14 85/2 86/18 86/25 87/12
MR. O'NEAL: **[42]** 4/20 5/3 14/17 14/24 63/21 64/7 64/10 64/14 66/15 70/19 71/9 77/12 77/14 77/17 77/21 77/24 78/2 78/8 78/21 79/6 79/14 80/5 80/24 81/14 82/6 82/9 82/20 82/24 85/4 86/6 86/13 86/22 87/5 87/16 88/14 113/11 114/4 114/10 114/12 114/17 132/9 132/14
MR. PYLE: **[1]** 4/24
MS. HOUGH: **[1]** 4/12
THE CLERK: **[8]** 4/3 10/9 18/22 18/25 88/3 89/13 89/19 90/2
THE COURT: **[215]**
THE WITNESS: **[16]** 115/17 121/25 125/6 125/16 125/18 126/4 126/17 126/21 126/25 127/2 127/7 127/10 127/12 127/14 131/18 131/23

**$**

**$6 [1]** 7/22

**'**

**'68 [1]** 60/21
**'68-'70 [1]** 60/21
**'70 [1]** 60/21
**'80s [3]** 34/18 34/18 35/2
**'94 [1]** 58/6

**-**

**--oOo [1]** 133/4

**/**

**/s [1]** 133/11

**1**

**1,790 [1]** 6/19
**1,816 [1]** 6/18
**10 [7]** 1/6 3/3 4/1 55/9 66/2 87/2 87/3
**100 [1]** 2/7
**1000 [1]** 2/23
**1006 [4]** 127/25 128/14 129/6 129/17
**101 [1]** 2/14
**104 [2]** 3/6 63/12
**10:00 [1]** 114/16
**10:30 [4]** 7/11 8/8 8/11 114/16
**10:45 now [1]** 63/6
**11 [3]** 55/8 87/13 87/14
**111 [1]** 2/17
**115 [1]** 3/7
**11:00 [1]** 64/14
**11:00 on [1]** 63/1
**12 [2]** 51/2 86/24
**123 [1]** 2/7
**13 [3]** 16/9 53/18 87/18
**130 [1]** 3/7
**14 [9]** 10/3 18/5 18/11 46/21 85/9 85/9 85/14 85/16 86/11
**15 [17]** 26/20 29/12 29/14 51/2 62/2 62/4 66/2 77/14 84/5 84/6 84/9 84/18 84/19 85/7 86/20 86/21 133/11

**16 [23]** 10/2 18/13 18/14 18/15 18/16 18/19 19/19 20/23 21/13 24/9 26/1 26/23 28/15 30/7 33/15 35/17 53/18 55/8 62/9 85/12 85/15 86/8 86/10
**1607 [1]** 16/4
**17 [2]** 40/23 55/9
**1776 [1]** 16/7
**18 [1]** 33/22
**1985 [1]** 58/4
**1995 [1]** 58/6
**1:00 today [1]** 63/8

**2**

**20 [3]** 29/12 29/14 51/8
**20-minute [1]** 62/25
**201 [1]** 2/5
**2013 [1]** 121/2
**2015 [2]** 120/21 121/2
**2016 [1]** 52/2
**2019 [6]** 1/6 4/1 120/24 123/21 124/1 133/11
**21 [2]** 55/8 56/16
**23 [1]** 55/9
**24 [1]** 51/19
**25 [1]** 49/24
**26 [2]** 6/21 49/24
**27 [1]** 49/23
**29 [1]** 60/8

**3**

**30 [3]** 49/22 54/2 130/4
**30-some [1]** 29/8
**301 [1]** 2/23
**31 [1]** 61/6
**32 [2]** 60/7 61/8
**326-8182 [1]** 2/24
**33 [1]** 52/23
**33602 [1]** 2/14
**3400 [2]** 2/14 2/17
**35 [1]** 50/6
**36 [14]** 7/13 8/13 124/1 124/19 125/2 125/4 125/7 125/9 125/16 125/22 126/4 127/4 127/7 131/8
**36A [29]** 5/20 6/7 6/8 6/13 6/17 7/9 7/15 123/6 123/7 123/14 123/23 124/3 124/4 124/9 124/13 124/16 124/18 125/3 125/4 125/13 125/16 126/2 126/4 127/4 127/18 127/23 128/5 130/6 131/8
**36A-2 [1]** 6/17
**36B [17]** 5/21 5/22 5/25 6/3 6/9 6/10 7/20 123/6 123/7 123/14 123/23 124/3 124/6 126/3 126/5 126/17 126/25
**36B-2 [1]** 6/18
**36C [13]** 5/12 5/15 6/1 6/6 7/6 7/8 7/10 7/22 8/7 113/20 113/24 122/11 123/3
**3:15-cv-01857-SI [1]** 1/5

**4**

**4 million [1]** 7/13
**4.1 [1]** 8/15
**4.1 million [1]** 8/16
**4.15 [1]** 118/12
**4.15 million [1]** 118/22
**40 [2]** 33/21 54/11
**403 [1]** 129/20
**40s [1]** 60/20
**41 [2]** 54/13 55/7
**43 [1]** 55/5
**47 [1]** 55/24
**49 [1]** 51/1
**4th [1]** 16/7

**5**

**503 [1]** 2/24
**52 [1]** 52/23
**54 [1]** 52/21

**55** [1] 53/16
**57** [1] 49/21
**58** [1] 49/19
**5:00** [3] 24/3 24/4 29/15
**5:00 on** [1] 104/12

**6**

**60** [1] 58/2
**600** [1] 2/5
**62** [1] 60/6
**63** [1] 59/12
**64** [7] 5/12 8/9 116/8 117/21 122/12 122/15 123/4
**69** [1] 60/19
**6th** [1] 127/11

**7**

**7:00** [1] 128/2
**7:00 p.m** [1] 130/10

**8**

**8,000** [2] 6/8 7/16
**800,000** [2] 70/17 73/5
**8182** [1] 2/24
**82nd** [1] 57/18
**850,000** [2] 8/2 116/14
**85004** [1] 2/11
**8:00 a.m** [1] 63/16
**8:15** [3] 130/12 132/7 132/20
**8:15 tomorrow** [1] 128/10

**9**

**90** [2] 3/4 3/5
**90401** [1] 2/5
**94107** [1] 2/8
**97204** [2] 2/17 2/23
**9:00** [8] 24/2 26/8 29/11 111/21 112/2 130/13 132/8 132/9
**9:00 a.m** [2] 111/21 113/14
**9:00 p.m** [1] 127/21
**9:00 to** [3] 24/3 24/4 104/12

**A**

**A-dec** [1] 52/11
**a.m** [6] 26/8 63/16 111/21 111/21 112/2 113/14
**AARP** [1] 61/1
**ability** [2] 31/11 103/4
**able** [20] 5/6 24/23 27/8 27/12 30/14 32/23 33/3 48/6 72/22 72/22 72/24 82/2 83/4 83/16 83/16 83/20 114/5 119/17 119/19 121/19
**about** [147]
**above** [1] 133/8
**above-entitled** [1] 133/8
**absence** [1] 93/15
**absolutely** [3] 78/10 106/13 106/13
**accept** [5] 73/19 78/14 80/13 89/3 99/3
**acceptable** [1] 63/21
**access** [3] 84/14 106/9 111/23
**accommodate** [1] 30/20
**accommodations** [1] 30/23
**account** [1] 103/4
**accountability** [1] 17/2
**accountable** [4] 67/9 69/7 73/24 91/19
**accounts** [3] 5/9 53/5 107/3
**accuracy** [2] 129/17 129/21
**accurate** [5] 19/25 21/10 76/15 119/25 130/1
**accused** [1] 83/18
**acknowledge** [1] 106/22
**across** [2] 82/12 82/19
**act** [7] 10/25 12/20 37/25 46/7 47/23 92/4 95/15
**acting** [1] 18/4
**action** [11] 11/13 12/5 39/7 39/11 39/13 39/15 70/24 73/4 92/3 92/25 93/19

**actions** [5] 40/11 40/12 40/14 70/12 74/4
**active** [2] 39/3 72/13
**actively** [2] 52/13 57/3
**activities** [3] 51/13 55/18 56/10
**actual** [2] 23/25 87/23
**actually** [14] 36/11 43/7 44/23 45/14 45/22 46/12 47/3 67/15 67/18 72/4 76/17 97/5 97/8 97/9
**Adams** [3] 2/3 4/11 13/18
**add** [2] 5/7 105/7
**addition** [8] 6/15 13/18 16/15 20/7 21/4 62/17 100/25 129/2
**additional** [8] 5/8 7/23 7/23 13/20 110/18 110/21 118/23 123/22
**additional document** [1] 7/23
**address** [2] 107/11 128/20
**addressed** [1] 6/4
**adds** [2] 8/15 8/15
**adequate** [2] 128/24 129/2
**adequately** [2] 129/12 129/15
**administer** [1] 10/5
**administering** [1] 9/19
**administration** [1] 53/2
**administrative** [1] 54/6
**administrator** [1] 17/12
**admissibility** [2] 129/3 129/6
**admissible** [4] 128/16 128/18 128/23 129/24
**adult** [2] 50/13 55/10
**advance** [1] 130/4
**Adventist** [2] 58/20 58/22
**advisement** [2] 8/24 9/8
**affair** [1] 73/7
**affairs** [1] 20/2
**affect** [1] 129/5
**affirmatively** [1] 44/21
**after** [17] 7/21 10/13 20/24 36/13 62/12 63/1 64/13 77/6 88/21 88/21 110/10 110/14 111/2 111/4 111/10 111/14 122/2
**afternoon** [3] 29/14 115/22 132/14
**again** [13] 6/7 9/5 18/17 22/13 24/2 27/2 27/5 28/21 38/21 41/3 123/6 124/15 126/14
**against** [12] 10/24 33/14 47/22 83/13 93/16 113/24 125/9 125/14 125/22 126/2 126/5 127/5
**Age** [1] 51/19
**agency** [3] 47/7 47/7 47/10
**agent** [1] 81/4
**agents** [3] 12/17 22/17 93/12
**ages** [2] 51/2 55/8
**Aging** [1] 50/5
**ago** [19] 19/22 25/3 29/8 33/21 34/6 34/11 34/17 36/12 38/11 38/12 39/18 41/18 42/19 47/14 114/23 115/2 121/25 125/3 131/13
**agree** [11] 31/2 48/13 68/1 87/21 88/1 88/3 88/12 88/13 88/14 88/15 121/10
**agreed** [4] 48/10 95/24 95/25 99/1
**agreement** [1] 97/17
**agrees** [1] 45/13
**ahead** [1] 113/1
**Air** [2] 58/14 58/15
**Alameda** [1] 50/25
**Albany** [1] 55/6
**all** [151]
**alleged** [2] 73/18 75/4
**alleges** [2] 11/23 92/17
**alleging** [1] 47/22
**allow** [6] 101/2 106/9 108/25 110/18 110/20 112/17
**allowed** [3] 20/8 42/21 111/3
**allows** [2] 12/5 92/25
**alluded** [1] 82/22
**almost** [3] 36/25 41/25 65/4
**Aloha** [1] 55/6
**along** [1] 15/5
**already** [9] 9/18 21/20 22/1 22/2 24/12 37/14 37/24 38/2 98/13
**also** [42] 5/9 10/14 13/7 13/21 14/3 15/4 16/1 17/6 17/18 21/18 22/6 29/15 35/2 39/1 39/7 40/18 41/13 51/12 56/10 58/21 59/6 59/16 59/19 62/15 68/2 82/22 90/22 93/19 93/22 95/5 95/17 95/21 96/11 99/1 100/14 105/13 105/22 112/9 112/23 113/22

**A**

**also... [2]** 123/5 132/11
**alternates [3]** 84/11 85/10 89/6
**alternatively [1]** 63/15
**although [2]** 90/13 111/7
**Altman [13]** 26/20 26/25 27/12 34/16 39/17 40/5 40/9 60/18 60/19 61/4 69/14 86/19 86/21
**always [3]** 15/23 36/25 71/5
**am [51]** 6/1 9/1 9/8 9/17 25/9 25/16 30/10 39/22 49/19 51/1 51/1 51/25 52/21 53/16 53/21 53/23 54/2 54/3 54/5 54/11 55/24 59/3 59/12 59/20 60/4 60/6 60/12 61/8 61/16 65/7 65/13 65/14 76/25 84/4 85/2 85/4 90/8 115/22 115/23 127/18 128/1
**Amanda [7]** 26/15 26/17 46/20 54/11 81/25 88/8 89/20
**amateur [1]** 59/6
**amazed [1]** 78/16
**amendments [1]** 16/21
**American [2]** 17/7 17/22
**Americans [1]** 16/22
**among [3]** 11/2 62/16 92/5
**amount [1]** 59/22
**analysis [5]** 121/22 121/22 123/18 125/22 127/25
**analyst [1]** 46/25
**and/or [1]** 127/25
**Andrew [1]** 13/22
**Angeles [1]** 65/14
**Anna [1]** 10/1
**Anna Deffelbach [1]** 10/1
**annoying [6]** 66/8 66/13 68/11 73/11 75/1 79/12
**another [15]** 34/25 36/19 43/4 46/18 50/3 67/3 70/11 70/16 79/11 101/13 105/23 107/22 107/24 109/22 126/10
**answer [16]** 19/22 20/18 21/7 22/4 32/8 32/9 40/22 48/18 74/20 94/13 102/17 109/6 109/7 111/14 111/16 114/9
**answered [3]** 32/7 102/12 102/14
**answers [9]** 19/23 19/24 49/17 98/5 99/11 99/17 99/24 110/23 110/25
**any [186]**
**anybody [41]** 14/12 15/10 15/13 15/16 22/7 22/11 22/22 22/24 22/25 35/13 35/14 35/21 39/14 40/13 41/14 43/12 44/25 45/14 45/16 48/21 48/24 75/25 76/8 76/14 79/7 79/7 79/15 79/17 79/21 80/12 81/8 83/4 83/7 83/9 83/12 83/20 105/9 105/11 105/20 113/5 114/3
**anyone [57]** 13/6 14/22 20/2 20/16 21/21 21/24 22/2 22/2 22/6 22/6 22/12 23/9 24/4 24/15 25/8 25/15 26/1 30/17 30/21 31/6 31/8 33/3 33/10 34/13 35/17 36/10 37/13 37/16 37/19 37/20 38/3 38/4 38/18 38/25 39/5 39/24 40/17 40/17 41/7 47/3 47/18 48/4 48/6 69/3 69/13 70/9 70/23 76/5 78/18 78/20 81/4 103/25 104/1 104/17 104/18 105/19 106/2
**anything [46]** 22/7 22/8 28/12 31/19 31/19 31/25 32/1 33/4 33/7 36/1 36/1 39/20 47/8 47/8 49/2 49/3 49/4 49/8 49/10 56/19 57/22 57/24 59/5 61/2 61/18 62/17 62/18 62/21 62/22 69/19 83/8 90/24 101/5 104/2 105/2 105/9 105/11 106/2 106/15 107/3 107/21 113/6 113/8 121/17 126/1
**apartment [7]** 42/2 42/4 42/6 42/10 42/12 43/13 44/7
**Apodaca [4]** 2/22 9/24 133/11 133/12
**apologize [1]** 116/5
**Apparently [1]** 8/16
**appearance [1]** 20/15
**APPEARANCES [1]** 2/1
**appears [1]** 16/19
**applies [7]** 31/5 48/17 95/21 103/21 105/22 111/12 112/22
**apply [6]** 91/5 95/15 95/18 95/20 95/22 112/21
**appreciate [4]** 72/9 73/1 74/21 75/9
**appropriate [2]** 32/7 32/8
**approximately [1]** 70/16
**apps [1]** 117/6
**April [3]** 1/6 4/1 127/12
**architect [2]** 47/1 54/21
**architecture [1]** 52/15
**are [201]**
**area [6]** 36/7 60/20 112/23 112/24 113/3 126/13
**aren't [1]** 76/16

**argue [2]** 32/19 128/13
**argument [6]** 7/16 9/11 127/17 127/22 128/4 129/1 129/2 129/10
**arguments [5]** 32/17 32/17 100/5 100/10 130/9
**around [4]** 44/23 114/16
**artificial [29]** 11/8 12/3 12/16 22/16 43/23 44/2 44/13 44/15 44/21 44/24 44/25 45/15 45/10 47/25 48/5 92/9 92/23 93/11 94/3 94/22 96/24 97/1 97/2 97/4 97/5 97/7 97/13 97/18 97/22
**as [144]**
**aside [1]** 83/16
**ask [63]** 5/20 6/1 10/4 13/4 13/10 14/9 15/19 17/4 17/6 21/16 26/13 26/15 29/6 38/13 38/14 40/11 40/16 44/5 48/25 49/15 62/2 62/4 62/4 62/14 63/7 65/1 65/8 66/3 66/3 66/17 69/14 70/11 71/2 72/10 74/3 75/18 79/4 80/10 81/15 84/16 85/24 87/21 99/11 104/19 109/1 109/14 110/18 110/20 111/22 113/17 114/1 114/8 115/9 115/23 116/5 122/23 122/25 123/5 124/12 125/1 128/7 128/11 130/15
**asked [14]** 21/20 22/1 22/2 22/6 91/14 93/23 93/25 94/13 94/17 95/10 97/25 98/1 122/1 125/23
**asking [6]** 6/25 18/12 19/19 20/23 109/12 114/6
**asks [2]** 102/8 109/21
**asserting [2]** 12/10 93/5
**asserts [2]** 11/15 92/13
**assist [2]** 30/19 108/23
**assistant [5]** 36/12 37/15 54/6 55/11 60/11
**assisting [5]** 9/20 10/1 13/7 13/16 14/22
**associate's [3]** 50/1 50/2 55/14
**associated [6]** 6/13 6/17 6/19 6/20 7/17 13/20
**assume [3]** 24/11 115/11 128/17
**assuming [1]** 131/7
**assumption [1]** 129/8
**attempted [2]** 46/16 69/8
**attempting [1]** 7/12
**attended [2]** 53/1 58/19
**attention [5]** 83/9 91/20 91/22 91/25 108/6
**attitudes [2]** 49/4 49/10
**attorney [7]** 36/13 36/15 37/3 62/3 65/7 109/21 109/22
**attorneys [11]** 13/8 19/19 37/8 37/10 37/10 62/1 62/6 100/15 109/9 109/24 115/23
**auction [1]** 41/20
**Austad [1]** 9/19
**authorizes [1]** 97/17
**autistic [1]** 50/16
**Auto [1]** 53/7
**automated [2]** 46/17 77/20
**available [3]** 84/19 113/21 113/23
**Avenue [2]** 2/11 2/17 2/23
**avoid [3]** 12/9 93/4 109/19
**avoiding [2]** 58/25 59/1
**award [1]** 73/22
**awarding [1]** 73/25
**aware [2]** 116/9 127/3
**away [4]** 85/4 85/15 112/7 112/12
**AZ [1]** 2/11

**B**

**B.A [2]** 60/8 60/9
**bachelor [1]** 50/3
**bachelor's [9]** 51/4 51/6 52/6 52/8 53/20 54/4 56/3 61/10 61/14
**back [34]** 18/22 25/7 25/14 25/15 34/14 37/5 43/4 47/2 56/22 59/20 62/1 62/12 63/1 64/16 64/18 65/6 84/6 85/17 85/20 88/20 89/18 111/18 111/20 112/23 112/25 113/2 113/17 118/21 120/21 120/21 121/20 123/21 128/3 131/6
**background [1]** 49/3
**bad [4]** 6/15 35/11 35/14 45/4
**Balabanian [1]** 13/21
**base [8]** 32/20 33/2 40/7 48/2 48/6 48/18 98/20 131/23
**baseball [2]** 51/12 55/16
**based [24]** 5/9 43/11 43/11 48/15 48/19 58/25 70/18 72/15 82/5 96/5 98/6 103/19 107/10 108/4 113/21 122/11 122/13 123/16 124/9 125/7 126/18 130/21 131/9 131/24
**basement [2]** 43/7 57/11
**bases [1]** 122/8

**B**

basic [2]  10/12 116/5
basically [11]  18/8 43/9 48/10 79/12 81/3 81/11 86/9 102/11 125/8 125/16 129/7
basis [1]  31/15
be [231]
beach [5]  50/19 53/11 54/12 59/13 82/8
bear [1]  103/11
Beaverton [4]  42/20 54/3 58/10 61/7
because [35]  6/16 8/12 13/9 16/11 16/22 16/23 24/11 27/21 29/3 30/1 32/11 32/23 34/12 39/18 45/3 48/4 48/21 62/12 62/22 67/18 78/17 81/19 82/22 85/9 86/11 90/20 91/18 91/23 99/21 103/19 106/25 119/22 120/8 123/15 124/21
become [3]  109/8 121/13 121/14
becoming [1]  78/12
bed [1]  7/22
been [63]  10/6 10/20 14/11 16/1 18/6 18/7 21/12 25/24 35/4 37/20 38/2 38/3 39/11 45/25 46/1 46/3 46/4 49/25 50/6 51/3 51/8 51/21 52/24 53/19 56/2 56/19 56/24 57/9 57/13 57/16 69/9 69/20 73/19 79/20 81/12 83/18 93/20 99/21 100/21 102/3 102/17 104/7 105/10 111/10 118/16 118/18 118/19 118/23 121/19 122/8 122/14 122/15 123/3 123/15 123/15 123/18 123/23 126/25 127/11 129/12 129/15 130/2 130/6
before [30]  1/13 7/11 8/5 10/3 15/16 16/2 21/2 23/1 24/25 25/23 28/4 29/7 33/16 35/4 46/5 46/5 49/7 64/15 70/5 78/18 81/8 89/24 91/10 99/8 102/3 111/20 130/7 130/8 130/8 130/12
begin [3]  17/23 21/2 21/6
beginning [5]  4/7 21/7 21/11 107/15 110/3
begins [3]  97/5 97/6 111/7
begun [1]  16/4
behalf [13]  4/22 4/24 5/1 11/16 11/17 12/7 12/15 22/15 72/12 92/15 93/2 93/10 95/6
behavior [1]  99/23
behavioral [1]  50/16
behind [1]  24/21
being [21]  9/21 11/11 12/4 24/7 37/24 62/24 65/19 65/20 76/19 76/25 80/7 81/13 88/24 88/24 89/9 89/11 92/11 97/15 106/24 113/14 121/2
believability [1]  103/11
believe [17]  6/10 13/24 15/8 20/13 36/16 74/22 79/2 83/15 91/17 100/16 102/24 102/24 102/24 120/4 124/4 124/14 124/14
Bell [1]  56/23
belong [1]  50/18
below [1]  133/6
Ben [5]  19/11 37/6 38/19 58/2 67/15
bench [2]  83/25 109/11
benefits [1]  16/13
Benjamin [1]  13/25
Berger [1]  15/3
besides [1]  23/2
best [8]  15/25 22/9 37/21 38/5 39/10 40/18 41/10 113/25
better [8]  26/4 47/7 113/22
between [16]  6/8 6/22 7/1 7/2 7/4 35/12 44/14 78/4 78/23 80/2 82/14 101/14 114/15 125/2 125/4 131/12
beyond [4]  75/23 76/8 76/23 77/4
bias [1]  103/7
biases [1]  91/12
big [5]  27/19 28/1 66/12 74/11 80/22
biggest [1]  28/25
Bill [3]  16/18 16/20 16/21
billion [1]  7/22
binding [1]  93/22
biology [1]  61/10
bit [12]  10/17 23/6 40/11 40/22 42/16 42/16 49/2 51/15 75/23 90/22 115/25 125/19
Blake [1]  23/20
block [5]  46/16 112/12 112/14 131/15 131/15
blocked [1]  46/16
blog [2]  105/15 105/16
book [2]  68/13 123/10
boring [3]  70/2 70/3 70/7
born [12]  49/19 50/24 52/22 54/2 54/12 55/5 55/23 56/17 58/2

59/12 60/5 61/6
both [27]  6/19 9/11 11/12 12/24 16/19 20/14 32/15 32/18 42/5 48/9 48/13 58/17 60/6 63/7 63/9 89/3 92/2 95/15 98/7 98/14 98/23 99/1 101/13 113/18 125/22 125/24 127/17
bother [1]  67/8
bothers [1]  66/6
Boulevard [2]  2/5 2/14
box [4]  10/2 18/18 21/13 84/7
boy [1]  54/14
boys [1]  55/8
Brady [3]  2/10 2/13 15/2
Branch [1]  50/7
branches [1]  50/7
break [10]  29/11 29/12 29/18 29/18 30/1 61/25 62/12 64/17 109/23 109/24
Bridget [5]  19/13 60/4 66/24 88/11 89/23
brief [2]  130/10 130/17
bring [9]  5/2 9/12 36/2 63/11 64/23 68/18 88/16 112/1 132/8
Bringing [1]  17/8
brings [3]  35/19 37/22 104/24
Britain [1]  16/10
brother [1]  57/10
brothers [1]  41/20
brought [3]  10/24 36/5 39/3
brutal [5]  65/16 65/17 66/19 67/25 69/25
brutally [5]  65/23 66/4 73/13 74/15 74/20
build [1]  57/20
building [6]  84/14 111/24 112/5 112/5 112/10 112/15
bump [1]  62/20
burden [7]  83/6 94/6 95/4 98/8 98/10 98/14 98/16
Bureau [2]  47/7 47/15
bus [1]  58/10
business [35]  6/11 6/18 6/19 6/20 7/17 28/20 30/9 40/19 41/12 42/12 42/15 42/17 42/25 43/7 43/15 47/7 53/2 54/16 60/9 61/14 81/1 95/16 95/19 95/19 95/21 95/22 96/4 96/10 96/12 96/14 96/15 125/15 125/16 127/5 128/18
businesses [4]  6/13 43/6 126/14 127/8
busy [1]  68/22
button [2]  112/11 112/21
buttons [2]  45/21 112/4
buy [1]  41/22

**C**

CA [2]  2/5 2/8
cabinetry [1]  25/18
calculation [1]  131/1
California [3]  50/25 54/12 58/4
call [67]  11/3 11/8 11/10 12/14 12/16 12/18 12/19 18/5 18/11 18/13 18/14 18/15 18/19 22/15 22/16 22/19 22/19 23/27 43/18 43/21 43/25 44/1 45/8 45/9 69/3 69/9 78/5 78/23 78/25 79/3 79/13 79/19 79/19 79/20 83/2 84/6 84/10 89/12 92/7 92/9 92/10 93/9 93/11 93/13 93/14 94/2 94/4 94/21 94/23 95/19 96/17 96/18 96/20 96/21 96/22 97/1 97/2 97/3 97/3 97/4 97/7 97/20 110/11 111/3 113/25 125/25
called [30]  11/11 11/20 12/4 19/17 21/12 21/15 21/16 22/22 25/24 33/17 33/22 35/6 41/12 41/13 47/14 47/14 58/24 78/10 92/11 97/15 99/1 99/6 99/7 110/12 110/14 110/19 110/21 115/5 124/18 125/24
caller [1]  97/17
calling [6]  18/17 77/20 79/5 79/16 80/4 132/11
calls [76]  6/8 6/17 6/18 6/20 6/21 6/23 7/16 11/25 12/2 20/6 22/20 43/21 44/8 44/13 44/14 44/20 45/15 45/20 45/23 45/25 46/13 47/9 47/16 47/25 48/5 66/8 66/13 66/25 67/4 67/9 67/18 67/20 68/12 68/19 69/5 72/16 73/9 73/24 75/1 75/4 77/19 77/22 77/25 78/4 78/4 78/15 79/22 83/19 92/20 92/22 94/2 94/3 94/4 94/8 94/14 94/19 94/21 94/23 95/11 96/14 97/11 97/18 97/22 98/15 111/5 118/1 118/3 118/8 118/18 121/1 121/18 125/9 125/14 126/7 126/7 130/22
came [7]  15/19 46/21 59/20 66/11 81/18 118/1 128/17
camp [1]  50/19
camping [2]  53/10 60/15
can [53]  5/13 5/13 17/8 20/20 20/22 21/3 28/24 30/19 30/20

**can... [44]** 33/7 45/3 62/11 63/9 63/11 63/14 64/2 64/17 64/19 65/24 66/1 71/19 72/21 73/2 73/3 74/3 76/11 77/1 82/11 89/18 101/13 102/7 105/4 105/9 105/23 107/23 109/2 109/6 109/6 109/13 109/19 111/25 112/1 113/2 120/19 121/6 123/11 124/25 128/2 128/20 128/25 129/14 129/14 131/20

**can't [11]** 32/10 33/8 33/10 39/19 74/18 105/4 105/5 108/8 109/7 122/12 123/24

**Canadian [1]** 55/10

**candidate [1]** 82/4

**cannot [5]** 31/6 72/4 102/14 102/15 108/7

**cards [1]** 113/1

**care [1]** 67/22

**career [1]** 46/22

**carefully [1]** 21/14

**Carnegie [1]** 61/15

**Carol [1]** 28/14

**Carolina [1]** 61/7

**carpenter [1]** 60/24

**carrier [4]** 116/13 119/18 119/20 120/6

**cars [1]** 61/19

**case [126]** 4/5 10/12 10/17 10/22 12/13 13/20 14/1 14/24 19/21 20/4 20/11 23/3 24/4 24/14 27/7 27/9 28/24 30/13 31/5 31/18 31/20 33/16 33/16 33/23 34/5 34/11 34/20 35/1 38/10 38/14 38/20 39/6 47/19 49/2 49/6 49/8 62/15 66/6 66/7 66/8 66/15 66/20 67/16 69/24 70/10 70/12 70/15 70/18 72/7 72/14 73/16 73/21 74/10 74/25 75/3 75/13 75/13 75/13 75/15 75/20 76/7 76/12 76/19 76/25 77/4 77/5 80/24 81/5 82/4 83/17 90/8 91/1 91/14 92/2 92/12 92/13 93/8 93/19 93/21 94/8 95/6 98/6 101/7 102/20 102/22 102/23 103/7 103/18 103/19 103/20 103/22 103/24 104/2 104/14 104/15 104/18 104/22 104/24 105/4 105/5 105/8 105/10 105/13 105/16 105/16 105/18 105/20 105/25 106/1 106/3 106/4 107/3 107/7 107/19 107/22 107/25 108/1 108/15 110/2 111/15 112/6 112/8 121/5 121/7 127/25

**cases [9]** 24/25 36/17 36/25 37/7 37/8 117/6 117/12 130/2 131/25

**caseworker [1]** 52/12

**cashier [1]** 56/23

**catch [1]** 49/1

**catch-all [1]** 49/1

**cattle [1]** 41/20

**cause [8]** 20/6 30/18 65/2 74/7 84/23 85/1 85/6 133/8

**cease [1]** 79/6

**cell [21]** 7/24 8/10 42/6 43/10 68/12 95/20 106/7 120/15 120/20 120/21 121/5 121/7 121/9 121/10 131/11 131/12 131/14 131/15 131/19 131/20 131/21

**cellular [18]** 11/3 11/4 11/5 11/25 41/23 41/24 43/17 43/18 43/20 44/2 92/7 92/20 94/25 95/15 96/2 97/13 97/24 119/14

**cement [1]** 53/3

**Center [1]** 58/9

**Central [1]** 2/11

**certain [9]** 20/8 20/24 24/12 48/10 91/15 91/18 93/23 100/2 109/17

**certificate [1]** 61/11

**certification [1]** 54/17

**certified [1]** 133/10

**certify [1]** 133/6

**chair [1]** 62/12

**chairs [2]** 62/13 63/1

**challenge [1]** 20/10

**challenged [1]** 84/23

**challenges [3]** 62/7 88/23 129/17

**chance [1]** 8/1

**change [3]** 40/16 121/10 123/12

**changed [2]** 18/13 121/16

**changes [2]** 7/20 118/17

**changing [2]** 123/15 123/15

**Chaplain [1]** 52/3

**Charleston [1]** 61/7

**Charlotte [1]** 60/19

**chart [2]** 62/14 87/23

**charter [1]** 16/4

**chat [1]** 105/15

**cheat [1]** 105/17

**check [6]** 5/23 21/21 80/1 113/23 128/25 129/2

**check-out [1]** 80/1

**checked [2]** 126/8 126/13

**checker [1]** 126/22

**Chi [1]** 54/23

**child [5]** 50/2 50/3 58/10 58/11 58/18

**Childhood [1]** 56/5

**children [14]** 49/22 50/13 50/16 51/2 51/7 51/24 54/14 54/18 55/8 55/9 58/8 58/19 59/15 59/19

**children's [1]** 50/11

**choice [2]** 27/25 105/9

**choose [1]** 85/19

**church [4]** 52/13 59/3 59/4 60/14

**circumstantial [5]** 101/9 101/12 101/15 101/21 102/4

**citizen [1]** 17/7

**citizens [4]** 17/4 17/8 17/18 24/8

**city [4]** 51/6 51/8 56/18 60/20

**civic [3]** 17/1 17/17 59/23

**civil [17]** 4/5 10/22 10/23 11/12 33/12 33/13 33/16 33/24 34/11 34/19 34/21 35/5 37/21 75/13 77/5 92/2 104/15

**civilian [1]** 17/6

**claim [28]** 11/13 11/13 11/15 11/15 11/16 12/10 39/1 39/3 39/7 39/7 39/12 39/22 47/21 47/21 83/2 92/3 92/14 92/14 93/5 93/25 94/12 94/16 95/9 98/15 98/15 98/17 98/18

**claimant [1]** 12/25

**claims [6]** 12/8 38/7 38/10 74/7 93/3 98/10

**clarification [1]** 8/25

**clarify [4]** 104/3 116/19 118/7 128/7

**class [81]** 11/13 11/17 12/1 12/5 12/12 12/13 13/1 13/5 13/9 22/12 22/13 25/10 26/7 39/7 39/8 39/11 39/12 39/12 39/13 39/14 40/11 40/12 40/14 47/21 59/6 70/11 70/17 70/23 70/24 71/13 71/16 72/1 72/3 72/4 72/11 72/12 72/15 72/25 73/4 73/7 74/4 74/6 80/8 80/12 80/15 82/1 82/12 82/15 82/17 82/19 92/3 92/15 92/22 92/25 93/7 93/8 93/15 93/16 93/19 93/22 94/16 94/19 94/24 94/25 95/4 95/5 95/6 95/8 95/9 95/12 97/20 97/24 98/15 117/24 117/25 121/1 121/17 125/10 126/6 127/5

**clean [1]** 116/1

**clear [1]** 122/5

**clearly [2]** 97/17

**clerk [2]** 9/25 10/4

**Clerk's [1]** 18/9

**click [1]** 57/4

**client [4]** 4/18 13/6 13/15 14/21 15/2 81/2

**clients [3]** 50/9 70/16 100/15

**clock [1]** 63/1

**close [10]** 35/18 37/20 38/4 39/10 40/17 41/10 41/15 63/4 84/18 113/17

**closely [1]** 83/5

**closer [1]** 89/9

**closest [3]** 18/20 18/22 89/11

**closing [2]** 32/17 100/9

**co [4]** 13/6 14/21 104/4 106/3

**co-counsel [2]** 13/6 14/21

**co-jurors [1]** 106/3

**co-workers [1]** 104/4

**coach [1]** 51/12

**code [1]** 126/13

**Cody [6]** 19/15 36/23 40/23 46/11 47/13 51/19

**cold [5]** 69/3 73/9 77/19 78/4 79/22

**Coleman [2]** 14/4 14/5

**colleague [4]** 13/17 13/17 13/18 15/4

**collections [1]** 53/4

**collective [1]** 18/3

**collectively [1]** 73/10

**college [4]** 53/1 54/23 56/22 58/19

**colonies [1]** 16/9

**colonists [1]** 16/13

**column [12]** 116/11 116/12 116/12 116/13 116/13 116/14 119/8 120/3 125/11 125/20 125/21

**combination [1]** 42/5

**combined [1]** 81/13

**come [19]** 7/14 7/19 18/8 18/24 26/14 26/15 26/22 62/1 62/12 73/12 80/8 81/20 84/18 85/20 89/12 112/20 113/2 122/10 129/14

**comes [4]** 59/9 78/23 128/23 130/12

**comfortable [1]** 72/8

**coming [12]** 14/22 17/15 25/18 26/3 26/10 26/11 30/3 46/5 46/5 77/22 77/25 90/7

**comment [3]** 32/19 79/8 107/25

**commentary [2]** 107/3 107/18

**commented [1]** 80/9

**comments [1]** 68/9

**commission [2]** 47/5 52/1

**commitment [4]** 31/7 31/17 33/4 33/11

**commitments [1]** 24/12

**committed [1]** 98/3

**common [2]** 17/2 102/5

**communicate [6]** 47/5 103/25 104/1 106/10 106/19 106/20

**communicated [1]** 47/10

**communicating [1]** 105/22

**communication [3]** 50/3 50/4 62/19

**Communications [1]** 47/5

**community [3]** 17/16 53/1 59/6

**commuting [1]** 42/20

**companies [3]** 45/17 45/18 77/25

**company [23]** 11/19 11/21 22/22 27/1 42/19 52/10 53/22 54/21 66/12 78/5 78/6 78/11 79/10 79/12 79/18 80/3 83/18 116/16 117/14 117/18 117/20 120/4 120/7

**compare [2]** 87/19 87/24

**compilation [1]** 8/14

**compiled [1]** 130/22

**complete [2]** 20/20 132/17

**completed [2]** 103/17 110/15

**completely [2]** 65/19 65/21

**completes [1]** 10/8

**complying [1]** 62/24

**comprised [2]** 12/13 93/8

**computer [1]** 43/23

**computers [1]** 106/8

**concept [3]** 45/19 76/6 82/1

**concern [4]** 28/25 74/7 93/17 129/22

**concerning [1]** 19/20

**concerns [1]** 128/12

**conclude [1]** 101/20

**conduct [1]** 103/14

**conference [4]** 109/10 109/21 110/2 122/2

**conferences [2]** 109/16 109/20

**confirm [1]** 26/24

**conformed [1]** 133/9

**confusion [1]** 109/19

**Congress [1]** 47/6

**connected [1]** 11/7

**connection [1]** 78/1

**conscience [1]** 17/2

**consent [10]** 11/10 12/4 12/18 22/18 92/11 92/24 93/13 97/15 97/16 97/20

**consider [14]** 27/22 96/8 96/11 96/21 98/22 99/19 99/25 100/3 101/13 102/4 102/21 105/3 107/1 110/1

**consideration [3]** 68/3 85/13 86/10

**considered [2]** 68/17 100/23

**considering [3]** 103/3 104/25 125/25

**consist [1]** 98/22

**Constitution [4]** 16/16 16/17 16/19 16/24

**consult [1]** 115/3

**consultant [1]** 55/12

**consulting [3]** 42/18 107/4 117/5

**Consumer [7]** 10/25 12/20 46/7 47/15 47/23 92/4 95/14

**contact [3]** 35/20 114/22 131/10

**contend [1]** 97/19

**contends [1]** 33/13

**content [1]** 105/17

**continue [4]** 30/16 122/4 123/12 131/20

**continuing [1]** 30/2

**continuity [1]** 91/19

**contractor [1]** 81/4

**contradicted [1]** 103/8

**control [2]** 90/16 102/6

**controls [1]** 100/13

**conversation [1]** 79/4

**copy [5]** 5/11 111/11 111/12 122/15 122/19

**Cornett [10]** 18/23 33/21 49/15 49/18 49/19 50/22 71/2 71/4 88/2 89/14

**corporal [1]** 60/21

**corporate [1]** 53/6

**correct [44]** 39/22 43/6 45/12 74/24 78/2 85/2 85/4 108/10 116/20 116/21 116/23 116/25 117/1 117/2 117/15 117/17 117/19 117/24 118/4 118/5 118/20 118/25 119/2 119/3 119/6 119/23 120/16 120/17 120/25 121/14 121/15 121/21 123/4 124/1 124/2 124/19 124/20 124/22 124/24 127/19 127/20 130/24 131/3 133/7

**correctly [1]** 122/11

**corroborating [2]** 80/11 81/7

**could [19]** 4/7 8/18 27/16 63/4 65/16 68/9 69/1 69/14 71/2 71/21 72/10 90/6 107/13 112/20 117/12 122/4 127/9 131/13 132/10

**counsel [20]** 4/7 9/15 13/6 14/21 15/3 64/25 65/5 83/24 85/2 85/4 88/1 88/12 88/14 88/19 110/13 110/15 114/9 114/9 125/23 132/10

**count [11]** 6/6 6/12 11/16 11/18 92/14 92/16 93/24 94/16 98/8 98/8 124/22

**Count 1 [4]** 11/16 92/14 93/24 98/8

**countries [1]** 17/12

**country [4]** 17/4 40/2 126/10 126/12

**country's [1]** 16/2

**counts [1]** 34/3

**County [6]** 34/6 36/8 36/24 37/3 50/6 50/8

**couple [6]** 25/17 80/9 104/5 112/4 128/7 128/7

**course [5]** 39/11 40/18 61/21 103/23 115/12

**court [34]** 1/1 1/14 2/22 4/3 4/7 6/5 7/19 9/23 10/4 14/7 21/4 38/7 46/6 63/3 64/22 65/3 66/15 67/4 67/9 69/6 84/2 84/20 90/6 99/20 101/6 104/11 104/11 106/11 106/11 107/17 111/21 113/16 125/2 133/12

**Court's [1]** 100/18

**courthouse [4]** 2/22 112/12 112/13 112/13

**courtroom [14]** 9/14 9/17 9/18 13/7 14/23 17/20 21/3 21/5 63/24 63/25 84/17 109/11 112/2 112/20

**courtrooms [1]** 15/23

**courts [6]** 35/20 129/4 129/4 129/6 129/7 130/2

**cover [2]** 113/6 113/8

**covered [2]** 39/14 49/10

**cow [1]** 41/22

**create [3]** 118/19 122/9 126/24

**created [5]** 118/16 118/23 123/23 127/7 127/9

**creating [1]** 118/19

**credibility [1]** 72/25

**credit [1]** 53/5

**criminal [17]** 10/22 33/13 33/16 33/24 33/25 34/5 34/20 35/1 35/5 36/17 36/18 36/25 52/8 75/13 75/14 77/4 104/15

**criteria [1]** 7/18

**critically [2]** 31/13 48/1

**cross [12]** 3/6 7/14 8/4 110/17 110/7 111/6 111/8 123/9 123/18 123/24 130/2 130/19

**cross-examination [5]** 110/17 110/17 111/8 130/2 130/19

**cross-examined [1]** 111/6

**CRR [2]** 2/22 133/12

**crunch [1]** 116/1

**culture [1]** 16/23

**curiosity [1]** 71/6

**curious [1]** 45/2

**current [4]** 12/17 22/18 57/16 93/12

**currently [24]** 51/20 51/25 52/7 54/3 54/5 54/12 54/21 54/23 55/6 55/25 56/18 56/23 57/9 57/17 58/20 59/13 59/20 60/5 60/12 61/7 61/9 61/10 61/16 86/7

**Curtis [6]** 26/20 34/16 40/5 40/9 60/19 86/19

**customer [1]** 22/9

**D**

D-O-U-G-L-A-S [1]  19/11
dad [1]  41/20
damages [2]  10/23 33/14
data [20]  7/13 7/15 7/24 8/2 8/6 8/12 8/13 8/18 8/22 8/23 51/9
113/20 113/24 115/1 115/1 116/15 117/20 120/23 131/2 131/4
database [19]  114/23 115/3 117/18 118/4 118/11 118/12
118/15 119/5 120/14 120/15 121/19 123/17 123/19 123/20
123/25 124/21 124/23 128/17 130/25
database's [1]  120/9
databases [7]  118/19 118/23 119/4 123/16 123/23 124/8
124/12
date [2]  120/18 133/12
daughter [4]  49/24 60/7 60/10 61/12
daughters [2]  53/18 53/18
David [3]  30/6 61/6 82/8
Davis [31]  3/7 7/7 8/4 8/20 8/22 9/4 9/9 23/15 63/11 63/16 63/19
63/23 64/16 114/1 115/10 115/10 115/13 115/18 116/19 122/25
123/9 123/14 123/16 124/11 124/12 124/14 124/15 125/1
128/11 130/21 132/5
day [15]  6/5 7/11 23/25 24/2 29/10 29/20 29/20 41/6 67/21 68/5
88/18 90/11 108/16 111/20 130/7
days [7]  29/1 29/20 29/21 74/17 104/5 130/4 130/7
de [3]  118/8 118/11 119/4
de-duped [2]  118/11 119/4
de-duplicated [1]  118/8
deal [3]  8/19 74/11 80/22
dealing [2]  9/2 83/17
deals [1]  121/1
dec [1]  52/11
decent [1]  59/22
decide [18]  31/3 49/7 91/4 91/9 91/14 93/25 94/17 96/5 98/6
101/7 101/16 102/3 102/23 103/16 103/19 108/14 109/17
129/18
decided [1]  107/25
deciding [6]  96/7 98/22 100/3 102/20 102/22 128/20
decision [23]  18/2 31/14 32/20 34/1 34/7 34/23 35/2 48/2 48/7
48/18 69/21 72/15 81/5 81/17 82/5 83/17 91/17 93/20 93/21
98/20 104/25 108/4 110/4
decisions [2]  33/1 48/15
Declaration [2]  16/6 16/12
declaring [1]  16/9
dedicated [1]  67/19
deep [2]  65/21 65/24
defendant [58]  1/8 2/10 4/20 4/22 4/24 5/1 10/24 11/9 11/20
11/24 12/19 14/15 14/24 33/15 37/23 38/3 39/13 47/22 49/5
62/3 63/21 64/7 64/10 64/13 73/23 74/6 75/22 76/1 84/23 85/4
85/18 86/13 86/23 87/10 92/17 94/1 94/18 97/1 97/7 110/15
110/24 111/3 111/4 111/5 111/7 113/11 113/12 113/21 113/23
114/1 115/9 125/24 126/25 127/18 128/18 129/1 129/25 130/7
defendant's [12]  85/25 86/1 86/1 86/22 87/5 87/15 88/14
114/22 125/8 125/20 130/10 130/23
defendants [8]  5/7 71/14 87/6 114/25 115/1 125/3 131/4 131/6
defender [1]  36/16
defense [2]  37/10 110/20
Deffelbach [1]  10/1
definition [1]  22/13
degree [16]  50/1 50/2 51/4 51/4 51/5 53/3 54/4 54/16 54/18
55/14 55/16 56/21 58/16 59/18 61/10 61/14
degrees [1]  52/25
deliberate [4]  85/11 91/2 91/13 111/15
deliberation [5]  17/1 91/21 91/23 92/1 106/1
deliberations [5]  17/23 90/16 100/24 103/17 108/3
deliver [3]  11/9 92/9 97/14
delivers [1]  50/14
denies [1]  12/19
Dennis [4]  2/22 9/24 133/11 133/12
dental [1]  52/10
denying [1]  110/1

depend [2]  103/1 103/12
Depending [1]  92/9
deposition [11]  23/5 23/6 98/24 99/7 99/7 99/15 99/19 110/12
110/22 116/25 132/12
deprived [1]  16/13
deputy [1]  9/18
describe [5]  100/13 116/11 117/8 117/10
described [3]  47/11 47/19 111/6
describing [2]  72/16 78/4
descriptions [1]  72/23
designations [1]  132/12
desk [2]  36/13 112/16
detail [1]  90/22
details [3]  10/20 29/4 38/13
determination [1]  73/22
determine [5]  20/3 20/4 97/25 98/1 130/1
determining [2]  73/23 96/20
development [1]  28/2
device [1]  53/21
devised [1]  15/25
dictionaries [1]  107/5
dictionary [1]  33/5
did [48]  5/25 6/12 6/23 8/6 8/11 14/6 34/1 34/3 34/7 34/24 35/2
44/10 46/14 53/1 54/15 58/3 58/4 58/18 66/20 66/20 67/3 70/25
73/24 74/10 75/5 76/17 77/19 78/25 94/1 94/2 94/18 94/21
101/11 114/21 114/23 115/3 117/23 119/7 120/20 121/21
121/22 123/20 124/3 124/8 124/12 125/21 126/6 126/11
didn't [14]  34/11 77/22 78/1 78/24 81/20 83/12 117/25 120/16
121/24 122/9 122/21 126/1 126/5 129/1
dietary [1]  11/22
diets [1]  59/1
differ [3]  5/21 6/7 100/12
difference [8]  6/8 6/21 7/1 78/3 78/7 125/2 125/4 125/6
differences [1]  6/2
different [18]  7/8 12/11 43/14 70/6 73/16 79/21 80/17 80/20
81/15 81/20 93/6 102/1 118/15 123/16 124/19 126/3 129/20
130/25
differently [1]  74/14
difficult [1]  82/11
difficulty [1]  30/21
digital [1]  117/4
digitally [1]  133/9
dining [1]  55/1
dinner [1]  73/11
dire [6]  19/17 64/3 64/6 64/9 65/1 88/21
direct [9]  3/6 41/13 101/9 101/9 101/10 101/15 101/10 110/14
115/20
direction [2]  45/22 63/14
directly [1]  118/1
director [2]  59/4 117/4
Disability [1]  50/5
disagree [1]  96/2
disappointed [1]  75/7
discharged [2]  31/21 105/10
disclosed [1]  8/23
disclosures [1]  123/22
discovered [1]  46/12
discuss [7]  20/18 32/6 62/15 62/18 105/13 109/5 111/15
discussion [3]  18/1 84/1 109/23
dislike [1]  44/17
dislikes [3]  44/21 45/18 91/12
display [1]  5/13
disputes [5]  16/1 17/9 17/11 17/13 17/16
disregard [4]  100/21 100/22 102/19 102/21
disrupt [1]  106/12
dissatisfied [2]  38/15 38/23
distinction [5]  78/23 79/2 79/25 80/2 101/14
distinguish [1]  114/14
distract [1]  108/15
DISTRICT [6]  1/1 1/2 1/14 2/22 9/17 90/6
Diversion [1]  50/8
divinity [1]  52/7
divorced [1]  51/1

**D**

**do [158]**
**document [9]** 5/12 5/13 7/23 8/4 16/25 32/15 32/18 116/6 122/6
**documentation [1]** 72/7
**documents [9]** 71/14 72/7 72/16 74/6 76/15 128/16 128/22 129/8 129/23
**does [52]** 5/20 14/12 15/10 17/4 21/21 21/24 22/6 22/22 27/7 29/19 30/17 30/21 32/18 35/17 39/24 40/12 45/14 45/16 55/15 58/11 59/18 67/8 69/13 70/9 74/7 75/25 76/5 78/9 79/17 79/21 80/12 81/4 81/9 83/4 83/7 83/12 93/20 95/18 95/20 95/22 96/14 97/19 103/1 103/12 106/2 111/8 114/3 116/15 116/16 120/3 129/5
**doesn't [8]** 6/16 32/18 42/3 44/18 44/22 76/24 81/22 112/21
**doing [12]** 13/2 44/10 46/21 46/24 53/11 59/22 64/3 64/6 64/9 66/15 123/18 131/1
**don't [92]** 8/3 8/17 8/17 18/8 9/3 20/16 28/12 28/25 29/3 29/6 31/2 37/13 38/2 39/21 41/5 42/13 44/22 45/7 45/8 45/9 46/9 46/11 46/22 50/18 51/23 52/17 52/25 56/12 56/17 57/3 57/23 59/8 59/25 62/16 62/17 62/17 66/25 69/22 71/16 72/11 72/13 72/20 73/6 73/17 73/17 74/20 76/12 76/13 78/20 78/24 79/20 83/9 84/11 84/18 85/19 104/17 104/18 105/11 105/13 105/18 105/19 105/20 105/24 105/25 106/14 106/15 106/22 106/22 106/22 107/6 107/18 107/24 107/25 112/7 113/5 116/11 116/22 117/14 117/16 117/18 117/20 119/1 119/5 119/5 119/22 122/14 123/11 123/24 127/23 129/10 130/18 132/11
**done [9]** 32/22 33/6 63/13 64/25 83/21 90/11 110/18 121/17 127/6
**door [4]** 63/4 84/18 84/19 89/19
**doors [2]** 84/9 113/18
**double [1]** 21/21
**double-check [1]** 21/21
**doubt [4]** 75/23 76/8 76/24 77/4
**Douglas [8]** 19/11 37/6 38/19 58/1 58/2 59/10 67/15 86/23
**Dovel [15]** 2/2 2/4 4/9 4/12 4/17 13/2 13/12 13/14 13/14 65/9 65/13 75/10 77/12 80/7 130/14
**Dovel's [1]** 81/16
**down [12]** 21/5 24/16 32/5 36/8 40/10 57/10 65/21 65/24 73/11 112/19 114/12 126/17
**downstream [1]** 79/14
**Dr. [5]** 59/10 59/11 60/2 86/23 87/18
**Dr. Douglas [2]** 59/10 86/23
**Dr. Gary [1]** 87/18
**Dr. Knowles [2]** 59/11 60/2
**draw [1]** 79/9
**drill [1]** 40/10
**driver [2]** 53/3 58/10
**driver's [1]** 18/8
**drop [1]** 86/7
**dropped [1]** 122/9
**duly [3]** 10/9 90/2 115/15
**dumped [1]** 122/7
**Dunn [1]** 2/16
**duped [1]** 118/11 119/4
**duplicated [1]** 118/8
**duplication [2]** 12/9 93/4
**during [16]** 10/1 13/7 14/23 15/5 29/17 90/24 91/25 97/2 97/3 97/4 103/22 108/3 109/8 109/24 112/25 113/3
**duties [3]** 48/24 90/9 117/3
**duty [8]** 10/6 24/8 31/20 90/5 91/2 91/16 100/15 103/23

**E**

**E-V-E-S [1]** 23/16
**each [23]** 10/14 17/24 20/7 37/10 37/11 83/5 83/6 83/24 85/8 85/17 90/15 94/6 94/11 95/4 95/8 99/10 107/11 110/6 111/1 111/12 111/16 130/21 131/2
**Eagle [1]** 57/13
**earlier [3]** 46/22 114/20 128/1
**early [6]** 47/20 56/5 111/22 111/23 111/24 132/7
**easier [2]** 45/5 45/10
**eBay [1]** 43/7
**economics [1]** 51/6
**Edelson [9]** 2/7 13/18 13/21 14/1 116/19 117/1 117/3 117/4 123/17
**education [6]** 37/17 37/19 48/6 52/25 55/14 56/4 57/15 58/3 58/16 61/14
**effective [1]** 78/17
**efficiency [1]** 48/10
**efficient [5]** 18/14 20/20 82/1 109/14 109/25
**effort [2]** 12/9 93/4
**eight [16]** 18/14 18/14 34/6 34/10 41/6 54/14 84/10 84/11 84/14 85/9 85/10 85/20 85/23 86/9 89/7 112/1
**eight-person [3]** 84/14 85/10 89/6
**either [33]** 14/11 14/21 17/20 22/9 23/3 24/11 28/20 33/16 37/9 37/21 39/11 40/1 40/2 44/20 45/9 45/20 46/12 49/5 49/7 62/18 62/23 63/9 63/17 67/1 94/23 97/1 101/15 109/10 110/11 119/13 121/4 125/10 126/4
**electrical [2]** 54/18 60/9
**electronic [5]** 5/13 105/14 122/16 122/18 123/4
**electronically [2]** 122/17 130/10
**elements [7]** 83/2 83/5 83/11 94/12 95/9 98/10 98/11
**elevator [2]** 62/21 106/18
**Eleventh [1]** 60/22
**else [34]** 13/6 25/2 25/8 25/15 26/1 34/13 35/13 36/10 37/13 37/16 37/23 38/3 38/18 38/25 39/5 41/7 47/18 62/8 67/12 68/8 70/9 79/7 79/7 79/15 80/15 84/13 89/25 90/4 104/1 107/24 113/5 113/6 113/8 120/9
**email [2]** 47/4 105/14
**embarrass [2]** 20/2 20/16
**Embassy [1]** 60/21
**empathize [1]** 72/22
**emphasis [1]** 58/24
**employed [4]** 25/16 56/23 58/9 58/20
**employers [1]** 104/4
**employment [4]** 52/9 54/20 57/16 58/20
**encountered [1]** 23/10
**encourage [1]** 96/22
**encouraging [1]** 96/19
**end [18]** 10/15 17/23 29/14 32/17 63/8 77/2 85/20 90/14 90/20 91/2 91/13 93/23 103/17 103/24 105/10 108/17 113/4 121/2
**ended [2]** 125/13 125/14
**ends [2]** 117/5 128/20
**engage [2]** 16/10 91/22
**engaged [1]** 91/21
**engagement [1]** 52/14
**engineer [2]** 53/21 54/18
**engineering [5]** 52/1 52/6 52/9 53/21 60/9
**Engineers [1]** 51/12
**engines [1]** 32/24
**English [4]** 16/3 30/21 30/22 54/5
**enjoy [5]** 51/13 52/15 53/10
**enjoyable [1]** 41/6
**enjoys [1]** 69/3
**enough [5]** 47/20 106/16 114/18 130/4 130/4
**ensure [4]** 20/12 107/9 112/1 121/17
**entered [1]** 9/14
**entire [3]** 72/4 107/14 111/9
**entirely [1]** 91/1
**entitled [3]** 33/14 74/13 133/8
**entity [4]** 11/3 11/10 92/6 92/10
**entries [1]** 124/23
**enunciating [2]** 55/4 60/3
**epileptic [1]** 57/11
**equality [1]** 17/1
**equipment [1]** 52/10
**error [1]** 109/19
**essentially [8]** 73/19 117/5 119/10 120/22 125/22 126/6 126/8 130/7
**ethnicity [1]** 16/23
**Eureka [1]** 50/24
**evaluate [1]** 91/3
**Eve [1]** 13/22
**Eve-Lynn Rapp [1]** 13/22
**even [24]** 7/17 7/21 8/1 8/4 8/12 16/2 16/17 31/2 33/5 39/19 65/19 65/23 72/23 77/9 83/17 96/12 104/12 104/14 104/17 104/17 106/3 106/22 109/21 130/5

**ever [15]** 15/25 22/8 33/15 33/18 37/20 38/3 39/11 40/18 41/11 43/17 45/20 46/6 47/3 47/10 68/17
**every [4]** 21/7 21/11 84/16 118/17
**everybody [6]** 41/25 62/8 80/15 84/9 84/12 112/5
**everybody's [1]** 83/14
**everyone [9]** 15/1 17/22 21/2 29/10 65/4 66/1 74/12 89/24 90/4
**everyone's [1]** 31/12
**everything [8]** 10/19 21/5 24/23 84/15 102/25 105/8 106/24 128/3
**everywhere [1]** 17/11
**Eves [2]** 23/16 132/14
**evict [1]** 38/20
**evidence [87]** 8/9 31/15 32/19 32/24 32/25 48/12 48/19 75/17 75/23 77/6 77/9 80/11 80/16 80/25 81/2 81/7 81/19 81/21 82/14 82/18 82/19 90/25 91/3 91/9 91/17 91/21 94/9 94/13 94/15 95/7 95/9 95/11 96/5 98/6 98/12 98/16 98/17 98/18 98/20 98/21 98/25 99/4 99/5 99/6 100/1 100/2 100/6 100/11 100/11 100/15 100/17 100/23 101/7 101/17 101/9 101/10 101/12 101/14 101/15 101/17 101/22 101/24 102/4 102/4 102/6 102/7 102/8 102/10 102/19 102/21 103/8 103/10 103/11 103/20 107/1 107/10 108/1 108/4 108/7 108/23 109/18 109/18 110/7 110/8 111/10 122/13 125/24
**exactly [3]** 56/17 62/13 131/2
**examination [9]** 110/14 110/14 110/17 110/17 110/19 111/8 115/20 130/2 130/19
**examine [2]** 83/5 115/19
**examined [2]** 111/5 111/6
**examining [1]** 64/16
**example [4]** 77/10 78/11 101/18 101/21
**Excel [4]** 116/7 118/6 119/6 119/8
**excellent [1]** 63/6
**except [1]** 104/11
**excerpt [1]** 110/22
**excerpts [1]** 99/14
**exciting [1]** 75/8
**exclude [4]** 123/3 123/3 123/6 127/18
**excluded [4]** 88/25 100/19 127/24 129/19
**exclusively [1]** 108/1
**excuse [17]** 20/8 26/2 26/6 26/10 27/22 30/1 49/7 62/8 84/12 86/19 86/23 87/1 87/6 87/17 88/17 89/24 111/18
**excused [13]** 18/16 20/5 20/11 26/3 26/12 28/6 28/10 30/4 86/21 87/3 88/24 90/5 111/19
**excused/not [1]** 88/24
**excusing [2]** 63/14 84/25
**executive [1]** 55/11
**exercise [7]** 55/15 62/7 68/5 85/19 85/20 85/22 88/22
**exhausted [1]** 29/24
**exhibit [10]** 5/12 5/12 102/8 102/12 102/15 116/8 117/21 122/12 123/10 125/2
**exhibits [11]** 5/8 5/10 9/21 48/8 48/14 98/25 100/1 101/1 115/24 123/23 128/14
**expect [4]** 31/10 66/2 99/14 107/18
**expects [1]** 110/8
**expense [2]** 12/9 93/4
**Experian [1]** 117/16
**experience [14]** 17/19 35/10 35/10 35/15 35/15 39/14 40/8 41/7 41/14 74/25 80/14 80/20 80/23 102/5
**experiences [6]** 49/3 49/3 49/9 81/13 81/20 83/15
**experiments [1]** 28/2
**expert [2]** 7/24 8/10
**explain [11]** 23/5 77/8 84/15 91/16 94/9 98/13 98/24 101/3 109/7 124/15 125/19
**explained [1]** 124/15
**explanation [2]** 102/2 120/9
**explanations [1]** 10/13
**exposed [2]** 103/21 107/16
**express [11]** 11/10 12/4 12/18 22/18 79/20 92/11 92/24 93/13 97/15 97/16 97/19
**expressly [1]** 80/4
**extent [1]** 128/19
**eye [2]** 24/21 26/4

**F-O-L-T-Z [1]** 19/2
**face [2]** 72/6 82/13
**fact [11]** 20/13 81/17 93/19 96/13 101/10 101/13 101/20 101/25 102/3 103/1 103/12
**factors [3]** 24/12 103/11 128/15
**facts [23]** 10/20 31/4 31/5 31/15 48/3 48/8 48/11 48/13 48/14 48/16 81/11 82/18 83/17 91/4 91/4 98/22 98/25 99/2 100/3 100/12 101/12 102/22 107/7
**factual [2]** 33/8 76/15
**factually [1]** 32/1
**fad [1]** 59/1
**fair [11]** 20/13 20/14 20/14 33/1 75/21 75/25 76/7 82/20 89/2 89/3 107/10
**fairly [4]** 15/25 48/23 82/19 129/25
**fairness [7]** 17/1 31/13 32/11 32/22 49/6 49/8 107/13
**Falls [2]** 57/20 60/7
**familiar [4]** 23/11 23/12 23/21 67/15
**familiarity [1]** 117/12
**family [15]** 23/9 35/18 37/20 38/4 39/10 40/17 41/10 41/14 42/14 57/12 58/5 58/16 58/21 58/23 104/4
**fan [1]** 78/20
**far [2]** 52/17 69/23
**fashion [2]** 114/3 129/25
**fashioned [1]** 115/14
**FCRR [2]** 2/22 133/12
**feature [1]** 105/16
**featured [3]** 12/16 22/16 93/11
**federal [9]** 10/24 11/1 46/6 47/5 47/7 66/15 75/4 92/5 104/21
**feel [17]** 20/10 20/17 45/4 65/21 65/24 66/20 74/13 76/15 79/2 82/1 82/3 83/4 89/1 104/9 105/11 109/3 113/22
**feeling [3]** 29/22 40/2 80/3
**feelings [14]** 39/25 40/3 40/4 40/13 40/15 41/1 47/24 48/4 48/22 65/20 65/24 71/1 72/13 83/7
**feels [7]** 24/9 26/4 31/6 33/3 33/10 46/3 48/21 65/18 69/9
**fellow [7]** 91/16 91/20 91/25 103/16 105/23 108/14 108/25
**few [20]** 11/14 13/10 17/6 19/21 22/21 40/3 40/6 61/25 66/3 69/22 90/9 94/10 98/24 103/14 111/18 115/23 122/7 128/11 130/15 131/15
**fifth [2]** 2/17 21/8
**figure [2]** 62/10 71/15
**file [1]** 127/22
**filed [4]** 39/12 67/5 130/10 130/10
**filing [3]** 12/6 39/21 93/1
**fill [3]** 10/3 18/18 69/9
**filled [1]** 18/22
**filling [1]** 10/2
**final [9]** 18/2 87/11 87/15 90/15 111/11 118/17 123/14 124/23 128/4
**finally [2]** 101/5 106/1
**financial [1]** 54/20
**find [13]** 9/3 69/3 73/12 76/22 81/17 91/5 94/11 95/7 97/21 101/13 101/20 106/3 121/19
**fine [10]** 55/1 72/2 76/18 85/19 104/6 104/7 106/12 111/25 114/10 128/8
**firm [6]** 13/14 13/19 13/21 15/1 15/6 123/17
**firms [6]** 13/8 14/12 14/24 15/12 21/21 22/5
**first [35]** 16/3 18/6 18/11 18/19 20/23 21/15 24/17 24/18 26/2 26/7 34/4 34/14 42/16 47/12 66/6 66/14 66/19 66/22 66/24 67/14 67/25 69/24 70/23 74/10 85/20 85/23 85/24 86/17 86/22 103/15 110/13 112/16 126/14 132/14 132/18
**fishing [1]** 51/13
**fit [1]** 81/22
**fitness [1]** 55/13
**five [3]** 55/9 63/1 64/13
**FL [1]** 2/14
**flip [1]** 44/23
**floor [1]** 112/16
**Florida [1]** 59/16
**fly [1]** 51/13
**focus [2]** 24/23 130/9
**focuses [1]** 58/23

## F

**folks [7]** 14/14 15/14 18/15 18/16 42/8 61/24 70/25
**follow [7]** 31/1 31/8 43/3 78/22 91/7 101/4 132/2
**follow-up [1]** 132/2
**followed [1]** 110/24
**following [5]** 23/2 91/7 93/25 94/17 110/5
**Folly [1]** 82/8
**Foltz [5]** 19/2 24/19 24/20 25/7 26/2
**foods [2]** 58/25 58/25
**Force [2]** 58/14 58/15
**foregoing [1]** 133/6
**foreman [1]** 35/7
**forensic [2]** 36/23 52/11
**forensics [1]** 117/4
**foreperson [2]** 35/6 74/23
**Forest [1]** 55/10
**forewoman [1]** 35/7
**forget [1]** 21/11
**forgot [1]** 116/16
**form [6]** 10/16 48/19 98/4 111/13 111/13 111/17
**formerly [1]** 52/11
**forms [1]** 49/13
**forth [1]** 85/17
**Forum [1]** 13/23
**forward [1]** 132/6
**Foster [10]** 2/13 4/23 14/17 15/4 115/19 115/22 115/25 119/24 129/1 132/3
**Foundation [1]** 131/17
**founded [1]** 16/3
**founding [1]** 16/2
**four [6]** 9/2 59/15 59/19 61/12 65/15 89/8
**four-and-a-half-month-old [1]** 61/12
**fourth [2]** 21/8 54/19
**framers [1]** 16/16
**Franciso [1]** 2/8
**frankly [6]** 31/7 46/8 90/24 104/19 109/21 130/8
**Franzini [4]** 2/3 4/9 6/2 13/17
**free [5]** 104/9 105/11 109/4 119/14 120/15
**freedom [1]** 17/2
**Friday [7]** 24/3 24/4 24/5 29/15 30/14 104/8 104/12
**friend [3]** 36/4 37/20 40/18
**friends [7]** 35/18 35/23 35/24 38/4 39/10 41/10 41/15
**front [12]** 17/20 18/21 18/21 34/13 36/13 36/20 46/18 89/9 89/10 112/10 112/16 112/20
**frustrate [1]** 74/1
**fulfill [1]** 48/23
**full [4]** 25/10 25/11 115/17 115/18
**full-time [1]** 25/10
**fully [1]** 91/22
**function [1]** 45/17
**further [7]** 9/11 10/13 18/10 80/13 127/22 132/1

## G

**games [1]** 57/1
**gaming [1]** 54/7
**garden [1]** 101/25
**gardening [1]** 53/10
**Gary [9]** 19/12 35/1 35/8 35/23 39/1 39/17 43/5 59/12 87/18
**gave [6]** 78/6 78/11 78/13 79/1 81/1 83/10
**general [3]** 45/19 50/1 96/12
**generally [13]** 9/21 38/21 38/22 38/22 40/1 41/2 44/20 47/19 50/20 129/18 129/20 131/14 131/19
**generated [2]** 129/23 129/24
**generous [1]** 121/2
**George [1]** 16/11
**get [57]** 5/6 7/15 7/20 7/22 7/23 8/6 8/11 22/20 24/16 25/7 25/13 27/21 29/4 29/24 31/11 32/7 32/13 32/13 32/14 33/19 40/4 40/21 46/13 46/14 50/9 53/23 56/12 62/25 63/23 64/17 67/20 68/9 68/11 70/15 70/21 71/8 71/12 71/14 74/6 82/17 82/24 85/19 90/16 104/24 105/23 109/6 111/22 111/23 111/24 115/10 118/17 119/17 119/19 123/20 128/3 128/9 132/13
**gets [4]** 32/12 66/23 70/6 111/23

**getting [7]** 22/22 32/9 45/14 78/5 78/10 78/25 118/16
**Gidley [1]** 23/18
**girl [3]** 36/13 54/14 54/24
**give [43]** 10/11 20/9 21/10 23/3 23/25 27/20 29/18 32/4 48/11 77/6 77/9 78/1 78/24 79/3 79/18 79/25 83/1 84/13 86/15 87/21 87/23 90/10 90/15 91/5 96/7 101/3 101/16 101/18 109/5 109/5 111/10 111/12 113/1 113/5 114/9 115/17 127/17 127/24 128/4 128/18 129/25 132/16 132/17
**given [9]** 16/8 21/7 88/24 101/15 108/6 121/8 122/15 122/22 128/24
**gives [1]** 72/24
**giving [4]** 10/14 80/5 90/13 130/3
**glad [3]** 27/3 30/10 67/22
**Gladstone [2]** 57/8 57/15
**go [37]** 7/22 23/24 24/3 24/4 24/16 27/7 34/14 35/24 46/19 50/19 55/22 57/1 62/5 63/14 64/17 69/23 70/13 82/1 82/5 83/4 84/4 85/17 88/17 89/18 90/12 91/13 108/14 109/12 109/14 111/14 111/18 112/16 112/25 113/2 114/23 120/20 123/11
**goes [2]** 30/13 121/20
**going [83]** 8/9 10/4 10/18 13/10 14/15 18/5 18/15 20/23 23/24 26/13 27/18 27/20 27/23 38/13 42/9 48/25 49/14 53/10 57/5 61/24 62/19 62/22 62/23 65/7 65/22 65/23 66/5 69/20 70/3 70/15 70/17 70/18 70/25 71/8 71/12 71/15 71/25 72/15 73/4 73/21 73/23 73/25 74/1 74/5 75/3 77/8 80/8 80/10 81/16 82/3 82/5 83/1 83/2 83/20 84/4 84/6 88/16 89/8 90/8 90/11 90/12 90/18 90/19 101/3 104/5 104/10 104/11 105/15 105/18 105/20 106/12 106/21 107/19 108/10 108/20 111/18 112/3 112/23 113/1 115/23 123/8 128/1 128/17
**golf [1]** 59/24
**golfing [1]** 53/10
**gone [3]** 56/22 85/6 85/12
**good [44]** 4/11 4/13 4/17 4/21 4/23 4/25 5/24 6/3 7/14 14/25 15/22 17/2 25/6 28/17 28/18 29/21 29/21 35/10 35/12 35/15 36/4 36/9 37/1 53/16 54/6 63/8 63/10 64/12 65/11 65/12 69/8 69/12 76/4 77/2 77/17 80/24 82/4 82/17 82/18 91/24 106/23 114/18 115/22 116/1
**goods [2]** 96/19 96/23
**Google [3]** 126/18 126/22 126/22
**got [27]** 6/11 8/15 33/22 49/16 54/4 59/18 62/14 66/1 66/8 66/12 67/20 70/24 71/14 72/17 74/4 75/19 76/1 76/2 78/19 78/19 82/23 87/25 115/24 116/5 123/25 126/12 126/12
**gotten [2]** 22/20 67/4
**government [5]** 17/8 17/10 17/12 17/14 17/15
**grade [3]** 54/19 54/19 60/22
**graduate [2]** 56/21 58/18
**Graham [1]** 2/16
**grand [1]** 33/17
**grant [1]** 109/22
**granting [1]** 110/1
**great [6]** 16/10 32/24 64/18 66/12 78/19 78/20
**greatest [1]** 80/10
**Greg [4]** 2/2 4/17 13/14 65/13
**Greg Dovel [1]** 13/14
**grew [3]** 41/19 51/19 58/3
**group [6]** 12/8 13/23 14/1 20/23 21/16 93/2
**guaranteed [1]** 16/5
**Guard [1]** 52/1
**guess [11]** 39/13 40/6 67/25 69/23 71/4 72/12 74/18 79/14 81/25 98/7 102/17
**guitar [1]** 59/6

## H

**H-A-U-G-E-R [1]** 19/1
**H-E-B-E-R-L-I-N-G [1]** 19/13
**had [32]** 5/23 7/14 7/21 8/1 8/22 12/17 15/17 16/11 22/17 24/22 36/15 37/14 37/14 39/18 41/11 46/6 47/8 56/21 79/13 81/20 88/22 93/12 97/19 99/21 107/11 117/12 122/7 125/20 125/21 125/24 126/6 126/7
**hadn't [1]** 71/5
**half [4]** 23/24 24/2 29/10 61/12
**hallway [6]** 62/5 62/20 84/4 84/8 84/17 106/18
**hand [19]** 10/7 20/25 21/17 21/23 29/17 30/23 34/25 36/19 40/21 41/16 43/4 44/10 44/22 46/18 47/2 67/5 79/17 108/9

**hand... [1]** 125/4
**handed [1]** 5/11
**handle [1]** 81/5
**handling [1]** 9/20
**hands [26]** 14/12 14/14 15/13 15/15 15/17 21/25 22/5 22/24 23/22 24/5 24/6 24/15 27/4 27/6 30/24 31/9 31/10 31/12 33/11 37/18 41/21 42/8 44/4 48/24 49/11 106/1
**hang [4]** 45/3 45/5 45/10 68/1
**happen [5]** 29/3 76/17 85/22 104/23 107/20
**happened [6]** 71/16 76/16 80/16 80/20 80/21 80/22
**happy [1]** 123/10
**hard [2]** 32/13 69/2
**hardship [1]** 24/10
**has [77]** 11/10 12/20 15/15 15/17 16/1 17/7 18/10 22/6 22/7 22/25 31/19 35/13 37/16 38/2 38/3 40/16 41/23 42/1 42/5 43/12 45/20 45/22 45/24 47/3 47/22 50/1 50/2 50/3 52/8 53/2 53/3 54/17 59/5 60/9 60/10 60/11 61/9 62/14 69/9 69/20 73/12 80/14 81/7 81/12 83/18 85/8 87/9 87/10 88/20 91/18 92/10 93/20 94/11 94/14 95/8 95/11 98/8 98/10 98/14 98/16 100/21 102/3 104/21 105/12 106/4 107/11 107/21 111/2 111/10 111/13 121/17 122/22 123/3 124/16 126/24 127/1
**hasn't [1]** 79/20
**Hauger [12]** 19/1 34/5 37/2 46/8 50/23 50/24 51/17 71/23 72/2 79/9 88/5 89/15
**have [289]**
**haven't [6]** 8/1 49/10 56/19 56/22 68/22 69/19
**having [8]** 12/3 20/9 23/4 72/12 72/21 81/13 92/24 109/10
**he [33]** 6/2 8/22 8/23 14/1 14/2 14/7 15/3 36/5 36/16 36/16 42/19 42/21 49/21 49/23 50/14 52/23 53/2 53/3 54/18 55/15 55/16 57/11 60/7 60/11 63/24 63/24 63/25 84/24 86/11 112/20 122/9 129/14 129/14
**head [2]** 6/11 81/16
**Health [2]** 58/21 58/22
**healthy [1]** 56/11
**hear [27]** 8/20 8/22 9/4 9/8 9/11 11/14 20/24 21/3 32/15 42/13 42/15 59/9 67/12 68/25 71/8 71/12 71/16 73/3 76/5 76/13 89/13 101/6 103/5 107/20 108/7 108/8 126/1
**heard [30]** 15/13 15/16 22/25 37/25 40/8 40/9 46/6 46/8 66/6 66/14 66/19 66/20 66/24 69/19 69/24 70/10 70/23 71/5 74/10 75/3 79/22 80/7 80/25 81/2 81/7 81/8 81/19 101/5 101/11
**hearing [9]** 3/6 30/19 63/12 63/19 71/25 80/19 80/20 109/9 128/25
**hearsay [3]** 122/6 122/10 122/12
**heart's [1]** 105/17
**Heberling [8]** 19/13 60/3 60/4 60/4 60/17 66/24 88/11 89/23
**held [3]** 73/24 84/1 96/11
**hello [1]** 106/22
**help [9]** 20/4 50/9 57/11 57/11 72/21 91/23 100/10 110/8 121/5
**helped [1]** 15/5
**helps [1]** 67/17
**her [14]** 10/14 13/15 21/24 41/19 41/20 41/20 52/8 94/8 94/12 94/15 95/6 98/14 98/15 111/2
**here [78]** 7/16 10/6 12/7 14/21 15/2 15/16 15/20 18/8 21/4 21/21 22/12 23/4 24/9 25/1 26/10 26/13 26/16 29/9 30/6 30/17 31/6 33/3 33/10 35/17 37/16 39/24 40/13 40/21 41/14 41/23 45/14 45/18 45/20 45/24 47/3 48/4 48/6 48/21 55/24 61/24 63/5 63/23 66/1 67/4 67/8 68/2 68/4 69/6 70/25 71/17 72/3 72/6 72/23 73/5 73/15 73/17 83/14 84/5 84/22 89/6 93/22 99/6 99/10 104/19 108/18 111/22 111/24 113/14 113/19 114/1 115/10 115/13 122/19 122/23 128/6 129/9 129/22 130/6
**heritage [1]** 16/2
**herself [2]** 11/16 92/14
**Hey [1]** 78/18
**Hi [1]** 79/1
**high [4]** 36/13 56/21 57/15 60/23
**highly [1]** 122/6
**hike [1]** 56/9
**hiking [3]** 54/7 55/18 60/15
**him [8]** 13/7 14/2 14/6 57/11 63/12 114/1 122/25 128/6
**himself [1]** 13/6
**his [10]** 10/14 13/6 13/6 15/2 15/6 43/10 55/8 82/22 83/10

123/18
His Honor [1] 82/22
**histories [1]** 131/25
**Hobbies [7]** 50/19 52/15 54/7 55/18 57/1 57/22 59/5
**hold [4]** 67/9 69/7 93/15 123/25
**holes [1]** 122/5
**home [23]** 42/2 42/4 42/6 42/10 42/12 42/15 42/21 42/22 43/6 43/13 44/7 49/21 52/22 53/17 54/13 55/6 55/25 58/7 59/14 60/6 61/8 68/12 108/18
**homes [2]** 50/9 50/10
**honest [8]** 65/17 65/21 65/23 66/4 68/1 73/14 74/16 74/20
**honestly [1]** 74/18
**honesty [4]** 65/17 65/17 66/19 69/25
**Honor [59]** 4/4 4/11 4/13 4/16 4/17 4/23 4/25 5/4 5/5 5/11 5/13 6/3 6/10 6/22 7/10 7/12 8/2 8/19 8/25 9/5 9/10 13/3 13/13 13/24 15/8 63/18 64/5 65/10 66/16 66/18 70/14 70/20 70/22 71/10 75/12 82/22 82/25 83/10 83/21 85/3 88/13 113/10 114/21 115/8 115/12 116/3 120/1 122/4 122/16 122/20 123/5 123/11 123/13 123/21 124/5 124/10 127/20 132/1 132/4
**HONORABLE [1]** 1/13
**hope [1]** 26/3
**hoping [1]** 75/7
**horizontal [1]** 116/15
**hose [1]** 102/1
**hospice [1]** 58/22
**hotel [1]** 64/16
**Hough [3]** 2/6 4/13 13/19
**hour [2]** 29/13 29/13
**hours [2]** 41/6 122/7
**house [9]** 11/7 15/3 42/2 42/4 42/6 42/11 42/12 43/13 51/1
**how [40]** 5/20 7/16 8/3 8/18 31/10 34/17 35/9 35/10 36/2 36/6 38/11 38/14 42/11 44/14 44/1 44/7 44/9 46/14 65/21 65/24 71/6 72/3 73/18 73/22 73/24 81/16 81/23 83/10 83/14 101/16 103/1 109/17 111/22 111/23 113/2 113/22 120/9 126/3 126/20
**however [3]** 95/18 96/2 101/24
**huh [1]** 127/13
**human [1]** 15/25
**hundreds [2]** 76/13 76/14
**hurt [2]** 65/20 65/23
**husband [13]** 38/9 49/21 50/1 50/14 52/23 53/2 54/13 54/17 55/7 55/12 55/14 56/1 60/9

**I**

**I'd [1]** 81/25
**I'll [40]** 8/23 10/11 13/4 21/11 21/19 22/13 23/5 23/13 25/7 26/2 29/18 32/4 32/6 35/9 49/15 57/4 62/1 62/3 62/4 62/8 84/15 85/24 86/15 87/11 87/15 90/11 92/18 98/24 100/20 101/2 109/5 109/7 109/23 110/18 110/19 111/10 116/11 123/12 128/8 128/12
**I'm [88]** 7/2 7/20 8/11 9/7 10/4 10/18 13/3 13/14 14/15 15/1 10/23 25/6 25/16 26/17 27/20 29/5 29/5 37/6 38/13 42/9 45/1 49/19 49/21 50/7 51/8 52/3 52/7 53/2 53/9 53/16 54/2 54/11 54/20 55/5 55/7 55/23 55/25 57/13 58/2 58/20 59/3 59/5 59/17 61/6 62/19 64/8 65/22 66/5 67/22 68/22 69/20 72/8 76/4 76/22 77/8 78/16 81/15 82/4 83/2 83/21 84/25 88/16 90/13 90/18 90/19 90/21 95/1 105/3 105/4 106/12 106/19 106/20 106/23 111/18 116/6 116/7 116/25 117/4 117/21 118/14 119/21 121/21 123/10 127/3 128/17 128/25 131/7 131/7
**I've [23]** 6/10 8/4 18/13 21/20 22/1 22/2 22/6 24/22 27/1 28/19 30/8 37/6 47/11 48/22 78/18 87/25 98/8 98/13 100/22 111/6 117/12 118/16 122/7
**idea [4]** 7/15 7/16 8/3 78/15
**ideals [2]** 16/22 16/25
**identified [3]** 14/2 15/13 123/4
**identifies [1]** 120/6
**identify [2]** 4/8 115/6
**ignore [8]** 68/13 68/15 68/16 91/8 102/16 102/19 107/19 107/22
**III [1]** 16/11
**illegal [1]** 68/19
**imagine [1]** 72/4
**immediate [5]** 37/19 38/4 39/9 40/17 41/9
**immediately [2]** 80/12 107/17
**impairments [1]** 30/17

**I**

**impartial [2]** 89/3 89/4
**impartially [2]** 16/1 48/23
**important [13]** 10/19 16/1 16/16 16/24 17/5 17/10 31/13 40/6 48/2 68/14 72/5 82/22 91/9
**impossible [1]** 24/13
**impractical [1]** 24/13
**impressions [1]** 10/16
**improper [1]** 100/16
**in-house [1]** 15/3
**inaccuracies [1]** 129/5
**inaccurate [1]** 129/19
**inactive [1]** 121/14
**inadmissible [1]** 122/13
**inappropriate [1]** 105/3
**INC [4]** 1/7 4/6 11/20 92/18
**incessantly [1]** 80/4
**include [2]** 13/21 44/10
**included [1]** 116/15
**includes [2]** 11/12 92/2
**including [5]** 16/25 97/24 104/6 112/6 128/15
**inconvenient [1]** 24/8
**Incorporated [3]** 11/20 14/16 92/18
**independence [3]** 16/6 16/9 16/13
**independent [2]** 32/21 81/4
**INDEX [1]** 3/1
**indicate [3]** 5/8 98/5 126/1
**indicating [1]** 80/5
**indication [1]** 110/2
**indifferent [2]** 35/11 35/12
**indistinguishably [1]** 41/24
**individual [10]** 11/12 11/15 12/25 39/7 47/21 79/10 92/3 93/24 94/12 98/15
**individual's [1]** 18/3
**individuals [8]** 11/17 12/14 14/11 15/11 22/13 30/9 92/15 93/8
**industry [1]** 40/20
**ineffective [1]** 69/10
**infantry [1]** 60/21
**inferring [1]** 101/22
**influence [1]** 81/5
**influenced [3]** 91/11 100/17 108/24
**inform [1]** 47/16
**information [17]** 5/6 10/12 10/17 33/2 36/2 36/5 49/12 70/19 71/18 71/21 74/19 80/5 81/12 103/22 105/21 107/17 109/17
**initial [2]** 10/5 70/10
**initiation [1]** 96/18
**injury [1]** 66/9
**inquiries [1]** 8/22
**inside [1]** 11/7
**insofar [1]** 99/18
**installation [1]** 25/18
**instance [2]** 83/13 118/16
**instead [2]** 99/20 118/8
**Institute [1]** 51/11
**instruct [9]** 30/25 31/4 31/8 48/16 48/20 62/19 99/3 100/20 103/24
**instructed [2]** 100/22 102/21
**instructing [1]** 106/19 106/20
**instruction [3]** 62/23 79/20 101/4
**instructions [19]** 3/5 10/13 10/15 24/1 62/24 77/7 83/1 84/13 88/17 90/10 90/14 90/15 90/21 90/24 91/7 103/20 107/1 108/2 111/11
**instructs [2]** 31/2 31/16
**insulted [2]** 20/10 89/1
**Intel [1]** 61/16
**intend [1]** 123/9
**intended [3]** 12/9 93/4 100/10
**intending [1]** 97/7
**interactions [1]** 14/13
**interchangeably [2]** 11/5 95/3
**interest [2]** 93/18 103/6
**interested [1]** 79/6

**interesting [5]** -17/18 28/10 28/13 73/12 73/13
**interfere [2]** 30/2 189/24
**international [2]** 50/3 53/4
**Internet [14]** 31/11 32/12 33/5 43/11 50/20 51/16 53/12 53/24 55/2 57/24 61/22 105/15 106/10 107/5
**Internet-based [1]** 43/11
**internship [1]** 25/11
**interpret [1]** 100/10
**interrupt [1]** 121/24
**interrupts [1]** 67/21
**interview [1]** 25/11
**interviewed [1]** 18/7
**interviewer [2]** 36/24 52/11
**introduce [3]** 12/22 13/5 14/20
**invalid [2]** 126/9 126/13
**invention [1]** 66/12
**investigation [1]** 107/7
**investment [2]** 96/19 96/22
**investor [1]** 22/10
**invite [4]** 62/1 62/3 65/7 84/4
**involved [6]** 52/13 57/19 67/16 75/1 104/16 104/17
**involvement [2]** 41/11 59/23
**involves [3]** 39/6 47/21 103/22
**involving [1]** 37/7
**iPhones [1]** 106/8
**is [418]**
**Island [1]** 49/20
**isn't [1]** 80/10
**isotopes [1]** 50/15
**issue [11]** 7/19 8/24 63/13 71/19 72/19 72/20 96/5 96/7 121/7 127/9 129/20
**issues [14]** 29/4 30/19 31/24 47/11 72/11 103/22 104/17 105/2 105/21 105/25 106/14 107/22 117/7 128/14
**it [314]**
**it's [12]** 16/20 24/8 30/25 32/7 32/13 43/23 68/12 68/13 71/6 76/1 81/13 120/5
**its [7]** 12/17 16/4 17/4 22/17 81/16 93/12 96/8
**itself [2]** 16/17 115/1

**J**

**J-A-I-R-O [1]** 25/9
**J-A-R-E-N [1]** 19/10
**Jacobson [3]** 2/4 4/15 13/17
**Jairo [2]** 19/6 25/9
**Jamestown [1]** 16/4
**January [5]** 118/22 119/1 123/21 124/1 131/6
**January 2019 [2]** 123/21 124/1
**Jaren [9]** 19/10 57/7 57/8 57/25 68/9 68/11 68/24 87/13 87/14
**Jeff [2]** 57/8 68/11
**Jefferson [1]** 16/8
**Jeffrey [2]** 19/10 26/21
**jeopardize [1]** 32/22
**jeopardizes [2]** 32/11 107/12
**Jeremiah [4]** 56/16 65/18 76/11 80/19
**Jerimiah [1]** 19/9
**job [10]** 28/2 30/25 31/3 31/4 35/19 50/11 50/12 59/21 60/13 117/3
**jobs [1]** 51/10
**John [5]** 2/10 4/21 15/1 23/19 77/18
**Jonas [3]** 2/4 4/15 13/17
**Josh [1]** 15/3
**Joshua [1]** 15/6
**jot [1]** 32/5
**judge [22]** 1/14 4/21 9/17 14/18 14/25 30/25 31/2 31/16 36/4 64/8 64/11 64/15 77/13 83/1 85/5 86/7 86/14 104/21 105/11 112/19 113/12 114/5
**Judge Simon's [1]** 112/19
**judge's [2]** 31/4 69/6
**Julien [3]** 2/3 4/11 13/18
**July [1]** 16/7
**July 4th [1]** 16/7
**juror [42]** 10/14 15/20 17/19 17/24 20/3 20/5 21/13 24/7 24/14 24/24 28/23 29/16 30/12 31/18 31/20 33/6 33/8 35/6 48/2 48/7

**juror... [22]** 48/17 48/24 49/7 49/8 49/12 49/14 72/14 82/11 84/17 87/7 88/23 91/16 104/7 105/5 107/12 107/16 112/3 112/7 112/8 112/11 112/19 112/21
**jurors [44]** 5/3 9/12 9/14 9/16 9/21 10/5 10/12 13/10 14/9 15/10 17/23 18/6 19/20 20/8 20/24 31/1 62/5 63/6 64/3 64/20 64/24 65/6 72/22 84/22 88/20 89/7 89/12 90/9 91/17 91/19 91/20 91/23 91/24 91/25 103/15 103/17 105/23 105/24 106/3 108/14 108/25 112/18 112/22 113/9
**jury [106]** 1/11 3/3 3/4 8/21 10/2 10/6 10/9 10/13 10/15 10/18 15/24 16/5 16/14 16/15 16/18 17/5 17/15 17/17 17/25 18/4 18/18 19/16 20/11 21/13 23/25 24/10 25/23 27/8 27/13 28/4 29/7 30/18 30/25 31/4 31/14 31/20 32/24 33/6 33/15 33/17 33/17 34/1 34/7 35/4 35/6 35/10 35/14 35/15 48/2 62/6 62/8 63/3 63/14 63/14 64/22 65/3 74/22 74/23 77/3 77/6 77/7 84/3 84/7 84/11 84/12 84/14 84/15 84/20 85/10 85/21 85/24 87/21 87/25 89/2 89/6 89/25 90/1 90/2 90/5 90/8 91/13 91/15 91/21 91/22 102/23 103/23 108/14 108/16 108/20 109/10 109/11 109/12 109/15 111/11 111/14 111/19 111/20 111/25 112/3 112/24 113/16 113/19 129/18 129/21 130/12 132/8
**jury's [1]** 31/3
**just [70]** 6/6 8/25 14/11 15/19 19/21 20/18 20/22 20/25 21/9 21/21 23/8 24/21 26/24 29/17 30/23 35/23 38/7 39/18 41/5 42/9 43/15 44/9 45/3 47/11 49/22 53/1 53/11 56/12 62/24 65/24 66/13 67/14 68/13 68/15 68/16 68/22 71/4 71/6 75/23 76/1 76/16 76/17 76/20 78/16 80/2 80/3 80/21 88/20 89/1 91/24 92/19 99/9 104/23 105/3 106/21 107/24 107/24 108/9 108/20 109/10 111/6 112/18 113/23 114/6 116/19 118/7 118/7 122/1 122/21 131/24
**justice [3]** 17/22 48/1 52/8
**Justin [1]** 23/17

**K**

**K-N-O-W-L-E-S [1]** 19/12
**K-O-S-K-I [1]** 19/4
**Kayla [2]** 51/23 52/8
**KCC [6]** 117/23 117/25 125/10 125/14 126/5 127/5
**keep [15]** 8/23 10/19 20/19 21/18 42/8 78/10 103/15 108/13 109/2 109/2 109/12 109/16 109/19 110/25 111/9
**keeping [1]** 106/24
**Kennedy [1]** 2/14
**kept [1]** 47/15
**key [1]** 113/1
**kids [7]** 41/20 41/21 51/10 59/20 60/20 60/23 65/15
**kind [13]** 33/17 43/7 44/16 53/1 68/19 70/4 70/7 73/14 76/6 76/9 79/14 82/12 125/25
**kinds [1]** 101/14
**King [2]** 16/11 56/18
**kitchen [1]** 60/7
**Klamath [1]** 60/7
**know [71]** 5/5 8/3 8/18 9/3 13/11 14/10 14/12 15/10 15/12 15/14 17/11 20/19 20/22 21/8 21/22 21/24 22/1 22/4 22/6 22/7 23/8 23/8 26/25 27/4 28/19 29/20 30/8 30/10 30/20 32/9 32/21 36/14 40/12 43/5 44/16 46/9 46/11 47/21 49/1 49/6 49/9 50/11 67/17 67/22 68/4 69/22 73/17 73/18 73/18 74/15 74/22 77/23 78/20 78/24 82/10 82/11 83/19 103/5 105/23 106/5 109/3 113/20 115/25 116/6 116/11 120/5 120/8 120/9 120/16 127/2 132/11
**knowledge [8]** 22/9 22/11 37/21 38/5 39/10 40/18 41/10 131/23
**Knowles [11]** 19/12 35/1 35/8 35/23 39/1 43/5 59/11 59/12 60/2 87/17 87/18
**known [5]** 10/25 20/9 23/14 46/6 95/17
**knows [3]** 6/2 22/2 32/8
**Kocher [1]** 13/23
**Koski [15]** 19/4 53/15 53/16 53/25 68/25 69/2 73/2 73/3 77/16 77/17 84/24 84/25 85/6 85/15 86/10
**Kyle [9]** 19/1 34/5 37/2 46/8 50/24 72/2 79/9 88/5 89/15

**L**

**L-A-N-G-T-O-N [1]** 19/8
**L-A-U-N [1]** 23/19
**L-I-N-B-O-R-G [1]** 19/5

**labeled [1]** 116/8
**labor [1]** 55/17
**lack [1]** 93/17
**Lake [1]** 54/13
**Lance [3]** 23/16 60/21 132/14
**landline [32]** 8/10 11/6 11/8 42/1 42/2 42/4 42/6 42/10 42/11 43/12 44/6 44/6 44/12 92/8 94/5 95/1 95/2 95/20 96/1 96/3 96/4 96/4 96/14 96/15 114/15 119/14 120/15 121/4 121/8 121/9 121/11 131/22
**landlines [6]** 12/1 92/22 95/18 95/22 95/23 97/12
**landscaping [1]** 58/12
**landscaping/yard [1]** 58/12
**Langton [7]** 19/8 38/7 55/22 55/23 79/24 88/10 89/22
**laptop [1]** 122/19
**laptops [1]** 106/8
**large [1]** 72/3
**largely [1]** 90/21
**larger [1]** 114/19
**last [19]** 7/11 7/21 8/8 8/11 23/23 38/20 52/2 60/12 78/19 86/11 114/15 114/23 114/25 115/4 116/6 121/9 122/7 122/10 126/15
**late [1]** 34/18
**later [7]** 21/15 21/16 23/6 87/22 125/23 127/8 127/9
**Laughter [1]** 41/22
**Laun [1]** 23/19
**law [52]** 9/25 11/1 13/8 13/14 13/18 13/23 14/1 14/4 14/11 14/24 15/12 17/3 17/9 17/22 20/6 21/21 22/5 31/1 31/2 31/3 31/3 31/5 31/8 31/16 31/24 31/25 37/2 37/18 46/6 46/12 48/2 48/16 48/20 67/16 67/17 67/23 68/3 75/4 91/5 91/10 92/5 94/8 96/6 98/15 101/14 103/21 105/2 107/8 107/9 108/2 111/12 127/25
**Lawson [1]** 13/22
**lawsuit [14]** 10/22 10/24 11/12 11/19 12/6 12/23 22/25 37/21 37/23 67/6 68/18 92/2 92/18 93/1
**lawsuits [8]** 12/10 40/1 40/2 40/6 69/17 69/18 69/22 93/5
**lawyer [5]** 102/7 102/9 102/10 110/18 110/20
**lawyers [29]** 12/22 13/4 13/8 13/20 14/16 14/23 15/12 20/18 21/20 22/1 22/5 27/3 28/20 31/24 32/6 36/10 62/18 65/1 99/1 99/10 99/17 100/5 100/6 100/12 100/14 106/17 109/6 110/10 112/22
**lead [2]** 59/6 117/5
**leader [1]** 54/24
**league [1]** 55/16
**learn [2]** 40/21 114/6
**learned [1]** 106/4
**learning [2]** 17/18 71/5
**least [5]** 45/19 46/1 72/5 80/14 112/13
**leave [8]** 5/7 62/11 68/14 108/15 108/18 108/20 112/25 130/14
**leaves [2]** 85/14 86/11
**left [7]** 9/23 9/25 55/16 58/15 62/10 75/11 108/16
**legal [16]** 31/1 31/7 31/17 33/9 35/19 35/20 36/2 36/6 36/12 37/15 37/16 37/17 38/15 38/22 82/2 107/1
**legally [1]** 32/1
**legislature [1]** 47/6
**Leif [1]** 53/7
**leisure [4]** 51/13 56/9 61/2 61/18
**length [1]** 109/20
**less [3]** 8/16 40/25 124/16
**let [49]** 5/10 5/20 6/1 6/7 8/21 14/9 19/21 20/18 20/22 21/21 24/23 26/6 26/13 26/24 29/6 30/16 40/10 40/16 42/3 42/8 44/5 44/23 48/25 63/7 65/16 69/14 70/11 78/22 80/3 81/15 83/24 90/13 98/13 101/18 103/14 104/1 104/3 104/23 108/15 114/1 121/24 122/23 124/15 125/1 125/19 128/4 128/11 132/11
**let's [26]** 9/12 10/3 18/13 24/11 24/16 28/14 33/19 33/19 34/14 36/1 37/22 40/3 40/21 42/8 42/15 55/22 58/8 66/17 70/13 70/21 75/18 82/24 87/24 88/16 119/8 125/4
**letter [1]** 47/3
**Level [1]** 52/25
**liable [1]** 96/24
**liberty [1]** 17/1
**license [1]** 18/8
**life [5]** 27/18 57/9 57/17 66/10 106/13
**lifestyle [2]** 56/11 58/24
**light [2]** 102/5 103/10

**like [67]** 5/7 5/14 9/16 12/22 20/17 20/19 22/20 24/21 24/22 28/6 29/19 31/3 41/5 44/16 44/17 45/14 48/1 55/1 56/9 59/7 60/15 62/9 62/13 63/16 65/18 66/25 67/4 67/9 68/4 68/25 69/9 71/5 74/18 76/7 76/12 76/13 76/15 76/16 76/22 76/24 77/5 78/4 79/16 80/10 80/19 80/21 80/23 80/24 82/1 83/3 83/8 84/16 85/16 85/17 99/9 104/18 106/21 109/1 111/21 112/24 116/6 116/16 122/23 127/16 127/21 128/6 130/14
**likely [6]** 18/15 29/23 75/21 76/2 76/20 76/25
**likes [1]** 91/11
**Lile [1]** 53/4
**Lily [3]** 2/6 4/13 13/19
**limit [1]** 100/25
**limited [2]** 101/1 101/2
**limiting [1]** 101/4
**Linborg [7]** 19/5 54/1 54/2 54/9 74/3 88/7 89/17
**line [18]** 11/6 11/7 43/14 79/10 79/12 92/8 94/5 95/1 95/2 95/19 107/6 112/9 112/15 112/17 112/20 116/12 119/12 119/13
**lines [9]** 7/13 8/2 12/1 57/19 92/21 95/17 97/12 97/23 116/15
**Linn [1]** 49/24
**list [22]** 14/1 18/20 68/13 79/5 86/11 100/3 114/14 114/19 114/22 114/25 117/24 117/25 121/8 121/17 125/10 126/6 126/7 127/5 130/22 131/5 131/10 132/17
**listed [2]** 14/1 118/23
**listen [5]** 21/14 61/20 88/1 107/2 107/24
**listening [1]** 106/12
**lists [1]** 69/9
**literature [1]** 54/5
**litigation [1]** 93/18
**little [16]** 10/17 23/6 40/10 40/22 41/20 41/21 42/16 42/16 49/2 51/15 74/12 75/23 90/22 115/25 118/7 125/19
**live [40]** 23/4 43/22 43/22 43/24 44/3 44/4 44/10 44/15 44/20 44/24 45/6 45/7 49/20 49/21 50/25 51/2 51/20 52/22 53/17 53/17 54/3 54/12 55/6 55/9 55/24 56/18 57/8 57/9 59/13 59/15 60/5 61/7 65/14 72/6 72/16 73/4 98/23 99/5 99/10 99/20
**lives [8]** 49/23 49/23 49/24 58/8 58/10 58/11 60/7 60/7
**living [3]** 28/13 59/14 59/16
**LLP [4]** 2/4 2/10 2/13 2/16
**local [1]** 61/21
**location [2]** 43/7 116/13
**locations [2]** 12/11 93/6
**long [10]** 34/17 38/11 39/18 54/6 54/12 59/13 71/18 76/15 96/15 129/7
**longer [2]** 13/25 79/5
**look [21]** 6/17 6/18 8/1 16/6 29/6 31/11 31/19 31/24 31/25 32/6 32/10 33/7 62/10 62/10 62/16 71/19 71/21 101/19 106/15 117/6 132/6
**looked [1]** 120/11
**looking [7]** 31/22 33/4 80/15 116/7 116/7 117/21 131/24
**looks [1]** 5/14
**loosely [1]** 19/17
**LORI [8]** 1/4 4/18 11/14 13/15 21/22 70/16 71/13 92/13
**Los [1]** 65/14
**Los Angeles [1]** 65/14
**lose [2]** 113/4 122/22
**loss [1]** 11/21
**lost [2]** 66/9 66/10
**lot [11]** 28/2 28/25 53/12 56/10 56/12 57/11 57/23 59/8 59/24 66/11 83/18
**lots [2]** 31/10 67/20
**love [2]** 28/8 50/19
**loved [1]** 66/10
**lunch [1]** 29/12
**Luner [3]** 2/4 4/9 13/14
**Lynn [1]** 13/22

**M**

**M-A-L-L-E-N [1]** 23/20
**M-A-T-L-O-C-K [1]** 19/9
**ma'am [3]** 79/16 79/23 81/9
**made [23]** 5/23 12/15 12/19 22/5 22/19 24/12 66/7 73/25 78/5 79/19 93/9 93/14 93/20 94/4 94/15 94/23 95/12 95/19 97/1 97/7

113/21 113/23 126/11
**magazines [1]** 40/24
**mail [1]** 68/14
**main [1]** 43/9
**major [1]** 58/14
**make [40]** 6/16 8/21 11/3 24/13 27/16 31/6 31/14 31/17 32/17 33/1 33/4 33/10 48/15 62/6 63/23 65/20 66/14 69/20 72/15 82/23 83/5 83/16 89/2 91/23 92/6 93/21 94/1 94/18 96/15 107/6 108/3 109/13 109/25 110/6 118/7 122/21 127/17 128/1 128/2 128/10
**makes [6]** 11/2 80/24 82/4 92/6 101/14 114/4
**making [21]** 11/10 11/24 12/2 43/24 45/25 46/1 46/2 63/6 63/8 67/9 68/18 73/22 83/18 92/10 92/20 92/22 96/17 97/11 97/21 108/8 108/9
**Mallen [1]** 23/20
**man [1]** 87/25
**management [1]** 46/21
**manager [4]** 46/25 53/5 54/20 61/16
**manner [3]** 20/21 103/6 111/6
**manufactures [1]** 52/10
**many [22]** 12/10 16/11 29/1 31/11 40/2 40/6 41/18 42/11 42/14 44/1 44/4 44/7 44/9 67/12 68/11 69/17 70/24 73/24 74/18 81/16 93/5 103/2
**mapped [1]** 7/14
**Marcelene [2]** 19/2 24/19
**March [1]** 120/24
**March 2019 [1]** 120/24
**marked [1]** 123/10
**marketing [4]** 11/21 41/12 41/13 41/13
**married [8]** 49/21 55/7 56/19 58/7 60/6 60/20 61/8 65/14
**marshals [1]** 112/18
**Mary [32]** 9/19 10/2 17/18 18/19 18/25 20/25 26/21 32/6 48/25 49/12 62/14 63/4 84/10 84/14 84/18 87/19 87/22 87/24 88/3 88/16 89/5 89/12 90/1 106/6 108/12 109/5 111/19 111/22 112/3 113/1 115/13 129/14
**Mary Austad [1]** 9/19
**master [4]** 125/9 126/7 130/22 131/5
**master's [8]** 50/2 51/4 51/5 52/7 56/3 56/4 60/10 60/11
**Maston [2]** 2/10 4/21
**match [1]** 126/5
**matched [3]** 125/22 126/2 127/5
**materials [4]** 64/15 64/19 107/6 132/7
**Matlock [11]** 19/9 56/15 56/16 57/6 65/16 65/18 76/10 76/11 80/19 87/1 87/3
**matter [2]** 44/18 44/22
**matters [1]** 3/2
**maximum [2]** 109/14 109/25
**may [81]** 9/15 13/6 14/12 14/13 14/22 15/6 15/13 15/19 18/16 21/8 21/14 23/3 23/7 23/9 23/14 24/4 24/22 26/12 27/21 28/10 30/1 30/3 32/3 36/2 40/11 40/12 41/22 47/9 48/15 48/22 62/20 65/5 68/5 78/4 80/16 86/17 90/18 90/24 96/8 96/10 99/3 99/11 99/16 99/25 100/2 100/19 100/20 100/25 101/1 101/5 101/9 101/20 101/24 102/1 102/10 102/12 102/12 102/18 102/23 102/24 103/3 104/3 104/8 104/19 104/24 105/1 106/7 107/1 108/11 108/18 109/8 109/21 109/22 110/16 110/23 113/17 115/19 120/4 122/3 126/23 133/11
**maybe [8]** 34/10 40/1 74/12 81/20 83/7 83/11 112/11 129/18
**MBA [2]** 54/16 61/15
**me [90]** 5/10 5/20 6/1 6/7 10/1 13/16 14/9 14/18 15/4 18/21 18/22 19/21 20/18 20/19 20/22 21/21 24/23 26/6 26/13 26/15 26/24 27/2 27/5 27/21 27/22 28/21 29/6 30/16 31/7 31/17 33/4 33/11 38/6 40/10 40/16 41/19 42/3 42/21 44/5 44/23 48/25 51/2 58/17 63/7 65/16 65/18 65/23 66/4 66/6 66/7 68/14 69/14 70/6 70/11 71/4 73/14 74/16 78/22 79/13 79/16 79/20 80/3 81/10 81/15 82/22 83/24 88/1 89/9 89/11 90/13 98/13 101/18 103/14 104/3 104/23 106/5 108/9 109/5 109/12 116/25 121/10 121/21 121/24 122/22 124/15 125/1 125/19 127/24 132/11
**mean [10]** 32/18 41/23 65/17 71/18 77/19 81/9 93/20 95/25 104/21 119/17
**meaning [1]** 96/8
**means [17]** 7/14 31/16 31/22 32/5 65/19 75/17 77/8 81/10 85/7 85/11 96/17 97/16 98/17 102/12 102/20 105/13 105/14
**mechanical [1]** 52/9 53/20

**media [2]** 107/3 107/18
**medical [3]** 29/4 53/21 58/16
**medication [1]** 58/25
**medicine [5]** 58/5 58/16 58/21 58/23 58/24
**meet [1]** 70/15
**Mellon [1]** 61/15
**member [14]** 22/12 39/9 39/12 47/6 47/6 51/11 51/25 80/8 82/18 93/16 93/16 93/18 97/20 97/24
**member's [2]** 94/24 94/25
**members [16]** 12/2 23/9 35/18 41/14 42/15 77/3 82/12 82/15 82/17 82/20 84/3 92/22 93/23 94/19 95/12 104/4
**memories [1]** 22/4
**memory [5]** 47/14 100/13 103/5 108/23 108/24
**mention [3]** 14/6 104/18 104/23
**mentioned [9]** 14/4 27/1 28/19 30/9 33/12 39/6 79/16 99/5 107/16
**merits [3]** 93/20 104/2 105/25
**message [7]** 11/9 92/10 96/18 97/3 97/6 97/9 97/14
**messages [2]** 12/3 92/23
**messaging [1]** 105/14
**met [3]** 9/18 78/18 83/6
**method [1]** 78/17
**MICHAEL [2]** 1/13 9/18
**Michael Simon [1]** 9/18
**Michigan [2]** 41/19 60/19
**microphone [10]** 21/1 21/2 24/16 33/19 49/16 50/23 66/23 73/2 76/2 114/12
**mid [5]** 29/11 29/14 34/18 35/2 61/25
**mid-afternoon [1]** 29/14
**mid-morning [2]** 29/11 61/25
**middle [2]** 58/10 101/25
**Midland [1]** 55/23
**midnight [2]** 128/2 130/11
**might [21]** 21/9 23/12 27/5 29/19 30/13 30/13 30/18 65/20 68/5 72/18 74/13 76/11 81/4 82/20 83/8 102/17 104/9 104/10 107/14 114/5 127/11
**migraines [1]** 24/22
**mildly [1]** 75/7
**military [13]** 49/25 51/3 52/24 53/19 54/4 54/15 56/2 56/20 57/13 58/13 59/17 60/8 61/13
**Miller [2]** 2/16 15/5
**million [5]** 7/13 8/15 8/16 118/12 118/22
**Milwaukie [2]** 49/20 60/5
**mind [7]** 10/19 15/25 18/13 21/18 83/14 103/15 111/9
**minimum [4]** 20/19 109/2 109/13 109/20
**minor [1]** 55/16
**minus [3]** 85/9 125/16 125/17
**minute [6]** 62/25 64/2 86/3 86/5 86/15 122/10
**minutes [18]** 19/22 22/21 29/12 29/14 62/3 62/4 63/1 64/13 66/2 75/10 77/14 84/5 84/6 84/18 84/19 90/9 94/10
**missing [3]** 25/10 28/9 82/17
**mission [1]** 59/22
**Mississippi [1]** 58/3
**mistaken [1]** 120/5
**mistrial [1]** 107/13
**mixer [1]** 53/3
**mobile [29]** 5/6 5/8 5/9 5/16 5/16 6/6 11/3 11/4 11/5 11/25 41/23 41/24 42/6 43/16 43/18 43/20 44/2 92/7 92/20 94/24 95/15 96/2 97/13 97/24 114/15 114/24 115/7 115/7 117/6
**modeler [1]** 51/9
**modeler/data [1]** 51/9
**moment [5]** 25/7 25/14 43/3 85/24 87/19
**moments [6]** 11/14 13/10 61/25 98/24 111/18 128/12
**Monday [17]** 7/15 23/24 24/6 24/11 25/12 25/18 27/8 27/13 27/24 28/24 29/16 30/13 49/22 104/6 104/9 104/10 104/12
**money [5]** 10/23 33/14 66/11 73/22 73/25
**Monica [2]** 2/5 2/5
**Monmouth [1]** 59/13
**Montana [2]** 51/20 51/20
**month [5]** 40/25 61/12 120/23 121/10 121/25
**months [3]** 114/23 115/2 130/3

**more [46]** 11/24 18/14 18/17 22/21 40/11 42/5 43/13 43/14 44/5 44/19 44/23 45/7 48/2 52/22 56/6 73/8 74/19 75/8 75/20 75/24 76/1 76/6 76/20 76/25 86/5 87/9 87/10 90/22 91/20 91/21 92/20 94/1 94/18 94/19 97/22 97/23 98/18 101/12 106/13 119/24 123/10 126/23 129/24 130/4 130/4 130/12
**morning [38]** 4/11 4/13 4/17 4/21 4/23 4/25 6/3 7/20 14/25 28/17 28/18 29/11 37/14 47/20 53/16 61/21 61/25 63/9 63/13 63/20 65/11 65/12 69/20 77/6 77/17 87/22 100/8 101/19 106/23 108/11 110/6 111/22 123/8 124/7 128/5 128/9 132/7 132/20
**most [11]** 16/24 17/5 43/19 57/17 58/3 59/9 59/25 66/3 71/25 74/5 105/24
**mostly [5]** 16/7 43/10 54/8 58/11 69/10
**motion [2]** 123/2 127/18
**move [4]** 73/11 73/20 76/6 109/22
**moved [4]** 42/19 42/19 58/4 58/5
**movies [5]** 52/16 57/2 61/19
**moving [1]** 109/2
**Mr [14]** 26/25 27/15 57/6 57/7 74/22 76/3 85/15 87/8 87/17 115/25 123/16 124/14 124/15 132/5
**Mr. [101]** 6/2 6/4 8/4 8/20 8/22 9/4 9/9 9/24 13/2 13/12 14/16 14/17 14/20 15/6 15/9 23/15 23/16 23/17 23/18 23/19 23/20 25/13 26/6 26/10 26/11 26/14 26/20 26/21 26/22 26/25 27/12 28/11 30/7 30/8 50/23 51/17 51/18 52/19 53/15 53/25 56/15 57/25 58/1 60/18 61/4 61/5 61/23 63/11 63/16 63/19 63/23 64/16 65/9 65/16 68/9 68/24 68/25 69/14 71/23 72/10 73/2 73/3 75/10 76/10 77/12 77/16 80/7 81/16 83/23 84/24 84/25 85/6 85/12 85/15 86/10 86/10 86/21 87/1 87/3 87/6 87/13 87/14 88/5 114/1 115/10 115/10 115/13 115/19 116/19 119/24 122/25 123/9 123/14 124/11 124/12 125/1 128/11 129/1 130/14 130/21 132/3
**Mr. Altman [6]** 26/25 27/12 60/18 61/4 69/14 86/21
**Mr. Blake [1]** 23/20
**Mr. Curtis [1]** 26/20
**Mr. Davis [22]** 8/4 8/20 8/22 9/4 9/9 63/16 63/19 63/23 64/16 114/1 115/10 115/10 115/13 116/19 122/25 123/9 123/14 124/11 124/12 125/1 128/11 130/21
**Mr. Dennis [1]** 9/24
**Mr. Douglas [1]** 58/1
**Mr. Dovel [7]** 13/2 13/12 65/9 75/10 77/12 80/7 130/14
**Mr. Dovel's [1]** 81/16
**Mr. Foster [5]** 14/17 115/19 119/24 129/1 132/3
**Mr. Franzini [1]** 6/2
**Mr. Hauger [3]** 50/23 51/17 71/23
**Mr. Jaren [5]** 57/25 68/9 68/24 87/13 87/14
**Mr. Jeffrey [1]** 26/21
**Mr. John [1]** 23/19
**Mr. Joshua [1]** 15/6
**Mr. Justin [1]** 23/17
**Mr. Koski [9]** 53/15 53/25 68/25 73/2 73/3 77/16 84/25 85/6 86/10
**Mr. Kyle [1]** 88/5
**Mr. Lance [1]** 23/16
**Mr. Matlock [5]** 56/15 65/16 76/10 87/1 87/3
**Mr. Neuls [2]** 26/22 28/11
**Mr. Noffsinger [5]** 26/14 51/18 52/19 72/10 87/6
**Mr. O'Neal [5]** 6/4 14/16 14/20 15/9 83/23
**Mr. Robert [1]** 84/24
**Mr. Rodriguez [3]** 25/13 26/6 26/10
**Mr. Scott [1]** 23/18
**Mr. Sedell [7]** 30/7 30/8 61/5 61/23 85/12 85/15 86/10
**Mr. Shawn [2]** 23/15 63/11
**Mr. Thompson [2]** 26/11
**Ms [2]** 88/6 88/7
**Ms. [68]** 4/18 11/14 11/15 11/23 12/12 12/24 13/19 21/22 21/23 23/2 24/20 25/7 26/2 26/15 26/16 26/25 27/10 28/16 30/3 39/7 49/15 49/18 50/22 53/14 54/1 54/9 54/10 55/3 55/4 55/21 55/22 60/3 60/17 68/7 71/2 74/3 80/7 80/13 81/18 88/2 88/8 88/9 88/11 89/18 92/13 92/13 92/17 93/7 93/24 94/2 94/4 94/7 94/7 94/11 94/14 94/20 94/24 95/7 95/13 96/1 96/3 96/9 97/20 97/25 98/8 98/14 132/17
**Ms. Amanda [2]** 26/15 88/8
**Ms. Bridget [1]** 88/11
**Ms. Cornett [4]** 49/15 49/18 50/22 71/2

**M**

Ms. Foltz [3] 24/20 25/7 26/2
Ms. Heberling [2] 60/3 60/17
Ms. Langton [1] 55/22
Ms. Lily [1] 13/19
Ms. Linborg [3] 54/1 54/9 74/3
Ms. Lori [3] 4/18 11/14 21/22
Ms. Lori Wakefield [1] 92/13
Ms. Rebecca [1] 88/2
Ms. Rebekah [1] 88/9
Ms. Sellards [2] 28/16 30/3
Ms. Shidner [2] 55/4 55/21
Ms. Stanley [5] 26/16 26/25 27/10 54/10 55/3
Ms. Wakefield [25] 11/15 11/23 12/12 12/24 21/23 23/2 80/7 81/18 92/13 92/17 93/7 94/2 94/7 94/7 94/11 94/14 94/20 94/24 95/7 95/13 97/20 97/25 98/8 98/14 132/17
Ms. Wakefield's [7] 39/7 80/13 93/24 94/4 96/1 96/3 96/9
Ms. Wallace [4] 52/20 53/14 68/7 89/18
much [31] 17/4 26/3 40/12 46/9 46/11 46/22 50/21 52/17 52/19 53/14 53/25 54/9 55/3 56/14 57/22 58/25 59/10 60/1 60/17 61/2 61/18 72/21 73/22 75/12 77/11 83/22 86/5 90/5 101/16 113/13 113/22
multilevel [2] 11/21 41/12
multiple [5] 12/10 67/21 80/22 93/5 118/16
Multnomah [4] 34/6 50/6 50/8 56/5
Multnomah County [1] 50/8
music [2] 59/4 59/5
musician [1] 59/6
must [27] 31/1 68/2 78/17 91/7 91/9 91/11 93/21 94/8 95/6 96/5 96/7 96/25 98/8 100/18 100/23 101/4 102/4 102/16 102/16 102/20 103/19 103/21 107/19 107/25 109/3 109/18 130/15
my [115] 6/11 9/5 9/23 9/25 9/25 9/25 13/13 13/17 13/17 15/1 15/2 15/4 18/13 24/21 28/25 29/1 30/25 36/21 36/23 38/9 38/19 41/18 42/19 43/6 43/7 46/22 47/13 49/21 50/1 50/11 50/14 50/15 50/15 50/16 51/10 51/23 51/23 52/1 52/4 52/7 52/11 52/13 52/22 52/22 53/2 53/7 53/17 53/23 54/8 54/13 54/17 55/6 55/7 55/10 55/12 55/14 56/1 56/7 56/10 56/18 57/9 57/10 57/10 57/17 58/3 58/4 58/13 58/17 58/23 59/14 59/14 59/15 59/19 59/19 59/20 59/21 59/23 59/24 60/14 60/16 61/4 61/8 62/24 65/13 65/24 67/18 67/21 67/25 68/5 68/12 68/12 68/13 70/15 77/15 78/11 78/13 79/11 79/13 79/14 81/2 82/5 91/7 100/18 103/20 108/2 110/1 110/2 115/18 115/22 122/19 126/7 128/4 128/8 128/12
myself [2] 46/13 64/11

**N**

N-O-F-F-S-I-N-G-E-R [1] 19/15
name [30] 13/13 15/1 15/3 21/6 21/9 21/10 24/18 33/20 34/4 34/14 35/22 36/22 39/16 40/4 40/21 42/16 45/1 47/12 65/13 66/22 67/14 89/13 109/4 115/17 115/18 115/22 116/16 126/14 126/15 126/16
named [3] 11/13 39/18 92/12
names [26] 13/8 14/10 14/23 18/5 18/9 18/10 18/19 23/11 23/14 23/21 27/1 27/2 27/5 28/19 28/21 30/8 30/10 31/22 31/23 31/23 84/10 89/5 104/16 125/15 125/16 127/6
nanny [1] 50/15
narrow [1] 126/17
Nash [2] 2/16 15/5
Nashville [1] 49/23
nation [2] 16/3 16/25
national [2] 16/24 52/1
native [1] 57/9
nature [1] 73/10
near [1] 41/25
nearby [1] 112/8
necessarily [3] 96/15 103/1 103/12
necessary [1] 109/9
need [27] 18/16 21/18 24/3 28/3 29/15 29/16 29/18 30/1 30/20 37/13 38/2 42/13 50/11 65/22 65/22 67/12 83/9 85/8 85/9 89/25 106/5 106/10 111/14 113/20 113/22 129/10 132/2
needing [1] 30/22
needs [2] 29/16 88/24

negative [3] 40/1 40/14 41/2
neglected [1] 94/9
neighborhood [1] 50/25
neighbors [1] 23/9
neither [3] 12/17 22/17 93/12
netbooks [1] 106/8
network [1] 41/13
Neuls [7] 26/21 26/22 26/25 27/15 28/11 74/22 76/3
never [12] 8/4 29/20 52/24 53/18 58/13 59/17 67/5 78/18 97/8 97/9 116/24 124/10
new [2] 6/4 8/16
Newberg [3] 51/20 52/11 52/22
newest [1] 67/19
Newport [1] 49/20
news [22] 50/20 51/15 52/17 53/12 53/23 54/8 55/2 55/20 56/12 57/3 57/3 57/23 59/8 59/8 59/25 60/1 60/16 61/3 61/20 61/21 107/2 107/18
newspaper [4] 51/15 60/16 61/3 107/21
next [7] 14/15 26/16 26/21 34/4 68/8 104/5 109/23
nice [1] 82/8
Nicholas [2] 2/16 4/25
Nick [1] 15/6
night [15] 7/11 7/21 8/8 8/11 61/21 78/19 101/21 101/25 114/14 114/23 114/25 115/4 116/6 122/7 130/8
nine [1] 85/22
no [70] 4/5 7/4 7/15 7/16 8/3 13/25 14/14 15/16 15/17 15/21 18/3 18/20 19/23 19/24 20/10 21/24 22/5 22/24 23/22 25/1 25/20 27/6 28/22 30/24 31/8 32/8 33/11 34/13 37/18 39/23 42/25 48/24 49/11 51/10 56/8 60/8 61/13 61/17 67/7 67/11 72/2 74/2 75/2 78/15 79/5 81/6 83/8 84/24 85/10 86/3 86/14 88/2 88/5 88/6 88/7 88/8 88/9 88/24 88/25 89/6 89/9 91/15 101/14 108/17 112/4 123/4 122/21 129/7 132/1 132/4
no one [4] 20/10 32/8 88/25 108/17
No. [23] 18/21 18/22 26/17 26/20 26/23 28/15 30/7 49/14 84/24 85/12 86/20 86/21 86/24 87/2 87/7 87/8 87/13 87/14 87/18 88/10 88/11 113/4 113/5
No. 1 [1] 49/14
No. 10 [1] 87/2
No. 11 [2] 87/13 87/14
No. 12 [1] 86/24
No. 13 [1] 87/18
No. 15 [3] 26/20 86/20 86/21
No. 16 [4] 26/23 28/15 30/7 85/12
No. 2 [1] 113/4
No. 3 [3] 87/7 87/8 113/5
No. 5 [1] 84/24
No. 7 [2] 26/17 88/10
No. 8 [2] 18/21 88/11
No. 9 [1] 18/22
nobody [2] 62/23 106/20
Noffsinger [12] 19/15 26/14 36/23 40/23 46/11 47/13 51/18 51/19 52/19 72/10 87/6 87/8
non [2] 6/14 106/11
non-related [1] 106/11
non-U.S [1] 6/14
none [1] 102/25
noon [1] 63/12
North [2] 2/11 61/6
northeast [1] 53/17
not [201]
note [1] 108/15
note-taking [1] 108/15
notebook [1] 109/4
notebooks [4] 32/4 90/17 106/8 108/12
notes [9] 87/20 87/24 108/11 108/13 108/16 108/18 108/22 108/23 108/24
nothing [6] 105/9 106/14 107/8 107/8 113/10 113/12
notice [1] 128/24
notify [1] 107/17
now [68] 8/15 10/11 10/16 10/18 11/12 11/19 12/5 12/22 13/4 14/22 18/5 18/10 22/4 22/12 23/2 23/8 23/23 26/24 29/9 30/25 31/6 31/10 37/13 40/10 42/1 42/9 44/5 44/14 49/1 51/21 52/4 56/24 61/25 62/9 62/12 63/6 63/15 64/18 67/18 84/4 84/16 85/7

**N**

now... [26]  85/16 89/8 90/8 90/13 90/14 90/17 90/20 90/21 91/18 92/12 94/16 95/4 95/24 99/16 99/25 102/6 102/22 103/14 104/3 108/3 110/5 114/18 122/25 127/4 128/17 131/11
**NPR** [4]  54/8 59/9 59/25 61/20
**NRA** [1]  61/1
**number** [72]  5/16 12/6 20/8 37/7 42/23 42/24 43/1 43/8 43/9 54/22 67/21 78/6 78/12 78/14 79/3 79/11 79/14 79/18 79/25 81/1 85/21 85/23 92/7 93/2 94/14 95/10 96/10 96/11 96/9 96/10 96/10 96/11 96/12 96/13 98/1 98/2 98/2 98/3 98/9 98/11 103/2 103/12 109/20 115/7 116/12 118/17 118/18 119/9 119/13 119/14 119/15 119/15 119/16 120/4 120/13 121/4 121/7 121/9 124/18 124/23 125/3 125/11 125/11 125/14 125/20 125/21 126/2 126/22 127/6 128/15 131/21 131/22
**numbers** [43]  5/22 5/23 5/24 6/6 6/12 6/12 6/14 6/15 6/15 6/17 6/19 6/23 43/14 46/16 46/16 77/20 78/1 78/24 87/22 95/16 113/23 114/24 114/24 118/9 118/9 118/13 118/22 119/4 119/10 121/10 121/13 121/13 121/16 123/14 124/16 124/18 125/10 125/25 126/9 126/12 126/13 126/17
**nursing** [2]  50/9 50/10

**O**

**O'Neal** [9]  2/10 4/21 6/4 14/16 14/20 15/1 15/9 77/18 83/23
**oath** [6]  9/19 10/5 10/8 19/22 91/6 99/9
**object** [2]  100/15 102/10
**objection** [17]  7/8 7/9 9/6 9/8 66/16 70/20 71/10 84/24 86/2 86/3 100/17 100/18 102/10 102/11 102/13 102/16 131/17
**objections** [4]  6/4 86/6 86/12 100/14
**objective** [1]  7/17
**obtained** [1]  115/1
**Obviously** [1]  29/16
**occasionally** [1]  121/12
**occasions** [1]  16/12
**occupational** [2]  56/4 56/5
**occurred** [1]  88/21
**OCN** [2]  116/12 120/3
**off** [15]  24/2 38/20 57/18 66/10 79/5 82/5 84/1 107/6 107/23 122/11 122/13 125/7 126/18 131/9 131/24
**offended** [1]  73/19
**offenses** [1]  73/18
**offensive** [4]  69/4 69/5 73/9 78/13
**offered** [1]  78/19
**offers** [1]  102/8
**office** [4]  18/10 42/21 44/7 58/23
**officer** [2]  17/12 52/2
**offices** [1]  14/5 53/6
**official** [3]  17/13 56/8 133/12
**often** [2]  11/1 36/24
**oh** [5]  5/16 26/17 75/7 76/16 90/19
**okay** [43]  14/15 15/19 15/22 22/12 27/6 27/17 29/6 31/13 34/13 35/16 36/9 39/21 39/24 40/10 41/9 42/1 42/3 42/5 42/9 42/13 43/19 44/5 44/14 45/14 45/16 45/18 46/5 46/10 49/12 63/23 74/14 76/19 76/25 80/21 85/6 86/15 90/19 119/1 119/8 120/14 121/21 124/6 128/10
**old** [11]  29/5 52/21 52/23 54/11 55/24 56/1 56/16 58/2 59/12 61/12 115/14
**old-fashioned** [1]  115/14
**oldest** [3]  50/15 58/8 58/18
**Omega** [1]  54/23
**on/prepared** [1]  130/21
**once** [2]  9/2 70/5
**one** [106]  6/4 6/11 11/15 11/15 11/24 12/6 12/7 13/4 14/16 15/17 15/24 16/8 17/5 17/6 20/10 24/22 28/7 32/8 32/24 37/14 37/19 40/3 40/14 40/16 40/21 42/5 43/14 44/16 44/17 49/1 49/4 49/15 49/22 50/2 52/23 59/16 62/1 62/3 62/20 66/10 67/18 67/19 68/5 69/18 69/22 70/5 70/15 70/24 71/1 71/13 72/6 72/19 73/4 73/6 74/4 77/5 77/7 80/20 80/21 81/5 81/14 81/22 82/21 83/5 83/6 83/24 85/17 85/19 86/7 86/11 87/9 87/10 87/25 88/25 89/3 92/13 92/20 93/1 94/1 94/18 94/19 97/22 97/23 99/16 101/12 102/7 104/3 105/23 106/3 108/17 113/19 114/5 115/22 117/25 118/14 118/21 119/1 121/7 121/24 122/16 125/4 125/11 125/14 125/20 126/2 130/7

**ones** [1]  64/4
**online** [1]  107/8
**only** [32]  5/17 5/24 8/13 16/19 17/17 20/2 20/12 31/14 33/2 39/6 52/14 73/18 75/20 80/8 81/18 85/8 89/2 91/14 99/22 99/25 101/2 103/19 108/23 116/5 118/21 119/1 122/7 123/19 125/10 126/2 126/11 126/17
**oOo** [1]  133/4
**OPB** [2]  52/18 56/13
**open** [12]  4/3 10/19 63/3 64/22 65/3 84/2 84/9 84/19 84/20 103/15 111/9 113/10
**opening** [10]  63/9 63/15 100/7 100/7 100/9 110/6 110/7 110/10 113/15 132/8
**openings** [1]  63/19
**operating** [1]  112/18
**opinion** [4]  74/13 74/15 90/25 110/2
**opinions** [5]  10/16 17/24 39/25 49/4 91/12
**opportunities** [1]  17/6
**opportunity** [8]  17/19 32/16 32/19 33/1 88/22 103/4 107/11 127/17
**opposed** [4]  43/24 44/15 44/24 78/25
**opposite** [1]  42/3
**opt** [1]  79/4
**option** [4]  27/20 63/11 76/13 76/24
**optometrist** [1]  59/18
**optometrists** [1]  59/19
**or at** [1]  45/25
**oral** [1]  128/4
**order** [3]  18/11 91/15 102/18
**ordered** [2]  104/21 105/12
**ordinary** [1]  96/8
**OREGON** [21]  1/2 1/7 25/5 47/15 49/20 51/20 51/25 52/2 52/22 53/8 55/6 55/10 55/24 56/17 57/9 58/5 59/13 59/13 60/6 60/20 61/8
**organization** [2]  60/14 80/1
**organizations** [10]  50/18 51/11 52/13 53/9 55/17 56/8 56/25 57/19 59/3 61/17
**origin** [1]  78/16
**original** [8]  7/3 120/4 123/9 123/17 124/19 127/4 131/9 133/8
**orthodontic** [1]  55/12
**Oswego** [1]  54/13
**other** [64]  5/12 6/5 6/12 9/1 11/2 17/11 24/12 24/25 29/17 40/3 40/14 43/23 44/3 44/17 44/18 47/4 49/5 54/24 58/19 63/11 68/2 69/19 70/25 71/1 72/7 72/7 72/19 73/5 80/16 81/6 81/19 82/6 82/16 92/5 94/19 94/24 95/12 97/20 99/6 100/10 101/24 102/8 102/9 103/8 103/10 103/21 105/15 106/8 106/9 106/21 107/5 110/15 110/20 111/16 114/3 117/18 126/12 128/19 128/24 129/6 129/12 129/16 130/3 131/25
**others** [5]  25/19 88/17 91/8 104/4 106/10
**otherwise** [3]  41/21 103/25 129/23
**our** [67]  4/18 5/2 9/18 9/23 10/11 13/14 15/23 15/24 16/2 16/3 16/6 16/9 16/16 16/22 16/24 16/25 17/4 17/9 17/14 17/16 24/8 29/15 31/1 31/7 31/17 38/20 42/19 43/6 48/1 49/23 50/9 58/8 58/9 58/10 58/18 58/19 59/3 59/4 60/6 60/6 60/7 60/10 60/10 62/12 63/13 64/3 64/15 64/16 71/3 73/15 74/17 75/20 77/6 82/2 84/13 85/21 87/19 89/5 89/7 90/1 91/21 109/23 109/23 112/18 113/8 113/19 132/14
**out** [46]  5/22 6/11 6/14 6/20 6/23 7/13 7/14 7/16 8/21 9/3 34/12 42/15 42/19 43/6 48/25 49/12 50/10 52/4 52/17 55/19 57/3 57/11 57/20 59/8 60/1 62/10 69/9 71/15 79/12 79/17 80/1 81/1 86/9 88/18 91/8 96/11 106/3 108/12 109/4 112/3 117/20 118/6 119/5 124/23 125/9 127/5
**outcome** [3]  39/19 93/18 103/7
**outdoor** [3]  55/18 56/9 57/22
**outdoors** [1]  61/2
**outline** [2]  83/2 110/7
**outside** [5]  57/20 101/19 106/5 107/17 109/9
**over** [17]  30/14 32/2 47/1 59/21 73/2 96/3 104/8 104/9 104/10 105/6 105/7 105/8 105/17 107/15 123/11 123/19 131/15
**overlapping** [1]  82/14
**overload** [1]  82/3
**overly** [1]  108/24
**overrule** [1]  102/11
**overruled** [3]  71/11 102/11 131/18

**overruling [1]** 9/7
**overview [1]** 90/16
**overwhelming [1]** 75/22
**own [19]** 10/14 32/1 32/10 33/8 49/20 51/1 51/21 52/22 53/17 54/13 55/6 55/25 58/7 59/14 59/14 60/6 60/20 61/8 74/13
**owns [1]** 55/13

## P

**p.m [4]** 8/11 127/21 128/2 130/10
**page [1]** 81/11
**pain [2]** 24/21 25/6
**panel [1]** 84/3
**paper [1]** 5/11
**paralegal [2]** 37/15 61/11
**parents [1]** 57/10
**parser [1]** 126/23
**part [19]** 16/2 17/10 20/7 20/12 20/20 50/14 51/2 53/9 56/25 57/13 66/7 70/17 76/19 79/25 89/1 99/4 102/25 123/22 131/14
**part-time [2]** 50/14 51/2
**participant [2]** 37/20 39/11
**participate [4]** 17/7 17/21 18/1 91/25
**participated [1]** 41/11
**participation [1]** 17/1
**particular [5]** 19/21 20/4 36/5 79/10 101/11
**particularly [4]** 35/14 35/15 39/25 41/1
**parties [15]** 12/23 28/20 31/23 32/23 32/25 62/18 88/22 95/24 96/2 104/16 105/2 106/18 107/8 107/10 128/20
**parties' [1]** 48/12
**partner [1]** 15/6
**party [12]** 11/11 12/4 37/22 82/14 92/11 92/24 97/15 98/16 98/21 99/10 107/11 110/8
**pass [8]** 32/5 48/25 49/12 50/23 73/2 106/17 108/12 112/3
**passing [1]** 79/14
**past [4]** 22/21 68/20 120/11 131/15
**patent [1]** 66/12
**patient [1]** 67/22
**patients [1]** 37/7
**Paul [1]** 129/14
**Pause [2]** 9/13 86/16
**pay [5]** 83/9 91/20 91/22 91/24 108/5
**PC [2]** 2/7 116/19
**PCC [1]** 36/12
**pediatric [1]** 56/5
**peers [1]** 17/25
**pencils [2]** 32/4 108/12
**pending [2]** 112/8 112/8
**pens [2]** 32/4 108/12
**people [45]** 10/3 10/3 12/10 14/10 14/11 15/11 17/15 18/5 18/17 21/15 23/3 31/23 43/19 44/5 44/10 47/9 66/8 67/13 68/2 68/18 70/17 71/16 71/25 72/16 74/5 74/19 75/19 76/6 76/11 76/13 76/14 76/16 77/22 80/17 80/22 81/1 81/10 81/20 84/10 85/7 85/14 85/16 85/21 85/23 93/5
**people's [1]** 80/20
**peremptories [3]** 85/9 85/16 85/17
**peremptory [9]** 20/10 85/25 86/22 86/25 87/5 87/9 87/10 87/16 88/23
**perfectly [1]** 74/14
**perhaps [2]** 79/21 80/25
**period [2]** 24/10 40/24
**permission [1]** 79/13
**permitted [1]** 102/9
**persistent [2]** 78/12 80/4
**person [41]** 11/2 11/10 15/19 26/17 37/14 37/22 37/24 43/22 43/24 44/3 44/15 44/24 45/6 45/7 46/15 47/10 53/5 67/20 71/13 72/6 73/5 74/4 78/5 80/21 80/21 81/18 84/14 85/10 89/6 92/6 92/10 96/20 96/25 99/16 99/17 99/23 105/13 110/11 110/12 111/5 112/7
**personal [7]** 20/2 20/17 40/8 66/9 67/19 88/25 91/11
**personally [5]** 7/12 68/4 73/18 79/9 101/11
**persons [1]** 44/10
**perspectives [1]** 17/24

**persuaded [1]** 98/18
**Phoenix [1]** 2/19
**phone [76]** 5/6 5/24 7/24 8/10 41/5 41/23 42/7 42/11 42/25 43/1 43/8 43/9 43/10 43/11 43/18 43/20 44/2 44/8 44/12 45/21 66/8 66/13 66/25 67/17 67/19 67/20 67/20 67/21 68/12 68/12 68/13 75/1 75/4 77/20 78/1 78/11 78/13 79/11 79/17 79/25 95/20 96/2 105/14 114/14 117/14 118/1 118/3 119/9 119/10 119/13 119/14 120/15 120/20 120/21 121/5 121/7 121/9 121/11 125/11 125/11 125/14 125/17 126/5 126/8 126/8 126/22 127/6 130/22 131/12 131/15 131/15 131/19 131/20 131/21
**phone-based [1]** 43/11
**phones [10]** 5/8 5/9 5/16 5/16 43/12 44/6 44/6 67/18 106/7 131/11
**phrase [2]** 19/17 81/7
**physical [3]** 29/1 30/17 93/15
**physically [1]** 33/5
**physician [4]** 37/6 58/14 58/21 58/22
**physician's [1]** 60/11
**pick [2]** 64/12 82/3
**Pierce [1]** 37/3
**place [7]** 12/18 22/18 35/25 77/2 93/13 97/17 99/22
**placed [1]** 99/9
**plaintiff [54]** 1/5 2/2 3/6 4/8 4/10 4/14 4/15 4/18 10/23 11/13 11/23 12/13 12/24 13/1 13/5 13/5 13/9 13/9 21/22 33/13 37/10 37/22 38/3 49/5 62/2 63/18 64/4 64/13 65/7 83/6 83/10 83/11 83/13 84/25 85/2 85/18 86/19 87/1 87/4 87/9 92/12 93/8 93/16 94/7 94/8 95/5 98/14 110/23 111/2 111/8 113/8 113/10 122/25 128/2
**plaintiff's [11]** 85/24 85/25 86/1 86/17 86/25 87/11 88/12 110/10 110/13 110/18 130/11
**plaintiffs [4]** 12/8 38/9 38/19 93/3
**plan [1]** 84/5
**planner [1]** 51/8
**planning [2]** 51/6 60/10
**plant [1]** 58/25
**plant-based [1]** 58/25
**play [10]** 11/9 12/3 55/16 57/1 59/24 92/9 92/23 97/3 97/6 128/19
**played [1]** 97/9
**please [42]** 4/8 10/7 10/8 10/10 10/16 14/20 18/19 18/24 21/1 21/6 21/10 21/14 21/18 26/15 26/22 30/7 34/15 50/13 62/13 62/15 62/21 66/17 66/23 83/25 86/17 86/22 87/5 88/19 89/5 89/12 89/12 90/1 90/3 107/17 108/13 109/15 110/1 111/20 111/25 113/4 113/18 116/25
**pleased [1]** 67/16
**plenty [1]** 111/24
**plugged [1]** 118/4
**plus [3]** 48/13 48/14 76/13
**PMP [1]** 54/17
**point [5]** 78/12 79/13 84/12 121/20 122/5
**points [1]** 18/2
**poke [1]** 122/4
**Polk [1]** 36/8
**Pollock [1]** 13/22
**port [1]** 131/21
**portable [1]** 106/8
**porting [2]** 131/20 131/24
**Portland [15]** 1/7 2/17 2/23 23/13 49/24 50/25 53/1 53/17 54/3 55/24 58/9 58/9 58/9 58/19 58/23 60/8
**position [1]** 68/5
**positive [3]** 39/25 40/13 41/2
**possible [7]** 24/5 59/1 67/13 99/18 100/19 100/25 106/6
**possibly [3]** 8/18 23/23 30/22
**postcard [1]** 47/4
**postgraduate [1]** 59/18
**potential [3]** 20/24 21/13 112/6
**potentially [2]** 72/6 121/16
**practice [2]** 36/14 58/23
**practices [1]** 55/12
**predominance [2]** 78/15
**prefer [6]** 44/16 45/1 63/18 76/22 76/23 80/19
**preferably [1]** 127/25
**preferences [1]** 63/17

**P**

**prefers** [2] 44/20 44/23
**prefix** [1] 126/14
**prejudice** [2] 8/3 103/8
**prejudices** [1] 91/12
**prejudicial** [1] 122/6
**preliminary** [9] 3/2 3/5 24/1 77/7 84/13 88/17 90/10 90/14 90/23
**prepare** [2] 7/22 130/1
**prepared** [4] 99/13 124/13 130/21 131/5
**preponderance** [13] 75/16 75/20 77/5 77/9 94/9 94/12 94/15 95/7 95/9 95/11 98/12 98/16 98/17
**prerecorded** [28] 11/9 12/3 12/16 22/17 43/24 44/3 44/13 44/15 44/21 44/24 45/6 45/10 47/25 48/5 92/9 92/23 93/11 94/3 94/22 96/24 97/2 97/3 97/4 97/5 97/8 97/14 97/18 97/23
**preschool** [1] 60/13
**presence** [2] 8/21 102/2
**present** [8] 63/3 64/22 65/3 82/14 82/18 84/20 99/21 113/16
**presented** [20] 10/20 31/15 32/25 48/3 48/8 48/14 71/19 81/12 81/14 96/6 98/7 98/21 99/6 99/19 101/24 111/2 111/10 111/16 129/13 129/15
**presenting** [1] 7/6
**presiding** [1] 35/6
**pressed** [1] 69/3
**pressing** [1] 45/21
**pretrial** [2] 122/2 123/22
**pretty** [6] 7/14 57/22 61/2 61/18 68/22 69/17
**prevent** [1] 67/17
**prevents** [1] 67/23
**previewing** [1] 7/11
**previous** [1] 26/12
**previously** [2] 23/5 35/14
**primarily** [5] 37/9 96/16 128/15 128/23 128/25
**primary** [1] 129/22
**prior** [11] 11/10 12/4 12/18 22/18 60/12 92/11 92/24 93/13 97/14 97/16 97/19
**privacy** [1] 117/7
**privately** [2] 20/18 20/21
**probably** [13] 21/9 27/16 27/17 29/25 34/6 40/5 59/23 62/2 63/10 92/19 98/19 113/25 128/9
**problem** [4] 30/18 73/6 83/12 108/10
**procedure** [7] 12/5 12/9 86/2 86/6 86/12 92/25 93/3
**proceed** [4] 110/5 113/25 114/3 122/3
**proceeding** [1] 93/19
**proceedings** [6] 1/9 2/13 84/2 86/16 107/13 133/7
**proceeds** [1] 32/4
**process** [20] 19/16 20/7 20/12 20/14 20/20 31/14 32/11 32/14 32/23 32/24 38/15 38/22 39/2 47/20 71/7 89/2 90/7 91/4 107/14 131/1
**produced** [4] 123/7 123/7 123/8 129/12
**product** [3] 22/23 39/17 61/16
**products** [6] 11/22 12/15 22/16 55/11 93/10 117/6
**program** [8] 36/12 50/7 56/6 124/22 126/8 126/16 126/18 126/24
**programs** [1] 128/19
**prohibition** [1] 96/25
**prohibitions** [1] 95/14
**prohibits** [1] 97/11
**project** [5] 27/19 28/1 46/21 46/25 54/20
**projects** [1] 25/17
**promoter** [2] 22/9 81/3
**promoting** [3] 12/15 22/15 93/10
**proof** [7] 77/4 77/5 94/6 95/5 101/10 101/12 103/1
**properly** [1] 107/1
**property** [7] 38/20 51/22 62/11 84/7 96/19 96/23 112/25
**propose** [1] 72/22
**proprietor** [1] 25/22
**prosecuting** [1] 37/3
**prospective** [21] 5/3 9/12 9/14 9/16 10/5 10/11 13/10 14/9 15/10 18/6 20/5 20/8 62/5 63/6 64/23 65/6 84/3 84/17 84/22 88/20 88/23
**Protection** [6] 10/25 12/20 46/7 47/23 92/4 95/15
**prove** [16] 70/18 74/6 75/15 75/16 75/16 75/20 75/22 76/8
76/20 77/1 77/8 83/12 94/8 95/6 96/25 98/10
**proved** [2] 83/7 98/3
**proven** [6] 76/23 94/11 94/15 95/8 95/11 99/3
**provide** [5] 45/17 67/22 96/6 102/1 122/17
**provided** [12] 5/7 82/6 114/15 114/20 114/24 114/25 118/12 123/17 125/2 126/25 130/6 131/5
**providing** [1] 80/2
**proving** [3] 98/9 98/14 98/17
**pry** [2] 20/1 29/3
**prying** [1] 41/4
**public** [6] 15/23 36/16 96/12 112/24 114/23 115/3
**publicized** [1] 96/11
**pulled** [1] 120/22
**purchase** [2] 96/19 96/22
**purchased** [1] 39/18
**purpose** [2] 20/1 96/18 96/21 101/1 101/2 109/16 123/6
**purposes** [6] 42/12 48/10 64/16 85/11 106/11 112/4
**pursuing** [3] 52/7 61/9 61/10
**put** [7] 8/9 16/16 18/10 112/11 112/14 119/4 122/8
**Pyle** [3] 2/16 4/25 15/6

**Q**

**qualifications** [1] 19/20
**Quarles** [3] 2/10 2/13 15/2
**quarter** [1] 29/13
**question** [33] 20/17 20/24 32/5 32/16 38/21 47/13 49/1 66/17 67/3 69/8 69/12 70/13 70/21 74/3 75/18 78/8 80/13 81/15 81/16 82/24 83/14 100/16 102/8 102/12 102/14 102/16 102/16 110/16 120/19 128/23 129/4 129/21 132/10
**questioned** [1] 110/13
**questioning** [2] 88/21 124/11
**questions** [59] 18/12 19/20 19/22 19/23 20/1 20/4 20/24 21/14 21/18 21/19 32/3 32/7 48/19 49/17 62/2 62/4 62/14 65/8 66/3 74/8 82/21 86/2 86/6 86/12 91/15 93/24 93/25 94/6 94/14 94/17 95/4 95/10 98/1 98/4 98/5 99/11 99/11 99/16 99/24 100/14 109/1 110/19 110/21 110/23 110/24 111/7 111/13 111/16 114/1 114/7 115/10 115/23 116/5 122/24 122/25 128/7 128/11 130/15 132/1
**quick** [1] 132/10
**quickly** [1] 130/18
**quite** [2] 40/6 69/21
**quote** [2] 97/6 97/9
**quote/unquote** [2] 97/6 97/9

**R**

**R-O-D-R-I-G-U-E-Z** [1] 19/6
**radio** [4] 51/15 56/13 61/3 107/20
**Rafey** [1] 13/21
**rained** [2] 101/21 101/22
**raise** [8] 7/19 10/7 20/25 21/23 29/17 30/23 44/22 108/9
**raised** [5] 6/5 21/17 44/9 48/22 67/5
**ramps** [1] 76/17
**ran** [4] 120/20 120/22 120/23 125/9
**random** [5] 18/6 18/9 18/11 18/17 76/16
**randomized** [1] 18/10
**Rapp** [1] 13/22
**rare** [1] 131/21
**rather** [2] 42/20 73/15
**RDR** [2] 2/22 133/12
**reach** [4] 34/1 34/7 34/11 35/2
**reached** [1] 34/22
**reaches** [1] 91/24
**reaching** [1] 99/25
**react** [1] 81/23
**reaction** [3] 69/25 70/1 70/10
**read** [21] 14/11 22/13 23/4 27/2 27/5 28/12 28/21 31/24 31/25 40/8 40/9 40/12 50/19 89/5 99/15 107/2 108/17 110/22 110/23 120/8 128/3
**reader** [3] 99/18 99/22 110/25
**reading** [14] 30/21 51/14 53/10 54/7 55/1 60/15 90/18 99/16 99/17 99/23 99/24 110/11 110/24 132/6
**ready** [9] 5/2 49/18 63/12 63/25 64/23 87/11 87/15 112/1 115/17
**real** [4] 40/6 46/15 99/17 99/22

**reality** [1] 20/15
**realize** [1] 24/7
**realized** [1] 125/23
**really** [20] 17/18 29/24 32/13 44/18 50/18 52/14 59/25 62/6 66/6 74/9 83/19 85/9 102/22 104/20 109/1 109/3 109/12 109/25 113/20 130/14
**reason** [5] 20/9 67/11 68/2 88/24 102/5
**reasonable** [3] 75/23 76/8 77/4
**reasonableness** [1] 103/9
**reasonably** [1] 18/15
**reasons** [1] 16/8
**reassigned** [1] 121/13
**Rebecca** [6] 18/23 33/21 49/19 71/4 88/2 89/14
**Rebekah** [7] 19/7 36/11 42/18 55/5 81/10 88/9 89/21
**recall** [4] 22/22 39/21 91/6 108/4
**receivable** [1] 53/5
**receive** [9] 18/7 44/7 44/16 73/10 78/15 106/25 107/10 124/3 124/8
**received** [28] 7/10 12/14 22/14 31/15 37/16 43/17 43/21 44/1 44/19 48/20 52/1 91/3 93/9 98/25 100/1 101/8 102/7 102/13 102/15 103/20 108/1 118/14 118/21 124/1 124/4 124/10 131/4 131/7
**receiving** [3] 45/22 45/24 47/15
**recently** [1] 122/1
**recess** [8] 29/14 29/17 62/25 64/2 64/15 64/21 132/20 132/21
**recommend** [1] 112/11
**record** [14] 4/8 12/18 21/10 22/18 84/1 93/12 102/19 114/10 115/17 116/2 119/25 122/5 128/18 133/7
**recorded** [1] 99/12
**recording** [1] 46/17
**records** [9] 14/7 125/20 129/9 129/10 129/11 129/15 130/3 130/23
**recross** [1] 110/21
**ReD** [1] 3/6
**redirect** [1] 110/19
**reduced** [1] 6/24
**refer** [4] 47/9 92/19 126/20 126/21
**reference** [1] 107/6
**referred** [2] 11/1 92/4
**referring** [1] 131/1
**reflect** [1] 18/3
**reflects** [2] 16/25 93/17
**refrain** [1] 33/4
**regarding** [2] 90/25 95/10
**regardless** [2] 95/16 95/20 98/21
**registered** [3] 96/9 96/10 96/13
**relate** [1] 128/15
**related** [6] 14/13 15/11 56/11 61/18 80/16 106/11
**relating** [1] 37/17
**relationship** [1] 131/12
**relationships** [1] 15/17
**relatives'** [1] 51/22
**relax** [2] 84/21 111/25
**relevant** [1] 109/17
**relied** [1] 118/24
**religion** [1] 16/23
**rely** [4] 53/12 71/14 108/22 117/25
**remained** [1] 126/12
**remaining** [3] 85/23 90/12 122/24
**remains** [1] 87/20
**remember** [14] 6/1 34/2 34/19 34/22 39/19 41/18 46/22 56/17 62/15 64/25 66/22 69/16 90/19 100/12
**remind** [3] 19/21 21/11 21/19
**remodeler** [1] 53/23
**removed** [1] 126/14
**removing** [1] 125/15
**rent** [3] 54/3 55/25 56/18
**repeat** [4] 30/10 37/13 38/2 117/9
**repeatedly** [1] 78/10
**rephrase** [4] 117/13 120/19 121/6 124/25
**replace** [1] 21/15

**report** [2] 7/24 8/10
**reporter** [5] 2/22 5/23 21/4 66/12 133/12
**represent** [2] 13/9 14/24
**representation** [1] 72/12
**representative** [14] 12/6 12/7 12/12 12/25 15/2 39/8 39/12 70/24 72/3 73/7 93/1 93/7 95/5 95/8
**representatives** [3] 12/7 14/21 93/2
**representing** [1] 13/5
**request** [1] 110/1
**requests** [1] 46/15
**require** [1] 107/14
**required** [2] 19/24 54/25
**requires** [1] 107/9
**research** [7] 32/1 32/21 33/8 62/17 91/18 106/15 107/4
**researching** [1] 56/10
**reserve** [1] 9/5
**residency** [1] 58/5
**residential** [27] 11/6 11/6 11/7 12/1 12/1 92/8 92/8 92/21 92/21 94/4 94/5 94/25 95/1 95/2 95/2 95/17 95/17 95/21 95/22 96/4 96/8 96/10 96/13 96/16 97/12 97/12 97/23
**resolve** [3] 16/1 17/9 17/15
**resolves** [1] 17/13
**respect** [3] 81/11 109/13 131/11
**respected** [1] 17/25
**respectful** [1] 18/1
**respond** [3] 107/11 128/2 128/13
**responding** [1] 105/21
**response** [6] 20/25 21/8 21/11 21/17 104/24 130/11
**responses** [1] 21/6
**responsibility** [2] 17/17 48/18
**responsible** [1] 9/21
**rest** [4] 30/2 78/22 80/11 111/20
**restrictions** [2] 107/9 107/12
**restroom** [2] 62/21 106/19
**result** [2] 91/24 107/13
**results** [4] 88/23 116/10 119/18 119/19
**resume** [1] 64/3
**resumed** [1] 84/2
**retail** [1] 57/16
**retired** [6] 36/4 57/10 59/20 60/12 60/24 60/24
**retirement** [1] 60/12
**retrieving** [1] 64/19
**return** [2] 107/2 113/4
**returning** [1] 83/12
**revised** [1] 132/12
**Revolutionary** [1] 16/11
**Revolutionary War** [1] 16/11
**ReX** [1] 3/6
**Rhode** [1] 49/20
**Rhode Island** [1] 49/20
**Richman** [1] 13/25
**rid** [2] 126/12 126/13
**right** [82] 5/10 5/15 5/18 6/11 7/5 8/20 9/23 9/25 10/7 10/16 14/19 15/15 15/24 16/5 16/7 16/16 16/16 16/18 16/19 19/23 21/20 22/24 23/8 23/22 26/1 26/2 26/24 27/7 28/9 28/10 28/14 30/16 31/10 32/12 32/14 35/13 35/17 43/16 44/4 45/11 47/19 50/21 61/23 61/24 62/9 62/10 62/12 63/5 64/2 65/6 67/6 70/8 74/23 75/1 83/21 83/22 84/16 84/21 87/9 87/19 87/24 87/25 88/17 89/24 106/16 106/21 106/25 111/2 113/6 113/13 114/8 114/17 114/18 115/8 115/9 122/19 127/16 131/8 132/2 132/5 132/6 132/19
**rights** [4] 16/18 16/20 16/21 68/6
**ripped** [1] 66/10
**RMR** [1] 133/12
**Robert** [7] 19/4 19/14 25/16 53/16 69/2 77/17 84/24
**robocalls** [2] 47/9 78/19
**Rodriguez** [5] 19/6 25/9 25/13 26/6 26/10
**role** [1] 128/19
**rolls** [2] 18/8 18/9
**room** [17] 2/23 64/17 91/13 105/15 107/22 107/24 108/14 108/16 108/20 109/12 109/15 111/15 111/19 111/20 111/25 112/3 112/24
**roommates** [1] 56/18

**R**

rough [1]  82/8
row [18]  17/20 17/21 18/21 18/21 18/22 24/17 24/17 25/15 26/2
34/13 34/14 36/20 46/18 46/19 89/9 89/10 89/10 125/25
rude [4]  62/24 106/21 106/24 112/17
rule [5]  17/3 17/9 127/25 128/14 129/17
Rule 1006 [3]  127/25 128/14 129/17
rules [4]  100/16 102/6 102/10 109/18
ruling [4]  100/18 100/18 128/5 128/8
run [7]  8/16 42/14 42/14 42/15 43/6 59/7 119/8
running [3]  28/2 118/18 125/13
RV [1]  51/21

**S**

S-H-I-D-N-E-R [1]  19/7
safest [1]  29/25
said [20]  20/16 20/21 21/5 24/8 37/14 38/3 69/16 69/20 73/9
77/19 78/18 98/9 98/13 102/18 110/3 112/20 123/14 130/3
130/25 131/13
sailor [1]  53/23
Salem [2]  52/5 57/19
sales [4]  53/7 57/16 78/17 81/3
same [24]  12/10 22/4 32/19 33/2 38/21 41/24 42/24 59/15 62/13
68/1 80/15 80/23 81/11 82/12 93/5 95/25 99/20 106/23 107/10
110/25 111/6 130/22 131/2 131/14
San [1]  2/8
Santa [2]  2/5 2/5
Sasaki [1]  15/6
satisfaction [1]  38/14
satisfied [7]  38/15 38/16 38/17 38/22 38/24 39/2 129/9
save [1]  109/23
saw [1]  101/11
say [29]  10/8 27/17 29/18 36/5 37/22 62/21 62/22 73/8 73/13
74/18 83/8 90/19 90/24 100/7 100/8 100/9 100/11 102/10
102/11 103/14 105/1 105/3 105/11 106/13 106/22 106/22
120/21 129/6 129/7
saying [5]  73/14 74/19 76/16 90/21 102/13
says [11]  6/17 16/12 78/18 102/25 116/11 116/12 116/12
116/13 116/13 116/13 116/14
scams [1]  47/16
schedule [3]  25/11 29/15 90/12
scheduled [1]  23/23
school [9]  36/11 36/13 51/7 55/15 56/7 56/21 57/15 60/23
60/25
science [3]  53/20 55/15 60/11
scientist [1]  51/9
Scott [2]  13/23 23/18
Scout [1]  57/14
Scouts [1]  54/24
scrambling [1]  122/8
search [1]  116/17
SearchBug [8]  115/5 116/10 116/18 116/22 118/10 119/17
119/19 119/22
searching [1]  107/5
seat [28]  17/20 17/21 18/20 18/21 18/22 26/14 26/16 26/17
26/18 26/20 26/22 28/14 30/7 52/3 84/24 85/12 85/15 85/21
85/23 86/10 86/10 87/2 87/13 87/21 88/2 89/8 89/10 115/16
seated [6]  9/15 10/10 65/5 84/6 88/19 90/3
seating [1]  87/23
seats [2]  18/18 89/9
second [14]  17/21 24/1 24/17 26/16 46/19 54/19 85/25 86/25
87/5 89/10 103/19 121/24 128/1 132/16
secure [1]  112/23
secured [1]  113/3
security [4]  112/9 112/15 112/19 117/7
Sedell [10]  30/6 30/7 30/8 61/5 61/6 61/23 82/8 85/12 85/15
86/10
see [44]  5/10 5/14 5/15 5/17 14/14 15/16 16/8 21/24 22/24
23/22 27/6 27/23 30/24 31/8 31/10 31/12 32/15 32/20 33/11
37/18 42/8 48/14 48/24 49/11 57/2 57/4 57/4 57/23 58/6 65/1
72/24 73/4 76/11 78/23 82/18 83/24 101/6 101/19 103/4 108/7
114/24 126/9 127/21 132/7

seeing [2]  101/22 105/19
seek [4]  33/3 57/3 59/8 60/8
seeks [1]  10/23
seem [1]  76/24
seems [2]  76/12 131/21
seen [2]  8/5 101/5
select [4]  23/25 49/7 62/7 77/6
selected [20]  10/14 10/18 17/19 18/6 18/7 18/9 18/11 25/24
27/9 27/13 27/21 27/23 28/23 30/12 31/18 35/5 48/7 48/17
88/24 104/7
selecting [1]  63/13
selection [2]  3/3 19/16
selections [1]  62/6
self [5]  17/8 17/10 17/14 17/15 25/16
self-employed [1]  25/16
self-government [4]  17/8 17/10 17/14 17/15
Sellards [3]  28/14 28/16 30/3
selling [1]  40/24
sells [1]  11/21
semiconductor [1]  28/1
send [2]  64/18 88/18
senior [1]  53/21
sense [4]  6/16 80/24 102/5 114/4
sent [1]  47/4
separate [9]  6/12 6/19 11/16 16/20 42/23 42/25 43/1 43/8 92/14
separated [2]  55/25 106/24
serial [1]  80/9
serious [1]  24/10
seriously [2]  17/25 24/13
serve [5]  24/14 27/8 27/12 28/24 54/15
served [13]  24/24 25/23 28/4 29/7 33/15 33/18 34/5 34/10 35/13
56/20 58/13 59/17 74/22
serves [1]  112/4
service [12]  17/5 17/17 26/12 30/18 33/7 35/10 45/17 51/3 60/8
61/13 90/6 126/19
services [9]  12/16 22/16 50/5 54/21 78/20 79/4 93/10 96/20
96/23
serving [4]  20/11 51/25 52/4 81/3
session [1]  101/6
set [9]  4/4 10/14 42/21 83/16 90/15 90/20 113/20 113/24 116/15
sets [1]  113/18
settlement [1]  16/3
settlers [1]  16/5
seven [1]  87/25
several [2]  83/11 99/15
shadow [1]  76/23
share [2]  70/9 128/12
shared [2]  16/22 16/25
sharp [1]  111/21 113/14
Shawn [5]  3/7 7/7 23/15 63/11 115/18
she [21]  9/19 33/14 36/24 39/8 41/19 49/22 58/15 60/8 60/24
61/9 61/9 61/9 61/10 62/14 80/14 95/6 95/11 98/10 109/5
111/23 111/23
sheet [1]  77/15
Shelley [6]  19/8 38/7 55/23 79/24 88/10 89/22
Shidner [9]  19/7 36/11 42/18 55/4 55/5 55/21 81/10 88/9 89/21
shoe [1]  81/22
short [1]  40/24
should [39]  14/2 20/5 20/10 49/9 69/5 69/11 69/14 73/15 73/23
75/22 76/7 76/17 79/6 85/12 88/25 90/23 91/1 93/15 93/17
96/21 98/20 99/19 100/17 101/13 103/16 108/16 108/22 108/24
110/3 111/9 113/6 113/8 122/10 126/20 127/24 128/3 128/9
129/19 130/9
shouldn't [2]  69/23 104/25
show [11]  14/12 15/7 15/13 15/15 24/15 27/4 76/1 84/14 110/9
111/23 113/2
showing [1]  75/20
shown [1]  91/19
shows [2]  18/25 82/19
shred [1]  108/19
SI [2]  1/5 4/5
side [18]  20/7 49/5 62/18 62/23 63/17 83/24 83/25 85/8 102/7
102/9 109/10 110/6 110/16 110/20 128/24 129/12 129/16 130/3

**sidebar [3]** 65/1 84/1 84/23
**sides [10]** 9/12 20/13 32/16 32/18 48/9 63/7 63/9 89/3 99/1 127/17
**sidewalk [4]** 101/20 101/23 102/1 102/2
**sign [1]** 109/4
**signature [3]** 133/9 133/9 133/9
**signed [4]** 16/7 78/13 97/16 133/9
**significance [2]** 99/22 128/21
**significant [1]** 81/17
**significantly [1]** 129/24
**signing [2]** 80/1 133/6
**Silver [1]** 57/20
**Silverton [1]** 57/20
**similar [5]** 12/8 70/5 81/13 82/19 93/3
**similarly [2]** 11/17 92/15
**SIMON [5]** 1/13 2/3 4/9 9/18 13/17
**Simon's [1]** 112/19
**simpler [1]** 118/7
**simply [3]** 105/3 109/17 110/7
**since [6]** 16/2 52/3 85/8 115/13 125/25 126/1
**single [3]** 54/4 56/19 91/8
**sir [4]** 30/15 39/16 79/8 80/18
**sister [1]** 37/2
**sister-in-law [1]** 37/2
**sit [10]** 18/24 18/24 19/20 24/10 26/16 26/22 41/21 76/14 111/24 114/12
**sitting [6]** 23/4 26/18 62/11 70/3 72/4 85/7
**situated [2]** 11/17 92/15
**situation [2]** 24/20 82/12
**six [5]** 50/7 55/7 55/9 56/1 85/9
**six-year-old [1]** 56/1
**skeptical [1]** 73/14
**skiing [1]** 51/14
**slighted [1]** 89/1
**slowly [2]** 116/1 119/25
**small [5]** 12/6 38/7 38/9 39/1 93/2
**smartphones [1]** 106/7
**so [117]** 5/13 6/19 6/24 7/19 8/6 10/6 15/10 15/17 16/15 17/8 18/14 18/19 20/16 20/19 21/5 21/10 21/16 21/18 21/20 24/22 29/21 30/23 36/24 37/14 38/2 42/20 42/22 44/19 47/20 48/12 49/18 57/11 59/18 62/25 63/25 66/19 67/22 68/4 69/11 69/20 71/5 71/6 73/12 76/25 78/14 79/13 81/12 82/3 84/7 84/12 84/25 85/6 85/11 85/14 85/22 86/7 86/9 86/12 89/5 89/9 90/7 90/16 91/6 94/2 94/3 94/21 94/23 95/20 96/15 105/3 105/7 106/5 106/20 108/5 109/2 109/13 109/23 109/24 111/4 112/1 112/14 112/22 112/24 113/2 113/13 113/25 115/1 116/25 117/4 117/23 118/9 119/4 119/10 120/14 120/22 120/24 121/4 121/6 121/16 124/14 125/7 125/9 125/11 125/13 125/15 125/20 126/5 126/6 126/11 126/11 127/9 128/25 129/19 130/8 130/16 130/25 131/7
**socially [1]** 105/23
**society [1]** 17/9
**sociology [1]** 50/1
**software [1]** 8/17
**sold [1]** 79/11
**sole [3]** 25/22 72/12 123/6
**solely [5]** 48/7 48/19 91/9 101/7 108/1
**solicitors [1]** 77/21
**some [74]** 6/4 7/24 8/9 10/12 12/22 17/13 18/12 18/16 21/14 21/15 23/2 23/12 23/14 25/18 29/8 29/20 29/21 32/3 34/3 36/2 37/10 37/11 37/15 37/25 44/5 45/19 45/21 45/21 45/25 46/1 46/2 47/9 48/15 48/18 58/19 62/2 62/4 65/8 66/8 66/13 67/23 75/1 75/19 77/7 78/20 81/1 81/2 82/14 82/17 90/10 90/18 90/22 91/8 94/13 94/19 95/7 100/25 106/7 108/8 110/18 110/20 110/23 110/24 111/3 112/3 114/1 114/6 114/7 116/5 121/13 127/25 129/4 129/6
**somebody [7]** 37/23 66/9 69/7 78/24 79/3 107/24 113/17
**somehow [1]** 81/2
**someone [13]** 20/3 38/20 44/3 64/18 65/19 66/10 66/11 67/9 74/13 78/25 79/18 101/25 131/21
**something [25]** 20/22 27/18 31/12 32/10 32/15 39/19 57/4 63/7 66/5 66/7 68/18 74/16 75/8 77/8 80/1 83/3 85/22 105/1 106/4

107/20 107/20 109/3 112/17 122/22 131/14
**sometimes [12]** 32/12 32/22 41/1 42/5 43/21 52/18 92/4 93/1 102/18 109/11 112/9 112/10
**somewhat [2]** 24/7 38/16
**somewhere [3]** 25/2 35/12 120/9
**son [11]** 43/6 49/23 50/15 52/23 53/7 55/10 56/1 56/7 56/10 60/7 60/10
**soon [7]** 10/2 19/19 26/4 63/13 64/25 106/5 130/14
**sorry [6]** 7/2 25/6 26/9 47/6 54/22 64/8 105/4
**sort [9]** 7/13 7/16 17/13 30/23 49/1 59/1 75/15 79/25 121/19
**sorts [1]** 46/21
**sound [4]** 23/11 23/21 29/19 116/15
**source [3]** 22/25 59/25 60/16
**sources [11]** 50/20 51/15 52/17 53/13 54/8 55/20 57/3 57/23 59/8 61/3 61/20
**South [1]** 61/7
**sparked [1]** 47/13
**speak [8]** 19/18 20/21 49/15 97/6 114/12 116/1 119/24 130/18
**SPEAKER [1]** 15/21
**speaking [1]** 21/2
**special [2]** 33/17 56/3
**specialist [3]** 117/1 117/8 117/10
**specializing [1]** 55/12
**specific [3]** 18/24 71/9 71/12
**specifically [2]** 40/11 116/7
**specifics [2]** 46/11 127/24
**speculate [1]** 98/7
**spend [1]** 59/22
**spending [2]** 73/15 74/17
**spent [1]** 7/12
**spin [1]** 81/16
**spit [2]** 124/23 125/9
**spits [3]** 117/20 118/6 119/5
**split [1]** 129/4
**Spokane [1]** 60/5
**spoke [1]** 97/9
**spoken [1]** 30/22
**Sportsman's [1]** 57/17
**spouse [5]** 36/21 36/23 51/23 52/7 52/11
**spouse is [1]** 51/23
**spouse's [1]** 50/11
**spouses [1]** 37/25
**sprayed [1]** 102/1
**spreadsheet [9]** 8/15 116/7 116/9 118/6 119/6 119/8 122/9 122/18 123/4
**spreadsheets [6]** 8/14 8/17 118/2 118/3 125/8 131/9
**Stage [1]** 58/9
**stake [2]** 73/17 75/5
**stamina [1]** 29/1
**stand [5]** 10/7 13/15 23/4 115/16 120/3
**standard [1]** 77/4
**stands [3]** 120/4 120/5 120/8
**Stanley [12]** 26/15 26/16 26/18 26/25 27/10 46/20 54/10 54/11 55/3 81/25 88/8 89/20
**start [18]** 12/24 18/20 24/2 29/11 33/19 35/9 49/14 65/16 66/5 66/21 90/17 105/24 105/25 106/2 107/14 111/21 113/14 125/5
**started [1]** 114/22
**starting [1]** 64/13
**state [10]** 24/18 25/4 34/14 42/20 45/1 47/6 47/7 66/22 67/14 116/14
**statement [4]** 63/15 108/8 110/6 110/7
**statements [8]** 63/9 100/5 100/7 100/8 100/9 110/10 113/15 132/9
**STATES [9]** 1/1 1/14 2/22 9/17 12/14 16/24 22/14 90/6 93/9
**stating [1]** 21/6
**status [1]** 121/4
**statute [1]** 10/25
**stay [1]** 112/7
**staying [1]** 51/22
**Stefan [2]** 14/4 14/5
**step [1]** 84/17
**Stephen [1]** 13/23
**Stewart [1]** 13/22

**S**

**still** [7]  6/20 7/20 14/7 21/13 22/4 52/4 109/11
**stipulated** [2]  95/24 95/25
**stipulation** [2]  48/9 114/6
**stipulations** [4]  48/9 48/12 99/2 100/2
**stole** [1]  66/12
**stop** [12]  45/20 45/21 45/22 45/24 46/1 46/1 46/2 46/4 46/13 46/14 68/18 79/16
**story** [1]  41/19
**Street** [1]  2/7
**strength** [1]  29/2
**stretch** [2]  41/16 41/17
**stricken** [3]  100/20 100/22 102/18
**strike** [4]  86/18 87/12 87/16 100/20
**strong** [7]  29/5 39/25 40/3 40/13 40/15 41/1 72/13
**student** [1]  25/10
**studio** [1]  55/13
**stuff** [4]  57/2 70/4 71/14 114/6
**subject** [1]  73/3
**subjectivity** [1]  82/16
**subsequent** [1]  118/19
**subset** [1]  114/19
**successful** [4]  45/25 46/2 46/3 46/4
**such** [18]  12/16 12/18 12/19 22/16 22/18 22/23 53/5 93/11 93/13 93/14 94/2 94/4 94/21 94/23 101/10 101/24 107/4 129/25
**sued** [1]  37/24
**suffered** [1]  66/9
**sufficient** [1]  129/16
**suggests** [1]  81/21
**suing** [1]  37/23
**suitable** [1]  20/3
**Suite** [4]  2/5 2/7 2/14 2/17
**summaries** [8]  9/1 9/2 118/16 118/19 118/24 128/16 129/22 130/21
**summary** [23]  7/18 8/12 8/19 9/1 118/17 118/21 122/11 122/12 123/3 123/9 123/10 123/12 124/16 124/21 128/14 128/20 128/22 128/24 129/5 129/17 129/18 129/19 129/21
**summoned** [3]  10/6 15/20 90/4
**summons** [1]  18/7
**Sunday** [2]  123/7 124/4
**supervisor** [1]  50/7
**supplements** [2]  11/22 59/1
**support** [1]  128/22
**supports** [1]  91/17
**sure** [18]  5/23 7/21 8/12 14/25 38/8 53/2 63/23 82/23 83/6 89/2 91/23 114/13 118/14 119/21 122/21 125/7 128/10 131/7
**surf** [1]  82/9
**surprising** [1]  73/7
**sustain** [2]  102/13 102/15
**sustained** [3]  66/17 70/21 102/14
**sustaining** [1]  9/7
**SW** [2]  2/17 2/23
**swear** [2]  89/25 90/1
**sweepstakes** [1]  47/15
**sworn** [6]  3/4 10/9 90/2 98/22 99/8 115/15
**sympathy** [1]  91/12
**system** [14]  15/24 17/7 17/14 17/22 31/1 31/7 31/18 35/19 35/20 36/2 36/6 48/1 82/2 91/21
**systems** [2]  47/1 54/21

**T**

**T-H-O-M-P-S-O-N** [1]  19/14
**table** [1]  123/2
**Taco** [1]  56/23
**tactic** [1]  78/16
**take** [33]  6/18 21/1 26/14 28/14 29/11 29/12 29/13 30/7 49/16 61/25 62/25 64/17 68/3 79/4 79/5 82/13 82/13 84/7 85/14 85/15 86/9 87/11 87/15 90/9 90/23 103/3 108/11 108/13 108/18 108/22 113/22 115/16 130/9
**taken** [5]  17/25 23/5 91/6 99/8 116/24
**takes** [1]  5/22
**taking** [8]  9/8 21/5 68/23 69/6 80/3 108/15 118/8 127/5

**talk** [17]  22/21 30/24 36/1 42/9 43/22 45/7 66/2 70/6 80/7 86/4 90/14 104/21 105/8 109/8 127/18 127/19
**talked** [1]  79/22
**talking** [8]  22/23 35/23 35/24 41/5 64/20 66/3 105/24 105/25
**Tampa** [1]  2/14
**taxing** [1]  29/19
**TCPA** [18]  11/1 11/11 11/24 12/21 46/7 92/5 92/5 92/19 95/14 95/18 96/25 97/10 97/11 97/21 98/4 98/9 98/11 104/18
**teacher** [2]  50/17 60/13
**teaching** [1]  50/2
**team** [1]  117/5
**technical** [3]  70/6 117/5 126/23
**technician** [1]  52/10
**technique** [1]  78/16
**technology** [1]  106/9
**telecommunications** [1]  120/6
**telemarketing** [36]  11/3 11/25 40/19 40/19 40/24 41/2 41/8 43/17 43/21 43/25 44/1 44/8 44/11 44/12 44/14 44/19 45/15 45/16 45/18 45/23 45/24 46/13 47/8 47/25 48/5 73/19 83/8 83/15 92/7 92/20 94/2 94/19 96/17 96/21 97/18 97/22
**telephone** [51]  10/25 11/5 11/6 12/1 12/14 12/20 22/14 42/1 42/10 43/14 46/7 47/23 78/6 83/18 92/3 92/8 92/21 93/9 94/5 94/25 95/1 95/2 95/14 95/16 95/17 95/18 95/19 95/19 96/1 96/1 96/3 96/4 96/5 96/9 96/12 96/14 96/15 96/16 96/18 97/11 97/12 97/23 115/6 117/8 117/10 118/13 118/22 119/14 121/8 121/9 121/11
**telephones** [7]  11/25 43/17 92/21 95/15 97/13 97/24 114/15
**television** [4]  53/12 53/24 55/20 107/21
**tell** [43]  10/18 19/25 23/13 27/21 29/10 32/9 32/13 35/22 38/6 62/7 66/5 77/3 87/20 88/1 90/9 90/13 91/18 99/9 104/4 104/6 104/8 104/9 104/13 104/14 104/15 104/16 104/17 104/18 104/20 104/20 104/23 105/4 105/5 105/7 105/9 105/11 105/6 106/6 108/9 109/22 112/18 123/12 129/14
**telling** [4]  65/21 105/21 106/2 106/23
**tells** [1]  112/5
**ten** [2]  34/10 54/14
**tend** [1]  68/13
**term** [1]  96/17
**terms** [5]  8/13 61/18 72/7 82/2 120/5
**test** [4]  29/1 32/23 33/1 117/6
**testified** [3]  37/7 81/19 103/5
**testifies** [2]  36/24 80/14
**testify** [11]  23/7 70/18 73/5 74/5 80/8 81/21 99/21 103/2 103/6 103/13 110/11
**testifying** [2]  71/17 72/5
**testimonies** [1]  82/6
**testimony** [34]  23/3 23/5 48/13 71/9 71/13 71/25 72/16 72/21 72/24 73/4 80/9 82/6 98/23 98/23 98/24 99/7 99/8 99/19 99/20 100/1 100/19 100/20 100/21 100/21 101/1 101/10 102/3 102/24 103/3 103/9 103/10 106/12 108/6 108/7
**testing** [1]  32/25
**Texas** [1]  55/24
**text** [3]  16/17 16/19 105/14
**texting** [1]  45/21
**than** [25]  8/16 29/17 40/25 42/20 43/13 44/3 44/17 45/6 69/19 74/14 75/21 75/24 76/2 76/20 79/21 86/5 94/20 94/24 95/12 98/19 106/13 123/10 124/19 130/4 130/4
**thank** [64]  10/10 13/13 14/18 14/25 15/9 25/13 26/3 26/5 26/9 26/11 26/19 28/16 30/3 30/5 33/11 34/9 35/3 37/4 37/12 40/7 50/21 51/17 52/19 53/14 53/25 54/9 55/3 55/21 56/14 57/6 57/25 59/10 60/2 60/17 61/4 61/23 65/10 67/2 67/2 67/24 68/7 68/9 68/24 70/8 72/9 73/1 74/21 75/9 75/12 77/11 77/12 77/13 80/6 83/22 86/24 88/19 90/3 90/5 90/7 113/13 116/3 120/1 132/5 132/19
**that** [527]
**that's** [77]  5/24 6/25 7/17 7/18 7/18 8/2 11/16 11/17 13/24 15/8 17/13 19/17 22/14 28/13 33/17 36/4 37/22 37/24 40/17 41/17 52/14 63/10 65/22 69/8 69/12 70/11 73/25 74/14 77/2 79/6 79/21 80/8 81/19 82/4 82/5 83/14 83/19 85/19 90/19 92/14 99/4 100/22 104/6 106/12 106/23 106/24 110/16 110/19 110/21 111/25 114/17 114/25 115/6 115/8 118/11 119/3 122/16 123/18 123/19 124/11 124/20 124/21 125/11 125/13 126/1 127/9 127/14 127/20 128/8 128/25 129/9 129/20 130/8 130/24

T

Case 3:15-cv-01857-SI   Document 301

27/4 29/17 30/10 35/4 42/9 43/16 43/20 43/21 44/6 44/9 44/16 46/5 47/11 48/11 49/22 52/1 54/1 58/5 59/14 64/9 65/17 66/25

that's... **[2]** 131/3 131/8

their **[39]** 16/9 17/23 22/5 31/14 32/17 35/25 42/15 60/20 62/6 62/6 62/7 63/7 65/20 70/10 70/18 73/9 74/13 78/1 78/6 78/16 79/4 79/5 81/1 81/5 81/17 83/7 88/22 91/20 91/20 91/25 100/7 100/8 100/9 100/15 123/10 123/12 129/6 129/16 132/12

them **[77]** 13/11 15/12 18/10 18/12 22/2 23/9 23/12 27/2 27/5 28/21 30/10 31/2 35/19 45/4 45/19 45/25 46/1 46/1 46/2 46/4 46/14 47/17 50/6 50/9 62/19 62/20 62/22 64/17 64/19 65/20 65/21 66/13 68/13 68/15 68/16 73/10 73/10 78/11 78/13 79/5 80/5 88/16 88/18 91/5 91/8 100/3 100/3 100/12 100/13 100/13 104/6 104/8 104/13 104/14 104/15 104/16 104/20 104/20 106/19 106/20 106/22 106/23 108/13 108/17 108/18 108/19 108/20 113/2 113/4 113/4 113/5 118/4 118/9 124/10 129/16 131/2

themes **[1]** 72/24

then **[72]** 6/1 6/13 8/23 8/24 18/9 18/17 18/21 20/25 24/1 24/17 25/11 26/15 26/21 27/23 29/12 29/13 33/1 35/24 39/12 40/21 45/3 46/19 48/16 58/4 58/5 62/3 62/4 62/7 62/15 64/3 64/13 71/19 79/6 79/11 79/13 80/2 80/24 82/20 84/10 84/13 85/20 85/25 85/25 86/1 87/20 88/1 88/18 89/10 90/10 94/13 95/10 97/10 99/12 102/14 110/16 110/19 111/7 111/14 111/19 120/12 123/7 125/9 125/18 125/14 125/21 125/23 126/7 126/14 128/3 128/23 129/17 132/11

therapist **[2]** 50/16 56/5

therapy **[1]** 56/4

there **[91]** 6/20 7/20 19/23 19/24 22/8 22/8 24/9 27/17 27/19 28/2 28/3 29/1 31/6 33/3 33/10 34/25 36/19 37/15 39/19 40/5 43/4 43/4 43/8 44/2 46/18 47/2 48/4 48/5 48/21 49/2 49/8 50/7 51/21 52/22 56/24 57/12 57/21 58/3 58/4 61/8 66/11 67/11 67/17 67/23 68/2 68/3 69/16 69/21 70/16 78/3 78/7 79/2 79/19 79/24 80/2 80/24 82/11 82/13 84/24 85/8 85/16 89/6 97/25 98/4 98/23 99/2 99/3 102/6 104/20 107/18 107/19 109/3 110/25 112/9 112/10 112/15 112/19 112/23 112/25 116/14 118/15 118/23 123/22 125/23 128/19 129/5 129/8 129/11 130/2 130/15 130/25

there's **[1]** 17/11

Therefore **[2]** 102/3 112/7

these **[41]** 6/11 7/16 12/2 18/16 19/22 19/23 20/1 20/4 21/14 21/18 23/7 23/11 23/14 23/21 48/22 49/17 63/1 68/11 68/19 74/6 74/19 89/6 90/22 90/23 91/23 92/22 94/6 94/12 95/4 95/8 98/5 105/21 107/9 107/12 107/13 107/22 117/12 118/24 129/10 129/22 130/21

they **[76]** 8/8 9/1 17/8 20/10 21/22 21/24 23/12 23/13 31/2 31/6 31/15 32/13 32/13 33/3 33/10 43/22 46/3 48/13 49/9 64/19 68/14 69/3 69/23 70/10 70/17 72/17 72/23 73/11 73/24 73/24 76/5 78/12 79/3 79/11 79/19 80/12 81/1 81/2 81/12 81/20 82/3 83/4 85/10 91/8 91/19 95/16 100/6 100/8 100/9 100/11 100/16 104/19 105/1 108/9 121/12 121/13 123/1 123/8 123/10 123/11 123/15 123/15 125/21 126/9 126/9 126/9 128/25 129/1 129/24 130/1 131/7 131/9 131/13 131/14 132/11

They're **[1]** 62/22

they've **[5]** 8/16 8/17 46/3 106/4 120/22 123/19

thing **[9]** 29/25 41/25 43/11 59/2 95/25 104/3 105/5 106/23 114/5

things **[23]** 11/2 17/5 40/7 40/9 44/5 46/21 48/1 53/11 54/24 69/17 71/5 77/7 90/18 90/22 91/23 92/5 100/2 103/5 104/18 104/25 109/2 113/19 128/7

think **[76]** 14/10 14/12 15/10 15/13 18/13 21/8 21/22 21/24 23/12 23/13 27/5 28/12 29/25 31/12 32/11 39/17 40/5 45/16 47/14 49/9 62/23 63/8 66/21 67/4 67/11 69/2 69/21 71/18 72/2 72/5 72/20 72/20 72/24 73/10 74/11 74/12 74/16 75/6 75/19 75/25 76/3 76/6 76/7 76/12 76/14 76/17 78/3 79/16 79/21 79/24 80/9 80/12 81/4 82/11 82/13 82/17 82/20 83/7 84/4 87/20 93/17 109/3 110/25 114/4 117/23 122/5 122/14 123/7 123/8 123/11 128/3 128/9 129/18 129/20 130/9 132/12

thinks **[2]** 48/6 102/9

third **[2]** 2/23 86/1

this **[176]**

Thomas **[1]** 16/7

Thompson **[3]** 19/14 25/16 26/11

those **[52]** 14/10 14/11 14/13 15/11 15/11 15/14 18/10 21/12

27/4 29/17 30/10 35/4 42/9 43/16 43/20 43/21 44/6 44/9 44/16 46/5 47/11 48/11 49/22 52/1 54/1 58/5 59/14 64/9 65/17 66/25 69/5 69/18 71/16 83/5 83/16 108/25 109/16 109/20 113/3 114/24 119/2 119/9 123/6 123/14 123/24 125/8 125/22 125/24 126/13 127/24 128/16 132/13 132/18

though **[4]** 10/4 57/14 72/23 83/17

thought **[10]** 7/2 7/14 47/16 66/14 66/25 68/1 68/23 69/16 83/9 128/1

thoughts **[11]** 69/13 70/9 70/25 71/24 72/18 74/11 75/5 76/10 81/23 82/7 105/19

three **[20]** 16/20 27/8 38/12 49/22 51/1 51/7 51/21 55/8 58/8 59/15 74/17 78/19 85/8 85/16 85/17 85/18 94/12 95/8 130/3 130/7

threshold **[1]** 129/8

through **[20]** 5/23 7/13 18/21 23/23 24/11 27/13 28/24 30/13 36/12 49/16 56/13 70/4 72/4 76/14 83/5 87/22 89/9 89/10 89/18 119/8

throughout **[4]** 9/22 72/24 103/15 111/9

thrown **[1]** 34/12

Thursday **[1]** 104/12

Thus **[2]** 91/24 103/24

Tiffany **[4]** 19/5 54/2 88/7 89/17

Tigard **[1]** 53/7

Tillamook **[4]** 58/7 58/11 58/21 58/22

time **[54]** 4/4 10/17 12/19 21/7 21/17 22/19 24/11 25/10 39/18 48/25 49/15 50/14 51/2 58/14 59/22 63/7 63/8 63/10 64/18 65/7 68/1 68/23 69/6 69/6 73/15 79/19 84/5 84/15 93/13 101/3 108/7 109/8 109/8 109/13 109/14 109/25 110/1 113/7 113/9 113/22 116/1 116/14 118/17 120/12 120/13 121/20 127/6 128/10 129/2 129/16 129/25 130/4 130/5

times **[7]** 29/17 37/7 43/23 67/21 98/2 98/3 100/10

today **[22]** 10/7 13/16 15/2 15/4 15/16 15/16 23/1 23/24 23/25 25/10 26/7 26/11 29/10 46/6 63/8 63/19 65/14 79/22 87/22 104/11 121/5 131/12

together **[6]** 17/8 17/15 18/4 81/14 122/8 128/9

told **[7]** 41/19 41/21 43/15 106/4 120/14 127/8 127/10

toll **[2]** 119/14 120/15

toll-free **[2]** 119/14 120/15

tomorrow **[18]** 24/2 24/3 25/11 29/11 63/16 63/19 87/22 100/8 108/11 110/6 111/22 112/2 113/14 128/5 128/10 132/7 132/11 132/20

tone **[1]** 99/23

tonight **[4]** 127/22 130/11 130/11 132/17

too **[10]** 20/17 29/5 29/19 40/2 40/3 40/6 63/4 69/17 88/1 99/4

took **[9]** 6/11 6/14 6/23 19/22 41/20 59/20 117/23 118/3 118/9

tools **[1]** 106/9

topic **[3]** 70/11 74/4 109/22

topics **[2]** 40/16 48/22

total **[3]** 55/7 118/17 124/18

totally **[2]** 41/24 104/7

toward **[2]** 76/6 112/12

town **[1]** 59/16

Townsend **[1]** 2/7

Tracie **[8]** 19/3 34/10 45/3 52/21 67/25 79/1 88/6 89/16

Tradewinds **[1]** 50/15

Traffic **[2]** 51/9 51/11

Trail **[1]** 57/19

trails **[1]** 57/20

training **[5]** 37/15 37/16 37/17 58/5 58/17

transcript **[6]** 1/12 99/12 99/15 108/5 133/7 133/8

transition **[2]** 50/8 52/4

transitioned **[1]** 52/3

translated **[1]** 19/18

treated **[1]** 109/18

tremendously **[1]** 78/17

trial **[79]** 1/11 4/5 7/11 7/22 8/19 9/20 9/22 10/1 10/15 10/21 10/23 13/7 14/22 14/23 15/5 15/24 16/5 16/14 16/15 16/18 17/24 18/16 20/7 20/12 20/23 20/24 20/20 23/8 23/23 28/10 30/2 31/14 31/16 32/2 32/3 32/14 32/24 33/12 33/13 33/13 46/5 48/3 48/20 90/14 90/17 90/20 90/25 91/2 91/3 91/13 91/24 93/16 93/23 96/6 98/7 99/8 99/14 101/8 103/15 104/7 104/8 106/14 107/10 107/14 107/19 108/5 108/17 108/20 109/8 110/5 110/9 111/10 112/8 112/25 113/3 113/5 130/7 130/8 130/8

## T

**trials [1]** 28/13
**tried [6]** 45/20 45/22 45/24 46/4 46/15 47/4
**trips [1]** 59/23
**trooper [1]** 54/24
**trouble [1]** 71/15
**troubled [1]** 71/24
**true [15]** 75/21 75/21 75/24 75/24 76/2 76/2 76/20 76/21 76/25 81/17 98/19 98/19 99/3 114/11 131/8
**truly [1]** 24/13
**truth [3]** 19/18 19/25 99/9
**truthfully [1]** 19/23
**try [4]** 6/7 46/14 80/9 109/12
**trying [8]** 6/1 46/12 47/16 67/9 67/22 68/17 69/6 76/22
**tucked [1]** 7/21
**Tuesday [3]** 7/19 123/8 124/7
**turn [3]** 14/15 73/10 107/23
**turned [3]** 49/22 101/25 123/19
**turning [1]** 125/8
**TV [3]** 52/15 60/16 61/19
**two [23]** 2/11 5/7 36/19 38/12 42/19 43/14 53/18 54/14 56/18 56/21 56/24 58/19 60/20 67/18 68/2 75/10 83/24 125/11 125/17 125/21 127/6 131/13 132/18
**type [10]** 33/23 36/14 37/16 37/17 47/10 80/23 116/12 119/12 119/13 119/13
**types [1]** 117/12

## U

**U.S [7]** 5/24 6/14 6/23 60/21 126/9 126/11 126/17
**Uh [1]** 127/13
**Uh-huh [1]** 127/13
**ultimately [2]** 10/23 33/14
**unable [1]** 48/23
**unanimity [1]** 85/11
**unanimous [1]** 18/3
**unannounced [1]** 81/25
**under [15]** 8/24 9/8 10/24 17/9 17/22 92/3 96/24 99/9 100/16 109/18 110/13 127/25 128/14 129/6 129/19
**undergraduate [2]** 54/16 54/18
**underlie [1]** 128/16
**underlies [1]** 124/1
**underlying [16]** 7/13 7/15 7/23 8/6 8/12 8/13 8/18 118/11 118/12 123/16 123/17 128/16 129/3 129/7 129/9 131/2
**understand [14]** 8/9 24/24 45/11 47/24 91/19 109/15 110/8 116/24 117/23 120/14 121/1 122/8 122/11 123/2
**understanding [1]** 30/22 131/12
**Understood [1]** 25/25
**Unfortunately [1]** 82/16
**UNIDENTIFIED [1]** 15/21
**unimportant [2]** 69/17 69/18
**unique [4]** 118/9 119/10 120/5 124/23
**unit [1]** 52/4
**UNITED [9]** 1/1 1/14 2/22 9/17 12/14 16/24 22/14 90/6 93/9
**United States [6]** 9/17 12/14 16/24 22/14 90/6 93/9
**University [1]** 58/18
**unknown [4]** 77/20 119/15 119/16 119/17
**unlawful [2]** 11/2 92/6
**unless [2]** 11/9 92/10
**unquote [2]** 97/6 97/9
**until [22]** 8/11 8/24 9/8 10/20 21/1 24/6 31/20 32/2 69/21 74/19 84/19 103/16 103/24 103/24 104/6 104/9 104/10 105/6 105/10 106/1 108/14 132/20
**unwanted [1]** 67/17
**up [56]** 8/15 8/16 13/15 15/7 18/14 18/15 18/17 21/12 21/15 21/16 25/18 31/11 31/19 31/22 31/24 31/25 32/10 33/4 33/7 40/21 41/19 42/8 42/21 43/13 45/4 45/5 45/10 46/22 51/19 58/3 62/2 62/4 62/17 64/12 66/11 68/1 76/17 78/13 78/22 80/1 85/7 88/1 89/12 90/17 91/1 99/6 101/18 106/15 113/25 115/10 117/5 120/11 125/13 125/14 128/20 132/2
**uploaded [2]** 118/9 119/11
**upon [1]** 70/19
**upset [1]** 65/20

**urge [1]** 108/5
**us [50]** 4/18 15/16 27/24 28/24 36/14 37/22 49/15 49/16 55/9 71/3 75/15 114/15 114/18 115/17 118/12 121/5 121/8 122/7 122/9 123/17
**use [12]** 50/20 55/1 63/10 74/5 94/3 94/21 97/7 109/14 109/25 113/3 116/17 123/8
**used [17]** 5/9 8/17 12/2 42/11 67/20 92/3 96/14 96/16 97/1 97/2 97/22 114/14 124/22 124/22 126/8 126/17 126/24
**useful [1]** 45/17
**uses [4]** 11/8 43/7 92/9 97/4
**using [8]** 11/4 44/13 44/14 95/1 97/13 97/18 107/5 129/23
**usual [1]** 96/8
**usually [4]** 17/12 56/13 61/20 61/21

## V

**V-I-S-A-L-U-S [1]** 15/18
**valuable [1]** 45/17
**value [2]** 82/13 120/6
**variety [1]** 37/8
**various [2]** 18/1 117/6
**verdict [13]** 34/11 48/19 83/13 91/1 93/22 98/4 99/25 103/16 107/2 110/3 111/13 111/15 111/17
**versions [1]** 118/15
**versus [2]** 4/5 104/15
**very [35]** 9/10 15/22 17/4 17/18 21/9 25/6 26/3 30/1 36/9 37/1 39/2 46/22 47/19 47/19 50/21 52/19 53/14 53/25 54/9 55/3 56/14 59/3 59/10 60/17 63/8 64/12 75/12 77/2 77/11 80/4 82/8 83/22 90/5 104/3 130/17
**Veterans [1]** 50/5
**VFW [1]** 61/1
**video [1]** 57/1
**view [3]** 18/2 76/9 79/17
**views [2]** 63/7 105/19
**violate [1]** 75/4
**violated [6]** 11/24 12/20 47/23 92/19 97/21 98/3
**violates [1]** 107/12
**violation [1]** 97/10
**violations [4]** 98/2 98/9 98/11 98/11
**Virginia [1]** 16/4
**VISALUS [40]** 1/7 4/5 11/20 11/20 11/23 12/2 12/15 12/17 12/19 14/16 15/3 15/16 15/17 22/3 22/5 22/7 22/15 22/17 22/23 22/23 27/1 28/20 47/22 47/22 73/23 92/18 92/18 92/19 92/22 93/10 93/12 94/1 94/15 94/18 95/12 97/19 97/21 98/2 98/3 115/23
**ViSalus's [3]** 12/15 22/15 93/10
**vision [2]** 30/19 59/22
**visit [1]** 35/24
**voice [35]** 11/8 11/9 12/3 12/17 22/17 43/22 43/23 43/23 43/24 44/3 44/13 44/15 44/20 44/22 44/24 45/6 45/11 47/25 68/14 92/9 92/23 93/11 94/3 94/22 96/25 97/2 97/3 97/4 97/5 97/8 97/8 97/14 97/18 97/23 99/23
**voir [6]** 19/17 64/3 64/6 64/9 65/1 88/21
**Volume [1]** 1/11
**voluminous [5]** 129/9 129/10 129/11 130/3 130/5
**voluntarily [1]** 79/18
**volunteer [2]** 54/23 59/4
**volunteering [1]** 67/3
**Voorhees [1]** 13/23
**vote [3]** 91/15 91/17 91/20
**voter [1]** 18/8

## W

**W-A-L-L-A-C-E [1]** 19/3
**wait [1]** 21/1
**waiting [1]** 16/17
**wake [1]** 101/18
**WAKEFIELD [34]** 1/4 4/5 4/18 11/14 11/15 11/23 12/12 12/24 13/15 21/22 21/23 23/2 70/16 71/13 80/7 81/18 92/13 92/13 92/17 93/7 94/2 94/7 94/7 94/11 94/14 94/20 94/24 95/7 95/13 97/20 97/25 98/8 98/14 132/17
**Wakefield's [7]** 39/7 80/13 93/24 94/4 96/1 96/3 96/9
**walk [3]** 106/21 107/22 107/24
**walking [2]** 112/12 112/15
**Wallace [12]** 19/3 34/10 45/3 52/20 52/21 53/14 67/25 68/7 79/1

**Wallace... [3]** 88/6 89/16 89/18
**want [45]** 20/3 20/14 20/16 20/21 23/8 27/2 27/5 27/21 27/23
28/21 29/3 33/7 45/7 45/8 45/9 49/6 66/7 68/5 70/9 74/15 76/14
79/7 83/19 105/7 105/8 105/9 105/16 105/18 105/19 105/20
105/24 108/13 108/19 108/19 109/1 111/22 111/24 112/25
114/2 114/3 116/1 119/25 122/24 128/10 128/13
**wanted [2]** 5/5 122/21
**wanting [1]** 43/5
**wants [6]** 66/21 91/22 111/4 115/9 122/25 129/14
**War [1]** 16/11
**Warehouse [1]** 57/18
**was [132]** 6/3 6/23 6/25 7/2 10/9 12/19 14/1 16/3 16/11 22/19
33/21 33/21 33/23 34/12 34/19 34/25 35/1 35/2 35/8 35/9 35/10
35/15 36/16 36/16 36/19 38/12 38/14 39/1 39/17 39/18 39/18
39/19 40/23 42/24 43/4 43/15 44/2 46/15 46/16 46/25 47/2
47/16 49/19 50/24 52/2 52/21 54/2 54/5 54/12 54/21 54/23 55/5
55/23 56/17 58/2 58/13 58/14 59/12 60/4 60/13 61/6 66/10
66/20 67/15 67/16 67/17 67/22 68/1 69/25 69/25 69/25 70/5
70/6 70/23 75/3 75/5 75/7 75/7 75/13 78/18 81/17 81/21 84/1
84/24 88/21 90/2 93/14 96/1 96/3 96/9 96/11 96/13 96/22
113/21 114/14 114/14 114/19 114/20 114/21 114/21 114/23
115/15 119/17 120/15 120/16 120/21 120/22 122/1 122/6 122/9
123/7 123/7 124/11 125/2 125/7 125/12 125/24 126/6 126/11
126/16 126/18 127/7 127/8 127/9 128/23 130/25 131/2 131/4
131/4 131/5 131/13 131/15
**Washington [4]** 37/3 42/21 60/5 65/14
**Washougal [1]** 42/21
**wasn't [4]** 74/25 80/23 119/19 127/6
**watch [5]** 17/21 52/18 57/1 61/21 107/2
**water [1]** 102/2
**way [46]** 5/20 11/4 15/15 21/2 21/24 27/7 28/12 29/9 30/19 32/3
33/6 35/20 40/1 40/3 40/14 45/9 47/4 48/9 56/13 64/19 71/1
72/19 77/1 77/3 81/5 82/1 89/1 91/18 99/20 100/12 103/25
104/1 105/22 106/2 106/17 107/7 108/6 108/25 110/5 110/22
113/25 115/14 122/14 127/23 128/13 129/8
**ways [1]** 15/25
**we [225]**
**we'll [1]** 18/17
**we're [1]** 82/17
**we've [1]** 22/20
**wear [1]** 112/10
**wearing [1]** 112/21
**website [1]** 105/15
**websites [1]** 117/7
**Wednesday [1]** 23/24
**week [1]** 24/22
**weeks [2]** 7/12 125/3
**weigh [4]** 69/14 71/2 72/10 91/3
**weight [4]** 11/21 101/15 101/16 103/11
**welcome [17]** 4/19 5/2 9/16 15/23 64/1 65/6 88/20 104/13
104/20 108/18 112/16 114/8 123/1 127/22 127/23 128/13
130/16
**well [21]** 9/10 10/3 21/9 27/20 29/22 29/22 30/1 51/16 55/25
61/9 68/6 69/19 71/8 76/6 80/3 98/9 104/3 111/20 114/21
125/23 131/16
**wellness [1]** 56/11
**went [5]** 5/23 6/13 36/11 55/15 57/15
**were [46]** 5/6 5/8 5/22 5/24 5/24 6/14 6/14 6/15 6/23 7/11 15/20
16/9 21/19 35/5 38/19 38/15 38/19 38/21 38/24 42/10 46/24
47/16 49/4 69/16 74/11 74/23 75/5 81/1 81/2 94/3 94/23 113/23
114/24 118/24 119/10 123/6 124/9 124/13 125/10 126/9 126/9
126/10 127/10 129/24 130/21 130/25
**West [1]** 49/24
**western [1]** 51/20
**wet [1]** 101/20
**wetness [1]** 101/23
**what [132]** 5/14 5/24 6/22 7/13 7/15 7/16 7/21 8/3 8/8 8/12
17/14 20/5 21/19 23/6 25/4 26/13 28/13 31/1 32/10 32/18 33/23
36/14 37/13 38/2 41/11 44/12 46/24 47/9 48/13 48/16 49/1
58/24 59/9 61/24 62/9 65/17 65/22 66/15 66/20 66/20 66/20
66/24 68/4 69/11 69/13 69/20 69/24 69/25 69/25 71/15 71/23

71/23 71/17 73/18 74/11 75/5 75/5 75/16 76/3 77/8 77/19 80/11
80/14 80/15 80/20 81/9 82/9 82/4 82/5 85/5 85/15 88/20 89/8
90/21 90/25 91/17 94/8 98/15 98/22 100/3 100/6 100/8 100/9
100/11 101/11 102/6 102/17 103/16 104/14 104/17 104/18
104/19 104/24 108/4 108/8 109/19 110/3 110/8 110/13 114/20
114/21 114/23 116/6 116/24 117/3 117/23 119/9 119/12 120/3
120/5 120/8 120/16 120/18 121/4 121/16 123/2 123/3 124/12
125/11 125/18 126/6 126/11 126/16 126/20 127/16 128/12
128/20 128/25 130/8 131/17 131/23
**what's [29]** 6/8 6/25 7/24 7/25 8/10 8/10 24/20 27/25 29/22 35/5
51/5 57/4 74/11 81/23 82/7 90/11 99/7 101/3 108/9 113/20
114/25 116/16 119/16 120/12 125/1 125/3 125/6 126/3 131/11
**whatever [4]** 105/17 108/19 120/23 122/24
**when [75]** 8/6 8/22 8/23 9/3 10/7 11/8 16/3 17/23 26/6 29/10
32/14 32/15 33/6 33/22 40/23 41/19 45/10 56/12 61/25 62/12
66/6 66/14 66/19 66/23 66/24 67/22 69/24 70/10 70/12 70/23
73/13 74/10 75/3 76/5 77/19 79/2 79/25 80/5 84/5 84/9 85/14
85/15 89/12 90/17 91/1 91/12 92/8 98/16 100/16 101/6 102/7
102/20 105/7 105/8 105/16 108/15 110/12 110/17 112/4 112/8
112/10 112/14 113/21 119/4 120/20 120/22 120/23 121/21
121/22 123/20 124/3 124/8 125/21 127/10 130/25
**whenever [6]** 49/18 63/12 87/11 87/15 102/15 115/17
**where [28]** 5/15 6/11 12/16 12/17 20/13 22/16 22/17 23/13
35/24 39/8 44/2 48/9 50/9 51/21 54/13 56/17 58/4 59/14 62/11
76/19 78/5 79/6 79/10 93/11 93/12 104/5 125/13 130/2
**whether [31]** 20/3 20/5 27/22 32/13 34/19 34/22 44/16 44/17
44/18 47/24 68/12 69/22 71/24 72/18 73/23 79/17 95/16 95/21
96/3 96/9 96/11 96/20 96/21 103/8 105/1 108/22 115/6 120/14
121/7 121/8 130/1
**which [36]** 5/12 5/15 7/23 8/9 9/1 10/25 18/2 18/20 32/20 47/16
59/15 59/23 75/17 81/3 88/23 92/4 93/24 94/9 94/16 98/21
98/25 99/1 101/13 102/23 102/24 113/20 114/24 115/3 118/14
119/25 122/12 123/18 123/23 124/9 126/8 127/4
**while [12]** 31/20 33/5 33/7 54/6 64/20 103/6 105/18 105/20
106/11 107/19 108/20 128/6
**who [99]** 7/5 10/1 10/6 11/14 12/8 12/14 13/6 13/9 13/16 13/20
14/21 14/22 14/24 15/19 18/5 21/4 21/12 22/7 22/14 23/7 24/9
25/10 31/6 33/3 33/10 34/4 35/4 35/13 35/18 37/2 37/14 37/16
37/20 37/22 37/23 37/25 39/12 41/18 41/23 42/1 42/3 42/5 42/8
42/10 42/15 43/12 43/13 43/16 43/20 44/9 44/19 44/20 44/23
45/13 45/18 45/20 45/22 45/24 46/3 48/6 48/21 49/7 52/23
57/10 62/8 64/3 64/6 64/9 66/9 66/10 66/11 66/21 67/12 67/20
68/8 68/8 69/3 74/4 78/5 78/20 81/7 81/18 82/4 84/10 85/15
87/1 87/13 87/20 88/25 89/2 90/4 91/19 91/23 93/9 99/10 103/2
103/13 107/12 132/11
**whole [3]** 57/23 58/24 73/7
**why [18]** 16/9 32/9 41/4 45/2 66/14 67/4 68/21 76/11 104/23
119/19 121/24 123/12 124/11 126/1 127/2 127/6 127/9 127/24
**wife [11]** 38/19 41/18 51/23 53/17 58/13 58/17 59/14 59/19
60/23 60/24 61/8
**will [229]**
**Willamette [1]** 54/17
**willing [3]** 16/10 63/10 114/9
**window [2]** 78/11 101/19
**Wireless [3]** 46/20 46/24 54/22
**wisdom [1]** 18/4
**wish [1]** 108/11
**withdrawing [1]** 9/1
**within [1]** 17/9
**without [15]** 12/3 16/17 20/9 41/4 63/5 80/4 80/13 82/16 84/22
90/7 92/24 97/19 111/23 114/6 133/8
**witness [37]** 3/6 7/5 23/3 23/4 27/2 28/21 32/15 32/16 37/24
38/4 48/13 98/23 99/8 99/9 99/11 99/18 99/21 99/22 101/11
101/11 102/25 103/3 104/16 106/18 108/8 110/11 110/12 110/15
110/16 110/17 111/5 114/7 115/15 115/16 130/15 132/14
132/16
**witness's [6]** 103/5 103/6 103/6 103/7 103/9 103/9
**witnesses [14]** 9/20 23/7 30/9 37/25 48/8 99/6 99/10 99/15
100/6 103/2 103/13 111/3 111/4 112/6
**women [1]** 87/25
**won't [7]** 24/5 29/4 31/22 31/24 31/25 32/21 99/21
**Wonderful [1]** 33/23
**woodworker [1]** 25/17

**W**

**woodworking [1]** 52/15
**word [2]** 76/23 96/7
**words [3]** 6/12 65/17 103/14
**work [31]** 25/19 27/19 29/9 35/18 35/25 37/9 41/6 42/18 42/22
50/5 50/8 52/9 53/4 55/11 56/4 56/13 57/17 58/12 67/18 67/19
68/22 109/23 113/2 116/19 116/22 117/14 117/16 117/18
117/20 119/5 119/22
**worked [11]** 22/8 22/8 23/10 35/19 36/13 37/8 40/19 40/24
41/11 46/20 60/24
**workers [1]** 104/4
**working [7]** 22/2 54/5 55/18 57/16 61/9 81/3 109/15
**works [7]** 25/17 36/3 36/6 50/14 53/7 55/10 71/7
**world [1]** 16/9
**worst [1]** 17/21
**worth [1]** 74/16
**would [64]** 5/7 8/3 9/16 12/22 20/17 20/19 21/17 24/10 26/17
28/6 28/8 35/24 39/13 44/16 49/6 57/24 60/14 60/16 62/9 62/13
63/15 63/18 68/4 68/25 69/2 69/22 70/2 71/24 73/15 76/14 79/9
79/12 80/10 80/12 80/15 80/24 81/16 81/23 83/4 84/16 85/16
85/17 101/21 107/14 109/1 111/21 116/6 117/11 119/17 120/13
120/24 121/10 121/11 121/15 122/23 122/23 123/5 127/16
127/21 128/6 129/23 129/25 130/14 131/21
**wouldn't [6]** 36/5 41/3 71/19 75/25 117/8 117/10
**write [1]** 109/4
**writing [3]** 48/11 105/14 109/1
**written [19]** 10/15 12/18 16/7 22/18 47/3 90/15 90/21 92/24
93/13 97/15 97/16 97/17 97/19 99/12 111/11 111/12 127/17
127/22 132/6
**wrong [5]** 19/24 32/13 32/14 116/25 121/21

**Y**

**yada [3]** 8/14 8/14 8/14
**Yakima [1]** 65/13
**Yamhill [1]** 36/24
**yard [1]** 58/12
**yeah [7]** 27/16 28/1 34/8 66/25 69/21 79/9 131/9
**year [5]** 38/20 47/14 52/3 56/1 118/22
**years [27]** 25/3 29/8 33/21 34/6 34/11 36/12 38/12 41/18 42/19
46/21 47/1 50/6 51/8 51/21 52/21 52/23 54/11 54/22 55/24
56/16 56/22 56/24 58/2 59/12 59/15 131/13 131/15
**yes [44]** 5/4 5/5 5/19 6/22 7/10 13/3 14/8 25/3 27/11 27/14
30/15 36/18 39/4 39/16 43/2 63/22 65/25 66/18 70/14 70/22
71/22 77/24 78/9 79/8 79/23 80/18 81/9 82/25 85/3 85/5 86/5
86/9 88/4 91/15 114/17 115/12 118/7 121/3 127/14 127/15
129/6 131/7 132/13 132/15
**Yesterday [1]** 121/23
**yet [3]** 21/12 51/10 56/22
**yoga [1]** 56/9
**you [763]**
**you'll [6]** 48/23 90/16 90/17 91/16 94/16 95/10
**you're [9]** 27/23 32/9 43/5 62/24 72/14 104/12 114/8 127/22
127/23
**you've [9]** 15/12 18/7 21/7 24/12 37/14 40/8 49/16 74/22 76/2
**youngest [2]** 50/16 58/11
**your [236]**
**Your Honor [37]** 4/4 4/16 5/11 5/13 6/3 6/10 6/22 7/10 7/12 8/2
8/19 13/3 13/24 15/8 63/18 64/5 65/10 66/16 70/14 70/20 70/22
71/10 75/12 82/25 83/21 88/13 114/21 115/8 115/12 122/4
123/5 123/13 123/21 124/5 124/10 132/1 132/4
**yourself [7]** 4/8 14/20 25/21 107/23 108/13 117/8 117/10
**yourselves [1]** 62/16
**YouTube [3]** 57/1 57/4 105/15

**Z**

**Zac [3]** 4/23 15/4 115/22
**Zachary [1]** 2/13
**zone [4]** 116/14 120/12 120/13 120/13