IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


LORI WAKEFIELD,                          )
                                         )
            Plaintiff,                   )      3:15-cv-01857-SI
                                         )
vs.                                      )      April 11, 2019
                                         )
VISALUS, INC.,                           )         Portland, Oregon
                                         )
            Defendant.                   )


(Jury Trial - Volume 2)

TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE MICHAEL H. SIMON

UNITED STATES DISTRICT COURT JUDGE

```
 1                         APPEARANCES

 2
     FOR THE PLAINTIFF:      Greg Dovel
 3                           Simon C. Franzini
                             Julien A. Adams
 4                           Jonas B. Jacobson
                             Dovel & Luner, LLP
 5                           201 Santa Monica Boulevard, Suite 600
                             Santa Monica, CA  90401
 6
                             Lily E. Hough
 7                           Edelson PC
                             123 Townsend Street, Suite 100
 8                           San Franciso, CA  94107

 9

10   FOR THE DEFENDANT:      John Maston O'Neal
                             Quarles & Brady LLP
11                           Two North Central Avenue
                             Phoenix, AZ  85004
12

13                           Zachary S. Foster
                             Quarles & Brady LLP
14                           101 E. Kennedy Boulevard, Suite 3400
                             Tampa, FL  33602
15

16                           Nicholas H. Pyle
                             Miller Nash Graham & Dunn LLP
17                           111 SW Fifth Avenue, Suite 3400
                             Portland, OR  97204
18

19

20

21

22   COURT REPORTER:         Dennis W. Apodaca, RDR, FCRR, CRR
                             United States District Courthouse
23                           1000 SW Third Avenue, Room 301
                             Portland, OR  97204
24                           (503) 326-8182

25
```

```
1                            INDEX
2  Preliminary matters regarding exhibits              137
3  Opening statement by Mr. Jacobson                   153
4  Opening statement by Mr. O'Neal                     165
5  Witnesses:  (For the plaintiff)   Direct   Cross   ReD   ReX
6  Lance Eves                         178      197    204   207
7  Lori Wakefield                     212      252    268
8  Deposition excerpts of John Laun   277      280
9  Deposition excerpts of Justin Call 284      297
10 Deposition excerpts of Scott Gidley 316     345
11 Shawn Davis                        355
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                          (April 11, 2019)

 2                    P R O C E E D I N G S

 3            (Open court; jury not present:)

 4            THE COURT:  All right.  Good morning, everyone.  We

 5     are here without the jury, although, Mary, let's close the back

 6     doors in case a juror jury walks by.

 7            All right.  I have received and I have read

 8     defendant's motion to exclude plaintiff's Exhibits 36A, 36B,

 9     36C, 64, and the attached Exhibit A, which is Docket 273 and

10     273-1.  I have received plaintiff's opposition, which is docket

11     274, and I thank everyone for their analysis

12            Is there any further argument that either side wishes

13     to make at this time?

14            MR. FOSTER:  Unless Your Honor would like to hear

15     anything more that I didn't cover in my brief, if you have any

16     specific questions, I think we've covered the issues that are

17     most pertinent from our perspective, which is prejudice and

18     hearsay.  If Your Honor has any specific questions about

19     specific prejudice, I'm happy to offer more on that.

20            THE COURT:  Anything further from plaintiff?

21            MR. DOVEL:  Your Honor, I'll just comment for the

22     record that while we didn't attach a declaration to support

23     each of the facts, Mr. Davis is here and prepared to testify

24     about all the facts that were asserted about how we did

25     everything that's in that brief.
```

1              THE COURT:  Well, I'm less concerned with how he did

2    it than with the argument that 64 is more than merely a summary

3    of defendant's exhibits, but also includes hearsay,

4    specifically by using the program -- what is it called?

5    SearchBug?

6              MR. DOVEL:  Yes.

7              THE COURT:  I have never heard of SearchBug before

8    this.  I have heard of LexisNexis in my reading of other TCPA

9    cases, including the Krakauer case.  I see there was some use

10   of LexisNexis by the experts there.  More significantly, there

11   were experts there.

12             So would you get around the problem and the objection

13   raised by defendant that 64 is more than merely a summary of

14   defendant's records; that in order to accomplish what Mr. Davis

15   did in 64, he also had to apply a third-party set of

16   information; namely, this thing called SearchBug to identify

17   which calls are mobile or cellular and which are not.  The

18   defendant objects that that is hearsay; namely, a listing or

19   database of what phones are mobile and what phones are

20   landline.

21             I do think that, No. 1, it is hearsay.  No. 2, it is

22   the sort of hearsay that probably if we had an expert witness

23   might testify -- assuming you are right about what SearchBug is

24   or Mr. Davis is -- an expert witness might be able to opine

25   that SearchBug has a sufficient reliability; that it is the

1    sort of database that experts in the field identifying which

2    calls are mobile and which calls are landline telephone

3    generally rely upon, and that probably would be a vehicle to

4    make it admissible.

5            But I note that no party -- neither side here -- has

6    designated any expert witnesses.  We don't have any expert

7    testimony.  I do think that the question of whether or not

8    SearchBug is or is not sufficiently reliable to be used in a

9    case in federal court does require opinion testimony, expert

10   opinion testimony, and so I don't see how I can take judicial

11   notice of that fact.  So 36C does appear to be based on a

12   document that -- or to include, as part of its foundation, a

13   document that is not admissible, at least not without expert

14   testimony.

15           What am I misunderstanding here?

16           MR. DOVEL:  I think the thing you are

17   misunderstanding, Your Honor, it does not require an expert

18   opinion in order to lay the foundation that a database is

19   generally used by persons in a field.  For example, it doesn't

20   take an expert opinion to lay the foundation that a telephone

21   directory is generally relied upon --

22           THE COURT:  Agreed.

23           MR. DOVEL:  -- or we could identify any other kind of

24   commercial compilation.  Well, that's what SearchBug is.

25           THE COURT:  How do I know that?

1          MR. DOVEL:  Mr. Davis can testify about that.

2          THE COURT:  Can Mr. Davis testify that SearchBug is

3    generally reliable?

4          MR. DOVEL:  Yes.

5          THE COURT:  But that's an opinion.  And doesn't that

6    require expertise?  Here is my point:  In order to conclude

7    that SearchBug is generally reliable, that is an opinion.  It

8    is not a lay opinion; it is an opinion.  And we have to hear

9    from somebody with some expertise that I know the difference --

10   not me personally -- but the witness knows the difference

11   between what's reliable and what's not reliable, and in the

12   witness's expert opinion, this thing is reliable.  Okay.  Where

13   is the expert witness that says that?

14         MR. DOVEL:  Your Honor, the actual fact that we have

15   to show is not that it is generally reliable.  It is that it is

16   relied upon by the public or by persons in a field.

17         THE COURT:  Let me say I agree with you, and so I'll

18   rephrase what I'm saying.

19         Where is the evidence that this is relied upon by the

20   general public or persons in the field of doing this?  That

21   still is an opinion, and I don't think it is a lay opinion.  If

22   I were to present to you "Judge Simon's database of what is a

23   mobile phone and what's not," and I have no expertise in this

24   field.  If I were to say, "Well, if it ends in an odd number,

25   it is probably a cellular phone.  If it ends in even number, it

1    is probably a landline."  Everybody who knows the field will

2    say, "That's ridiculous.  That's not reliable.  No members of

3    the public generally rely on that type of criteria and experts

4    in the field don't rely on that type of criteria."

5            So we would need at least some type of qualified

6    expert to opine that this particular database of what's a

7    cellular number and what's a landline is the sort of thing that

8    is generally relied upon by the public or generally relied upon

9    by experts in the field, and that's what is missing.

10           MR. DOVEL:  Your Honor, again, I think the actual

11    criteria is a little broader.  It doesn't have to be relied

12    upon by an expert, just relied upon by people in a particular

13    profession.  Mr. Davis has the personal knowledge based upon

14    his work in his field to state that, at least enough to make it

15    admissible.  We don't even have to prove it definitively.  It

16    is just enough that a jury could conclude that persons in the

17    field could reasonably rely upon this.

18           THE COURT:  Let me tell you why I'm not accepting

19    that, and you can tell me why I'm looking at it incorrectly.

20           Mr. Davis, without expressing opinion, can certainly

21    tell us what he relies upon generally.  That's personal

22    knowledge.  But for him to tell us what people in the field

23    generally rely upon, he doesn't have personal knowledge of

24    that.  That's his opinion.  He may be able to tell us that he

25    knows five people -- Jane, Mary, Harry, Fred, and George -- and

1   they rely upon it.  That's hearsay most likely, unless he has

2   observed them relying upon it.  Most likely he has heard them

3   say that.  So he only has personal knowledge of what he himself

4   relies upon.

5          An expert is allowed to give an opinion that is

6   beyond a lay opinion -- not counting 701 lay opinion.  An

7   expert can give opinion testimony, at least within the

8   strictures of 702 and 703.  So if Mr. Davis were to be

9   qualified as an expert, he could give an opinion that says that

10  people in the field generally rely upon this database.  That's

11  his opinion.  Maybe even the public relies upon this database.

12  That's his opinion.

13         But the problem is nobody, neither side, especially

14  the plaintiff, did not designate an expert, did not provide an

15  expert disclosure report, as is required by Rule 26, and so I'm

16  not going to receive a layperson's opinion about something that

17  requires expertise.

18         What am I misunderstanding?

19         MR. DOVEL:  Your Honor, I don't think that that

20  hearsay exception requires an expert opinion.  There is no case

21  that I'm aware of that has held that only an expert can do it.

22  It can be done by someone who has personal knowledge based upon

23  their work in the field, their interaction with others, their

24  own personal work in the field.

25         THE COURT:  I'm not following you, because their own

1    personal work in the field will tell you what he relies on.

2            How does he know what other people rely upon?

3            MR. DOVEL:  The question is not about what "other

4    people" necessarily, but he can do some of that as well.  But

5    it is about what persons in a particular field or profession.

6    He knows as a person in that profession that he relies upon.

7    That is a basis from which we can infer that persons in the

8    field do it.  In addition, Your Honor --

9            THE COURT:  Why is that?  All it is a basis for is

10    that he is in the field, and he does it.

11            MR. DOVEL:  Yes.  And from that we can infer that

12    persons in the field rely upon it.  It is not definitive proof,

13    I agree.  He could be cross-examined about it.  But it is a

14    reasonable inference from those two facts, and that's typically

15    all that is done in these cases, Your Honor.  It is not expert

16    opinion.

17            THE COURT:  Some of the opinions that I have read,

18    including the Krakauer case, don't they have experts?

19            MR. DOVEL:  Yes, Your Honor.  But it is not true that

20    in every single case an expert comes in in order to get a

21    market compilation or a commercial compilation in evidence.

22            THE COURT:  Let's be precise here.  If it is just a

23    compilation from defendant's records, if it is adding up lines

24    and taking some lines away based upon what the lines say, like

25    if it says -- and I'm moderately sympathetic to plaintiff's

 1    position on 36A and B.  If you basically take the defendant's

 2    list and say, "Here is the defendant's list, and I've totaled

 3    up the various columns," that doesn't require expertise.  If

 4    you take defendant's list and you say, "I have totaled up all

 5    of the columns, and I've subtracted the ones that say 'Inc.' or

 6    'LLC,'" that doesn't require expertise.

 7            If you take the defendant's data and you say, "I have

 8    deleted all of the numbers that I have learned from another

 9    database are mobile or cellular phones," or "I have separated

10    those out and given you a separate count," then I think we need

11    some expertise as to the reliability of that separate database

12    that has been used -- in your case SearchBug; in other cases

13    that I have seen where experts have opined it's LexisNexis --

14    and they say, "These separate programs are generally reliable.

15    They are relied upon by experts such as myself in the field,

16    and I'm making those adjustments."

17            That's what is missing from Mr. Davis' conclusions.

18            MR. DOVEL:  Your Honor, if what he had done, for

19    example, say, "I'm just going to summarize the numbers of

20    people that are Portland residents," and he did it by taking

21    the phone numbers that are in the Portland telephone directory,

22    it requires no expertise.

23            THE COURT:  I agree with that, because then what he

24    is doing is he is telling the jury, "I have taken the Portland

25    phone book" -- for whatever it is worth -- "and I am telling

1   you whether the number is or is not in the Portland phone

2   book."  That's fine.

3          MR. DOVEL:  What he has done here is, "I have taken

4   the line type list from SearchBug, a commercial database, and I

5   have seen which ones are mobile and which ones are not."

6          THE COURT:  That's the additional step.  If we just

7   were to present evidence to a jury that says, "This number is

8   in the Portland phone book; that number is not," whether that's

9   a sufficiently interesting or important or material legal point

10  is a different issue.  If he were to say, "I have compared the

11  defendant's list with something called SearchBug, and this is

12  in SearchBug, and that's not in SearchBug," that may not

13  require expertise.  That's counting.

14         But to then make the additional step and say, "Oh, by

15  the way, SearchBug is a reliable database that will tell us

16  whether or not a number is mobile or landline telephone,"

17  that's the link that I'm seeing requires expertise or some

18  other type of validation that I'm not seeing here.

19         MR. DOVEL:  I understand, Your Honor.  I don't want

20  to repeat myself.  You have been very generous in giving me

21  time to argue it.

22         Your Honor, let me suggest this then:  We would like

23  to move to have Mr. Davis offered as an expert solely for the

24  opinion that SearchBug is reliable.  The basis for allowing us

25  to do this late, Your Honor, only after a few days ago did we

1  hear from ViSalus that we would need to carve out mobile from

2  residential.  Throughout the entire preparation of the case,

3  including the class process, mobile and residential were lumped

4  together.  That's how they provided it.  In fact, in motion

5  papers before the Court on this issue back with the class

6  certification, we said we can do that if it is needed.  Nobody

7  raised an objection.

8          When we were preparing the pretrial papers, they

9  said, "Listen, we are going to ask the jury a question:  Is it

10 mobile or residential without carving them out?"  Only when

11 they said, "Listen, we want to carve those out; we need a

12 separate verdict" does it become necessary to do that.

13         THE COURT:  First of all, it is not necessarily

14 necessary if it turns out that you are right, which, by the

15 way, I have not made a decision on, but I'm going to let the

16 jury go in both directions.

17         Mr. Franzini asked me in an email, and I've agreed in

18 a tentative draft -- the latest draft of the verdict form -- to

19 ask the jury, on the first class question, combine it,

20 landlines and mobile phones.  Were any of them violative of the

21 TCPA?  If so, next question:  How many?  And that's the way you

22 phrased it.  There, they're being combined.

23         If you are right that it is good enough to do it that

24 way, then, fine, you will get a jury number.  I then, though --

25 I'm skeptical.  I haven't made a final decision, but I'm

1    skeptical that that is legally sufficient because we've known

2    for months, if not more than a year, that one of the key issues

3    in the plaintiff's individual claim is, sure, she had a

4    landline in her home.  Does that count as residential or

5    business?

6            That tells me that it may require a factual analysis

7    by a fact-finder -- here, a jury -- to determine whether a

8    particular landline in a phone is primarily residential, in

9    which case it is residential, or not, in which case it is not.

10   That's why I thought it probably is useful when the defendant

11   raised the objection that we should separate out mobile and

12   residential, it made sense to me because I'm somewhat skeptical

13   that the jury will have enough information to decide whether or

14   not the calls made to a home landline are or are not

15   residential, as I've announced in our legal discussions months

16   ago.  Therefore, I thought it would be useful, since it doesn't

17   matter whether it is residential or business or a cell phone,

18   to get a separate question on how many were cell phones.

19           Now, the plaintiffs have made the argument, "No, it

20   doesn't matter.  We want a combined total of residential

21   landlines or cell phones, and that's what we are going to ask

22   the jury for."

23           MR. DOVEL:  My point is, Your Honor, only a few days

24   ago were we given notice that the defendants were taking the

25   position that the jury was going to be asked for a separate

1   mobile number.  In light of that, there's zero prejudice to the

2   defendants if Mr. Davis testifies that SearchBug is a reliable

3   source.

4           THE COURT:  Before I start speculating on what I

5   think the prejudice is, I will ask the defendant:  Any

6   objection to letting Mr. Davis testify as an expert?

7           MR. FOSTER:  Absolutely.

8           THE COURT:  Tell me why.

9           MR. FOSTER:  Expert deadline closed --

10          THE COURT:  No.  Tell me what the prejudice is.

11          MR. FOSTER:  Your Honor, first of all, we have no

12  idea.  We never had the opportunity to depose Mr. Davis.  I

13  have no idea what he is going to say.  I have no idea what his

14  qualifications are.  On the witness list, he was disclosed as a

15  summary witness.  Until this morning my impression of what

16  Mr. Davis was going to come do and would say, "Here is how I

17  tabulated a number from a data set."

18          Now, I will say, Your Honor, I disagree that 36A and

19  36B are mere tabulations.  And I want to put a pin in that

20  later.  But focusing on the expert nature, Your Honor, first of

21  all, plaintiff has known since plaintiff brought the case what

22  the elements of the TCPA are.

23          We raised this issue back in July, Your Honor, when

24  Judge Brown asked us to submit certain briefs on certain jury

25  instructions.  One of the jury instructions that defendant

1    submitted was the plaintiff has to prove every element of their

2    claims at trial, and there was some discussion about whether

3    you could prove an element through a post-trial affidavit.

4            But specifically, Your Honor, in plaintiff's

5    response, they dropped a footnote and said, "Well, we could do

6    this post-trial affidavit, or we could just designate an

7    expert."  I believe that's what Mr. Dovel is referring to.

8    They never asked to designate an expert.  We would have

9    obviously objected then, at the point that those briefs were

10   filed.  We were set to go in November, and we would have argued

11   that we were prejudiced because of proximity to trial.

12           Then knowing the issues they were facing with the

13   class element, they never designated an expert, and now the day

14   of trial, the day I'm prepared to cross-examine Mr. Davis on

15   what I thought was going to be a summary presentation, they

16   want to present him as an expert.  Your Honor, that is textbook

17   prejudice.

18           THE COURT:  Thank you, both.  I have heard enough.

19   Here is what I'm going to do:  I'm excluding 64 for inadequate

20   foundation regarding the reliability of SearchBug.  I am

21   excluding 36C because it relies in part on evidence that is not

22   admissible.  I will reserve any further comments or conclusions

23   regarding timeliness.  I do have some concerns there, but I

24   don't need to address those, given that I think 64 relies upon,

25   in part, SearchBug, which does not have an adequate foundation

1    of reliability, which I do think requires expert testimony.

2    36C is based upon 64.  If 64 is not admissible, 36C doesn't

3    come in as a summary under Rule 1006.

4            With respect to 36A and B, I'm going to overrule

5    defendant's objection on timeliness on those two.  They have

6    come in a couple of days ago.  I get your concern.  But I do

7    understand your point where you "put a pin in it."  I'm not

8    ruling that 36A and B are admissible.  I want to hear

9    foundation testimony.  If it really just does rely on the

10   defendant's database where certain things have been included or

11   excluded based upon undisputed information, that may be

12   sufficient for a foundation, but I'll reserve ruling on the

13   admissibility of 36A and B.  Obviously I'm still reserving

14   ruling on 36 as well.  I want to hear the foundation

15           MR. FOSTER:  Your Honor, if I may just for the record

16   say 36A and 36B are a compilation of not just defendant's

17   documents.  If it were a summary of defendant's documents,

18   which is "here what we included and here is what we did not

19   include," we would not have an objection, but unfortunately,

20   Your Honor, that's simply not --

21           THE COURT:  What's your position of what you think

22   36A and B are?

23           MR. FOSTER:  Well, I'll start with what I know 36 is,

24   because Mr. Franzini's email explained to me what 36 was back

25   in January.  He provided me the underlying data used to create

1    36.  36 was based on Exhibits 38-1 through --

2              THE COURT:  405.

3              MR. FOSTER:  405.  Those are the spreadsheets

4    identified in Mr. Gidley's affidavit.  They took those

5    spreadsheets and created a database with those spreadsheets.

6    Then they took the KCC class list and ran it against that

7    database to pull only that information that related to the

8    class list, and then they used that pool to create a new

9    database.  That database, they then queried for the remaining

10   responsive disposition codes, and they provided me with said

11   underlying database, because the summary is a summary of that

12   new database, not a summary of the compilations themselves.

13             Your Honor, I can't stress this enough:  That is

14   4.1 million lines of data.  I don't have whatever program they

15   used to run that.  We have been doing essentially a manual

16   review of 4.1 million lines of data.  We are not exaggerating.

17   I have spent dozens and dozens of hours wrapping my head around

18   what 36 is.

19             This Sunday, this last Sunday, I get 36A.  I don't

20   get an explanation for how 36A was created.  I don't get the

21   underlying databases that it is in fact summarizing.  Again,

22   Your Honor, it is a different amount of final calls.  The

23   spreadsheet says there are now only four -- there is a

24   10,000-call difference.  If I don't have even the database that

25   they are summarizing, I don't know what's been included.  I

 1   don't know what has been excluded.  There is no such

 2   explanation.

 3           Now, even if I had the database, Your Honor, there

 4   would simply be not enough time for me to even prepare any kind

 5   of cross, because Mr. Davis is going to go up on the stand and

 6   say, "Your Honor" --

 7           THE COURT:  Mr. Foster, I understand what you are

 8   saying.  I will take it under advisement.  I want to hear the

 9   direct and cross of Mr. Davis on that issue before making final

10   decisions on 36A and B.

11           MR. FOSTER:  Your Honor, just for the record, it is

12   our position that those databases that is the information that

13   is being summarized, so under 1006 it should have been provided

14   to us, or else it's just a summary, and we have no idea.

15           THE COURT:  I understand.  And you're welcome to ask

16   Mr. Davis why he didn't provide it to you and why he didn't

17   provide it to you sooner.

18           MR. FOSTER:  Thank you, Your Honor.

19           THE COURT:  I'm not making a ruling on 36A and B.

20           I will say for our court reporter at 8:46 there is

21   something in the rough transcript when Mr. O'Neal was referring

22   to "Exhibits 38-1 through," the rough transcripts reads

23   "4 or 5," and what he said, "405."

24           THE COURT REPORTER:  Thank you.

25           THE COURT:  All right.  I will give you ten minutes

1  to get your thoughts together, and then we will call in the

2  jury and do your opening statements.

3           (Recess.)

4           THE COURT:  Good morning, members of the jury.

5           THE CLERK:  Please be seated.

6           THE COURT:  At this time we are going to hear opening

7  statements.  We will start with counsel for the plaintiff,

8  followed by counsel for the defendant.

9           Mr. Jacobson, I understand you're doing the opening

10 statement.

11          MR. JACOBSON:  Yes, Your Honor.

12          THE COURT:  You may proceed whenever you wish.

13          MR. JACOBSON:  Thank you.

14          Good morning.  When companies make telemarketing

15 calls to people's home phones and their cell phones, those

16 calls cannot use recorded messages or any kind of artificial

17 robot voice.  If companies do this, every single call is a

18 violation of federal law.

19          MR. O'NEAL:  Objection, Your Honor.

20          THE COURT:  Overruled.

21          MR. JACOBSON:  Let me tell you what the evidence will

22 show is the story of what ViSalus did.  It is 2012.  ViSalus is

23 selling weight-loss products, like weight-loss shakes.  It is a

24 multilevel marketing business.  What that means is that

25 ViSalus sells its products to people who try to resell those to

Opening Statement

1   other people below them, who try to resell those to other

2   people below them, and so on.

3         ViSalus has a name for the people that buy products

4   from them that try to resell to others.  It calls them

5   "promoters."  The more promoters ViSalus has buying its

6   products to try to resell, the more money that ViSalus makes.

7   And when its promoters leave and quit, ViSalus makes less

8   money.

9         When promoters sign up with ViSalus, ViSalus collects

10  their home numbers and their cell phone numbers.  In 2012, one

11  of the promoters that signs up with ViSalus is

12  Ms. Lori Wakefield.  ViSalus takes her home number.  Two months

13  later Ms. Wakefield quits ViSalus; ends her relationship with

14  them.  After she quits, ViSalus keeps her home number.  That

15  year, like every year, thousands of other promoters also quit

16  ViSalus and end their relationship with them.  ViSalus keeps

17  their home phone numbers and their cell phone numbers.

18        When promoters leave, ViSalus makes less money.  And

19  so in 2012 ViSalus comes up with a telemarketing strategy to

20  call up promoters and customers who stopped buying, who have

21  quit, and try to persuade them to come back and buy again.

22  ViSalus calls this its WinBack strategy, a telemarketing

23  strategy to win back people who have quit and get them to buy

24  products again.

25        Now, at first, ViSalus has live agents carry out its

Opening Statement

1    WinBack telemarketing strategy.  Live agents manually dial the

2    phone numbers.  And when people pick up, the live agents talk

3    to anyone they reach.  But in 2013 ViSalus downsizes the

4    company, and it lays many of its employees off.  After it

5    downsizes, it has just a handful of people assigned to actually

6    make these telemarketing calls.

7           So the next year, in 2014, ViSalus changes how it

8    makes its telemarketing calls.  It buys a computer system

9    called the POM machine -- P-O-M -- the POM machine.  The POM

10   machine is a computer for making automatic phone calls and

11   delivering prerecorded promotional messages.

12          Using the POM machine, ViSalus makes two kinds of

13   automatic phone calls that use prerecorded messages.  First, it

14   makes what ViSalus calls Voice Cast calls.  These are automatic

15   calls that deliver a prerecorded recorded message.  They sound

16   like this:  "Hey, this is Jeremy from ViSalus.  I know you are

17   not with us anymore, but I just wanted to let you know if you

18   want to come back and buy another product kit from us, you get

19   50 percent off."

20          The second kind of recorded message that the POM

21   machine deliveries is called a Press 1 call.  When a person or

22   answering machine picks up, this plays a recorded message that

23   sounds like, "This is an important message from ViSalus.

24   Press 1 to connect to a live agent."  When you get a Press 1

25   call, it is possible to get to a live agent, but you have to

Opening Statement

1    listen to a recorded Press 1 message first.

2         To use the POM machine, ViSalus creates what it calls

3    "contact lists."  A contact list is an electronic list of tens

4    of thousands of phone numbers, home phone numbers, cell phone

5    numbers.  It is an Excel spreadsheet.  But if you print it out,

6    it is as thick as a phone book.  ViSalus feeds these contact

7    lists into the POM machine, and within a matter of days the POM

8    machine can make automatic calls to tens of thousands of people

9    and deliver prerecorded messages.

10         ViSalus uses the POM machine to carry out its WinBack

11   telemarketing strategy to win back promoters and customers who

12   have quit buying.  Before ViSalus had the POM machine, a live

13   agent was calling people up and making live agent call to

14   people.  An agent could make a maximum of a hundred calls a day

15   working full-time.  With the POM machine, it can call tens of

16   thousands of people and deliver prerecorded messages with a

17   click of a button.

18         The POM machine targets ex-promoters and former

19   customers.  One of the former promoters targeted by the POM

20   machine was Lori Wakefield.  It has been three years since she

21   quit ViSalus, but in April of 2015 the POM machine calls her

22   five times.  Ms. Wakefield is not the only former promoter and

23   customer targeted by the POM machine.  In a period of 16 months

24   the POM machine calls 800,000 people in the United States.  It

25   calls some people over and over and over.  It calls some people

Opening Statement

1    more than 20 times; more than 30 times.  It calls some people

2    more than 50 times.  Using the POM machine, in 16 months

3    ViSalus makes 4,059,656 telemarketing calls designed to deliver

4    prerecorded messages.

5         We are suing ViSalus.  We are suing ViSalus because

6    ViSalus violated the federal law that prohibits calling home

7    phones and cell phones and making telemarketing calls that

8    deliver prerecorded messages.  We are suing ViSalus on behalf

9    of a class of more than 800,000 people targeted by the POM

10   machine, and we have here Lori Wakefield, the representative of

11   all of those people.

12        Now, before we brought this lawsuit to trial and

13   brought it to you, we had to check three things.  Let me tell

14   you what the evidence will show on those three things:  First,

15   if you are making a telemarketing call to a home phone and a

16   cell phone, and you're only using a live agent, you don't

17   deliver any kind of prerecorded message whatsoever, that is

18   legal.  If you are using a recorded message, and it is not a

19   telemarketing call, that is also legal.  So we had to identify

20   the calls made by ViSalus that were telemarketing calls that

21   used recorded messages.

22        Let me tell you what the evidence will show.  You

23   will learn that ViSalus had many different kinds of calling

24   campaigns running.  A calling campaign is just a name for a set

25   of phone calls made for a specific purpose.  For example, every

Opening Statement

1  month ViSalus had a calling campaign where it would call up

2  people who tried to place an order and had their credit card

3  declined.

4        You will learn that ViSalus ran nearly 2,000

5  different calling campaigns.  We identified the calling

6  campaigns that were telemarketing campaigns that used

7  prerecorded messages.  You will see that these campaigns were

8  identified in a sworn statement from one of ViSalus's own

9  employees, its compliance analyst, Mr. Scott Gidley.

10        What Mr. Gidley did was he looked at all of the

11  calling campaigns that ViSalus ran, and he identified 406

12  calling campaigns that were marketing campaigns that used

13  prerecorded messages.  These are the 406 calling campaigns that

14  we will present to you; not any campaigns that used live agents

15  only with no prerecorded messages; not any campaigns that

16  weren't for telemarketing.  You will see evidence that these

17  406 campaigns were designed to deliver only prerecorded

18  messages.  For these 406 campaigns there was no live-agent-only

19  strategy.

20        Let me show you a fact that both sides have agreed is

21  true.  "With POM, ViSalus used two campaign strategies:

22  Press 1 calls (where a prerecorded or artificial voice

23  instructed customers to press 1 to be connected to a live

24  person now) and Voice Casting calls (where an audio clip played

25  a prerecorded call-back message)

Opening Statement

1          "With the POM machine, ViSalus used two strategies:

2   Press 1 calls, where it used a prerecorded message before you

3   get to a live agent; and Voice Casting calls, where it was only

4   a recorded message with a call-back number."

5          You will not see any document from ViSalus -- no

6   internal memo, no email, no notes -- that show for these 406

7   telemarketing campaigns that we have identified they ever used

8   any kind of live-agent only strategy, and you'll learn there's

9   a reason why.

10          After ViSalus downsized the company and laid people

11  off, it was down to only a handful of employees who could make

12  telemarketing calls.  ViSalus's own witnesses are going to

13  admit to you that it was simply not possible for this handful

14  of employees to call up to make more than 4 million phone calls

15  in a period of 16 months.

16          Instead, what they did is they used the POM machine

17  to automatically make the calls and send out prerecorded

18  messages and then wait to see who pressed 1 to connect to them;

19  who called back after getting a prerecorded Voice Cast message.

20  This way a handful of employees could spend their limited time

21  only talking to the people who were most interested in buying

22  ViSalus products, the few people that heard a prerecorded

23  message and pressed 1 who were actually called back.

24          This was important because you'll learn that most of

25  this time those employees weren't even dealing with outbound

 1   telemarketing calls.  They spent most of their time dealing

 2   with problems where credit cards were declined on orders and

 3   had little time to actually talk to people on the phone.  The

 4   POM machine and recorded messages is what solved that problem

 5   for ViSalus.

 6       You will hear from Ms. Lori Wakefield, who got five

 7   calls from the POM machine.  She will tell you she got Press 1

 8   calls, and in one of those calls she did press 1 to connect to

 9   the ViSalus agent.  She told that agent, "Stop calling me."

10   They didn't stop.  They kept calling her.

11       She will tell you that she got some calls where, when

12   she got the call, she thought it may have been a live person on

13   the other end of the line when she picked up.  She said, "Don't

14   call me," and she hung up.  But you will get to hear examples

15   of what these ViSalus Voice Cast recording messages sound like.

16   And you will see the way these things are designed that it kind

17   of sounds like it is a live person.  This is so people don't

18   hang up right away, and they listen to some of the messages

19   before hanging up the phone.

20       You'll hear ViSalus -- you'll see testimony from

21   Scott Gidley, the ViSalus employee, admitting that ViSalus

22   targeted Ms. Wakefield with Voice Cast calls, these recorded

23   calls, designed to sound like a live person.  And we will show

24   you ViSalus's own internal records that show you the POM

25   machine made five calls to Ms. Wakefield that used recorded

Opening Statement

1    messages.  The evidence will show you more likely than not all

2    five of those calls to Ms. Wakefield were POM machine calls

3    that used recorded messages.

4            Let me tell you the second thing that we had to check

5    before we brought this case to you.  It is only illegal to use

6    a prerecorded message call to a home phone or a cell phone.  If

7    you are calling up business phones, that is okay.  So we had to

8    identify the calls ViSalus made with the POM machine to home

9    phones and cell phones.

10            Here is what the evidence will show on that.  The way

11    that ViSalus got these numbers to load into its contact list

12    and feed into the POM machine, it got them from applications

13    that promoters filled out when they joined ViSalus.  Those

14    applications asked for two types of phone numbers -- home and

15    cell phone.  There was a space on that application where if you

16    were a business or associated with a business, you could write

17    in the business name and fill out a separate form where you

18    could put a business number.  We went through ViSalus's records

19    and pulled out the businesses, and what's left?  Calls made on

20    the POM machine made to home phones and cell phones.

21            There is something we had to check that's unique to

22    Ms. Wakefield.  You'll learn that around the time that ViSalus

23    called her, she had a daycare business at her house, where it

24    was just her taking care of three to four kids whose parents

25    were firefighters like her husband.  You will learn that if you

Opening Statement

1   have a residential landline and you use it primarily for

2   business, mostly for business calls, then that residential

3   landline is really a business line.

4         If you only use it for some business calls, and it is

5   mostly for personal calls, it is not a business line.  You will

6   see overwhelming evidence that Ms. Wakefield used her home

7   phone almost all of the time for personal calls and very rarely

8   for a daycare business.

9         We will show you her phone records for the

10  three-month period during which ViSalus called her.  You will

11  see that during that time she got 301 calls on her home phone.

12  Two of those calls related to her daycare.  299 were personal

13  calls.  And that's typical with how she used her home phone.

14        You will learn that the way her daycare parents got

15  in touch with her was sending text messages to her cell phone

16  or talking to her when they picked up the kids when they got

17  off work.  The evidence will show that Ms. Wakefield's phone

18  was primarily for personal calls, which means it was a home

19  line, not a business line.

20        Let me tell you the third thing that we had to check

21  before we brought this case to you.  When you're making calls

22  designed to use prerecorded messages, it is only illegal if the

23  message actually begins to play, at least a little bit.  So we

24  had to identify the calls that ViSalus made where the recorded

25  message actually began to play.  You'll see we did this with

Opening Statement

1    ViSalus's own internal records.  The way the POM machine works

2    is if a person or an answering machine picks up, the POM

3    machine detects it, and the recorded message starts to play.

4             You'll see ViSalus's contact list, these lists of

5    tens of thousands of phone numbers connected to the POM

6    machine.  In that list ViSalus kept track of what happened

7    after they placed the call.  For most of these calls ViSalus

8    kept track of whether a person or an answering machine picked

9    up, and they put special codes into their spreadsheets that

10   tell us that.

11            We went through these spreadsheets, and we counted up

12   the number of POM machine calls that a person or answering

13   machine picked up, and that tells us the number of illegal

14   calls that ViSalus made.

15            Using the POM machine, ViSalus made at least

16   1,999,603 calls before that recorded message began to play.

17   You will learn that this greatly understates how many illegal

18   calls they made.  For nearly 2 million of their calls they

19   didn't keep track whether a person or an answering machine

20   picked up.

21            The evidence will show you, more likely than not, for

22   more than a million of those calls a person or answering

23   machine probably did pick up, which means the truth is, more

24   likely than not, ViSalus made over 3 million illegal calls

25   where a person or answering machine picked up, but they

Opening Statement

1    certainly made 1,999,683.

2            Let's talk about consent.  For it to be legal for you

3    to call a home phone or a cell phone and use a prerecorded

4    message, you've got to get someone to give you their written

5    consent specifically to use recorded messages.  It is not

6    enough that someone just gives you their phone number.  It is

7    not enough if someone just says, "It's okay to call me."  It

8    has to be written consent to get robocalls with recorded

9    messages.

10            ViSalus has admitted it did not have consent or

11   permission to call a single one of the more than 800,000 people

12   targeted by the POM machine.  Let me say that again.  They

13   admit they didn't have consent or permission from a single

14   person they targeted on the machine.

15            And that brings me to the last thing that I want to

16   talk with you about today:  Accountability.  You won't hear

17   ViSalus take a shred of it.  You will learn that instead of

18   taking accountability, they tried to cover up what they did

19   with the POM machine.  When you have all of the evidence at the

20   end of this case, you'll see that this is the kind of case

21   where the only thing that's going to make ViSalus take

22   accountability for the millions of illegal calls that it made

23   is a jury like you holding them accountable.

24            Thank you for your attention

25            THE COURT:  Thank you, Mr. Jacobson.

Opening Statement

1          At this time I will invite an attorney for defendant

2     to deliver defendant's opening statement.  Mr. O'Neal.

3          MR. O'NEAL:  Thank you, Your Honor.

4          Good morning, everyone.  You've all got your

5     souvenirs, I see.

6          Let me start with the basic premise:  Plaintiff bears

7     the burden of proof, and they won't be able to prove that

8     ViSalus played prerecorded messages on telemarketing calls to

9     mobile or residential devices.  They won't be able to make that

10    burden.  The reason why they won't be able to make that burden

11    is because ViSalus didn't do it.

12         The evidence is going to show that ViSalus's business

13    depends on personal relationships.  That is, it needs to put

14    live people together with live people.  Messages on answering

15    machines or into the etheria (phonetic) doesn't work.  ViSalus

16    is built on personal relationships.

17         So when it makes calls, its entire campaign strategy

18    is to make sure that a live person in its business is connected

19    with a live person on the other end.  And that's what POM did.

20    It was a program that allowed for calls that didn't reach a

21    live person to be filtered, to be hung up, and then move on to

22    a next call until a person picked up.

23         This is why ViSalus didn't violate the statute in the

24    way that the plaintiff says they did, because it didn't use

25    prerecorded messages on telemarketing calls, which is defined

Opening Statement

1   as selling products or services -- selling products or

2   services -- and playing prerecorded messages.

3         So let's take a step back and first talk about what

4   is ViSalus.  Well, it's a company that was founded 14 years ago

5   by three people, and it is a lifestyle and healthy products

6   company.  What it does is it sells meal replacements, shakes,

7   healthy snacks, and energy drinks.  Its signature product is

8   something that's called Body by Vi Challenge.  You will hear

9   evidence about it.  Sometimes it is just shorthanded and called

10  "The Challenge."  Under The Challenge, the idea was that

11  ViSalus's customers would go on a 90-day program under which

12  they would use ViSalus's products to achieve their personal

13  weight loss or fitness goals.

14        However, ViSalus is different than a lot of companies

15  that you might be familiar with, because ViSalus is what is

16  known as a network marketing company, which is important to

17  that personal contact that I mentioned before.  These network

18  marketing companies are sometimes called as multilevel

19  marketing.  If you haven't heard that name before, just think

20  of Avon, Pampered Chef, or Mary Kay.  That's the model that

21  those companies use.

22        Now, in a traditional corporation, they have their

23  own internal sales force.  But when you have a network

24  marketing company, what they do is they have a large external

25  sales force of independent business owners.  They are

Opening Statement

1    entrepreneurs.  Sometimes they are husband-and-wife teams.

2    Sometimes they are LLCs and corporations.  Sometimes they're

3    just individuals that want to start their own home business.

4    But they are their own business, and what they do is they go

5    out and market and sell ViSalus's products.  You will see in

6    the stipulation that they are independent contractors.  They

7    are not employees of ViSalus.

8         So what ViSalus does is it trains and educates the

9    promoters on its products and what they do.  Then the promoters

10   go out and sell the products to the customers.  And the

11   promoters do sign up with ViSalus; enter into contracts to do a

12   business relationship.  As part of that business relationship,

13   they exchange information with one another about how they are

14   supposed to communicate.  They write down email and the number

15   that they are supposed to talk to one another at.  That's what

16   the promoters fill out, and those are the numbers that go to

17   ViSalus so they have them in their files for purposes of

18   contacting the promoters.

19        Now, because ViSalus promoters are working throughout

20   the world, including throughout North America, ViSalus has to

21   have a communication strategy to make sure that they talk to

22   them.  It is not like they have one big headquarters, again,

23   like a corporation, where all of the sales force is under one

24   roof.  So what ViSalus does is it uses email, it uses social

25   media, and it uses good old-fashioned calls.  That's what it

Opening Statement

1   does, which is what, by the way, promoters sign up for, because
2   they fill it out on the forms when they become promoters.
3          So let's go back to 2013 and 2012.  Now, around that
4   time ViSalus had what we will just call the support team.  It's
5   a group of folks working in ViSalus's offices in Troy,
6   Michigan, that were standing by the phones.  They would take
7   telephone calls as they would come in.  They would manually
8   dial numbers out to talk to promoters.  They would call
9   customers.  Again, very consistent with what I was saying,
10  person-to-person live contact.
11         Well, what happened is that the company starts to
12  grow.  As a result of that, what happens is customers who have
13  placed automatic monthly orders with ViSalus for their
14  products, their credit cards sometimes expire or their credit
15  cards sometimes get declined.  And this is for products that
16  they've already ordered.
17         So what ViSalus said is, "Hey, listen.  We want to
18  reach out to these people who have had their credit cards
19  declined and let them know that that product you've already
20  ordered, you can't pay for it, because your credit card has
21  expired or because it was declined."
22         So this support group had a smaller group in it
23  called "The Outbound Group," and that's what those folks did.
24  They started dialing numbers to customers, saying, "Listen, the
25  products that you've already ordered, we are going to give you

Opening Statement

1   this as a courtesy and let you know information, your credit

2   card didn't work."

3          Well, ViSalus started to grow.  It started to get

4   bigger.  And it needed to modernize and improve its

5   communication.  So what it did is it bought a computer system

6   and a phone system called Avaya.  The best way you can describe

7   it is it's a bunch of phones that can be put into the office,

8   but it also has a software component and the ability to upgrade

9   and add additions onto it.

10          So as ViSalus's business grew and there became more

11  promoters and more customers, ViSalus added a feature in the

12  later part of 2014.  It is a nifty piece of software called

13  Progressive (sic.) Outreach Manager, also called POM.  So

14  what's POM, and what does it do?  Well, you are going to hear a

15  lot about it, but it is not how the plaintiff characterized it.

16  It is a system that actually facilitates ViSalus's core

17  business strategy, which is to make sure that live people talk

18  to live people.

19          So what POM does is it dials numbers to the promoters

20  and to the customers, and it can detect when a live person

21  picks up the phone.  That's what the software does.  Then when

22  a live person picks up, the POM does what's known as a live

23  connect, or think of it like a patch, when the two circuits

24  come together.  POM will then take that person who picks up the

25  phone, who has already signed up to be a promoter or customer,

Opening Statement

1  because, remember, ViSalus isn't calling strangers on cold

2  calls.  That's not what they are doing.  They are calling their

3  customers, and they are calling their promoters.

4          That person, who is a customer or promoter, is then

5  connected to an agent, which is in ViSalus's offices, and they

6  then talk to one another -- again, live connect.  Live connect.

7          Now, the other thing that the POM does is twofold:

8  No. 2, it can also tell when a live person doesn't pick up.  It

9  can tell when it's a busy signal.  It can tell when it's a

10  wrong number.  It can tell a lot of things.  What the POM

11  system did is it made these telephone communications more

12  efficient, because the POM system would just simply hang up.

13  Then it would move on to the next number and call until the

14  list and the calls hit someone who was actually live, and then

15  it would patch in.

16          And the POM system had a third piece, which allowed

17  it to dial these numbers more efficiently than it would if you

18  had a person sitting in front of a phone pushing the numbers.

19  So, again, the concept is let's facilitate live connect.

20          You heard counsel talk about codes and disposition

21  codes, and that's right.  The POM system also had the ability

22  that when a call was made, to assign a code as to what happens

23  as a result of that call.  So, for example, if the number was

24  busy, it would say busy.  If the number said it was bad, then

25  it would be bad.  And you'll see manuals for the Avaya system,

Opening Statement

1    particularly talking about these disposition codes and what

2    they mean.  What you will not see in that manual is any

3    disposition code "a message played/prerecorded message

4    delivered."  It is not there.  It is not there.

5              So what happened?  Well, in 2014 and 2015, ViSalus

6    started to engage in calling campaigns using the POM system.

7    So it was using the POM system to call about credit card

8    declines.  It was using the POM system to call about seminars

9    and national sales meetings.  It was using the POM system to

10   call promoters, who they had a business relationship with, to

11   tell them about new products and special pricing that can be

12   passed on to the promoters' customers.

13             It also used the POM system for WinBack campaigns,

14   and WinBack campaigns is just what the name says:  Promoters,

15   who had maybe gone inactive, weren't as active as they were in

16   the past, of course, ViSalus was interested in getting them

17   back, because the bigger sales force that ViSalus has, then the

18   better the company is going to do.  And by the way, the better

19   the promoters are going to do, because that's how they get

20   paid.  The promoters make commissions based off of the sales of

21   products that the promoters make to ViSalus's customers.

22   That's what network marketing or multilevel marketing does.

23             So we've got these campaigns in '14 and '15 -- credit

24   card declines; WinBack is asking promoters to come back -- not

25   a sale of a product or a good or investment.  It is not what it

Opening Statement

1    is.  A WinBack is, "Hey, we basically want to bring you back on

2    the team."  That's not telemarketing.  So these calls were

3    done, and they are successful.  The whole idea is let's put

4    live people together talking to live people.

5            Now, the evidence is going to show, as I said before,

6    ViSalus didn't make blast cold calling.  That's not what they

7    did.  The evidence is going to show that they didn't use cheap

8    software to send out telemarketing messages.  If they wanted to

9    do that, they wouldn't have to spend the money and get a fancy

10   system like they did when they got Avaya and POM.  Again, the

11   whole idea is live person to live person.

12           Plaintiff isn't going to be able to prove with the

13   evidence that they put in front of you that somehow messages

14   were played to everyone of those calls; everyone of those

15   people that they just identified.  What they are going to try

16   to do is string together a little of this, string together a

17   little of that, put a little sprinkle on something here, and

18   then say, "Hey, maybe, guys, let's just jump to the

19   conclusion."  But the evidence isn't going to show that.  It is

20   not going to show that.

21           As part of that, you know what the plaintiff has

22   done?  They've seized onto two things which we stipulated to,

23   and they've twisted it into something different than it is.

24   Let's talk about those two things, Voice Casting and Press 1.

25   Counsel showed you a portion of the stipulation in which

Opening Statement

1    Voice Casting is mentioned.  He would suggest that those were

2    the only two campaigns that were run.  It's not.  It's not.

3    And that's not what the stipulation says.

4            Okay.  What Voice Casting was was the use of a

5    message in order to tell people that their credit cards were

6    declined.  If you look at the stipulation, which you are going

7    to get at the close of this case, you will see that the

8    paragraph that counsel quoted actually has at the end an

9    exhibit.  It's Exhibit B.  Exhibit B is a portion of deposition

10   testimony by a former ViSalus person who worked in the call

11   center.

12           What that deposition testimony says is that

13   Voice Casting was the use of message for telling people about

14   credit card expirations and declines.  That's what it says, and

15   that's what that stipulation means.

16           There isn't any evidence to show that Voice Casting

17   was used in the broad, sweeping manner that plaintiff would

18   have you believe.  They've grabbed something, and they've blown

19   it up in a way that can't be justified by the evidence.

20           Now, let's talk about Press 1.  What is Press 1?  It

21   was described accurately.  It is the use of a voice when a call

22   is made, "Hey, if you want to talk to an operator or if you

23   would like to speak to someone, press 1," and that's in the

24   Avaya manual.  It's there.

25           However, ViSalus didn't use Press 1 until the later,

Opening Statement

1    near-end part of 2015.  It just didn't even know how to do it.

2    So the vast majority of the calling campaigns and the

3    spreadsheets and everything else that the plaintiff is pointing

4    to all happened months before the time that Press 1 was first

5    used.  So Press 1 couldn't be used for those campaigns.

6            As a matter of fact, the calls that the plaintiff

7    claims that she got, which were five, were also in April 2015,

8    months before Press 1 could be used.  And you're not going to

9    hear any evidence in this case to suggest that Press 1 was used

10   at any time prior thereto.  Again, grabbing ahold of something

11   and stretching far out.

12           All right.  We have also heard about audio clips.

13   There are audio clips.  You are probably going to hear them.

14   But listen to them real close when they come into evidence,

15   because what you are going to hear is that the vast majority of

16   those audio clips is not the sale of products or goods or

17   services.

18           What those audio clips say is something like, "Hey,

19   guys.  We are having national sales training out in Tampa.  We

20   would really like you to join us so you can learn more and how

21   to be a more effective promoter and seller," or some variation

22   of that, or "we've got some organization event going on; we

23   would like you to come out."  That's not a telemarketing call.

24   That's not a sale of products or goods and services.

25           You are also going to hear some messages, which have

Opening Statement

1    some voices on them, and you'll hear that those are high-level

2    promoters; high-level promoters called "ambassadors."  Those

3    ambassadors have large numbers of clients, large number of

4    customers, and they also have a large number of people under

5    their sales network who are also working for them.

6           What those messages are are for the use of the

7    ambassadors to reach out to their sales force.  That's not

8    ViSalus.  Those are the ambassadors and the independent

9    contractors, as said in the stipulation, that are reaching out

10   to their sales force.  Perhaps most importantly, and I don't

11   want to lose sight of this, they are not going to prove to you

12   that those messages were played the millions of times that the

13   plaintiff asserts that they were.

14          The only evidence that comes in that those messages

15   were actually played is the only testimony from Ms. Wakefield

16   about five calls that happened in April.  There is no other

17   evidence that would otherwise justify or support the

18   broad-sweeping statement that plaintiff otherwise said that

19   this case is about.  It's just not there.

20          So before we end, let's chat about Ms. Wakefield.

21   She is here in her role as a class representative.  She got

22   five calls from ViSalus in April of 2015.  I believe the

23   evidence is going to show that those calls were in fact live

24   persons.  I believe the evidence is going to show that, if she

25   tells the truth, that two of the calls that she asserts under

Opening Statement

1  which Press 1 or some message was played, that they happened

2  when Press 1 wasn't used by ViSalus.

3        And then No. 2, the call got cut off, so she can't

4  say one way or the other about whether or not it was a

5  telemarketing call for purposes of the sale of goods or

6  services, or whether it could have been somebody calling back

7  saying, "Hey, did you or your husband say that you didn't want

8  a call back?  Both of you are on our number, and we need to

9  confirm it."  She couldn't hear it and couldn't tell one way or

10 the other.

11       You will also hear that she did run a business out of

12 her house.  It was a daycare business.  But that's not the only

13 thing.  She had held out to ViSalus that she used her home for

14 her ViSalus promotership.  Now, it had been canceled for two

15 years, but ViSalus wanted to reengage her as a WinBack call.

16 She said no, and ViSalus stopped.  There are no more calls

17 other than those found in 2015.

18       So, ladies and gentlemen, at the end of this case

19 what I'm going to tell you is that the plaintiff, again, has

20 tried to stitch together a number of things and then asked you

21 to make a great, big leap of logic.  But what they need to do

22 as part of their case is make sure that the line goes dot to

23 dot to dot to dot on a scale of millions of calls to hundreds

24 of thousands of people.  That's the burden that they bear --

25 not just one element of a claim, not just two, but all of them.

Opening Statement

1    Connect the dot, connect the dot, connect the dot with evidence
2    that they have.  And they don't.
3            It all comes back to this live connect, ladies and
4    gentlemen.  That's the reason why at the end of this case I'm
5    going to ask you to return a verdict in favor of ViSalus.
6            Thank you.
7            THE COURT:  Thank you, Mr. O'Neal.
8            At this time I will invite the plaintiff to call the
9    first witness.
10           By the way, do you want the podium left where it is,
11   or do you want Mary to move it?
12           MR. FRANZINI:  It is fine where it is, Your Honor.
13           THE COURT:  All right.  The plaintiff may call its
14   first witness.
15           MR. FRANZINI:  The plaintiff calls Mr. Lance Eves,
16   the COO of Molalla Communications.
17           Your Honor, might I hand up a binder?
18           THE COURT:  You may.
19           (The witness was duly sworn.)
20           THE CLERK:  Would you please state your name for the
21   record, spelling your last.
22           THE WITNESS:  My name is Lance Eves.  E-V-E-S.
23           THE COURT:  Whenever you are ready, Mr. Franzini, you
24   may proceed.
25           MR. FRANZINI:  Thank you, Your Honor.  One moment.

L. Eves - D

1          THE COURT:  Take your time.

2                          DIRECT EXAMINATION

3   BY MR. FRANZINI:

4   Q    Mr. Eves, good morning.

5   A    Good morning.

6   Q    Thank you for being with us here today.

7   A    Uh-huh.

8   Q    Could you please introduce yourself to the jury.

9   A    My name is Lance Eves.  I'm the Chief Operations Officer

10  for Molalla Communications in Molalla, Oregon.

11  Q    Mr. Eves, I am going to ask you to slow your pace a little

12  bit so the court reporter can take down what you are saying.

13          Sir, what are you here to testify about today?

14  A    I'm here to testify about the telephone records for

15  Ms. Wakefield.

16  Q    You have a binder in front of you.  Will you please turn

17  to Exhibit 2 in the binder.

18  A    Okay.

19  Q    Sir, I'm showing you a document that is titled

20  "Verification" and has some pages with columns after it.

21          Do you recognize this document?

22  A    Yes, I do.

23  Q    Tell the jury, what are we looking at here?

24  A    What we are looking at here is the request for

25  verification of call records.  These are call records pulled

L. Eves - D

1  from our telephone records from our telephone switch that

2  originated or terminated from the phone number of

3  (503)829-7628, which would be Ms. Wakefield's number.

4             JUROR:  Are we supposed to see that on the screen?

5             THE COURT:  Great question.  The answer technically

6  is, no, not yet.  Thank you for asking that.

7             Here is the way it works:  If an exhibit is received

8  in evidence, then it will be on your screen.  Until it is

9  received in evidence, the lawyers ask some questions about it

10  to lay a foundation.  That's what he is doing now.  My guess is

11  really soon Mr. Franzini is going to say something like, "We

12  offer Exhibit 2 in evidence."  I'm then going to turn to the

13  defense counsel.  If they object, I'll make a ruling.  If they

14  say "no objection," I'll say "Exhibit 2 is received," and at

15  that point it will pop up on your screen.

16             Okay.  Mr. Franzini.

17             MR. FRANZINI:  Thank you, Your Honor.

18  BY MR. FRANZINI:

19  Q    Before I do that, Mr. Eves, you mentioned "we" and

20  "Molalla Communications."  Can you tell the jury what Molalla

21  Communications is?

22  A    Yes.  Molalla Communications is a landline telephone and

23  broadband company that serve the area of Molalla and Mulino,

24  Oregon.

25             MR. FRANZINI:  Thank you, Mr. Eves.

L. Eves - D

1        Your Honor, plaintiff moves Plaintiff's Exhibit 2

2   into evidence.

3            THE COURT:  Any objection from defendant?

4            MR. O'NEAL:  No objection.

5            THE COURT:  Exhibit 2 is received, and you may show

6   it to the jury.

7            MR. FRANZINI:  Thank you, Your Honor.

8            THE COURT:  Now it should be on your screen.  Am I

9   correct?  It is?  Very good.

10  BY MR. FRANZINI:

11  Q    Mr. Eves, now the jury can see the document in front of

12  you.  The first page is titled "Verification"?

13  A    Yes.

14  Q    Then it talks about a phone number?

15  A    Yes.

16  Q    I am going to highlight it.  Do you know who this phone

17  number is registered to?

18  A    According to our records, it's registered to

19  Lori Wakefield.

20  Q    And is this phone number a landline or a cell phone?

21  A    It is a landline telephone.

22  Q    How do you know that?

23  A    We will only provide landline service, and so in that case

24  that's the only thing it could be.

25  Q    Is this telephone line registered as a business line or a

L. Eves - D

1  residential line?

2  A    This phone number is registered as a residential telephone

3  line.

4  Q    And how do you know that, sir?

5  A    According to our systems -- our billing system -- it was

6  signed up for and registered as a residential line, and that's

7  what we bill for is a residential line.

8  Q    Now, you mentioned you "bill for" -- let me take a step

9  back.

10          Sir, could you please turn to Exhibit 4 in your

11  binder?

12  A    Yes.

13  Q    Do you recognize Exhibit 4?

14  A    Yes, I do.

15  Q    What is Exhibit 4?

16  A    Exhibit 4 is a service bill from Molalla Communications

17  for service for Lori Wakefield.

18          MR. FRANZINI:  Your Honor, plaintiff moves Exhibit 4

19  into evidence.

20          THE COURT:  Any objection?

21          MR. O'NEAL:  No objection.

22          THE COURT:  Exhibit 4 is received in evidence.

23  BY MR. FRANZINI:

24  Q    Mr. Eves, I've put it on the screen now.  Is this the

25  phone bill that you've identified as Ms. Wakefield's phone

L. Eves - D

1  bill?

2  A    Yes, it is.

3  Q    Does the phone bill have the phone number for this phone

4  bill on it?

5  A    Yes.

6  Q    Could you read the phone number on the phone bill.

7  A    The phone number is (503)829-7628.

8  Q    Is that the same phone number that was listed on the

9  Molalla Communications phone records that we just looked at?

10 A    Yes, it is.

11 Q    Now, does Plaintiff's Exhibit 4 -- does Plaintiff's

12 Exhibit 4 say -- can you tell, based on this, whether the phone

13 number is registered as a residential line or as a business

14 line?

15 A    Yes, I can.

16 Q    Where is that, sir?

17 A    It's actually in two different places.  The account number

18 at the top, the right-hand top of the first page, is prefixed

19 with an "RES."  If it was a business line, it would be prefixed

20 with a "BUS."

21 Q    Is that right here on the screen, sir?

22 A    Yes, it is.

23 Q    On page 1 of Exhibit 4?

24 A    Yes.

25 Q    You mentioned that it is also found in a second place?

L. Eves - D

1   A    It also would be on page 4 of the phone bill.  The service

2   under "local service" shows "residential access line."

3   Q    Is that shown right here, sir?

4   A    Yes.

5   Q    What does "residential access line" mean?

6   A    A residential access line is an access line that was

7   signed up for by an individual or individuals and registered as

8   a home phone service.

9   Q    Right under "residential access line," there is a

10  statement that says "non-listed number."  What does that mean?

11  A    A non-listed number is a number that is not published in

12  any directory.  So we suppress that information and don't share

13  or provide it to telephone directories, White Pages, any sort

14  of listing services.

15  Q    So if a number is a non-listed number, will that be in the

16  Molalla phone book?

17  A    No, it will not.

18  Q    Sir, how big is the Molalla phone book, by the way?  Show

19  the jury with your hand.

20  A    It is about that big.

21  Q    For the record, it shows it is about an inch?

22  A    Yes.

23  Q    Now, sir, I'm going to zoom back out here.  We've paged

24  through this phone bill.  Does this phone bill list all of the

25  phone calls that Ms. Wakefield made and received?

L. Eves - D

1    A    No, it does not.

2    Q    Why not, sir?

3    A    The reason for that is they don't subscribe to detailed

4    billing, which is an additional service or an additional

5    feature.  We then provide that as part of the phone bill.

6    Q    What is detailed billing?

7    A    Detailed billing would provide a list of all of the

8    incoming and outgoing calls on that phone line on the bill.

9    Q    So if a subscriber subscribes to detail billing, they get

10   all of the incoming and outgoing phone calls on their bill?

11   A    Yes, they do.

12   Q    If they don't, where can we find that information?

13   A    If they don't, then we find that information in our

14   billing system.  We do maintain those records even if we don't

15   provide them as part of the bill.

16   Q    Plaintiff's Exhibit 2 that we looked at before, are those

17   printouts for a certain period of time for Ms. Wakefield's

18   billing records?

19   A    Yes, they are.

20   Q    I'm sorry.  I said that wrong; I'll say it again.  Is it a

21   printout of Molalla Communications records of the phone calls

22   that were made and received by Ms. Wakefield?

23   A    Yes.

24   Q    So I'm going to put that back up on the screen.  At what

25   period of time do these phone records cover?

L. Eves - D

1    A    Going by the listing here, the phone records cover from

2    the 1st of March of 2015 through the 30th of May of 2015.

3    Q    Does Molalla Communications have records for just that

4    time period or for other time periods as well?

5    A    We maintain records for ten years.

6    Q    Why did you only provide those three months in this case?

7    A    Those were the months that were asked for.

8    Q    Who asked for them?

9    A    The attorneys for the defendant.

10   Q    That's ViSalus?

11   A    Yes.

12   Q    Now, I'd like to ask you about these records.  I am going

13   to turn to the second page here.  Are these the actual records

14   of the incoming and outgoing calls to Ms. Wakefield's number?

15   A    Yes, they are.

16   Q    That's the number ending in 7628?

17   A    Yes.

18   Q    On the first page there are some column headers.  The

19   first one is "Direction."  What does that column header mean?

20   A    "Direction" would indicate whether it is an incoming or

21   outgoing call, which is in reference to the residence, so

22   Ms. Wakefield's location.  So if it is an incoming call, it

23   would be a call that would be going into her phone.  An

24   outgoing call would be a call that she made or someone from her

25   house made.

L. Eves - D

1  Q    Someone from her house made to someone else?

2  A    To someone else, yes.

3  Q    The second column is "Date."  Tell the jury what the

4  "Date" column shows.

5  A    The "Date" is the date of the call.

6  Q    The next two columns are "From number" and "To number."

7  What is that?

8  A    So that's the number either from or to.  If it is an

9  incoming call, it would be the number from outside of our

10  service area to inside to her actual number; and then on

11  outgoing, it would be the opposite.

12  Q    So if it is an incoming call, the from number is the

13  number that called Ms. Wakefield's landline?

14  A    Yes.

15  Q    And if it is an outgoing call, then the from number is

16  Ms. Wakefield's phone number.

17  A    Yes, sir.

18  Q    The next column is "Call Start Time."  What does that

19  mean?

20  A    That is the time that the call was initiated or -- in the

21  case of an incoming call, it would be the time that it was

22  answered.

23  Q    And now the first row here says, "17:46:39."  What does

24  that mean?

25  A    That is the actual duration of the call.

L. Eves - D

1   Q    You may have misheard me again.  Let me try that again.

2   The first row under "Call Start Time," it says 17:46:39.  What

3   does that mean?

4   A    That is the actual 24-hour time of the call.  In this case

5   17:46:39 would be 5:46 and 39 seconds p.m.

6   Q    The last column here is "duration."  What does that mean?

7   A    That's the duration of the call.

8   Q    The first row, the duration, that's how long the call

9   took?

10  A    Yes.

11  Q    If the duration is zero, what does that mean?

12  A    That would mean the call rang to the phone, but the phone

13  was not answered or the phone was not picked up on that end.

14  Q    And if there is a duration other than zero, what does that

15  mean?

16  A    That means someone or something picked up.

17  Q    So do you know what the time zone is for these call

18  records?

19  A    It would be Pacific Daylight Time.

20  Q    Sir, in preparing to testify today, did you listen to some

21  voice recordings?

22  A    Yes.

23  Q    Did those voice recordings include a call-back number

24  that's listed on these phone bills?

25          MR. O'NEAL:  Objection, Your Honor.  Foundation.

L. Eves - D

1  Hearsay.

2           THE COURT:  One moment.  I'm going to sustain and let

3  you rephrase.  Take it one step at a time to build a

4  foundation.

5  BY MR. FRANZINI:

6  Q    Sir, in preparing to testify today, did you listen to some

7  voice recordings?

8  A    Yes, I did.

9  Q    In those voice recordings did you hear call-back phone

10 numbers?

11          MR. O'NEAL:  Objection.  Hearsay.

12          THE COURT:  Overruled.

13          THE WITNESS:  Yes, I did.

14 BY MR. FRANZINI:

15 Q    Were those phone numbers found on Ms. Wakefield's records?

16 A    Yes.

17          MR. FRANZINI:  Your Honor, I would like to move into

18 evidence Exhibits 43-7 and 43-11.

19          THE COURT:  Are these two of the recordings that

20 Mr. Eves listened to?

21          MR. FRANZINI:  Yes.

22          THE COURT:  Any objection to 43-7?

23          MR. O'NEAL:  Yes, Your Honor.  Hearsay, foundation,

24 and relevance.

25          THE COURT:  43-11?  Same objection?

L. Eves - D

1          MR. O'NEAL:  Same objection, yes.

2          THE COURT:  Based upon Mr. Franzini's representation,

3    I will overrule the objection, subject to reconsideration, but

4    receive 43-7 and 43-11.

5          MR. FRANZINI:  Thank you, Your Honor.  May I get the

6    whiteboard and write some numbers down while they are playing?

7          THE COURT:  You may.

8          Mr. Franzini, to make sure I understand this

9    correctly, these two exhibits are recorded messages that

10   contain a call-back telephone number that Mr. Eves says he has

11   seen on Exhibit 2; am I correct?

12         MR. FRANZINI:  That's right, Your Honor.

13         THE COURT:  Okay.  You may proceed.

14   BY MR. FRANZINI:

15   Q   Mr. Eves, I would like to play you two recordings, and I

16   am going to write down the call-back number and then ask you

17   about it.  Will that be all right?

18   A   Yes.

19         (Exhibit 43-11 was played in open court.)

20         THE COURT:  The last one was 43-11?  What did we just

21   listen to?

22         MR. FRANZINI:  Your Honor, I am sorry.  I will do it

23   again.

24         THE COURT:  Tell us what we are listening to

25   beforehand.

L. Eves - D

 1          MR. FRANZINI:  Yes, Your Honor.  I apologize.  I am

 2   going to do 43-7 first, Your Honor.

 3          THE COURT:  Okay.

 4          (Exhibit 43-7 was played in open court.)

 5          MR. FRANZINI:  Your Honor, I would like to play

 6   43-11.

 7          THE COURT:  All right.

 8          (Exhibit 43-11 was played in open court.)

 9   BY MR. FRANZINI:

10   Q    Mr. Eves, I am going to pull the Molalla Communications

11   records back up and ask you whether any of these two numbers

12   appear on the records.

13          First, let's look at April 2nd.  Sir, do the Molalla

14   Communications records show any phone calls from either the

15   number ending in 7521 or the number ending in 7514 made to

16   Ms. Wakefield on April 2nd?

17   A    Yes.

18   Q    Let's look at the first one.

19          THE COURT:  Can you expand this so we can see which

20   column those numbers are appearing.

21          MR. FRANZINI:  The short answer is the columns don't

22   appear --

23          THE COURT:  Let's go back then to the page where the

24   columns appear so we can all refresh our memory what the third

25   column and the fourth column means.

L. Eves - D

1          The third column is "From"; fourth column is "To",

2    right?

3          MR. FRANZINI:  That's right, Your Honor.

4          THE COURT:  You may proceed.

5          MR. FRANZINI:  Thank you, Your Honor.

6    BY MR. FRANZINI:

7    Q    I'm going to go back to April 2nd.  Sir, I would like to

8    ask you about three phone calls shown on the Molalla

9    Communications records for April 2nd.  Did Ms. Wakefield

10   receive a number -- a phone call from (248)764-7521 on

11   April 2nd?

12   A    Yes.

13   Q    Was it an incoming call or an outgoing call?

14   A    Incoming.

15   Q    When was that call received?

16   A    The first call was received at 1:19 and 50 seconds p.m.

17   Q    How long did that call last?

18   A    34 seconds.

19   Q    Can you tell, based on these records, whether that call

20   was picked up?

21   A    It was picked up, yes.

22   Q    How do you know that, sir?

23   A    There is a duration, which would indicate that the call

24   was picked up.

25   Q    Is there another call from the number (248)764-7521 on

L. Eves - D

1    April 2nd?

2    A      Yes, there is.

3    Q      Is that an incoming call or an outgoing call?

4    A      An incoming call.

5    Q      And what time was that call received?

6    A      At 1:38 and 37 seconds p.m.

7    Q      Was that call picked up?

8    A      Yes, it was.

9    Q      And how long did the call last?

10   A      24.6 seconds.

11   Q      So that was about 20 minutes after the first call, sir?

12   A      Yes, it appears so.

13   Q      Was there a third call from one of these two (248) numbers

14   received at the Wakefield residence on April 2nd?

15   A      Yes.

16   Q      What number was it received from?

17   A      (248)764-7514.

18   Q      And that was one of the numbers that you heard on the

19   recordings?

20   A      Yes.

21   Q      What time was that call received?

22   A      That call was received at 1:59 and 23 seconds p.m.

23   Q      So again, that's about 20 minutes after the prior call?

24   A      Yes.

25   Q      Was that call picked up?

L. Eves - D

1   A    Yes, it was.

2   Q    And how long did it last?

3   A    38.2 seconds.

4   Q    So I would like to move on to April 8th.  According to the

5   Molalla Communications phone records, was another call received

6   at the Wakefield residence on April 8th from a (248) area code?

7   A    Yes, it was.

8   Q    What number was the call received from?

9   A    (248)764-7514.

10  Q    Again, sir, was that one of the call-back numbers that you

11  heard on the recorded voice we just listened to?

12  A    Yes, it was.

13  Q    What time was that call received?

14  A    That call was received at 2:12 and 37 seconds p.m.

15  Q    And was it picked up?

16  A    It was.

17  Q    How long did that call last, sir?

18  A    Nine seconds.

19  Q    I would like to ask you about one more call, Mr. Eves.

20  This one is on --

21          THE COURT:  One second.  Can we go back to those last

22  two?

23          MR. FRANZINI:  Yes.

24          THE COURT:  Would you highlight those two calls for

25  me.

L. Eves - D

1          MR. FRANZINI:  The April 8th one, Your Honor?

2          THE COURT:  Yes, please.

3          Mr. Eves, does this indicate that these two calls

4    were received at exactly the same time?  2:12 p.m. and 37

5    seconds?  Am I misreading that?

6          THE WITNESS:  I believe there is one call at

7    2:12 p.m., Your Honor.

8          THE COURT:  So why do we have -- oh, I see.  It is

9    just the way you are calling it up.  I see.

10         Mr. Franzini, you are just highlighting for us in the

11   center of the page what has been highlighted in the bottom.  So

12   we don't have two calls; we have one call?

13         MR. FRANZINI:  That's right, Your Honor.  It is

14   called a crop-zoom.  It crops it up.

15         THE COURT:  Got it.

16         MR. FRANZINI:  Thank you, Your Honor.

17   BY MR. FRANZINI:

18   Q    Mr. Eves, I would like to ask you about one more call.

19   This one was on April 28th.

20         Sir, did Ms. Wakefield receive, according to these

21   records, another call from a (248) number on April 28th, 2015?

22   A    Yes.

23   Q    What number did she receive that call from?

24   A    (248)764-7521.

25   Q    What time was that call received?

L. Eves - D

1   A    9:15 and 48 seconds a.m.

2   Q    Was the call picked up?

3   A    Yes, it was.

4   Q    How long did the call last?

5   A    39.8 seconds.

6   Q    Can you tell, based on these records, whether the call was

7   picked up from a live person or an answering machine?

8   A    I cannot.

9   Q    And that's the same for all the calls that we just talked

10  about?

11  A    Yes.

12  Q    Mr. Eves, based on these records -- let me take a step

13  back.  We listened to two recordings earlier, and I wrote down

14  the call-back numbers.  The call back numbers were

15  (248)764-7521 and (248)764-7514.  Based on the Molalla

16  Communications records, how many calls from these two numbers

17  did Ms. Wakefield receive in April of 2015?

18  A    Five.

19  Q    And are these records reliable records of the calls that

20  Ms. Wakefield received?

21  A    Yes, they are.

22  Q    Why is that, sir?

23  A    These are records that are transmitted electronically

24  automatically from our telephone switch when the call comes in

25  and recorded to our billing system through billing files.  So

L. Eves - D

1  they're programmatically created and not touched by human
2  intervention at all.
3                  MR. FRANZINI:  Thank you, Mr. Eves.  I appreciate
4  your time.  I have no further questions.
5                  THE COURT:  Cross-examination.
6                  MR. O'NEAL:  Your Honor, before I start, could I ask
7  Mr. Franzini to play the two audio clips one more time.
8                  THE COURT:  Yes.  So tell us which one you are
9  playing first, 43-7 or 43-11.
10                 MR. FRANZINI:  Your Honor, I am going to play 43-7
11 first.
12                 THE COURT:  All right.
13                 (Exhibit 43-7 was played in open court.)
14                 THE COURT:  Can I hear that one more time?
15                 MR. FRANZINI:  The same one, Your Honor?
16                 THE COURT:  Same one.
17                 (Exhibit 43-7 was played in open court.)
18                 THE COURT:  All right.  Next, 43-11.
19                 MR. FRANZINI:  This is 43-11.
20                 (Exhibit 43-11 was played in open court.)
21                 THE COURT:  And play that one more time.
22                 (Exhibit 43-11 was played in open court.)
23                 THE COURT:  Thank you, Mr. Franzini.
24                 And now, cross-examination.
25

L. Eves - X

1                           CROSS-EXAMINATION

2    BY MR. O'NEAL:

3    Q     Good morning, Mr. Eves.

4    A     Good morning.

5    Q     A couple of quick questions about those calls and

6    messages.  If I understand your testimony correctly, looking at

7    Exhibit 2, the first call that came in from number

8    (248)764-7521 at 2:19 p.m., that lasted 34 seconds; is that

9    right?

10   A     On which date?

11   Q     That's April 2nd, 2015.

12   A     Yes.  That is correct.

13   Q     And the second call on that day lasted 24.6 seconds,

14   right?

15   A     Correct.

16   Q     And the third call was 38.2 seconds, right?

17   A     Correct.

18   Q     Before you came to testify today, did you meet with

19   counsel to go over those messages?

20   A     Yes.

21   Q     Did you guys press a stopwatch timer to see how long the

22   messages played?

23   A     No.

24   Q     Did you do any comparison to see how long the messages

25   lasted versus how long the calls lasted on these records that

L. Eves - X

1  you said were reliable?

2  A    No.

3  Q    By my quick calculation the first message was only 19.78

4  seconds.

5              THE COURT:  Is that 43-7?

6              MR. O'NEAL:  Yes, Judge.

7              THE COURT:  How many seconds?

8              MR. O'NEAL:  19.78 seconds.

9              THE COURT:  Okay.

10  BY MR. O'NEAL:

11  Q    Why didn't you do that?

12  A    That wasn't part of what I was requested to do.

13  Q    Counsel didn't ask you?

14  A    Yes.

15  Q    By my calculation the second call was 19.15 seconds,

16  again, less than the length of that phone call that we just

17  looked at, right?

18  A    Correct.

19  Q    Counsel didn't ask you to stopwatch the message and see if

20  you could match it up to the length of the call, did he?

21  A    No.

22  Q    Since those calls were 19 seconds, they had to have been

23  longer than the nine second call that are shown on these

24  records at -- oh, I think it was April 8th at 2:12 p.m., right?

25  A    It was nine seconds for the call, yes.

L. Eves - X

1   Q      So those messages were longer than that call?

2   A      I don't know.  I didn't dial them.

3   Q      Then if we go to the call on April 28th, that's the call

4   that came in at 9:15?

5   A      Yes.

6   Q      How long was that call?

7   A      39.8 seconds.

8   Q      Almost 40 seconds?

9   A      Yes.

10  Q      More than double the length of those two calls -- or those

11  two messages; is that right?

12  A      If that's what you say they were, yes.

13  Q      While you have been working -- I should back up and ask:

14  What do you do at Molalla?  What's your job?

15  A      My job is to oversee all technical operations within the

16  company.

17  Q      Does that include looking at phone numbers -- where they

18  come from; who they might belong to?

19  A      If need arises, yes.

20  Q      And in that role, I am assuming you have come to learn who

21  uses 1-800 numbers or toll-free numbers; is that right?

22  A      Could you clarify?

23  Q      Sure.  Let me back up.  Toll-free numbers -- 1-800,

24  1-877 -- those are numbers that people call and they don't get

25  charged for, correct?

L. Eves - X

1    A    Correct.

2    Q    And they are often used by businesses to make calls to

3    people too, correct?

4    A    Usually they are used for people to make calls back to the

5    business, yes.

6    Q    But they are also used by businesses to call people,

7    right, at least based on your experience?

8    A    So I think you're talking technicalities.

9    Q    Please tell me what it is.

10   A    Toll-free numbers are not outbound call-in numbers.  So

11   for a company to call outbound, they have a number that is

12   separate from an 800 number.  The 800 number would be the

13   number that points to their actual number.

14   Q    So let me see if I can back it up.  I might have like an

15   Oregon area code number.  I make a dial out from that number,

16   but it would then show up on Molalla's phone records as a

17   toll-free number?

18   A    Not usually.  It would show up as what the originating

19   number actually was.

20   Q    So let's go to plaintiff's phone records.

21        MR. FOSTER:  Your Honor, may I move the lecturn?

22   BY MR. O'NEAL:

23   Q    This is Exhibit 2, right, that you have in front of you?

24   A    Yes.

25   Q    And let's go to that call.

L. Eves - X

1  A     Okay.

2  Q     (877)561-2272.  Do you see that?

3  A     Yes.

4  Q     Is that in the inbound or outbound column?

5  A     An inbound column.

6  Q     So help me understand why we are having an inbound call

7  showing on Molalla's phone records showing as an 877 number?

8  A     In that case that is the actual number of the call.

9  Q     So in that instance that is a number where someone is

10  calling Ms. Wakefield or Mr. Wakefield because this is a joint

11  telephone number, correct?

12  A     Correct.

13  Q     And they are calling from an 877 toll-free number, right?

14  A     Correct.

15         THE COURT:  Mr. O'Neal, do you know how to clear the

16  screen?

17         MR. O'NEAL:  I don't, Judge.

18         THE COURT:  See the arrow in the upper right-hand

19  corner.  Now press "clear."  Then the box will go back in a

20  minute.

21  BY MR. O'NEAL:

22  Q     That indicates that someone at the Wakefield house

23  received a toll-free number call that lasted -- oh, it looks

24  like 35.7 seconds.  Did I get that right?

25  A     For which are you --

L. Eves - X

1    Q    The April 4th, 2015, call?

2    A    Yes, 35.7 seconds.

3    Q    And we also have another call on April 21st from that same

4    number, right?

5    A    Yes.

6    Q    And that call lasted 33.9 seconds, correct?

7    A    Yes.

8    Q    And there is also another call from an (877) number that

9    lasted seven seconds, correct?

10   A    Correct.

11   Q    Roughly about the same amount of time as the numbers or

12   the times of the calls that came from ViSalus on April 2nd and

13   April 8th; is that right?

14   A    Yes.

15   Q    In your experience in working at the phone company, who

16   typically uses (800) numbers for outbound calls?

17   A    In my experience telemarketers use --

18   Q    Telemarketers do.  Also debt collectors, right?

19   A    I don't know.  But yes, it could be possible.  Anyone

20   could use it.

21   Q    But certainly telemarketers, in your experience?

22   A    Yes.

23   Q    Following up on a couple of questions that counsel asked,

24   people do use numbers which are registered as residential lines

25   for home businesses, correct?

L. Eves - X

1    A    I would assume, yes.

2    Q    So the designation on a phone record of residential

3    doesn't dispositively mean that it is or isn't being used for

4    business purposes, correct?

5    A    It means they signed up as an individual instead of a

6    business.

7    Q    So, for example, a sole proprietor individual could have

8    used that number running a business out of their house if they

9    wanted to?

10   A    Yes.

11   Q    Also, does Molalla charge a fee for voice mail on its

12   residential landline service?

13   A    Yes, we do.

14   Q    And are there any charges for voice mail shown in the

15   Wakefields' bill?

16   A    No.

17           MR. O'NEAL:  No further questions, Your Honor.

18           THE COURT:  All right.  Redirect by Mr. Franzini.

19           Mr. Franzini, let me ask you too, does plaintiff

20   agree that the 43-7 recording that we heard is approximately 20

21   seconds?  Mr. O'Neal said 19.78, but I will round it to just a

22   fraction under 20 seconds.

23           Does plaintiff agree?

24           MR. FRANZINI:  I think it is slightly more,

25   Your Honor, but essentially, yes, about 20 seconds.

L. Eves - ReD

1        THE COURT:  And about 19 seconds or 19.15 seconds for

2   43-11?  Does the plaintiff agree?

3        MR. FRANZINI:  Again, I think it is a little bit more

4   than that, but about the same, yes.

5        THE COURT:  You may proceed with redirect.

6                    REDIRECT EXAMINATION

7   BY MR. FRANZINI:

8   Q    Mr. Eves, when we met, we talked about the duration of

9   phone calls in comparison to how long a prerecorded message

10  plays, right?

11  A    Yes.

12  Q    Is it possible for a phone call to show up on a Molalla

13  Communications -- let me give you a better question.

14  Withdrawn.

15        Sir, is it possible that a phone call, when using a

16  20-second prerecorded message, would end up with a phone

17  duration on your phone bill of 24 seconds?

18  A    Yes.

19  Q    Can you explain to the jury how that might come about?

20  A    There are a lot of intricacies in the telephone network

21  overall.  So if I have a call that comes in, in particular a

22  telemarketing call, they don't always sense when the call has

23  ended.  So if by chance a call comes in and it reaches an

24  answering machine, for instance, at the end of the call, after

25  the message has stopped going, there is some hiss that is built

L. Eves - ReD

1  into the line itself.  If that hiss isn't detected properly, it
2  may extend the call longer than what the actual verbal message
3  may be.  It could also be that the person who answered the
4  phone didn't hang up immediately.  So it may not mean that the
5  message -- say the message is 20 seconds.  If I'm holding the
6  phone for an extra ten seconds, it could extend the call out
7  for ten seconds.
8  Q    Is it possible for two calls that had the same exact
9  prerecorded message playing to have a different duration?
10 A    I would expect them to on a normal telephone call, yes.
11 Q    You say you would expect them to.  You would not expect
12 the duration to be the same?
13 A    No.  There are too many variations in audio that allow for
14 an exact duration between two calls.
15 Q    Could there be a difference of ten seconds?
16 A    It is possible, yes.
17 Q    Mr. O'Neal asked you about 1-800 numbers and
18 telemarketers.  In your experience, as the chief operating
19 officer of Molalla Communications, do telemarketers make calls
20 from numbers that are not 1-800 numbers?
21 A    Yes.
22 Q    Do you know which is more common?
23 A    I do not.
24 Q    Mr. O'Neal asked you about a voice mail service at
25 Molalla.  Is it possible for someone to have an answering

L. Eves - ReD

1  machine even though they don't sign up for voice mail?

2  A    Yes.  Absolutely.

3  Q    Can you explain that a bit to the jury?

4  A    So an answering machine would be a device located at the

5  person's house that picks up the phone; whereas voice mail is a

6  server essentially at our office that then, when the call

7  reaches the set number of five rings, say five rings, after it

8  rings five times, then it transfers over to our system to the

9  voice mail.  So if that were the case, in a call record like

10 this, you would see an extra number where it forwarded to a

11 different number to reach the voice mail.

12 Q    So Ms. Wakefield does not have voice mail through Molalla?

13 A    No, she does not.

14 Q    Is it possible for her to have an answering machine in her

15 house?

16 A    Absolutely, yes.

17 Q    You can't tell from these records?

18 A    No.

19 Q    I want to go back to one of the calls Mr. O'Neal asked you

20 about.  It was a nine-second call?

21 A    Okay.

22 Q    If Ms. Wakefield received a call with a prerecorded

23 message that was 20 seconds long, and she hung up after nine

24 seconds, how long would the call duration be on Molalla's

25 records?

L. Eves - ReX

1        MR. O'NEAL:  Objection.  Speculation.

2        THE COURT:  Overruled.

3        THE WITNESS:  It would be nine seconds.

4        MR. FRANZINI:  No further questions, Your Honor.

5        THE COURT:  Recross.

6                    RECROSS-EXAMINATION

7  BY MR. O'NEAL:

8  Q    The answering machine that you just mentioned that might

9  be a reason it goes longer, is that because the answering

10 machine is recording the message and continues on until the

11 answering machine stops?

12 A    The answering machine has some audio -- there is

13 technology built in the answering machine to detect audio.  So

14 if it detects what it thinks is audio, it is going to continue

15 recording until it doesn't detect that or until the calling in

16 disconnects.

17 Q    Everybody knows answering machines.  They are designed to

18 make a recording of a message for posterity so people can

19 listen to it; is that right?

20 A    That's the idea behind an answering machine, yes.

21        MR. O'NEAL:  No further questions.

22        THE COURT:  All right.  Can this witness be excused?

23 Any objection?

24        MR. FRANZINI:  No, Your Honor.

25        THE COURT:  Any objection from defendant?

1          MR. O'NEAL:  No objection.

2          THE COURT:  All right.  Mr. Eves, thank you very much

3   for coming here.  You may be excused.  You can give that book

4   back to plaintiff's counsel, or Mary.  Thank you, Mr. Eves.

5          I think now would be a good time for our mid-morning

6   recess.  We will take 15 minutes.  Is that all right with you,

7   members of the jury?

8          15 minutes.

9          (Open court; jury not present:)

10         THE COURT:  We are here without the jury.  Let me ask

11  plaintiff's counsel what's going to happen next.

12         MR. JACOBSON:  Next, Your Honor, is Ms. Wakefield,

13  and there is a short issue for the Court to address.

14         THE COURT:  Okay.  Let's talk about it.

15         MR. JACOBSON:  Your Honor recalls that we had a

16  motion in limine to exclude any mention of damages, $500 per

17  call.  Your Honor granted that motion.  Mr. O'Neal suggested

18  that he wanted to be able to cross Ms. Wakefield on that,

19  Your Honor.  I don't think Your Honor ruled finally on that.

20  Your Honor said that you would like to ask Ms. Wakefield what

21  her expectations are before making a decision on whether that

22  should be prevented under Rule 403.

23         THE COURT:  So let me ask, Mr. O'Neal, what's the

24  question you would like to put to Ms. Wakefield?

25         MR. O'NEAL:  The questions would be:  Do you have any

1   expectation of payment of any source as a result of this?

2           MR. JACOBSON:  Your Honor, let's not have her get

3   into confidential settlement discussions.

4           THE COURT:  Sure.

5           Let me ask you, Ms. Wakefield, if you are asked on

6   the stand in front of the jury whether or not you have any

7   expectation, if you were to win the trial, how much you will be

8   receiving as a result of winning the trial, what would your

9   answer be?

10          THE PLAINTIFF:  I have none at this point.  I'm

11  leaving it to my attorneys.

12          THE COURT:  Do you have any expectation that if you

13  win the trial, you will receive some money?

14          THE PLAINTIFF:  At this point I'm leaving it in my

15  attorneys' hands.

16          THE COURT:  All right.  Mr. O'Neal, can you live with

17  that answer?

18          MR. O'NEAL:  If I could have one more follow-up

19  question.

20          THE COURT:  Yes.  Of course.

21          MR. O'NEAL:  Whether or not anyone from the

22  plaintiff's side has paid for any expenses of Ms. Wakefield or

23  her family members.

24          THE COURT:  If you were asked that question, what

25  would your answer be?

1              MR. O'NEAL:  Whether or not anyone from the

2    plaintiff's side, the law firms, have paid or advanced you for

3    any expenses you have incurred or has paid or advanced any

4    expenses your family has occurred.

5              THE PLAINTIFF:  They have paid for everything so far;

6    the attorneys have.

7              THE COURT:  Have they provided, though, any money to

8    you or your family --

9              THE PLAINTIFF:  No.

10             THE COURT:  -- for transportation, living expenses,

11   advancement of other things, not counting litigation expenses?

12             THE PLAINTIFF:  No.

13             THE COURT:  But in terms of all of the litigation

14   expenses, the attorneys have advanced everything?

15             THE PLAINTIFF:  Yes, they have.

16             THE COURT:  All right.  Mr. O'Neal, are you

17   satisfied?  I will let you ask those questions, and we will get

18   those answers.

19             MR. JACOBSON:  Your Honor, relevance?  Under 403, I

20   don't think he should ask if we have advanced litigation

21   expenses.  It is substantially more prejudicial.

22             THE COURT:  Mr. O'Neal, response.

23             MR. O'NEAL:  I think it definitely goes to bias and

24   motive, Judge.  They can argue the weight if they want.

25             MR. JACOBSON:  Your Honor, whether we have advanced

1    litigation expenses or not has no influence on the outcome.

2                THE COURT:  Really?  Let me ask you this:  In a class

3    action, who is responsible for the expenses incurred in

4    litigation by the plaintiff?

5                MR. JACOBSON:  Typically if it is a contingency

6    arrangement, then the plaintiffs' lawyers cover litigation

7    expenses.

8                THE COURT:  And don't they have to be reimbursed by

9    plaintiff under typical ethical rules?

10                MR. JACOBSON:  The --

11                THE COURT:  The plaintiff's expenses.

12                MR. JACOBSON:  Out of a settlement or a result,

13    Your Honor?

14                THE COURT:  No.  Assume it's a defense verdict.  What

15    happens?

16                MR. JACOBSON:  Your Honor, I have to be candid with

17    the Court.  I don't know.

18                THE COURT:  My understanding is that legally and

19    under most ethics rules they are required to be reimbursed, but

20    most plaintiffs' lawyers don't pursue that.  Okay.  So what?  I

21    think this is fair.  It is not 403.  You may ask those

22    questions.

23                MR. JACOBSON:  I understand.

24                MR. O'NEAL:  Thank you, Judge.

25                (Recess.)

L. Wakefield - D

1           (Open court; jury present:)

2           THE CLERK:  Please be seated.

3           THE COURT:  Welcome back, members of the jury.

4  Plaintiff may call the next witness.

5           MR. JACOBSON:  Your Honor, the plaintiff calls

6  Ms. Lori Wakefield.

7           (The witness was duly sworn.)

8           THE CLERK:  Thank you.  Please be seated.  Would you

9  please state your name for the record, spelling your last.

10          THE WITNESS:  Lori Wakefield.  W-A-K-E-F-I-E-L-D.

11          THE COURT:  You may proceed.

12                      DIRECT EXAMINATION

13  BY MR. JACOBSON:

14  Q    Good morning, Ms. Wakefield.

15  A    Good morning.

16  Q    Could you please introduce yourself to the jury.

17  A    I'm Lori Wakefield.

18  Q    Ms. Wakefield, have you ever testified in court before?

19  A    No.

20  Q    Have you ever been in a courtroom like this before?

21  A    No.

22  Q    How are you feeling?

23  A    A little nervous.

24  Q    We will take it slow.  Where do you live?

25  A    About 20 minutes from Oregon City.

L. Wakefield - D

1   Q     What's the town you live in?

2   A     Molalla, Oregon.

3   Q     How long have you lived in Oregon?

4   A     For most of my life.

5   Q     Are you married?

6   A     Yes.

7   Q     How long have you been married?

8   A     Almost 33 years.

9   Q     What's your husband's name?

10  A     Byron Wakefield.

11  Q     Do you have any children?

12  A     Two.

13  Q     How old are your kids?

14  A     31 and 30.

15  Q     Any grandkids yet?

16  A     I have a three-and-a-half-year-old grandson.

17  Q     Ms. Wakefield, I would like to ask you about ViSalus.

18  When did you first learn about ViSalus?

19  A     Through my mom.

20  Q     What was your mom's relationship with ViSalus?

21  A     She was a promoter.  She called me one day and asked if I

22  would help be underneath her to become a promoter too to help

23  her earn more money and help her.

24  Q     You said "promoter."  Can you tell us what that means.

25  A     To sell the products.

L. Wakefield - D

1    Q    Whose products?

2    A    ViSalus's products.

3    Q    When you become a promoter, do you have to pay ViSalus

4    money to get the products?

5    A    Yes, you do.

6    Q    And you mentioned that your mom asked you to sign up

7    underneath her.  Can you tell us what that means?

8    A    When you sign up underneath, they get more money.  As each

9    person signs up, you get commission.  So I did it to help her

10   and to lose some weight too.  I thought I would try the

11   products.

12   Q    What kind of products does ViSalus sell?

13   A    Weight loss products.  You get shakes and you get bars and

14   you get vitamins with it.

15   Q    Did you sign up with ViSalus?

16   A    Yes.

17   Q    Did anyone else in your family sign up?

18   A    My husband did too.

19   Q    Around what time did you sign up with ViSalus?

20   A    Spring of 2012.

21   Q    And how did you go about signing up?

22   A    I went in on ViSalus's website and went through the back

23   office and put my name and address in and my phone number and

24   my mailing address and the bank information, because it was

25   automatic shipment each month.

L. Wakefield - D

1    Q    You mentioned the "back office."  Is that a physical

2    place, or is that something on ViSalus's website?

3    A    Something on ViSalus's website.

4    Q    How do you get to the back office website?

5    A    You have to go through ViSalus's home page.

6    Q    What information did you put in when you signed up with

7    ViSalus?

8    A    My name, number, phone number, address, my Social Security

9    number, and my banking information for auto-shipment each

10   month.

11   Q    Let's take a look at Plaintiff's Exhibit 26.  There is a

12   tab in your book, P26.  Were you able to find it?

13   A    Yes.

14   Q    Can you tell us briefly what P26 is?

15   A    It looks similar to what I filled out in the back office.

16   Q    Can you remind us what "the back office" is again?

17   A    It is where I signed up for ViSalus.

18          MR. JACOBSON:  Your Honor, the plaintiff offers P26

19   into evidence.

20          THE COURT:  Any objection from defendant?

21          MR. O'NEAL:  Lack of foundation.  Hearsay.

22          THE COURT:  Overruled.  Exhibit 26 is received in

23   evidence.

24          You may show the jury.

25          MR. JACOBSON:  The plaintiff also offers the other

L. Wakefield - D

1  promoter applications discussed previously:  P8, P11, P13, P15,

2  P17, P19, P20, P22, P24, and P27.

3          THE COURT:  All right.  First of all, we don't need

4  to refer to them as "P," just "exhibits."  8, 11, 13, 15, 17,

5  19, 20, 22, 24, and 27?

6          MR. JACOBSON:  Correct.

7          THE COURT:  One moment.  All right.  We have

8  discussed those previously.  All objections are preserved.

9  They are overruled, and I will receive those exhibits in

10  evidence under 803(6).  They are received.

11          You may proceed.

12          MR. JACOBSON:  Thank you, Your Honor.

13          May I show P26 to the jury?

14          THE COURT:  26?  Yes, of course.

15          MR. JACOBSON:  Thank you.

16  BY MR. JACOBSON:

17  Q    Ms. Wakefield, do you see on this promoter application,

18  there's a box "communication preferences"?

19  A    Yes.

20  Q    How does that compare to what you filled out online?

21  A    It looks similar to what I filled out online.

22  Q    Let's zoom in on that one.

23          Do you see that it asks for your home phone number

24  and your mobile phone number?

25  A    Yes.

L. Wakefield - D

1  Q    Did you provide either a home phone number to ViSalus or a

2  mobile phone number?

3  A    I gave them my home phone.

4  Q    What's the home phone number that you provided?

5  A    (503)829-7628.

6  Q    Can you say that slowly for us one more time.

7  A    (503)829-7628.

8  Q    What address was that home number for?

9  A    827 East Fourth Street, Molalla, Oregon.

10  Q    And in 2012, who lived at 827 East Fourth Street?

11  A    Byron and I, my husband.

12  Q    Returning to the promoter application, do you see this box

13  that says "received ViSalus news and updates," and then there

14  is an option for phone?

15  A    Yes.

16  Q    Did you check the "phone" box when you signed up?

17  A    Yes.

18  Q    Ms. Wakefield --

19  A    Actually I checked -- I would have checked "none," because

20  I only wanted contact through when I was there.

21  Q    Sure.  Maybe you misheard my question.  Let me ask again.

22  Did you check the "phone" box when you signed up?

23  A    No.

24  Q    Why not?

25  A    Because I did not want any contacts from ViSalus; only if

L. Wakefield - D

1   there was an emergency they could call when I was there.

2   Q    In this application do you see any questions that ask for

3   your consent to call you with recorded messages?

4   A    Yes.

5   Q    Ms. Wakefield, maybe you misheard me.  Do you see any

6   question that superficially asks for your consent to receive

7   recorded messages?

8   A    No.

9   Q    And if there was a question like that, would you have

10  agreed?

11  A    No.

12  Q    Why not?

13  A    Because I don't want anybody calling me with recorded

14  messages at my house.

15  Q    Do you see this blank space that says "company name," and

16  then it says, "If doing business as a legal entity, complete

17  and attach the company enrollment form"?

18  A    Yes.

19  Q    Did you fill in a company name when you signed up?

20  A    No.

21  Q    Why not?

22  A    Because I don't have a company.

23  Q    Did you provide a business phone number when you signed

24  up?

25  A    No.

L. Wakefield - D

1    Q    Ms. Wakefield, after you signed up with ViSalus, what did

2    they ship to you?

3    A    They shipped me a kit with milkshakes for the weight loss

4    program and some of their catalogs and sample packets to hand

5    out.

6    Q    Did you have to pay them to get that stuff?

7    A    Yes.  There was a starter kit fee.  I don't know how much

8    it was at the time.

9    Q    Before you signed up with ViSalus, did you have any

10   previous business experience?

11   A    No.

12   Q    Did you ever try to sell for a multilevel marketing

13   company?

14   A    No.

15   Q    What did you do to try to sell the ViSalus products?

16   A    I talked to some of my friends; just tried to share some

17   of the samples with them.

18   Q    How did it go?

19   A    Not very good.  They liked the taste and stuff of it, but

20   I wasn't losing any weight and neither did they.

21   Q    Did anyone buy products from you?

22   A    No.

23   Q    After you tried to sell the ViSalus products, did you

24   continue on buying from ViSalus, or did you do something to end

25   your relationship?

L. Wakefield - D

1    A    I ended it.

2    Q    How did you end your relationship with ViSalus?

3    A    I went back on the ViSalus website into my back office and

4    canceled it.

5    Q    When did you terminate your relationship with ViSalus?

6    A    In May of 2012.

7    Q    Was it around the spring of 2012?

8    A    Yeah.

9    Q    How long total did your relationship with ViSalus last?

10   A    About two months.

11   Q    How about your husband, Byron?  Did he continue on with

12   ViSalus, or did he quit too?

13   A    He quit too.

14   Q    When was that?

15   A    About the same time I did.

16   Q    Did he cancel for himself, or did somebody do that for

17   him?

18   A    I did it.

19   Q    And how did you cancel for Byron?

20   A    Same.  On ViSalus's website, I canceled it.

21   Q    After you canceled through ViSalus's website, did ViSalus

22   stop shipping you stuff, or did they keep shipping you stuff?

23   A    They kept shipping me stuff.

24   Q    What did you do about that?

25   A    I kept trying to send it back.  It kept charging my credit

L. Wakefield - D

1  card.

2  Q    Were you ever able to get written confirmation from

3  ViSalus that your relationship was done, and they wouldn't ship

4  any more stuff?

5  A    Yes.

6  Q    Approximately when did you finally get that written

7  confirmation?

8  A    March of 2013.

9  Q    Please take a look at P7 in the book.

10       THE COURT:  We don't need to use "P."

11       MR. JACOBSON:  I understand, Your Honor.

12       THE COURT:  Well, then let's do it.

13       MR. JACOBSON:  I will stop.  It is a habit.

14       THE COURT:  Exhibit 7.

15  BY MR. JACOBSON:

16  Q    Exhibit 7 in your book.  Can you tell us in a couple of

17  sentences what Exhibit 7 is?

18  A    My emails back and forth with ViSalus.

19       MR. JACOBSON:  Your Honor, plaintiff offers Exhibit 7

20  into evidence.

21       THE COURT:  We talked about that previously too.

22  Everything is preserved.

23       Anything additional I should consider?

24       MR. O'NEAL:  No, Judge.

25       THE COURT:  All right.  Exhibit 7 is received in

L. Wakefield - D

1  evidence.

2         MR. JACOBSON:  May I publish a page to the jury?

3         THE COURT:  You may.

4  BY MR. JACOBSON:

5  Q    Ms. Wakefield, let's look at Exhibit 7, page 8.  Do you

6  see this says "membership cancellation/membership deactivation

7  confirmation"?

8  A    Yes.

9  Q    Then there's a date below that of March 13th, 2013?

10 A    Yes.

11 Q    Is this when you got your written confirmation that your

12 relationship with ViSalus was over?

13 A    Yes.

14 Q    Do you see there's an email here from Jessica Pardon,

15 J. Pardon of ViSalusSciences.com?

16 A    Yes.

17 Q    And it is sent to byronwakefield@molalla.net?

18 A    Yes.

19 Q    Who uses that email address, byronwakefield@molalla.net?

20 A    Byron and I both do.

21 Q    You share that account?

22 A    Yes.

23 Q    Then do you see the subject is "membership deactivation

24 confirmation," and the email says, "This email is to confirm

25 that the request to deactivate your ViSalus account ID has been

L. Wakefield - D

1   completed"?

2   A    Yes.

3   Q    Did you receive this email from ViSalus?

4   A    Yes.

5   Q    At this point did you have written confirmation that your

6   relationship with ViSalus was over?

7   A    Yeah.

8   Q    Ms. Wakefield, please take a look at page 6 in your book.

9   Can you tell us what Exhibit 6 is?

10  A    It is an email from ViSalus.

11  Q    And what's the subject of this email?

12  A    It's canceled -- a cancellation.

13  Q    Is this about your account or your husband Byron's

14  account?

15  A    Byron's.

16          MR. JACOBSON:  Your Honor, plaintiff offers Exhibit 6

17  into evidence.

18          THE COURT:  Anything further I should consider from

19  defendant?

20          MR. O'NEAL:  Same objection, Judge.

21          THE COURT:  Overruled.  Exhibit 6 is received in

22  received.

23  BY MR. JACOBSON:

24  Q    Did this email cancel out Byron's account as well?

25  A    Yes.

L. Wakefield - D

1  Q    At this point did you have written confirmation that you

2  and your husband had no further business relationship with

3  ViSalus?

4  A    Yes.

5  Q    After you terminated your relationship with ViSalus, how

6  did you feel about them calling your home phone?

7  A    I did not want them contacting me anymore.

8  Q    In 2013, did ViSalus call you on your home phone?

9  A    No.

10  Q    In 2014, did you hear anything from ViSalus?

11  A    No.

12  Q    What about in 2015?  Did you get any telephone calls from

13  ViSalus on your home phone line?

14  A    Yes.

15  Q    What month?

16  A    April.

17  Q    Were you expecting ViSalus to call your home phone?

18  A    No.

19  Q    Why not?

20  A    I hadn't had any contact with them since I had left the

21  company.

22  Q    Did ViSalus call you just once in April, or did they call

23  you multiple times?

24  A    They called me multiple times.

25  Q    How many times did ViSalus call you in April?

L. Wakefield - D

1    A    Five.

2    Q    How long had it been since you quit ViSalus when they

3    called your home phone five times?

4    A    Three years.

5    Q    At that time had you ever told ViSalus that you were

6    interested in buying from them again?

7    A    No.

8    Q    Had you never told ViSalus that was okay to call your home

9    phone?

10   A    No.

11   Q    Ms. Wakefield, in April of 2015 did you have caller ID?

12   A    Yes.

13   Q    When ViSalus called you, did the ViSalus name show up?

14   A    Yes.

15   Q    Did you write down the phone numbers when ViSalus called

16   you?

17   A    Yes.

18   Q    Now, Ms. Wakefield, you said you received five calls from

19   ViSalus.  After you received a few calls, and you saw ViSalus

20   on the caller ID, why did you keep picking up the phone?

21   A    I was trying to get them to stop calling.

22   Q    Did you consider just blocking the number?

23   A    I wasn't sure how to do a block on my home phone.

24   Q    Ms. Wakefield, I'm going to show you a fact that is a

25   stipulation.  That means that both parties agree it is true.  I

L. Wakefield - D

1    will read it and ask some questions.

2          THE COURT:   Let me explain to the jury before we get

3    into any stipulations that the parties have agreed to certain

4    facts that we placed in evidence.   This will be in a context

5    known as a stipulation.   It is going to be read to you now.

6    You must, members of the jury, treat these facts as having been

7    proved.

8          You may proceed.

9          MR. JACOBSON:   Thank you.

10   BY MR. JACOBSON:

11   Q    Ms. Wakefield, this agreed fact says:   "With POM, ViSalus

12   used two campaign strategies:   Press 1 calls (where a

13   prerecorded or artificial voice instructed customers to press 1

14   to be connected to a live person now) and Voice Casting calls

15   (where an audio clip played a prerecorded call-back message)."

16         Let me ask you first about Press 1 calls.   Did you

17   get any calls from ViSalus where a prerecorded message asked

18   you to press a button to connect to a live agent?

19   A    Yes.

20   Q    Did you press the button to connect?

21   A    Yes.

22   Q    After hearing that recorded message and pressing a button,

23   were you able to connect to a live agent?

24   A    Yes.

25   Q    What did you say to that ViSalus agent?

L. Wakefield - D

1  A    I told them that they were calling a Do Not Call number

2  and to quit calling me.

3  Q    Did they stop calling?

4  A    No.

5  Q    Ms. Wakefield, do you see that this agreed fact says that

6  ViSalus also used Voice Casting calls where an audio clip

7  played a prerecorded call-back message?

8  A    Yes.

9  Q    Did you get calls from ViSalus with a recorded call-back

10  message?

11  A    Yes.

12  Q    What, if anything, do you remember about what those calls

13  said?

14  A    I remember about having 50 percent off of products and

15  trying to get me to come back as a promoter.

16  Q    When you got knows calls, were you a promoter with ViSalus

17  anymore?

18  A    No.

19  Q    Now, Ms. Wakefield -- let me back up.

20        MR. JACOBSON:  Your Honor, at this time plaintiff

21  will offer additional audio files that are ViSalus recorded

22  calls into evidence.  These were discussed previously.  I will

23  read the exhibit number of each call that we intend to offer.

24  We intend to offer 43-8, 43-10, 43-12, 43-13, 43-14, 43-15.

25  43-17, 43-19, 43-23, 43-24, 43-25, 43-28, 43-29, 43-32, 43-33,

L. Wakefield - D

 1  43-34, and 43-35.

 2          THE COURT:  35 was the last one?

 3          MR. JACOBSON:  Yes.

 4          THE COURT:  We discussed those previously.  The

 5  objections are overruled.  And you've represented to me that

 6  those all were produced in discovery by ViSalus, correct?

 7          MR. JACOBSON:  Yes, Your Honor.

 8          THE COURT:  All right.  They will be received in

 9  evidence.

10          MR. O'NEAL:  If they are admitted, can we have the

11  remaining messages, which were listed as part of this

12  Exhibit 43 and also identified as Exhibit 58, also moved in at

13  the same time under completeness?

14          THE COURT:  Any objection?

15          MR. JACOBSON:  I don't believe we intend to offer

16  Exhibit 58.  Mr. Franzini would know best if we have objections

17  to moving the remainder of the audio files that counsel

18  mentioned.

19          THE COURT:  We can discuss that at another time.  I

20  will leave it to defendant to offer them after conferring with

21  plaintiff, but I don't think we need to hear those at the same

22  time we hear these under 106.

23          MR. JACOBSON:  I described these as ViSalus recorded

24  calls; more accurately these are ViSalus recorded messages.

25

L. Wakefield - D

1  BY MR. JACOBSON:

2  Q    Ms. Wakefield, before you came to court today were you

3  able to listen to some examples of ViSalus recorded messages?

4  A    Yes.

5  Q    I'm going to play you 43-7.  It is a file titled "EOM

6  Blast J. Ewing."

7           THE COURT:  I thought the first one you read to me

8  was 43-8.

9           MR. JACOBSON:  Mr. Franzini already moved in 43-7 and

10  is 43-11 in.

11           THE COURT:  Of course.

12           MR. JACOBSON:  I will play 43-7.

13           (Exhibit 43-7 was played in open court.)

14  BY MR. JACOBSON:

15  Q    Ms. Wakefield, did you hear anything in that message that

16  sounded like the messages that you got from ViSalus?

17  A    Similar possibly, about the 50 percent off of the

18  products.

19  Q    Do you know if you got that exact message, or is it

20  possible that you got a message that was kind of similar to

21  that?

22  A    Similar.

23  Q    Is it possible the message you got was longer or shorter

24  but it was similar content?

25  A    Yeah.

L. Wakefield - D

1      MR. O'NEAL:  Calls for speculation.

2      THE COURT:  Overruled.

3  BY MR. JACOBSON:

4  Q    Is it possible that the message that you got was longer or

5  shorter but had similar information?

6  A    Yes.

7  Q    Let me play you 43-11.  This file is titled "L. Gray

8  WinBack 6-17."

9      (Exhibit 43-11 was played in open court.)

10  BY MR. JACOBSON:

11  Q    How did that recorded message compare to the ones you

12  received?

13  A    Same as the other about the 50 percent off, the money

14  offer, but to come back.

15  Q    Did you receive that message or maybe just one similar to

16  it?

17  A    Similar to it.

18  Q    Could the message you have received have been longer or

19  shorter but similar content?

20  A    Yes.

21  Q    Let me play you one more example, 43-25.  This is called

22  "Rachel WinBack P.R. and customers."

23      (Exhibit 43-25 was played in open court.)

24  BY MR. JACOBSON:

25  Q    How did the content of that message compare to the

L. Wakefield - D

1    messages that you got?

2    A    Some of the same; the promotion of coming back.

3    Q    And when you say "coming back," what do you mean?

4    A    Being a promoter and the discounted price of the kits.

5    Q    What was that discount offered on?

6    A    On the 50 percent off or 100 percent -- $100 off a kit.

7    Q    Are the kits a product that you have to buy from ViSalus?

8    A    Yes.

9    Q    Now, Ms. Wakefield, did you hear the call-back number in

10   that call ended with 8107?

11   A    Yes.

12   Q    Is it someone for someone to call your phone and leave a

13   recorded message and the call-back number they leave is

14   different from the number that they're calling from?

15   A    Yes.

16   Q    Is it also possible for someone to call your phone and

17   leave a recorded message, and they happen to leave a call-back

18   number that's the same as the number they called you from?

19   A    Yes.

20   Q    Now, Ms. Wakefield, did you get any calls from ViSalus --

21   let me back up.  Do you have an answering -- let me back up

22   again.

23          In 2015, when you got these calls, did you have an

24   answering machine hooked up to your phone?

25   A    Yes.

L. Wakefield - D

1  Q    Did any of these calls from ViSalus not get picked up and

2  go to your answering machine?

3  A    Yes.

4  Q    Did that result in a message being left on your answering

5  machine?

6  A    Yes.

7  Q    Did you listen to that message on your machine?

8  A    Yes.

9  Q    Did you save it after you listened to it?

10 A    I erased it.

11 Q    Why?

12 A    Because I have a habit of erasing my messages on my

13 machine and was not thinking about it.

14 Q    From what you remember, how did that message on your

15 answering machine compare to the ViSalus recorded messages that

16 we just heard?

17 A    From what I remember it was the 50 percent off and just --

18 that was about all I could remember.

19 Q    Was there anything in there about trying to get you back

20 as promoter?

21 A    Yeah.

22 Q    Now, Ms. Wakefield, did you hear Mr. Eves testify, the

23 representative from the Molalla phone company?

24 A    Yes.

25 Q    Is that your phone company?

L. Wakefield - D

1    A    Yes.

2    Q    Was that your phone company in 2015?

3    A    Yes.

4    Q    Did you hear him testify about your detailed phone records

5    that show the incoming and outgoing calls?

6    A    Yes.

7    Q    Now, at the beginning of that case -- at the beginning of

8    this case did you have those phone records?

9    A    No.

10   Q    At the beginning of this case did you have any records

11   that told you line by line what numbers called your house in

12   2015?

13   A    No.

14   Q    And before you saw these Molalla company detailed records,

15   did ViSalus ask you to identify the dates that ViSalus called

16   you?

17   A    Yes.

18   Q    Is that before or after you got the phone records?

19   A    Before.

20   Q    And did you have any records to consult or were you just

21   going on memory?

22   A    Going on my memory.

23   Q    Did you provide dates?

24   A    Yes.

25   Q    Did you get them all perfectly correct?

L. Wakefield - D

1   A      No.

2   Q      Did you get some of the dates wrong?

3   A      Yes.

4   Q      Did you get the right month that ViSalus called you?

5   A      Yeah.

6   Q      What month was that?

7   A      April.

8   Q      Did you get the right number of calls that ViSalus made to

9   your home phone?

10  A      Yes.

11  Q      How many calls?

12  A      Five.

13  Q      And who actually obtained these detailed phone records?

14  Was it you that got them or was it ViSalus?

15  A      ViSalus.

16  Q      After ViSalus got them, were you able to get them?

17  A      Yes.

18  Q      Did you provide an updated response to ViSalus where you

19  identified the correct dates that they called you?

20  A      Yes.

21  Q      Did you ever hear ViSalus dispute that they called you on

22  those dates?

23  A      No.

24  Q      Ms. Wakefield, let's take a look at detailed phone records

25  together.   This is Exhibit 2.   Let's start with the calls that

L. Wakefield - D

1  came in on April 2nd.  You've got a paper copy in your book if

2  that's more helpful.

3          Do you see here that these phone records list calls

4  you got on April 2nd?

5  A    Yes.

6  Q    Did you get calls from ViSalus on April 2nd?

7  A    Yes.

8  Q    How many?

9  A    Three.

10  Q    Can you identify for us the phone numbers that ViSalus

11  called your home phone from?

12  A    (248)764-7521.

13  Q    And the next number?

14  A    (248)764-7521.

15  Q    And the third call?

16  A    (248)764-7514.

17  Q    Have I highlighted the ViSalus calls?

18  A    Yes.

19  Q    In one hour how many times did ViSalus call your home

20  phone?

21  A    Three times.

22  Q    What times did ViSalus call your home phone?

23  A    1:19 p.m., 1:38 p.m., and 1:59 p.m.

24  Q    Before ViSalus called your home phone three times in an

25  hour, had you heard from them in years?

L. Wakefield - D

1   A    No.

2   Q    Before ViSalus called you three times in an hour, had you

3   ever given them permission to call your home number after you

4   quit?

5   A    No.

6   Q    Let's take a look at the phone records for April 8th.  Do

7   you see any calls from ViSalus on April 8th?

8   A    Yes.

9   Q    What's the phone number ViSalus called you from?

10  A    (248)764-7514.

11  Q    Have I highlighted that number?

12  A    Yes.

13  Q    What time did this call come in from ViSalus?

14  A    14:12.

15  Q    Is that converted to military time?

16  A    Yes.

17  Q    Is it 2:12?

18  A    2:12, yes.

19  Q    How long was that call?

20  A    Nine seconds.

21  Q    Was this a Press 1 call or was this some other type of

22  call?

23  A    It was an automated Press 1 call.

24  Q    Did you press 1 to try to connect to someone in this call?

25  A    I did.

L. Wakefield - D

1  Q    You see this call is only nine seconds long?

2  A    Yes.

3  Q    What happened when you tried to press 1 to connect?

4  A    I tried to press it, and I got hung up on.

5  Q    Now, Ms. Wakefield, let's take a look back at the calls on

6  April 2nd.  You identified for us this call I've highlighted

7  from (248)764-7514?

8  A    Yes.

9  Q    How does that phone number compare to the Press 1 call

10 that you got on April 8th?

11 A    I remember getting a message.  I started to push a

12 number -- was prompted to push a number.  It automated me to

13 push the number, and I hit it.  I got a live person, and I told

14 them not to call me.

15 Q    Let's break that down.  So this time did you push a number

16 after hearing the Press 1 message?

17 A    Yes.

18 Q    Were you able connect to a live agent?

19 A    Yes.

20 Q    What did you say?

21 A    I told them not to call me.

22 Q    And did ViSalus stop calling you?

23 A    No.

24 Q    Then let's take a look at the fifth call on April 28th.

25 Can you identify for us any calls from ViSalus on April 28th to

L. Wakefield - D

1    your home phone?

2    A    Yes.  (248)764-7521.

3    Q    Is it the call I've highlighted in your phone records?

4    A    Yes.

5    Q    Do you remember about what happened with this call?

6    A    It was on my answering machine.  I remember answering the

7    machine, and the message from ViSalus said that they were

8    offering 50 percent off with the products.

9    Q    Was that the message that you deleted?

10    A    Yes.

11    Q    How ask that message compare to the example of recorded

12    messages that we heard?

13    A    That is about the same that we heard on the messages.

14    Q    Now, Ms. Wakefield, we talked about some Press 1 calls.

15    Let me ask you, did you get any calls from ViSalus where when

16    you got the call, you thought this may be a live person who

17    called me?

18    A    No.

19    Q    Let me ask you my question a little better.  Did you get

20    any calls that when you first got the call and you picked up

21    the phone, you thought it might be a live person?

22    A    Yes.

23             MR. O'NEAL:  Objection.  Asked and answered.

24             THE COURT:  Overruled.

25             THE WITNESS:  Yes, I did.

L. Wakefield - D

1  BY MR. JACOBSON:

2  Q    And were you sure it was a live person or could it maybe

3  also have been recorded?

4  A    It was a recorded message.

5  Q    Let me show you some more facts that both sides agree are

6  true.

7           THE COURT:  Counsel, I think it would be helpful if

8  you would identify the stipulation by paragraph number.

9           MR. JACOBSON:  Yes, Your Honor.  I'm about to read

10 stipulation 24, and then I'll read 25 and 26.

11 BY MR. JACOBSON:

12 Q    Ms. Wakefield, do you see this -- I'm reading 24 now.  "At

13 least two of the telephone calls may have been from a live

14 person"?

15 A    Yes.

16 Q    Did you agree that at least two of the calls may have been

17 from a live person?

18 A    Yes.

19 Q    Did you agree that those two calls definitely were a live

20 person and not a prerecorded message?

21 A    No.

22 Q    Do you see agreed fact 25 says two of the telephone calls

23 by ViSalus to the landline for the Wakefield residence in April

24 of 2015 may have used prerecorded message?

25 A    Yes.

L. Wakefield - D

1  Q    Is this a fact that ViSalus agreed to?

2  A    Yes.

3  Q    Then paragraph 26 says, "Ms. Wakefield received at least

4  five calls from ViSalus between March 1st, 2015, and May 30th,

5  2015, but the parties do not agree on whether those calls were

6  from a live person or contained an artificial or prerecorded

7  voice."

8         Some of your calls, do the parties just dispute

9  whether or not it was a live person or used a prerecorded

10 message?

11 A    Yes.

12 Q    Let's talk about those two calls from ViSalus where, when

13 you got the call, you thought it may have been a live person

14 calling you.

15        Has ViSalus asked you questions about those calls

16 before?

17 A    Yes.

18 Q    Was that in your deposition?

19 A    Yes.

20 Q    Is that when you gave testimony earlier in this case?

21 A    Yes.

22 Q    When ViSalus asked you if you thought those calls may have

23 been a live person, what did you say?

24 A    I said that at that time I thought it was a real person.

25 Q    You said you thought it was a live person?

L. Wakefield - D

1    A    Uh-huh.

2    Q    Now, when you said that, when you gave that testimony, had

3    you had the opportunity yet to listen to what ViSalus's

4    recorded Voice Cast messages sound like?

5    A    No.

6    Q    Did you get the opportunity to learn what those recorded

7    messages sound like before trial today?

8    A    Yes.

9    Q    Did we just listen to some of those recorded messages?

10   A    Yes.

11   Q    And when you listened to what those ViSalus recorded

12   messages sound like, did that tell you anything about those

13   calls that you thought may have been a live person?

14   A    They sounded real, because when they called, I answered

15   the phone, and I thought it was a real person.  Then I would

16   say "hi" to them, and nobody would respond back, and then I

17   would hang up the phone.

18   Q    And you've listened to what the recorded messages sound

19   like today?

20   A    Yes.

21   Q    Did that tell you that those calls that you thought may

22   have been a live person may have been a recording?

23   A    Yes.

24   Q    Why is that?

25   A    Because when I answer the phone, I usually say "hi" to

L. Wakefield - D

1    somebody, you would think they would respond back, and they

2    never did.

3    Q    You mentioned that when you got these calls from ViSalus,

4    you said something to the voice on the other end of the line?

5    A    Yes.

6    Q    Now, when you are having a conversation with a live

7    person -- let's say it is one of your friends -- and you say

8    something, what do they usually do?

9    A    They talk back.

10   Q    First, what did you say to this ViSalus voice on the other

11   end of the line?

12   A    I wanted to tell them to stop calling.  I said, "Hello"

13   and tried to talk -- say something more, but they never

14   responded back.

15   Q    After you said something to that voice on the other end of

16   the line, did it say anything back to you?

17   A    No.

18   Q    Is that consistent with a live person, or is that

19   consistent with a recorded message?

20   A    A recorded message.

21   Q    What happened after you said something to the voice and it

22   didn't say anything back?

23   A    I hung up the phone.

24   Q    Ms. Wakefield, given all the evidence that you have now,

25   do you think that more likely than not all the calls you got

L. Wakefield - D

1    from ViSalus were recorded messages?

2    A    Yes.

3    Q    Ms. Wakefield, when you received these calls from ViSalus

4    in 2015, did you have your daycare business?

5    A    Yes.

6    Q    Was it just you or did you have employees?

7    A    I didn't have any employees.  It was just me.

8    Q    When did you start that business?

9    A    Around 2007.

10   Q    Over the years at any given time about how many children

11   were you caring for?

12   A    Oh, between -- sometimes between two and four.

13   Q    How did you know the parents of these kids?

14   A    My husband is a firefighter/paramedic at Molalla Fire and

15   I usually -- I watched the kids from the other families from

16   the fire department.

17   Q    Now, one issue in this case is whether your home phone was

18   a residential line or whether it was a business line.  So let's

19   talk about that.  Was your phone registered as a residential

20   line or a business line?

21   A    Residential.

22   Q    Did you see Mr. Eves, the Molalla phone company

23   representative, talk about your phone bill?

24   A    Yes.

25   Q    Did it show that your phone was residential or business?

L. Wakefield - D

1   A    Residential.

2   Q    Ms. Wakefield, let me show you a photo, and I would like

3   you to tell me if you recognize it.

4   A    That is our home.

5            THE COURT:  What exhibit number is this?

6            MR. JACOBSON:  It is not an exhibit.  It is just

7   going to be visual testimony.

8            THE COURT:  No, no.  There is no such thing.  Take it

9   off the screen.

10           MR. JACOBSON:  Then we would offer it as

11  Exhibit No. 65.

12           THE COURT:  All right.  You can lay a foundation for

13  it.

14           First of all, is there going to be any objection to

15  65?

16           MR. O'NEAL:  No.

17           THE COURT:  All right.  65 is received.

18  BY MR. JACOBSON:

19  Q    Ms. Wakefield, do you know what the home you lived in in

20  2015 looks like?

21  A    Yes.

22  Q    What's this house that's shown?

23  A    That was the house that we were in back then.

24           MR. JACOBSON:  We offer this as Exhibit 65.

25           THE COURT:  And it was just received a few minutes

L. Wakefield - D

1    ago.

2    BY MR. JACOBSON:

3    Q    Did you live in this house when ViSalus called you in

4    2015?

5    A    Yes.

6    Q    Now, Ms. Wakefield, another thing the jury can consider is

7    whether you held your home number out to the public as a

8    daycare number.  So let's talk about that.  Did you ever

9    advertise your home number as your daycare number?

10   A    No.

11   Q    Did you ever put it on flyers?

12   A    No.

13   Q    Did you put it on business cards for your daycare?

14   A    No.

15   Q    Did you put a sign up in your front yard with a phone

16   number that said "Lori's Daycare"?

17   A    No.

18   Q    Did you advertise that number as your daycare number in

19   any way?

20   A    No.

21   Q    When someone called you, and you answered the phone, did

22   you answer it and say, "Hello.  You've reached Lori's Daycare"?

23   A    No.

24   Q    What did you say?

25   A    "Hello."

L. Wakefield - D

1  Q    Did you ever at any point hold out your home number to the

2  general public as a daycare number in any way?

3  A    No.

4  Q    You mentioned that the parents of the children that you

5  took care of were firefighters.  How did they actually get your

6  number?

7  A    They would call me on my -- just call me.

8  Q    What number did they typically call when they called you?

9  A    They would call my house phone or the cell phone.

10  Q    Let's talk about how often they called your cell phone.

11  One of the things that the jury can consider is whether your

12  home phone was primarily used for daycare.

13         MR. O'NEAL:  Objection.  Counsel is testifying.

14         THE COURT:  Sustained.  You may rephrase the

15  question.

16  BY MR. JACOBSON:

17  Q    Ms. Wakefield, will you talk about what you primarily used

18  your home phone for.  I'm showing you your phone records.  This

19  is Exhibit 2-2.  What period of time do these phone records

20  cover?

21  A    From March to May.

22  Q    Is that about three months?

23  A    Yeah.

24  Q    Do these records cover around the time that ViSalus called

25  you?

L. Wakefield - D

1    A    Yes.

2    Q    Have you looked through all the phone numbers in these

3    phone records to identify calls that were daycare related?

4    A    Yes.

5    Q    Let's start with March 6th.  Do you see any calls on there

6    that were daycare related?

7    A    Yes.

8    Q    What's the phone number on this one?

9    A    March 6th, 2015, there is one.  It is (503)351-1063.

10    Q    Is it the one I've highlighted?

11    A    Yes.

12    Q    Whose phone number is that?

13    A    It is Brian Lister.

14    Q    Who is Mr. Lister?

15    A    He is one of our police officers.  He is also on our board

16    of the fire department.

17    Q    Did you take care of his children?

18    A    Yes.

19    Q    Take a look at March 9th, same page.  Do you see any

20    daycare-related calls?

21    A    Yes.  (503)318-5047.

22    Q    Is that the number that I've highlighted?

23    A    Yes.

24    Q    Whose phone number is that?

25    A    Clint Shaffer (phonetic).

L. Wakefield - D

```
 1   Q    Who is Clint Shaffer?

 2   A    He is a former paramedic at the Molalla fire department.

 3   Q    Did you care for his children?

 4   A    Yes.

 5   Q    Ms. Wakefield, have you looked at your phone records for

 6   the rest of March to see if there was any daycare-related

 7   calls?

 8   A    Yes, I did.

 9   Q    Did you get any other daycare-related calls in March?

10   A    No.

11   Q    What about April?  Did you get any other daycare-related

12   calls in April?

13   A    No.

14   Q    Did you get any other day-care-related calls on your home

15   phone in May?

16   A    No.

17   Q    In this three-month period about how many total calls did

18   you make or receive on your home phone?

19   A    299.

20   Q    Was it about 301?

21   A    Yes.

22   Q    And of those 301 calls, how many were related to your

23   daycare business?

24   A    Two.

25   Q    How many were personal calls?
```

L. Wakefield - D

1   A    299.

2   Q    So, Ms. Wakefield, when you used your home phone, were the

3   vast majority of the calls daycare or were the vast majority of

4   the calls personal calls?

5   A    Personal.

6   Q    Were these three months typical of how often you used your

7   home phone for daycare versus personal calls?

8   A    Yeah.

9   Q    All right.  Ms. Wakefield, if the daycare parents didn't

10  usually call you on your home phone, how did they get in touch

11  with you?

12  A    They would usually text me on my cell, or they would call

13  later in the evening on my cell phone because some were nurses,

14  and so they can't get to their regular phones.

15  Q    Can you even get texts on your home phone line?

16  A    No.

17  Q    Ms. Wakefield, was your residential landline primarily for

18  daycare or the vast majority of the time for personal use?

19  A    Personal.

20  Q    You said your husband, Byron, is a firefighter.  Did he

21  have any kind of home business?

22  A    No.

23  Q    Back in 2012, when you were a ViSalus promoter for two

24  months, did you use your home line to make calls to try to sell

25  ViSalus products?

L. Wakefield - D

1   A    I never sold anything, and I didn't try.  I only wanted to

2   help my mom.

3   Q    Did you use your home line to try to sell it?

4   A    No.

5   Q    You mentioned you talked to some friends about it.  Was

6   that over the phone or in person?

7   A    In person.

8   Q    Did your husband, Byron, ever use the home line to try to

9   sell for ViSalus?

10  A    No.

11  Q    In April of 2015, when you were getting these calls from

12  ViSalus, what business relationship did you have with them?

13  A    I had none.

14  Q    And after you quit ViSalus, did you ever use your phone

15  for ViSalus business?

16  A    No.

17  Q    Ms. Wakefield, why did you decide to become the named

18  plaintiff in this class action?

19  A    I figured if I was having these many phone calls, I didn't

20  want -- I figured there was more people out there that was

21  going through the same thing that I was going through.

22  Q    Have you ever been part of a lawsuit before?

23  A    No.

24  Q    If you hadn't brought this lawsuit, do you know anyone

25  else that would have stepped up and done it?

L. Wakefield - D

1   A    No.

2   Q    Ms. Wakefield, did you ever give ViSalus consent or

3   permission to call your home phone with prerecorded messages?

4   A    No.

5   Q    In this case have you ever heard ViSalus even claim that

6   it had your permission to call you with prerecorded messages?

7   A    No.

8   Q    Before you filed this lawsuit did ViSalus do anything to

9   take accountability or responsibility for calling you with

10  prerecorded messages?

11  A    No.

12  Q    Did it say, Ms. Wakefield, "It's a mistake.  We called you

13  with prerecorded messages.  We're sorry"?

14  A    No.

15  Q    After you filed this lawsuit, has ViSalus done anything at

16  all to take accountability for calling you with prerecorded

17  messages?

18  A    No.

19          MR. JACOBSON:  No further questions at this time,

20  Your Honor.

21          THE COURT:  Cross-examination.

22          MR. O'NEAL:  Your Honor, may I have permission to

23  approach the witness?

24          THE COURT:  Of course.

25          MR. O'NEAL:  Thank you.

L. Wakefield - X

1                         CROSS-EXAMINATION

2    BY MR. O'NEAL:

3    Q    Ms. Wakefield, I'm handing you a copy of the deposition

4    that you gave in this case.  I am also handing you a copy of

5    the complaint that you filed to start this case, and I'm

6    handing you a copy of the amended complaint that you filed in

7    this case.

8              MR. O'NEAL:  May I approach again, Your Honor?

9              THE COURT:  You may.  You may approach whenever you

10   want.  I would just prefer you not stay there.  But you are

11   welcome to approach to hand her things whenever you want.

12             MR. O'NEAL:  I'm handing you a copy of your responses

13   to ViSalus's written questions called interrogatories.

14   BY MR. O'NEAL:

15   Q    Let's start, first, you admit that your story has changed

16   today from what you said before, right?

17   A    Correct.

18   Q    And before you came into the courtroom today did you meet

19   with your lawyers to prepare for your testimony?

20   A    Before today?

21   Q    Yeah.  Before you came in did you prepare for your

22   testimony today?

23             THE COURT REPORTER:  Can you repeat that?

24             THE WITNESS:  Can you rephrase that?  I am sorry.

25

L. Wakefield - X

1   BY MR. O'NEAL:

2   Q    Did you meet with your lawyer to prepare for your

3   testimony today?

4            THE COURT REPORTER:  I still didn't hear your answer.

5            THE WITNESS:  I'm sorry.  Yes.

6   BY MR. O'NEAL:

7   Q    How many times have you flip-flopped on your story?

8   A    How many?

9   Q    Well, why don't you go to the complaint, please, that I

10  handed you.

11  A    Which one is that?

12  Q    It should say in the right-hand corner "Complaint."  Would

13  you like me to show you?

14           THE COURT:  You're welcome to come up and point out

15  what you are referring to.

16  BY MR. O'NEAL:

17  Q    Maybe since I had some difficulty, maybe it is easier for

18  me to hold on to them and give them to you one at a time.

19           That's your complaint in this case.  You filed that

20  complaint in October of 2015, correct?

21  A    Yes.

22  Q    And that was less than six months after you received

23  telephone calls in April of 2015, right?

24  A    Right.

25  Q    And you said -- I'm sorry.  You reviewed that complaint

L. Wakefield - X

1    before it was filed, correct?

2    A    Uh-huh.  Yes.

3    Q    And you said in that complaint that you got a call from

4    ViSalus on April 9th, 2015, correct?

5    A    Correct.

6    Q    And that was not accurate, right?

7    A    Can you repeat that?

8              MR. JACOBSON:  Your Honor, can we hear what paragraph

9    we are referring to?  I'm having trouble following.

10   BY MR. O'NEAL:

11   Q    Turn to paragraph 22 -- excuse me -- 21.  Are you with me?

12   A    Yes, I'm on 21.

13   Q    21 says, "On April 8th, 2015, for example, she received a

14   telemarketing call promoting ViSalus."

15             Do you see that?

16   A    Yes.

17   Q    Then it says, "The next day she received another telephone

18   call promoting ViSalus where she instructed the telemarketers

19   to stop calling her and to make sure she was on the internal

20   'Do Not Call' list."

21             Do you see that?

22   A    Yes.

23   Q    And that wasn't accurate, was it?

24   A    Back then, no.

25   Q    Then in paragraph 22 of the complaint you said that you

L. Wakefield - X

1  received a telephone call from ViSalus on April 15th, right?

2  A    Right.

3  Q    And that was not accurate either, correct?

4  A    Correct.

5  Q    Then you said -- you filed an amended complaint in this

6  case on February 5th, correct?

7            May I approach?

8            THE COURT:  Any time you want.  You don't need to

9  ask.

10 BY MR. O'NEAL:

11 Q    I'm handing you a copy of your first amended complaint.

12 This was filed on February 5th, 2016, correct?

13 A    Correct.

14 Q    If you'd go to the same paragraph, paragraph 21, you said

15 in that document that again you received a telephone call on

16 April 9th?

17           MR. JACOBSON:  Objection, Your Honor.  I don't see

18 that in paragraph 21.

19 BY MR. O'NEAL:

20 Q    "On April 8th, 2015, for example, she received a

21 telemarketing call promoting ViSalus."

22           Are you following along with me, Ms. Wakefield?

23           THE COURT:  You are reading from paragraph 21?

24           MR. O'NEAL:  Correct.

25

L. Wakefield - X

1   BY MR. O'NEAL:

2   Q    Then it says, "The next day she received another telephone

3   call promoting ViSalus where she instructed the telemarketer to

4   stop calling her and to make sure she was on the internal 'Do

5   Not Call' list."

6            THE COURT:  The objection is overruled.

7            THE WITNESS:  Back then -- back then, yes.

8   BY MR. O'NEAL:

9   Q    And back then, both at the time that you filed the

10  complaint and you had the first amended complaint, that was a

11  lot closer in time to when the calls were made in April than

12  today, right?

13  A    I did not have the call records back then.

14  Q    Would you agree that your memory was a little bit better

15  back then, closer to the events, than it is today?

16  A    I didn't have the right -- the right evidence back then.

17  Q    Perhaps maybe you were getting telephone calls mixed up

18  with other people calling you from 1-800 or 877 numbers?

19  A    No, I disagree.

20  Q    Take a look at your sworn responses to interrogatories.

21  No. 1, tell the jury on what day you said you received

22  telephone calls.

23  A    What did you want?  I'm sorry.

24           MR. O'NEAL:  May I approach again, Your Honor, to

25  show her?

L. Wakefield - X

1  BY MR. O'NEAL:

2  Q     The interrogatory asks you to identify all the calls that

3  you received from ViSalus, correct?

4  A     Correct.

5  Q     And you reviewed this answer, and you swore under oath it

6  was true, correct?

7  A     Back then, yes.

8  Q     And what did you say under oath were the dates that the

9  calls were made?

10  A     Back then, before all of the evidence, I did not have.

11  Q     What did you say in your sworn interrogatory?

12  A     In my interrogatory, it was sworn, and, yes, I did believe

13  and I did swear that those were right.

14  Q     What were the dates that you said you received calls?

15  A     8th, 9th, 15th, and 28th.

16  Q     And that was inaccurate, correct?

17  A     Right.

18  Q     Would you agree that maybe your memory about events that

19  occurred in April isn't very good?

20  A     No.

21  Q     Let's talk about what you responded to or what you said in

22  response to counsel's questions about voice mails -- the

23  messages.  If I understand correctly, when you received a call

24  from ViSalus, you immediately wanted to end the call, correct?

25  A     No.  I wanted to get ahold of them and tell them to quit

L. Wakefield - X

1  calling me.

2  Q    So when you received a call on April 2nd, and somebody

3  from ViSalus started talking to you, you wanted to keep talking

4  to them, or you wanted to get off of the phone?

5  A    I wanted to tell them to quit calling.

6  Q    Did you do that?

7  A    I tried, yeah.

8  Q    And --

9  A    But --

10  Q    -- they kept talking to you?

11  A    It wasn't -- I don't know.  I don't know.

12  Q    Well, didn't you say in your sworn deposition that when

13  you got a call on April 2nd, that you talked to a live person?

14  A    No -- in the sworn document -- or in the sworn statement?

15  In the deposition you are referring to?

16  Q    Yes.

17  A    In the sworn deposition back then, yes, I did say that.

18  Q    And the question was -- you didn't misunderstand it,

19  correct?

20  A    What are you saying?

21  Q    The question was posed -- you said under oath that you did

22  not receive a prerecorded message on that date, correct?

23  A    In the statement back then, yes, I did say that.

24  Q    And you said the same thing about the second call that you

25  received from ViSalus.  You said that that wasn't prerecorded;

L. Wakefield - X

1   that it came from a live person, correct?

2   A    No -- in the sworn statement back then, yes, before the

3   evidence.  It had changed because of the current evidence that

4   we have now.

5   Q    And that deposition was taken a lot closer to April 2015

6   when the events in question occurred, right?

7   A    Yes, but I wouldn't -- I would rather somebody not rely on

8   my memory versus the evidence that we have.

9   Q    Why would you not want to rely on your memory?

10  A    Because my memory is a lot -- I would rather rely on

11  evidence, not memory.

12  Q    And the only written evidence that we have is that five

13  calls were made to you in April of 2015, correct?

14  A    No.  There is more evidence than that.

15  Q    But your memory -- when you said in the complaint and in

16  the amended complaint and in the interrogatories and in your

17  depositions were that the first two calls were with live

18  people, right?

19  A    We have other evidence that have been shown today.

20  Q    Who showed that to you?

21  A    My attorneys did.

22  Q    So back then you thought it was live talking to a live

23  person, but then when your lawyers show you something, you

24  switch and say, "Wait a minute.  No, it is a prerecorded

25  message"?

L. Wakefield - X

1              THE COURT:  Mr. O'Neal, you are going to have to

2     speak more slowly.

3              MR. O'NEAL:  Yes, Your Honor.

4              THE WITNESS:  I disagree.

5     BY MR. O'NEAL:

6     Q     How many times have you changed your story?

7     A     Well, I disagree.  I disagree.  I have not changed my

8     story.  I have got the facts now that I only had in my

9     deposition -- I did what -- I knew from the sworn statement and

10    my deposition was true at the time, and now I have got the

11    evidence.  And I have not lied.  And I have told the truth.

12    Q     Ms. Wakefield, isn't it just possible that your memory

13    isn't that good, and you can't say one way or the other about

14    whether any of calls that you had were prerecorded or whether

15    they were a live person?

16    A     Not true.  I disagree.

17    Q     The recorded calls -- let me make sure I understand the

18    timeline correctly.  The first call that you received, which

19    was on April 2nd, is it your testimony that that was a recorded

20    message or that was a live person?

21    A     It was a recording.

22    Q     And you agree that you said in your deposition that it was

23    live, and it wasn't recorded, correct?

24    A     In the deposition, yes.

25    Q     And as I understand correctly, you believe that one of the

L. Wakefield - X

1    messages that counsel played was the prerecorded message that

2    was played to you?

3    A    I said it could be.

4    Q    So you don't know for certain whether it was or wasn't?

5    A    When I had gotten the message, because it prompted me, it

6    was similar to what I heard because it was press a certain

7    number to be connected to a live agent, and I heard the

8    50 percent off and then the messages.

9    Q    I'm sorry, Ms. Wakefield.  The messages that were played

10   didn't mention Press 1, did they?

11   A    No.  But the other parts in there had the percentage off,

12   and I said it sounded similar to it.

13   Q    So do you know or do you not know whether the messages

14   that we were listening to -- whether or not that was a message

15   that was played for you on April 2nd?

16   A    It sounded similar.

17   Q    It is yes or no.  Do you know or not know?

18   A    I'm -- I -- I don't know.  I'm not going to answer because

19   I don't know.

20   Q    And similarly for the rest of the calls you don't know

21   whether the messages that were played were any messages that

22   you heard on any of the other --

23   A    I do know that they were recorded messages.

24   Q    So on what day did you get a recorded message?

25   A    On all of the days.

L. Wakefield - X

1   Q    So you think you got recorded messages on all of the calls

2   that happened on the 2nd, you think you got a recorded message

3   on the 8th, and also on the 28th; is that right?

4   A    Yes.

5   Q    And I think you testified that one of the messages that

6   you got was on your answering machine?

7   A    Yes.  It was on the answering machine.

8   Q    What date was that message that was left for you?

9   A    On the 28th.

10  Q    Had you been talking to your lawyer at that time?

11  A    Yes.

12  Q    You knew that it was important to save evidence that might

13  be relevant to this case?

14  A    I did.

15  Q    And you deleted the message anyway?

16  A    No.  I never thought about -- I didn't know how to get it

17  off my answering machine at that point.  It was one of the

18  older answering machines.  You just erased.

19  Q    You didn't save it; you deleted it?

20  A    Yes.

21  Q    Counsel was asking you questions about how, when you

22  received these messages, you thought it was a live person, but

23  then you came to realize that it was a recording.  I wasn't

24  following you.  Why is that so?

25  A    Can you rephrase that?

L. Wakefield - X

1    Q    Sure.  And I could have been mistaken.  I thought that you

2    had previously testified that when you got some of these calls,

3    you initially thought that it was a live person, but then you

4    realized it was a recording.  Maybe I got that wrong.

5    A    You got it wrong.  I knew that they were a live person --

6    sorry.  I knew it was a recording.  And I when the recording

7    came on, it just prompted me, walked you through how much --

8    they were excited on the phone on how much you got off and then

9    how to press a number to be connected to a live person.  Then I

10   would get cut off when I would get to a certain point.

11   Q    So there was a message that was played like the ones we

12   heard and then it also said to press 1 in the same message?

13   A    Similar to the ones we heard, yes.

14   Q    Okay.  The messages that counsel played didn't have

15   "Press 1" in them, did they?

16   A    Not that.  I mean, just the percentage off the products.

17   Q    Okay.  So maybe it is more accurate to say that you heard

18   voices talking about 50 percent off?

19   A    Yes.

20   Q    And those are on the calls that happened on April 2nd?

21   A    On all the calls except for the answering machine.

22   Q    Let's focus on the calls on April 2nd.  Those are the

23   calls that you said were with a live person, and there was no

24   prerecorded message previous to today, right?

25   A    Rephrase that.

L. Wakefield - X

1   Q    Sure.  The calls on April 2nd you previously said those

2   were with live people, not prerecorded messages, right?

3   A    In my depo?

4   Q    Yes.

5   A    Yes.

6   Q    And now it is, "Well, no.  They were prerecorded messages

7   and people offering 50 percent off."

8   A    Because I have more evidence now.

9             THE COURT REPORTER:  Repeat the answer.

10            THE COURT:  I think she used the words "evidence

11  now."  Is that what you said?

12            THE WITNESS:  Yes.

13  BY MR. O'NEAL:

14  Q    Were other telemarketers calling you in April of 2015?

15  A    No, not that I am aware of.

16  Q    You were in the courtroom when I pointed out the 1-800 and

17  877 numbers?

18  A    I don't know what those are.

19  Q    Let me go back to something you said.  When you got calls

20  from ViSalus, you were anxious to end them right away, correct,

21  because you didn't want to get calls from ViSalus, right?

22  A    Right.

23  Q    So, with respect to the call on April 2nd, why did you let

24  it go on for 34 seconds?

25  A    Because I was trying to connect to a live agent so I could

L. Wakefield - X

1    tell them to stop calling.

2    Q    And why did you let it go on for 24 seconds on the second

3    call on April 2nd?

4    A    To connect with somebody to tell them the same thing

5    again.

6    Q    So those two messages we are talking about, you didn't

7    hear anything played to you?  It was just press a button and

8    connect to someone at ViSalus?

9    A    They were the same thing about the products.  "We have an

10   important message for you from ViSalus.  We want you to push a

11   number to connect to a live agent."

12   Q    I want to break that down, though.  Was the message that

13   you think that you heard, was it "we have an important message;

14   press a button," which you did, and then you were cut off?  Or

15   was it "we are offering you 50 percent off; press a button,"

16   you did, and then it got cut off?

17   A    It was, "This is ViSalus.  We have an important message.

18   We are offering 50 percent off," and then it was like connect

19   to -- push a button -- "and we will connect you to a live

20   agent."

21   Q    Have you heard any recordings that ViSalus produced that

22   has both "50 percent off" and "press 1" in the message?

23   A    Only in the -- the ones I got called.

24   Q    So the ones -- the audio clips that ViSalus produced, they

25   don't have that, do they?

L. Wakefield - X

1   A    I don't know.  I haven't heard them all.

2   Q    You were responding to counsel's questions, and you said

3   that when you signed up for ViSalus to be a promoter, you went

4   through the website and put down your telephone number; is that

5   right?

6   A    Right.

7   Q    Why did you do that?

8   A    When I signed up to be a promoter, I put my home phone

9   number down so that I could -- during that time if I had an

10  issue with my products or something, that they could contact me

11  at home during the time that I worked there.

12  Q    So when you put down your number, you were agreeing that

13  ViSalus could call you because you had entered into a business

14  relationship with ViSalus, right?

15  A    Just during that part of the time, yeah.

16  Q    Do you have Exhibit 6 up there?

17         THE COURT:  It might be in the notebook.

18  BY MR. O'NEAL:

19  Q    This is almost like a chat you were having with ViSalus,

20  right?

21  A    Yeah.

22  Q    It is where you said the relationship terminated, right?

23  A    Uh-huh.

24  Q    Where in this document did you say, "Don't call me ever

25  again"?

L. Wakefield - X

1  A    I didn't.  Once you cancel out your business, you would

2  think that they would never call you again.

3  Q    But you had -- in your application, when you wanted and

4  applied to be a promoter, and you became a promoter, you told

5  ViSalus to contact you by phone at your home number, right?

6  A    I gave them only my number, and that was it.  Who would

7  call you after you quit your work three years later?

8  Q    Well, does it seem like a reasonable thing that maybe

9  ViSalus wanted to get another business relationship with you

10  going; maybe come back in a couple of years and say, "Hey"?

11  A    No.

12  Q    All right.  In Exhibit 7, where did you say in there,

13  "Don't call me"?

14  A    I don't know.

15  Q    Is it in there?

16  A    No.

17  Q    Do you have any documents where you said, "ViSalus, I know

18  I gave you my number.  I know I told you it was okay, but don't

19  call me"?

20  A    I don't know.

21  Q    When you signed up to be a promoter, you knew that was a

22  contractual relationship under which you were agreeing to go

23  out and try to sell ViSalus products, right?

24  A    No, because I was doing it more to help my mom.

25  Q    But as a promoter, you understood that what you were going

L. Wakefield - ReD

1  to do was you were going to try to sell products to your

2  friends?

3  A    Right.

4  Q    So it was a business relationship, right?

5  A    Yeah.  Yes.

6        MR. O'NEAL:  You know, I think I'm fine.  Thank you,

7  Ms. Wakefield.

8        THE COURT:  All right.  Redirect.

9                    REDIRECT EXAMINATION

10 BY MR. JACOBSON:

11 Q    Ms. Wakefield, ViSalus's attorney asked you about whether

12 or not you got telemarketing calls from some other non-ViSalus

13 number.  Do you remember that?

14 A    Yes.

15 Q    Did you have caller ID in April of 2015?

16 A    I did.

17 Q    When ViSalus called you, what showed up on your caller ID?

18 A    ViSalus's number was on the caller ID.

19 Q    Were there recorded messages that you got from ViSalus's

20 number, or were they from some unrelated 1-877 number?

21 A    They were ViSalus's numbers that came up.

22 Q    ViSalus's attorney asked you some questions about the

23 complaint that you filed in this case?

24 A    Yes.

25 Q    When you filed that complaint, had you been able to obtain

L. Wakefield - ReD

1   an example of prerecorded messages from ViSalus?

2   A    Yes.

3   Q    Were those messages something that you got after the

4   lawsuit started and you filed your complaint, or did it happen

5   before the lawsuit even started?

6   A    Before -- after.

7   Q    After?

8   A    After.

9   Q    In that complaint did you get some of the dates of the

10  calls wrong?

11  A    Yes.

12  Q    Were the right dates of the calls in your phone records?

13  A    Yes.

14  Q    Has ViSalus ever disputed your phone records/tell us the

15  right dates of the calls?

16  A    No.

17  Q    And ViSalus's attorney asked you about some of your

18  interrogatory responses/responses to written questions?

19  A    Yes.

20  Q    Was it the same issue there; that some of the dates were

21  wrong?

22  A    Yes.

23  Q    Was that before you got your phone records?

24  A    Yes.

25  Q    Did you update those interrogatory responses and tell

L. Wakefield - ReD

1   ViSalus the right dates when you got your phone records?

2   A    Yes.

3   Q    Have they ever disputed those dates?

4   A    No.

5   Q    Ms. Wakefield, let's take a look at -- let me back up.

6   ViSalus's attorney asked you about your deposition.  Do you

7   remember that?

8   A    Yes.

9   Q    Let's take a look at that.  Do you have your copy up

10  there?  There is a tab.

11  A    Yes, I do.

12  Q    Can you turn to page 45.  Let me know when you are there.

13  A    I'm there.

14  Q    Do you see on line 25 and then going over the next page,

15  ViSalus asked you:

16          "QUESTION:  You've told me -- you said, 'I'm on the

17  Do Not Call list and don't call here again.'  What was the

18  response from the ViSalus person?

19          "ANSWER:  They didn't say anything.  I don't know if

20  I hung up on them, or they hung up.  So that was the end of the

21  conversation."

22          In your deposition did ViSalus ask you about that

23  call that you thought may have been a live person?

24  A    Yes.

25  Q    Did you tell ViSalus that you spoke to that person?

L. Wakefield - ReD

1   A    Yes.

2   Q    Did you tell ViSalus that after you spoke to that person,

3   the voice did not say anything back?

4   A    Yes.

5   Q    And given all you know today, what does that tell you

6   about whether that was a real person or a recorded message?

7   A    A recorded message.

8           MR. JACOBSON:  I pass the witness back, Your Honor.

9           THE COURT:  Anything further, Mr. O'Neal.

10          MR. O'NEAL:  No further questions.

11          THE COURT:  All right.  Ms. Wakefield, thank you very

12  much.  You may step down at counsel table.

13          Members of the jury, how about an hour and 15 minutes

14  for lunch?  We will start up at 1:30.  Remember, don't discuss

15  the case with anyone, including among yourselves.  Don't do any

16  research of any kind, including on the Internet or otherwise.

17  We will see you back at 1:30.

18          (Open court; jury not present:)

19          THE COURT:  All right.  We are here without the jury.

20  Let me ask plaintiff's counsel, what is coming up at 1:30?

21          MR. DOVEL:  Your Honor, our next witness will be by

22  deposition, Scott Gidley, approximately 25 minutes on direct.

23  I'm not sure what the cross portion is.

24          MR. O'NEAL:  I haven't timed it.

25          THE COURT:  That's fine.

1            MR. DOVEL:   Probably 30 minutes total roughly.

2            THE COURT:   All right.   And then after Mr. Gidley's

3   deposition, then what do we expect?

4            MR. DOVEL:   Two more shorter depositions, Mr. Call

5   and Mr. Laun.   They total approximately 15 minutes.

6            THE COURT:   Very good.   After that?

7            MR. DOVEL:   Mr. Davis, on the order of 20 minutes --

8   15 to 20 minutes.

9            THE COURT:   All right.   Very good.   That's enough for

10  now.

11           All right.   Counsel, please do remember to try to

12  speak more slowly.   I don't want to have to enter an order

13  prohibiting you from drinking coffee.   (Laughter.)

14           MR. O'NEAL:   And I had a lot of it, Judge, and that's

15  probably why.

16           THE COURT:   It shows.

17           MR. JACOBSON:   And an order that prohibits me saying

18  "P" before "exhibit."

19           THE COURT:   All right.   I will be back here at 1:30.

20  Let Mary know if you need me sooner than that.

21           (Recess.)

22

23

24

25

1              (Afternoon session; open court; jury not present:)

2              THE COURT:  Are we ready for the jury?

3              MR. DOVEL:  One matter.

4              THE COURT:  You may proceed.

5              MR. FRANZINI:  Your Honor, we disclosed Blake Mallen

6    as a witness that we want to call in our case-in-chief.  He is

7    on their witness list.  He is their new representative they

8    decided to bring.  We told them last night we would like to

9    call him.  We asked him whether he is here.  Mr. O'Neal told us

10   that he is not here, and he won't tell us whether or not he is

11   in Portland.  So we would ask if the Court could ask Mr. O'Neal

12   to let us know that; and if so, order him in here so we can

13   call him.

14             THE COURT:  On what basis should I order him here?

15             MR. FRANZINI:  The Court's inherent authority to --

16             THE COURT:  He is not under your subpoena, right?

17             MR. FRANZINI:  Your Honor quashed the subpoena on the

18   basis --

19             THE COURT:  I know.  You don't have subpoena

20   authority over him.  So he is here.  If the defendant wants to

21   call him, they call him.  I'm not quite sure I understand what

22   your basis is.

23             MR. FRANZINI:  May we have leave to issue a subpoena

24   now and give it to Mr. O'Neal so we can get Mr. Mallen in

25   court?

1              THE COURT:  How are you going to get him served with

2    a subpoena?

3              MR. DOVEL:  Well, if we could find out if he was in

4    Portland -- they won't commit one way or the other.

5              THE COURT:  I know they won't.  I know they won't.

6              Have you decided whether or not to call Mr. Mallen?

7              MR. O'NEAL:  We are strongly leaning towards calling

8    Mr. Mallen.  I would say it is in the 90 percent plus category.

9              THE COURT:  I'll tell you this:  If you call

10   Mr. Mallen, I will not restrict the plaintiff to cross-examine

11   within the scope of the direct, but if they go beyond the scope

12   of the direct, they will have to do it -- well, you know what,

13   not necessarily.  I was going to say with non-leading

14   questions, but he is clearly an adverse witness.  I think you

15   are going to have to wait and see if they call him.  If they

16   call him, you can have him.

17             MR. FRANZINI:  Thank you, Your Honor.

18             THE COURT:  By the way, if they call him, and you

19   want to go beyond the scope of direct, I will allow that.  I do

20   not anticipate sustaining an objection to a leading question,

21   given that it will be an adverse direct.

22             MR. FRANZINI:  Thank you, Your Honor.

23             THE COURT:  Let's bring in the jury.

24             MR. DOVEL:  Your Honor, over the lunch hour, we

25   decided we are going to flip the order of the depos.  We

1   disclosed that to the defendants.

2          THE COURT:  Does each side know which portions of the

3   transcripts everybody is reading?  I've made my rulings.  Do we

4   have everything squared away?

5          MR. DOVEL:  Yes, Your Honor.

6          MR. ADAMS:  So we can save time, can I hand up to

7   Your Honor a copy?

8          THE COURT:  Excellent.  That's fine.  Come on up.

9          (Open court; jury present:)

10          THE COURT:  Welcome back, members of the jury.  Give

11   me one moment, please.

12          Am I correct, Counsel, we are doing deposition

13   testimony next?

14          MR. ADAMS:  That's correct.

15          THE COURT:  Members of the jury, as I told you

16   previously, there is something called a deposition.  A

17   deposition is sworn testimony of a witness taken before trial.

18   At the deposition the witness is placed under oath to tell the

19   truth.  The lawyers for each party may ask that witness

20   questions.  The questions and answers are then recorded in a

21   written transcript.  The deposition of several witnesses has

22   been taken in this case, and I am going to allow both sides to

23   read to you some of the questions and answers.  Frankly, the

24   plaintiff is going to read the questions that they want to have

25   read to you.  The defendant will read to you the questions and

1    answers that they want to have read to you.

2              It will be the same person reading the answers,

3    right?  Who will that be?  Okay.

4              Your name, sir?

5              MR. ROBERTSON:  Ian Robertson.

6              THE COURT:  All right.  So Mr. Robertson will be

7    reading the answers.  He is not one of those witnesses.  He is

8    not any of those witnesses.  So please try to assess the

9    testimony in the same way as if the witness had been present to

10   testify.  Obviously do not place any significance on the

11   behavior or tone of voice of any person reading the questions

12   or the answers.

13             All right.  Plaintiff may call the next witness,

14   which I understand will be by deposition in lieu of or instead

15   of live testimony.

16             MR. ADAMS:  Plaintiff calls John Laun.  L-A-U-N.

17             THE COURT:  Mary, will you swear in Mr. Robertson to

18   read the deposition testimony accurately, please.

19             (The witness was duly sworn.)

20             THE COURT:  No, he's reading.

21             It's "Do you solemnly swear to read the deposition

22   testimony accurately as stated in the transcript?"

23             Because he is not telling the truth; he has to read

24   accurately.

25             (The reader was duly sworn.)

J. Laun - Deposition Excerpts

1          THE COURT:  We don't do this very often.

2          MR. ROBERTSON:  Ian.  I-A-N.

3          THE COURT:  You may proceed.

4          MR. ADAMS:  Thank you, Your Honor.

5          (The deposition excerpts were read into the record as

6   follows:)

7                        DIRECT EXAMINATION

8   BY MR. ADAMS:

9   Q    Could you please state your full name for the record.

10         MR. ROBERTSON:  I'll need a copy of the transcript,

11  please.

12         THE COURT:  You didn't memorize it?  From the top.

13  BY MR. ADAMS:

14  Q    Could you please state your full name for the record.

15  A    John Leon Laun, IV.

16  Q    And who is your employer?

17  A    ViSalus.

18  Q    How long have you been employed by ViSalus?

19  A    Eleven years.

20  Q    What's your current job title?

21  A    Vice president, marketing.

22  Q    How long have you held that title?

23  A    About two years.

24  Q    What was your prior title?

25  A    Senior director of marketing.

J. Laun - Deposition Excerpts

1    Q    How long did you hold that position?

2    A    About two years.

3    Q    Before you were the senior director of marketing, what was

4    your job?

5    A    Director of communications.

6    Q    How long did you hold that job?

7    A    That would have been the entire time up until that point,

8    so approximately eight years.

9    Q    What's the main way that you sell your products?

10   A    The main way we sell our products is through multilevel

11   marketing.  So that involves promoters who are independent

12   contractors who have enrolled with ViSalus to own their own

13   business who share our products with their network and people

14   buy the products from that individual.

15        We take a small amount of sales direct through our

16   website, but the vast majority is person-to-person network

17   marketing.

18   Q    Do you know how long the average term is for a promoter to

19   sell ViSalus products?

20   A    I don't know exactly.  I think generally five or six

21   months.

22   Q    Do you have an understanding as to how ViSalus -- like

23   what the sign-up process is for promoters?

24   A    Yes.

25   Q    Okay.  Can you describe for me what that process is.

J. Laun - Deposition Excerpts

1  A    Promoters generally enroll online through an online join

2  system where they provide information so that they can become a

3  distributor, sign and agree to terms and conditions, and in

4  many cases purchase a starter kit to begin their promotership.

5  Q    You said that generally people will sign up to become

6  promoters through an online portal.  Is there another mechanism

7  that people use to become promoters?

8  A    You can also fill out a paper application and fax or email

9  it into our corporate office.

10  Q    Okay.

11  A    It's the same information, same steps, same terms and

12  conditions.  It is just a promoter may print that out and have

13  somebody sign it and fill it out in person and then send that

14  to our corporate office.

15  Q    For the record, the document that I've placed in front of

16  the witness, that's Exhibit 15.  Have you seen this document

17  before?

18  A    I'm familiar with the structure and form of this document

19  as one of our promoter applications.  To know letter for letter

20  if this is the exact one I've seen before, I don't know.  But

21  it looks similar to a promoter application that would have been

22  our standard promoter application at one point.

23  Q    And when you said that people might print out and fax in a

24  promoter application, is this an example of one of the promoter

25  applications that somebody might fax in?

J. Laun - Deposition Excerpts

1  A    This looks like one, yes.

2  Q    Okay.  And the information that would be collected through

3  the online portal would be the same information that would be

4  collected on this form, right?

5  A    Yes.  That's the goal.  The form is to replicate -- there

6  are two different ways of getting to the same destination -- of

7  getting the information that we need to set up somebody as a

8  promoter so they can earn commissions so we have their address

9  to send them products.  So we have their user name, things like

10  that.

11        MR. ADAMS:  No further questions of this witness.

12        THE COURT:  So, Mr. Adams, that completes the direct

13  examination portion of John Laun's deposition.  Let me ask

14  defense counsel, do you have any questions to read that reflect

15  answers by Mr. Laun?

16        MR. O'NEAL:  We do, Judge.

17        THE COURT:  All right.  You may proceed.  If you have

18  a copy for me too.  Thank you.

19        MR. O'NEAL:  Ready to go?

20        MR. ROBERTSON:  Yes.

21                    CROSS-EXAMINATION

22  BY MR. O'NEAL:

23  Q    Are customers and prospects, are those synonymous or two

24  different groups?

25  A    Completely different.  So, as a company, we communicate to

J. Laun - Deposition Excerpts

1   our promoters in one way as far as the updates and news we

2   would share with them, because promoters are being instructed

3   how to go recruit people and enroll people and improve their

4   bills.  So you would tell a promoter about a promotion that's

5   going on and how to communicate that to their customers.  Those

6   promoters have personal customers who have already enrolled in

7   the business who are on their team who they communicate to in

8   whichever way they choose.  We, as a company, will sometimes

9   communicate to our active opted-in customers a different set of

10  communication.

11          So, for example, if it is 50 percent off our shake

12  product one week, we would tell our promoters how to go

13  communicate this offer to their customers, their team, or also

14  to their prospects or anybody they are looking to tell about

15  ViSalus, which they would then do either through their social

16  network or face-to-face or however they choose to do it.

17          Then we would tell our opted-in customers, who

18  receive communications from our company about the sale, but not

19  how to go sell the sale.  Then at the prospect level, we have

20  no way to communicate to prospects.  Prospects are the contacts

21  of our promoters and customers, the people they know who aren't

22  part of our network yet.  So we don't communicate to anybody

23  who is not already part of our network.

24  Q    Okay.  But other than that, the structure is essentially

25  the 75 corporate employees and then the 20,000 promoters; is

J. Laun - Deposition Excerpts

1  that right?

2  A    Correct.  Promoters are independent business owners that

3  are not employees of ViSalus in any way.

4  Q    Are you familiar with the term "back office"?

5  A    Yes.

6  Q    What is the back office?

7  A    "Back office" is another term for Bi-Net, which is an

8  online resource for promoters or customers to view information

9  about their personal account.  At a promoter level it has

10  business management tools so they can see information and

11  reports on their team.  At a customer level it is more about

12  tracking orders and placing or modifying orders or something

13  about your account.

14  Q    Do you know if ViSalus maintains any records of the

15  information submitted by a promoter after they submit this

16  form?

17  A    My understanding -- and this is on the IT side of how the

18  back office system communicates with our records -- but my

19  understanding is that, based on selection here, makes a note on

20  that person's account, which tells us the method by which they

21  want to be communicated to, which helps us filter our

22  communications.

23  Q    Okay.  Now, did the marketing team ever provide the

24  support team with prerecorded messages that they would play for

25  outbound calls?

J. Laun - Deposition Excerpts

1  A    I don't know.  I don't know how they would have used

2  prerecorded messages.  We have provided prerecorded messages

3  with a whole blind for people calling in.  I don't know if any

4  of those were ever used for an outbound call or not.

5            MR. O'NEAL:  That's all, Judge.

6            THE COURT:  All right.  Thank you very much.  That

7  concludes the deposition excerpts for the witness John Laun.

8  L-A-U-N.

9            All right.  The plaintiff may call the next witness.

10           MR. ADAMS:  Thank you, Your Honor.  The plaintiff

11  calls Justin Call.

12           THE COURT:  All right.  Members of the jury, again,

13  Mr. Call's deposition, Justin Call -- C-A-L-L -- has previously

14  been taken.  I take it, Mr. Robertson, you will be reading

15  Mr. Call?

16           THE WITNESS:  Yes, Your Honor.

17           THE COURT:  You are still under the same oath to read

18  accurately.

19           You may proceed when ready, Mr. Adams.

20           THE WITNESS:  Your Honor, may I get a copy of the

21  Call transcript too, please?

22           THE COURT:  Yes.

23           (The deposition excerpts were read into the record as

24  follows:)

25

J. Call - Deposition Excerpts

1                      DIRECT EXAMINATION

2    BY MR. ADAMS:

3    Q    Would you please state your full name for the record.

4    A    Justin Call.

5    Q    All right.  Who is your current employer?

6    A    ViSalus.  I'm employed by ViSalus.

7    Q    Okay.  What's your current job title?

8    A    VP of sales and global support.

9    Q    How long have you held that title?

10   A    That title?

11   Q    Yeah.

12   A    I mean, it has essentially been the same title for

13   five-and-a-half years; close to five-and-a-half years.

14   Q    Okay.

15   A    The titles get adjusted here and there, but the nature of

16   VP of support has been the same for the whole time.

17   Q    Have you held any other positions at ViSalus?

18   A    No.

19   Q    All right.  What were your job duties and responsibilities

20   in -- when you started in 2011?

21   A    Primarily it was the call center, and I mean there was a

22   lot -- I don't know how detailed you want me to get, but that

23   was the primary purpose.

24   Q    And that includes inbound and outbound?

25   A    At the time we only had inbound.

J. Call - Deposition Excerpts

1   Q    When was the -- is it called Outreach Support?  Is that

2   the Outbound Call Center?

3   A    That was the terminology that they kind of came up with,

4   yes.

5   Q    So I want to talk about the outreach team -- what's the

6   best term that I should use just to make sure you and I are

7   clear about what I'm referring to?

8   A    "Outreach" is fine.

9           MR. ADAMS:  Mr. Robertson, if you could slow down on

10  the reading.

11  BY MR. ADAMS:

12  Q    Okay.  By "outreach team," I understand that to mean a

13  group within ViSalus that places outbound calls is that --

14  A    Yes.

15  Q    -- accurate?

16  A    Yes.

17  Q    Okay.  So that team was created in 2012 sometime?

18  A    Yes.

19  Q    Can you give an estimate on a month?

20  A    I believe first quarter of 2012, to the best of my

21  remembrance.

22  Q    Understood.  It's five or so years ago?

23  A    Yeah.

24  Q    At its inception what was the purpose of the outreach

25  support team?

J. Call - Deposition Excerpts

1    A    To call declined credit cards; people whose credit cards

2    declined on auto-ship.

3    Q    Okay.  What was the next responsibility that was added to

4    the outreach team?

5    A    We did various campaigns, you know, including -- we did,

6    like, upsell campaigns, people that were on, you know, one kit

7    to -- when we came out with a new kit, we called them to let

8    them know about the new kit.  And then we also would have,

9    like, a WinBack, you know, people that hadn't ordered, to let

10   them know about a special that if they wanted to come back on

11   the challenge.  Those were probably the three main things.

12   Q    The WinBack campaign started in 2013; is that correct?

13   A    I honestly have no idea.  We could have -- as far as --

14   mostly WinBack campaign was not generally an outbound campaign.

15   WinBack existed without any outbound.  It was a marketing

16   email, you know, a social campaign primarily.  That was the --

17   that was how it was created.

18   Q    And you were supervising or maybe one step above

19   supervising the outreach team in 2012, right?

20   A    Yes.  That was the genesis for starting the outreach team,

21   was to have a structured way of calling people whose auto-ships

22   declined.  That was the purpose of creating that.

23   Q    Okay.

24   A    Rather than, you know, people in between calls maybe

25   calling somebody, you know.  It was hit or miss.  The outreach

J. Call - Deposition Excerpts

1    team was created to have a professional structured way to call
2    the people whose cards were declined as a courtesy.
3    Q    Okay.  And to make it systematic so that any time a credit
4    card was declined they would get a call, right?
5    A    Correct.
6    Q    And then at some point the outreach team started also
7    making the same sort of systematic calls to people as part of a
8    WinBack campaign, right?
9    A    That was added as well.  I mean, the core foundation was
10   always the credit card declines based on sheer numbers.  That
11   was by far and away the largest population of work and people.
12   But then we did add, you know, as we've talked about, other
13   campaigns for certain people to call as well.
14   Q    Were you involved in adding those additional campaigns?
15   A    Yes.
16   Q    Were you involved in adding the WinBack campaign?
17   A    Sure.
18   Q    Also the fuel kit upgrade?
19   A    Yes.
20   Q    Okay.
21   A    To the extent of what you're saying "involved" means --
22   from a strategic standpoint, yes.
23   Q    Your role was more at the high-level strategic, saying, we
24   should call people who haven't placed orders in a while, and
25   then somebody would go and pull a list of names that hadn't

J. Call - Deposition Excerpts

1  placed orders within a specified time period, right?

2  A    So we -- as I mentioned earlier, the WinBack campaign was

3  a -- was a promotion, so to speak, irregardless of any outbound

4  calling we did.  It was more of a marketing campaign to get

5  people.  But because we had this outbound function, we said,

6  you know what, that's -- that would be a great tool and great

7  courtesy to let people know that we have a 50 percent discount

8  if they want to come back on the challenge.

9  Q    Okay.

10  A    So it was an added component to an already existing

11  WinBack campaign that we had done for a long time, if that

12  makes sense.

13  Q    Okay.  Do you know what a Progressive Outreach Manager is?

14  A    Yes.

15  Q    Okay.  What is it?

16  A    I've never heard it called that exactly but --

17  Q    Have you heard it referred to as POM or P-O-M?

18  A    Yes.

19  Q    Okay.  So if I use that term, POM, P-O-M, you have an

20  understanding about what I'm referring to, correct?

21  A    I do.

22  Q    And what's your understanding?

23  A    It is -- it's a dialer.

24  Q    Okay.  And that's a functionality within the Avaya system,

25  correct?

J. Call - Deposition Excerpts

1   A    No.  It's an addition.

2   Q    Okay.  So when you say "dialer," what do you mean by that?

3   A    It means instead of you having to push the buttons

4   yourself, it can dial it for you.

5   Q    Okay.  And when did ViSalus begin to use POM?

6   A    Boy, it took forever to get going.  I think it was

7   probably -- I just don't really -- it was probably '14, I would

8   think; maybe '13.  It took -- I'm thinking it took -- might

9   have been beginning of '14 by the time it actually got going,

10  but I don't honestly recall if the -- yeah.

11  Q    Okay.  What was the purpose of using POM?

12  A    So you didn't have to dial the phone manually.

13  Q    Okay.  Do you know when ViSalus stopped using POM?

14  A    Just probably around the coincide of the time that we

15  stopped doing the outreach.

16  Q    Okay.

17  A    So somewhere end of whatever we decided -- end of '15.  We

18  may have even stopped using that beforehand.

19  Q    Okay.  What sort of campaigns did ViSalus use POM for?

20  A    Same campaigns we already discussed.

21  Q    That would be the WinBack campaign, fuel kit upgrade,

22  cancel credit cards?

23  A    And declined credit cards.

24  Q    Okay.  Then in terms of the creation of these lists, and I

25  understand that you might not have been involved at the very

J. Call - Deposition Excerpts

1    granular level, those phone numbers and the names of the people

2    to be contacted, that would have been pulled from a ViSalus

3    database?

4    A     Yes.

5    Q     What were the main campaigns where ViSalus would have

6    manually dialed numbers?

7    A     Once we had POM, I'm not aware of -- I mean of a campaign

8    that would manually dial?  It would be -- that's the point of

9    having it, so you don't have to manually dial.

10   Q     Okay.  What about circumstances after you've had POM where

11   you would have manually dialed numbers?

12   A     I mean, there is a number -- tons of different ways.

13   You're calling somebody back that had an issue.  You're -- I

14   mean, you know, you got an email, and somebody asked you to

15   call them.  I mean, on my cell, I used 5- to 6,000 minutes on

16   my cell phone every single month with ViSalus because somebody

17   needs to talk to you about -- or, you know, you're going to an

18   event.  There are countless ways that you are calling somebody

19   on a phone manually.

20   Q     But those would be more one-off situations rather than --

21   or in contrast to the larger scale of campaigns that we've

22   discussed?

23   A     Once we had POM, I'm not aware of any organized campaign

24   that would be done manually, to my recollection.

25   Q     Because for -- if you're going to be calling a lot of

J. Call - Deposition Excerpts

1  people, it is way more efficient --

2  A      Exactly.

3  Q      -- to use POM?

4          Let's talk about prerecorded messages.  Do you

5  understand what I mean by "prerecorded message"?

6  A    A message that was recorded previously.

7  Q    And then was sent to somebody over a telephone.  That

8  would be the specific context --

9  A    Okay.

10 Q    -- that I'm looking at here.

11         Are you aware of whether ViSalus ever used

12 prerecorded messages as part of its campaigns?

13 A    I am aware, yes.

14 Q    Okay.  When did ViSalus begin using prerecorded messages?

15 A    I have no idea.  Yeah, I have no idea.  I mean, it would

16 have been during the time we had POM that we were using POM.

17 Q    Okay.

18 A    When I say that, not at the beginning of using POM.  I'm

19 saying it would have been within the -- it was in association

20 with POM for the most part that I'm aware of.

21 Q    Because it wouldn't make sense to manually dial and --

22 A    And play, you know, prerecorded messages, yeah.

23 Q    Okay.  And any WinBack campaign that was conducted after

24 POM became operational would have been run through POM, right?

25 A    To -- that's -- logically that's what I would assume, yes.

J. Call - Deposition Excerpts

1   Q    I've handed you a document that's marked as Exhibit 58.

2   Do you know what this document shows?

3   A    It appears to be a list of .wav files.

4   Q    Do you recognize the name of any of these .wav files?

5   A    I recognize some of the names contained within the file

6   names, yes.

7            MR. ADAMS:  Your Honor, at this time we would offer

8   Exhibit 58.

9            THE COURT:  We previously discussed that as well.

10  Any additional comments from defendant?

11           MR. O'NEAL:  No.  Just renew the objection.

12           THE COURT:  All right.  Then the objection is

13  overruled.  58 is received in evidence.

14  BY MR. ADAMS:

15  Q    Okay.  What do you mean by that?

16  A    What I mean is Nick Sarnicola.  I recognize that name and

17  others:  Rachel Jackson, Kevin Merriweather and certain

18  employees.  Some I don't recognize.

19  Q    Okay.  Do you have any understanding about what these .wav

20  files would be?

21  A    I mean, based on the names, I can come to an educated

22  conclusion, but I don't know of a certainty of what they all

23  are, but it looks like they're -- a .wav file is an audio file.

24  And based on the descriptions, I can make a guess on what they

25  are .wav files of.

J. Call - Deposition Excerpts

1  Q    These look to be audio recordings of messages of a WinBack

2  campaign.  Some of them are, though, right?

3  A    Some appear that potentially they are.

4  Q    Okay.  So when a campaign was started and people were

5  receiving calls, say a WinBack campaign, do you have an

6  understanding as to what the first thing that the call

7  recipient would hear would be?

8  A    I don't.

9  Q    Okay.  Do you know what a Press 1 campaign is?

10  A    Yes.

11  Q    What is a Press 1 campaign?

12  A    It's -- you press 1 to be connected to a live person now.

13  Q    Is that typically how WinBack campaigns were done?

14  A    There was no typical -- you know, just tried to find the

15  best -- best way to reach people.  Phone is a tough -- is not

16  what it once was to contact people.  So you just look for ways,

17  you know, to reach people.

18  Q    When did ViSalus operate Press 1 campaigns?

19  A    I -- I mean, during that time period with the -- sometime

20  in that small time period with POM.

21  Q    Are you familiar with the disposition codes that were used

22  for various calls placed by the outreach team?

23  A    I'm familiar with the term "disposition codes."

24  Q    Okay.  Do you -- have you ever seen a list of the various

25  disposition codes?

J. Call - Deposition Excerpts

1    A    Specifically to ViSalus?

2    Q    Correct.

3    A    I would assume I have, but I don't recollect a specific

4    time looking at them.

5    Q    What's the point -- what's the purpose of having

6    dispositions or disposition codes when you're placing an

7    outbound call campaign?

8    A    To characterize the outcome of that call.

9    Q    I want to show you a document and the file name is

10   April2015_WinBackP20.  I guess, first off, do you have any

11   understanding about what that file name refers to?

12   A    WinBack in April.

13            MR. ADAMS:  Your Honor, I would like to offer and

14   publish Exhibit 38-15.

15            THE COURT:  38-15.  One moment.  All right.  We have

16   discussed that previously.

17            Any additional comments from the defendant?

18   Objection preserved.

19            MR. O'NEAL:  Just to renew the objection, Judge.

20            THE COURT:  All right.  Thank you.  Overruled.

21            38-15 is received in evidence, and you may show the

22   jury.

23            MR. ADAMS:  Thank you, Your Honor.

24   BY MR. ADAMS:

25   Q    Okay.  And the "P20" portion of the name?

J. Call - Deposition Excerpts

1  A    I don't know.

2  Q    Okay.  So here is the document, and this is a spreadsheet.

3  Can you see that all right?

4  A    Uh-huh.

5  Q    So the first column says "ID," and that would refer to the

6  customer or promoter ID?

7  A    I don't know.  It is a little bit different format, and so

8  I don't know if that's the case or not.  It could be a call --

9  some sort of a call ID based on looking at -- there's

10  dispositions attached to it.

11  Q    And when you say "there's disposition attached to it,"

12  that's the column entitled "Reason"?

13  A    I'm making an assumption.

14  Q    Okay.  These look like dispositions that ViSalus would use

15  for dispositioning a call, right?

16  A    Yeah.  They look like dispositions that a call center

17  would use.

18  Q    Is -- the first one here says "answering machine."  That's

19  a disposition code that is pretty intuitive, right?  That would

20  be if the call goes to an answering machine?

21  A    Correct.

22  Q    And then there is no answer in the second disposition,

23  which I would also understand would be pretty intuitive, right?

24  A    Yes.

25  Q    So based on this, it looks like there are records saved by

J. Call - Deposition Excerpts

1  month and year and campaign type here.  April 2015, a WinBack

2  campaign, and the spreadsheet then would indicate the results

3  of calls by disposition, right?

4  A    I mean, that appears -- at least at a point in time this

5  was pulled -- the result of a series of calls is what this

6  appears to me to be.

7  Q    What is "disconnected by user"?  That's a disposition here

8  in column D, row 20 of this file.  What does that refer to?

9  A    I don't know.  I could guess, but I don't really -- it

10  doesn't really make sense, so I don't know.

11  Q    For example, "Rachel WinBack" that would appear to be --

12  A    Correct.

13  Q    -- part of a WinBack campaign?

14  A    When it says "WinBack," that would appear to be, yes.

15  Q    Same for the last two:  WinBack_Voice_Case_With_Neon.

16  WinBack_Customer_Promoter_Lucero_recorded?

17  A    I would guess the ones that say "WinBack" or for that

18  purpose, yes.

19        MR. ADAMS:  No further questions at this time,

20  Your Honor.

21        THE COURT:  All right.  Does the defendant have

22  questions that they have asked Mr. Justin Call?

23        MR. O'NEAL:  Yes, Your Honor.

24        THE COURT:  Very good.  You may proceed.

25

J. Call - Deposition Excerpts

1                       CROSS-EXAMINATION

2   BY MR. O'NEAL:

3   Q    And the outreach team was terminated in January of 2016?

4   A    If that's the information that you have.  I don't recall

5   exactly.

6   Q    Okay.  Was it --

7   A    I have no reason to dispute if you got that information.

8   I don't recall exactly.

9   Q    Does that sound approximately right to you?

10  A    Yeah.  It sounds -- yeah, it sounds right.

11  Q    Okay.

12  A    If I were to guess, I would have thought it was before

13  then, like the end of 2015.

14  Q    And the other campaigns that the outreach team was placing

15  calls in relation to would have been for declined credit cards?

16  A    That's the primary function.

17  Q    And you were supervising or maybe one step above

18  supervising the outreach team in 2012, right?

19  A    Yes.  That was the genesis for starting the outreach team,

20  was to have a structured way of calling people whose auto-ships

21  declined.  That was the purpose of creating that --

22  Q    Okay.

23  A    -- rather than, you know, people in between calls maybe

24  calling somebody.  You know, it was hit or miss.  The outreach

25  team was created to have a professional structured way to call

J. Call - Deposition Excerpts

1   the people whose cards were declined as a courtesy.

2   Q    Okay.  And to make it systematic so that any time a credit

3   card was declined they would get a call, right?

4   A    Correct.

5   Q    Okay.  How would you figure out what the date range is for

6   a Press 1 campaign?

7   A    I would ask one of the technical people that would

8   probably tell you the first time that went live.  It was a very

9   short time.  It took a long time to get the technology to work.

10  Q    So I understand that the timeline is generally something

11  as follows:  You started working at ViSalus 2011, 2012.  They

12  started the outreach team --

13  A    Uh-huh.

14  Q    -- 2013, 2014.  You started using POM; is that right?

15  A    Yeah, somewhere in that range.  I don't recall the POM

16  dates exactly, but October 2012 we started -- got the Avaya for

17  inbound and then, you know, some --

18  Q    Do you know when or what telephone system ViSalus and the

19  outreach team were using starting in 2012?

20  A    Just the -- we just dialed on the phones manually at the

21  inception of it.

22  Q    Starting in 2012 do you know what the device is that were

23  used by the outreach team for placing calls?

24  A    Telephones.  It was just -- it was just a regular

25  telephone.

J. Call - Deposition Excerpts

1    Q    Okay.  Do you know if that was part of Avaya telephone

2    system that I understand you were using up until recently?

3    A    We -- so when we started, we didn't have the Avaya system.

4    So we just had -- it was a ShoreTel manual dialed phone.  You

5    just picked it up and dialed when the outreach team first

6    started.

7    Q    When did the Avaya system -- strike that.  When did

8    ViSalus begin to use an Avaya system?

9    A    In October of 2012.

10   Q    Are the devices that you began using in October of 2012,

11   are they Avaya devices?

12   A    Yes.

13   Q    Okay.  And then so I guess walk me through the changes to

14   how the outreach team placed calls between October 2012 and

15   when it ended.  What was -- what was -- what was the next

16   change after you acquired the Avaya devices in October of 2012?

17   Do you understand?

18   A    Not really the way you're asking.  I think it has been

19   established the devices were phones that were, to the best of

20   my knowledge, manufactured by Avaya instead of Avaya on the

21   phones.

22   Q    Okay.

23   A    It was an Avaya phone system and Avaya devices.

24   Q    So you would be able to look at a record of a specific

25   call and figure out from the disposition code whether the

J. Call - Deposition Excerpts

1  number was busy or, generally, from that disposition, figure

2  out the outcome?

3  A    To the extent that the employee dispositioned it

4  correctly.

5  Q    Yeah.  Subject to human error?

6  A    Correct.

7  Q    The record of the call would reflect its outcome via its

8  disposition code?

9  A    In theory that's the idea of a disposition, yes.

10  Q    Okay.  And the difference between the theory of it and the

11  practice of it is that sometimes humans make mistakes; is that

12  right?

13  A    To the best of my knowledge, yes.  Humans make mistakes

14  absolutely, and humans cheat and do it wrong and mislead and

15  all those other things in a call center.  You know what I mean?

16  Somebody could -- like I said, they don't want to say that they

17  got a "no," and so they'd put it as "busy" every time.

18  Q    But more likely than not the disposition code would be

19  correct?

20  A    That's a hard question to answer, but over time

21  statistically the dispositions are going to tell you if there

22  may be a problem from a performance standpoint over time,

23  because you are going to be able to look and compare, you know,

24  over all the other employees.  Like the example I gave you, if

25  Johnny has 22 percent busies, everybody else has 2 percent,

J. Call - Deposition Excerpts

1    there may be a problem with Johnny in how he is dispositioning

2    calls.

3    Q    Okay.  But if you were to look at a list of disposition

4    codes, would you expect most of them to be right?

5    A    What I'm saying, if I looked at it, if I looked at a

6    summary of dispositions, I would be able to statistically tell

7    if an individual is, or if there may be an issue or something.

8    It's a performance metric.  It is a way to look and see if

9    something is outside the norm.

10   Q    Okay.  It is useful definitely for looking at individual

11   performance.  I get that.  Isn't it also useful for looking at

12   the campaign performance?

13   A    Sure.  I mean if -- from campaign to campaign, it's a way

14   to establish a track -- a track record of a campaign.  You

15   know -- so, I mean -- but it is a -- meaningless in and of

16   itself, because if you got 50 percent of the numbers are busy

17   on a campaign, you may think that's weird.  But maybe that's

18   the reality of that particular campaign.  If you do another

19   campaign, and there's only 1 percent busy, then you might go,

20   that's strange.  It is just a means to say -- to look further

21   into something so -- just like any profession.

22   Q    Okay.  So I want to put this document next to an earlier

23   exhibit that I showed you with the audio filings.  Do you

24   recall that?

25   A    That would be Exhibit 3?

J. Call - Deposition Excerpts

1  Q    Yes.  Looking at this, is there any way you can figure out
2  whether any of these audio files are connected with any of the
3  spreadsheets in Exhibit 5?
4  A    No.
5  Q    Okay.  But you were never involved in the creation of
6  spreadsheets for purposes of the WinBack campaign, right?
7  A    No.  I didn't create spreadsheets to put on the dialer
8  for -- to put on POM for the WinBack campaign.  I have been the
9  recipient of spreadsheets to send out to leaders so they could
10 go after their own win-backs, which is what this looks like to
11 me, based on the title.  So, you know, somebody gives me,
12 "Here's Patricia Robins' eligible list of WinBack."  I would
13 email that to Patricia and say, "Hey, Patricia.  Here is all of
14 your people eligible for the WinBack," and then she knows who
15 they are.
16 Q    Well, I mean based on the --
17          MR. ADAMS:  Your Honor, I just noticed.  I got this
18 today.  This starts with an answer.  There is no question with
19 this.
20          THE COURT:  Let me ask, Mr. O'Neal, can you tell us
21 what the question is?
22          MR. O'NEAL:  Let me grab the deposition.
23          THE COURT:  Why don't you first show Mr. Adams the
24 question and see if there is any objection to reading the
25 question from either side.

J. Call - Deposition Excerpts

1        MR. O'NEAL:  Sure.  May I approach the witness,

2   Your Honor?

3        THE COURT:  You may.

4        Mr. Adams, any objection from plaintiff to reading

5   the question?

6        Mr. Adams?

7        MR. ADAMS:  No objection.  I'm sorry, Your Honor.

8        THE COURT:  Mr. O'Neal, any objection from defendant

9   to reading the question?

10        MR. O'NEAL:  No.

11        THE COURT:  All right.  You may proceed.

12   BY MR. O'NEAL:

13   Q    Okay.  And some of these .wav files identify individual

14   promoters, right, like Rachel Jackson, correct?

15   A    Most of them do.

16   Q    Okay.  And some of them even identify dates or years,

17   correct?

18   A    Yes.

19   Q    So it would be reasonable to assume that a WinBack

20   campaign conducted in a certain time frame, if there is a -- by

21   a certain promoter -- say, if Rachel Jackson was doing a

22   WinBack campaign in April of 2015, and there was a recording of

23   Rachel Jackson from April of 2015, that that recording would

24   have been used in connection with that spreadsheet?

25   A    That's drawing a lot of conclusions.  I don't see anything

J. Call - Deposition Excerpts

1  that specific, so I don't know how to answer that.

2  Q    George Berry (phonetic) would be the best person to ask?

3  A    Well, I mean, based on the file names, I don't see

4  anything that specific to that, you know, that says like 2015.

5  So the file -- I mean, the .wav file is a recording.  So you

6  can assume that that was used to -- on a call.  But these other

7  files, I mean, these types of files, there is no -- we have --

8  these kinds of files exist always, you know.  I mean, they have

9  nothing to do with phone calls.  So they call, you know -- you

10 could upload them to that.  These files exist even if no phones

11 existed.

12 Q    So when you say "these files exist," you are talking about

13 the spreadsheets, right?

14 A    Sorry.  Exhibit 5?

15 Q    So those would be the spreadsheets?

16 A    Correct.

17 Q    Exist independently of whether calls were --

18 A    Correct.

19 Q    -- placed or not?

20      THE COURT:  All right.  So does that take care of the

21 deposition excerpts of the deposition of Mr. Justin Call?

22      MR. ADAMS:  Yes, Your Honor.

23      THE COURT:  All right.  Thank you.

24      Do you have another deposition coming up?

25      MR. DOVEL:  Yes, Your Honor.  Before that we want to

1  offer in evidence Exhibit 37, the Gidley declaration.

2         THE COURT:  All right.  We have talked about that

3  previously.

4         Anything further from defendants I should consider?

5         MR. O'NEAL:  Renew the objections, Judge.

6         THE COURT:  All right.  The objection is overruled,

7  and I receive in evidence Exhibit 37.

8         MR. DOVEL:  We want to offer in evidence the rest of

9  Exhibit 38.  The last witness we did 38-15.  So we want to also

10  include 38-1 through 38-14 and 38-16 through 38-405.

11         THE COURT:  38-1 through 14 and 38-1 through 405.  I

12  think we need to discuss this.

13         So let's take a 15-minute break, members of the jury.

14         THE COURT:  Mr. Robertson, you are welcome to step

15  down if you wish.

16         (Open court; jury not present:)

17         THE COURT:  All right.  Why do you want to offer 404

18  exhibits?  Let me say this in preface:  If it is to lay a

19  foundation for the summary of 36, I just think that the summary

20  rule of 1006 requires that the documents be admissible.  They

21  don't have to be admitted.  I'm already satisfied, overruling

22  defendant's objection, that 38-1 through 38-405 are admissible.

23  So I think that satisfies at least that prong of the Rule 1006

24  summary exhibit requirement.

25         I am really worried and skeptical about giving 405 of

```
1   these electronic files that contain millions and millions of

2   lines of data to a jury that they won't know what to do with.

3   I don't want to have them spend the next two or three weeks

4   during deliberations looking through all of this.

5           So why do you want 405 of these electronic files

6   received in evidence?  And if it was really just to make sure

7   that you have got an adequate foundation for your summary

8   exhibit, I find that you do.  They don't need to be received in

9   evidence.

10          MR. DOVEL:  Yes, Your Honor.  Two comments:  One is

11  there are specific spreadsheets and lines that we are going to

12  tie together in closing argument, and so we need those to tie

13  together.

14          THE COURT:  How many different exhibits are those?

15          MR. DOVEL:  I don't know.  It is probably on the

16  order of -- I just don't know.  Maybe 50.

17          THE COURT:  50?

18          MR. DOVEL:  Yes, Your Honor.

19          In addition, with respect to the concern about the

20  jury, I've had probably half a dozen cases where we have

21  submitted laptops with spreadsheets on them, and the jurors

22  don't even get involved with them.  It is not a paper document.

23  They really don't turn to it.  I don't anticipate Your Honor's

24  problem.

25          THE COURT:  What is defendant's position?
```

1           MR. O'NEAL:  I think you are right, Judge.  It is

2   cumulative.  It is going to confuse the jury.  That was the

3   purpose of using the summary.

4           THE COURT:  Let me ask, Mr. Dovel, this question:  If

5   you're right, and it doesn't confuse the jury in deliberations,

6   then, fine.  No harm; no foul.  If we were, however, to get a

7   question during jury deliberations, "Are we expected to review

8   all of the Exhibits 38-1 through 405 and look add up the

9   numbers and look at these numbers ourselves," can you commit to

10  me now that plaintiff's position is I can tell the jury, "No,

11  you don't need to do that.  That is not part of your

12  responsibility"?

13          MR. DOVEL:  Here is what I can commit to, Your Honor:

14  If 36A and B are in as summaries, then I'm confident that I can

15  give that commitment.  But I don't know where we are going to

16  wind up in the trial.  We may need these as our primary

17  evidence.

18          THE COURT:  But we can't have the jury manually

19  adding up millions of lines of text.  They will be here for

20  weeks.  We can't have that.

21          MR. DOVEL:  I understand, Your Honor.  That's not

22  ideal.  We think we could cover it with the summaries.  But

23  again, there are certain things we would like to show the jury

24  in closing argument to tie things together.  For example, we

25  want to tie together the proof that shows that Ms. Wakefield

1   got prerecorded messages using ViSalus's own exhibit.

2           THE COURT:  How do you need 50?

3           MR. DOVEL:  We don't need it for that.  That's going

4   to require something like seven documents.  But we have got

5   some other things that we would like to do with those.

6           THE COURT:  Federal court is not the place for trial

7   by ambush.  Some state courts are, but not federal court.

8           MR. DOVEL:  I understand, Your Honor.

9           THE COURT:  How long do you anticipate your closing

10  argument will be?

11          MR. DOVEL:  Mr. Franzini is going to do the

12  initial --

13          MR. FRANZINI:  Less than an hour, Your Honor.

14          THE COURT:  Okay.  Here is what I'm going to do:  I

15  will limit your closing argument to one hour, because I'm not

16  going to let you spend hours and hours and hours on these

17  exhibits.  So closing argument -- not the rebuttal -- closing

18  argument will be limited to one hour.  I'll just tell you now,

19  even if I'm not going to get your commitment, if the jury asks

20  during deliberations that they have to review all 405 of these

21  electronic spreadsheets or do the counting or tabulations

22  themselves from these documents, I'm going to tell them no,

23  even if it is over your objection.  Based upon that

24  announcement and telling you what I would be ruling, I will

25  receive in evidence over defendant's objection Exhibits 38 --

1   all of 38, which is 1 through 405.

2           MR. DOVEL:  Your Honor, we also offer into evidence

3   Exhibits 39 and 40, which are two additional contact lists.

4           THE COURT:  I don't recall those.

5           MR. DOVEL:  39 is an electronic document, a

6   spreadsheet.

7           THE COURT:  How many lines on that?

8           MR. DOVEL:  It is same sort of format; same sort of

9   documents as 38, electronic contact lists.

10          THE COURT:  What's the difference between 39 and 38?

11          MR. DOVEL:  38 has certain contact lists that were

12  identified by Mr. Gidley.  39 and 40 are two additional contact

13  lists that were used with POM for WinBack that other documents

14  identify.  These were produced by ViSalus in their business

15  records.

16          THE COURT:  What's ViSalus's position on 39 and 40?

17          It appears -- I'll accept plaintiff counsel's

18  representation that they were produced by defendant from

19  defendant's records and appear to satisfy the business records

20  exception.  Any other objections from defendant?

21          MR. O'NEAL:  No, Judge.  But I will tell you I'm

22  confused, because as I understood counsel to be saying that he

23  was going to point to spreadsheets which have the plaintiff's

24  name in them or her husband's name, and that's Exhibits 39 to

25  40.  I think there is only one other one in the 50 or so that

1   he just wanted to move in in which the name is there.  So I'm

2   not quite following where we are going.

3         THE COURT:  I think it sounds to me like he is

4   basically trying to do a little bit of trial by ambush and put

5   in 405 exhibits that will have millions of lines of text and

6   not going to tell you what its relevance is until closing

7   argument.  That's what I'm hearing.

8         MR. O'NEAL:  Well, Judge, that sounds terribly unfair

9   and prejudicial, and I would object to it.

10        THE COURT:  I want to talk now about 39 and 40.

11        Any specific objections?

12        MR. O'NEAL:  Just the same ones, Judge.

13        THE COURT:  I'm going to allow 39 and 40.

14        MR. DOVEL:  Your Honor, at this time we want to offer

15   Exhibit 44.  It is a set of WinBack scripts that were produced

16   by ViSalus in ViSalus's business records.

17        THE COURT:  Any objection to 44?

18        MR. O'NEAL:  Same objection as before.

19        THE COURT:  Remind me what that is.  These are

20   business records from defendant, right?

21        MR. DOVEL:  Yes, Your Honor.

22        THE COURT:  What's the basis of the objection,

23   Mr. O'Neal?

24        MR. O'NEAL:  Relevance and foundation, Judge.

25        THE COURT:  All right.  These are WinBack campaigns.

```
 1   Are they not from the relevant time period?

 2             MR. O'NEAL:  Well, Judge, they don't have a pertinent

 3   time period on them, and that's the issue.  The plaintiff never

 4   obtained any testimony showing when they were used, how they

 5   were used, or when they were used.

 6             THE COURT:  Plaintiff's response.

 7             MR. DOVEL:  The specific relevance is that there is

 8   an example of a Press 1 WinBack script in here, which is on

 9   page 4.  So we know that Press 1 is in the relevant time

10   period, and it is a WinBack script.  It's obviously very

11   relevant.

12             THE COURT:  All right.  In light of Ms. Wakefield's

13   testimony, I'll allow 44.  44 is received as well.

14             Anything else?

15             MR. DOVEL:  Nothing at this time.

16             THE COURT:  We will bring the jury back in about five

17   minutes.

18             (Recess.)

19             (Open court; jury not present:)

20             THE COURT:  So I do have the full script for

21   Mr. Gidley, right, what you handed up?

22             MR. DOVEL:  That is for plaintiff's.

23             THE COURT:  Right.

24             MR. O'NEAL:  Judge, we have got an objection here.

25   Mr. Foster has --
```

1            THE COURT:  Mary, one moment.  The defense is raising

2    an objection.

3            MR. O'NEAL:  This happened on the last reading.  But

4    when we look at the script that we were provided, it makes a

5    note and says, okay, the witness is talking about this exhibit,

6    which is Plaintiff's 56.  But the exhibit was never marked as

7    part of the deposition.

8            So they are reading things, purporting them to be

9    exhibits to the depo., when, in fact, they are not.  What

10   appears is going to happen is they are now going to play audio

11   clips and use other documents that they haven't ever marked.

12           THE COURT:  Turn to page 28 of Scott Gidley.

13           MR. O'NEAL:  28, yes.

14           THE COURT:  It is on page 13.  28 of the transcript;

15   13 of what we were given.

16           You see where the question is -- if we could mark

17   that one as bracket P34-A?

18           MR. O'NEAL:  Yes.

19           THE COURT:  I am assuming, and somebody tell me that

20   my assumption is incorrect, that was actually marked as a

21   deposition exhibit in Gidley's deposition -- maybe not as 34A.

22   But what the document that has now been marked as 34A is that

23   same document.  Is my assumption incorrect?

24           MR. O'NEAL:  I think it is, Judge.

25           MR. DOVEL:  You're right, Your Honor.

```
 1              THE COURT:  Wait a minute.  Mr. Dovel is saying that
 2    my assumption is correct; Mr. O'Neal is saying that it is not.
 3    Now, let's go figure it out.  Let's take a look at the original
 4    deposition of Gidley and the original deposition of Gidley.
 5    Let's go to page 28.  I do not understand how the parties can
 6    disagree on this point.  One side is right; one side is wrong.
 7              Let's take a look at Gidley, page 28.  Now 28, it
 8    looks like line 11 or line 10, Mr. Lawson is saying,
 9    "All right.  Jodi, if we could, there's a document.  It is a
10    large document.  It says, 'Using Proactive Outreach Manager' on
11    the front of it.  If we could mark that one as Gidley 19."
12    Then line 11 says, "Exhibit 19 is marked."
13              Now, if Exhibit 19 is the same as 34A, then Mr. Dovel
14    is correct, and we do not have a problem.  If Exhibit 19 is not
15    the same as 34A, we have a really big problem.
16              So, Mr. O'Neal, is 19 the same as 34A?
17              MR. O'NEAL:  Well, Judge, we are trying to pull it
18    back and read it back.  But what caught my attention, and I
19    can't answer your question specifically about this exhibit.
20    But when we were getting ready to have Gidley read in, which is
21    what they are about to do, within that deposition, for example,
22    they will say something like, "I'm going to read you or play
23    you this file," and they never mark the file as an exhibit.
24              THE COURT:  Then that can't be played.
25              MR. DOVEL:  Your Honor, the transcript contains the
```

1   full audio of the file.

2           THE COURT:  Give me an example.  I have got the

3   transcript in front of me.  Give me a page number.

4           Mr. O'Neal, can you give me an example of the Gidley

5   excerpts where you see this?

6           MR. DOVEL:  If you turn to page 6, you'll see the

7   audio clip is transcribed.

8           THE COURT:  All right.  Give me one moment.  That's

9   referring to page 176 of the Gidley deposition, right?

10          MR. DOVEL:  Then at the end it gives the name of the

11  file as well.

12          THE COURT:  All right.  I'm looking at the Gidley

13  deposition, page 176.  This document can be found at ECF 265-2.

14  I'm looking at page 176.  It says, "All right.  I want to play

15  a couple of clips for you."  Then the audio clip is

16  transcribed.

17          All right.  I see that transcription.  Now, you were

18  saying, Mr. Dovel -- how do we link that to make sure that that

19  is Plaintiff's Exhibit 43-24?

20          MR. DOVEL:  Because when we listen to 43-24, it is

21  the exact same transcript.  In addition, 43-24 is a file name,

22  and that file name is also on the deposition record on page

23  178.

24          THE COURT:  What line on 178?

25          MR. DOVEL:  Line 2.

1              THE COURT:  Got it.  Okay.  So are there any of these

2    instances, Mr. O'Neal, where the exhibit was not marked, an

3    audio was played, and you're telling me that the audio clip

4    that was transcribed does not match up with the exhibit that

5    Mr. Dovel wants to play?

6              Mr. Foster.

7              MR. FOSTER:  Well, Your Honor, we are certainly

8    looking for that right now.  What caught our eye was in the

9    Justin Call deposition; specifically the Justin Call

10   PowerPoint.

11             THE COURT:  I'll follow along with Mr. Gidley, the

12   transcript, and make sure it is right.  If you conclude that

13   there was something inappropriately played with Justin Call,

14   call it to my attention, and I may very well strike it from the

15   record and instruct the jury to disregard, but only if it

16   doesn't fit within these parameters of either being a marked

17   deposition exhibit that correlates to the exhibit being offered

18   or where it's an audio clip where we have the transcript in the

19   record if it doesn't match up.

20             MR. FOSTER:  Very well.  Thank you, Your Honor.

21             THE COURT:  All right.  Let's bring in the jury.

22             (Open court; jury present:)

23             THE COURT:  Welcome back, members of the jury.  I

24   understand, Mr. Dovel, that there is another deposition set of

25   excerpts that you wish to have read.  This is from the

S. Gidley - Deposition Excerpts

1  deposition of Scott Gidley; is that correct?

2          MR. DOVEL:  That's correct.

3          THE COURT:  Mr. Robertson, you are still under oath

4  to read correctly.

5          THE WITNESS:  Yes, Your Honor.

6          THE COURT:  You may proceed, Mr. Dovel.

7          (The deposition excerpts were read into the record as

8  follows:)

9                       DIRECT EXAMINATION

10 BY MR. DOVEL:

11 Q    Could you please state your full name for the record?

12 A    Scott, S-C-O-T-T; Alan, A-L-A-N; Gidley, G, as in George,

13 I-D, as in David, L-E-Y.

14 Q    Who is your current employer?

15 A    ViSalus.

16 Q    How long have you worked for ViSalus?

17 A    Since August of 2011.

18 Q    What is your current job title?

19 A    Compliance analyst and fraud investigator.

20 Q    What are your job duties and responsibilities?

21 A    I investigate credit card fraud, essentially loss

22 prevention for the company.  As a compliance analyst, I

23 investigate alleged violations of our policies and procedures

24 and enforce the policies and procedures, as necessary.  This is

25 on behalf of our promoters, not our employees.

S. Gidley - Deposition Excerpts

1   Q    And you understand that you are testifying on behalf of

2   ViSalus?

3   A    Yes.

4   Q    How do promoters come to be engaged with ViSalus?

5   A    It is a network marketing company, so they would have

6   their friends, family members, introduce them to the products,

7   discuss being a customer, potentially having a side business,

8   becoming a promoter.

9   Q    So ViSalus promoters then recruit other promoters?

10  A    And customers, yes.

11  Q    When promoters sell ViSalus products, the promoter gets a

12  commission based on what's sold and ViSalus also makes money

13  off of the sale of that product, right?

14  A    Yes.

15  Q    That's how multilevel marketing works?

16  A    That's how many businesses work.

17  Q    All right.  I'm going to show you a document, which was

18  previously marked as Exhibit 15.  Have you ever seen this

19  document before?

20  A    Yes.

21  Q    Do you know what it is?

22  A    Yes.

23  Q    What is it?

24  A    An independent promoter application from 2011.

25  Q    Someone interested in becoming a ViSalus promoter would

S. Gidley - Deposition Excerpts

1  have filled out a form like this; is that right?

2  A    Or something similar in the online enrollment process.

3  Q    And that's true of the sign-up process to become a

4  promoter between 2011 and the present, right?

5  A    Correct.

6  Q    So regardless of the time period of the information

7  contained in this form, the substance of it would have been

8  uploaded to Exigo; is that right?

9  A    Yes.

10  Q    Where do records of individuals who apply online, where

11  are those maintained?

12  A    When someone enrolls online, then their information is put

13  into the Exigo system.  Exigo is a database.  It is an online

14  database.

15  Q    It is a live database, right?

16  A    Yes.

17  Q    The information that the customer submits would be the

18  same?

19  A    Essentially.  Well, we don't require their Social Security

20  number.

21  Q    As it relates to providing a telephone number, the

22  language would be the same?

23  A    Essentially, yes.

24  Q    All right.  In the spring of 2015 how many call center

25  agents were employed by ViSalus?

S. Gidley - Deposition Excerpts

1    A    Maybe 50.

2    Q    What were the job duties and responsibilities of call

3    center agents in spring of 2015?

4    A    To answer incoming phone calls, emails, and web chats.

5    Q    Anything else?

6    A    Not for the call center agents.

7    Q    Call center agents did not place outgoing calls in the

8    spring of 2015?

9    A    No.

10   Q    Did anyone place outgoing calls?

11   A    Yes.

12   Q    Who placed outgoing calls?

13   A    That would be our outreach/outbound team.  I believe it

14   was outreach support.

15   Q    How many individuals worked in outreach support in spring

16   2015?

17   A    Less than ten.

18   Q    All right.  What were the job duties and responsibilities

19   of outbound agents in spring of 2015?

20   A    The outbound agents are -- our outreach support was a

21   department that helps to retain customers and promoters.  They

22   would make phone calls regarding declined orders.  They would

23   make phone calls regarding promotions, new products.  It was --

24   it was customer retention.

25   Q    Who made the decision about what customers to reach out to

S. Gidley - Deposition Excerpts

1   as part of that customer retention?

2   A    That would -- it would depend on what the situation is;

3   what we are talking about specifically.

4   Q    All right.  Give me a couple examples of situations, the

5   most common situations.

6   A    The most common situation is a declined credit card.  When

7   a customer or promoter has an existing order and the credit

8   card declines, we would contact them to notify them.

9   Q    What about promotions?

10  A    We -- our most successful promotion is our WinBack

11  promotions where customers or promoters who have not ordered in

12  90 days are eligible for a discount on a new order.

13  Q    So for a WinBack who makes the decision as to who gets

14  contacted as part of that WinBack campaign?

15  A    It is a function of the WinBack promotion as to who

16  qualifies for that.  Again, if they haven't ordered in 90 days,

17  they're eligible.  Customers and promoters are eligible for the

18  promotion.

19  Q    Are you familiar with the POM system, P-O-M?

20  A    I am aware that we had used it, yes.

21  Q    And what -- what do you understand that system to be?

22  A    It is a way that we can utilize our phone system to keep

23  in contact with our customers and promoters.

24  Q    And just so the record is clear, when I say "POM," I'm

25  referring to Progressive Outreach Manager?

S. Gidley - Deposition Excerpts

1    A    Yes.

2    Q    That's P-O-M?

3    A    Yes.

4    Q    You said that around October or December 2014

5    approximately, ViSalus started using POM to place calls and

6    report numbers, and you just described for me the reporting

7    side of that.

8          How was POM used to place calls?

9    A    It has a database of phone numbers to be dialed.  So

10   depending on the actual campaign, those numbers would have been

11   imported.

12   Q    So the database of phone numbers, that's something that an

13   agent would upload?

14   A    Yes.

15   Q    So an agent --

16   A    Depending on the campaign.

17   Q    Yeah.  Generally talking about, say, a WinBack campaign,

18   they might get -- they would get a list of phone numbers

19   uploaded into POM to be dialed?

20   A    Correct.

21   Q    So earlier in this we used the word "campaign."  What do

22   you understand the word "campaign" to mean as it relates to the

23   POM system?

24   A    A campaign is a notification for a particular reason.

25   Q    All right.  I want to play Exhibit 43-24.

S. Gidley - Deposition Excerpts

1          (Exhibit 43-24 was played in open court.)

2          THE COURT:  Hold on one moment, folks.  She spoke

3    very rapidly, so I am going to put the following in the record

4    to make it easier for anybody looking at the record down the

5    road.  That audio clip appears to have been transcribed at page

6    176 of the deposition, and the deposition can be found at

7    ECF 265-2.  The transcription begins at page 176, line 22

8    through 177, line 24.

9          Am I correct, Mr. Dovel?

10          MR. DOVEL:  That is correct.

11          THE COURT:  Members of the jury, I'm really not

12    speaking to you.  I'm speaking to a record so that Mr. Apodaca

13    doesn't have to worry about that fast-speaking speaker.

14          You may continue.

15          MR. DOVEL:  Your Honor, I'm going to continue

16    reading.  Just so there is no confusion, the reading continues

17    with the phrase "and for the record," but I'm actually reading

18    the deposition transcript.

19          THE COURT:  Where are you?

20          MR. DOVEL:  I'm on page 7 of the printout, which is

21    177, line 25.

22          THE COURT:  One moment.  That's fine.

23          (The deposition excerpts continued to be read into

24    the record as follows:)

25

S. Gidley - Deposition Excerpts

1   BY MR. DOVEL:

2   Q    And for the record, the clip that I just played has a file

3   entitled "Rachel WinBack PR and customers .wav."

4            Have you ever heard that audio clip before?

5   A    Yes.

6   Q    All right.  When did you hear that?

7   A    When I found it and provided it to defendant's counsel in

8   September, October 2015.

9   Q    Do you mean 2016?

10  A    '16.  I'm sorry.

11  Q    What is that message?

12  A    It's a -- it was Rachel Jackson trying to reengage

13  promoters and customers to get back to the challenge or

14  upgrade; if they were customers, to upgrade to promoters.

15  Q    Who was that message sent to?

16  A    Presumably it would have been sent to people on a call

17  list that was created.  It would only be people in her

18  organization, so people in her down-line.

19  Q    How would that message have been sent out?

20  A    It would have been uploaded into the Progressive Outreach

21  Manager and then sent via telephone.

22  Q    Is there a way of figuring out when this message was sent

23  out?

24  A    I would have to assume, based on plaintiff's records.  I

25  don't know when it was sent out.  That campaign was scheduled

S. Gidley - Deposition Excerpts

1  for -- or the list was created in early 2015.  The calls

2  weren't placed until March, April 2015.

3  Q    Is this a message that was sent to plaintiff?

4  A    I believe it would have been.

5  Q    Why do you believe that?

6  A    Because we've established that the landline that was

7  called had two promoters in Rachel Jackson's organizations.

8  Q    Byron Wakefield canceled his subscription too, right?

9  A    Yes.

10 Q    Is that around the same time that Lori Wakefield did?

11 A    Same time.

12 Q    Do you know how many people received this voice mail?

13 A    I don't.

14 Q    How would you figure that out?

15 A    I wouldn't be able to.  I would have to make a guess based

16 on the spreadsheet that was provided or the two spreadsheets

17 potentially; one by Rachel Jackson and one by Patty Rottmann.

18 Q    Do the spreadsheets have their name on them?

19 A    I believe they were designated, yes.

20 Q    So you would look for a spreadsheet with a name that

21 included Rachel's name or Patricia Rottmann's name?

22 A    Yes.

23 Q    And then you'd assume that anyone that was on that list

24 would have received that voice mail?

25 A    Maybe.  It would be a fair assumption.

S. Gidley - Deposition Excerpts

1    Q     More likely than not?

2    A     But again, those calls, just because the number was on the

3    spreadsheet, then it makes an assumption that it was uploaded

4    into the Progressive Outreach Manager and not dialed manually

5    by a call center agent.

6            So I mean, for purposes of this, then we can assume

7    that that voice mail went out to the phone numbers on the

8    spreadsheet through the Progressive Outreach Manager provided

9    there were no disruptions in processing.

10   Q     All right.  I'm going to play Exhibit 43-35.  This one has

11   the file name "WinBack customer or promoter Lucero."  That's

12   L-U-C-E-R-O, recorded.

13            (Exhibit 43-35 was played in open court.)

14            THE COURT:  All right.  Let me interject here for the

15   record that that audio clip can be found transcribed, also in

16   the Scott Gidley deposition, ECF 265-2, beginning at page 181

17   of the transcript, lines 2 through 23.

18            You may proceed.

19            (The deposition excerpts continued to be into the

20   record as follows:)

21   BY MR. DOVEL:

22   Q     Have you ever heard that audio clip before?

23   A     No.

24   Q     Do you know why it was produced?

25   A     Because it appears that it was the same campaign that we

S. Gidley - Deposition Excerpts

1  have been discussing.

2  Q    That recording we just listened to appeared to be based

3  off the same script as the recording of Rachel Jackson, right?

4  A    There were similarities.

5  Q    So I believe the last question was whether that call we

6  just listened to was a prerecorded message, right?

7  A    Yes.

8  Q    That's a prerecorded message that you would have sent out

9  through POM, right?

10  A    Yes.  If it was sent, yes.

11  Q    All right.  I'm going to play Exhibit 43-8, a file name

12  "March EOM blast SS Smith."

13          (Exhibit 43-8 was played in open court.)

14          THE COURT:  I'll interject here.  That's from the

15  Gidley transcript, which can be found at ECF 265-2, page 184,

16  line 20 through 185, line 2.

17          You may continue.

18          (The deposition excerpts continued to be read into

19  the record as follows:)

20  BY MR. DOVEL:

21  Q    Have you ever heard that message before?

22  A    No.

23  Q    Do you know what it is?

24  A    It was an offer to reengage a customer.

25  Q    Who would that message have been sent to?

S. Gidley - Deposition Excerpts

1    A    Customers who qualified for that offer.

2    Q    Okay.  So what happens after the call is placed through

3    Progressive Outreach Manager?

4    A    It implies speculation.  I don't know.  What are you

5    asking?

6    Q    At some point do they -- is there a live person at ViSalus

7    on the phone?

8    A    We did have Press 1 campaigns for that, yes.

9    Q    Okay.  So if a computer is dialing the numbers, at what

10   point, if at all, does a live representative at ViSalus become

11   involved?

12   A    If you have -- again, this is -- you're asking for

13   speculation.  But if a phone number -- if a phone call is made

14   through the Progressive Outreach Manager, the intention was in

15   most of these situations or most of these phone numbers is that

16   if a live person picked up the phone, that they would be

17   connected with an agent.

18   Q    But it's your belief that somebody would hear that message

19   that you've described?

20   A    There was a Press 1 campaign towards the end of our usage

21   of this -- of the Progressive Outreach Manager -- that would

22   introduce the call and then require the recipient to Press 1 to

23   be connected to a live agent.

24   Q    And the call recipient would hear a voice say, "Press 1 to

25   be connected to a live agent"?

S. Gidley - Deposition Excerpts

1   A    Yes.

2   Q    Earlier you talked about a hypothetical involving 100.  Is

3   that a reasonable number for an agent using a POM-uploaded

4   contact list to contact in a day?

5   A    It was hypothetical, so --

6   Q    Sure.  But that's my question.  Would that be a reasonable

7   number?

8   A    Well, let's see.  During an eight-hour shift, if we

9   assigned five minutes to every phone call, which includes three

10  minutes for the phone call and two minutes for documenting

11  afterwards and then going into -- going back into a ready

12  status.  So that five minutes per phone call means that they

13  would be able to take care of 20 calls an hour.  20 calls an

14  hour over an eight-hour shift is 160 calls if everything were

15  ideal.

16  Q    The fourth number here says, "(855)867-0325 EPS welcome

17  (outbound)."  What's an EPS welcome?

18  A    That's a welcome phone call to a new promoter who has

19  purchased our executive promoter system to inform of how to use

20  their Bi-Net and training materials and give them encouragement

21  about building their business and, you know, generally "welcome

22  to the company/we are excited to have you" type of call.

23  Q    Okay.  And those calls would have been placed through POM

24  as well, right?

25  A    With the (855) number, it is possible.  However, that's

S. Gidley - Deposition Excerpts

1   something that would be inefficient because of the number of

2   executive promoter systems that would come in on any given time

3   period.   So I would think that -- because I have that as

4   outbound, that that was a manually dialed number, even though

5   right below it we have a local number for the same thing.

6   Q    Why do you believe those were manually dialed?

7   A    Because we want to give people more personal attention,

8   especially when they are purchasing the executive promoter

9   system.

10  Q    How do you figure out whether those calls were placed

11  manually or through POM?

12  A    No. 1, during discovery I didn't see any reports that were

13  tied to POM; No. 2, because of the amount of executive promoter

14  systems that were purchased, it would actually be a waste of

15  usage of the system itself to make those calls through Avaya

16  versus having an agent manually dial those phone numbers.

17  Q    Okay.  So when you are calling large groups of people with

18  the same message, then you want to use POM, right; whereas if

19  it's a smaller group, then you would manually dial them so that

20  you could deliver a personalized message?

21  A    Well, again, the question or the term that we would want

22  to use, POM -- POM was available for us to use to contact large

23  groups of people.  It doesn't necessarily make it any less

24  personal, you know, as far as the content of the message.  It's

25  just more efficient.

S. Gidley - Deposition Excerpts

1  Q    So you're saying you may have used POM.  You may not have

2  used POM for the EPS welcome (outbound)?

3  A    Correct.

4  Q    Okay.  But I was looking more at the reasoning there,

5  which is that you would want to use POM when you have a large

6  number of people you want to contact, right?

7  A    Because it's more efficient.

8  Q    Especially when you want to deliver the same message to

9  them, right?

10 A    Correct.

11          MR. DOVEL:  Your Honor, I'm going to offer into

12 evidence now Exhibit 34, which we discussed in Mr. Gidley's

13 deposition.  34 was the complete POM manual.  34A was the

14 excerpt.  We will offer the whole thing.

15          THE COURT:  We already discussed that.

16          Any additional arguments?

17          MR. O'NEAL:  No, Your Honor.  But for completeness, I

18 would like to add as part of 34A, Chapter 7.

19          THE COURT:  Any objection?

20          MR. DOVEL:  Just to clarify, I have offered 34, which

21 includes the entire manual.

22          MR. O'NEAL:  I thought we weren't doing that.

23          THE COURT:  He just clarified he is offering the

24 entire 34.

25          MR. O'NEAL:  Okay.  Then we are good.

S. Gidley - Deposition Excerpts

1          THE COURT:  34 is received.

2          (The deposition excerpts continued to be read into

3   the record as follows:)

4   BY MR. DOVEL:

5   Q    So we just talked about a POM user manual.  When you use

6   that term, is the document labeled "using Progressive Outreach

7   Manager," is that what you were referring to?

8   A    This appears to be part of the user manual.

9   Q    I didn't give you the whole thing because I didn't want to

10  have you leafing through hundreds of pages to find exactly what

11  I want to talk about, but this is an excerpt of what you

12  consider the user manual?

13  A    For the Avaya system, yes.

14  Q    Okay.  If you could turn to page 152, it's the beginning

15  of Chapter 15 titled "Contact List."  So in the first section

16  there about contact lists, it says, "Contact lists are required

17  for running campaigns."

18          Do you see that?

19  A    Yes.

20  Q    Okay.  So one of the -- when we looked at the campaign

21  tracker document earlier, one of the columns there is labeled

22  "contact lists."  Is the term "contact list" used in a campaign

23  tracker the same term?  Does that mean the same as "contact

24  list" does in this document?

25  A    I don't know for sure, but that's a reasonable assumption.

S. Gidley - Deposition Excerpts

1   Q    Okay.  And do you know who would know for sure?

2   A    Again, the Avaya engineer, anyone who had been trained in

3   Avaya or an Avaya representative.

4   Q    All right.  Let's mark as Exhibit 2 -- if you could turn

5   to page 3, third column, about a little over halfway down, do

6   you see an April 2nd, 2015, where it says "(248)764-7521"?

7           All right.  Do you know what this document is?

8   A    It has no title.  I can make an assumption.

9   Q    What's your assumption?

10  A    That these are the plaintiff's phone records for a period

11  of time from March 1st, 2015, until May 30th, 2015.

12  Q    All right.  And the first call, what's your understanding

13  as to what that column indicates?

14  A    Whether the phone call was outgoing or incoming.

15  Q    What's your understanding as to what the second column

16  represents?

17  A    The date that the call was made or received.

18  Q    So going back to page 3 about halfway down, there's a line

19  that indicates "incoming to April 2015," phone number

20  (248)764-7521, right?

21  A    Yes.

22  Q    And that's a call placed to (503)829-7628?

23  A    Yes.

24  Q    And then below that is the same, all the same information,

25  right?

S. Gidley - Deposition Excerpts

1  A    Yes.

2  Q    And then right below that there is an incoming call to

3  April of 2015 with the phone number (248)764-7514 to the same

4  phone number, (503)829-7628; is that right?

5  A    Yes.

6  Q    Do these first two calls appear to be calls placed by

7  ViSalus to (503)829-7628?

8  A    It seems likely, yes.

9  Q    When we listen to those messages and they identified

10 numbers ending in 7521 and 7522, you seemed pretty quick to

11 identify those as ViSalus extensions.  How did you know those

12 were ViSalus extensions?

13 A    Because our exchange is 764 and our extensions start with

14 7.

15 Q    Is 7514 also a ViSalus phone number?

16 A    It follows the same rules.

17 Q    How many phone calls did ViSalus place to Lori Wakefield

18 in the spring of 2015?

19 A    To Lori Wakefield?

20 Q    Yes.

21 A    I don't know how many to Lori Wakefield.

22 Q    Okay.  How many calls did Ms. Hollis place to the phone

23 number (503)829-7628?

24 A    I believe it was five.

25 Q    What's your basis for that belief?

S. Gidley - Deposition Excerpts

1   A    It was provided by counsel -- you.

2   Q    What did I provide you?

3   A    The number five.

4   Q    I told you there were five calls?

5   A    Not personally.

6   Q    All right.  Who -- what number do you believe five calls

7   were placed to Lori Wakefield's phone number from and what was

8   the originating phone number?  You just testified that, to your

9   knowledge, ViSalus placed five calls to Lori Wakefield in the

10  spring of 2015, right?

11  A    Yes.

12  Q    Okay.  When did the first of those calls occur?

13  A    I believe it was April 8th, 2015.

14  Q    What were the circumstances surrounding that call?

15  A    I have no idea.

16  Q    Okay.  What were the circumstances that resulted in that

17  call?

18  A    It was a WinBack.  It was an attempt to reengage a

19  promoter, a previous promoter on behalf of another promoter.

20  Q    What do you know about topic one?

21  A    I know that there were five phone calls placed to the

22  landline, which may or may not have been placed to the

23  plaintiff, Lori Wakefield; that the circumstances surrounding

24  that -- those calls -- were presumably for a WinBack campaign

25  to reengage promoters.

S. Gidley - Deposition Excerpts

1  Q    Did you look at the WinBack spreadsheet that resulted in

2  the call to the landline in preparation for today's deposition?

3  A    Inasmuch as to see that the landline was on that

4  spreadsheet, yes.

5  Q    And you did see that the landline was on a spreadsheet,

6  right?

7  A    Yes.

8  Q    And although you don't know the file name right now, that

9  is information that you could obtain, right?

10  A    Yes.

11  Q    The way the WinBack campaigns are conducted, there is a

12  spreadsheet prepared with the phone numbers to be contacted; is

13  that right?

14  A    Possibly.

15  Q    Is there another way?

16  A    I don't know.

17  Q    You're aware of the way that I've just described, right,

18  that a WinBack campaign will be conducted based on a

19  spreadsheet that includes telephone numbers and names, right?

20  A    It is.  Microsoft Excel is a highly useful tool for that,

21  yes.

22  Q    Okay.  And that's one tool that is used -- is that these

23  spreadsheets are created and the individuals are contacted,

24  right?

25  A    Yes.

S. Gidley - Deposition Excerpts

1    Q    And those files are called WinBacks, right, the file name

2    includes the term "WinBack," right?

3    A    If it was in regards to a WinBack campaign, yes.

4    Q    Okay.  Are you aware of any other way other than what we

5    have just described that ViSalus conducts WinBack campaigns?

6    A    No.  I'm just -- no.

7    Q    So I understand -- let me start that again.

8         So I understand the supervisor would provide the

9    lists to the outbound agents.  Who would compile the lists?

10   A    I believe there was an algorithm created by our IT

11   department.  That would have generated the list of eligible

12   customers and promoters.

13   Q    So a computer program then runs through the list of all

14   the eligible promoters and pulls from that list of all the

15   eligible promoters or customers a select list, which are then

16   contacted; is that right?

17   A    Yes.

18   Q    And that same computer program, the same algorithm, would

19   run every time the call-back or WinBack campaign was placed?

20   A    That particular algorithm?  Yes, if it -- it wouldn't have

21   changed.

22   Q    All right.  Can you mark this as Exhibit 50, please.  Have

23   you ever seen this report before?

24            MR. DOVEL:  Your Honor, before I go on, let me offer

25   into evidence Exhibit 50.

S. Gidley - Deposition Excerpts

1          THE COURT:  All right.  One moment.  This was from
2    the defendant in discovery, right?
3          MR. DOVEL:  Yes, Your Honor.
4          THE COURT:  Any further objections from defendant to
5    Exhibit 50?
6          MR. O'NEAL:  Judge, I'm looking through the original
7    transcript, I'm wondering if this another one of those
8    examples.
9          THE COURT:  Let me take a look.  This appears to be
10   on page 36 of the Gidley transcript, line 12.  I'll give you a
11   few moments.
12         MR. DOVEL:  Your Honor, just for time, I would
13   suggest we just read the transcript.  I don't need to offer the
14   exhibit at this point.  We can look at it later and confirm
15   that it is the right one.
16         Would that work?
17         THE COURT:  You may do that.  I will reserve ruling
18   on Exhibit 50.
19         (The deposition excerpts continued to be read into
20   the record as follows:)
21   BY MR. DOVEL:
22   Q    Have you seen this report before?
23   A    Yes, briefly.
24   Q    Do you know what it is?
25   A    It looks like the process to upload phone numbers into the

S. Gidley - Deposition Excerpts

1    Progressive Outreach Manager in Avaya.

2    Q    Were these the same instructions that would have been used

3    throughout, say, October 2014 through December 2015?

4    A    The process would not have changed, so, yes.

5    Q    When it says start with an Excel report of the information

6    you need relating to the contact you want to make, are those

7    Excel spreadsheets obtained from the reporting department?

8    A    No.  That would have been through our AQT, Automatic Query

9    Tool.

10   Q    Are these reports taken from the Exigo system?

11   A    Yes.

12   Q    Once you make that spreadsheet with the contacts you want

13   to make, this gives instructions to upload those contact

14   spreadsheets into Avaya, right?

15   A    The phone number specifically.

16   Q    And then Avaya uses that to place outbound calls, right?

17   A    Correct.

18        MR. DOVEL:  Your Honor, I want to offer Exhibit 62,

19   which will be discussed next in Mr. Gidley's deposition.

20        THE COURT:  All right.  That appears to have been

21   marked in the Gidley deposition as 5.

22        So any objection to 62?

23        MR. O'NEAL:  Are we on --

24        THE COURT:  Pardon me?

25        MR. O'NEAL:  What was the exhibit, Counsel?

S. Gidley - Deposition Excerpts

1          THE COURT:  62.  Trial Exhibit 62, Depo. Exhibit 5.

2          MR. O'NEAL:  Previous objection, Judge.

3          THE COURT:  All right.  I'll overrule that objection

4   and receive 62.

5          (The deposition excerpts continued to be read into

6   the record as follows:)

7   BY MR. DOVEL:

8   Q    Have you ever seen this report before?

9   A    Again, briefly.

10  Q    What is it?

11  A    The title is "Building a Contact List."

12  Q    What was the purpose of this report?

13  A    To build a contact list and import it.  Actually not to

14  import it, because that was the previous one.  This is how you

15  create a list of people.

16  Q    All right.  So this is how you build your contact list,

17  and the last exhibit was how you then import that contact list

18  into POM?

19  A    Yes.

20  Q    Would these instructions have been the same throughout the

21  period when ViSalus was using POM?

22  A    As far as I know, yes.

23  Q    Do you know who created this document?

24  A    I do not.

25          MR. DOVEL:  Your Honor, we now want to offer

S. Gidley - Deposition Excerpts

1   Exhibit 35, the ViSalus document titled "How To Start a

2   Campaign" with the correct contact list.

3           THE COURT:  Anything further on Exhibit 35 than what

4   we have previously discussed?

5           MR. O'NEAL:  Renew the objection, Judge.

6           THE COURT:  Overruled.  35 is received in evidence.

7           (The deposition excerpts continued to be read into

8   the record as follows:)

9   BY MR. DOVEL:

10  Q    But more likely than not, if a file is saved in that

11  folder, then it was used, and the people contacted, right?

12  A    More than likely, yes.

13          MR. DOVEL:  Your Honor, we want to offer into

14  evidence Exhibit 31, the POM campaign tracker.  It is, again, a

15  ViSalus document.  We've discussed it earlier.  It is also

16  discussed in Gidley's declaration.

17          THE COURT:  All right.  Any further comments from

18  defendants?

19          MR. O'NEAL:  Definitely renew the same objection,

20  Judge.

21          THE COURT:  Overruled.  And 31 is received in

22  evidence.

23          (The deposition excerpts continued to be read into

24  the record as follows:)

25

S. Gidley - Deposition Excerpts

1   BY MR. DOVEL:

2   Q    Do you have the document in front of you?

3   A    I do.

4   Q    And you've taken a second to familiarize yourself with it?

5   A    A second, yes.

6   Q    Okay.  Do you recognize the document?

7   A    Yes.

8   Q    Okay.  And what do you recognize the document to be?

9   A    It is titled "POM Campaign Tracker."

10  Q    Okay.  Is this a document ViSalus kept in the ordinary

11  course of business or was it created for this litigation?

12  A    This was a document that was provided during the request

13  for production based on a particular request.  This was one of

14  the documents that I was able to provide.

15  Q    So I'm looking at -- this is from the campaign tracker

16  document, a contact list is labeled "Jason O'Toole_WinBack."

17            Do you know who Jason O'Toole is?

18  A    Yes.

19  Q    Who is Jason O'Toole?

20  A    He is one of our promoters.

21  Q    Why would his name appear in the title of the contact

22  list?

23  A    Those were -- in that particular situation or that

24  particular list, those were his -- I'd have to break it down.

25  Jay O'Toole was a -- is a high-ranking ambassador.  WinBack

S. Gidley - Deposition Excerpts

1  signified that that particular customer or promoter had not

2  ordered in 90 days.  So those were his customers and promoters

3  who hadn't ordered in 90 days or longer.

4  Q    Okay.  So to the best of your understanding, what is a

5  completion code?

6  A    The first line of page 85 states, "Completion code

7  identify the outcome of either making a phone call, sending

8  SMS, emails as part of the campaign."

9  Q    What do you think when the user manual uses the phrase

10  "outcome of making a phone call," what is your understanding of

11  what that term means?

12  A    The result of making the phone call.

13  Q    To the best of your knowledge, did ViSalus use these

14  codes?

15  A    Some of them.

16  Q    So if we see in anything that you produced any of the

17  completion codes in the table, we should be able to assume that

18  they correspond to the description in this table?

19  A    That seems logical, yes.

20          MR. DOVEL:  This is a one-page document, and the

21  title in the lower left corner, "Excerpt from Q32013P2.CSV,

22  Exhibit 54 marked."

23          Your Honor, at this time we want to offer Exhibit 54

24  into evidence.

25          THE COURT:  One moment.

S. Gidley - Deposition Excerpts

1        MR. DOVEL:  It is an excerpt from one of the contact

2   lists that was discussed with Mr. Gidley.

3        THE COURT:  One moment.  It looks like it was marked

4   in the Gidley deposition as Exhibit 20.  So anything further

5   from defendant on Exhibit 54?

6        MR. O'NEAL:  Renew the objection.

7        THE COURT:  All right.  Overruled, and 54 is received

8   in evidence.

9        (The deposition excerpts continued to be read into

10  the record as follows:)

11  BY MR. DOVEL:

12  Q    I'll represent this is an excerpt from one of the

13  documents that you all produced -- obviously -- there are more

14  than 8,500 lines on this file, so we did not want to give you

15  the whole thing.  But does this look like the kind of

16  information that is kept in the reports that we were talking

17  about earlier, the reports of the results of campaigns?

18  A    Yes.

19  Q    Okay.  Does it seem odd to you that the column that

20  appears to contain the information about the outcome of the

21  call would be titled "Reason"?

22  A    No.

23  Q    Why does that not seem odd to you?

24  A    It's -- it just seems like it is the reason that

25  representative would have entered for the call disposition.

S. Gidley - Deposition Excerpts

1  Q    Okay.  Do you know who was responsible for choosing the
2  information that appeared in row 1?
3  A    No.
4  Q    Do you know who might be?
5  A    No.
6  Q    Do you know who might know who is responsible for that?
7  A    No.
8  Q    If we go -- do you know -- in column D you'll see there's
9  three rows near the bottom.  They are labeled 79097, 80170, and
10 82148.  In column D each of them has a reason, whatever that
11 is, that begins with "OB_"?
12 A    Yes.
13 Q    Okay.  Are -- are those disposition codes that were
14 created by ViSalus?
15 A    It is very likely.
16 Q    Backing up, with regard to the (855)867-0322, earlier you
17 testified that more likely than not the calls placed from that
18 number would have been auto-dialed through POM, right?
19 A    Yes.
20         MR. DOVEL:  Your Honor, no more questions.
21         THE COURT:  Are there any questions that the
22 defendant would like to read from the deposition of Scott
23 Gidley?
24         MR. O'NEAL:  Yes, Your Honor.
25         THE COURT:  You may proceed.

S. Gidley - Deposition Excerpts

1                          CROSS-EXAMINATION

2   BY MR. O'NEAL:

3   Q    Do you have any -- do you know why the system would be

4   detecting a live voice?

5   A    Is that --

6   Q    So that someone that picks up the phone call can be

7   transferred to an agent?  Is that why live voice would need to

8   be detected?

9   A    Yes.

10  Q    Okay.  So if a computer is dialing the numbers --

11              THE COURT:  Mr. Dovel, you only gave me one page, and

12  it ended at 32, line 11.

13              MR. DOVEL:  May I take a look at his script?  I'm not

14  seeing a match of what I have.

15              MR. O'NEAL:  May I proceed, Your Honor?

16              THE COURT:  Yes.

17              (The deposition excerpts continued to be read into

18  the record as follows:)

19  BY MR. O'NEAL:

20  Q    Okay.  So if a computer is dialing the numbers, at what

21  point, if at all, does a live representative at ViSalus become

22  involved?

23  A    But if a phone number -- if a phone call is made through

24  the Progressive Outreach Manager, the intention was in most of

25  these situations, or most of these phone numbers, that if a

S. Gidley - Deposition Excerpts

1  live person picked up the phone, that they would be connected

2  with an agent.

3  Q    The list of phone numbers used for the original call

4  blasts, as that phrase is used here, would those lists be

5  called "call blast lists" or something else?

6  A    It would have depended on what the nature of those phone

7  calls were.  So again, it was primarily for declines, because

8  that was the main number, (877)ViSalus.  Customers and

9  promoters would have recognized it, so primarily for declined

10  orders.  So the lists would have been declines November 19th,

11  2015, or something -- something similar.

12  Q    All right.  Moving to the next phone number, that's

13  (248)764-7300?

14  A    Yes.

15  Q    The description there says "manually dialed by agent"?

16  A    Yes.

17  Q    What does that mean?

18  A    These would have been manual phone calls coming from our

19  main number.  The agents' extensions would have been hidden

20  essentially so that people were not calling the agents

21  directly.  They would be calling the main number.

22  Q    What would the extension show up as for the recipient of

23  one of those calls?

24  A    It says right there.

25  Q    Okay.  And those are the only phone numbers that would

S. Gidley - Deposition Excerpts

1  have been manually dialed; all of the other phone numbers would

2  have come through POM, right?

3  A    No.

4  Q    What are the various purposes that the phone numbers were

5  used for?

6  A    We would have done -- we have discussed the WinBack

7  campaign as one possible.  We've discussed declined orders.  We

8  had welcome calls to new promoters.  We had a promotion for an

9  upgrade to a fuel kit, one of our offerings.  We have had

10  end-of-month calls for promoters, beginning-of-month calls for

11  promotion.  Since I'm looking at a list of numbers, off the top

12  of my head, I don't know what these numbers were assigned to.

13  Q    Skip to page 112, line 10.  Okay.  So the 2442 number

14  might have been used for both auto-dialed and manually dialed

15  calls?

16  A    Yes.  I'm giving you an estimate.

17  Q    What percentage of the calls placed from 2422 were

18  manually dialed versus auto?

19  A    I can't answer that.  That would be a guess, not an

20  estimate.

21         MR. O'NEAL:  38, line 13.

22         THE COURT:  You need to read the question, right?

23         MR. O'NEAL:  Yes.

24         (The deposition excerpts continued to be read into

25  the record as follows:)

S. Gidley - Deposition Excerpts

1   BY MR. O'NEAL:

2   Q    So length of the order is one of the factors or length of

3   time since the last order?

4   A    It is one of the factors because --

5            MR. O'NEAL:  The question on page 87.

6            (The deposition excerpts continued to be read into

7   the record as follows:)

8   BY MR. O'NEAL:

9   Q    To your knowledge, when did the outreach team start doing

10  WinBack campaigns?

11  A    I believe it was sometime in 2013.

12  Q    Okay.  Are you aware of how WinBack campaigns were

13  conducted in 2013?

14  A    Yes.

15  Q    All right.  And can you describe that process for me?

16  A    The outbound agent was provided with a list of people who

17  were eligible for the WinBack campaign.

18  Q    Go to page 126.  Do you check the contact list against a

19  list of cell phone numbers to see whether or not you're calling

20  a landline or a cell phone?

21  A    I do.  There's no way to differentiate the type of phone

22  number that was provided to us upon enrollment.

23  Q    Were there any changes in how the WinBack campaign were

24  conducted between 2013 and January 2016?

25  A    Yes.

S. Gidley - Deposition Excerpts

1   Q    What was the first change?  When did it occur?

2   A    I want to think that it was around October 2014 -- October

3   to December 2014, something like that.

4   Q    Okay.  How did the process change?

5   A    Our Avaya engineer learned more about the Avaya system and

6   its functionality.

7   Q    What do you mean by that?

8   A    He read the manual.

9   Q    What did he learn?

10  A    There is a part of Avaya called Progressive Outreach

11  Manager, which you can use to place phone calls and report

12  numbers.

13  Q    What do you mean "report numbers"?

14  A    Well, it reports -- again, we were talking much earlier

15  today regarding the outbound agent reporting and who that

16  person may have reported to.  The Avaya system took the place

17  of reporting the success of a campaign from an agent to --

18  Q    These are the numbers --

19          MR. DOVEL:  Your Honor, I think we are missing the

20  end of that answer.

21          MR. O'NEAL:  What page is that?

22          THE COURT:  That was on page 89; is that right?  The

23  end of that answer is the words "system itself."  So it will

24  read this way:  "The Avaya system took the place of reporting

25  the success of a campaign from an agent to the system itself."

S. Gidley - Deposition Excerpts

1          Acceptable now?

2          MR. DOVEL:  Yes, Your Honor.

3          MR. O'NEAL:  Yes.

4          THE COURT:  You may proceed.

5          (The deposition excerpts continued to be read into

6   the record as follows:)

7   BY MR. O'NEAL:

8   Q    These are the numbers that were used to place outbound

9   calls on behalf of ViSalus?

10  A    Yes, in that each number was a for a different purpose.

11  Q    Okay.  So ViSalus used POM for WinBack campaigns between

12  approximately October 2014 or December 2014 to October 2015?

13  A    Again, off the top of my head, yes.  However, we did

14  provide that information.

15  Q    And the real heart of my question is what those various

16  spreadsheets would be named.

17  A    I don't know how they would have been named through the

18  outbound team.  It just comes back to I remember WinBack

19  campaign, you know.  We do a lot of communication through

20  social media, through emails.  I mean, there's just so many

21  forms of communication and getting that information out to

22  people that I cannot say with any certainty that, you know,

23  everything or anything other than a WinBack would have been

24  used -- the Progressive Outreach Manager would have been used

25  for that.

1               MR. O'NEAL:  Thank you.  That's all.

2               THE COURT:  That completes the deposition testimony

3    of Scott Gidley; am I right?

4               MR. O'NEAL:  Yes.

5               THE COURT:  Does that complete all the deposition

6    testimony?

7               MR. DOVEL:  It does, Your Honor.

8               THE COURT:  All right.  You may step down.  Thank you

9    for your reading.

10              All right.  We will take a 15-minute break.

11              (Open court; jury not present:)

12              THE COURT:  Then the final witness is going to be

13   Mr. Davis?

14              MR. DOVEL:  We are going to consult during the break,

15   but very likely, yes, Your Honor.

16              THE COURT:  Then let me ask defense counsel, given

17   that I'm going to reserve any Rule 50 motions, do you want to

18   make them immediately after the close of defendant's case or

19   just make them before the case is submitted to the jury?

20              MR. FOSTER:  Before the case is submitted to the

21   jury.

22              THE COURT:  Good.  I think that's most efficient.

23              All right.

24              (Recess.)

25              (Open court; jury not present:)

1          THE COURT:  We are here without the jury.  I

2    understand that the next witness will be Mr. Davis.  Let me

3    explain to both sides what my thinking is regarding Exhibits 36

4    and 36A and B.  I have already excluded 36C.  I do want to hear

5    a foundation for 36 and 36A and B.  So I assume that plaintiff

6    will attempt to lay a foundation of this under Rule 1006.

7    You're welcome to lay a foundation for any one of those three

8    or all of them, whatever you wish.  36C is not coming in.  But

9    do whatever you want with 36, 36A, and 36B in terms of laying a

10   foundation.  Then you can offer it.

11          I will then give the defendant -- I will ask the

12   defendant, unless you tell me now you don't want me to, do you

13   have any questions in aid of an objection to these exhibits?

14   If so, I'll let you ask your questions in aid of an objection.

15   I will then listen to any objection briefly and then make an

16   appropriate ruling.  Then we will continue with the direct

17   examination.

18          All right.

19          MR. DOVEL:  Yes, Your Honor.

20          THE COURT:  Okay.  Let's bring in the jury.  Best

21   estimate for direct examination?

22          MR. DOVEL:  Best estimate is 30 minutes; probably a

23   little shorter.

24          THE COURT:  Is it Shawn, S-H-A-W-N?

25          MR. DOVEL:  Yes, Your Honor.

```
 1              (Open court; jury present:)

 2              THE COURT:  Welcome back, members of the jury.  I do

 3    want to tell you that my perception is we are making very good

 4    time.  I know sometimes it is hard for you to tell that, from

 5    your perspective, but I do think we are making very good time.

 6              Do you have a question?

 7              JUROR:  Can I run back and get my glasses?

 8              THE COURT:  Yes.  You're welcome to go with Mary;

 9    whatever you want.  We will wait.

10              Please be seated.  Relax.

11              JUROR:  Actually I have a question.  Will we actually

12    be able to see the depositions or just the exhibits?

13              THE COURT:  Just the exhibits.

14              JUROR:  Okay.  That's what I thought.

15              THE COURT:  And the reason why, we try to treat the

16    depositions as close as possible to a live witness being on the

17    stand.  Obviously we can't see the demeanor of the witness who

18    testifies in deposition, but we don't want to give you the

19    transcript from some testimony but not others.

20              JUROR:  Thank you.

21              THE COURT:  All right.  The plaintiff may call the

22    next witness.

23              MR. DOVEL:  Your Honor, I am going to offer one more

24    exhibit, Exhibit 33, the ASR campaign tracker.  I'm sorry.

25    Exhibit 32.
```

1              THE COURT:  32.

2              MR. DOVEL:  This may be electronic only.  It is a

3    ViSalus campaign tracker for the POM tracker, or the POM

4    system.

5              THE COURT:  May I see it on my screen?  How many

6    pages is that?

7              MR. FRANZINI:  Give me one second.

8              THE COURT:  Just on my screen.

9              MR. FRANZINI:  Is that on your screen?

10             THE COURT:  It says 36.

11             MR. FRANZINI:  That's right.  I'm trying to pull it

12   up.  I need one second.

13             THE COURT:  Sure.  All right.  Understood.

14             Anything further from the defendant on Exhibit 32?

15             MR. O'NEAL:  Renew the objections, Judge.

16             THE COURT:  Overruled.  32 is received.

17             MR. DOVEL:  Your Honor, the plaintiff calls

18   Shawn Davis.

19             (The witness was duly sworn.)

20             THE CLERK:  Thank you.  Please be seated.  Would you

21   please state your name for the record, spelling your last.

22             THE WITNESS:  My name is Shawn Davis.  D-A-V-I-S.

23

24

25

S. Davis - D

1                    DIRECT EXAMINATION

2  BY MR. DOVEL:

3  Q    Mr. Davis, can you give us a brief, one-sentence summary

4  of what you are here to talk about today.

5  A    Yes.  I'm here to talk about my analysis and summaries of

6  all the outcome codes within defendant's contact lists.

7           THE COURT:  Let me see counsel at the side bench for

8  a moment.

9           (A discussion was held off the record at sidebar.)

10          (Open court; proceedings resumed:)

11          THE COURT:  I'm going to clarify what I just heard

12  and also what I just said.

13          Mr. Davis, you are welcome to give us your summaries,

14  but for reasons I've discussed with counsel, not an analysis,

15  please.  Just the summary.

16          THE WITNESS:  Okay.  Understood.

17  BY MR. DOVEL:

18  Q    Where is it you live today?

19  A    I live in the western suburbs of Chicago.

20  Q    Tell us just briefly about your family.

21  A    I have been married for almost ten years to my wife,

22  Melissa, who is a school psychologist in a high school, and we

23  have a four-year-old daughter, Allie.

24  Q    Where do you work?

25  A    I work for Edelson, PC.

S. Davis - D

1    Q    What is Edelson, PC?

2    A    Edelson, PC is a plaintiffs law firm in the Chicago area.

3    Q    What's the relationship of Edelson, PC to this lawsuit?

4    A    Edelson, PC is one of the law firms that's representing

5    the plaintiff.

6    Q    What is your job at Edelson?

7    A    My job is director of digital forensics.

8    Q    Can you tell the jury what you mean by the director of

9    digital forensics; just the sorts of things you do.

10   A    Sure.  Essentially I lead a technical team in performing

11   investigations that relate to data breaches, invasions of

12   privacy, or security issues.  We also analyze large datasets

13   involving TCPA cases.

14   Q    Can you summarize for the jury your education, training,

15   and experience that led you to the position where you are at

16   now?

17   A    Yes.  I have a master's degree from the Illinois Institute

18   of Technology in computer and network security.  I have

19   experience working for Motorola Solutions where I worked in the

20   security operations center and helped protect various

21   government agencies and military bases.  I did a little bit of

22   side work for the FBI.  I've been at Edelson performing this

23   sort of investigations and cases for about five and a half

24   years.

25   Q    In the course of your work have you testified in front of

S. Davis - D

1   or consulted with government agencies, prosecutors, and that

2   sort of thing?

3   A    Yes.

4   Q    Would you briefly describe that for us.

5   A    Sure.  I have testified as a subject matter expert in

6   front of the Illinois Senate and House of Representatives.  I

7   have also advised a United States senator on various issues.

8   Recently I was here in Portland.  I gave a presentation for a

9   privacy seminar for the Oregon Attorney General.

10  Q    Do you do any teaching in your field?

11  A    Yes.

12  Q    Describe that for us, please.

13  A    I'm an adjunct professor at the Illinois Institute of

14  Technology.  I have been teaching courses on open source

15  operating systems and cyber security for about the past five

16  years.

17  Q    Describe for us what it is you were asked to summarize.

18  A    I was asked to summarize 406 contact lists, basically the

19  outcome codes within those and total them up.

20  Q    All right.  Mr. Davis, I have handed you Exhibit 38-115.

21  Is this one of the contact lists that was included in the

22  information that you summarized?

23  A    It is.

24  Q    This one is entitled "Jason O'Toole WinBack"; is that

25  correct?

S. Davis - D

```
 1   A    That's correct.
 2              MR. DOVEL:  Your Honor, we have talked about how
 3   voluminous these materials are.  I would like now to hand the
 4   jury just one of these so they can get a sense of what one
 5   contact list is in terms of its quantity.
 6              THE COURT:  Are you handing them Exhibit 38-115?
 7              MR. DOVEL:  Yes.  I have a copy for each of the
 8   jurors.  We are going to go through just a couple of the pages.
 9              THE COURT:  All right.  I'm not going to let the
10   jurors hold on to them afterwards, but for purposes of this
11   testimony, you may.
12              And it is 38-115?
13              MR. DOVEL:  Correct.
14              MR. O'NEAL:  Could we have a copy?
15              THE COURT:  Make sure you have a copy for defense
16   counsel.
17              Mr. Adams, do you have a copy for the Court too?  If
18   you have an extra for my law clerk, that's great.  If not, we
19   will share.
20              Does every juror have a copy?
21              MR. DOVEL:  We have got two that are willing to
22   share.  Is that okay with Your Honor?
23              THE COURT:  Sure.  That's fine.  So I'll do without.
24              MR. DOVEL:  Thank you, Your Honor.
25              THE COURT:  Next time bring enough for everybody.
```

S. Davis - D

1              MR. DOVEL:  We thought we did, but we didn't.  I

2    apologize, Your Honor.

3    BY MR. DOVEL:

4    Q    Let's turn to the -- open it up to the first page here.

5    Mr. Davis, can you describe generally the columns of

6    information that appear on this first page?

7    A    Yes.  The first column is ID, which appears to be the

8    identification number of the person that's in the contact list.

9    We have "First Name," which is the person's first name.  We

10   have the "Last Name" column, which indicates the person's last

11   name.  The customer type; the type of customer.  We have the

12   country code for the phone number.  Then we have the phone

13   number itself.  Then we have "AS Day," which contains dates.

14   Q    How would you tell how many separate contacts are

15   indicated in this particular document?

16   A    Within this document I would essentially use computer

17   software that would add up all of the rows.

18   Q    If we look at the back of this document, can we tell how

19   many different rows there are?

20   A    Yes.  It appears to indicate that there are 61,636 rows.

21   Q    And that's found on page 1045?

22   A    That's correct.

23   Q    Now, in this particular contact list, does this contact

24   list include outcomes that tells us the outcome of these calls?

25              MR. FOSTER:  Objection, Your Honor.

S. Davis - D

1          THE COURT:  Sustained.  You may rephrase.

2    BY MR. DOVEL:

3    Q    Does this contact list contain a column that identifies

4    outcomes?

5    A    It does not appear to.

6    Q    I would like you to turn to page 698.  If you'd look on

7    page 698, about two-thirds of the way down, you'll see row

8    41156.

9          Do you see that?

10   A    Yes.

11   Q    And what name appears in that row?

12   A    That name is Lori Wakefield.

13   Q    And if you look across, does it have a phone number

14   associated with Lori Wakefield?

15   A    Yes.

16   Q    And what's the phone number?

17   A    The phone number is (503)829-7628.

18   Q    And when it says then all the way across "AS Date," what

19   is your understanding about what "AS Date" means?

20          MR. FOSTER:  Objection.  Foundation.

21          THE COURT:  Sustained.

22   BY MR. DOVEL:

23   Q    Do you have an understanding of what "AS Date" means?

24          THE COURT:  That's a yes-or-no question.

25          THE WITNESS:  I do not.

S. Davis - D

1          MR. DOVEL:  That's easy enough, Your Honor.  We are

2    going to set aside 38-115 for now.

3          THE COURT:  Should we collect them back from the jury

4    or are you going to use them later?

5          MR. FOSTER:  Your Honor, I would like to have the

6    jury hold on to those.

7          THE COURT:  Fine.  Thank you.

8    BY MR. DOVEL:

9    Q    Now, when you did your summaries, how did you identify --

10   withdrawn.

11         When you were looking at spreadsheets from ViSalus,

12   how many total spreadsheets were you provided, or contact

13   lists?

14   A    405.

15   Q    But how many in total before you wound up with 405?

16   A    Approximately 2,000.

17   Q    Out of the 2,000, how did you identify which ones you

18   would include in your summary?

19   A    Based off of information from Defendant ViSalus.

20   Q    What information from ViSalus did you look at?

21   A    I looked at Mr. Gidley's declaration, one of the exhibits.

22   Q    All right.  Let's put up on the screen Mr. Gidley's

23   declaration, which is Exhibit 37?

24         THE COURT:  Not 32?  My mistake; you're right.

25         MR. DOVEL:  I believe it is 37.

S. Davis - D

1              THE COURT:  All right.

2     BY MR. DOVEL:

3     Q    Let's take a look at the first paragraph.  Here it says,

4     "I, Scott Gidley, make this declaration on behalf of ViSalus,

5     the defendant in the action Wakefield v. ViSalus, pending in

6     the U.S. District Court," and so on.

7              Do you see that?

8     A    Yes.

9     Q    Now, let's start with, how did using this declaration

10    identify for you what spreadsheets or contact lists you should

11    be summarizing?

12    A    The exhibit contained the file names of the spreadsheets.

13    Q    Let's pull up the first page of that list.  Take a quick

14    look at that.  Is this the list that you were talking about?

15    A    Yes.

16    Q    Approximately how many pages long is this list?

17    A    One or two or three.

18    Q    Let's go to the end and take a look.

19              THE COURT:  12?

20              THE WITNESS:  Or seven or twelve.

21    BY MR. DOVEL:

22    Q    It goes all the way through Exhibit 37-12; is that right?

23    A    That's right.

24    Q    Now, when you looked at these contact lists, did you find

25    out one way or the other whether some of them had outcome codes

S. Davis - D

1  and others did not?

2  A    Ultimately, yes.

3  Q    Did you find that all of the calls that were identified in

4  these contact lists had outcome codes?

5  A    Could you repeat that?

6  Q    When you looked at the rows indicating a contact or call

7  to be made, did it indicate in each case whether there was an

8  outcome code associated with that?

9  A    Not every time.

10          MR. FOSTER:  Your Honor, may I approach?

11          THE COURT:  What's your objection?

12          MR. FOSTER:  Objection to characterizing these are

13  calls or contacts.  I don't think there is anything in the

14  record.

15          THE COURT:  I'm going to sustain the objection.  You

16  can basically ask what were the labels on the columns.

17          MR. DOVEL:  All right.

18  BY MR. DOVEL:

19  Q    When you used Mr. Gidley's declaration, did it indicate

20  whether or not these contact codes had actually been used with

21  POM?

22  A    Rephrase the question, please.

23  Q    Yes.

24          When you looked at Mr. Gidley's declaration, did he,

25  in his declaration, indicate whether these contact lists were

S. Davis - D

1   contacts that had been used with the POM machine?

2   A    He did.

3   Q    And what did he indicate?

4           THE COURT:  Which paragraph are you referring to now?

5   Paragraph 5.  You're welcome to highlight that.

6   BY MR. DOVEL:

7   Q    Let's look at paragraph 5.  It says, "To the best of my

8   knowledge, all of the marketing campaigns that ViSalus ran

9   calling U.S. residents using POM are identified by the

10  spreadsheet name on the POM campaign tracker spreadsheet or are

11  located in the ASR projects folder, and the spreadsheet name

12  includes call blast results or blast results.  All of these

13  spreadsheets are listed in the attached Exhibit A hereto."

14          Is that what you found in Mr. Gidley's declaration?

15  A    That's correct.

16  Q    Does he indicate that these were campaigns that ViSalus

17  ran using POM?

18  A    He did.

19  Q    Now, what information were you summarizing from these

20  spreadsheets?

21  A    I was summarizing the number of outcome calls -- number of

22  outcome codes -- excuse me -- and the number of calls.

23  Q    What is an outcome code?

24  A    So the outcome code is created by the POM machine that has

25  the disposition of the call.

S. Davis - D

1   Q    When you say "disposition of the call," what do you mean?

2   A    What ultimately ended up happening at the end of the call.

3            MR. FOSTER:  Objection.  Foundation.

4            THE COURT:  What's the foundation of that knowledge?

5   Is that something from Mr. Gidley's declaration?

6            THE WITNESS:  That was from reviewing the POM manual

7   and some of the discovery production.

8            THE COURT:  Then the objection is sustained.

9   BY MR. DOVEL:

10  Q    Mr. Davis, did Mr. Gidley, in his declaration, provide any

11  information about outcome codes that you used in your summary?

12  A    Yes.

13  Q    Describe to the jury what information he provided in his

14  declaration about outcome codes.

15           THE COURT:  Before you do that, could you call our

16  attention to where in the declaration you are referring so we

17  can all follow along?

18           MR. DOVEL:  Yes, Your Honor.  It starts with

19  paragraph No. 6 and then we will go to 7.

20           THE COURT:  Very good.

21  BY MR. DOVEL:

22  Q    Paragraph No. 6 says, "To the best of my knowledge,

23  ViSalus did not alter the meaning of the POM disposition codes

24  (also called completion codes) from the definitions set forth

25  on pages 85 through 89 of the using Proactive Outreach manager

S. Davis - D

1  manual that was Exhibit 19 to my deposition on December 12th,

2  2017."

3          Let's look at the next paragraph.  This paragraph

4  says, "To the best of my knowledge, the following disposition

5  codes indicate no voice mail could have played."

6          Do you see that, sir?

7  A    Yes.

8  Q    And then there is a list.  Do you understand that each of

9  those is a completion code or disposition code?

10  A    I do.

11  Q    The list carries over onto the next page?

12  A    Yes.

13  Q    Let's talk about a couple of those.  What is your

14  understanding of what is meant by the disposition code

15  "call busy"?

16          MR. FOSTER:  Objection.  Foundation.

17          THE COURT:  Sustained.

18  BY MR. DOVEL:

19  Q    Now, sir, in doing your analysis, how did you summarize --

20  withdrawn.

21          In your analysis did you summarize how often each of

22  these disposition codes appeared in the approximately 400

23  spreadsheets that were identified by Mr. Gidley as relevant to

24  this lawsuit?

25  A    I did.

S. Davis - D

1  Q    Can you describe for us generally how you did that.  Let

2  me back up.  Did you do that by yourself just looking at each

3  one manually and going through it one at a time and look?

4  A    I did not.

5  Q    How many total calls was it that you found approximately

6  were in that collection of about 400 contact lists?

7  A    Approximately 4.1 million calls.

8  Q    Would it have been practical for you to go through each

9  one and manually add them up?

10 A    Definitely not.

11 Q    Instead of doing that, describe for the jury the process

12 that you used in order to add them up.

13 A    Yes.  I essentially used a database, which kind of worked

14 like a digital adding machine.  So I imported all of the

15 contact lists into the database and then used that to add up

16 all of the completion codes for each type of completion code.

17 Q    I want you to look at Exhibit 36, which is not in evidence

18 yet.  Do you have a copy of that in front of you?

19 A    Yes.

20 Q    I don't want you to read out any numbers right now, but

21 did you make a determination as to the number of calls where

22 they had the disposition code of "answer machine"?

23 A    Yes.

24 Q    Did you make an analysis of various other disposition

25 codes?

S. Davis - D

1   A    I did.

2   Q    Did you sum up the number of calls where no outcome is

3   listed?

4   A    I did.

5   Q    Did you identify the total number of calls where no

6   artificial or prerecorded voice could have played according to

7   Mr. Gidley?

8           MR. FOSTER:  Objection.  Foundation.

9           THE COURT:  Overruled.

10           THE WITNESS:  Yes.

11   BY MR. DOVEL:

12   Q    Now, after you -- did you prepare the summary that's

13   marked as Exhibit 36 based on your analysis?

14   A    Yes.

15   Q    Now, after you did that summary, did you prepare a second

16   summary, which has been marked as Exhibit 36A for

17   identification?

18   A    I did.

19   Q    Can you briefly describe for us how 36A differs from 36;

20   that is, what you did to prepare 36A?

21   A    Sure.  So to start with, 36, I essentially took the 405

22   contact lists.  I put them in the database.  We had a class

23   list of all the class members that were involved, and the class

24   list contained either phone number 1 or phone number 2, and I

25   basically matched the phone number in the 405 spreadsheets, all

S. Davis - D

1  of those phone numbers, against the numbers that appeared in

2  the KCC class list.  Then -- should I go on?

3  Q    Yes.

4  A    So the next summary that I created, which was 36A, is

5  basically the same, but the difference is instead of matching

6  to phone number 1 and phone number 2, I only matched to phone

7  number 1, and then I also removed any businesses that appeared

8  in the first name or last name columns of the spreadsheets.

9  Q    Why is it that when you prepared the second summary, you

10  matched just the phone number 1 and not the two phone numbers?

11  A    So when I reviewed the manual for POM, the manual had

12  mentioned that it could either dial based off of phone number 1

13  or phone number 2.

14            MR. FOSTER:  Objection.  Foundation.

15            THE COURT:  Overruled.

16            THE WITNESS:  So it had mentioned that it could

17  either dial phone number 1 or phone number 2.  But I had

18  realized that in looking at the discovery production, I didn't

19  find anything that indicated that was for certain, and so to

20  try to be a little bit more conservative, in this next summary

21  I limited it just to phone number 1, just because I know at

22  least one phone number was called, and that would be the first

23  one.  I did not know for certain that the second phone number

24  was called.

25            THE COURT:  When you say "the second summary," is

S. Davis - D

1  that what you are referring to as 36A?

2          THE WITNESS:  That's correct.

3  BY MR. DOVEL:

4  Q    Approximately how many phone calls were removed from your

5  summary when you got rid of the second phone number?

6  A    Removing the second phone number and the businesses were

7  about -- around 11,000 or so.  Businesses would have been

8  around 6,000.  The second phone number, I believe, was less

9  than 5,000 that were removed.

10  Q    You say you removed businesses.  How did you identify

11  phone numbers that were associated with a business using the

12  ViSalus contact sheets?

13  A    Yes.  So I essentially looked at the "First Name" and

14  "Last Name" column.  That's where the business names, if they

15  were, would appear.  I did a systematic search of looking for

16  business identifiers, such as LLC, Inc., Incorporated,

17  Corporation, and so I went through all of those.  Then I marked

18  any that I found, and I removed them.

19          Then to be even more assured, I did a filter where I

20  filtered the last name column to show me any name that was

21  greater than 15 characters, because a lot of times businesses

22  do have longer names.  Then I manually found other businesses

23  to remove.

24  Q    Approximately how many numbers did you -- how many calls

25  did you remove from your summary when you took out the calls

S. Davis - D

1    associated with a business?

2    A    Around 6,000 or so.

3    Q    Now, when you did that -- all right.  Now, did you prepare

4    another revised version of the summary, which has been marked

5    for identification as 36B?

6    A    Yes.

7    Q    Let me back up.  On 36A, did you do anything to divide the

8    campaigns into different types and do an analysis based on the

9    type of campaign?

10   A    I did.

11   Q    Describe that for the jury.

12   A    So I essentially divided the 406 spreadsheets into two

13   buckets.  One bucket were all of the contact lists used in the

14   WinBack campaign; then the other bucket were spreadsheets that

15   were not used in the WinBack campaign.

16   Q    Of the 400 approximately contact lists or spreadsheets

17   that you were analyzing, approximately how many of them were

18   WinBack compared to others?

19            MR. FOSTER:  Objection.  Foundation.

20            THE COURT:  Sustained.  If the exhibits come in, you

21   can point that out.

22   BY MR. DOVEL:

23   Q    Let's go to 36B, the second version -- second revision.

24   Describe for us what you did in 36B that varied from what you

25   had done before.

S. Davis - D

1    A    Sure.  So for 36B, I did not match against the KCC class

2    list; instead I looked at all 406 spreadsheets.  Then I removed

3    the businesses with the same manner that I described before,

4    but another thing I did was I removed any phone numbers that

5    were outside of the United States or that were invalid.

6    Q    How do you know whether a phone number is invalid or not?

7    What do you mean by "invalid"?

8    A    Yes.  So a phone number will essentially have an area

9    code, the first three numbers, and then it will have a prefix,

10   the next three numbers.  So you can essentially determine if a

11   phone number is valid based off if the area code is a known

12   United States area code and within that area code if the prefix

13   is a known prefix within that area code.

14   Q    Is that something that you're able to look up in

15   directories of tables, areas codes in the U.S. and prefixes and

16   so on?

17   A    Yes.  It is listed in a lot of different sources.

18   Q    Did you manually do that analysis by looking it up in a

19   table, or did you do something else?

20   A    I did something else.

21   Q    Can you describe that for the jury.

22   A    Yes.  So Google created a tool, which you can essentially

23   input in phone numbers, and then the Google tool already knows

24   the valid area codes and the valid prefixes.  If you put in a

25   number that is invalid, it looks at the area code and prefix,

S. Davis - D

1    and then it will return a result that says it is invalid.

2    Q    Did you do anything to make certain that this Google

3    tool -- the results it produced -- were reliable?

4    A    Yes.

5    Q    What did you do?

6    A    I did spot checks with other tools that you could

7    essentially input numbers, and I checked to see if it was

8    consistent within either a U.S. number or an invalid number or

9    other country.

10   Q    Was this work on this case the first time you'd used this

11   Google tool, or do you have experience with it?

12   A    I have used the Google tool before.

13   Q    In other cases?

14   A    Yes.

15              MR. DOVEL:  Your Honor, we offer Exhibits 36A, 36,

16   and 36B.

17              THE COURT:  Before I turn to defendant, am I correct

18   you did not use the Google tool for either 36 or 36A; is that

19   correct.

20              THE WITNESS:  That is correct.

21              THE COURT:  Let me ask defense counsel, is my

22   assumption correct that you have access to the KCC class list?

23              MR. FOSTER:  I do, Your Honor.

24              THE COURT:  Then I will ask you, any objections to

25   36, 36A, or 36B?  If you wish to ask some questions in support

S. Davis - D

1   of a potential objection first, you may do that.

2              MR. FOSTER:  I would like to do some cross-exam,

3   Your Honor.

4              THE COURT:  You may ask questions in aid of an

5   objection.

6   BY MR. FOSTER:

7   Q    Good afternoon, Mr. Davis.

8   A    Good afternoon.

9   Q    I would like to start with something.  I would like to

10  clarify a certain point.  You mentioned over and over that

11  Exhibits 36, 36A, and 36B are summaries of the 405 spreadsheets

12  identified in Mr. Gidley's affidavit; is that correct?

13  A    Yes.

14  Q    But that's not exactly true, is it?  It is not true, is

15  it?

16  A    You would have to rephrase.

17  Q    Okay.  So you took the 405 exhibits -- the 405

18  spreadsheets and added them all together.  Those spreadsheets

19  included names, telephone numbers, and disposition codes,

20  correct?

21  A    That's correct.

22  Q    Does your summary reflect the totals of those disposition

23  codes?

24  A    It does, but what I had just explained the differences

25  between each version, obviously there will be some changes.

S. Davis - D

1    Q    Let's start with 36.  You did not total up the disposition

2    codes of the 405 spreadsheets.  In fact, you culled some of

3    that information out, didn't you?

4    A    I culled -- say again, please.

5                THE COURT:  Let me ask him this question:  When you

6    took out the names from the KCC class list and told me that was

7    for 36A, did you apply that also to 36?

8                THE WITNESS:  36 and 36A were both run against the

9    KCC class list.

10                THE COURT:  Understood.  Thank you.  I'm sorry.

11                You may continue.

12   BY MR. FOSTER:

13   Q    So I'm correct in assuming that there are more lines of

14   information in the combined 405 spreadsheets than there are in

15   the dataset after you culled out the information using the KCC

16   class list; is that right?

17   A    That's correct.

18   Q    Okay.  You didn't create the KCC class list, did you?

19   A    KCC was a neutral party that created that list.

20   Q    Do you work for KCC?

21   A    I do not.

22   Q    You work for Edelson, correct?

23   A    That's correct.

24   Q    Counsel for the plaintiff; is that right?

25   A    Yes.

S. Davis - D

1   Q    And you don't have any idea what data went into the KCC

2   list, do you?

3   A    I know it was originally from the 405 spreadsheets.

4   Q    Did you create it?

5   A    Did I create what?

6   Q    The KCC class list.

7   A    I created a version, but I did not ultimately create the

8   final KCC class list.

9   Q    You didn't build the KCC class list, did you?

10  A    Can you define "build"?

11  Q    Put together.  Input the information.  The same way you

12  built this summary.  You didn't create the KCC class list, did

13  you?

14  A    I created a class list that ultimately was sent to KCC,

15  and they did further processing on it.

16  Q    But you didn't do that further processing; am I correct?

17  A    That's correct.

18  Q    But you used this class list that you didn't create, that

19  you didn't put the data into, to scrub those 405 spreadsheets,

20  which you've summarized as Exhibit 36; isn't that correct?

21  A    Say again.

22           THE COURT:  It is not clear to me what "scrub" means.

23  I would like to really have a better understanding of what you

24  did between the 405 contact lists and this KCC class list.

25  What did you do?  Did you make sure that it was only the

S. Davis - D

1  numbers that were on the KCC class list?  Did you take out the

2  numbers on the KCC class list?  What did you do with the KCC

3  class list to create 36 and 36A?

4          THE WITNESS:  So I had originally taken all 405

5  spreadsheets, and then I basically combined them all, and then

6  I put that into a database.  So then the KCC class list has a

7  phone number 1 and a phone number 2 column.  So for 36, what I

8  did was I basically took all of that data about the 405

9  spreadsheets, and then in creating 36, every time either phone

10  number 1 or phone number 2 matched all of the data I had

11  against phone number 1, phone number 2 and the KCC class list,

12  then that row was outputted into the results that ultimately

13  ended up being the summary.

14          THE COURT:  For 36A, it was only phone if number 1 in

15  the KCC class list that appeared on your master conglomeration

16  of the 405 contact lists, then would you take it out and put it

17  into your totals, right?

18          THE WITNESS:  Right.

19          THE COURT:  You may proceed.

20  BY MR. FOSTER:

21  Q    That's the total of your summary.  You are not summarizing

22  the 405 spreadsheets.  You are summarizing the 405 spreadsheets

23  after you ran the analysis for the KCC class list?

24  A    That's correct.

25          THE COURT:  Instead of "analysis," would it be fair

S. Davis - D

1   to say "after running the filter"?  Would that be an

2   appropriate way to look at it?  Basically there is a lot of

3   information on the 405 contact lists.  For Exhibit 36, you

4   would only put on that summary if they satisfied the filter on

5   the KCC class list for either phone number one or phone number

6   two.  And for 36A, you would only put it on your summary if it

7   satisfied the KCC class list for the filter for phone number

8   one?  Do I have that right?

9         THE WITNESS:  Yes.

10  BY MR. FOSTER:

11  Q    Let's talk about an additional analysis you ran for 48A.

12  A    48A?

13  Q    Excuse me.  36A.

14  A    Okay.

15  Q    You purported to pull out those numbers associated with

16  businesses; is that correct?

17  A    That is correct.

18  Q    There is nothing in the original 405 spreadsheet that you

19  can sort that says, "This entry is a business," can you?

20  A    No.

21  Q    So you had to run a subjective analysis of what you

22  considered to be a business; isn't that correct?

23  A    That is correct.

24  Q    And when you -- when did you turn over Exhibit 36A to our

25  firm?

S. Davis - D

```
 1   A    36A, I'm not sure when you received it, but I believe I
 2   completed it on April 6th.
 3   Q    So that would have been Saturday, April 6th; is that
 4   right?
 5   A    That sounds right.
 6             MR. FOSTER:  I received it, for the record --
 7             THE COURT:  No, you're not testifying.  If you want
 8   to call yourself as a witness, that will open up another can of
 9   worms.
10             MR. FOSTER:  Very well, Your Honor.
11   BY MR. FOSTER:
12   Q    Are you aware if you provided any kind of key to explain
13   to my firm how you determined whether a name was a business?
14   Did you provide that?
15   A    I have no knowledge what your firm received.
16   Q    Did you put together any such key?
17   A    I had put together what I had considered businesses, and I
18   sent it to counsel, plaintiff's counsel.
19   Q    And when you say you put together what you considered to
20   be businesses, did you create some sort of Excel spreadsheet
21   showing all of the businesses you've identified, or how did you
22   put that together?
23   A    Kind of how I explained it to the jury.  All the business
24   identifiers that I first searched for, I put those in the
25   email, and then I described the process about how I had looked
```

S. Davis - D

1   for names -- or the phone -- excuse me -- the "Last Name"

2   column that was greater than 15 characters.  So I explained all

3   of that in the email.

4   Q    So you explained to plaintiff's counsel?

5   A    That's correct.

6   Q    And so I want to take a step back.  When you take those

7   405 spreadsheets and put them in one database, and then you

8   pull out only that information related to the KCC class list,

9   whether it be column 1, column 2, or just column 1, you create

10  a secondary database; is that correct?

11  A    That's not correct.

12  Q    What do you create?

13  A    So essentially the database ends up staying the same.  I'm

14  just using different queries to get different data.

15  Q    But, for instance, you guys provided to our firm five

16  separate spreadsheets labeled "all calls from KCC numbers

17  0000"?

18  A    Correct.

19  Q    0001, 0002, 0003, and 0004?

20  A    Correct.

21  Q    Are you aware what those Excel spreadsheets showed?

22  A    Yes.

23  Q    Are those spreadsheets the actual results of your analysis

24  of running the KCC class list against the 405 original POM

25  spreadsheets?

S. Davis - D

1   A    That's correct.

2   Q    Okay.  So in that database you've already removed all of

3   the numbers that you deemed not to match the KCC list; is that

4   right?

5   A    Say again, please.

6   Q    You removed from the Excel spreadsheets labeled "all calls

7   from KCC numbers," you have already removed the numbers that

8   aren't associated with the KCC class list, right?

9   A    Yeah, I removed them from the sheets you received, but I

10  did not remove them from the database.

11  Q    Correct.  So the sheets we received only showed the calls

12  that you had selected as matching the KCC list, right?

13  A    That is correct.

14  Q    Okay.

15           THE COURT:  One second.  We have a question from the

16  jury or a comment.

17           JUROR:  I'm unclear what the KCC class list is.

18           THE COURT:  All right.  Let me ask, Mr. Davis, what

19  is your understanding of what is the KCC class list?

20           THE WITNESS:  My understanding of the KCC class list,

21  based off of plaintiff's counsel and defense counsel, they had

22  gotten together to basically establish what the class list was

23  going to be.  So in all of these summaries, I have been talking

24  about the number of calls.  The class list is talking about the

25  number of people that are involved.  So you would take unique

S. Davis - D

1  phone numbers.  So the class list was essentially a list of all

2  of the people that were involved as opposed to how many calls

3  they had received and all that.

4           THE COURT:  I'll remind the jury that in my

5  preliminary instructions, and I will repeat this again in the

6  final instructions, I gave you a class definition.  So there

7  was a definition of the quality and people in the class.  Now

8  we have a list of the people that appear to satisfy that

9  definition.

10          You may proceed.

11          MR. FOSTER:  Thank you.

12 BY MR. FOSTER:

13 Q    So turning to Exhibit 36A, Mr. Davis, I assume there were

14 similar spreadsheets/databases after you ran your analysis

15 similar to those labeled "all calls from KCC numbers,"

16 something to that -- strike that.

17          After you ran your analysis, where you took the 405

18 spreadsheets and took the KCC list and queried those, you ended

19 up with a final database of names, disposition codes, and

20 numbers, right?

21 A    Not a final database; a final output sheet.

22 Q    Would that be an Excel spreadsheet?

23 A    I believe it was a CSB --

24 Q    Okay.  So a CSB file.

25 A    -- which is like an Excel spreadsheet.

S. Davis - D

1   Q    So that CSB file would contain all the names, numbers, and

2   disposition codes that you are summarizing in 36A, right?

3   A    That's correct.

4   Q    If I don't have that CSB database, is there any way for me

5   to tell what names and numbers from the 405 spreadsheets that

6   you actually included in your summary?

7   A    Say again, please.

8   Q    If I don't have the CSB file that was outputted from your

9   system that you used to create the summary labeled 36A, if I

10  don't have that, how am I supposed to know what names, what

11  numbers, and which disposition codes from the 405 spreadsheets

12  you included in Exhibit 36A?

13  A    Well, you would essentially have the 405 contact lists.

14  So you could have potentially done your own analysis on those,

15  I suppose.

16  Q    But you agreed with me earlier that the 405 spreadsheets

17  had more names, numbers, and disposition codes than your CSB

18  file that you used to summarize in 36A, right?

19  A    That is correct.

20  Q    And 36A doesn't have any indication which names, which

21  numbers, or which disposition codes you're summarizing there?

22  A    That is correct.

23  Q    So how am I supposed to take the 405 spreadsheets, without

24  the benefit of seeing either your underlying data or having you

25  sit with me and explain the analysis, how am I supposed to

S. Davis - D

1   know?  How am I supposed to check?  How am I supposed to verify

2   the work in 36A?

3   A    I'm not sure what information you received about 36A.

4           THE COURT:  He got a copy of 36A, the chart.

5           THE WITNESS:  No.  I mean about the analysis that I

6   performed.

7           THE COURT:  By the way, this CSB file you are talking

8   about, is that basically just the compilation of the 405

9   contact lists, filtered out -- basically with a filter applied

10  for the KCC class list and then the additional stuff that you

11  did about business names?

12          THE WITNESS:  That's correct.

13          THE COURT:  Okay.

14  BY MR. FOSTER:

15  Q    Again, with the business names, that's an objective

16  criteria.  Let's take a step back.

17          In 36A, there is nothing to explain to me what you

18  meant by "business names."  I think it says, "Calls associated

19  with businesses"; is that correct?

20  A    In the summary exhibit, that's correct.  Again, I don't

21  know what you received.

22  Q    Let's just assume all I got was the summary.  All I had

23  was 36A.  And all I have are the 405 POM campaign sheets.

24  Assume I have three days.  How could I run an analysis that

25  verifies the 6,700 business names that you claim to have found

S. Davis - D

1    in 36A?

2    A    Well, I suppose if I were you, I would do the same thing

3    that I initially thought of.  I looked at the contact lists,

4    and I determined where would I find out if it was a business.

5    As you mentioned before, there is not a column that identifies

6    a business, unfortunately.  That would have been much easier.

7    So I noticed that businesses were located in the first and last

8    name column.  So I suppose if I were you, I would have looked

9    through the spreadsheets and then determined myself where I

10   found business names.

11   Q    But if I don't know the numbers that you actually pulled

12   out, how can I verify whether you included a business or not,

13   or you included a name as a business name?

14   A    If you would have done the analysis, you could have looked

15   at your total of businesses versus my total and seen that they

16   were the same or they were not.

17   Q    You didn't run this analysis of businesses until Saturday,

18   did you?

19   A    That's correct.

20   Q    And you didn't run your analysis -- you didn't do an

21   analysis of businesses in Exhibit 36, did you?

22   A    I did not.

23   Q    Who told you to run the analysis of businesses?  Was that

24   something you came up with on your own?

25   A    No.

S. Davis - D

1   Q    It was something your attorneys told you to do, right?

2   The attorneys at Edelson?

3   A    Plaintiff's counsel told me, yes.

4   Q    You ran that analysis because we pointed out that we

5   thought that there may be errors in Exhibit 36; isn't that

6   correct?

7   A    I don't think that's correct.

8   Q    You don't think there are errors in Exhibit 36?

9   A    I just don't know if that's the reason that I heard.

10  That's what I'm saying.

11  Q    What was the reason you heard?

12  A    I heard that it had come up in the pretrial --

13          THE COURT:  You may continue.

14          THE WITNESS:  It had come up in the pretrial

15  conference that defense counsel wanted to potentially know how

16  many businesses there were and have them be taken out.  That's

17  what I understood.

18  BY MR. FOSTER:

19  Q    And you didn't just take out businesses, did you, from

20  36A -- or did you just take out businesses?  Is that the only

21  thing you took out?

22  A    No.

23  Q    What else did you take out?

24  A    I took the "phone to" calls.

25  Q    On what basis did you take out the "phone to" calls?

S. Davis - D

1  A    The "phone to" calls, again, when I had performed the

2  analysis on 36, I realized that we were counting calls for --

3  if there was a phone 1 and a phone 2, we were counting that

4  twice.  So essentially since in this case we're referring to

5  every line in the contact list as a single call, and I realized

6  that I hadn't personally read anything that said for sure that

7  defendant called phone 1 and phone 2.

8          So I kind of took it upon myself to be more accurate,

9  and as I mentioned, more conservative.  So I talked to

10  plaintiff's counsel, and I explained that, you know, I didn't

11  have this knowledge, and I thought that while taking out the

12  businesses, that it would probably be a good idea to take out

13  phone 2, just to be on the safe side, in case defendant did not

14  call both phone numbers.

15  Q    When you produced Exhibit 36 back in January, you produced

16  the underlying database that verified the call counts, the

17  disposition counts, and the summary of Exhibit 36; is that

18  correct?

19  A    Not a database; again, the output.

20  Q    Let me rephrase.  You produced the CSB files that verified

21  your work that showed the names, numbers, the disposition

22  codes; isn't that correct?

23  A    That's correct.

24  Q    And you didn't produce that to us this time for

25  Exhibit 36A?

S. Davis - D

1  A    I did not personally, but I have not produced anything to

2  you myself.

3  Q    Your firm didn't produce that.  Neither did any of the

4  other law firms representing plaintiff produce the CSB files

5  that verified the work for 36A?

6  A    I don't have knowledge personally of what they sent you.

7  Q    You didn't produce the CSB files for the exhibit

8  underlying 36B, which was produced to us two days ago; isn't

9  that right?

10 A    Isn't that the same question?

11 Q    No, it's different.

12 A    Can you rephrase so I understand?

13 Q    You didn't produce the CSB files that supported your work

14 in Exhibit 36B, did you?

15 A    Produced to who?

16 Q    Us.  Our firm.  The defendant.

17 A    I never produced anything directly to you.

18 Q    Do you have any reason to believe those were produced?

19 A    I am unclear.

20 Q    Now, let's talk about the analysis you ran for 36B.  Can

21 you explain that one more time?  I caught something that you

22 were using Google to analyze some of the data.  Would you

23 explain that again.

24 A    Sure.  So for 36B, I took the master list of all of the

25 contact lists, like I did before.  This time I did not end up

S. Davis - D

1  matching them against the KCC list at all.  Instead I just

2  removed the businesses, and then I removed any invalid or

3  nonUnited States numbers.

4  Q    You mentioned that you used some Google analytics to

5  analyze the data; is that correct, some third-party database?

6  A    Yes.  Google Analytics is a different product, but, yes, I

7  used a Google tool.

8            THE COURT:  Do you know the name of the Google tool?

9            THE WITNESS:  It is a Google library.  It is called

10  like libphone, something.

11  BY MR. FOSTER:

12  Q    Again, do you work for libphone or is that a database you

13  used?

14  A    Well, that's just the name of the tool.  It is made by

15  Google.

16  Q    Did you make the tool?

17  A    I did not make the tool.

18  Q    You don't understand how that tool works, do you?

19  A    Well, let me say this:  What Google provided was actually

20  a software library.  So Google ended up having a library that

21  contained all of the area codes that were valid and all of the

22  prefixes.  Then what Google does is they say anyone can

23  basically use our library.  So myself and one of my guys, who

24  is a computer forensic investigator at Edelson, basically made

25  software that ended up using that library.  So I do have

S. Davis - D

 1  knowledge, yes.

 2  Q    Well, you utilized the library that you didn't create and

 3  you don't know how it was created; is that correct?

 4  A    I wouldn't say that.  I looked through the library, and I

 5  looked and noticed that there were U.S. area codes and

 6  prefixes.  I performed spot checks on those as well.

 7  Q    My question was, you didn't create the library, and you

 8  don't know what data was used to create that library, do you?

 9  A    I know what data was used to create it.  I did not create

10  the library.

11           MR. FOSTER:  Your Honor, we object to the entry of

12  Exhibits 36, 36A, and 36B.

13           THE COURT:  I understand.  I understand the

14  objection.

15           All right.  Members of the jury, this is a perfect

16  time to end for the evening.  We will start up at 9:00 a.m.

17  tomorrow.  I think this case is going to be in your hands

18  tomorrow.  So please do not discuss this case with anyone,

19  including among yourselves.  Do not do any research.  We have

20  had a lot of talk about Google.  None of you can get on Google

21  tonight and look up anything.  You will base this decision

22  based strictly on the evidence received during trial and the

23  instructions I give you.  Please don't do any research.

24  Otherwise, we are starting this whole trial again.

25           So I will see you tomorrow morning at 9:00 a.m.

1   sharp.  Have a good evening.

2           JUROR:  Do we leave the books here?

3           MR. FOSTER:  I will need it for cross.

4           THE COURT:  Feel free to leave it on your chair or on

5   the floor.  It will be used tomorrow morning, it sounds like.

6   But not your notebooks; your notebooks can go in the jury room.

7   The big, thick, heavy books, you don't need to carry them back

8   and forth.  Leave them in the jury box.

9           Good night, everyone.

10          (Open court; jury not present:)

11          THE COURT:  All right.  Folks, I'm going to receive

12  in evidence Exhibit 36.  I am going to exclude from evidence

13  36B.  We have got the same problem with this Google tool

14  libphone as we do with SearchBug.  It may very well be a

15  perfectly valid tool that's relied upon by experts in this

16  field, and this problem would have been solved had plaintiff

17  filed a Rule 26 expert disclosure report in a timely fashion

18  with an expert opinion that the Google tool libphone, or

19  whatever that is, and SearchBug are reliable and the sort of

20  tool that are used by experts in this field for these

21  calculations, but we don't have that.  I can't take judicial

22  notice.  I am not going to take judicial notice that the Google

23  tool libphone and/or SearchBug are reliable.

24          In addition, it needed to be provided in a more

25  timely fashion to defendant.  I'm more concerned about the fact

1  that 36B uses this Google tool without expert testimony; that

2  it is reliable.  So it's the same problem that I had with 36C.

3  So 36B is out.  36C, I already said, is out.  36 is in.

4          Now, with respect to 36A, let me ask you all some

5  questions.  If I heard this correctly, counsel did provide the

6  CSB files to defendant that were used in the preparation of 36.

7          Did I understand that correctly, defense counsel?

8          MR. FOSTER:  Yes, Your Honor.  They provided the

9  files, and Mr. Franzini was kind enough to provide me with an

10  explanation of how those files were created and how the summary

11  was created.

12          THE COURT:  Let me ask plaintiff's counsel, did you

13  provide the CSB files to defendant that relate to 36A?

14          MR. DOVEL:  Your Honor, we did not.  The reason we

15  did not, as you've noted, this is not expert testimony.  The

16  rules are that we have to provide the underlying data, but we

17  do not have to provide the software that's used in crunching

18  the numbers or the keystrokes.  That's the case law.

19          THE COURT:  I agree.  But here is the problem with

20  36A, if I've understood it correctly -- by the way, I'm not

21  worried about the KCC class list.  The KCC class list is what

22  it is.  It is just a group of names and numbers.  Both sides

23  have it.  All that we have with 36 and 36A is you take the big

24  group of data from the 405 contact lists, and you take and

25  filter it against the KCC class list.  I'm just not worrying

 1 | about that.

 2 |         But Mr. Davis did a second thing with respect to 36A.

 3 | One thing that he did was he only used the first phone number

 4 | in the KCC class list, and I don't know whether that was

 5 | explained to the defendant -- let me ask defendant.  Was that

 6 | explained to you, that 36A basically used only the first phone

 7 | number in the KCC class list?

 8 |         MR. FOSTER:  No, Your Honor.  What was explained to

 9 | us was, on Sunday, Mr. Franzini provided the spreadsheet, the

10 | summary, and said that this summary is to address the

11 | objections at Wednesday's pretrial conference.  As you recall,

12 | I don't believe that we mentioned the first phone number in the

13 | KCC list, or, frankly, I don't think we raised the business

14 | issue then.

15 |         THE COURT:  I think I may have talked about the

16 | business issue, and there was some talk about foreign area

17 | codes or Canadian numbers.

18 |         But my two concerns now -- and I don't know what to

19 | do about 36A.  No. 1, if the defense wasn't given the CSB

20 | files, then at the minimum they should have been told that not

21 | only did the plaintiff apply the KCC class list, but they only

22 | applied it against the first phone number, so that way the

23 | defendant could have a fair opportunity to determine for itself

24 | the accuracy of 36A.  If you don't know how 36A is calculated,

25 | you don't know how to assess whether or not it's accurate.

1             Secondly, there appears to be some subjective

2   judgment that I heard from Mr. Davis.  He removed anything that

3   had the name "Inc." or "Incorporated" or "Corporation" or

4   "LLC," but I think those are just examples of maybe some other

5   things.  I don't think we have a complete list of what he

6   removed, like, for example, I don't know whether he removed

7   "Limited, LTD."  I don't know whether he removed "Company, Co."

8             MR. FOSTER:  I don't know, Your Honor.

9             THE COURT:  Then we heard that Mr. Davis also did a

10  check for last names that had more than 15 characters.  I

11  totally understand the logic behind it.  It makes perfectly

12  good sense, but we don't know exactly what criteria he applied

13  or perhaps, as an alternative for that, what names he took out

14  as a result.

15            And so had the CSB file that created 36A been given

16  to the defendants, the defendants then could have compared that

17  to 36.  They could have seen what has been removed.  They could

18  have seen that the second numbers from the KCC class list were

19  removed.  They could have seen what business names were

20  removed.  Now they know what goes into 36A, and they can

21  "have at" the summary witness, Mr. Davis, on whether or not 36A

22  is accurate.

23            Here is where the bottom line is for me:  The idea

24  behind Rule 1006 is, No. 1, the underlying data -- well,

25  No. 1, the data needs to be voluminous.  I'm satisfied.  I have

 1    said it before.  This is voluminous data.  No. 2, the

 2    underlying voluminous data has to be admissible.  I think

 3    generally for 36 and 36A it is.  36B and 36C it's not -- I

 4    don't have any evidence that I can conclude it's admissible,

 5    because I don't have any expert testimony that the Google tool

 6    libphone is the sort that's reasonably used by experts in this

 7    field, or even by people generally in this field for this type

 8    of calculation.  And for 36C, I already have my same concern as

 9    I did about SearchBug.  So for 36B and C.  I don't think that

10    we have the situation where the records being summarized are

11    all admissible or the tools to summarize them are all

12    admissible.

13         But then the third criteria is that the summary and

14    the underlying data has to be provided to the opposing party in

15    a sufficiently timely manner so that they can do their own

16    investigation and challenge whether the summary is accurate or

17    not.  I'm going to come back to that in a moment.

18         Then I will say the fourth criteria that some courts

19    look at, but I don't think many do, is how accurate is the

20    summary itself.  Here, I think that's better tested by

21    cross-examination.  There may be an extreme case that it is so

22    unreliable that it is inadmissible.  But for the most part if

23    you satisfy the first three prongs, it's voluminous, it's

24    admissible, and it has been timely provided, then we let how

25    accurate or inaccurate it is be tested by cross-examination.  I

 1   don't think any case ever says it has to be 100 percent

 2   accuracy in order for a summary to be admitted under 1006.

 3         But on this third prong of is it timely provided, I

 4   understand it was provided on Saturday, April 6th, and it may

 5   have been a different situation had plaintiff given the CSB

 6   file and the list of all the specific types of business

 7   entities and the specific criteria of what last names of more

 8   than 15 characters were deleted, or even maybe just with the

 9   CSB list.  That probably would be enough, with an explanation

10   that we have taken out the second phone numbers from the KCC

11   class list, we've taken out what looks like to us to be

12   business names.  You can compare the two lists themselves, and

13   you can see that.

14         Had the CSB list been provided in enough time to make

15   those comparisons to examine the summary expert, then I think

16   that would satisfy the third criteria.  Whether or not three or

17   four days before trial is enough time, I don't know, and I

18   guess I don't have to decide, because as I hear plaintiff

19   confirming, the CSB files for 36A were not provided to the

20   defendant, and I just don't understand why not.

21         MR. DOVEL:  I'll say, Your Honor, the reason why not.

22   We provided a summary to them, and we told them about it.  And

23   if they wanted any more information, we were happy to provide

24   it.  They never asked for it, Your Honor.  They never asked for

25   anything else.  We thought what we provided up to that point

1   was sufficient for them and that was all that was needed.

2           THE COURT:  Well, did you provide to them, when you

3   gave them 36A, the statement or information that 36A only uses

4   the number 1 phone number from the KCC class list and not both

5   phone numbers?

6           MR. DOVEL:  Let me have Mr. Franzini address that.

7   Can you rephrase the question?

8           THE COURT:  Sure.  As I understand it, 36 basically

9   looks to see whether either KCC class list phone number 1 or

10  phone number 2 -- sorry.  Let me start that again.

11          As I understand it, 36 takes both phone number 1 and

12  phone number 2 from all of the gigantic contact lists, the 405

13  contact lists, including both phone number 1 and phone number

14  2; am I right?

15          I am looking at Mr. Davis.

16          THE WITNESS:  Yes, you're right.

17          THE COURT:  Then it asks which one of these are on

18  the KCC class list, and the starts counting just from that;

19  whereas 36A starts with a different foundation.  It says that

20  we're only going to look at phone number 1 from the 405 contact

21  lists, and then compare that against the KCC class list.

22          Am I right, Mr. Davis?

23          THE WITNESS:  Yes.

24          THE COURT:  So when plaintiff's counsel gave 36A to

25  defense counsel, did they explain that to defense counsel,

1    Mr. Franzini?

2            MR. FRANZINI:  I don't believe we said that in the

3    email.  I know they are aware of it now, and, frankly, I don't

4    recall when it was explained to them.

5            THE COURT:  So defense counsel is telling me that was

6    not told them.  Am I correct, defense counsel?

7            MR. FOSTER:  That's correct.

8            THE COURT:  In the absence of a contrary statement,

9    I'll accept that.

10           In addition, I'm hearing Mr. Davis explain he took

11   out the names that are commonly associated with the business;

12   for example, Inc., Corp., and LLC.  He looked at last names

13   that were more than 15 characters.  And if it sounded like a

14   business to him, he took it out.

15           Am I right, Mr. Davis?

16           THE WITNESS:  Yes.

17           THE COURT:  And I'm taking it that the plaintiff

18   didn't explain that process to defense counsel and certainly

19   didn't give defense counsel sort of a comprehensive list of

20   what were the business name descriptors that were being removed

21   and/or what were the 15-plus-character last names that were

22   being removed.  Am I right?

23           MR. FRANZINI:  That's right, Your Honor, but if I

24   could add one thing to that.

25           THE COURT:  Absolutely.

1            MR. FRANZINI:  On the business issue, we told them

2    that we were removing the businesses, and then we gave them a

3    count of the businesses we removed.  So just to take one step

4    back also, the summary exhibit, 36A, is based on the -- if you

5    took those CSB files that we already provided to them in

6    January, what is shown on Exhibit 36A is a subset of that

7    information.  So it is not that we hadn't provided the

8    underlying data, except there is one additional missing link

9    that we didn't provide them.

10           THE COURT:  So you gave them 36 with all the

11   underlying data in January of this year.  36A is simply a

12   smaller subset of that so that really if they think that 36 is

13   not a good summary, they can attack 36.  Nothing was added to

14   36 that created 36A.  36A is just a smaller subset of 36; am I

15   right?

16           MR. FRANZINI:  That's exactly right, Your Honor.  So

17   we thought they already had the underlying data.  In fact, I

18   don't know that we even needed to give them the CSB files for

19   the first batch in the first place.  We just wanted to make

20   sure that any objection to this would be fleshed out early in

21   the process.  That's why we did that.

22           THE COURT:  I guess although I'm concerned on a

23   theoretical level that maybe not enough data was given on 36A,

24   an explanation.  On the other hand, I don't see the prejudice

25   to defendant as being significant by not getting that for 36A.

1           So for better or for worse, we will let an appellate

2   court sort it out.  36 is received.  36A is received.  36B is

3   excluded.  It is not received.  36C, as I have already said, is

4   excluded.  It is not received.

5           All right.  So we will pick up with Mr. Davis'

6   direct, I assume, tomorrow morning at 9:00?

7           MR. DOVEL:  Yes, Your Honor.

8           THE COURT:  Then does plaintiff anticipate resting?

9           MR. DOVEL:  We are seeing if we can have another

10  witness, but we are not sure.

11          MR. O'NEAL:  Who are you calling?

12          THE COURT:  How are you going to do that when you

13  haven't listed a witness on a witness list?

14          MR. DOVEL:  We have a witness, which is the

15  representative of ViSalus.

16          THE COURT:  I see.  So if a representative of ViSalus

17  steps into the courtroom, you're going to call him to the

18  stand?

19          MR. DOVEL:  That's right, Your Honor.

20          THE COURT:  All right.  Fine.  That will be

21  interesting to watch.

22          Okay.  See you in the morning.

23          One more thing.  This case is going to the jury

24  tomorrow.  Are you prepared to give me any exceptions to jury

25  instructions and/or verdict form now, or would you like to meet

1    at 8:30 tomorrow morning and put those on the record then?

2              MR. DOVEL:  8:30 tomorrow, Your Honor.

3              MR. O'NEAL:  Agreed, Judge.

4              THE COURT:  Okay.  8:30 tomorrow.  We will pick up

5    without the jury.  I will expect everyone to give me their

6    further arguments, exceptions, and objections to final jury

7    instructions and verdict form.

8              See you tomorrow at 8:30.

9              (Court adjourned.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

--oOo--

        I certify, by signing below, that the foregoing is a correct transcript of the record of proceedings in the above-entitled cause.  A transcript without an original signature, conformed signature, or digitally signed signature is not certified.

/s/ Dennis W. Apodaca                    May 14, 2019
DENNIS W. APODACA, RDR, RMR, FCRR, CRR            DATE
Official Court Reporter

**"ANSWER: [1]** 270/18
**"QUESTION: [1]** 270/15
**BY MR. ADAMS: [6]** 277/7 277/12 284/1 285/10 292/13 294/23
**BY MR. DOVEL: [26]** 316/9 322/24 325/20 326/19 331/3 337/20 339/6 340/8 340/24 343/10 355/1 355/16 359/2 360/1 360/21 361/7 362/1 362/20 363/17 364/5 365/8 365/20 366/17 368/10 370/2 371/21
**BY MR. FOSTER: [9]** 374/5 375/11 377/19 378/9 379/10 382/11 384/13 386/17 389/10
**BY MR. FRANZINI: [11]** 178/2 179/17 180/9 181/22 188/4 188/13 189/13 190/8 191/5 194/16 204/6
**BY MR. JACOBSON: [17]** 212/12 216/15 221/14 222/3 223/22 226/9 228/24 229/13 230/2 230/9 230/23 238/25 239/10 244/17 245/1 246/15 268/9
**BY MR. O'NEAL: [27]** 197/1 198/9 200/21 201/20 207/6 252/1 252/13 252/24 253/5 253/15 254/9 255/9 255/18 255/24 256/7 256/25 260/4 264/12 266/17 280/21 297/1 303/11 345/1 345/18 347/25 348/7 350/6
**JUROR: [6]** 179/3 353/6 353/10 353/13 353/19 381/16
**MR. ADAMS: [14]** 275/5 275/13 276/15 277/3 280/10 283/9 285/8 292/6 294/12 294/22 296/18 302/16 303/6 304/21
**MR. DOVEL: [94]** 137/20 138/5 139/15 139/22 139/25 140/3 140/13 141/9 142/18 143/2 143/10 143/18 144/17 145/2 145/18 147/22 271/20 271/25 272/3 272/6 273/2 274/2 274/23 275/4 304/24 305/7 306/9 306/14 306/17 307/12 307/20 308/2 308/7 308/10 309/1 309/4 309/7 309/10 310/13 310/20 311/6 311/14 311/21 312/24 313/24 314/5 314/9 314/19 314/24 316/1 322/9 322/14 322/19 330/10 330/19 336/23 337/2 337/11 338/17 339/24 340/12 342/19 342/25 344/19 345/12 349/18 350/1 351/6 351/13 352/18 352/21 352/24 353/22 354/1 354/16 358/1 358/6 358/12 358/20 358/23 358/25 360/25 361/24 363/16 365/17 373/14 392/13 396/20 397/5 400/6 400/8 400/13 400/18 401/1
**MR. FOSTER: [34]** 137/13 148/6 148/8 148/10 150/14 150/22 151/2 152/10 152/17 200/20 315/6 315/19 351/19 359/24 360/19 361/4 363/9 363/11 365/2 366/15 368/7 369/13 371/18 373/22 374/1 379/5 379/9 382/10 390/10 391/2 392/7 393/7 394/7 398/6
**MR. FRANZINI: [43]** 177/11 177/14 177/24 179/16 179/24 180/6 181/17 188/16 188/20 189/4 189/11 189/21 189/25 190/4 190/20 191/2 191/4 193/22 193/25 194/12 194/15 196/2 196/9 196/14 196/18 203/23 204/2 207/3 207/23 273/4 273/14 273/16 273/22 274/16 274/21 308/12 354/6 354/8 354/10 398/1 398/22 398/25 399/15
**MR. JACOBSON: [41]** 153/10 153/12 153/20 208/11 208/14 209/1 210/18 210/24 211/4 211/9 211/11 211/15 211/22 212/4 215/17 215/24 216/5 216/11 216/14 221/10 221/12 221/18 222/1 223/15 226/8 227/19 228/2 228/6 228/14 228/22 229/8 229/11 239/8 244/5 244/9 244/23 251/18 254/7 255/16 271/7 272/16
**MR. O'NEAL: [88]** 153/18 165/2 180/3 181/20 187/24 188/10 188/22 188/25 196/5 198/5 198/7 201/16 203/16 206/25 207/20 207/25 208/24 209/17 209/20 209/25 210/22 211/23 215/20 221/23 223/19 228/9 229/25 238/22 244/15 246/12 251/21 251/24 252/7 252/11 255/23 256/23 260/2 268/5 271/9 271/23 272/13 274/6 280/15 280/18 283/4 292/10 294/18 296/22 302/21 302/25 303/9 305/4 306/25 309/20 310/7 310/11 310/17 310/23 311/1 311/23 312/2 312/12 312/17 312/23 313/16 330/16 330/21 330/24 337/5 338/22 338/24 339/1 340/4 340/18 343/5 344/23 345/14 347/20 347/22 348/4 349/20 350/2 350/25 351/3 354/14 358/13 400/10 401/2
**MR. ROBERTSON: [4]** 276/4 277/1 277/9 280/19
**THE CLERK: [5]** 153/4 177/19 212/1 212/7 354/19
**THE COURT REPORTER: [3]** 152/23 252/22 253/3
**THE COURT: [358]**
**THE PLAINTIFF: [6]** 209/9 209/13 210/4 210/8 210/11 210/14
**THE WITNESS: [35]** 177/21 188/12 194/5 207/2 212/9 238/24 252/23 253/4 256/6 260/3 264/11 283/5 283/19 316/4 321/14 355/15 360/24 362/19 365/5 368/9 369/15 370/1 373/19 375/7 377/3 377/17 378/8 381/19 384/4 384/11 386/13 389/8 397/15 397/22 398/15

---

**$**

**$100 [1]** 231/6
**$500 [1]** 208/16

---

**,**

---

**'13 [1]** 289/8
**'14 [3]** 171/23 289/7 289/9
**'15 [2]** 171/23 289/17
**'16 [1]** 323/10
**'Do [2]** 254/20 256/4
**'Do Not [1]** 254/20
**'I'm [1]** 270/16
**'Inc.' [1]** 144/5
**'LLC,' [1]** 144/6
**'Using [1]** 313/10

---

**-**

---

**--oOo [1]** 402/4

---

**.**

**.wav [8]** 292/3 292/4 292/19 292/23 292/25 303/13 304/5 323/3

---

**/**

**/s [1]** 402/11

---

**0**

**0000 [1]** 380/17
**0001 [1]** 380/19
**0002 [1]** 380/19
**0003 [1]** 380/19
**0004 [1]** 380/19
**0322 [1]** 344/16
**0325 [1]** 328/16

---

**1**

**1,999,603 [1]** 163/16
**1,999,683 [1]** 164/1
**1-800 [6]** 199/21 199/23 205/17 205/20 256/18 264/16
**1-877 [2]** 199/24 268/20
**10 [3]** 227/24 313/8 347/13
**10,000-call [1]** 151/24
**100 [3]** 135/7 231/6 328/2
**100 percent [1]** 396/1
**1000 [1]** 135/23
**1006 [7]** 150/3 152/13 305/20 305/23 352/6 394/24 396/2
**101 [1]** 135/14
**1045 [1]** 359/21
**106 [1]** 228/22
**1063 [1]** 247/9
**11 [22]** 134/6 137/1 188/18 188/25 189/4 189/19 189/20 190/6 190/8 196/9 196/18 196/19 196/20 196/22 204/2 216/4 229/10 230/7 230/9 313/8 313/12 345/12
**11,000 [1]** 370/7
**111 [1]** 135/17
**112 [1]** 347/13
**115 [4]** 357/20 358/6 358/12 361/2
**12 [4]** 227/24 337/10 362/19 362/22
**123 [1]** 135/7
**126 [1]** 348/18
**12th [1]** 366/1
**13 [5]** 216/4 227/24 312/14 312/15 347/21
**137 [1]** 136/2
**13th [1]** 222/9
**14 [5]** 166/4 227/24 305/10 305/11 402/11
**14:12 [1]** 236/14
**15 [19]** 208/6 208/8 216/4 227/24 271/13 272/5 272/8 279/16 294/14 294/15 294/21 305/9 317/18 331/15 370/21 380/2 394/10 396/8 398/13
**15-minute [2]** 305/13 351/10
**15-plus-character [1]** 398/21
**152 [1]** 331/14
**153 [1]** 136/3

# 1

**15th [2]** 255/1 257/15
**16 [4]** 156/23 157/2 159/15 305/10
**160 [1]** 328/14
**165 [1]** 136/4
**17 [3]** 216/4 227/25 230/8
**176 [5]** 314/9 314/13 314/14 322/6 322/7
**177 [2]** 322/8 322/21
**178 [3]** 136/6 314/23 314/24
**17:46:39 [2]** 186/23 187/2
**17:46:39 would [1]** 187/5
**181 [1]** 325/16
**184 [1]** 326/15
**185 [1]** 326/16
**19 [10]** 198/22 204/1 216/5 227/25 313/11 313/12 313/13 313/14 313/16 366/1
**19.15 [2]** 198/15 204/1
**19.78 [3]** 198/3 198/8 203/21
**197 [1]** 136/6
**19th [1]** 346/10
**1:19 [1]** 235/23
**1:19 and [1]** 191/16
**1:30 [4]** 271/14 271/17 271/20 272/19
**1:38 [1]** 235/23
**1:38 and [1]** 192/6
**1:59 and [1]** 192/22
**1:59 p.m [1]** 235/23
**1st [3]** 185/2 240/4 332/11

# 2

**2 million [1]** 163/18
**2 percent [1]** 300/25
**2,000 [3]** 158/4 361/16 361/17
**2-2 [1]** 246/19
**20 [17]** 157/1 192/11 192/23 203/20 203/22 203/25 205/5 206/23 212/25 216/5 272/7 272/8 296/8 326/16 328/13 328/13 343/4
**20,000 [1]** 281/25
**20-second [1]** 204/16
**2007 [1]** 243/9
**201 [1]** 135/5
**2011 [5]** 284/20 298/11 316/17 317/24 318/4
**2012 [21]** 153/22 154/10 154/19 168/3 214/20 217/10 220/6 220/7 249/23 285/17 285/20 286/19 297/18 298/11 298/16 298/19 298/22 299/9 299/10 299/14 299/16
**2013 [10]** 155/3 168/3 221/8 222/9 224/8 286/12 298/14 348/11 348/13 348/24
**2014 [11]** 155/7 169/12 171/5 224/10 298/14 321/4 338/3 349/2 349/3 350/12 350/12
**2015 [58]** 156/21 171/5 174/1 174/7 175/22 176/17 185/2 185/2 194/21 195/17 197/11 202/1 224/12 225/11 231/23 233/2 233/12 239/24 240/4 240/5 243/4 244/20 245/4 247/9 250/11 253/20 253/23 254/4 254/13 255/20 259/5 259/13 264/14 268/15 296/1 297/13 303/22 303/23 304/4 318/24 319/3 319/8 319/16 319/19 323/8 324/1 324/2 332/6 332/11 332/11 332/19 333/3 333/18 334/10 334/13 338/3 346/11 350/12
**2016 [4]** 255/12 297/3 323/9 348/24
**2017 [1]** 366/2
**2019 [3]** 134/6 137/1 402/11
**204 [1]** 136/6
**207 [1]** 136/6
**21 [6]** 254/11 254/12 254/13 255/14 255/18 255/23
**212 [1]** 136/7
**21st [1]** 202/3
**22 [4]** 216/5 254/11 254/25 322/7
**22 percent [1]** 300/25
**2272 [1]** 201/2
**23 [3]** 192/22 227/25 325/17
**24 [12]** 204/17 216/5 227/25 239/10 239/12 265/2 314/19 314/20 314/21 321/25 322/1 322/8
**24-hour [1]** 187/4
**24.6 [2]** 192/10 197/13

# 2

**2422 [1]** 347/17
**2449 [1]** 347/13
**248 [21]** 191/10 191/25 192/13 192/17 193/6 193/9 194/21 194/24 195/15 195/15 197/8 235/12 235/14 235/16 236/10 237/7 238/2 332/6 332/20 333/3 346/13
**25 [8]** 227/25 230/21 230/23 239/10 239/22 270/14 271/22 322/21
**252 [1]** 136/7
**26 [7]** 142/15 215/11 215/22 216/14 239/10 240/3 391/17
**265-2 [3]** 314/13 325/16 326/15
**268 [1]** 136/7
**27 [1]** 216/5
**273 [1]** 137/9
**273-1 [1]** 137/10
**274 [1]** 137/11
**277 [1]** 136/8
**28 [7]** 227/25 312/12 312/13 312/14 313/5 313/7 313/7
**280 [1]** 136/8
**284 [1]** 136/9
**28th [7]** 194/19 194/21 199/3 237/24 257/15 262/3 262/9
**29 [1]** 227/25
**297 [1]** 136/9
**299 [3]** 162/12 248/19 249/1
**2:12 [2]** 236/17 236/18
**2:12 and [1]** 193/14
**2:12 p.m [3]** 194/4 194/7 198/24
**2:19 [1]** 197/8
**2nd [23]** 190/13 190/16 191/7 191/9 191/11 192/1 192/14 197/11 235/1 235/4 235/6 237/6 258/2 258/13 260/19 261/15 262/2 263/20 263/22 264/1 264/23 265/3 332/6

# 3

**3 million [1]** 163/24
**30 [4]** 157/1 213/14 272/1 352/22
**301 [4]** 135/23 162/11 248/20 248/22
**30th [2]** 240/4 332/11
**30th of [1]** 185/2
**31 [3]** 213/14 340/14 340/21
**316 [1]** 136/10
**318-5047 [1]** 247/21
**32 [7]** 227/25 345/12 353/25 354/1 354/14 354/16 361/24
**326-8182 [1]** 135/24
**33 [3]** 213/8 227/25 353/24
**33.9 [1]** 202/6
**33602 [1]** 135/14
**34 [9]** 191/18 197/8 228/1 264/24 330/12 330/13 330/20 330/24 331/1
**3400 [2]** 135/14 135/17
**345 [1]** 136/10
**34A [7]** 312/21 312/22 313/13 313/15 313/16 330/13 330/18
**35 [7]** 228/1 228/2 325/10 325/13 340/1 340/3 340/6
**35.7 [2]** 201/24 202/2
**351-1063 [1]** 247/9
**355 [1]** 136/11
**36 [49]** 150/14 150/23 150/24 151/1 151/1 151/18 305/19 337/10 352/3 352/5 352/9 354/10 367/17 368/13 368/19 368/21 373/15 373/18 373/25 374/11 375/1 375/7 375/8 376/20 377/3 377/7 377/9 378/3 385/21 386/5 386/8 387/2 387/15 387/17 390/12 391/12 392/3 392/6 392/23 394/17 395/3 397/8 397/11 399/10 399/12 399/13 399/14 399/14 400/2
**36A [76]** 137/8 144/1 148/18 150/4 150/8 150/13 150/16 150/22 151/19 151/20 152/10 152/19 307/14 352/4 352/5 352/9 368/16 368/19 368/20 369/4 370/1 371/7 373/15 373/18 373/25 374/11 375/7 375/8 377/3 377/14 378/6 378/13 378/24 379/1 382/13 383/2 383/9 383/12 383/18 383/20 384/2 384/3 384/4 384/17 384/23 385/1 386/20 387/25 388/5 390/12 392/4 392/13 392/20 392/23 393/2 393/6 393/19 393/24 393/24 394/15 394/20 394/21 395/3 396/19 397/3 397/19 397/24 399/4 399/6 399/11 399/14 399/14 399/23 399/25 400/2
**36B [22]** 137/8 148/19 150/16 352/9 371/5 371/23 371/24 372/1 373/16 373/25 374/11 388/8 388/14 388/20 388/24 390/12 391/13 392/1 392/3 395/3 395/9 400/2
**36C [12]** 137/9 139/11 149/21 150/2 150/2 352/4 352/8 392/2

**36C... [4]** 392/3 395/3 395/8 400/3
**37 [7]** 192/6 193/14 194/4 305/1 305/7 361/23 361/25
**37-12 [1]** 362/22
**38 [7]** 305/9 308/25 309/1 309/9 309/10 309/11 347/21
**38-1 [7]** 151/1 152/22 305/10 305/11 305/11 305/22 307/8
**38-115 [4]** 357/20 358/6 358/12 361/2
**38-14 [1]** 305/10
**38-15 [4]** 294/14 294/15 294/21 305/9
**38-16 [1]** 305/10
**38-405 [2]** 305/10 305/22
**38.2 [2]** 193/3 197/16
**39 [9]** 187/5 309/3 309/5 309/10 309/12 309/16 309/24 310/10 310/13
**39.8 [2]** 195/5 199/7
**3:15-cv-01857-SI [1]** 134/5

**4**

**4 million [1]** 159/14
**4 or 5 [1]** 152/23
**4,059,656 [1]** 157/3
**4.1 million [3]** 151/14 151/16 367/7
**40 [7]** 199/8 309/3 309/12 309/16 309/25 310/10 310/13
**400 [3]** 366/22 367/6 371/16
**403 [3]** 208/22 210/19 211/21
**404 [1]** 305/17
**405 [44]** 151/2 151/3 152/23 305/10 305/11 305/22 305/25 306/5 307/8 308/20 309/1 310/5 361/14 361/15 368/21 368/25 374/11 374/17 374/17 375/2 375/14 376/3 376/19 376/24 377/4 377/8 377/16 377/22 377/22 378/3 378/18 380/7 380/24 382/17 383/5 383/11 383/13 383/16 383/23 384/8 384/23 392/24 397/12 397/20
**406 [8]** 158/11 158/13 158/17 158/18 159/6 357/18 371/12 372/2
**41156 [1]** 360/8
**43 [1]** 228/12
**43-10 [1]** 227/24
**43-11 [16]** 188/18 188/25 189/4 189/19 189/20 190/6 190/8 196/9 196/18 196/19 196/20 196/22 204/2 229/10 230/7 230/9
**43-12 [1]** 227/24
**43-13 [1]** 227/24
**43-14 [1]** 227/24
**43-15 [1]** 227/24
**43-17 [1]** 227/25
**43-19 [1]** 227/25
**43-23 [1]** 227/25
**43-24 [6]** 227/25 314/19 314/20 314/21 321/25 322/1
**43-25 [3]** 227/25 230/21 230/23
**43-28 [1]** 227/25
**43-29 [1]** 227/25
**43-32 [1]** 227/25
**43-33 [1]** 227/25
**43-34 [1]** 228/1
**43-35 [3]** 228/1 325/10 325/13
**43-7 [15]** 188/18 188/22 189/4 190/2 190/4 196/9 196/10 196/13 196/17 198/5 203/20 229/5 229/9 229/12 229/13
**43-8 [4]** 227/24 229/8 326/11 326/13
**44 [4]** 310/15 310/17 311/13 311/13
**45 [1]** 270/12
**48 [1]** 195/1
**48A [2]** 378/11 378/12
**4th [1]** 202/1

**5**

**5,000 [1]** 370/9
**50 [12]** 157/2 191/16 306/16 306/17 308/2 309/25 319/1 336/22 336/25 337/5 337/18 351/17
**50 percent [16]** 155/19 227/14 229/17 230/13 231/6 232/17 238/8 261/8 263/18 264/7 265/15 265/18 265/22 281/11 288/7 301/16
**503 [12]** 135/24 179/3 182/7 217/5 217/7 247/9 247/21 332/22 333/4 333/7 333/23 360/17

**5047 [1]** 247/21
**54 [4]** 342/22 342/23 345/5 346/7
**56 [1]** 312/6
**561-2272 [1]** 201/2
**58 [5]** 228/12 228/16 292/1 292/8 292/13
**5:46 and [1]** 187/5
**5th [2]** 255/6 255/12

**6**

**6,000 [3]** 290/15 370/8 371/2
**6,700 [1]** 384/25
**6-17 [1]** 230/8
**600 [1]** 135/5
**61,636 [1]** 359/20
**62 [5]** 338/18 338/22 339/1 339/1 339/4
**64 [8]** 137/9 138/2 138/13 138/15 149/19 149/24 150/2 150/2
**65 [4]** 244/11 244/15 244/17 244/24
**698 [2]** 360/6 360/7
**6th [5]** 247/5 247/9 379/2 379/3 396/4

**7**

**701 [1]** 142/6
**702 [1]** 142/8
**703 [1]** 142/8
**7300 [1]** 346/13
**75 [1]** 281/25
**7514 [9]** 190/15 192/17 193/9 195/15 235/16 236/10 237/7 333/3 333/15
**7521 [12]** 190/15 191/10 191/25 194/24 195/15 197/8 235/12 235/14 238/2 332/6 332/20 333/10
**7522 [1]** 333/10
**7628 [10]** 179/3 182/7 185/16 217/5 217/7 332/22 333/4 333/7 333/23 360/17
**764 [1]** 333/13
**764-7300 [1]** 346/13
**764-7514 [7]** 192/17 193/9 195/15 235/16 236/10 237/7 333/3
**764-7521 [10]** 191/10 191/25 194/24 195/15 197/8 235/12 235/14 238/2 332/6 332/20
**79097 [1]** 344/9

**8**

**8,500 [1]** 343/14
**800 [9]** 199/21 199/23 200/12 200/12 202/16 205/17 205/20 256/18 264/16
**800,000 [3]** 156/24 157/9 164/11
**80170 [1]** 344/9
**803 [1]** 216/10
**8107 [1]** 231/10
**8182 [1]** 135/24
**82148 [1]** 344/10
**827 [2]** 217/9 217/10
**829-7628 [9]** 179/3 182/7 217/5 217/7 332/22 333/4 333/7 333/23 360/17
**85 [2]** 342/6 365/25
**85004 [1]** 135/11
**855 [3]** 328/16 328/25 344/16
**867-0322 [1]** 344/16
**867-0325 [1]** 328/16
**87 [1]** 348/5
**877 [9]** 199/24 201/2 201/7 201/13 202/8 256/18 264/17 268/20 346/8
**89 [2]** 349/22 365/25
**8:30 [4]** 401/1 401/2 401/4 401/8
**8:46 there [1]** 152/20
**8th [13]** 193/4 193/6 194/1 198/24 202/13 236/6 236/7 237/10 254/13 255/20 257/15 262/3 334/13

**9**

**90 [4]** 320/12 320/16 342/2 342/3
**90 percent [1]** 274/8
**90-day [1]** 166/11
**90401 [1]** 135/5
**94107 [1]** 135/8

**97204 [2]** 135/17 135/23
**9:00 [1]** 400/6
**9:00 a.m [2]** 390/16 390/25
**9:15 [1]** 199/4
**9:15 and [1]** 195/1
**9th [4]** 247/19 254/4 255/16 257/15

**A**

**A-L-A-N [1]** 316/12
**a.m [3]** 195/1 390/16 390/25
**ability [2]** 169/8 170/21
**able [23]** 138/24 141/24 165/7 165/9 165/10 172/12 208/18 215/12 221/2 226/23 229/3 234/16 237/18 268/25 299/24 300/23 301/6 324/15 328/13 341/14 342/17 353/12 372/14
**about [187]** 137/18 137/24 137/24 138/23 140/1 142/16 143/3 143/5 143/13 149/2 164/2 164/16 166/3 166/9 167/13 169/15 170/20 171/1 171/7 171/8 171/11 172/24 173/13 173/20 174/12 175/16 175/19 175/20 176/4 178/13 178/14 179/9 180/14 183/20 183/21 185/12 189/17 191/8 192/11 192/23 193/19 194/18 195/10 197/5 202/11 203/25 204/1 204/4 204/8 204/19 205/17 205/24 206/20 208/14 212/25 213/17 213/18 214/21 220/10 220/11 220/15 220/24 221/21 223/13 224/6 224/12 226/16 227/12 227/14 229/17 230/13 232/13 232/18 232/19 233/4 238/5 238/13 238/14 239/9 240/12 240/15 241/12 243/10 243/19 243/23 245/8 246/10 246/17 246/22 248/11 248/17 248/20 250/5 257/18 257/21 257/22 258/24 260/13 262/16 262/21 263/18 265/6 265/9 268/11 268/22 269/17 270/6 270/22 271/6 271/13 277/23 278/2 281/4 281/14 281/18 282/9 282/11 282/13 285/5 285/7 286/8 286/10 287/12 288/20 290/10 290/17 291/4 292/19 294/11 304/12 305/2 305/25 306/19 310/10 311/16 312/5 313/19 313/21 319/25 320/3 320/9 321/17 322/13 328/2 328/21 331/5 331/11 331/16 332/5 332/18 334/20 343/17 343/20 349/5 355/4 355/5 355/20 356/23 357/15 358/2 360/7 360/19 362/14 365/11 365/14 366/13 367/6 370/7 377/8 378/11 379/25 381/24 381/24 384/3 384/5 384/8 384/11 388/20 390/20 391/25 392/21 393/1 393/15 393/16 393/19 395/9 396/22
**above [3]** 286/18 297/17 402/8
**above-entitled [1]** 402/8
**absence [1]** 398/8
**absolutely [5]** 148/7 206/2 206/16 300/14 398/25
**accept [2]** 309/17 398/9
**Acceptable [1]** 350/1
**accepting [1]** 141/18
**access [6]** 183/2 183/5 183/6 183/6 183/9 373/22
**accomplish [1]** 138/14
**according [5]** 180/18 181/5 193/4 194/20 368/6
**account [9]** 182/17 222/1 222/25 223/13 223/14 223/24 282/9 282/13 282/20
**accountability [5]** 164/16 164/18 164/22 251/9 251/16
**accountable [1]** 164/23
**accuracy [2]** 393/24 396/2
**accurate [11]** 254/6 254/23 255/3 263/17 285/15 387/8 393/25 394/22 395/16 395/19 395/25
**accurately [6]** 173/21 228/24 276/18 276/22 276/24 283/18
**achieve [1]** 166/12
**acquired [1]** 299/16
**across [2]** 360/13 360/18
**action [3]** 211/3 250/18 362/5
**active [2]** 171/15 281/9
**actual [11]** 140/14 141/10 185/13 186/10 186/25 187/4 200/13 201/8 205/2 321/10 380/23
**actually [25]** 155/5 159/23 160/3 162/23 162/25 169/16 170/14 173/8 175/15 182/17 200/19 217/19 234/13 246/5 289/9 312/20 322/17 329/14 339/13 353/11 353/11 363/20 383/6 385/11 389/19
**Adams [7]** 135/3 280/12 283/19 302/23 303/4 303/6 358/17
**add [9]** 169/9 287/12 307/8 330/18 359/17 367/9 367/12 367/15 398/24
**added [6]** 169/11 286/3 287/9 288/10 374/18 399/13
**adding [5]** 143/23 287/14 287/16 307/19 367/14
**addition [5]** 143/8 289/1 306/19 314/21 391/24 398/10

**additional [15]** 145/6 145/14 184/4 184/4 221/23 227/21 287/14 288/16 294/17 306/3 307/18 330/16 370/1 394/10 399/8
**additions [1]** 169/9
**address [10]** 149/24 208/13 214/23 214/24 215/8 217/8 222/19 280/8 393/10 397/6
**adequate [2]** 149/25 306/7
**adjourned [1]** 401/9
**adjunct [1]** 357/13
**adjusted [1]** 284/15
**adjustments [1]** 144/16
**admissibility [1]** 150/13
**admissible [13]** 139/4 139/13 141/15 149/22 150/2 150/8 305/20 305/22 395/2 395/4 395/11 395/12 395/24
**admit [3]** 159/13 164/13 252/15
**admitted [4]** 164/10 228/10 305/21 396/2
**admitting [1]** 160/21
**advanced [5]** 210/2 210/3 210/14 210/20 210/25
**advancement [1]** 210/11
**adverse [2]** 274/14 274/21
**advertise [2]** 245/9 245/18
**advised [1]** 357/7
**advisement [1]** 152/8
**affidavit [4]** 149/3 149/6 151/4 374/12
**after [51]** 145/25 154/14 155/4 159/10 159/19 163/7 178/20 192/11 192/23 204/24 206/7 206/23 219/1 219/23 220/21 224/5 225/19 226/22 228/20 232/9 233/18 234/16 236/3 237/16 242/15 242/21 250/14 251/15 253/22 267/7 269/3 269/6 269/7 269/8 271/2 272/2 272/6 282/15 290/10 291/23 299/16 302/10 327/2 351/18 368/12 368/15 375/15 377/23 378/1 382/14 382/17
**afternoon [3]** 273/1 374/7 374/8
**afterwards [2]** 328/11 358/10
**again [56]** 141/10 151/21 154/21 154/24 164/12 167/22 168/9 170/6 170/19 172/10 174/10 176/19 184/20 187/1 187/1 189/23 192/23 193/10 198/16 204/3 215/16 217/21 225/6 231/22 252/8 255/15 256/24 265/5 266/25 267/2 283/12 307/23 320/16 325/2 327/12 329/21 332/2 336/7 339/9 340/14 346/7 349/14 350/13 375/4 376/21 381/5 382/5 383/7 384/15 384/20 387/1 387/19 388/23 389/12 390/24 397/10
**again.' [1]** 270/17
**against [11]** 151/6 348/18 369/1 372/1 375/8 377/11 380/24 389/1 392/25 393/22 397/21
**agencies [2]** 356/21 357/1
**agent [35]** 155/24 155/25 156/13 156/13 156/14 157/16 158/18 159/3 159/8 160/9 160/9 170/5 226/18 226/23 226/25 237/18 261/7 264/25 265/11 265/20 321/13 321/15 325/5 327/17 327/23 327/25 328/3 329/16 345/7 346/2 346/15 348/16 349/15 349/17 349/25
**agents [12]** 154/25 155/1 155/2 158/14 318/25 319/3 319/6 319/7 319/19 319/20 336/9 346/20
**agents' [1]** 346/19
**ago [8]** 145/25 147/16 147/24 150/6 166/4 245/1 285/22 388/8
**agree [16]** 140/17 143/13 144/23 203/20 203/23 204/2 225/25 239/5 239/16 239/19 240/5 256/14 257/18 260/22 279/3 392/19
**agreed [11]** 139/22 146/17 158/20 218/10 226/3 226/11 227/5 239/22 240/1 383/16 401/3
**agreeing [2]** 266/12 267/22
**ahold [2]** 174/10 257/25
**aid [3]** 352/13 352/14 374/4
**Alan [1]** 316/12
**algorithm [3]** 336/10 336/18 336/20
**all [204]** 137/4 137/7 137/24 143/9 143/15 144/4 144/8 146/13 148/11 148/21 152/25 157/11 158/10 161/1 162/7 164/19 165/4 167/23 174/4 174/12 176/25 177/3 177/13 183/24 184/7 184/10 189/17 190/7 190/24 195/9 196/2 196/12 196/18 199/15 203/18 207/22 208/2 208/6 209/16 210/13 210/16 216/3 216/3 216/7 216/8 221/25 228/6 228/8 232/18 233/25 242/24 242/25 244/12 244/14 244/17 247/2 249/9 251/16 257/2 257/10 261/25 262/1 263/21 266/1 267/12 268/8 271/5 271/11 271/19 272/2 272/9 272/11 272/19 276/6 276/13 280/17 283/5 283/6 283/9 283/12 284/5 284/19 292/12 292/22 294/15 294/20 295/3 296/21 300/15 300/24 302/13 303/11 304/20 304/23 305/2 305/6 305/17 306/4 307/8 308/20 309/1 310/25 311/12 313/9 314/8

**all...** **[99]** 314/12 314/14 314/17 315/21 317/17 318/24 319/18 320/4 321/25 323/6 325/10 325/14 326/11 327/10 332/4 332/7 332/12 332/24 334/6 336/13 336/14 336/22 337/1 338/20 339/3 339/16 340/17 343/7 343/13 345/21 346/12 347/1 348/15 351/1 351/5 351/8 351/10 351/23 352/8 352/18 353/21 354/13 355/6 357/20 358/9 359/17 360/18 361/22 362/1 362/22 363/3 363/17 364/8 364/12 365/17 367/14 367/16 368/23 368/25 370/17 371/3 371/13 372/2 374/18 377/4 377/5 377/8 377/10 379/21 379/23 380/2 380/16 381/2 381/6 381/18 381/23 382/1 382/3 389/21 390/15 391/11 392/4 392/23 395/11 395/11 396/6 397/1 397/12 399/10 400/5 400/20

**All right [1]** 313/9
**alleged [1]** 316/23
**Allie [1]** 355/23
**allow [5]** 205/13 274/19 275/22 310/13 311/13
**allowed [3]** 142/5 165/20 170/16
**allowing [1]** 145/24
**almost [5]** 162/7 199/8 213/8 266/19 355/21
**along [3]** 255/22 315/11 365/17
**already [20]** 168/16 168/19 168/25 169/25 229/9 281/6 281/23 288/10 289/20 305/21 330/15 352/4 372/23 381/2 381/7 392/3 395/8 399/5 399/17 400/3
**also [55]** 138/3 138/15 154/15 157/19 169/8 169/13 170/8 170/21 171/13 174/7 174/12 174/25 175/4 175/6 176/11 182/25 183/1 200/6 202/3 202/8 202/18 203/11 205/3 215/25 227/6 228/12 228/12 231/16 239/3 247/15 252/4 262/3 263/12 279/8 281/13 286/8 287/6 287/18 295/23 301/11 305/9 309/2 314/22 317/12 325/15 333/15 340/15 355/12 356/12 357/7 365/24 369/7 375/7 394/9 399/4
**alter [1]** 365/23
**alternative [1]** 394/13
**although [3]** 137/5 335/8 399/22
**always [9]** 204/22 287/10 304/8
**am [46]** 139/15 142/18 144/25 149/20 178/11 180/8 180/16 185/12 189/11 189/16 189/22 190/1 190/10 194/5 196/10 199/20 252/4 252/4 264/15 275/12 275/22 291/13 305/25 312/19 320/20 322/3 322/9 351/3 353/23 373/17 376/16 383/10 383/23 383/25 384/1 384/1 388/19 391/12 391/22 397/14 397/15 397/22 398/6 398/15 398/22 399/14
**ambassador [1]** 341/25
**ambassadors [4]** 175/2 175/3 175/7 175/8
**ambush [2]** 308/7 310/4
**amended [5]** 252/6 255/5 255/11 256/10 259/16
**America [1]** 167/20
**among [2]** 271/15 390/19
**amount [4]** 151/22 202/11 278/15 329/13
**analysis [29]** 137/11 147/6 355/5 355/14 366/19 366/21 367/24 368/13 371/8 372/18 377/25 378/11 378/21 380/23 382/14 382/17 383/14 383/25 384/5 384/24 385/14 385/17 385/20 385/21 385/23 386/4 387/2 388/20
**analyst [3]** 158/9 316/19 316/22
**analytics [2]** 389/4 389/6
**analyze [3]** 356/12 388/22 389/5
**analyzing [1]** 371/17
**and/or [3]** 391/23 398/21 400/25
**announced [1]** 147/15
**announcement [1]** 308/24
**another [27]** 144/8 155/18 167/13 167/15 170/6 191/25 193/5 194/21 202/3 202/8 228/19 245/6 254/17 256/2 267/9 279/6 282/7 301/18 304/24 315/24 334/19 335/15 337/7 371/4 372/4 379/8 400/9
**answer [21]** 179/5 190/21 209/9 209/17 209/25 241/25 245/22 253/4 257/5 261/18 264/9 295/22 300/20 302/18 304/1 313/19 319/4 347/19 349/20 349/23 367/22
**answered [6]** 186/22 187/13 205/3 238/23 241/14 245/21
**answering [34]** 155/22 163/2 163/8 163/12 163/19 163/22 163/25 165/14 195/7 204/24 205/25 206/4 206/14 207/8 207/9 207/11 207/12 207/13 207/17 207/20 231/21 231/24 232/2 232/4 232/15 238/6 238/6 262/6 262/7 262/17 262/18 263/21 295/18 295/20

**answers [8]** 210/18 275/20 275/23 276/1 276/2 276/7 276/12 280/15
**anticipate [4]** 274/20 306/23 308/9 400/8
**anxious [1]** 264/20
**any [156]** 137/12 137/15 137/18 139/6 139/6 139/23 146/20 148/5 149/22 152/4 153/16 157/17 158/14 158/15 159/5 159/8 171/2 173/16 174/9 174/10 180/3 181/20 183/12 183/13 188/22 190/11 190/14 197/24 203/14 207/23 207/25 208/16 208/25 209/1 209/6 209/12 209/22 210/3 210/7 213/11 213/15 215/20 217/25 218/2 218/5 219/9 219/20 221/4 224/12 224/20 226/3 226/17 228/14 231/20 232/1 233/10 233/20 236/7 237/25 238/15 238/20 243/7 243/10 244/14 245/19 246/1 246/2 247/5 247/19 248/6 248/9 248/11 248/14 249/21 255/8 260/14 261/21 261/22 265/21 267/17 271/15 271/16 276/8 276/10 276/11 280/14 282/3 282/14 283/3 284/17 286/15 287/3 288/3 290/23 291/23 292/4 292/10 292/19 294/10 294/17 298/2 301/21 302/1 302/2 302/2 302/24 303/4 303/8 309/20 310/11 310/17 311/4 315/1 329/2 329/12 329/23 330/16 330/19 336/4 337/4 338/22 340/17 342/16 344/21 345/3 348/23 350/22 351/17 352/7 352/13 352/15 357/10 365/10 367/20 369/7 370/18 370/20 372/4 373/24 376/1 379/12 379/16 383/4 383/20 388/3 388/18 389/2 390/19 390/23 395/4 395/5 396/1 396/23 399/20 400/24
**anybody [4]** 218/13 281/14 281/22 322/4
**anymore [3]** 155/17 224/7 227/17
**anyone [13]** 155/3 202/19 209/21 210/1 214/17 219/21 250/24 271/15 319/10 324/23 332/2 389/22 390/18
**anything [38]** 137/15 137/20 221/23 223/18 224/10 227/12 229/15 232/19 241/12 242/16 242/22 250/1 251/8 251/15 265/7 270/19 271/3 271/9 303/25 304/4 305/4 311/14 319/5 340/3 342/16 343/4 350/23 354/14 363/13 369/19 371/7 373/2 387/6 388/1 388/17 390/21 394/2 396/25
**anyway [1]** 262/15
**Apodaca [4]** 135/22 322/12 402/11 402/12
**apologize [2]** 190/1 359/2
**appear [14]** 139/11 190/12 190/22 190/24 293/3 296/1 296/14 309/19 333/6 341/21 359/6 360/5 370/15 382/8
**APPEARANCES [1]** 135/1
**appeared [6]** 326/2 344/2 366/22 369/1 369/7 377/15
**appearing [1]** 190/20
**appears [16]** 192/12 292/3 296/4 296/6 309/17 312/10 322/5 325/25 331/8 337/9 338/20 343/20 359/7 359/20 360/11 394/1
**appellate [1]** 400/1
**application [10]** 161/15 216/17 217/12 218/2 267/3 279/8 279/21 279/22 279/24 317/24
**applications [12]** 161/12 161/14 216/1 279/19 279/25
**applied [4]** 267/4 384/9 393/22 394/12
**apply [4]** 138/15 318/10 375/7 393/21
**appreciate [1]** 196/3
**approach [8]** 251/23 252/8 252/9 252/11 255/7 256/24 303/1 363/10
**appropriate [2]** 352/16 378/2
**approximately [17]** 203/20 221/6 271/22 272/5 278/8 297/9 321/5 350/12 361/16 362/16 366/22 367/5 367/7 370/4 370/24 371/16 371/17
**April [77]** 134/6 137/1 156/21 174/7 175/16 175/22 190/13 190/16 191/7 191/9 191/11 192/1 192/14 193/4 193/6 194/1 194/19 194/21 195/17 197/11 198/24 199/3 202/1 202/3 202/12 202/13 224/16 224/22 224/25 225/11 234/7 235/1 235/4 235/6 236/6 236/7 237/6 237/10 237/24 237/25 239/23 248/11 248/12 250/11 253/23 254/4 254/13 255/1 255/16 255/20 256/11 257/19 258/2 258/13 259/5 259/13 260/19 261/15 263/20 263/22 264/1 264/14 264/23 265/3 268/15 294/12 296/1 303/22 303/23 324/2 332/6 332/19 333/3 334/13 379/2 379/3 396/4
**April 15th [1]** 255/1
**April 2015 [4]** 174/7 259/5 296/1 324/2 332/19
**April 21st [1]** 202/3
**April 28th [4]** 194/19 194/21 199/3 237/24
**April 28th to [1]** 237/6
**April 2nd [21]** 190/13 190/16 191/7 191/9 191/11 192/1 192/14 197/11 235/1 235/4 235/6 237/6 258/2 258/13 260/19 261/15 263/20 263/22 264/1 264/23 332/6
**April 2nd and [1]** 202/12
**April 4th [1]** 202/1

**A**

**April 6th [3]** 379/2 379/3 396/4
**April 8th [11]** 193/4 193/6 194/1 198/24 202/13 236/6 236/7 237/10 254/13 255/20 334/13
**April 9th [2]** 254/4 255/16
**April of [1]** 333/3
**April2015 [1]** 294/10
**AQT [1]** 338/8
**are [305]**
**area [15]** 179/23 186/10 193/6 200/15 356/2 372/8 372/11 372/12 372/12 372/13 372/24 372/25 389/21 390/5 393/16
**areas [1]** 372/15
**aren't [2]** 281/21 381/8
**argue [2]** 145/21 210/24
**argued [1]** 149/10
**argument [10]** 137/12 138/2 147/19 306/12 307/24 308/10 308/15 308/17 308/18 310/7
**arguments [2]** 330/16 401/6
**arises [1]** 199/19
**around [15]** 138/12 151/17 161/22 168/3 214/19 220/7 243/9 246/24 289/14 321/4 324/10 349/2 370/7 370/8 371/2
**arrangement [1]** 211/6
**arrow [1]** 201/18
**artificial [5]** 153/16 158/22 226/13 240/6 368/6
**as [204]** 139/12 142/9 142/15 143/4 143/6 144/11 144/15 145/23 147/4 147/15 148/6 148/14 149/16 150/3 150/14 156/6 156/6 166/1 166/16 166/18 167/12 168/7 168/12 169/1 169/10 169/22 170/22 170/23 171/15 171/15 172/5 172/21 174/6 175/9 175/21 176/15 176/22 180/25 181/2 181/6 181/25 182/13 182/13 183/7 184/5 184/15 185/4 200/16 200/18 201/7 202/11 202/24 203/5 205/18 209/1 209/8 214/8 216/4 218/16 223/24 226/5 226/6 227/15 228/11 228/12 228/23 230/13 231/18 232/20 243/19 244/10 244/24 245/7 245/9 245/18 246/2 260/25 267/25 273/6 275/15 276/9 276/22 277/5 278/22 279/19 280/7 280/25 281/1 281/1 281/8 283/23 286/13 286/13 287/2 287/7 287/9 287/12 287/13 288/2 288/17 291/12 292/1 292/9 293/6 298/1 298/11 300/17 307/14 307/16 309/9 309/22 310/18 311/13 312/6 312/17 312/20 312/21 312/22 313/11 313/13 313/15 313/16 313/23 314/11 316/7 316/12 316/13 316/22 316/24 317/18 318/21 320/1 320/13 320/14 320/15 321/22 322/24 325/20 326/3 326/19 328/24 329/3 329/24 329/24 330/18 331/3 331/23 332/4 332/13 332/15 333/11 335/3 336/22 337/20 338/21 339/6 339/22 339/22 340/8 340/24 342/8 343/4 343/10 345/18 346/4 346/22 347/7 347/25 348/7 350/6 353/16 353/16 357/5 359/13 360/18 360/19 360/23 366/23 367/21 368/13 368/16 370/1 370/16 371/5 376/20 379/8 381/12 382/2 385/5 385/13 387/5 387/9 390/6 391/14 392/15 393/11 394/13 394/14 395/8 396/18 397/8 397/11 399/25 400/3
**aside [1]** 361/2
**ask [60]** 146/9 146/19 147/21 148/5 152/15 177/5 178/11 179/9 185/12 189/16 190/11 191/8 193/19 194/18 196/6 198/13 198/19 199/13 203/19 208/10 208/20 208/23 209/5 210/17 210/20 211/2 211/21 213/17 217/21 218/2 226/1 226/16 233/15 238/11 238/15 238/19 255/9 270/22 271/20 273/11 273/11 275/19 280/13 298/7 302/20 304/2 307/4 351/16 352/1 352/14 363/16 373/21 373/24 373/25 374/4 375/5 381/18 392/4 392/12 393/5
**asked [32]** 146/17 147/25 148/24 149/8 161/14 176/20 185/7 185/8 202/23 205/17 205/24 206/19 209/5 209/24 213/21 214/6 226/17 238/23 240/15 240/22 268/11 268/22 269/17 270/6 270/15 273/9 290/14 296/22 357/17 357/18 396/24 396/24
**asking [6]** 171/24 179/6 262/21 299/18 327/5 327/12
**asks [5]** 216/23 218/6 257/2 308/19 397/17
**ASR [2]** 353/24 364/11
**asserted [1]** 137/24
**asserts [2]** 175/13 175/25
**assess [2]** 276/8 393/25
**assign [1]** 170/22
**assigned [3]** 155/5 328/9 347/12
**associated [9]** 161/16 360/14 363/8 370/11 371/1 378/15 381/8 384/18 398/11
**association [1]** 291/19

**assume [15]** 203/1 211/14 291/25 294/3 303/19 304/6 323/24 324/69 326/6 332/19 352/5 362/19 384/22 389/24 400/6
**assuming [4]** 138/23 199/20 312/19 375/13
**assumption [10]** 295/13 312/20 312/23 313/2 324/25 325/3 331/25 332/8 332/9 373/22
**assured [1]** 370/19
**attach [2]** 137/22 218/17
**attached [4]** 137/9 295/10 295/11 364/13
**attack [1]** 309/13
**attempt [2]** 334/18 352/6
**attention [5]** 164/24 313/18 315/14 329/7 365/16
**attorney [6]** 165/1 268/11 268/22 269/17 270/6 357/9
**attorneys [5]** 185/9 209/11 210/6 210/14 259/21 386/1 386/2
**attorneys' [1]** 209/15
**audio [30]** 158/24 174/12 174/13 174/16 174/18 196/7 205/13 207/12 207/13 207/14 226/15 227/6 227/21 228/17 265/24 292/23 293/1 301/23 302/2 312/10 314/1 314/7 314/15 315/3 315/3 315/18 322/5 323/4 325/15 325/22
**August [1]** 316/17
**authority [2]** 273/15 273/20
**authority to [1]** 273/15
**auto [7]** 215/9 286/2 286/21 297/20 344/18 347/14 347/18
**auto-dialed [2]** 344/18 347/14
**auto-ship [1]** 286/2
**auto-shipment [1]** 215/9
**auto-ships [2]** 286/21 297/20
**automated [2]** 236/23 237/12
**automatic [7]** 155/10 155/13 155/14 156/8 168/13 214/25 338/8
**automatically [2]** 159/17 195/24
**available [1]** 329/22
**Avaya [29]** 169/6 170/25 172/10 173/24 288/24 298/16 299/1 299/3 299/7 299/8 299/11 299/16 299/20 299/20 299/23 299/23 329/15 331/13 332/2 332/3 332/3 338/1 338/14 338/16 349/5 349/5 349/10 349/16 349/24
**Avenue [3]** 135/11 135/17 135/23
**average [1]** 278/18
**Avon [1]** 166/20
**aware [14]** 142/21 264/15 290/7 290/23 291/11 291/13 291/20 320/20 335/17 336/4 348/12 379/12 380/21 398/3
**away [5]** 143/24 160/18 264/20 275/4 287/11
**AZ [1]** 135/11

**B**

**back [124]** 137/5 146/5 148/23 150/24 154/21 154/23 155/18 156/11 158/25 159/4 159/19 159/23 166/3 168/3 171/17 171/24 172/1 176/6 176/8 177/3 181/9 183/23 184/24 187/23 188/9 189/10 189/16 190/11 190/23 191/7 193/10 193/21 195/13 195/14 195/14 199/13 199/23 200/24 200/14 201/19 206/19 208/4 212/3 214/22 215/1 215/4 215/15 215/16 220/3 220/3 220/25 221/18 226/15 227/7 227/9 227/15 227/19 230/14 231/2 231/3 231/9 231/13 231/17 231/21 231/21 232/19 237/5 241/16 242/1 242/9 242/14 242/16 242/22 244/23 249/23 254/24 256/7 256/7 256/9 256/13 256/15 256/16 257/7 257/10 258/17 258/23 259/2 259/22 264/19 267/10 270/5 271/3 271/8 271/17 272/19 275/10 282/4 282/6 282/7 282/18 286/10 288/8 290/13 311/16 313/18 313/18 315/23 323/13 328/11 332/18 336/19 350/18 353/2 353/7 359/18 361/3 367/2 371/7 380/6 384/16 387/15 391/7 395/17 399/4
**Backing [1]** 344/16
**backs [1]** 302/10
**bad [2]** 170/24 170/25
**bank [1]** 214/24
**banking [1]** 215/9
**bars [1]** 214/13
**base [1]** 390/21
**based [39]** 139/11 141/13 142/22 143/24 150/2 150/11 151/1 171/20 182/12 189/2 191/19 195/6 195/12 195/15 200/7 282/19 287/10 292/21 292/24 295/9 295/25 302/11 302/16 304/3 308/23 317/12 323/24 324/15 326/2 335/18 341/13 361/19 368/13 369/12 371/8 372/11 381/21 390/22 399/4
**bases [1]** 356/21
**basic [1]** 165/6
**basically [17]** 144/1 172/1 310/4 357/18 363/16 368/25 369/5

**basically... [10]** 377/5 377/8 378/2 381/22 384/8 384/9 389/23 389/24 393/6 397/8

**basis [9]** 143/7 143/9 145/24 273/14 273/18 273/22 310/22 333/25 386/25

**batch [1]** 399/19

**be [240]** 138/24 139/3 139/8 139/11 141/11 141/24 142/8 142/22 143/13 143/22 147/16 147/25 149/15 150/11 152/4 153/5 158/23 164/2 164/8 165/7 165/9 165/10 165/21 165/21 166/15 169/7 169/25 170/25 171/11 172/12 173/19 174/5 174/8 174/21 179/3 179/8 180/8 180/24 182/19 183/1 183/15 185/23 185/23 185/24 186/9 186/11 186/21 187/5 187/19 189/17 200/12 202/19 205/3 205/3 205/12 205/15 206/4 206/24 207/3 207/9 207/22 208/3 208/5 208/18 208/22 208/25 209/7 209/9 209/25 211/8 211/16 211/19 212/2 212/8 213/22 226/4 226/5 226/14 228/8 238/16 238/21 239/7 244/7 244/14 261/3 261/7 262/13 263/9 266/3 266/8 266/17 267/4 267/21 271/21 272/19 274/21 276/2 276/3 276/6 276/14 280/2 280/3 280/3 282/21 283/14 288/6 289/21 290/2 290/8 290/20 290/24 290/25 291/8 292/3 292/20 293/1 293/7 293/12 295/8 295/20 295/23 296/6 296/11 296/14 299/24 300/18 300/22 300/23 301/1 301/4 301/6 301/7 301/25 303/19 304/2 304/15 305/20 305/21 306/8 307/19 308/10 308/18 308/24 309/22 312/8 313/24 314/13 317/4 318/17 318/22 319/13 320/21 321/9 321/19 322/6 322/23 323/17 324/15 324/25 325/15 325/19 326/2 326/15 326/18 327/16 327/23 327/25 328/6 328/13 329/1 329/14 331/2 331/8 333/6 335/12 335/18 337/9 337/19 338/19 339/5 340/7 340/23 341/8 342/17 343/9 343/21 344/4 345/3 345/6 345/8 345/17 346/1 346/4 346/21 347/19 347/24 348/6 350/5 350/16 351/12 352/2 353/10 353/12 354/2 354/20 359/7 362/11 363/7 369/20 369/22 370/19 374/25 377/25 378/1 378/22 379/20 380/9 381/23 382/22 386/5 386/16 387/8 387/12 387/13 390/17 391/5 391/14 391/24 394/1 394/25 395/2 395/14 395/21 395/25 396/1 396/2 396/9 396/11 399/20 400/20

**be limited [1]** 308/18

**bear [1]** 176/24

**bears [1]** 165/6

**became [3]** 169/10 267/4 291/24

**because [73]** 142/25 144/23 147/1 147/12 149/11 149/21 150/24 151/11 152/5 157/5 159/24 165/11 165/24 166/15 167/19 168/1 168/20 168/21 170/1 170/12 171/1 171/19 174/19 201/10 207/9 214/24 217/19 217/25 218/13 218/22 232/12 241/14 241/25 249/13 259/3 259/10 261/5 261/6 261/18 264/8 264/21 264/25 266/13 267/24 276/23 281/2 288/5 290/16 290/25 291/21 300/23 301/16 308/15 309/22 314/20 324/6 325/2 325/25 329/1 329/3 329/7 329/13 330/7 331/9 333/13 339/14 346/7 348/4 369/21 370/21 386/4 395/5 396/18

**because I [1]** 329/3

**become [11]** 146/12 168/2 213/22 214/3 250/17 279/2 279/5 279/7 318/3 327/10 345/21

**becoming [2]** 317/8 317/25

**been [97]** 144/12 145/20 150/10 151/15 151/25 152/1 152/13 156/20 160/12 176/6 176/14 194/11 198/22 199/13 212/20 213/7 222/25 225/2 226/6 230/18 239/3 239/13 239/16 240/13 240/23 241/13 241/22 241/25 250/22 259/19 262/10 263/1 268/25 270/23 275/22 276/9 277/18 278/7 279/21 283/14 284/12 284/16 289/9 289/25 290/2 291/16 291/19 291/24 297/15 299/18 302/8 303/24 312/22 318/7 321/10 322/5 323/16 323/19 323/20 324/4 326/1 326/25 328/23 332/2 334/22 338/2 338/8 338/20 339/20 344/18 346/10 346/18 346/19 347/1 347/14 350/17 350/23 350/24 355/21 356/22 357/14 363/20 364/1 367/8 368/16 370/7 371/4 379/3 381/23 385/6 391/16 393/20 394/15 394/17 395/24 396/5 396/14

**before [75]** 134/13 138/7 146/5 148/4 152/9 156/12 157/12 159/2 160/19 161/5 162/21 163/16 166/17 166/19 172/5 174/4 174/8 175/20 179/19 184/16 196/6 197/18 208/21 212/18 212/20 219/9 226/2 229/2 233/14 233/18 233/19 235/24 236/2 240/16 241/7 250/22 251/8 252/16 252/18 252/20 252/21 254/1 257/10 259/2 269/5 269/6 269/23 272/18 275/17 278/3 279/17 279/20 297/12 304/25 310/18 317/19 323/4 325/22 326/21 336/23 336/24 337/22 339/8 351/19 351/20 361/15 365/15 371/25 372/3 373/12 373/17 385/5 388/25 395/1 396/17

**begin [4]** 279/4 289/5 291/14 299/8

**beginning [8]** 233/7 233/7 233/10 289/9 291/18 325/16 331/14 347/10

**beginning-of-month [1]** 347/10

**begins [3]** 162/23 322/7 344/11

**behalf [6]** 157/8 316/25 317/1 334/19 350/9 362/4

**behavior [1]** 276/11

**behind [3]** 207/20 394/11 394/24

**being [16]** 146/22 152/13 178/6 203/3 231/4 232/4 281/2 315/16 315/17 317/7 353/16 377/13 395/10 398/20 398/22 399/25

**belief [2]** 327/18 333/25

**believe [27]** 149/7 173/18 175/22 175/24 194/6 228/15 257/12 260/25 285/20 319/13 324/4 324/5 324/19 326/5 329/6 333/24 334/6 334/13 336/10 348/11 361/25 370/8 379/1 382/23 388/18 393/12 398/2

**belong [1]** 199/18

**below [7]** 154/1 154/2 222/9 329/5 332/24 333/2 402/6

**bench [1]** 355/7

**benefit [1]** 383/24

**Berry [1]** 304/2

**best [16]** 169/6 228/16 285/6 285/20 293/15 293/15 299/19 300/13 304/2 342/4 342/13 352/20 352/22 364/7 365/22 366/4

**better [8]** 171/18 171/18 204/13 238/19 256/14 376/23 395/20 400/1

**between [15]** 140/11 205/14 240/4 243/12 243/12 286/24 297/23 299/14 300/10 309/10 318/4 348/24 350/11 374/25 376/24

**beyond [3]** 142/6 274/11 274/19

**Bi [2]** 282/7 328/20

**Bi-Net [2]** 282/7 328/20

**bias [1]** 210/23

**big [7]** 167/22 176/21 183/18 183/20 313/15 391/7 392/23

**bigger [2]** 169/4 171/17

**bill [18]** 181/7 181/8 181/16 181/25 182/1 182/3 182/4 182/6 183/1 183/24 183/24 184/5 184/8 184/10 184/15 203/15 204/17 243/23

**billing [9]** 181/5 184/4 184/6 184/7 184/9 184/14 184/18 195/25 195/25

**bills [2]** 187/24 281/4

**binder [4]** 177/17 178/16 178/17 181/11

**bit [9]** 162/23 178/12 204/3 206/3 256/14 295/7 310/4 356/21 369/20

**Blake [1]** 273/5

**blank [1]** 218/15

**blast [6]** 172/6 229/6 326/12 346/5 364/12 364/12

**blasts [1]** 346/4

**blind [1]** 283/3

**block [1]** 225/23

**blocking [1]** 225/22

**blown [1]** 173/18

**board [1]** 247/15

**Body [1]** 166/8

**book [12]** 144/25 145/2 145/8 156/6 183/16 183/18 208/3 215/12 221/9 221/16 223/8 235/1

**books [2]** 391/2 391/7

**both [18]** 146/16 149/18 158/20 176/8 222/20 225/25 239/5 256/9 265/22 275/22 347/14 352/3 375/8 387/14 392/22 397/4 397/11 397/13

**bottom [3]** 194/11 344/9 394/23

**bought [1]** 169/5

**Boulevard [2]** 135/5 135/14

**box [6]** 201/19 216/18 217/12 217/16 217/22 391/8

**Boy [1]** 289/6

**bracket [1]** 312/17

**Brady [2]** 135/10 135/13

**breaches [1]** 356/11

**break [6]** 237/15 265/12 305/13 341/24 351/10 351/14

**Brian [1]** 247/13

**brief [3]** 137/15 137/25 355/3

**briefly [7]** 215/14 337/23 339/9 352/15 355/20 357/4 368/19

**B**

**briefs [2]** 148/24 149/9
**bring [7]** 172/1 273/8 274/23 311/16 315/21 352/20 358/25
**brings [1]** 164/15
**broad [2]** 173/17 175/18
**broad-sweeping [1]** 175/18
**broadband [1]** 179/23
**broader [1]** 141/11
**brought [6]** 148/21 157/12 157/13 161/5 162/21 250/24
**Brown [1]** 148/24
**bucket [2]** 371/13 371/14
**buckets [1]** 371/13
**build [5]** 188/3 339/13 339/16 376/9 376/10
**building [2]** 328/21 339/11
**built [4]** 165/16 204/25 207/13 376/12
**bunch [1]** 169/7
**burden [4]** 165/7 165/10 165/10 176/24
**BUS [1]** 182/20
**busies [1]** 300/25
**business [90]** 147/5 147/17 153/24 161/7 161/16 161/16 161/17 161/18 161/23 162/2 162/2 162/3 162/4 162/5 162/8 162/19 165/12 165/18 166/25 167/3 167/4 167/12 167/12 169/10 169/17 171/10 176/11 176/12 180/25 182/13 182/19 200/5 203/4 203/6 203/8 218/16 218/23 219/10 224/2 243/4 243/8 243/18 243/20 243/25 245/13 248/23 249/21 250/12 250/15 266/13 267/1 267/9 268/4 278/13 281/7 282/2 282/10 309/14 309/19 310/16 310/20 317/7 328/21 341/11 370/11 370/14 370/16 371/1 378/19 378/22 379/13 379/23 384/11 384/15 384/18 384/25 385/4 385/6 385/10 385/12 385/13 393/13 393/16 394/19 396/6 396/12 398/11 398/14 398/20 399/1
**businesses [29]** 161/19 200/2 200/6 202/25 317/16 369/7 370/6 370/7 370/10 370/21 370/22 372/3 378/16 379/17 379/20 379/21 384/19 385/7 385/15 385/17 385/21 385/23 386/16 386/19 386/20 387/12 389/2 399/2 399/3
**busy [8]** 170/9 170/24 170/24 300/1 300/17 301/16 301/19 366/15
**button [8]** 156/17 226/18 226/20 226/22 265/7 265/14 265/15 265/19
**buttons [1]** 289/3
**buy [7]** 154/3 154/21 154/23 155/18 219/21 231/7 278/14
**buying [6]** 154/5 154/20 156/12 159/21 219/24 225/6
**buys [1]** 155/8
**Byron [3]** 213/10 217/11 220/11 220/19 222/20 249/20 250/8 324/8
**Byron's [3]** 223/13 223/15 223/24
**byronwakefield [2]** 222/17 222/19

**C**

**C-A-L-L [1]** 283/13
**CA [2]** 135/5 135/8
**calculated [1]** 393/24
**calculation [3]** 198/3 198/15 395/8
**calculations [1]** 391/21
**call [314]**
**Call' [2]** 254/20 256/5
**Call's [1]** 283/13
**call-back [15]** 158/25 159/4 187/23 188/9 189/10 189/16 193/10 195/14 226/15 227/7 227/9 231/9 231/13 231/17 336/19
**call-in [1]** 200/10
**called [59]** 138/4 138/16 145/11 155/9 155/21 159/19 159/23 161/23 162/10 166/8 166/9 166/18 168/23 169/6 169/12 169/13 175/2 186/13 194/14 213/21 224/24 225/3 225/13 225/15 230/21 231/18 233/11 233/15 234/4 234/19 234/21 235/11 235/24 236/2 236/9 238/17 241/14 245/3 245/21 246/8 246/10 246/24 251/12 252/13 265/23 268/17 275/16 285/1 286/7 288/16 324/7 336/1 346/5 349/10 365/24 369/22 369/24 387/7 389/9
**caller [5]** 225/11 225/20 268/15 268/17 268/18
**calling [59]** 156/13 157/6 157/23 157/24 158/1 158/5 158/5 158/11 158/12 158/13 160/9 160/10 161/7 170/1 170/2 170/3

**Z**1/6 172/6 174/2 176/6 194/9 201/10 201/13 207/15 218/13 224/8 224/24 227/1 227/2 227/5 231/1 253/22 240/14 242/12 251/9 251/16 254/19 256/4 256/18 258/1 258/5 264/14 265/1 274/7 283/3 286/21 286/25 288/4 290/13 290/18 290/25 297/20 297/24 329/17 346/20 346/21 348/19 364/9 400/11
**calls [279]**
**calls in [1]** 248/9
**came [15]** 197/7 197/18 199/4 202/12 229/2 235/1 252/18 252/21 259/1 262/23 263/7 268/21 285/3 286/7 385/24
**campaign [73]** 157/24 158/1 158/21 165/17 226/12 286/12 286/14 286/14 286/16 287/8 287/16 288/2 288/4 288/11 289/21 290/7 290/23 291/23 293/2 293/4 293/5 293/9 293/11 294/7 296/1 296/2 296/13 298/6 301/12 301/13 301/13 301/14 301/17 301/18 301/19 302/6 302/8 303/20 303/22 320/14 321/10 321/16 321/17 321/21 321/22 321/24 323/25 325/25 327/20 331/20 331/22 334/24 335/18 336/3 336/19 340/2 340/14 341/9 341/15 342/8 347/7 348/17 348/23 349/17 349/25 350/19 353/24 354/3 364/10 371/9 371/14 371/15 384/23
**campaigns [45]** 157/24 158/5 158/6 158/6 158/7 158/11 158/12 158/12 158/13 158/14 158/15 158/17 158/18 159/7 171/6 171/13 171/14 171/23 173/2 174/2 174/5 286/5 286/6 287/13 287/14 289/19 289/20 290/5 290/21 291/12 293/13 293/18 297/14 310/25 327/8 331/17 335/11 336/5 343/17 348/10 348/12 350/11 364/8 364/16 371/8
**can [135]** 139/10 140/1 140/2 141/19 141/20 142/7 142/21 142/22 143/4 143/7 143/11 146/6 156/8 156/15 169/6 169/7 169/20 170/8 170/9 170/9 170/10 171/11 174/20 178/12 179/20 180/11 182/12 182/15 184/12 190/19 190/19 190/24 191/19 193/21 195/6 196/14 200/14 204/19 206/3 207/18 207/22 208/3 209/16 210/24 213/24 214/7 215/14 215/16 217/6 221/16 223/9 228/10 228/19 235/10 237/25 244/12 245/6 246/11 249/15 252/23 252/24 254/7 254/8 262/25 270/12 273/12 273/24 274/16 275/6 275/6 278/25 279/2 279/8 280/8 282/10 285/19 289/4 292/21 292/24 295/3 302/1 302/20 304/6 307/9 307/10 307/13 307/14 313/5 314/4 314/13 320/22 322/6 325/6 325/15 326/15 332/8 336/22 337/14 345/6 348/15 349/11 352/10 353/7 355/3 356/8 356/14 358/4 359/5 359/18 363/16 365/17 367/1 368/19 371/21 372/10 372/21 372/22 376/10 378/19 378/19 379/8 385/12 388/12 388/20 389/22 390/20 391/6 394/20 395/4 395/15 396/12 396/13 397/7 399/13 400/9
**can't [14]** 151/13 168/20 173/19 176/3 206/17 249/14 260/13 307/18 307/20 313/19 313/24 347/19 353/17 391/21
**Canadian [1]** 393/17
**cancel [5]** 220/16 220/19 223/24 267/1 289/22
**canceled [6]** 176/14 220/4 220/20 220/21 223/12 324/8
**cancellation [2]** 222/6 223/12
**cancellation/membership [1]** 222/6
**candid [1]** 211/16
**cannot [3]** 153/16 195/8 350/22
**card [13]** 158/2 168/20 169/2 171/7 171/24 173/14 221/1 287/4 287/10 298/3 316/21 320/6 320/8
**cards [13]** 160/2 168/14 168/15 168/18 173/5 245/13 286/1 286/1 287/2 289/22 289/23 297/15 298/1
**care [7]** 161/24 246/5 247/17 248/3 248/14 304/20 328/13
**caring [1]** 243/11
**carries [1]** 366/11
**carry [3]** 154/25 156/10 391/7
**carve [2]** 146/1 146/11
**carving [1]** 146/10
**case [58]** 137/6 138/9 139/9 142/20 143/18 143/20 144/12 146/2 147/9 147/9 148/21 161/5 162/21 164/20 164/20 173/7 174/9 175/19 176/18 176/22 177/4 180/23 185/6 186/21 187/4 201/8 206/9 233/7 233/8 233/10 240/20 243/17 251/5 252/4 252/5 252/7 253/19 255/6 262/13 268/23 271/15 273/6 275/22 295/8 296/15 351/18 351/19 351/20 363/7 373/10 387/4 387/13 390/17 390/18 392/18 395/21 396/1 400/23
**case-in-chief [1]** 273/6
**cases [8]** 138/9 143/15 144/12 279/4 306/20 356/13 356/23 373/13
**Cast [1]** 155/14 159/19 160/15 160/22 241/4
**Casting [9]** 158/24 159/3 172/24 173/1 173/4 173/13 173/16 226/14 227/6
**catalogs [1]** 219/4

**category** [1] 274/8
**caught** [3] 313/18 315/8 388/21
**cause** [1] 402/8
**cell** [24] 147/17 147/18 147/21 153/15 154/10 154/17 156/4 157/7 157/16 161/6 161/9 161/15 161/20 162/15 164/3 180/20 246/9 246/10 249/12 249/13 290/15 290/16 348/19 348/20
**cellular** [4] 138/17 140/25 141/7 144/9
**center** [12] 173/11 194/11 284/21 285/2 295/16 300/15 318/24 319/3 319/6 319/7 325/5 356/20
**Central** [1] 135/11
**certain** [18] 148/24 148/24 150/10 184/17 226/3 261/4 261/6 263/10 287/13 292/17 303/20 303/21 307/23 309/11 369/19 369/23 373/2 374/10
**certainly** [5] 141/20 164/1 202/21 315/7 398/18
**certainty** [2] 292/22 350/22
**certification** [1] 146/6
**certified** [1] 402/10
**certify** [1] 402/6
**chair** [1] 391/4
**challenge** [7] 166/8 166/10 166/10 286/11 288/8 323/13 395/16
**chance** [1] 204/23
**change** [3] 299/16 349/1 349/4
**changed** [6] 252/15 259/3 260/6 260/7 336/21 338/4
**changes** [4] 155/7 299/13 348/23 374/25
**Chapter** [2] 330/18 331/15
**character** [1] 398/21
**characterize** [1] 294/8
**characterized** [1] 169/15
**characterizing** [1] 363/12
**characters** [5] 370/21 380/2 394/10 396/8 398/13
**charge** [1] 203/11
**charged** [1] 199/25
**charges** [1] 203/14
**charging** [1] 220/25
**chart** [1] 384/4
**chat** [2] 175/20 266/19
**chats** [1] 319/4
**cheap** [1] 172/7
**cheat** [1] 300/14
**check** [9] 157/13 161/4 161/21 162/20 217/16 217/22 348/18 384/1 394/10
**checked** [3] 217/19 217/19 373/7
**checks** [2] 373/6 390/6
**Chef** [1] 166/20
**Chicago** [2] 355/19 356/2
**chief** [3] 178/9 205/18 273/6
**children** [5] 213/11 243/10 246/4 247/17 248/3
**choose** [2] 281/8 281/16
**choosing** [1] 344/1
**circuits** [1] 169/23
**circumstances** [4] 290/10 334/14 334/16 334/23
**City** [1] 212/25
**claim** [4] 147/3 176/25 251/5 384/25
**claims** [2] 149/2 174/7
**clarified** [1] 330/23
**clarify** [4] 199/22 330/20 355/11 374/10
**class** [60] 146/3 146/5 146/19 149/13 151/6 151/8 157/9 175/21 211/2 250/18 368/22 368/23 368/23 369/2 372/1 373/22 375/6 375/9 375/16 375/18 376/6 376/8 376/9 376/12 376/14 376/18 376/24 377/1 377/2 377/3 377/6 377/11 377/15 377/23 378/5 378/7 380/8 380/24 381/8 381/17 381/19 381/20 381/22 382/4 382/1 382/6 382/7 384/10 392/21 392/21 392/25 393/4 393/7 393/21 394/18 396/11 397/4 397/9 397/18 397/21
**clear** [5] 201/15 201/19 285/7 320/24 376/22
**clearly** [1] 274/14
**clerk** [1] 358/18
**click** [1] 156/17
**clients** [1] 175/3
**Clint** [2] 247/25 248/1
**clip** [12] 158/24 226/15 227/6 314/7 314/15 315/3 315/18 322/5 323/2 323/4 325/15 325/22

**clips** [8] 174/12 174/13 174/16 174/18 196/7 265/24 312/11 314/5
**close** [6] 137/5 173/7 174/14 284/13 351/18 353/16
**closed** [1] 148/9
**closer** [3] 256/11 256/15 259/5
**closing** [7] 306/12 307/24 308/9 308/15 308/17 308/17 310/6
**Co** [1] 394/7
**code** [25] 170/22 171/3 193/6 200/15 295/19 299/25 300/8 300/18 342/5 342/6 359/12 363/8 364/23 364/24 366/9 366/9 366/14 367/16 367/22 372/9 372/11 372/12 372/12 372/13 372/25
**codes** [41] 151/10 163/9 170/20 170/21 171/1 293/21 293/23 293/25 294/6 301/4 342/14 342/17 344/13 355/6 357/19 362/25 363/4 363/20 364/22 365/11 365/14 365/23 365/24 366/5 366/22 367/16 367/25 372/15 372/24 374/19 374/23 375/2 382/19 383/2 383/11 383/17 383/21 387/22 389/21 390/5 393/17
**coffee** [1] 272/13
**coincide** [1] 289/14
**cold** [2] 170/1 172/6
**collect** [1] 361/3
**collected** [2] 280/2 280/4
**collection** [1] 367/6
**collectors** [1] 202/18
**collects** [1] 154/9
**column** [34] 185/14 185/19 186/3 186/4 186/18 187/6 190/20 190/25 190/25 191/1 191/1 201/4 201/5 295/5 295/12 296/8 332/5 332/13 332/15 343/19 344/8 344/10 359/7 359/10 360/3 370/14 370/20 377/7 380/2 380/9 380/9 385/5 385/8
**columns** [10] 144/3 144/5 178/20 186/6 190/21 190/24 331/21 359/5 363/16 369/8
**combine** [1] 146/19
**combined** [4] 146/22 147/20 375/14 377/5
**come** [29] 148/16 150/3 150/6 154/21 155/18 168/7 169/24 171/24 174/14 174/23 199/18 199/20 204/19 227/15 230/14 236/13 253/14 267/10 275/8 286/10 288/8 292/21 317/4 329/2 347/2 371/20 386/12 386/14 395/17
**comes** [8] 143/20 154/19 175/14 177/3 195/24 204/21 204/23 350/18
**coming** [7] 208/3 231/2 231/3 271/20 304/24 346/18 352/8
**comment** [2] 137/21 381/16
**comments** [5] 149/22 292/10 294/17 306/10 340/17
**commercial** [3] 139/24 143/21 145/4
**commission** [2] 214/9 317/12
**commissions** [2] 171/20 280/8
**commit** [3] 274/4 307/9 307/13
**commitment** [2] 307/15 308/19
**common** [3] 205/22 320/5 320/6
**commonly** [1] 398/11
**communicate** [8] 167/14 280/25 281/5 281/7 281/9 281/13 281/20 281/22
**communicated** [1] 282/21
**communicates** [1] 282/18
**communication** [6] 167/21 169/5 216/18 281/10 350/19 350/21
**communications** [20] 170/11 177/16 178/10 179/20 179/21 179/22 181/16 182/9 184/21 185/3 190/10 190/14 191/9 193/5 195/16 204/13 205/19 278/5 281/18 282/22
**companies** [5] 153/14 153/17 166/14 166/18 166/21
**company** [30] 155/4 159/10 166/4 166/6 166/16 166/24 168/11 171/18 179/23 199/16 200/11 202/15 218/15 218/17 218/19 218/22 219/13 224/21 232/23 232/25 233/2 233/14 243/22 280/25 281/8 281/18 316/22 317/5 328/22 394/7
**company/we** [1] 328/22
**compare** [9] 216/20 230/11 230/25 232/15 237/9 238/11 300/23 396/12 397/21
**compared** [3] 145/10 371/18 394/16
**comparison** [2] 197/24 204/9
**comparisons** [1] 396/15
**compilation** [6] 139/24 143/21 143/23 143/23 150/16 384/8
**compilations** [1] 151/12
**compile** [1] 336/9
**complaint** [19] 252/5 252/6 253/9 253/12 253/19 253/20 253/25 254/3 254/25 255/5 255/11 256/10 256/10 259/15 259/16

complaint... [4]  268/23 268/25 269/4 269/9
complete [4]  218/16 330/13 351/5 394/5
completed [2]  223/1 379/2
Completely [1]  280/25
completeness [2]  228/13 330/17
completes [2]  280/12 351/2
completion [7]  342/5 342/6 342/17 365/24 366/9 367/16 367/16
compliance [3]  158/9 316/19 316/22
component [2]  169/8 288/10
comprehensive [1]  398/19
computer [11]  155/8 155/10 169/5 327/9 336/13 336/18 345/10
345/20 356/18 359/16 389/24
concept [1]  170/19
concern [3]  150/6 306/19 395/8
concerned [3]  138/1 391/25 399/22
concerns [2]  149/23 393/18
conclude [4]  140/6 141/16 315/12 395/4
concludes [1]  283/7
conclusion [2]  172/19 292/22
conclusions [3]  144/17 149/22 303/25
conditions [2]  279/3 279/12
conducted [6]  291/23 303/20 335/11 335/18 348/13 348/24
conducts [1]  336/5
conference [2]  386/15 393/11
conferring [2]  228/20
confident [1]  307/14
confidential [1]  209/3
confirm [3]  176/9 222/24 337/14
confirmation [7]  221/2 221/7 222/7 222/11 222/24 223/5 224/1
confirming [1]  396/19
conformed [1]  402/9
confuse [2]  307/2 307/5
confused [1]  309/22
confusion [1]  322/16
conglomeration [1]  377/15
connect [23]  155/24 159/18 160/8 169/23 170/6 170/6 170/19
177/1 177/1 177/1 177/3 226/18 226/20 226/23 236/24 237/3
237/18 264/25 265/4 265/8 265/11 265/18 265/19
connected [13]  158/23 163/5 165/18 170/5 226/14 261/7 263/9
293/12 302/2 327/17 327/23 327/25 346/1
connection [1]  303/24
consent [8]  164/2 164/5 164/8 164/10 164/13 218/3 218/6
251/2
conservative [2]  369/20 387/9
consider [7]  221/23 223/18 225/22 245/6 246/11 305/4 331/12
considered [3]  378/22 379/17 379/19
consistent [4]  168/9 242/18 242/19 373/8
consult [2]  233/20 351/14
consulted [1]  357/1
contact [72]  156/3 156/3 156/6 161/11 163/4 166/17 168/10
217/20 224/20 266/10 267/5 293/16 309/3 309/9 309/11 309/12
320/8 320/23 328/4 328/4 329/22 330/6 331/15 331/16 331/16
331/22 331/22 331/23 338/6 338/13 339/11 339/13 339/16
339/17 340/2 341/16 341/21 343/1 348/18 355/6 357/18 357/21
358/5 359/8 359/23 359/23 360/3 361/12 362/10 362/4 363/4
363/6 363/20 363/25 367/6 367/15 368/22 370/12 371/13
371/16 376/24 377/16 378/3 383/13 384/9 385/3 387/5 388/25
392/24 397/12 397/13 397/20
contacted [6]  290/2 320/14 335/12 335/23 336/16 340/11
contacting [2]  167/18 224/7
contacts [6]  217/25 281/20 338/12 359/14 363/13 364/1
contain [5]  189/10 306/1 343/20 360/3 383/1
contained [6]  240/6 292/5 318/7 362/12 368/24 389/21
contains [3]  313/25 359/13
content [4]  229/24 230/19 230/25 329/24
context [2]  226/4 291/8
contingency [1]  211/5
continue [9]  207/14 219/24 220/11 322/14 322/15 326/17
352/16 375/11 386/13
continued [13]  322/23 325/19 326/18 331/2 337/19 339/5 340/7
340/23 343/9 345/17 347/24 348/6 350/5

continues [2]  207/10 322/16
contractors [3]  167/6 175/22 178/12
contracts [1]  167/11
contractual [1]  267/22
contrary [1]  398/8
contrast [1]  290/21
conversation [2]  242/6 270/21
converted [1]  236/15
COO [1]  177/16
copy [18]  235/1 252/3 252/4 252/6 252/12 255/11 270/9 275/7
277/10 280/18 283/20 358/7 358/14 358/15 358/17 358/20
367/18 384/4
core [2]  169/16 287/9
corner [3]  201/19 253/12 342/21
Corp [1]  398/12
corporate [3]  279/9 279/14 281/25
corporation [4]  166/22 167/23 370/17 394/3
corporations [1]  167/2
correct [122]  180/9 189/11 197/12 197/15 197/17 198/18
199/25 200/1 200/3 201/11 201/12 201/14 202/6 202/9 202/10
202/25 203/4 216/6 228/6 233/25 234/19 252/17 253/20 254/1
254/4 254/5 255/3 255/4 255/6 255/12 255/13 255/24 257/3
257/4 257/6 257/16 257/24 258/19 258/22 259/1 259/13 260/23
264/20 275/12 275/14 282/2 286/12 287/5 288/20 288/25 294/2
295/21 296/12 298/4 300/6 300/19 303/14 303/17 304/16
304/18 313/2 313/14 316/1 316/2 318/5 321/20 322/9 322/10
330/3 330/10 338/17 340/2 357/25 358/1 358/13 359/22 364/15
370/2 373/17 373/19 373/20 373/22 374/12 374/20 374/21
375/13 375/17 375/22 375/23 376/16 376/17 376/20 377/24
378/16 378/17 378/22 378/23 380/5 380/10 380/11 380/18
380/20 381/1 381/11 381/13 383/3 383/19 383/22 384/12
384/19 384/20 385/19 386/6 386/7 387/18 387/22 387/23 389/5
390/3 398/6 398/7 402/7
correctly [10]  189/9 197/6 257/23 260/18 260/25 300/4 316/4
392/5 392/7 392/20
correlates [1]  315/17
correspond [1]  342/18
could [77]  139/23 141/16 141/17 142/9 143/13 149/3 149/5
149/6 156/14 159/11 159/20 161/16 161/18 174/8 176/6 178/8
180/24 181/10 182/6 196/6 198/20 199/22 202/19 202/20 203/7
205/3 205/6 205/15 209/18 212/16 218/1 230/18 232/18 239/2
261/3 263/1 264/25 266/9 266/10 266/13 273/11 274/3 277/9
277/14 285/9 286/13 295/8 296/9 300/16 302/9 304/10 307/22
312/16 313/9 313/11 316/11 329/20 331/14 332/4 335/9 358/14
363/5 365/15 366/5 368/6 369/12 369/16 373/6 383/14 384/24
385/14 393/23 394/16 394/17 394/17 394/19 398/24
couldn't [3]  174/5 176/9 176/9
counsel [51]  153/7 153/8 170/20 172/25 173/8 179/13 197/19
198/13 198/19 202/23 208/4 208/11 228/17 239/7 246/13 261/1
262/21 263/14 271/12 271/20 272/11 275/12 280/14 309/22
323/7 334/1 338/25 351/16 355/7 355/14 358/16 373/21 375/24
379/18 379/18 380/4 381/21 381/21 386/3 386/15 387/10 392/5
392/7 392/12 397/24 397/25 397/25 398/5 398/6 398/18 398/19
counsel's [3]  257/22 266/2 309/17
count [3]  144/10 147/4 399/3
counted [1]  163/11
counting [7]  142/6 145/13 210/11 308/21 387/2 387/3 397/18
countless [1]  290/18
country [2]  359/12 373/9
counts [2]  387/16 387/17
couple [9]  150/6 197/5 202/23 221/16 267/10 314/15 320/4
358/8 366/13
course [7]  171/16 209/20 216/14 229/11 251/24 341/11 356/25
courses [1]  357/14
court [49]  134/1 134/14 135/22 137/3 139/9 146/5 152/20
178/12 189/19 190/4 190/8 196/13 196/17 196/20 196/21
196/22 208/9 208/13 211/17 212/1 212/18 229/2 229/13 230/9
230/23 264/9 271/18 273/1 273/11 273/25 275/9 305/16 308/6
308/7 311/19 315/22 322/1 325/13 326/13 351/11 351/25 353/1
355/10 358/17 362/6 391/10 400/2 401/9 402/12
Court's [1]  273/15
courtesy [4]  169/1 287/2 288/7 298/1
Courthouse [1]  135/22

**C**

courtroom [4] 212/20 252/18 264/16 400/17
courts [2] 308/7 395/18
cover [8] 137/15 164/18 184/25 185/1 211/6 246/20 246/24 307/22
covered [1] 137/16
create [20] 150/25 151/8 302/7 339/15 375/18 376/4 376/5 376/7 376/12 376/18 377/3 379/20 380/9 380/12 383/9 390/2 390/7 390/8 390/9 390/9
creates [1] 156/2
creating [3] 286/22 297/21 377/9
creation [2] 289/24 302/5
credit [23] 158/2 160/2 168/14 168/14 168/18 168/20 169/1 171/7 171/23 173/5 173/14 220/25 286/1 286/1 287/3 287/10 289/22 289/23 297/15 298/2 316/21 320/6 320/7
criteria [9] 141/3 141/4 141/11 384/16 394/12 395/13 395/18 396/7 396/16
crop [1] 194/14
crop-zoom [1] 194/14
crops [1] 194/14
cross [20] 136/5 143/13 149/14 152/5 152/9 196/5 196/24 197/1 208/18 251/21 252/1 271/23 274/10 280/21 297/1 345/1 374/2 391/3 395/21 395/25
cross-exam [1] 374/2
cross-examination [10] 196/5 196/24 197/1 251/21 252/1 280/21 297/1 345/1 345/21 395/25
cross-examine [2] 149/14 274/10
cross-examined [1] 143/13
CRR [2] 135/22 402/12
crunching [1] 392/17
CSB [21] 382/23 382/24 383/1 383/4 383/8 383/17 384/7 387/20 388/4 388/7 388/13 392/6 392/13 393/19 394/15 396/5 396/9 396/14 396/19 399/5 399/18
culled [3] 375/2 375/4 375/15
cumulative [1] 307/2
current [6] 259/3 277/20 284/5 284/7 316/14 316/18
customer [6] 156/23 169/25 170/4 282/11 295/6 296/16 317/7 318/17 319/24 320/1 320/7 325/11 326/24 342/1 359/11 359/11
customers [39] 154/20 156/11 156/19 158/23 166/11 167/10 168/9 168/12 168/24 169/11 169/20 170/3 171/12 171/21 175/4 226/13 230/22 280/23 281/5 281/6 281/9 281/13 281/17 281/21 282/8 317/10 319/21 319/25 320/11 320/17 320/23 323/3 323/13 323/14 327/1 336/12 336/15 342/2 346/8
cut [4] 176/3 263/10 265/14 265/16
cv [1] 134/5
cyber [1] 357/15

**D**

D-A-V-I-S [1] 354/22
damages [1] 208/16
data [28] 144/7 148/17 150/25 151/14 151/16 306/2 356/11 376/1 376/19 377/8 377/10 380/14 383/24 388/22 389/5 390/8 390/9 392/16 392/24 394/24 394/25 395/1 395/2 395/14 399/8 399/11 399/17 399/23
database [42] 138/19 139/1 139/18 140/22 141/6 142/10 142/11 144/9 144/11 145/4 145/15 150/10 151/5 151/7 151/9 151/9 151/11 151/12 151/24 152/3 290/3 318/13 318/14 318/15 321/9 321/12 367/13 367/15 368/22 377/6 380/7 380/10 380/13 381/2 381/10 382/19 382/21 383/4 387/16 387/19 389/5 389/12
databases [3] 151/21 152/12 382/14
dataset [1] 375/15
datasets [1] 356/12
date [14] 186/3 186/4 186/5 186/5 197/10 222/9 258/22 262/8 298/5 332/17 360/18 360/19 360/23 402/12
dates [16] 233/15 233/23 234/2 234/19 234/22 257/8 257/14 269/9 269/12 269/15 269/20 270/1 270/3 298/16 303/16 359/13
daughter [1] 355/23
David [1] 316/13

Davis [39] 136/11 137/23 138/14 138/24 140/2 141/13 141/20 142/1 142/25 145/23 146/7 148/7 148/12 149/6 149/14 152/5 152/9 152/16 272/7 351/13 352/2 354/18 354/22 355/3 355/13 357/20 359/5 365/10 374/7 381/18 382/13 393/2 394/2 394/9 394/21 397/15 397/22 398/10 398/15
Davis' [2] 144/17 400/5
day [13] 149/13 149/14 156/14 166/11 197/13 213/21 248/14 254/17 256/2 256/21 261/24 328/4 359/13
day-care-related [1] 248/14
daycare [25] 161/23 162/8 162/12 162/14 176/12 243/4 245/8 245/9 245/13 245/16 245/18 245/22 246/2 246/12 247/3 247/6 247/20 248/6 248/9 248/11 248/23 249/3 249/7 249/9 249/18
daycare-related [4] 247/20 248/6 248/9 248/11
Daylight [1] 187/19
days [12] 145/25 147/23 150/6 156/7 261/25 320/12 320/16 342/2 342/3 384/24 388/8 396/17
deactivate [1] 222/25
deactivation [2] 222/6 222/23
deadline [1] 148/9
dealing [2] 159/25 160/1
debt [1] 202/18
December [5] 321/4 338/3 349/3 350/12 366/1
December 12th [1] 366/1
December 2014 [3] 321/4 349/3 350/12
December 2015 [1] 338/3
decide [3] 147/13 250/17 396/18
decided [4] 273/8 274/6 274/25 289/17
decision [6] 146/15 146/25 208/21 319/25 320/13 390/21
decisions [1] 152/10
declaration [18] 137/22 305/1 340/16 361/21 361/23 362/4 362/9 363/19 363/24 363/25 364/14 365/5 365/10 365/14 365/16
declined [20] 158/3 160/2 168/15 168/19 168/21 173/6 286/1 286/2 286/22 287/2 287/4 289/23 297/15 297/21 298/1 298/3 319/22 320/6 346/9 347/7
declines [7] 171/8 171/24 173/14 287/10 320/8 346/7 346/10
deemed [1] 381/3
defendant [45] 134/8 135/10 138/13 138/18 147/10 148/5 148/25 153/8 165/1 180/3 185/9 207/25 215/20 223/19 228/20 273/20 275/25 292/10 294/17 296/21 303/8 309/18 309/20 310/20 337/2 337/4 343/5 344/22 352/11 352/12 354/14 361/19 362/5 371/17 387/7 387/13 388/16 391/25 392/6 392/13 393/5 393/5 393/23 396/20 399/25
defendant's [21] 137/8 138/3 138/14 143/23 144/1 144/2 144/4 144/7 145/11 150/5 150/10 150/16 150/17 165/2 305/22 306/25 308/25 309/19 323/7 351/18 355/6
defendants [7] 147/24 148/2 275/1 305/4 340/18 394/16 394/16
defense [17] 179/13 211/14 280/14 312/1 351/16 358/15 373/21 381/21 386/15 392/7 393/19 397/25 397/25 398/6 398/8 398/18 398/19
define [1] 376/10
defined [1] 165/25
definitely [5] 210/23 239/19 301/10 340/19 367/10
definition [3] 382/6 382/7 382/9
definitions [1] 365/24
definitive [1] 143/12
definitively [1] 141/15
degree [1] 356/17
deleted [5] 144/8 238/9 262/15 262/19 396/8
deliberations [4] 306/4 307/5 307/7 308/20
deliver [10] 155/15 156/9 156/16 157/3 157/8 157/17 158/17 165/2 329/20 330/8
delivered [1] 171/4
deliveries [1] 155/21
delivering [1] 155/11
demeanor [1] 353/17
Dennis [3] 135/22 402/11 402/12
department [6] 243/16 247/16 248/2 319/21 336/11 338/7
depend [1] 320/2
depended [1] 346/6
depending [2] 321/10 321/16
depends [1] 165/13
depo [3] 264/3 312/9 339/1

**depos** [1] 274/25
**depose** [1] 148/12
**deposition** [77] 136/8 136/9 136/10 173/9 173/12 240/18 252/3
258/12 258/15 258/17 259/5 260/9 260/10 260/22 260/24 270/6
270/22 271/22 272/3 275/12 275/16 275/17 275/18 275/21
276/14 276/18 276/21 277/5 280/13 283/7 283/13 283/23
302/22 304/21 304/21 304/24 312/7 312/21 312/21 313/4 313/4
313/21 314/9 314/13 314/22 315/9 315/17 315/24 316/1 316/7
322/6 322/6 322/18 322/23 325/16 325/19 326/18 330/13 331/2
335/2 337/19 338/19 338/21 339/5 340/7 340/23 343/4 343/9
344/22 345/17 347/24 348/6 350/5 351/2 351/5 353/18 366/1
**depositions** [4] 259/17 272/4 353/12 353/16
**describe** [14] 169/6 278/25 348/15 357/4 357/12 357/17 359/5
365/13 367/1 367/11 368/19 371/11 371/24 372/21
**described** [8] 173/21 228/23 321/6 327/19 335/17 336/5 372/3
379/25
**description** [2] 342/18 346/15
**descriptions** [1] 292/24
**descriptors** [1] 398/20
**designate** [3] 142/14 149/6 149/8
**designated** [3] 139/6 149/13 324/19
**designation** [1] 203/2
**designed** [6] 157/3 158/17 160/16 160/23 162/22 207/17
**destination** [1] 280/6
**detail** [1] 184/9
**detailed** [8] 184/3 184/6 184/7 233/4 233/14 234/13 234/24
284/22
**detect** [3] 169/20 207/13 207/15
**detected** [2] 205/1 345/8
**detecting** [1] 345/4
**detects** [2] 163/3 207/14
**determination** [1] 367/21
**determine** [3] 147/7 372/10 393/23
**determined** [3] 379/13 385/4 385/9
**device** [2] 206/4 298/22
**devices** [6] 165/9 299/10 299/11 299/16 299/19 299/23
**dial** [14] 155/1 168/8 170/17 199/2 200/15 289/4 289/12 290/8
290/9 291/21 329/16 329/19 369/12 369/17
**dialed** [16] 290/6 290/11 298/20 299/4 299/5 321/9 321/19
325/4 329/4 329/6 344/18 346/15 347/1 347/14 347/14 347/18
**dialer** [3] 288/23 289/2 302/7
**dialing** [4] 168/24 327/9 345/10 345/20
**dials** [1] 169/19
**did** [364]
**didn't** [69] 137/15 137/22 152/16 152/16 160/10 163/19 164/13
165/11 165/20 165/23 165/24 169/2 172/6 172/7 173/25 174/1
176/7 198/11 198/13 198/19 199/2 205/4 242/22 243/7 249/9
250/1 250/19 253/4 256/16 258/12 258/18 261/10 262/16
262/19 263/14 264/21 265/6 267/1 270/19 277/12 289/12 299/3
302/7 329/12 331/9 331/9 359/1 369/18 375/3 375/18 376/9
376/12 376/16 376/18 376/19 385/17 385/20 385/20 386/19
387/10 387/24 388/3 388/7 388/13 390/2 390/7 398/18 398/19
399/9
**difference** [7] 140/9 140/10 151/24 205/15 300/10 309/10 369/5
**differences** [1] 374/24
**different** [27] 145/10 151/22 157/23 158/5 166/14 172/23
182/17 205/9 206/11 231/14 280/6 280/24 280/25 281/9 290/12
295/7 306/14 350/10 359/19 371/8 372/17 380/14 380/14
388/11 389/6 396/5 397/19
**differentiate** [1] 348/21
**differs** [1] 368/19
**difficulty** [1] 253/17
**digital** [3] 356/7 356/9 367/14
**digitally** [1] 402/9
**direct** [18] 136/5 152/9 178/2 212/12 271/22 274/11 274/12
274/19 274/21 277/7 278/15 280/12 284/1 316/9 352/16 352/21
355/1 400/6
**Direction** [2] 185/19 185/20
**directions** [1] 146/16
**directly** [2] 346/21 388/17
**director** [5] 277/25 278/3 278/5 356/7 356/8

**directories** [2] 183/13 372/15
**directory** [3] 183/23 377/7 383/12
**disagree** [7] 148/18 256/19 260/4 260/7 260/7 260/16 313/6
**disclosed** [3] 148/14 273/5 275/1
**disclosure** [2] 142/15 391/17
**disconnected** [1] 296/7
**disconnects** [1] 207/16
**discount** [3] 231/5 288/7 320/12
**discounted** [1] 231/4
**discovery** [5] 228/6 329/12 337/2 365/7 369/18
**discuss** [5] 228/19 271/14 305/12 317/7 390/18
**discussed** [18] 216/1 216/8 227/22 228/4 289/20 290/22 292/9
294/16 330/12 330/15 338/19 340/4 340/15 340/16 343/2 347/6
347/7 355/14
**discussing** [1] 326/1
**discussion** [2] 149/2 355/9
**discussions** [2] 147/15 209/3
**disposition** [40] 151/10 170/20 171/1 171/3 293/21 293/23
293/25 294/6 295/11 295/19 295/22 296/3 296/7 299/25 300/1
300/8 300/9 300/18 301/3 343/25 344/13 364/25 365/1 365/23
366/4 366/9 366/14 366/22 367/22 367/24 374/19 374/22 375/1
382/19 383/2 383/11 383/17 383/21 387/17 387/21
**dispositioned** [1] 300/3
**dispositioning** [2] 295/15 301/1
**dispositions** [6] 294/6 295/10 295/14 295/16 300/21 301/6
**dispositively** [1] 203/3
**dispute** [3] 234/21 240/8 297/7
**disputed** [2] 269/14 270/3
**disregard** [1] 315/15
**disruptions** [1] 325/9
**distributor** [1] 279/3
**DISTRICT** [5] 134/1 134/2 134/14 135/22 362/6
**divide** [1] 371/7
**divided** [1] 371/12
**do** [290]
**docket** [2] 137/9 137/10
**document** [43] 139/12 139/13 159/5 178/19 178/21 180/11
255/15 258/14 266/24 279/15 279/16 279/18 292/1 292/2 294/9
295/2 301/22 306/22 309/5 312/22 312/23 313/9 313/10 313/13
317/17 317/19 331/6 331/21 331/24 332/7 339/23 340/1 340/15
341/2 341/6 341/8 341/10 341/12 341/16 342/20 359/15 359/16
359/18
**documenting** [1] 328/10
**documents** [11] 150/7 150/17 267/17 305/20 308/4 308/22
309/9 309/13 312/11 341/14 343/13
**does** [73] 139/9 139/11 139/17 143/2 143/10 146/12 147/4
149/25 150/9 166/6 167/8 167/24 168/1 169/14 169/19 169/21
169/22 170/7 171/22 182/3 182/11 182/11 183/5 183/10 183/24
184/1 185/3 185/19 186/18 186/23 187/3 187/6 187/11 187/14
194/3 199/17 203/11 203/19 203/23 204/2 206/12 206/13
214/12 216/20 237/9 267/8 271/5 275/2 296/8 296/21 297/9
304/20 315/4 327/10 331/23 331/24 343/15 343/19 343/23
345/21 346/17 351/5 351/7 358/20 359/23 360/3 360/5 360/13
364/16 374/22 374/24 389/22 400/8
**doesn't** [20] 139/19 140/5 141/1 141/23 144/3 144/6 147/16
147/20 150/2 165/15 170/8 203/3 207/15 296/10 307/5 315/16
315/19 322/13 329/23 383/20
**doing** [15] 140/20 144/24 151/15 153/9 170/2 179/10 218/16
267/24 275/12 289/15 303/21 330/22 348/9 366/19 367/11
**don't** [164] 139/6 139/10 140/21 141/4 141/15 142/19 143/18
145/19 149/24 151/14 151/19 151/20 151/24 151/25 152/1
157/16 160/13 160/17 175/10 177/2 183/12 184/3 184/12
184/13 184/14 190/21 194/12 199/2 199/24 201/17 202/19
204/22 206/1 208/19 210/20 211/8 211/17 211/20 216/3 218/13
218/22 219/7 221/10 228/15 228/21 253/9 255/8 255/17 258/11
258/11 261/4 261/18 261/19 261/20 264/18 265/25 266/1
266/24 267/13 267/14 267/18 267/20 270/7 270/19 271/14
271/15 272/12 273/19 277/1 278/20 279/20 281/22 283/1 283/1
283/3 284/22 289/7 289/10 290/9 292/18 292/22 293/8 294/3
295/1 295/7 295/8 296/9 296/9 296/16 297/4 297/8 298/15
300/16 302/23 303/25 304/1 304/3 305/21 306/3 306/8 306/15
306/16 306/22 306/23 306/23 307/11 307/15 308/3 309/4 311/2
318/19 323/25 324/13 327/4 331/25 333/21 335/8 335/16

**D**

**don't... [46]** 337/13 347/12 350/17 352/12 353/18 363/13 367/20 376/1 383/4 383/8 383/10 384/20 385/11 386/7 386/8 386/9 388/6 389/18 390/3 390/8 390/23 391/7 391/21 393/4 393/12 393/13 393/18 393/24 393/25 394/5 394/6 394/7 394/8 394/12 395/4 395/5 395/9 395/19 396/1 396/17 396/18 396/20 398/2 398/3 399/18 399/24

**doors [1]** 137/6

**dot [7]** 176/22 176/23 176/23 176/23 177/1 177/1 177/1

**double [1]** 199/10

**Dovel [12]** 135/2 135/4 149/7 307/4 313/1 313/13 314/18 315/5 315/24 316/6 322/9 345/11

**down [22]** 159/11 167/14 178/12 189/6 189/16 195/13 225/15 237/15 265/12 266/4 266/9 266/12 271/12 285/9 305/15 322/4 323/18 332/5 332/18 341/24 351/8 360/7

**down-line [1]** 323/18

**downsized [1]** 159/10

**downsizes [2]** 155/3 155/5

**dozen [1]** 306/20

**dozens [2]** 151/17 151/17

**draft [2]** 146/18 146/18

**drawing [1]** 303/25

**drinking [1]** 272/13

**drinks [1]** 166/7

**dropped [1]** 149/5

**duly [5]** 177/19 212/7 276/19 276/25 354/19

**Dunn [1]** 135/16

**duration [13]** 186/25 187/6 187/7 187/8 187/11 187/14 191/23 204/8 204/17 205/9 205/12 205/14 206/24

**during [15]** 162/10 162/11 266/9 266/11 266/15 291/16 293/19 306/4 307/7 308/20 328/8 329/12 341/12 351/14 390/22

**duties [4]** 284/19 316/20 319/2 319/18

**E**

**E-V-E-S [1]** 177/22

**each [17]** 137/23 214/8 214/25 215/9 227/23 275/2 275/19 344/10 350/10 358/7 363/7 366/8 366/21 367/2 367/8 367/16 374/25

**earlier [12]** 195/13 240/20 288/2 301/22 321/21 328/2 331/21 340/15 343/17 344/16 349/14 383/16

**early [2]** 324/1 399/20

**earn [2]** 213/23 280/8

**easier [3]** 253/17 322/4 385/6

**East [2]** 217/9 217/10

**easy [1]** 361/1

**ECF [4]** 314/13 322/7 325/16 326/15

**ECF 265-2 [1]** 322/7

**Edelson [11]** 135/7 355/25 356/1 356/2 356/3 356/4 356/6 356/22 375/22 386/2 389/24

**educated [1]** 292/21

**educates [1]** 167/8

**education [1]** 356/14

**effective [1]** 174/21

**efficient [5]** 170/12 291/1 329/25 330/7 351/22

**efficiently [1]** 170/17

**eight [3]** 278/8 328/8 328/14

**eight-hour [2]** 328/8 328/14

**either [18]** 137/12 186/8 190/14 217/1 255/3 281/15 302/25 315/16 342/7 368/24 369/14 369/17 373/8 373/18 377/9 378/5 383/24 397/9

**electronic [7]** 156/3 306/1 306/5 308/21 309/5 309/9 354/2

**electronically [1]** 195/23

**element [4]** 149/1 149/3 149/13 176/25

**elements [1]** 148/22

**Eleven [1]** 277/19

**eligible [9]** 302/12 302/14 320/12 320/17 320/17 336/11 336/14 336/15 348/17

**else [14]** 152/14 174/3 186/1 186/2 214/17 250/25 300/25 311/14 319/5 346/5 372/19 372/20 386/23 396/25

**email [20]** 146/17 150/24 159/6 167/14 167/24 222/14 222/19 228/24 229/24 229/5 229/8 303/11 303/24 279/8 286/16 290/14 302/13 379/25 380/3 398/3

**emails [4]** 221/18 319/4 342/8 350/20

**emergency [1]** 218/1

**employed [3]** 277/18 284/6 318/25

**employee [2]** 160/21 300/3

**employees [14]** 155/4 158/9 159/11 159/14 159/20 159/25 167/7 243/6 243/7 281/25 282/3 292/18 300/24 316/25

**employer [3]** 277/16 284/5 316/14

**encouragement [1]** 328/20

**end [32]** 154/16 160/13 164/20 165/19 173/8 174/1 175/20 176/18 177/4 187/13 204/16 204/24 219/24 220/2 242/4 242/11 242/15 257/24 264/20 270/20 289/17 289/17 297/13 314/10 327/20 347/10 349/20 349/23 362/18 365/2 388/25 390/16

**end-of-month [1]** 347/10

**ended [10]** 204/23 220/1 231/10 299/15 345/12 365/2 377/13 382/18 389/20 389/25

**ending [4]** 185/16 190/15 190/15 333/10

**ends [4]** 140/24 140/25 154/13 380/13

**energy [1]** 166/7

**enforce [1]** 316/24

**engage [1]** 171/6

**engaged [1]** 317/4

**engineer [2]** 332/2 349/5

**enough [17]** 141/14 141/16 146/23 147/13 149/18 151/13 152/4 164/6 164/7 272/9 358/25 361/1 392/9 396/9 396/14 396/17 399/23

**enroll [2]** 279/1 281/3

**enrolled [2]** 278/12 281/6

**enrollment [3]** 218/17 318/2 348/22

**enrolls [1]** 318/12

**enter [2]** 167/11 272/12

**entered [2]** 266/13 343/25

**entire [5]** 146/2 165/17 278/7 330/21 330/24

**entities [1]** 396/7

**entitled [4]** 295/12 323/3 357/24 402/8

**entity [1]** 218/16

**entrepreneurs [1]** 167/1

**entry [2]** 378/19 390/11

**EOM [2]** 229/5 326/12

**EPS [3]** 328/16 328/17 330/2

**erased [2]** 232/10 262/18

**erasing [1]** 232/12

**error [1]** 300/5

**errors [2]** 386/5 386/8

**especially [3]** 142/13 329/8 330/8

**essentially [23]** 151/15 203/25 206/6 281/24 284/12 316/21 318/19 318/23 346/20 356/10 359/16 367/13 368/21 370/13 371/12 372/8 372/10 372/22 373/7 380/13 382/1 383/13 387/4

**establish [2]** 301/14 381/22

**established [2]** 299/19 324/6

**estimate [5]** 285/19 347/16 347/20 352/21 352/22

**etheria [1]** 165/15

**ethical [1]** 211/9

**ethics [1]** 211/19

**even [24]** 140/25 141/15 142/11 151/24 152/3 152/4 159/25 174/1 184/14 206/1 249/15 251/5 269/5 289/18 303/16 304/10 306/22 308/19 308/23 329/4 370/19 395/7 396/8 399/18

**evening [3]** 249/13 390/16 391/1

**event [2]** 174/22 290/18

**events [3]** 256/15 257/18 259/6

**ever [31]** 159/7 212/18 212/20 219/12 221/2 225/5 234/21 236/3 245/8 245/11 246/1 250/8 250/14 250/22 251/2 251/5 266/24 269/14 270/3 282/23 283/4 291/1 293/24 312/11 317/18 323/4 325/22 326/21 336/23 339/8 396/1

**every [13]** 143/20 149/1 153/17 154/15 157/25 290/16 300/17 328/9 336/19 358/20 363/9 377/9 387/5

**everybody [5]** 141/1 207/17 275/3 300/25 358/25

**everyone [7]** 137/4 137/11 165/4 172/14 172/14 391/9 401/5

**everything [8]** 137/25 174/3 210/5 210/14 221/22 275/4 328/14 350/23

**Eves [25]** 136/6 177/15 177/22 178/4 178/9 178/11 179/19

**E**

**Eves...** **[18]** 179/25 180/11 181/24 188/20 189/10 189/15 190/10 193/19 194/3 194/18 195/12 196/3 197/3 204/8 208/2 208/4 232/22 243/22

**evidence** **[81]** 140/19 143/21 145/7 149/21 153/21 157/14 157/22 158/16 161/1 161/10 162/6 162/17 163/21 164/19 165/12 166/9 172/5 172/7 172/13 172/19 173/16 173/19 174/9 174/14 175/14 175/17 175/23 175/24 177/1 179/8 179/9 179/12 180/2 181/19 181/22 188/18 215/19 215/23 216/10 221/20 222/1 223/17 226/4 227/22 228/9 242/24 256/16 257/10 259/3 259/3 259/8 259/11 259/12 259/14 259/19 260/11 262/12 264/8 264/10 292/13 294/21 305/1 305/7 305/8 306/6 306/9 307/17 308/25 309/2 330/12 336/25 340/6 340/14 340/22 342/24 343/8 367/17 390/22 391/12 391/12 395/4

**Ewing** **[1]** 229/6

**ex** **[1]** 156/18

**ex-promoters** **[1]** 156/18

**exact** **[5]** 205/8 205/14 229/19 279/20 314/21

**exactly** **[11]** 194/4 278/20 288/16 291/2 297/5 297/8 298/16 331/10 374/14 394/12 399/16

**exaggerating** **[1]** 151/16

**exam** **[1]** 374/2

**examination** **[22]** 178/2 196/5 196/24 197/1 204/6 207/6 212/12 251/21 252/1 268/9 277/7 280/13 280/21 284/1 297/1 316/9 345/1 352/17 352/21 355/1 395/21 395/25

**examine** **[3]** 149/14 274/10 396/15

**examined** **[1]** 143/13

**example** **[21]** 139/19 144/19 157/25 170/23 203/7 230/21 238/11 254/13 255/20 269/1 279/24 281/11 296/11 300/24 307/24 311/8 313/21 314/2 314/4 394/6 398/12

**examples** **[5]** 160/14 229/3 320/4 337/8 394/4

**Excel** **[9]** 156/5 335/20 338/5 338/7 379/20 380/21 381/6 382/22 382/25

**Excellent** **[1]** 275/8

**except** **[2]** 263/21 399/8

**exception** **[2]** 142/20 309/20

**exceptions** **[2]** 400/24 401/6

**excerpt** **[5]** 330/14 331/11 342/21 343/1 343/12

**excerpts** **[23]** 136/8 136/9 136/10 277/5 283/7 283/23 304/21 314/5 315/25 316/7 322/23 325/19 326/18 331/2 337/19 339/5 340/7 340/23 343/9 345/17 347/24 348/6 350/5

**exchange** **[2]** 167/13 333/13

**excited** **[2]** 263/8 328/22

**exclude** **[3]** 137/8 208/16 391/12

**excluded** **[5]** 150/11 152/1 352/4 400/3 400/4

**excluding** **[2]** 149/19 149/21

**excuse** **[4]** 254/11 364/22 378/13 380/1

**excused** **[2]** 207/22 208/3

**executive** **[4]** 328/19 329/2 329/8 329/13

**exhibit** **[142]** 137/9 173/9 173/9 173/9 178/17 179/7 179/12 179/14 180/1 180/5 181/10 181/13 181/15 181/16 181/18 181/22 182/11 182/12 182/23 184/16 189/11 189/19 190/4 190/8 196/13 196/17 196/20 196/22 197/7 200/23 215/11 215/22 221/14 221/16 221/17 221/19 221/25 222/5 223/9 223/16 223/21 227/23 228/12 228/12 228/16 229/13 230/9 230/23 234/25 244/5 244/6 244/11 244/24 246/19 266/16 267/12 272/18 279/16 292/1 292/8 294/14 301/23 301/25 302/3 304/14 305/1 305/7 305/9 305/24 306/8 308/1 310/15 312/5 312/6 312/21 313/12 313/13 313/14 313/19 313/23 314/19 315/2 315/4 315/17 315/17 317/18 321/25 322/1 325/10 325/13 326/11 326/13 330/12 332/4 336/22 336/25 337/5 337/14 337/18 338/18 338/25 339/1 339/1 339/17 340/1 340/3 340/14 342/22 342/23 343/4 343/5 353/24 353/24 353/25 354/14 357/20 358/6 361/23 362/12 362/22 364/13 366/1 367/17 368/13 368/16 376/20 378/3 378/24 382/13 383/12 384/20 385/21 386/5 386/8 387/15 387/17 387/25 388/7 388/14 391/12 399/4 399/6

**Exhibit 35** **[1]** 340/1

**Exhibit 36A** **[1]** 387/25

**Exhibit 43** **[1]** 228/12

**Exhibit No. 65** **[1]** 244/11

**exhibits** **[28]** 136/2 137/8 138/3 151/1 152/22 188/18 189/9

**exhibits (cont.)** **[18]** 216/4 216/9 305/18 306/14 307/8 308/17 308/25 309/3 309/24 310/8 312/3 352/3 352/13 356/12 359/13 361/21 371/20 373/15 374/11 374/17 390/12

**Exigo** **[4]** 318/8 318/13 318/13 338/10

**exist** **[4]** 304/8 304/10 304/12 304/17

**existed** **[2]** 286/15 304/11

**existing** **[2]** 288/10 320/7

**expand** **[1]** 190/19

**expect** **[6]** 205/10 205/11 205/11 272/3 301/4 401/5

**expectation** **[3]** 209/1 209/7 209/12

**expectations** **[1]** 208/21

**expected** **[1]** 307/7

**expecting** **[1]** 224/17

**expenses** **[11]** 209/22 210/3 210/4 210/10 210/11 210/14 210/21 211/1 211/3 211/7 211/11

**experience** **[9]** 200/7 202/15 202/17 202/21 205/18 219/10 356/15 356/19 373/11

**expert** **[37]** 138/22 138/24 139/6 139/6 139/9 139/13 139/17 139/20 140/12 140/13 141/6 141/12 142/5 142/7 142/9 142/14 142/15 142/20 142/21 143/15 143/20 145/23 148/6 148/9 148/20 149/7 149/8 149/13 149/16 150/1 357/5 391/17 391/18 392/1 392/15 395/5 396/15

**expertise** **[10]** 140/6 140/9 140/23 142/17 144/3 144/6 144/11 144/22 145/13 145/17

**experts** **[11]** 138/10 138/11 139/1 141/3 141/9 143/18 144/13 144/15 391/15 391/20 395/6

**expirations** **[1]** 173/14

**expire** **[1]** 168/14

**expired** **[1]** 168/21

**explain** **[12]** 204/19 206/3 226/2 352/3 379/12 383/25 384/17 388/21 388/23 397/25 398/10 398/18

**explained** **[10]** 150/24 374/24 379/23 380/2 380/4 387/10 393/5 393/6 393/8 398/4

**explanation** **[5]** 151/20 152/2 392/10 396/9 399/24

**expressing** **[1]** 141/20

**extend** **[2]** 205/2 205/6

**extension** **[1]** 346/22

**extensions** **[4]** 333/11 333/12 333/13 346/19

**extent** **[2]** 287/21 300/3

**external** **[1]** 166/24

**extra** **[3]** 205/6 206/10 358/18

**extreme** **[1]** 395/21

**eye** **[1]** 315/8


**F**

**face** **[2]** 281/16 281/16

**face-to-face** **[1]** 281/16

**facilitate** **[1]** 170/19

**facilitates** **[1]** 169/16

**facing** **[1]** 149/12

**fact** **[17]** 139/1 140/14 146/4 147/7 151/21 158/20 174/6 175/23 225/24 226/11 227/5 239/22 240/1 312/9 375/2 391/25 399/17

**fact-finder** **[1]** 147/7

**factors** **[2]** 348/2 348/4

**facts** **[7]** 137/23 137/24 143/14 226/4 226/6 239/5 260/8

**factual** **[1]** 147/6

**fair** **[4]** 211/21 324/25 377/25 393/23

**familiar** **[6]** 166/15 279/18 282/4 293/21 293/23 320/19

**familiarize** **[1]** 341/4

**families** **[1]** 243/15

**family** **[6]** 209/23 210/4 210/8 214/17 317/6 355/20

**fancy** **[1]** 172/9

**far** **[7]** 174/11 210/5 281/1 286/13 287/11 329/24 339/22

**fashion** **[2]** 391/17 391/25

**fashioned** **[1]** 167/25

**fast** **[1]** 322/13

**fast-speaking** **[1]** 322/13

**favor** **[1]** 177/5

**fax** **[3]** 279/8 279/23 279/25

**FBI** **[1]** 356/22

**FCRR** **[2]** 135/22 402/12

**feature** **[2]** 169/11 184/5

**F**

**February [2]** 255/6 255/12
**February 5th [2]** 255/6 255/12
**federal [5]** 139/9 153/18 157/6 308/6 308/7
**fee [2]** 203/11 219/7
**feed [1]** 161/12
**feeds [1]** 156/6
**feel [2]** 224/6 391/4
**feeling [1]** 212/22
**few [6]** 145/25 147/23 159/22 225/19 244/25 337/11
**field [25]** 139/1 139/19 140/16 140/20 140/24 141/1 141/4 141/9 141/14 141/17 141/22 142/10 142/23 142/24 143/1 143/5 143/8 143/10 143/12 144/15 357/10 391/16 391/20 395/7 395/7
**fifth [2]** 135/17 237/24
**figure [7]** 298/5 299/25 300/1 302/1 313/3 324/14 329/10
**figured [2]** 250/19 250/20
**figuring [1]** 323/22
**file [32]** 229/5 230/7 292/5 292/23 292/23 294/9 294/11 296/8 304/3 304/5 304/5 313/23 313/23 314/1 314/11 314/23 314/22 323/2 325/11 326/11 335/8 336/1 340/10 343/14 362/12 382/24 383/1 383/8 383/18 384/7 394/15 396/6
**filed [14]** 149/10 251/8 251/15 252/5 252/6 253/19 254/1 255/5 255/12 256/9 268/23 268/25 269/4 391/17
**files [30]** 167/17 195/25 227/21 228/17 292/3 292/4 292/20 292/25 302/2 303/13 304/7 304/7 304/8 304/10 304/12 306/1 306/5 336/1 387/20 388/4 388/7 388/13 392/6 392/9 392/10 392/13 393/20 396/19 399/5 399/18
**filings [1]** 301/23
**fill [6]** 161/17 167/16 168/2 218/19 279/8 279/13
**filled [5]** 161/13 215/15 216/20 216/21 318/1
**filter [7]** 282/21 370/19 378/1 378/4 378/7 384/9 392/25
**filtered [3]** 165/21 370/20 384/9
**final [10]** 146/25 151/22 152/9 351/12 376/8 382/6 382/19 382/21 382/21 401/6
**finally [2]** 208/19 221/6
**find [11]** 184/12 184/13 215/12 274/3 293/14 306/8 331/10 362/24 363/3 369/19 385/4
**finder [1]** 147/7
**fine [12]** 145/2 146/24 177/12 268/6 271/25 275/8 285/8 307/6 322/22 358/23 361/7 400/20
**fire [4]** 243/14 247/16 248/2
**firefighter [2]** 243/14 249/20
**firefighter/paramedic [1]** 243/14
**firefighters [2]** 161/25 246/5
**firm [7]** 356/2 378/25 379/13 379/15 380/15 388/3 388/16
**firms [3]** 210/2 356/4 388/4
**first [76]** 146/13 146/19 148/11 148/20 154/25 155/13 156/1 157/14 166/3 174/4 177/9 177/14 180/12 182/18 185/18 185/19 186/23 187/2 187/8 190/2 190/13 190/18 191/16 192/11 196/9 196/11 197/7 198/3 213/18 216/3 226/16 229/7 238/20 242/10 244/14 252/15 255/11 256/10 259/17 260/18 285/20 293/6 294/10 295/5 295/18 298/8 299/5 302/23 331/15 332/12 333/6 334/12 342/6 349/1 359/4 359/6 359/7 359/9 359/9 362/3 362/13 369/8 369/22 370/13 372/9 373/10 374/1 379/24 385/7 393/3 393/6 393/12 393/22 395/23 399/19 399/19
**fit [1]** 315/16
**fitness [1]** 166/13
**five [34]** 141/25 156/22 160/6 160/25 161/2 174/7 175/16 175/22 195/18 206/7 206/7 206/8 225/1 225/3 225/18 234/12 240/4 259/12 278/20 284/13 284/13 285/22 311/16 328/9 328/12 333/24 334/3 334/4 334/6 334/9 334/21 356/23 357/15 380/15
**five-and-a-half [2]** 284/13 284/13
**FL [1]** 135/14
**fleshed [1]** 399/20
**flip [2]** 253/7 274/25
**flip-flopped [1]** 253/7
**floor [1]** 391/5
**flopped [1]** 253/7
**flyers [1]** 245/11
**focus [1]** 263/22
**focusing [1]** 148/20

**folder [2]** 340/11 364/11
**folks [4]** 165/7 165/23 322/23 391/11
**follow [3]** 209/18 315/11 365/17
**follow-up [1]** 209/18
**followed [1]** 153/8
**following [8]** 142/25 202/23 254/9 255/22 262/24 310/2 322/3 366/4
**follows [18]** 277/6 283/24 298/11 316/8 322/24 325/20 326/19 331/3 333/16 337/20 339/6 340/8 340/24 343/10 345/18 347/25 348/7 350/6
**footnote [1]** 149/5
**force [6]** 166/23 166/25 167/23 171/17 175/7 175/10
**foregoing [1]** 402/6
**foreign [1]** 393/16
**forensic [1]** 389/24
**forensics [2]** 356/7 356/9
**forever [1]** 289/6
**form [11]** 146/18 161/17 218/17 279/18 280/4 280/5 282/16 318/1 318/7 400/25 401/7
**format [2]** 295/7 309/8
**forms [2]** 168/2 350/21
**forth [3]** 221/18 365/24 391/8
**forwarded [1]** 206/10
**Foster [4]** 135/13 152/7 311/25 315/6
**foul [1]** 307/6
**found [15]** 176/17 182/25 188/15 314/13 322/6 323/7 325/15 326/15 359/21 364/14 367/5 370/18 370/22 384/25 385/10
**foundation [30]** 139/12 139/18 139/20 149/20 149/25 150/9 150/12 150/14 179/10 187/25 188/4 188/23 215/21 244/12 287/9 305/19 306/7 310/24 352/5 352/6 352/7 352/10 360/20 365/3 365/4 366/16 368/8 369/14 371/19 397/19
**founded [1]** 166/4
**four [5]** 151/23 161/24 243/12 355/23 396/17
**four-year-old [1]** 355/23
**fourth [6]** 190/25 191/1 217/9 217/10 328/16 395/18
**fraction [1]** 203/22
**frame [1]** 303/20
**Franciso [1]** 135/8
**frankly [3]** 275/23 393/13 398/3
**Franzini [18]** 135/3 146/17 177/23 179/11 179/16 189/8 194/10 196/7 196/23 203/18 203/19 228/16 229/9 308/11 392/9 393/9 397/6 398/1
**Franzini's [2]** 150/24 189/2
**fraud [2]** 316/19 316/21
**Fred [1]** 141/25
**free [7]** 199/21 199/23 200/10 200/17 201/13 201/23 391/4
**friends [3]** 219/16 242/7 250/5 268/2 317/6
**front [14]** 170/18 172/13 178/16 180/11 200/23 209/6 245/15 279/15 313/11 314/3 341/2 356/25 357/6 367/18
**fuel [3]** 287/18 289/21 347/9
**full [7]** 156/15 277/9 277/14 284/3 311/20 314/1 316/11
**full-time [1]** 156/15
**function [2]** 288/5 297/16 320/15
**functionality [1]** 288/24 349/6
**further [24]** 137/12 137/20 149/22 196/4 203/17 207/4 207/21 223/18 224/2 251/19 271/9 271/10 280/11 296/19 301/20 305/4 337/4 340/3 340/17 343/4 354/14 376/15 376/16 401/6

**G**

**gave [14]** 217/3 240/20 241/2 252/4 267/6 267/18 300/24 345/11 357/8 382/6 397/3 397/24 399/2 399/10
**general [3]** 140/20 246/2 357/9
**generally [25]** 139/3 139/19 139/21 140/3 140/7 140/15 141/3 141/8 141/8 141/21 141/23 142/10 144/14 278/20 279/1 279/5 286/14 298/10 300/1 321/17 328/21 359/5 367/1 395/3 395/7
**generated [1]** 336/11
**generous [1]** 145/20
**genesis [2]** 286/20 297/19
**gentlemen [2]** 176/18 177/4
**George [3]** 141/25 304/2 316/12
**get [93]** 138/12 143/20 146/24 147/18 150/6 151/19 151/20 151/20 153/1 154/23 155/18 155/24 155/25 159/3 160/14 164/4

**G**

**get... [77]** 164/8 168/15 169/3 171/19 172/9 173/7 184/9 189/5 199/24 201/24 209/2 210/17 214/4 214/8 214/9 214/13 214/13 214/14 215/4 219/6 221/2 221/6 224/12 225/21 226/2 226/17 227/9 227/15 231/20 232/1 232/19 235/25 234/2 234/4 234/8 234/16 235/6 238/15 238/19 241/6 246/5 248/9 248/11 248/14 249/10 249/14 249/15 257/25 258/4 261/24 262/16 263/10 263/10 264/21 267/9 269/9 273/24 274/1 283/20 284/15 284/22 287/4 288/4 289/6 298/3 298/9 301/11 306/22 307/6 308/19 321/18 321/18 323/13 353/7 358/4 380/14 390/20

**gets [2]** 317/11 320/13

**getting [10]** 159/19 171/16 237/11 250/11 256/17 280/6 280/7 313/20 350/21 399/25

**Gidley [32]** 136/10 158/9 158/10 160/21 271/22 305/1 309/12 311/21 312/12 313/4 313/4 313/7 313/11 313/20 314/4 314/9 314/12 315/11 316/1 316/12 325/16 326/15 337/10 338/21 343/2 343/4 344/23 351/3 362/4 365/10 366/23 368/7

**Gidley's [13]** 151/4 272/2 312/21 330/12 338/19 340/16 361/21 361/22 363/19 363/24 364/14 365/5 374/12

**gigantic [1]** 397/12

**give [34]** 142/5 142/7 142/9 152/25 164/4 168/25 204/13 208/3 251/2 253/18 273/24 275/10 285/19 307/15 314/2 314/3 314/4 314/8 320/4 328/20 329/7 331/9 337/10 343/14 352/11 353/18 354/7 355/3 355/13 390/23 398/19 399/18 400/24 401/5

**given [15]** 144/10 147/24 149/24 236/3 242/24 243/10 271/5 274/21 312/15 329/2 351/16 393/19 394/15 396/5 399/23

**gives [4]** 164/6 302/11 314/10 338/13

**giving [3]** 145/20 305/25 347/16

**glasses [1]** 353/7

**global [1]** 284/8

**go [49]** 146/16 149/10 152/5 166/11 167/4 167/10 167/16 168/3 190/23 191/7 193/21 197/19 199/3 200/20 200/25 201/19 206/19 214/21 215/5 219/18 232/2 253/9 255/14 264/19 264/24 265/2 267/22 274/11 274/19 280/19 281/3 281/12 281/19 287/25 301/19 302/10 313/3 313/5 336/24 344/8 348/18 353/8 358/8 362/18 365/19 367/8 369/2 371/23 391/6

**goal [1]** 280/5

**goals [1]** 166/13

**goes [6]** 176/22 207/9 210/23 295/20 362/22 394/20

**going [129]** 142/16 144/19 146/9 146/15 147/21 147/25 148/13 148/16 149/15 149/19 150/4 152/5 153/6 159/12 164/21 165/12 168/25 169/14 171/18 171/19 172/5 172/7 172/12 172/15 172/19 172/20 173/6 174/8 174/13 174/15 174/22 174/25 175/11 175/23 175/24 176/19 177/5 178/11 179/11 179/12 180/16 183/23 184/24 185/1 185/12 185/23 188/2 189/16 190/2 190/10 191/7 196/10 204/25 207/14 208/11 225/24 226/5 229/5 233/21 233/22 244/7 244/14 250/21 250/21 260/1 261/18 267/10 267/25 268/1 270/14 274/1 274/13 274/15 274/25 275/22 275/24 281/5 289/6 289/9 290/17 290/25 300/21 300/23 306/11 307/2 307/15 308/3 308/11 308/14 308/16 308/19 308/22 309/23 310/2 310/6 310/13 312/10 312/10 313/22 317/17 322/3 322/15 325/10 326/11 328/11 328/11 330/11 332/18 351/12 351/14 351/17 353/23 355/11 358/8 358/9 361/2 361/4 363/15 367/3 381/23 390/17 391/11 391/12 391/22 395/17 397/20 400/12 400/17 400/23

**gone [1]** 171/15

**good [33]** 137/4 146/23 153/4 153/14 165/4 167/25 171/25 178/4 178/5 180/9 197/3 197/4 208/5 212/14 212/15 219/19 257/19 260/13 272/6 272/9 296/24 330/25 351/22 353/3 353/5 365/20 374/7 374/8 387/12 391/1 391/9 394/12 399/13

**goods [3]** 174/16 174/24 176/5

**Google [23]** 372/22 372/23 373/2 373/11 373/12 373/18 388/22 389/4 389/6 389/7 389/8 389/9 389/15 389/19 389/20 389/22 390/20 390/20 391/13 391/18 391/22 392/1 395/5

**got [77]** 160/6 160/7 160/11 160/12 161/11 161/12 162/11 162/14 162/16 164/4 165/4 171/23 172/10 174/7 174/22 175/21 176/3 194/15 222/11 227/16 229/16 229/19 229/20 229/23 230/4 231/1 231/23 233/18 234/14 234/16 235/1 235/4 237/4 237/10 237/13 238/16 238/20 240/13 242/3 242/25 254/3 258/13 260/8 260/10 262/1 262/2 262/6 263/2 263/4 263/5 263/8 264/19 265/16 265/23 268/12 268/19 269/3 269/23 270/1 289/9 290/14 297/7 298/16 300/17 301/16 302/17 306/7 308/1

**H**

308/4 311/24 314/2 315/1 358/21 370/5 384/4 384/22 391/13

**gotten [2]** 267/3 381/22

**government [2]** 356/21 357/1

**grab [1]** 302/22

**grabbed [1]** 173/18

**grabbing [1]** 174/10

**Graham [1]** 135/16

**grandkids [1]** 213/15

**grandson [1]** 213/16

**granted [1]** 208/17

**granular [1]** 290/1

**Gray [1]** 230/7

**great [5]** 176/21 179/5 288/6 288/6 358/18

**greater [2]** 370/21 380/2

**greatly [1]** 163/17

**Greg [1]** 135/2

**grew [1]** 169/10

**group [8]** 168/5 168/22 168/22 168/23 285/13 329/19 392/22 392/24

**groups [3]** 280/24 329/17 329/23

**grow [2]** 168/12 169/3

**guess [11]** 179/10 292/24 294/10 296/9 296/17 297/12 299/13 324/15 347/19 396/18 399/22

**guys [5]** 172/18 174/19 197/21 380/15 389/23

**H**

**habit [2]** 221/13 232/12

**had [111]** 138/15 138/22 144/18 147/3 148/12 152/3 156/12 157/13 157/19 157/23 158/1 158/2 160/3 161/4 161/7 161/21 161/23 162/20 162/24 168/4 168/18 168/22 170/16 170/18 170/21 171/10 171/15 176/13 176/14 198/22 205/8 208/15 224/2 224/20 224/20 225/2 225/5 225/8 230/5 235/25 236/2 241/2 241/3 250/13 251/6 253/17 256/10 259/3 260/8 260/14 261/5 261/11 262/10 263/2 266/9 266/13 267/3 268/25 272/14 276/9 284/25 288/5 288/11 290/7 290/10 290/13 290/23 291/16 299/4 306/20 320/20 324/7 332/2 342/1 347/8 347/8 347/9 362/25 363/4 363/20 364/1 367/22 368/22 369/11 369/16 369/17 371/25 374/24 377/4 377/10 378/21 379/17 379/17 379/25 381/12 381/21 382/3 383/17 384/22 386/12 386/14 387/1 390/20 391/16 392/2 394/3 394/10 394/15 396/5 396/14 399/17

**hadn't [7]** 224/20 250/24 286/9 287/25 342/3 387/6 399/7

**half [5]** 213/16 284/13 284/13 306/20 356/23

**halfway [2]** 332/5 332/18

**hand [10]** 177/17 182/18 183/19 201/18 219/4 252/11 253/12 275/6 358/3 399/24

**handed [4]** 253/10 292/1 311/21 357/20

**handful [4]** 155/5 159/11 159/13 159/20

**handing [6]** 252/3 252/4 252/6 252/12 255/11 358/6

**hands [2]** 209/15 390/17

**hang [4]** 160/18 170/12 205/4 241/17

**hanging [1]** 160/19

**happen [4]** 208/11 231/17 269/4 312/10

**happened [12]** 163/6 168/11 171/5 174/4 175/16 176/1 237/3 238/5 242/21 262/2 263/20 312/3

**happening [1]** 365/2

**happens [4]** 168/12 170/22 211/15 327/2

**happy [2]** 137/19 396/23

**hard [2]** 300/20 353/4

**harm [1]** 307/6

**Harry [1]** 141/25

**has [73]** 137/18 138/25 139/5 141/13 142/1 142/2 142/3 142/21 142/22 144/12 145/3 148/21 149/1 152/1 154/3 154/5 154/25 155/5 156/20 164/8 164/10 167/20 168/20 169/8 169/25 171/17 172/21 173/8 176/19 178/20 189/10 194/11 204/22 204/25 207/12 209/22 210/3 210/4 211/1 222/25 240/15 251/15 252/15 265/22 269/14 275/21 276/23 282/9 283/13 284/12 284/16 299/18 300/25 300/25 309/11 311/25 312/22 320/7 321/9 323/2 325/10 328/18 332/8 344/10 364/24 368/16 371/4 377/6 394/17 395/2 395/14 395/24 396/1

**have [453]**

**have at [1]** 394/21

**haven't [8]** 146/25 166/19 266/1 271/24 287/24 312/11 320/16

**haven't...** [1] 400/13

**having** [15] 174/19 201/6 226/6 227/14 242/6 250/19 254/9 266/19 289/3 290/9 294/5 317/7 329/16 383/24 389/20

**he** [88] 138/1 138/15 141/21 141/23 141/24 141/24 142/2 142/3 142/3 142/9 143/1 143/2 143/4 143/6 143/6 143/10 143/10 143/13 144/18 144/20 144/23 144/24 145/3 145/10 148/13 148/14 150/25 152/16 152/16 152/23 158/10 158/11 173/1 179/10 189/10 198/20 208/18 210/20 220/11 220/12 220/13 220/16 247/15 247/15 248/2 249/20 273/6 273/7 273/9 273/10 273/10 273/10 273/16 273/20 274/3 274/14 276/7 276/7 276/23 276/23 301/1 309/22 310/1 310/3 330/23 330/23 341/20 349/8 349/9 363/24 364/2 364/3 364/16 364/18 365/13 384/4 393/3 393/3 394/2 394/5 394/6 394/7 394/12 394/13 398/10 398/12 398/14

**he's** [1] 276/20

**head** [3] 151/17 347/12 350/13

**header** [1] 185/19

**headers** [1] 185/18

**headquarters** [1] 167/22

**healthy** [2] 166/5 166/7

**hear** [39] 137/14 140/8 146/1 150/8 150/14 152/8 153/6 160/6 160/14 160/20 164/16 166/8 169/14 174/9 174/13 174/15 174/25 175/1 176/9 176/11 188/9 196/14 224/10 228/21 228/22 229/15 231/9 232/22 233/4 234/21 253/4 254/8 265/7 293/7 323/6 327/18 327/24 352/4 396/18

**heard** [37] 138/7 138/8 142/2 149/18 159/22 166/19 170/20 174/12 192/18 193/11 203/20 232/16 235/25 238/12 238/13 251/5 261/6 261/7 261/22 263/12 263/13 263/17 265/13 265/21 266/1 288/16 288/17 323/4 325/22 326/21 355/11 386/9 386/11 386/12 392/5 394/2 394/9

**hearing** [4] 226/22 237/16 310/7 398/10

**hearsay** [11] 137/18 138/3 138/18 138/21 138/22 142/1 142/20 188/1 188/11 188/23 215/21

**heart** [1] 350/15

**heavy** [1] 391/7

**held** [7] 142/21 176/13 245/7 277/22 284/9 284/17 355/9

**Hello** [3] 242/12 245/22 245/25

**help** [7] 201/6 213/22 213/22 213/23 214/9 250/2 267/24

**helped** [1] 356/20

**helpful** [2] 235/2 239/7

**helps** [2] 282/21 319/21

**her** [46] 147/4 154/12 154/13 154/14 156/21 160/10 161/23 161/23 161/24 161/25 162/6 162/9 162/10 162/11 162/12 162/13 162/14 162/15 162/15 162/16 175/21 176/12 176/13 176/14 176/15 185/23 185/24 186/1 186/10 206/14 206/14 208/21 209/2 209/23 213/22 213/23 213/23 214/7 214/9 252/11 254/19 256/4 256/25 309/24 323/17 323/18

**here** [70] 137/5 137/23 139/5 139/15 140/6 143/22 144/2 145/3 145/18 147/7 148/16 149/19 150/18 150/18 157/10 161/10 172/17 175/21 178/6 178/13 178/14 178/23 178/24 179/7 182/21 183/3 183/23 185/1 185/13 186/23 187/6 208/3 208/10 222/14 235/3 270/17 271/19 272/19 273/9 273/10 273/12 273/14 273/20 282/19 284/15 291/10 295/2 295/18 296/1 296/7 302/13 307/13 307/19 308/14 311/8 311/24 325/14 326/14 328/16 346/4 352/1 355/4 355/5 357/8 359/4 362/3 391/2 392/19 394/23 395/20

**Here's** [1] 302/12

**hereto** [1] 364/13

**Hey** [9] 155/16 168/17 172/1 172/18 173/22 174/18 176/7 267/10 302/13

**hi** [2] 241/16 241/25

**hidden** [1] 346/19

**high** [5] 175/1 175/2 287/23 341/25 355/22

**high-level** [3] 175/1 175/2 287/23

**high-ranking** [1] 341/25

**highlight** [3] 180/16 193/24 364/5

**highlighted** [7] 194/11 235/17 236/11 237/6 238/3 247/10 247/22

**highlighting** [1] 194/10

**highly** [1] 335/20

**him** [20] 141/22 149/16 220/17 233/4 273/9 273/12 273/13 273/14 273/20 273/21 273/22 274/1 274/15 274/16 274/16 274/18 275/3 336/7 398/25

**himself** [2] 142/3 220/16

**his** [16] 141/14 141/14 141/24 142/11 142/12 148/13 247/17 248/3 324/8 341/21 341/24 342/2 345/13 363/25 365/10 365/13

**hiss** [2] 204/25 205/1

**hit** [4] 170/14 237/13 286/25 297/24

**hold** [7] 246/1 253/18 278/1 278/6 322/2 358/10 361/6

**holding** [2] 164/23 205/5

**Hollis** [1] 333/22

**home** [65] 147/4 147/14 153/15 154/10 154/12 154/14 154/17 154/6 157/6 157/15 161/6 161/8 161/14 161/20 162/6 162/11 162/13 162/18 164/3 167/3 176/13 183/8 202/25 215/5 216/23 217/1 217/3 217/4 217/8 224/6 224/8 224/13 224/17 225/3 225/8 225/23 234/9 235/11 235/19 235/22 235/24 236/3 238/1 243/17 244/4 244/19 245/7 245/9 246/1 246/12 246/18 248/14 248/18 249/2 249/7 249/10 249/15 249/21 249/24 250/3 250/8 251/3 266/8 266/11 267/5

**honestly** [2] 286/13 289/10

**Honor** [172] 137/14 137/18 137/21 139/17 140/14 141/10 142/19 143/8 143/15 143/19 144/18 145/19 145/22 145/25 147/23 148/11 148/18 148/20 148/23 149/4 149/16 150/15 150/20 151/13 151/22 152/3 152/6 152/11 152/18 153/11 153/19 165/3 177/12 177/17 177/25 179/17 180/1 180/7 181/18 187/25 188/17 188/23 189/5 189/12 189/22 190/1 190/2 190/5 191/3 191/5 194/1 194/7 194/13 194/16 196/6 196/10 196/15 200/21 203/17 203/25 207/4 207/24 208/12 208/15 208/17 208/19 208/19 208/20 209/2 210/19 210/25 211/13 211/16 212/5 215/18 216/12 221/11 221/19 223/16 227/20 228/7 239/9 251/20 251/22 252/8 254/8 255/17 256/24 260/3 271/8 271/21 273/5 273/17 274/17 274/22 274/24 275/5 275/7 277/4 283/10 283/16 283/20 292/7 294/13 294/23 296/20 296/23 302/17 303/2 303/7 304/22 304/25 306/10 306/18 307/13 307/21 308/8 308/13 309/2 310/14 310/21 312/25 313/25 315/7 315/10 316/5 322/15 330/11 330/17 336/24 337/3 337/12 338/18 339/25 340/13 342/23 344/20 344/24 345/15 349/19 350/2 351/7 351/15 352/19 352/25 353/23 354/17 358/2 358/22 358/24 359/2 359/25 361/1 361/5 363/10 365/18 373/15 373/23 374/3 379/10 390/11 392/8 392/14 393/8 394/8 396/21 396/24 398/23 399/16 400/7 400/19 401/2

**Honor's** [1] 306/23

**HONORABLE** [1] 134/13

**hooked** [1] 231/24

**Hough** [1] 135/6

**hour** [13] 187/4 235/19 235/25 236/2 271/13 274/24 308/13 308/15 308/18 328/8 328/13 328/14 328/14

**hours** [4] 151/17 308/16 308/16 308/16

**house** [15] 161/23 176/12 185/25 186/1 201/22 203/8 206/5 206/15 218/14 233/11 244/22 244/23 245/3 246/9 357/6

**how** [179] 137/24 138/1 139/10 139/25 143/2 146/4 146/21 147/18 148/16 151/20 155/7 162/13 163/17 167/13 169/15 171/19 174/1 174/20 180/22 181/4 183/18 187/8 191/17 191/22 192/9 193/2 193/17 195/4 195/16 197/21 197/24 197/25 198/7 199/6 201/15 204/9 204/19 206/24 209/7 212/22 213/3 213/7 213/13 214/21 215/4 216/20 219/7 219/18 220/2 220/9 220/11 220/19 224/5 224/25 225/2 225/23 230/11 230/25 232/14 234/11 235/8 235/19 236/19 237/9 238/11 243/10 243/13 246/5 246/10 248/17 248/22 248/25 249/6 249/10 253/7 253/8 260/6 262/16 262/21 263/7 263/8 263/9 271/13 274/1 277/18 277/22 278/1 278/6 278/18 278/22 281/3 281/5 281/12 281/19 282/17 283/1 284/9 284/22 286/17 293/13 298/5 299/14 301/1 304/1 306/14 308/2 308/9 309/7 311/4 313/5 314/18 316/16 317/4 317/15 317/16 318/24 319/15 321/8 323/19 324/12 324/14 328/19 329/10 333/11 333/17 333/22 339/14 339/16 339/17 340/1 348/12 348/23 349/4 350/17 354/5 358/2 359/14 359/14 359/18 361/9 361/12 361/15 361/17 362/9 362/16 366/19 366/21 367/1 367/5 368/19 370/4 370/10 370/24 371/17 372/6 379/13 379/21 379/23 379/25 382/2 383/10 383/23 383/25 384/1 384/1 384/24 385/12 386/15 389/18 390/3 392/10 392/10 393/24 393/25 395/19 395/24 400/12

**however** [6] 166/14 173/25 281/16 307/6 328/25 350/13

**huh** [6] 178/7 241/1 254/2 266/23 295/4 298/13

**human** [2] 196/1 300/5

**humans [3]** 300/11 300/13 300/14
**hundred [1]** 156/14
**hundreds [2]** 176/23 331/10
**hung [7]** 160/14 165/21 206/23 237/4 242/23 270/20 270/20
**husband [11]** 161/25 167/1 176/7 214/18 217/11 220/11 223/13 224/2 243/14 249/20 250/8
**husband's [2]** 213/9 309/24
**husband-and-wife [1]** 167/1
**hypothetical [2]** 328/2 328/5

**I**

**I'd [2]** 185/12 341/24
**I'll [23]** 137/21 140/17 150/12 150/23 179/13 179/14 184/20 239/10 274/9 277/10 308/18 309/17 311/13 315/11 326/14 337/10 339/3 343/12 352/14 358/23 382/4 396/21 398/9
**I'm [129]** 137/19 138/1 140/18 141/18 141/19 142/15 142/21 142/25 143/25 144/16 144/19 145/17 145/18 146/15 146/25 146/25 147/12 149/14 149/19 149/19 150/4 150/7 150/13 152/19 176/19 177/4 178/9 178/14 178/19 179/12 183/23 184/20 184/24 188/2 191/7 205/5 209/10 209/14 212/17 225/24 229/5 239/9 239/12 246/18 252/3 252/5 252/12 253/5 253/25 254/9 254/12 255/11 256/23 261/9 261/18 261/18 268/6 270/13 271/23 273/21 279/18 284/6 285/7 288/20 289/8 290/7 290/23 291/10 291/18 291/20 293/23 295/13 301/5 303/7 305/11 307/14 308/14 308/15 308/19 308/22 309/21 310/1 310/7 310/13 313/22 314/12 314/14 317/17 320/24 322/11 322/12 322/15 322/17 322/20 323/10 325/10 326/11 330/11 336/6 337/6 337/7 341/15 345/13 347/11 347/16 351/17 353/24 354/11 355/5 355/11 357/13 358/9 363/15 375/10 375/13 379/1 380/13 381/17 384/3 386/10 391/11 391/25 392/20 392/25 394/25 395/17 398/10 398/17 399/22
**I've [19]** 144/2 144/5 146/17 147/15 181/24 237/6 238/3 247/10 247/22 275/3 279/15 279/20 288/16 292/1 306/20 335/17 355/14 356/22 392/20
**I-A-N [1]** 277/2
**I-D [1]** 316/13
**Ian [2]** 276/5 277/2
**ID [10]** 222/25 225/11 225/20 268/15 268/17 268/18 295/5 295/6 295/9 359/7
**idea [16]** 148/12 148/13 148/13 152/14 166/10 172/3 172/11 207/20 286/13 291/15 291/15 300/9 334/15 376/1 387/12 394/23
**ideal [2]** 307/22 328/15
**identification [3]** 359/8 368/17 371/5
**identified [17]** 151/4 158/5 158/8 158/11 159/7 172/15 181/25 228/12 234/19 237/6 309/12 333/9 363/3 364/9 366/23 374/12 379/21
**identifiers [2]** 370/16 379/24
**identifies [2]** 360/3 385/5
**identify [21]** 138/16 139/23 157/19 161/8 162/24 233/15 235/10 237/25 239/8 247/3 257/2 303/13 303/16 309/14 333/11 342/7 361/9 361/17 362/10 368/5 370/10
**identifying [1]** 139/1
**illegal [6]** 161/5 162/22 163/13 163/17 163/24 164/22
**Illinois [3]** 356/17 357/6 357/13
**immediately [3]** 205/4 257/24 351/18
**implies [1]** 327/4
**import [3]** 339/13 339/14 339/17
**important [8]** 145/9 155/23 159/24 166/16 262/12 265/10 265/13 265/17
**importantly [1]** 175/10
**imported [2]** 321/11 367/14
**impression [1]** 148/15
**improve [2]** 169/4 281/3
**inaccurate [2]** 257/16 395/25
**inactive [1]** 171/15
**inadequate [1]** 149/19
**inadmissible [1]** 395/22
**inappropriately [1]** 315/13
**inasmuch [1]** 335/3
**inbound [5]** 201/4 201/5 201/6 284/24 284/25 298/17

**INC [4]** 134/7 370/16 394/3 398/12
**inception [2]** 285/24 298/20
**inch [1]** 183/21
**include [7]** 139/12 150/19 187/23 199/17 305/10 359/24 361/18
**included [10]** 150/10 150/18 151/25 324/21 357/21 374/19 383/6 383/12 385/12 385/13
**includes [7]** 138/3 149/24 328/9 330/21 335/19 336/2 364/12
**including [9]** 138/9 143/18 146/3 167/20 271/15 271/16 286/5 390/19 397/13
**incoming [17]** 184/8 184/10 185/14 185/20 185/22 186/9 186/12 186/21 191/13 191/14 192/3 192/4 233/5 319/4 332/14 332/19 333/2
**Incorporated [2]** 370/16 394/3
**incorrect [2]** 312/20 312/23
**incorrectly [1]** 141/19
**incurred [2]** 210/3 211/3
**independent [6]** 166/25 167/6 175/8 278/11 282/2 317/24
**independently [1]** 304/17
**INDEX [1]** 136/1
**indicate [11]** 185/20 191/23 194/3 296/2 359/20 363/7 363/19 363/25 364/3 364/16 366/5
**indicated [2]** 359/15 369/19
**indicates [4]** 201/22 332/13 332/19 359/10
**indicating [1]** 363/6
**indication [1]** 383/20
**individual [8]** 147/3 183/7 203/5 203/7 278/14 301/7 301/10 303/13
**individuals [5]** 167/3 183/7 318/10 319/15 335/23
**inefficient [1]** 329/1
**infer [2]** 143/7 143/11
**inference [1]** 143/14
**influence [1]** 211/1
**inform [1]** 328/19
**information [52]** 138/16 147/13 150/11 151/7 152/12 167/13 169/1 183/12 184/12 184/13 214/24 215/6 215/9 230/5 279/2 279/11 280/2 280/3 280/7 282/8 282/10 282/15 297/4 297/7 318/6 318/12 318/17 332/24 335/9 338/5 343/16 343/20 344/2 350/14 350/21 357/22 359/6 361/19 361/20 364/19 365/11 365/13 375/3 375/14 375/15 376/11 378/3 380/8 384/3 396/23 397/3 399/7
**inherent [1]** 273/15
**initial [1]** 308/12
**initially [2]** 263/3 385/3
**initiated [1]** 186/20
**input [3]** 372/23 373/7 376/11
**inside [1]** 186/10
**instance [3]** 201/9 204/24 380/15
**instances [1]** 315/2
**instead [11]** 159/16 164/17 203/5 276/14 289/3 299/20 367/11 369/5 372/2 377/25 388/1
**Institute [2]** 356/17 357/13
**instruct [1]** 315/15
**instructed [5]** 158/23 226/13 254/18 256/3 281/2
**instructions [10]** 148/25 148/25 338/2 338/13 339/20 382/5 382/6 390/23 400/25 401/7
**intend [3]** 227/23 227/24 228/15
**intention [2]** 327/14 345/24
**interaction [1]** 142/23
**interested [4]** 159/21 171/16 225/6 317/25
**interesting [1]** 145/9 400/21
**interject [2]** 325/14 326/14
**internal [6]** 159/6 160/24 163/1 166/23 254/19 256/4
**Internet [1]** 271/16
**interrogatories [3]** 252/13 256/20 259/16
**interrogatory [5]** 257/2 257/11 257/12 269/18 269/25
**intervention [1]** 196/2
**intricacies [1]** 204/20
**introduce [4]** 178/8 212/16 317/6 327/22
**intuitive [2]** 295/19 295/23
**invalid [7]** 372/5 372/6 372/7 372/25 373/1 373/8 389/2
**invasions [1]** 356/11
**investigate [2]** 316/21 316/23
**investigation [1]** 395/16

# I

**investigations [2]** 356/11 356/23
**investigator [2]** 316/19 389/24
**investment [1]** 171/25
**invite [2]** 165/1 177/8
**involved [11]** 287/14 287/16 287/21 289/25 302/5 306/22 327/11 345/22 368/23 381/25 382/2
**involves [1]** 278/11
**involving [2]** 328/2 356/13
**irregardless [1]** 288/3
**is [876]**
**is also [1]** 340/15
**isn't [16]** 170/1 172/12 172/19 173/16 203/3 205/1 257/19 260/12 260/13 301/11 376/20 378/22 386/5 387/22 388/8 388/10
**issue [15]** 145/10 146/5 148/23 152/9 208/13 241/17 266/10 269/20 273/23 290/13 301/7 311/3 393/14 393/16 399/1
**issues [5]** 137/16 147/2 149/12 356/12 357/7
**it [788]**
**it's [42]** 144/13 152/14 164/7 166/4 168/4 169/7 170/9 170/9 173/2 173/2 173/9 173/24 175/19 180/18 182/17 211/14 223/12 251/12 276/21 279/11 285/22 288/23 289/1 293/12 301/8 301/13 311/10 315/18 323/12 327/18 329/19 329/24 330/7 331/14 343/24 388/11 392/2 393/25 395/3 395/4 395/23 395/23
**its [25]** 139/12 153/25 154/5 154/7 154/22 154/25 155/4 155/8 156/10 158/9 161/11 165/17 165/18 166/7 167/9 169/4 177/13 203/11 285/24 291/12 300/7 300/7 310/6 349/6 358/5
**itself [8]** 205/1 301/16 329/15 349/23 349/25 359/13 393/23 395/20
**IV [1]** 277/15

# J

**J. [1]** 222/15
**J. Pardon [1]** 222/15
**Jackson [7]** 292/17 303/14 303/21 303/23 323/12 324/17 326/3
**Jackson's [1]** 324/7
**Jacobson [4]** 135/4 136/3 153/9 164/25
**Jane [1]** 141/25
**January [6]** 150/25 297/3 348/24 387/15 399/6 399/11
**January 2016 [1]** 348/24
**Jason [4]** 341/16 341/17 341/19 357/24
**Jay [1]** 341/25
**Jeremy [1]** 155/16
**Jessica [1]** 222/14
**job [13]** 199/14 199/15 277/20 278/4 278/6 284/7 284/19 316/18 316/20 319/2 319/18 356/6 356/7
**Jodi [1]** 313/9
**John [6]** 135/10 136/8 276/16 277/15 280/13 283/7
**Johnny [2]** 300/25 301/1
**join [2]** 174/20 279/1
**joined [1]** 161/13
**joint [1]** 201/10
**Jonas [1]** 135/4
**JUDGE [29]** 134/14 140/22 148/24 198/6 201/17 210/24 211/24 221/24 223/20 272/14 280/16 283/5 294/19 305/5 307/1 309/21 310/8 310/12 310/24 311/2 311/24 313/17 337/6 339/2 340/5 340/20 354/15 401/3
**Judge Simon's [1]** 140/22
**judgment [1]** 394/2
**judicial [3]** 139/10 391/21 391/22
**Julien [1]** 135/3
**July [1]** 148/23
**jump [1]** 172/18
**juror [3]** 137/6 358/20 391/2
**jurors [3]** 306/21 358/8 358/10
**jury [101]** 134/11 137/3 137/5 137/16 141/16 144/24 145/7 146/9 146/16 146/19 146/24 147/7 147/13 147/22 147/25 148/24 148/25 153/2 153/4 164/23 178/8 178/23 179/20 180/6 180/11 183/19 186/3 204/19 206/3 208/7 208/9 208/16 212/1 212/3 212/16 215/24 216/13 222/2 226/2 226/6 245/6 246/11 256/21 271/13 271/18 271/19 273/1 273/2 274/23 275/9 275/10 275/15 291/12 294/22 305/13 305/16 306/2 306/20 307/2 307/5

307/7 307/10 307/18 307/23 308/19 311/16 311/19 315/19 315/20 315/22 315/23 315/24 328/6 330/18 331/19 351/21 351/25 352/1 352/20 353/1 353/2 356/8 356/14 358/4 361/3 361/6 365/13 367/11 371/11 372/21 379/23 381/16 382/4 390/15 391/6 391/8 391/10 400/23 400/24 401/5 401/6
**just [140]** 137/21 141/12 141/16 143/22 144/19 145/6 149/6 150/9 150/15 150/16 152/11 152/14 155/5 155/17 157/24 161/24 164/6 164/7 166/9 166/19 167/3 168/4 170/12 171/14 172/15 172/18 174/1 175/19 176/25 182/9 185/3 189/20 193/11 194/9 194/10 195/9 198/16 203/21 207/8 216/4 219/16 224/22 225/22 230/15 232/16 232/17 233/20 240/8 241/9 243/6 243/7 244/6 244/25 246/7 252/10 260/12 262/18 263/7 263/16 265/7 266/15 279/12 285/6 289/7 289/14 292/11 293/14 293/16 294/19 298/20 298/20 298/24 298/24 299/4 299/5 301/20 301/21 302/17 305/19 306/6 306/16 308/18 310/1 310/12 320/24 321/6 322/16 323/2 325/2 326/2 326/6 329/25 330/20 330/23 331/5 334/8 335/17 336/5 336/6 337/12 337/13 343/24 350/18 350/20 351/19 353/12 353/13 354/8 355/11 355/12 355/15 355/20 356/9 358/4 358/8 367/2 369/10 369/21 369/21 374/24 380/9 380/14 384/8 384/22 386/9 386/19 386/20 387/13 389/1 389/14 392/22 392/25 394/4 396/8 396/20 397/18 399/3 399/14 399/19
**justified [1]** 173/19
**justify [1]** 175/17
**Justin [9]** 136/9 283/11 283/13 284/4 296/22 304/21 315/9 315/9 315/13

# K

**Kay [1]** 166/20
**KCC [53]** 151/6 369/2 372/1 373/22 375/6 375/9 375/15 375/18 375/19 375/20 376/1 376/6 376/8 376/9 376/12 376/14 376/24 377/1 377/2 377/2 377/6 377/11 377/15 377/23 378/5 378/7 380/8 380/16 380/24 381/3 381/7 381/8 381/12 381/17 381/19 381/20 382/15 382/18 384/10 389/1 392/21 392/22 392/25 393/4 393/7 393/13 393/21 394/18 396/10 397/4 397/9 397/18 397/21
**keep [5]** 163/19 220/22 225/20 258/3 320/22
**keeps [2]** 154/14 154/16
**Kennedy [1]** 135/14
**kept [9]** 160/10 163/6 163/8 220/23 220/25 220/25 258/10 341/10 343/16
**Kevin [1]** 292/17
**key [3]** 147/2 379/12 379/16
**keystrokes [1]** 392/18
**kids [5]** 161/24 162/16 213/13 243/13 243/15
**kind [19]** 139/23 152/4 153/16 155/20 157/17 159/8 160/16 164/20 214/12 229/20 249/21 271/16 285/3 343/15 367/13 379/12 379/23 387/8 392/9
**kinds [3]** 155/12 157/23 304/8
**kit [11]** 155/18 219/3 219/7 231/6 279/4 286/6 286/7 286/8 287/18 289/21 347/9
**kits [2]** 231/4 231/7
**knew [5]** 260/9 262/12 263/5 263/6 267/21
**know [172]** 139/25 140/9 143/2 150/23 151/25 152/1 155/16 155/17 168/19 169/1 172/21 174/1 180/16 180/22 181/4 187/17 191/22 199/2 201/15 202/19 205/22 211/17 219/7 228/16 229/19 243/13 244/19 250/24 258/11 258/11 261/4 261/13 261/13 261/17 261/18 261/19 261/20 261/23 262/16 264/18 266/1 267/14 267/17 267/18 267/20 268/6 270/12 270/19 271/5 272/20 273/12 273/19 274/5 274/5 274/12 275/2 278/18 278/20 279/19 279/20 281/21 282/14 283/1 283/1 283/3 284/22 286/5 286/6 286/8 286/9 286/10 286/16 286/24 286/25 287/12 288/6 288/7 288/13 289/13 290/14 290/17 291/22 292/2 292/22 293/9 293/14 293/17 295/1 295/7 295/8 296/9 296/10 297/23 297/24 298/17 298/18 298/22 299/1 300/15 300/23 301/15 302/11 304/1 304/4 304/8 304/9 306/2 306/16 307/15 311/9 317/21 323/25 324/12 325/24 326/23 327/4 328/21 329/24 331/25 332/1 332/7 333/11 333/21 334/20 334/21 335/8 335/16 337/24 339/22 339/23 341/17 344/1 344/4 344/6 344/6 344/8 344/8 345/12 350/17 350/19 350/22 353/4 369/21 369/23 372/6 376/3 383/10 384/1 384/21 385/11 386/9 386/15 387/10 389/8 390/3 390/8 390/9 393/4 393/18 393/24 393/25 394/6 394/7 394/8 394/12 394/20 396/17 398/3 399/18

**K**

**knowing** [1] 149/12
**knowledge** [18] 141/13 141/22 141/23 142/3 142/22 299/20
300/13 334/9 342/13 348/9 364/8 365/4 365/22 366/4 379/15
387/11 388/6 390/1
**known** [7] 147/1 148/21 166/16 169/22 226/5 372/11 372/13
**knows** [8] 140/10 141/1 141/25 143/6 207/17 227/16 302/14
372/23
**Krakauer** [2] 138/9 143/18

**L**

**L-A-U-N** [2] 276/16 283/8
**L-E-Y** [1] 316/13
**L-U-C-E-R-O** [1] 325/12
**labeled** [8] 331/6 331/21 341/16 344/9 380/16 381/6 382/15
383/9
**labels** [1] 363/16
**Lack** [1] 215/21
**ladies** [2] 176/18 177/3
**laid** [1] 159/10
**Lance** [4] 136/6 177/15 177/22 178/9
**landline** [24] 138/20 139/2 141/1 141/7 145/16 147/4 147/8
147/14 162/1 162/3 179/22 180/20 180/21 180/23 186/13
203/12 239/23 249/17 324/6 334/22 335/2 335/3 335/5 348/20
**landlines** [2] 146/20 147/21
**language** [1] 318/22
**laptops** [1] 306/21
**large** [9] 166/24 175/3 175/3 175/4 313/10 329/17 329/22 330/5
356/12
**larger** [1] 290/21
**largest** [1] 287/11
**last** [33] 151/19 164/15 177/21 187/6 189/20 191/17 192/9
193/2 193/17 193/21 195/4 212/9 220/9 228/2 273/8 296/15
305/9 312/3 326/5 339/17 348/3 354/21 359/10 359/10 369/8
370/14 370/20 380/1 385/7 394/10 396/7 398/12 398/21
**lasted** [7] 197/8 197/13 197/25 197/25 201/23 202/6 202/9
**late** [1] 145/25
**later** [8] 148/20 154/13 169/12 173/25 249/13 267/7 337/14
361/4
**latest** [1] 146/18
**Laughter** [1] 272/13
**Laun** [6] 136/8 272/5 276/16 277/15 280/15 283/7
**Laun's** [1] 280/13
**law** [8] 153/18 157/6 210/2 356/2 356/4 358/18 388/4 392/18
**Lawson** [1] 313/8
**lawsuit** [9] 157/12 250/22 250/24 251/8 251/15 269/4 269/5
356/3 366/24
**lawyer** [2] 253/2 262/10
**lawyers** [6] 179/9 211/6 211/20 252/19 259/23 275/19
**lay** [11] 139/18 139/20 140/8 140/21 142/6 142/6 179/10 244/12
305/18 352/6 352/7
**laying** [1] 352/9
**layperson's** [1] 142/16
**lays** [1] 155/4
**lead** [1] 356/10
**leaders** [1] 302/9
**leading** [2] 274/13 274/20
**leafing** [1] 331/10
**leaning** [1] 274/7
**leap** [1] 176/21
**learn** [14] 157/23 158/4 159/8 159/24 161/22 161/25 162/14
163/17 164/17 174/20 199/20 213/18 241/6 349/9
**learned** [2] 144/8 349/5
**least** [13] 139/13 141/5 141/14 142/7 162/23 163/15 200/7
239/13 239/16 240/3 296/4 305/23 369/22
**leave** [11] 154/7 154/18 228/20 231/12 231/13 231/17 231/17
273/23 391/2 391/4 391/8
**leaving** [2] 209/11 209/14
**lecturn** [1] 200/21
**led** [1] 356/15
**left** [6] 161/19 177/10 224/20 232/4 262/8 342/21
**legal** [6] 149/5 147/15 157/18 157/19 164/2 218/16

**legally** [2] 147/1 211/18
**length** [5] 198/6 198/20 198/10 348/23 348/2
**Leon** [1] 277/15
**less** [9] 138/1 154/7 154/18 198/16 253/22 308/13 319/17
329/23 370/8
**let** [81] 140/17 141/18 145/22 146/15 153/21 155/17 157/13
157/22 158/20 161/4 162/20 164/12 165/6 168/19 169/1 181/8
187/1 188/2 195/12 199/23 200/14 203/19 204/13 208/10
208/23 209/5 210/17 211/2 217/21 226/2 226/16 227/19 230/7
230/21 231/21 231/21 238/15 238/19 239/5 244/2 260/17
264/19 264/23 265/2 270/5 270/12 271/20 272/20 273/12
280/13 286/7 286/9 288/7 302/20 302/22 305/18 307/4 308/16
325/14 336/7 336/24 337/9 351/16 352/2 352/14 355/7 358/9
367/1 371/7 373/21 375/5 381/18 387/20 389/19 392/4 392/12
393/5 395/24 397/6 397/10 400/1
**let's** [65] 137/5 143/22 164/2 166/3 168/3 170/19 172/3 172/18
172/24 173/20 175/20 190/13 190/18 190/23 200/20 200/25
208/14 209/2 215/11 216/22 221/12 222/5 234/24 234/25 236/6
237/5 237/15 237/24 240/12 242/7 243/18 245/8 246/10 247/5
252/15 257/21 263/22 270/5 270/9 274/23 291/4 305/13 313/3
313/3 313/5 313/7 315/21 328/8 332/4 352/20 359/4 361/22
362/3 362/9 362/13 362/18 364/7 366/3 366/13 371/23 375/1
378/11 384/16 384/22 388/20
**letter** [2] 279/19 279/19
**letting** [1] 148/6
**level** [8] 175/1 175/2 281/19 282/9 282/11 287/23 290/1 399/23
**LexisNexis** [3] 138/8 138/10 144/13
**libphone** [6] 389/10 389/12 391/14 391/18 391/23 395/6
**library** [10] 389/9 389/20 389/20 389/23 389/25 390/2 390/4
390/7 390/8 390/10
**lied** [1] 260/11
**lieu** [1] 276/14
**life** [1] 213/4
**lifestyle** [1] 166/5
**light** [2] 148/1 311/12
**like** [97] 137/14 143/24 145/22 153/23 154/15 155/16 155/23
160/15 160/17 160/23 161/25 164/23 167/22 167/23 169/23
172/10 173/23 174/18 174/20 174/23 179/11 185/12 188/17
189/15 190/5 191/7 193/4 193/19 194/18 200/14 201/24 206/9
208/20 208/24 212/20 213/17 218/9 229/16 241/4 241/7 241/12
241/19 244/2 244/20 253/13 263/11 265/18 266/19 267/8 273/8
278/22 280/1 280/9 286/6 286/9 292/23 294/13 295/14 295/16
295/25 297/13 300/16 300/24 301/21 302/10 303/14 304/4
307/23 308/4 308/5 310/3 313/8 313/22 318/1 330/18 337/25
343/3 343/15 343/24 344/22 349/3 358/3 360/6 361/5 367/14
374/2 374/9 374/9 376/23 382/25 388/25 389/10 391/5 394/6
396/11 398/13 400/25
**liked** [1] 219/19
**likely** [14] 142/1 142/2 161/1 163/21 163/24 242/25 300/18
325/1 333/8 340/10 340/12 344/15 344/17 351/15
**Lily** [1] 135/6
**limine** [1] 208/16
**limit** [1] 308/15
**limited** [4] 159/20 308/18 369/21 394/7
**line** [57] 145/4 160/13 162/3 162/5 162/19 162/19 176/22
180/25 180/25 181/1 181/3 181/6 181/7 182/13 182/14 182/19
183/2 183/5 183/6 183/9 184/8 205/1 224/13 233/11
233/11 242/4 242/11 242/16 243/18 243/18 243/20 243/20
249/15 249/24 250/3 250/8 270/14 313/8 313/8 313/12 314/24
314/25 322/7 322/8 322/21 323/18 326/16 326/16 332/18
337/10 342/6 345/12 347/13 347/21 387/5 394/23
**lines** [14] 143/23 143/24 143/24 151/14 151/16 202/24 306/2
306/11 307/19 309/7 310/5 325/17 343/14 375/13
**link** [3] 145/17 314/18 399/8
**list** [126] 144/2 144/2 144/4 145/4 145/11 148/14 151/6 151/8
156/3 156/3 161/11 163/4 163/6 170/14 183/24 184/7 235/3
254/20 256/5 270/17 273/7 287/25 292/3 293/24 301/3 302/12
321/18 323/17 324/1 324/23 328/4 331/15 331/22 331/24
336/11 336/13 336/14 336/15 339/11 339/13 339/15 339/16
339/17 340/2 341/16 341/22 341/24 346/3 347/11 348/16
348/18 348/19 358/5 359/8 359/23 359/24 360/3 362/13 362/14
362/16 366/8 366/11 368/23 368/24 369/2 372/2 373/22 375/6
375/9 375/16 375/18 375/19 376/2 376/6 376/8 376/9 376/12

**list... [49]** 376/14 376/18 376/24 377/1 377/2 377/3 377/6
377/11 377/15 377/23 378/5 378/7 380/8 380/24 381/3 381/8
381/12 381/17 381/19 381/20 381/22 381/24 382/1 382/1 382/8
382/18 384/10 387/5 388/24 389/1 392/21 392/21 392/25 393/4
393/7 393/13 393/21 394/5 394/18 396/6 396/9 396/11 396/14
397/4 397/9 397/18 397/21 398/19 400/13
**listed [10]** 182/8 183/10 183/11 183/15 187/24 228/11 364/13
368/3 372/17 400/13
**listen [18]** 146/9 146/11 156/1 160/18 168/17 168/24 174/14
187/20 188/6 189/21 207/19 229/3 232/7 241/3 241/9 314/20
333/9 352/15
**listened [8]** 188/20 193/11 195/13 232/9 241/11 241/18 326/2
326/6
**listening [2]** 189/24 261/14
**Lister [2]** 247/13 247/14
**listing [3]** 138/18 183/14 185/1
**lists [42]** 156/3 156/7 163/4 289/24 309/3 309/9 309/11 309/13
331/16 331/16 331/22 336/9 336/9 343/2 346/4 346/5 346/10
355/6 357/18 357/21 361/13 362/10 362/24 363/4 363/4 367/6
367/15 368/22 371/13 371/16 376/24 377/16 378/3 383/13
384/9 385/3 388/25 392/24 396/12 397/12 397/13 397/21
**litigation [7]** 210/11 210/13 210/20 211/1 211/4 211/6 341/11
**little [17]** 141/11 160/3 162/23 172/16 172/17 172/17 178/11
204/3 212/23 238/19 256/14 295/7 310/4 332/5 352/23 356/21
369/20
**live [98]** 154/25 155/1 155/2 155/24 155/25 156/12 156/13
157/16 158/14 158/18 158/23 159/3 159/8 160/12 160/17
160/23 165/14 165/14 165/18 165/19 165/21 168/10 169/17
169/18 169/20 169/22 169/22 170/6 170/6 170/8 170/14 170/19
172/4 172/4 172/11 172/11 175/23 177/3 195/7 209/16 212/24
213/1 226/14 226/18 226/23 237/13 237/18 238/16 238/21
239/2 239/13 239/17 239/19 240/6 240/9 240/13 240/23 240/25
241/13 241/22 242/6 242/18 245/3 258/13 259/1 259/17 259/22
259/22 260/15 260/20 260/23 261/7 262/22 263/3 263/5 263/9
263/23 264/2 264/25 265/11 265/19 270/23 276/15 293/12
298/8 318/15 327/6 327/10 327/16 327/23 327/25 345/4 345/7
345/21 346/1 353/16 355/18 355/19
**live-agent [1]** 159/8
**live-agent-only [1]** 158/18
**lived [3]** 213/3 217/10 244/19
**living [1]** 210/10
**LLC [3]** 370/16 394/4 398/12
**LLCs [1]** 167/2
**LLP [4]** 135/4 135/10 135/13 135/16
**load [1]** 161/11
**local [2]** 183/2 329/5
**located [3]** 206/4 364/11 385/7
**location [1]** 185/22
**logic [2]** 176/21 394/11
**logical [1]** 342/19
**logically [1]** 291/25
**long [30]** 187/8 191/17 192/9 193/2 193/17 195/4 197/21
197/24 197/25 199/6 204/9 206/23 206/24 213/3 213/7 220/9
225/2 236/19 237/1 277/18 277/22 278/1 278/6 278/18 284/9
288/11 298/9 308/9 316/16 362/16
**longer [9]** 198/23 199/1 205/2 207/9 229/23 230/4 230/18 342/3
370/22
**look [51]** 173/6 190/13 190/18 215/11 221/9 222/5 223/8 234/24
236/6 237/5 237/24 247/19 256/20 270/5 270/9 293/1 293/16
295/14 295/16 299/24 300/23 301/3 301/8 301/20 307/8 307/9
312/4 313/3 313/7 324/20 335/1 337/9 337/14 343/15 345/13
359/18 360/6 360/13 361/20 362/3 362/14 362/18 364/7 366/3
367/3 367/17 372/14 378/2 390/21 395/19 397/20
**looked [22]** 158/10 182/9 184/16 198/17 247/2 248/5 301/5
301/5 331/20 361/21 362/24 363/6 363/24 370/13 372/2 379/25
385/3 385/8 385/14 390/4 390/5 398/12
**looking [27]** 141/19 178/23 178/24 197/6 199/17 281/14 291/10
294/4 295/9 301/10 301/11 302/1 306/4 314/12 314/14 315/8
322/4 330/4 337/6 341/15 347/11 361/11 367/2 369/18 370/15
372/18 397/15
**looks [15]** 201/23 215/15 216/21 244/20 279/21 280/1 292/23

295/25 302/10 313/8 337/25 343/3 372/25 396/11 397/9
**LOHR [20]** 154/3 158/7 158/24 159/20 159/24160/6 180/19
181/17 212/6 212/10 212/17 324/10 333/17 333/19 333/21
334/7 334/9 334/23 360/12 360/14
**Lori Wakefield [1]** 180/19
**Lori's [2]** 245/16 245/22
**lose [2]** 175/11 214/10
**losing [1]** 219/20
**loss [6]** 153/23 153/23 166/13 214/13 219/3 316/21
**lot [16]** 166/14 169/15 170/10 204/20 256/11 259/5 259/10
272/14 284/22 290/25 303/25 350/19 370/21 372/17 378/2
390/20
**lower [1]** 342/21
**LTD [1]** 394/7
**Lucero [2]** 296/16 325/11
**lumped [1]** 146/3
**lunch [2]** 271/14 274/24
**Luner [1]** 135/4

---

**M**

**machine [71]** 155/9 155/9 155/10 155/12 155/21 155/22 156/2
156/7 156/8 156/10 156/12 156/15 156/18 156/20 156/21
156/23 156/24 157/2 157/10 159/1 159/16 160/4 160/7 160/25
161/2 161/8 161/12 161/20 163/1 163/2 163/3 163/6 163/8
163/12 163/13 163/15 163/19 163/23 163/25 164/12 164/14
164/19 195/7 204/24 206/1 206/4 206/14 207/8 207/10 207/11
207/12 207/13 207/20 231/24 232/2 232/5 232/7 232/13 232/15
238/6 238/7 262/6 262/7 262/17 263/21 295/18 295/20 364/1
364/24 367/14 367/22
**machines [3]** 165/15 207/17 262/18
**made [39]** 146/15 146/25 147/12 147/14 147/19 157/20 157/25
160/25 161/8 161/19 161/20 162/24 163/14 163/15 163/18
163/24 164/1 164/22 170/1 170/22 173/22 183/25 184/22
185/24 185/25 186/1 190/15 234/8 256/11 257/9 259/13 275/3
319/25 327/13 332/17 345/23 363/7 389/14 389/24
**mail [12]** 203/11 203/14 205/24 206/1 206/5 206/9 206/11
206/12 324/12 324/24 325/7 366/5
**mailing [1]** 214/24
**mails [1]** 257/22
**main [7]** 278/9 278/10 286/11 290/5 346/8 346/19 346/21
**maintain [2]** 184/14 185/5
**maintained [1]** 318/11
**maintains [1]** 282/14
**majority [6]** 174/2 174/15 249/3 249/3 249/18 278/16
**make [68]** 137/13 139/4 141/14 145/14 153/14 155/6 156/8
156/14 159/11 159/14 159/17 164/21 165/9 165/10 165/18
167/21 169/17 171/20 171/21 172/6 176/21 176/22 179/13
189/8 200/2 200/4 200/15 205/19 207/18 248/18 249/24 254/19
256/4 260/17 285/6 287/3 291/21 292/24 296/10 298/2 300/11
300/13 306/6 314/18 315/12 319/22 319/23 322/4 324/15
329/15 329/23 332/8 338/6 338/12 338/13 351/18 351/19
352/15 358/15 362/4 367/21 367/24 373/2 376/25 389/16
389/17 396/14 399/19
**makes [15]** 154/6 154/7 154/18 155/8 155/12 155/14 157/3
165/17 282/19 288/12 312/4 317/12 320/13 325/3 394/11
**making [16]** 144/16 152/9 152/19 155/10 156/13 157/7 157/15
162/21 208/21 287/7 295/13 342/7 342/10 342/12 353/3 353/5
**Mallen [5]** 273/5 273/24 274/6 274/8 274/10
**management [1]** 282/10
**manager [15]** 169/13 288/13 320/25 323/21 325/4 325/8 327/3
327/14 327/21 331/7 338/1 345/24 349/11 350/24 365/25
**Manager' [1]** 313/10
**manner [3]** 173/17 372/3 395/15
**manual [16]** 151/15 171/2 173/24 299/4 330/13 330/21 331/5
331/8 331/12 342/9 346/18 349/8 365/6 366/1 369/11 369/11
**manually [26]** 155/1 168/7 289/12 290/6 290/8 290/9 290/11
290/19 290/24 291/21 298/20 307/18 325/4 329/4 329/6 329/11
329/16 329/19 346/15 347/1 347/14 347/18 367/3 367/9 370/22
372/18
**manuals [1]** 170/25
**manufactured [1]** 299/20
**many [45]** 146/21 147/18 154/4 157/23 163/17 195/16 198/7
205/13 224/25 234/11 235/8 235/19 243/10 248/17 248/22

**many...** [30]  248/25 250/19 253/7 253/8 260/6 279/4 306/14
309/7 317/16 318/24 319/15 324/12 333/17 333/21 333/22
350/20 354/5 359/14 359/19 361/12 361/15 362/16 367/5 370/4
370/24 370/24 371/17 382/2 386/16 395/19
**March** [13]  185/2 221/8 222/9 240/4 246/21 247/5 247/9 247/19
248/6 248/9 324/2 326/12 332/11
**March 13th** [1]  222/9
**March 1st** [2]  240/4 332/11
**March 6th** [2]  247/5 247/9
**March 9th** [1]  247/19
**mark** [5]  312/16 313/11 313/23 332/4 336/22
**marked** [16]  292/1 312/6 312/11 312/20 312/22 313/12 315/2
315/16 317/18 338/21 342/22 343/3 368/13 368/16 370/17
371/4
**market** [2]  143/21 167/5
**marketing** [20]  153/24 158/12 166/16 166/18 166/19 166/24
171/22 171/22 219/12 277/21 277/25 278/3 278/11 278/17
282/23 286/15 288/4 317/5 317/15 364/8
**married** [3]  213/5 213/7 355/21
**Mary** [9]  137/5 141/25 166/20 177/11 208/4 272/20 276/17
312/1 353/8
**master** [2]  377/15 388/24
**master's** [1]  356/17
**Maston** [1]  135/10
**match** [6]  198/20 315/4 315/19 345/14 372/1 381/3
**matched** [4]  368/25 369/6 369/10 377/10
**matching** [3]  369/5 381/12 389/1
**material** [1]  145/9
**materials** [2]  328/20 358/3
**matter** [6]  147/17 147/20 156/7 174/6 273/3 357/5
**matters** [1]  136/2
**maximum** [1]  156/14
**may** [110]  141/24 145/12 147/6 150/11 150/15 153/12 160/12
177/13 177/18 177/24 180/5 185/2 187/1 189/5 189/7 189/13
191/4 200/21 204/5 205/2 205/3 205/4 208/3 211/21 212/4
212/11 215/24 216/11 216/13 220/6 222/2 222/3 226/8 238/16
239/13 239/16 239/24 240/4 240/13 240/22 241/13 241/21
241/22 246/14 246/21 248/15 251/22 252/8 252/9 252/9 255/7
256/24 270/23 271/12 273/4 273/23 275/19 276/13 277/3
279/12 280/17 283/9 283/19 283/20 289/18 294/21 296/24
300/22 301/1 301/7 301/17 303/1 303/3 303/11 307/16 315/14
316/6 322/14 325/18 326/17 330/1 330/1 332/11 334/22 334/22
337/17 344/25 345/13 345/15 349/16 350/4 351/8 353/21 354/2
354/5 358/11 360/1 363/10 374/1 374/4 375/11 377/19 382/10
386/5 386/13 391/14 393/15 395/21 396/4 402/11
**May 30th** [2]  240/4 332/11
**maybe** [28]  142/11 171/15 172/18 217/21 218/5 230/15 239/2
253/17 253/17 256/17 257/18 263/4 263/17 267/8 267/10
286/18 286/24 289/8 297/17 297/23 301/17 306/16 312/21
319/1 324/25 394/4 396/8 399/23
**me** [160]  140/10 140/17 141/18 141/19 145/20 145/22 146/17
147/6 147/12 148/8 148/10 150/24 150/25 151/10 152/4 153/21
157/13 157/22 158/20 160/9 160/14 161/4 162/20 164/7 164/12
164/15 165/6 181/8 187/1 187/1 193/25 195/12 199/23 200/9
200/14 201/6 203/19 204/13 208/10 208/23 209/5 211/2 213/21
217/21 218/5 218/13 219/3 220/23 224/7 224/24 226/2 226/16
227/2 227/15 227/19 228/5 229/7 230/7 230/21 231/1 231/21
237/12 237/14 237/21 238/15 238/17 238/19 239/5 243/7 244/2
244/3 246/7 246/7 249/12 253/13 253/18 254/11 254/11 255/22
258/1 260/17 261/5 263/7 264/19 266/10 266/24 267/13 267/19
270/5 270/12 270/16 271/20 272/17 272/20 275/11 278/25
280/13 280/18 284/22 296/6 299/13 302/11 302/11 302/20
302/22 305/18 307/4 307/10 310/3 310/19 312/19 314/2 314/3
314/3 314/4 314/8 315/3 320/4 321/6 325/14 336/7 336/24
337/9 338/24 345/11 348/15 351/16 352/2 352/12 352/12 354/7
355/7 364/22 367/2 370/20 371/7 373/21 375/5 375/6 376/22
378/13 380/1 381/18 383/4 383/16 383/25 384/17 386/3 387/20
389/19 392/4 392/9 392/12 393/5 394/23 397/6 397/10 398/5
400/24 401/5
**meal** [1]  166/6
**mean** [51]  171/2 183/5 183/10 185/19 186/19 186/24 187/3

187/6 187/11 187/12 187/15 203/3 205/4 231/3 263/16 284/12
284/22 285/12 287/8 289/2 289/7 290/12 290/14 290/15 291/5
291/15 292/15 292/16 292/21 293/19 296/4 300/15 301/13
301/15 302/16 304/3 304/5 304/7 304/8 321/22 323/9 325/6
331/23 346/17 349/7 349/13 350/20 356/8 365/1 372/7 384/5
**meaning** [1]  365/23
**meaningless** [1]  301/15
**means** [18]  153/24 162/18 163/23 173/15 187/16 190/25 203/5
213/24 214/7 225/25 287/21 289/3 301/20 328/12 342/11
360/19 360/23 376/22
**meant** [2]  366/14 384/18
**mechanism** [1]  279/6
**media** [2]  167/25 350/20
**meet** [4]  197/18 252/18 253/2 400/25
**meetings** [1]  171/9
**Melissa** [1]  355/22
**members** [17]  141/2 153/4 208/7 209/23 212/3 226/6 271/13
275/10 275/15 283/12 305/13 315/23 317/6 322/11 353/2
368/23 390/15
**membership** [3]  222/6 222/6 222/23
**memo** [1]  159/6
**memorize** [1]  277/12
**memory** [11]  190/24 233/21 233/22 256/14 257/18 259/8 259/9
259/10 259/11 259/15 260/12
**mention** [2]  208/16 261/10
**mentioned** [20]  166/17 173/1 179/19 181/8 182/25 207/8 214/6
215/1 228/18 242/3 246/4 250/5 288/2 369/12 369/16 374/10
385/5 387/9 389/4 393/12
**mere** [1]  148/19
**merely** [2]  138/2 138/13
**Merriweather** [1]  292/17
**message** [101]  155/15 155/20 155/22 155/23 156/1 157/17
157/18 158/25 159/2 159/4 159/19 159/23 161/6 162/23 162/25
163/3 163/16 164/4 171/3 171/3 173/5 173/13 176/1 198/3
198/19 204/9 204/16 204/25 205/2 205/5 205/5 205/9 206/23
207/10 207/18 226/15 226/17 226/22 227/7 227/10 229/15
229/19 229/20 229/23 230/4 230/11 230/15 230/18 230/25
231/3 231/17 232/4 232/7 232/14 237/11 237/16 238/7 238/9
238/11 239/4 239/20 239/24 240/10 242/19 242/20 258/22
259/25 260/20 261/1 261/5 261/14 261/24 262/2 262/8 262/15
263/1 263/12 263/24 265/10 265/12 265/13 265/17 265/22
271/6 271/7 291/5 291/6 323/11 323/15 323/19 323/22 324/3
326/6 326/8 326/21 326/25 327/18 329/18 329/20 329/24 330/8
**messages** [90]  153/16 155/11 155/13 156/9 156/16 157/4 157/8
157/21 158/7 158/13 158/15 158/18 159/18 160/4 160/15
160/18 161/1 161/3 162/15 162/22 164/5 164/9 165/8 165/14
165/25 166/2 172/8 172/13 174/25 175/6 175/12 175/14 189/9
197/6 197/19 197/22 197/24 199/1 199/11 218/3 218/7 218/14
228/11 228/24 229/3 229/16 231/1 232/12 232/15 238/12
238/13 241/4 241/7 241/9 241/12 241/18 243/1 251/3 251/6
251/10 251/13 251/17 257/23 261/1 261/8 261/9 261/13 261/21
261/21 261/23 262/1 262/5 262/22 262/24 263/14 264/2 264/6 265/6
268/19 269/1 269/3 282/24 283/2 283/2 291/4 291/12 291/14
291/22 293/1 308/1 333/9
**met** [1]  204/8
**method** [1]  282/20
**metric** [1]  301/8
**MICHAEL** [1]  134/13
**Michigan** [1]  168/6
**Microsoft** [1]  335/20
**mid** [1]  208/5
**mid-morning** [1]  208/5
**might** [20]  138/23 138/24 166/15 177/17 199/18 200/14 204/19
207/8 238/21 262/12 266/17 279/23 279/25 289/8 289/25
301/19 321/18 344/4 344/6 347/14
**military** [2]  236/15 356/21
**milkshakes** [1]  219/3
**Miller** [1]  135/16
**million** [7]  151/14 151/16 159/14 163/18 163/22 163/24 367/7
**millions** [7]  164/22 175/12 176/23 306/1 306/1 307/19 310/5
**minimum** [1]  393/20
**minute** [5]  201/20 259/24 305/13 313/1 351/10
**minutes** [20]  152/25 192/11 192/23 208/6 208/8 212/25 244/25

**minutes... [13]** 271/13 271/22 272/1 272/5 272/7 272/8 290/15 311/17 328/9 328/10 328/10 328/12 352/22
**misheard [3]** 187/1 217/21 218/5
**mislead [1]** 300/14
**misreading [1]** 194/5
**miss [2]** 286/25 297/24
**missing [4]** 141/9 144/17 349/19 399/8
**mistake [2]** 251/12 361/24
**mistaken [1]** 263/1
**mistakes [2]** 300/11 300/13
**misunderstand [1]** 258/18
**misunderstanding [3]** 139/15 139/17 142/18
**mixed [1]** 256/17
**mobile [16]** 138/17 138/19 139/2 140/23 144/9 145/5 145/16 146/1 146/3 146/10 146/20 147/11 148/1 165/9 216/24 217/2
**model [1]** 166/20
**moderately [1]** 143/25
**modernize [1]** 169/4
**modifying [1]** 282/12
**Molalla [31]** 177/16 178/10 178/10 179/20 179/20 179/22 179/23 181/16 182/9 183/16 183/18 184/21 185/3 190/10 190/13 191/8 193/5 195/15 199/14 203/11 204/12 205/19 205/25 206/12 213/2 217/9 232/23 233/14 243/14 243/22 248/2
**Molalla's [5]** 175/24 176/2 201/7 206/24
**molalla.net [2]** 222/17 222/19
**mom [4]** 213/19 214/6 250/2 267/24
**mom's [1]** 213/20
**moment [14]** 177/25 188/2 216/7 275/11 294/15 312/1 314/8 322/2 322/22 337/1 342/25 343/3 355/8 395/17
**moments [1]** 337/11
**money [11]** 154/6 154/8 154/18 172/9 209/13 210/7 213/23 214/4 214/8 230/13 317/12
**Monica [2]** 135/5 135/5
**month [13]** 158/1 162/10 214/25 215/10 224/15 234/4 234/6 248/17 285/19 290/16 296/1 347/10 347/10
**monthly [1]** 168/13
**months [16]** 147/2 147/15 154/12 156/23 157/2 159/15 174/4 174/8 185/6 185/7 220/10 246/22 249/6 249/24 253/22 278/21
**more [86]** 137/15 137/19 138/2 138/10 138/13 147/2 154/5 154/6 157/1 157/1 157/2 157/9 159/14 161/1 163/21 163/22 163/23 164/11 169/10 169/11 170/11 170/17 174/20 174/21 176/16 193/19 194/18 196/7 196/14 196/21 199/10 203/24 204/3 205/22 209/18 210/21 213/23 214/8 217/6 221/4 228/24 230/21 235/2 239/5 242/13 242/25 250/20 259/14 260/2 263/17 264/8 267/24 272/4 272/12 282/11 287/23 288/4 290/20 291/1 300/18 325/1 329/7 329/25 330/4 330/7 340/10 340/12 343/13 344/17 344/20 349/5 353/23 369/20 370/19 375/13 383/17 387/8 387/9 388/21 391/24 391/25 394/10 396/7 396/23 398/13 400/23
**morning [17]** 137/4 148/15 153/4 153/14 165/4 178/4 178/5 197/3 197/4 208/5 212/14 212/15 390/25 391/5 400/6 400/22 401/1
**most [23]** 137/17 142/1 142/2 159/21 159/24 160/1 163/7 175/10 211/19 211/20 213/4 291/20 301/4 303/15 320/5 320/6 320/10 327/15 327/15 345/24 345/25 351/22 395/22
**mostly [3]** 162/2 162/5 286/14
**motion [4]** 137/8 146/4 208/16 208/17
**motions [1]** 351/17
**motive [1]** 210/24
**Motorola [1]** 356/19
**move [8]** 145/23 165/21 170/13 177/11 188/17 193/4 200/21 310/1
**moved [2]** 228/12 229/9
**moves [2]** 180/1 181/18
**moving [2]** 228/17 346/12
**Mr [7]** 136/3 136/4 189/15 283/19 303/6 345/11 381/18
**Mr. [161]** 137/23 138/14 138/24 140/1 140/2 141/13 141/20 142/8 144/17 145/23 146/17 148/2 148/6 148/12 148/16 149/7 149/14 150/24 151/4 152/5 152/7 152/9 152/16 152/21 153/9 158/9 158/10 164/25 165/2 177/7 177/15 177/23 178/4 178/11 179/11 179/16 179/19 179/25 180/11 180/24 189/2

189/8 189/10 190/10 193/19 194/3 194/4 194/18 195/12 196/3
196/9 196/25 197/3 201/1 201/15 203/8 203/19 203/21 204/8
205/17 205/24 206/19 208/2 208/4 208/17 208/23 209/16
210/16 210/22 228/16 229/9 232/22 243/22 247/14 260/1 271/9
272/2 272/4 272/5 272/7 273/9 273/11 273/24 273/24 274/6
274/8 274/10 276/6 276/17 280/12 280/15 283/13 283/14
283/15 285/9 296/22 302/20 302/23 303/4 303/8 304/21 305/14
307/4 308/11 309/12 310/23 311/21 311/25 313/1 313/2 313/8
313/13 313/16 314/4 314/18 315/2 315/5 315/6 315/11 315/24
316/3 316/6 322/9 322/12 330/12 338/19 343/2 351/13 352/2
355/3 355/13 357/20 358/17 359/5 361/21 361/22 363/19
363/24 364/14 365/5 365/10 365/10 366/23 368/7 374/7 374/12
382/13 392/9 393/2 393/9 394/2 394/9 394/21 397/6 397/15
397/22 398/1 398/10 398/15 400/5
**Mr. Adams [4]** 280/12 302/23 303/4 358/17
**Mr. Apodaca [1]** 322/12
**Mr. Call [2]** 272/4 283/15
**Mr. Call's [1]** 283/13
**Mr. Davis [35]** 137/23 138/14 138/24 140/1 140/2 141/13
141/20 142/8 145/23 148/2 148/6 148/12 148/16 149/14 152/5
152/9 152/16 272/7 351/13 352/2 355/3 355/13 357/20 359/5
365/10 374/7 382/13 393/2 394/2 394/9 394/21 397/15 397/22
398/10 398/15
**Mr. Davis' [2]** 144/17 400/5
**Mr. Dovel [9]** 149/7 307/4 313/1 313/13 314/18 315/5 315/24
316/6 322/9
**Mr. Eves [20]** 178/4 178/11 179/19 179/25 180/11 181/24
188/20 189/10 190/10 193/19 194/3 194/18 195/12 196/3 197/3
204/8 208/2 208/4 232/22 243/22
**Mr. Foster [2]** 152/7 315/6
**Mr. Foster has [1]** 311/25
**Mr. Franzini [17]** 146/17 177/23 179/11 179/16 189/8 194/10
196/7 196/23 203/18 203/19 228/16 229/9 308/11 392/9 393/9
397/6 398/1
**Mr. Franzini's [2]** 150/24 189/2
**Mr. Gidley [8]** 158/10 309/12 311/21 315/11 343/2 365/10
366/23 368/7
**Mr. Gidley's [11]** 151/4 272/2 330/12 338/19 361/21 361/22
363/19 363/24 364/14 365/5 374/12
**Mr. Jacobson [2]** 153/9 164/25
**Mr. Justin [2]** 296/22 304/21
**Mr. Lance [1]** 177/15
**Mr. Laun [2]** 272/5 280/15
**Mr. Lawson [1]** 313/8
**Mr. Lister [1]** 247/14
**Mr. Mallen [4]** 273/24 274/6 274/8 274/10
**Mr. O'Neal [25]** 152/21 165/2 177/7 201/15 203/21 205/17
205/24 206/19 208/17 208/23 209/16 210/16 210/22 260/1
271/9 273/9 273/11 273/24 302/20 303/8 310/23 313/2 313/16
314/4 315/2
**Mr. Robertson [6]** 276/6 276/17 283/14 285/9 305/14 316/3
**Mr. Scott [1]** 158/9
**Mr. Wakefield [1]** 201/10
**Ms [3]** 156/22 222/5 333/22
**Ms. [84]** 154/12 154/13 160/6 160/22 160/25 161/2 161/22
162/6 162/17 175/15 175/20 178/15 179/3 181/25 183/25
184/17 184/22 185/14 185/22 186/13 186/16 188/15 190/16
191/9 194/20 195/17 195/20 201/10 206/12 206/22 208/12
208/18 208/20 208/24 209/5 209/22 212/6 212/14 212/18
213/17 216/17 217/18 218/5 219/1 223/8 225/11 225/18 225/24
226/11 227/5 227/19 229/2 229/15 231/9 231/20 232/22 234/24
237/5 238/14 239/12 240/3 242/24 243/3 244/2 244/19 245/6
246/17 248/5 249/2 249/9 249/17 250/17 251/2 251/12 252/3
255/22 260/12 261/9 268/7 268/11 270/5 271/11 307/25 311/12
**Ms. Lori [2]** 160/6 212/6
**Ms. Lori Wakefield [1]** 154/12
**Ms. Wakefield [71]** 154/13 160/22 160/25 161/2 161/22 162/6
175/15 175/20 178/15 183/25 184/22 190/16 191/9 194/20
195/17 195/20 201/10 206/12 206/22 208/12 208/18 208/20
208/24 209/5 209/22 212/14 212/18 213/17 216/17 217/18
218/5 219/1 223/8 225/11 225/18 225/24 226/11 227/5 227/19
229/2 229/15 231/9 231/20 232/22 234/24 237/5 238/14 239/12
240/3 242/24 243/3 244/2 244/19 245/6 246/17 248/5 249/2

**Ms. Wakefield... [14]** 249/9 249/17 250/17 251/2 251/12 252/3 255/22 260/12 261/9 268/7 268/11 270/5 271/11 307/25
**Ms. Wakefield's [10]** 162/17 179/3 181/25 184/17 185/14 185/22 186/13 186/16 188/15 311/12
**much [9]** 208/2 209/7 219/7 263/7 263/8 271/12 283/6 349/14 385/6
**Mulino [1]** 179/23
**multilevel [6]** 153/24 166/18 171/22 219/12 278/10 317/15
**multiple [2]** 224/23 224/24
**must [1]** 226/6
**my [101]** 137/15 138/8 140/6 147/23 148/15 151/17 177/22 178/9 179/10 198/3 198/15 199/15 202/17 209/11 209/14 211/18 213/4 213/19 214/18 214/23 214/23 214/24 215/8 215/8 215/9 217/3 217/11 217/21 218/14 219/16 220/3 220/25 221/18 225/23 232/12 232/12 233/22 238/6 238/19 243/14 246/7 246/9 249/12 249/13 250/2 257/12 259/8 259/10 259/21 260/7 260/8 260/10 262/17 264/3 266/8 266/10 267/6 267/18 267/24 275/3 282/17 282/18 285/20 290/15 290/16 290/24 299/20 300/13 312/20 312/23 313/2 313/18 315/14 328/6 347/12 350/13 350/15 352/3 353/3 353/7 354/5 354/8 354/22 355/5 355/21 356/7 358/18 361/24 364/7 365/22 366/1 366/4 373/21 379/13 381/20 382/4 385/15 389/23 390/7 393/18 395/8
**myself [6]** 144/15 145/20 385/9 387/8 388/2 389/23

---

**N**

**name [66]** 154/3 157/24 161/17 166/19 171/14 177/20 177/22 178/9 212/9 213/9 214/23 215/8 218/15 218/19 225/13 276/4 277/9 277/14 280/9 284/3 292/4 292/16 294/9 294/11 294/25 309/24 309/24 310/1 314/10 314/21 314/22 316/11 324/18 324/20 324/21 324/21 325/11 326/11 335/8 336/1 341/21 354/21 354/22 359/9 359/9 359/10 359/11 360/11 360/12 364/10 364/11 369/8 369/8 370/13 370/14 370/20 370/20 379/13 380/11 385/8 385/13 385/13 389/8 389/14 394/3 398/20
**named [3]** 250/17 350/16 350/17
**namely [2]** 138/16 138/18
**names [34]** 287/25 290/1 292/5 292/6 292/21 304/3 335/19 362/12 370/14 370/22 374/19 375/6 380/1 382/19 383/1 383/5 383/10 383/17 383/20 384/11 384/15 384/18 384/25 385/10 387/21 392/22 394/10 394/13 394/19 396/7 396/12 398/11 398/12 398/21
**Nash [1]** 135/16
**national [2]** 171/9 174/19
**nature [3]** 148/20 284/15 346/6
**near [2]** 174/1 344/9
**near-end [1]** 174/1
**nearly [2]** 158/4 163/18
**necessarily [4]** 143/4 146/13 274/13 329/23
**necessary [3]** 146/12 146/14 316/24
**need [29]** 141/5 144/10 146/1 146/11 149/24 176/8 176/21 199/19 216/3 221/10 228/21 255/8 272/20 277/10 280/7 305/12 306/8 306/12 307/11 307/16 308/2 308/3 337/13 338/6 345/7 347/22 354/12 391/3 391/7
**needed [5]** 146/6 169/4 391/24 397/1 399/18
**needs [3]** 165/13 290/17 394/25
**neither [4]** 139/5 142/13 219/20 388/3
**Neon [1]** 296/15
**nervous [1]** 212/23
**Net [2]** 282/7 328/20
**network [13]** 166/16 166/17 166/23 171/22 175/5 204/20 278/13 278/16 281/16 281/22 281/23 317/5 356/18
**neutral [1]** 375/19
**never [18]** 138/7 148/12 149/8 149/13 225/8 242/2 242/13 250/1 262/16 267/2 288/16 302/5 311/3 312/6 313/23 388/17 396/24 396/24
**new [10]** 151/8 151/12 171/11 273/7 286/7 286/8 319/23 320/12 328/18 347/8
**news [2]** 217/13 281/1
**next [32]** 146/21 155/7 165/22 170/13 186/6 186/18 196/18 208/11 208/12 212/4 235/13 254/17 256/2 270/14 271/21 275/13 276/13 283/9 286/3 299/15 301/22 306/3 338/19 346/12 352/2 353/22 358/25 366/3 366/11 369/4 369/20 372/10

**Nicholas [1]** 135/16
**Nick [1]** 252/16
**nifty [1]** 169/12
**night [2]** 273/8 391/9
**nine [8]** 193/18 198/23 198/25 206/20 206/23 207/3 236/20 237/1
**nine-second [1]** 206/20
**no [180]** 139/5 140/23 141/2 142/20 144/22 147/19 148/10 148/11 148/13 148/13 152/1 152/14 158/15 158/18 159/5 159/6 159/6 175/16 176/16 176/16 179/6 179/14 180/4 181/21 183/17 184/1 196/4 197/23 198/2 198/21 203/16 203/17 205/13 206/13 206/18 207/4 207/21 207/24 208/1 210/9 210/12 211/1 211/14 212/19 212/21 217/23 218/8 218/11 218/20 218/25 219/11 219/14 219/22 221/24 224/2 224/9 224/11 224/18 225/7 225/10 227/4 227/18 233/9 233/13 234/1 234/23 236/1 236/5 237/23 238/18 239/21 241/5 242/17 244/8 244/8 244/8 244/16 245/10 245/12 245/14 245/17 245/20 245/23 246/3 248/10 248/13 248/16 249/16 249/22 250/4 250/10 250/16 250/23 251/1 251/4 251/7 251/11 251/14 251/18 251/19 254/24 256/19 257/20 257/25 258/14 259/2 259/14 259/24 261/11 261/17 262/16 263/23 264/6 264/15 267/11 267/16 267/24 269/16 270/4 271/10 276/20 280/11 281/20 284/18 286/13 289/1 291/15 291/15 292/11 293/14 295/22 296/19 297/7 300/17 302/4 302/7 302/18 303/7 303/10 304/7 304/10 307/6 307/6 307/10 308/22 309/21 319/9 322/16 325/9 325/23 326/22 329/12 330/17 332/8 334/15 336/6 336/6 338/8 343/22 344/3 344/5 344/7 344/20 347/3 348/21 360/24 365/19 365/22 366/5 368/2 368/5 378/20 379/7 379/15 384/5 385/25 386/22 388/11 393/8 393/19
**No. [10]** 138/21 138/21 170/8 176/3 244/11 256/21 329/13 394/24 394/25 395/1
**No. 1 [4]** 138/21 256/21 394/24 394/25
**No. 2 [5]** 138/21 170/8 176/3 329/13 395/1
**nobody [3]** 142/13 146/6 241/16
**non [5]** 183/10 183/11 183/15 268/12 274/13
**non-leading [1]** 274/13
**non-listed [3]** 183/10 183/11 183/15
**non-ViSalus [1]** 268/12
**none [4]** 209/10 217/19 250/13 390/20
**nonUnited [1]** 389/3
**nonUnited States [1]** 389/3
**norm [1]** 301/9
**normal [1]** 205/10
**North [2]** 135/11 167/20
**not [305]**
**note [3]** 139/5 282/19 312/5
**notebook [1]** 266/17
**notebooks [2]** 391/6 391/6
**noted [1]** 392/15
**notes [1]** 159/6
**nothing [5]** 304/9 311/15 378/18 384/17 399/13
**notice [4]** 139/11 147/24 391/22 391/22
**noticed [3]** 302/17 385/7 390/5
**notification [1]** 321/24
**notify [1]** 320/8
**November [2]** 149/10 346/10
**November 19th [1]** 346/10
**now [90]** 147/19 148/18 149/13 151/23 152/3 154/25 157/12 158/24 166/22 167/19 168/3 170/7 172/5 173/20 176/14 179/10 180/8 180/11 181/8 181/24 182/11 183/23 185/12 186/23 196/24 201/19 208/5 225/18 226/5 226/14 227/19 231/9 231/20 232/22 233/7 237/5 238/14 239/12 241/2 242/6 242/24 243/17 245/6 259/4 260/8 260/10 264/6 264/8 264/11 272/10 273/24 282/23 293/12 307/10 308/18 310/10 312/10 312/22 313/3 313/7 313/13 314/17 315/8 330/12 335/8 339/25 350/1 352/12 356/16 358/3 359/23 361/2 361/9 362/9 362/24 364/4 364/19 366/19 367/20 368/12 368/15 371/3 371/3 382/7 388/20 392/4 393/18 394/20 398/3 400/25
**number [240]** 140/24 140/25 141/7 145/1 145/7 145/8 145/16 146/24 148/1 148/17 154/12 154/14 159/4 161/18 163/12 163/13 164/6 167/14 170/10 170/13 170/23 170/24 175/3 175/4 176/8 176/20 179/2 179/3 180/14 180/17 180/20 181/2 182/3 182/6 182/7 182/8 182/13 182/17 183/10 183/11 183/11 183/15 183/15 185/14 185/16 186/6 186/6 186/8 186/9 186/10 186/12

**number... [189]** 186/13 188/15 186/16 187/23 189/10 189/16 190/15 190/15 191/10 191/25 192/16 193/8 194/21 194/23 197/7 200/11 200/12 200/12 200/13 200/15 200/15 200/17 200/19 201/7 201/8 201/9 201/11 201/13 201/23 202/4 202/8 203/8 206/7 206/10 206/11 214/23 215/8 215/8 215/9 216/23 216/24 217/1 217/2 217/4 217/8 218/23 225/22 227/1 227/23 231/9 231/13 231/14 231/18 231/18 234/8 235/13 236/3 236/9 236/11 237/9 237/12 237/12 237/13 237/15 239/8 244/5 245/7 245/8 245/9 245/9 245/16 245/18 245/18 246/1 246/2 246/6 246/8 247/8 247/12 247/22 247/24 261/7 263/9 265/11 266/4 266/9 266/12 267/5 267/6 267/18 268/13 268/18 268/20 268/20 290/12 300/1 314/3 318/20 318/21 325/2 327/13 328/3 328/7 328/16 328/25 329/1 329/4 329/5 330/6 332/19 333/3 333/4 333/15 333/23 334/3 334/6 334/7 334/8 338/15 344/18 345/23 346/8 346/12 346/19 346/21 347/13 348/22 350/10 359/8 359/12 359/13 360/13 360/16 360/17 364/21 364/21 364/22 367/21 368/2 368/5 368/24 368/24 368/25 369/6 369/6 369/7 369/10 369/12 369/13 369/17 369/17 369/21 369/22 369/23 370/5 370/6 370/8 372/6 372/8 372/11 372/25 373/8 373/8 377/7 377/7 377/10 377/10 377/11 377/11 377/14 378/5 378/5 378/7 381/24 381/25 393/3 393/7 393/12 393/22 397/4 397/4 397/9 397/10 397/11 397/12 397/13 397/13 397/20

**numbers [123]** 144/8 144/19 144/21 154/10 154/10 154/17 154/17 155/2 156/4 156/4 156/5 161/11 161/14 163/5 167/16 168/8 168/24 169/19 170/17 170/18 175/3 188/10 188/15 189/6 190/11 190/20 192/13 192/18 193/10 195/14 195/14 195/16 199/17 199/21 199/21 199/23 199/24 200/10 200/10 202/11 202/16 202/24 205/17 205/20 205/20 225/15 233/11 235/10 247/2 256/18 264/17 268/21 287/10 290/1 290/6 290/11 301/16 307/9 307/9 321/6 321/9 321/10 321/12 321/18 325/7 327/9 327/15 329/16 333/10 335/12 335/19 337/25 345/10 345/20 345/25 346/3 346/25 347/1 347/4 347/11 347/12 348/19 349/12 349/13 349/18 350/8 367/20 369/1 369/1 369/10 370/11 370/24 372/4 372/9 372/10 372/23 373/7 374/19 377/1 377/2 378/15 380/16 381/3 381/7 381/7 382/1 382/15 382/20 383/1 383/5 383/11 383/17 383/21 385/11 387/14 387/21 389/3 392/18 392/22 393/17 394/18 396/10 397/5

**numbers did [1]** 370/24

**nurses [1]** 249/13

---

# O

**O'Neal [27]** 135/10 136/4 152/21 165/2 177/7 201/15 203/21 205/17 205/24 206/19 208/17 208/23 209/16 210/16 210/22 260/1 271/9 273/9 273/11 273/24 302/20 303/8 310/23 313/2 313/16 314/4 315/2

**O'Toole [5]** 341/16 341/17 341/19 341/25 357/24

**oath [6]** 257/5 257/8 258/21 275/18 283/17 316/3

**OB [1]** 344/11

**object [3]** 179/13 310/9 390/11

**objected [1]** 149/9

**objection [73]** 138/12 146/7 147/11 148/6 150/5 150/19 153/19 179/14 180/3 180/4 181/20 181/21 187/25 188/11 188/22 188/25 189/1 189/3 207/1 207/23 207/25 208/1 215/20 223/20 228/14 238/23 244/14 246/13 255/17 256/6 274/20 292/11 292/12 294/18 294/19 302/24 303/4 303/7 303/8 305/6 305/22 308/23 308/25 310/17 310/18 310/22 311/24 312/2 330/19 338/22 339/2 339/3 340/5 340/19 343/6 352/13 352/14 352/15 359/25 360/20 363/11 363/12 363/15 365/3 365/8 366/16 368/8 369/14 371/19 374/1 374/5 390/14 399/20

**objections [11]** 216/8 228/5 228/16 305/5 309/20 310/11 337/4 354/15 373/24 393/11 401/6

**objective [1]** 384/15

**objects [1]** 138/18

**observed [1]** 142/2

**obtain [2]** 268/25 335/9

**obtained [3]** 234/13 311/4 338/7

**obviously [7]** 149/9 150/13 276/10 311/10 343/13 353/17 374/25

**occur [2]** 334/12 349/1

**occurred [3]** 210/4 257/19 259/6

**October [2]** 253/20 298/16 299/9 299/10 299/14 299/16 321/4

323/8 338/3 349/2 349/2 350/12 350/12
**October 2012 [2]** 298/16 299/4

**October 2014 [3]** 338/3 349/2 350/12

**October 2015 [2]** 323/8 350/12

**odd [3]** 140/24 343/19 343/23

**off [40]** 155/4 155/19 159/11 162/17 171/20 176/3 227/14 229/17 230/13 231/6 231/6 232/17 238/8 244/9 258/4 261/8 261/11 262/17 263/8 263/10 263/16 263/18 264/7 265/14 265/15 265/16 265/18 265/22 281/11 290/20 294/10 317/13 326/3 347/11 350/13 355/9 361/19 369/12 372/11 381/21

**offer [31]** 137/19 179/12 227/21 227/23 227/24 228/15 228/20 230/14 244/10 244/24 281/13 292/7 294/13 305/1 305/8 305/17 309/2 310/14 326/24 327/1 330/11 330/14 336/24 337/13 338/18 339/25 340/13 342/23 352/10 353/23 373/15

**offered [4]** 145/23 231/5 315/17 330/20

**offering [5]** 238/8 264/7 265/15 265/18 330/23

**offerings [1]** 347/9

**offers [4]** 215/18 215/25 221/19 223/16

**office [14]** 169/7 206/6 214/23 215/1 215/4 215/15 215/16 220/3 279/9 279/14 282/4 282/6 282/7 282/18

**officer [2]** 178/9 205/19

**officers [1]** 247/15

**offices [2]** 165/8 170/5

**Official [1]** 402/12

**often [5]** 200/2 246/10 249/6 277/1 366/21

**oh [5]** 145/14 194/8 198/24 201/23 243/12

**okay [115]** 140/12 161/7 164/7 173/4 178/18 179/16 189/13 190/3 198/9 201/1 206/21 208/14 211/20 225/8 263/14 263/17 267/18 276/3 278/25 279/10 280/2 281/24 282/23 284/7 284/14 285/12 285/17 286/3 286/23 287/3 287/20 288/9 288/13 288/15 288/19 288/24 289/2 289/5 289/11 289/13 289/16 289/19 289/24 290/10 291/9 291/14 291/17 291/23 292/15 292/19 293/4 293/9 293/24 294/25 295/2 295/14 297/6 297/11 297/22 298/2 298/5 299/1 299/13 299/22 300/10 301/3 301/10 301/22 302/5 303/13 303/16 308/14 312/5 315/1 327/2 327/9 328/23 329/17 330/4 330/25 331/14 331/20 332/1 333/22 334/12 334/16 335/22 336/4 341/6 341/8 341/10 342/4 343/19 344/1 344/13 345/10 345/20 346/25 347/1 348/12 349/4 350/11 352/20 353/14 355/16 358/22 374/17 375/18 378/14 381/2 381/14 382/24 384/13 400/22 401/4

**old [4]** 167/25 213/13 213/16 355/23

**old-fashioned [1]** 167/25

**older [1]** 262/18

**once [6]** 224/22 267/1 290/7 290/23 293/16 338/12

**one [148]** 147/2 148/25 154/10 156/19 158/8 160/8 164/11 167/13 167/15 167/22 167/23 170/6 176/4 176/9 176/25 177/25 185/19 188/2 188/3 189/20 190/18 192/13 192/18 193/10 193/19 193/20 193/21 194/1 194/6 194/12 194/18 194/19 196/7 196/8 196/14 196/15 196/16 196/21 206/19 209/18 213/21 216/7 216/22 217/6 228/2 229/7 230/15 230/21 235/19 242/7 243/17 246/11 247/8 247/9 247/10 247/15 253/11 253/18 260/13 260/25 262/5 262/17 273/3 274/4 275/11 276/7 279/19 279/20 279/22 279/24 280/1 281/1 281/12 286/6 286/18 290/20 294/15 295/18 297/17 298/7 306/10 308/15 308/18 309/25 309/25 312/1 312/17 313/6 313/11 314/8 322/2 322/22 324/17 324/17 325/10 331/20 331/21 334/20 335/22 337/1 337/7 337/15 339/14 341/13 341/20 342/20 342/25 343/1 343/3 343/12 345/11 346/23 347/7 347/9 348/2 348/4 352/7 353/23 354/7 354/12 355/3 356/4 357/21 357/24 358/4 358/4 361/21 362/17 362/25 367/3 367/3 367/9 369/22 369/23 371/13 378/5 378/8 380/7 381/15 388/21 389/23 393/3 397/17 398/24 399/3 399/8 400/23

**one-off [1]** 290/20

**one-page [1]** 342/20

**one-sentence [1]** 355/3

**ones [11]** 144/5 145/5 145/5 230/11 263/11 263/13 265/23 265/24 296/17 310/12 361/17

**online [11]** 216/20 216/21 279/1 279/1 279/6 280/3 282/8 318/2 318/10 318/12 318/13

**only [58]** 142/3 142/21 145/25 146/10 147/23 151/7 151/23 156/22 157/16 158/15 158/17 158/18 159/3 159/8 159/11 159/21 161/5 162/4 162/22 164/21 173/2 175/14 175/15 176/12 180/23 180/24 185/6 198/3 217/20 217/25 237/1 250/1 259/12

only... [25] 260/8 265/23 267/6 284/25 301/19 309/25 315/15
323/17 345/11 346/25 354/2 369/6 376/25 377/14 378/4 378/6
380/8 381/11 386/20 393/3 393/6 393/21 393/21 397/3 397/20
oOo [1] 402/4
open [30] 137/3 189/19 190/4 190/8 196/13 196/17 196/20
196/22 208/9 212/1 229/13 230/9 230/23 271/18 273/1 275/9
305/16 311/19 315/22 322/1 325/13 326/13 351/11 351/25
353/1 355/10 357/14 359/4 379/8 391/10
opening [6] 136/3 136/4 153/2 153/6 153/9 165/2
operate [1] 293/18
operating [2] 205/18 357/15
operational [1] 291/24
operations [3] 178/9 199/15 356/20
operator [1] 173/22
opine [1] 138/24 141/6
opined [1] 144/13
opinion [25] 139/9 139/10 139/18 139/20 140/5 140/7 140/8
140/8 140/12 140/21 140/21 141/20 141/24 142/5 142/6 142/6
142/7 142/9 142/11 142/12 142/16 142/20 143/16 145/24
391/18
opinions [1] 143/17
opportunity [4] 148/12 241/3 241/6 393/23
opposed [1] 382/2
opposing [1] 395/14
opposite [1] 186/11
opposition [1] 137/10
opted [2] 281/9 281/17
opted-in [2] 281/9 281/17
option [1] 217/14
order [19] 138/14 139/18 140/6 143/20 158/2 173/5 272/7
272/12 272/17 273/12 273/14 274/25 306/16 320/7 320/12
348/2 348/3 367/12 396/2
ordered [8] 168/16 168/20 168/25 286/9 320/11 320/16 342/2
342/3
orders [9] 160/2 168/13 282/12 282/12 287/24 288/1 319/22
346/10 347/7
ordinary [1] 341/10
OREGON [10] 134/2 134/7 178/10 179/24 200/15 212/25 213/2
213/3 217/9 357/9
organization [2] 174/22 323/18
organizations [1] 324/7
organized [1] 290/23
original [7] 313/3 313/4 337/6 346/3 378/18 380/24 402/8
originally [2] 376/3 377/4
originated [1] 179/2
originating [2] 200/18 334/8
other [64] 138/8 139/23 143/2 143/3 144/12 145/18 154/1 154/1
154/15 160/13 165/19 170/7 175/16 176/4 176/10 176/17 185/4
187/14 210/11 215/25 230/13 236/21 242/4 242/10 242/15
243/15 248/9 248/11 248/14 256/18 259/19 260/13 261/11
261/22 264/14 268/12 274/4 281/24 284/17 287/12 297/14
300/15 300/24 304/6 308/5 309/13 309/20 309/25 312/11 317/9
336/4 336/4 347/1 350/23 362/25 367/24 370/22 371/14 373/6
373/9 373/13 388/4 394/4 399/24
others [6] 142/23 154/4 292/17 353/19 363/1 371/18
otherwise [4] 175/17 175/18 271/16 390/24
our [67] 137/17 147/15 152/12 152/20 176/8 179/1 179/1
180/18 181/5 181/5 184/13 186/9 190/24 195/24 195/25 206/6
206/8 208/5 244/4 247/15 247/15 271/21 273/6 278/10 278/13
278/15 279/9 279/14 279/19 279/22 281/1 281/9 281/11 281/12
281/17 281/18 281/21 281/22 281/23 282/18 282/21 307/16
315/8 316/23 316/25 316/25 319/13 319/20 320/10 320/10
320/22 320/22 327/20 328/19 333/13 333/13 336/10 338/8
341/20 346/18 347/9 349/5 365/15 378/24 380/15 388/16
389/23
ourselves [1] 307/9
out [100] 144/10 146/1 146/10 146/11 146/14 147/11 154/25
156/5 156/10 159/17 161/13 161/17 161/19 167/5 167/10
167/16 168/2 168/8 168/18 172/8 174/11 174/19 174/23 175/7
175/9 176/11 176/13 183/23 200/15 203/8 205/6 211/12 215/15
216/20 216/21 219/5 223/24 245/7 246/1 250/20 253/14 264/16

267/1 267/23 274/3 279/8 279/12 279/13 279/23 286/7 298/5
298/25 302/5 302/11 302/13 305/3 305/16 307/19 323/19 323/22
323/23 323/25 324/14 325/7 326/8 329/10 350/21 361/17
362/25 367/20 370/25 371/21 375/3 375/6 375/15 377/1 377/16
378/15 380/8 384/9 385/4 385/12 386/4 386/16 386/19 386/20
386/21 386/23 386/25 387/11 387/12 392/3 392/3 394/13
396/10 396/11 398/11 398/14 399/20 400/2

outbound [28] 159/25 168/23 200/10 200/11 201/4 202/16
282/25 283/4 284/24 285/2 285/13 286/14 286/15 288/3 288/5
294/7 319/13 319/19 319/20 328/17 329/4 330/2 336/9 338/16
348/16 349/15 350/8 350/18
outcome [20] 211/1 294/8 300/2 300/7 342/7 342/10 343/20
355/6 357/19 359/24 362/25 363/4 363/8 364/21 364/22 364/23
364/24 365/11 365/14 368/2
outcomes [2] 359/24 360/4
outgoing [14] 184/8 184/10 185/14 185/21 185/24 186/11
186/15 191/13 192/3 233/5 319/7 319/10 319/12 332/14
output [2] 382/21 387/19
outputted [2] 377/12 383/8
outreach [43] 169/13 285/1 285/5 285/8 285/12 285/24 286/4
286/19 286/20 286/25 287/6 288/13 289/15 293/22 297/3
297/14 297/18 297/19 297/24 298/12 298/19 298/23 299/5
299/14 313/10 319/13 319/14 319/15 319/20 320/25 323/20
325/4 325/8 327/3 327/14 327/21 331/6 338/1 345/24 348/9
349/10 350/24 365/25
outreach/outbound [1] 319/13
outside [3] 186/9 301/9 372/5
over [25] 156/25 156/25 156/25 163/24 197/19 206/8 222/12
223/6 243/10 250/6 270/14 273/20 274/24 291/7 300/20 300/22
300/24 308/23 308/25 328/14 332/5 366/11 374/10 374/10
378/24
overall [1] 204/21
overrule [3] 150/4 189/3 339/3
overruled [19] 153/20 188/12 207/2 215/22 216/9 223/21 228/5
230/2 238/24 256/6 292/13 294/20 305/6 340/6 340/21 343/7
354/16 368/9 369/15
overruling [1] 305/21
oversee [1] 199/15
overwhelming [1] 162/6
own [16] 142/24 142/25 158/8 159/12 160/24 163/1 166/23
167/3 167/4 278/12 278/12 302/10 308/1 383/14 385/24 395/15
owners [2] 166/25 282/2

P

P-O-M [5] 155/9 288/17 288/19 320/19 321/2
p.m [12] 187/5 191/16 192/6 192/22 193/14 194/4 194/7 197/8
198/24 235/23 235/23 235/23
P.R [1] 230/22
P11 [1] 216/1
P13 [1] 216/1
P15 [1] 216/1
P17 [1] 216/2
P19 [1] 216/2
P20 [2] 216/2 294/25
P22 [1] 216/2
P24 [1] 216/2
P26 [4] 215/12 215/14 215/18 216/13
P27 [1] 216/2
P34 [1] 312/17
P34-A [1] 312/17
P7 [1] 221/9
P8 [1] 216/1
pace [1] 178/11
Pacific [1] 187/19
packets [1] 219/4
page [50] 180/12 182/18 182/23 183/1 185/13 185/18 190/23
194/11 215/5 222/2 222/5 223/8 247/19 270/12 270/14 311/9
312/12 312/14 313/5 313/7 314/3 314/6 314/9 314/13 314/14
314/22 322/5 322/7 322/20 325/16 326/15 331/14 332/5 332/18
337/10 342/6 342/20 345/11 347/13 348/5 348/18 349/21
349/22 359/4 359/6 359/21 360/6 360/7 362/13 366/11
paged [1] 183/23
pages [7] 178/20 183/13 331/10 354/6 358/8 362/16 365/25

**paid [5]** 171/20 209/22 210/2 210/3 210/5
**Pampered [1]** 166/20
**paper [3]** 235/1 279/8 306/22
**papers [2]** 146/5 146/8
**paragraph [18]** 173/8 239/8 240/3 254/8 254/11 254/25 255/14
255/14 255/18 255/23 362/3 364/4 364/5 364/7 365/19 365/22
366/3 366/3
**paramedic [2]** 243/14 248/2
**parameters [1]** 315/16
**Pardon [3]** 222/14 222/15 338/24
**parents [5]** 161/24 162/14 243/13 246/4 249/9
**part [30]** 139/12 149/21 149/25 167/12 169/12 172/21 174/1
176/22 184/5 184/15 198/12 228/11 250/22 266/15 281/22
281/23 287/7 291/12 291/20 296/13 299/1 307/11 312/7 320/1
320/14 330/18 331/8 342/8 349/10 395/22
**particular [14]** 141/6 141/12 143/5 147/8 204/21 301/18 321/24
336/20 341/13 341/23 341/24 342/1 359/15 359/23
**particularly [1]** 171/1
**parties [5]** 225/25 226/3 240/5 240/8 313/5
**parts [1]** 261/11
**party [6]** 138/15 139/5 275/19 375/19 389/5 395/14
**pass [1]** 271/8
**passed [1]** 171/12
**past [2]** 171/16 357/15
**patch [2]** 169/23 170/15
**Patricia [4]** 302/12 302/13 302/13 324/21
**Patty [1]** 324/17
**pay [3]** 168/20 214/3 219/6
**payment [1]** 209/1
**PC [6]** 135/7 355/25 356/1 356/2 356/3 356/4
**pending [1]** 362/5
**people [104]** 141/12 141/22 141/25 142/10 143/2 143/4 144/20
153/25 154/1 154/2 154/3 154/23 155/2 155/5 156/8 156/13
156/14 156/16 156/24 156/25 156/25 157/1 157/9 157/11 158/2
159/10 159/21 159/22 160/3 160/17 164/11 165/14 165/14
166/5 168/18 169/17 169/18 172/4 172/4 172/15 173/13 173/13
175/4 176/24 199/24 200/3 200/4 200/6 202/24 207/18 250/20
256/18 259/18 264/2 264/7 278/13 279/5 279/7 279/23 281/3
281/3 281/21 283/3 286/1 286/6 286/9 286/21 286/24 287/2
287/7 287/11 287/13 287/24 288/5 288/7 290/1 291/1 293/4
293/15 293/16 293/17 297/20 297/23 298/1 298/7 302/14
323/16 323/17 323/18 324/12 329/7 329/17 329/23 330/6
339/15 340/11 346/20 348/16 350/22 381/25 382/2 382/7 382/8
395/7
**people's [1]** 153/15
**per [2]** 208/16 328/12
**percent [22]** 155/19 227/14 229/17 230/13 231/6 231/6 232/17
238/8 261/8 263/18 264/7 265/15 265/18 265/22 274/8 281/11
288/7 300/25 300/25 301/16 301/19 396/1
**percentage [3]** 261/11 263/16 347/17
**perception [1]** 353/3
**perfect [1]** 390/15
**perfectly [3]** 233/25 391/15 394/11
**performance [4]** 300/22 301/8 301/11 301/12
**performed [3]** 384/6 387/1 390/6
**performing [2]** 356/10 356/22
**perhaps [3]** 175/10 256/17 394/13
**period [18]** 156/23 159/15 162/10 184/17 184/25 185/4 246/19
248/17 288/1 293/19 293/20 311/1 311/3 311/10 318/6 329/3
332/10 339/21
**periods [1]** 185/4
**permission [6]** 164/11 164/13 236/3 251/3 251/6 251/22
**person [79]** 143/6 155/21 158/24 160/12 160/17 160/23 163/2
163/8 163/12 163/19 163/22 163/25 164/14 165/18 165/19
165/21 165/22 168/10 168/10 169/20 169/22 169/24 170/4
170/8 170/18 172/11 172/11 173/10 195/7 205/3 214/9 226/14
237/13 238/16 238/21 239/2 239/14 239/17 239/20 240/6 240/9
240/13 240/23 240/24 240/25 241/13 241/15 241/22 242/7
242/18 250/6 250/7 258/13 259/1 259/23 260/15 260/20 262/22
263/3 263/5 263/9 263/23 270/18 270/23 270/25 271/2 271/6
276/2 276/11 278/16 278/16 279/13 293/12 304/2 327/6 327/16
346/1 349/16 359/8
**person's [4]** 186/5 282/20 359/9 359/10
**person-to-person [2]** 168/10 278/16
**personal [25]** 141/13 141/21 141/23 142/3 142/22 142/24 143/1
162/5 162/7 162/12 162/18 165/13 165/16 166/12 166/17
248/25 249/4 249/5 249/7 249/18 249/19 281/6 282/9 329/7
329/24
**personalized [1]** 329/20
**personally [5]** 140/10 334/5 387/6 388/1 388/6
**persons [8]** 139/19 140/16 140/20 141/16 143/5 143/7 143/12
175/24
**perspective [2]** 137/17 353/5
**persuade [1]** 154/21
**pertinent [2]** 137/17 311/2
**Phoenix [1]** 135/11
**phone [312]**
**phones [22]** 138/19 138/19 144/9 146/20 147/18 147/21 153/15
153/15 157/7 157/7 161/7 161/9 161/9 161/20 161/20 168/6
169/7 249/14 298/20 299/19 299/21 304/10
**phonetic [3]** 165/15 247/25 304/2
**photo [1]** 244/2
**phrase [3]** 322/17 342/9 346/4
**phrased [1]** 146/22
**physical [1]** 215/1
**pick [5]** 155/2 163/23 170/8 400/5 401/4
**picked [22]** 160/13 162/16 163/8 163/13 163/20 163/25 165/22
187/13 187/16 191/20 191/21 191/24 192/7 192/25 193/15
195/2 195/7 232/1 238/20 299/5 327/16 346/1
**picking [1]** 225/20
**picks [7]** 155/22 163/2 169/21 169/22 169/24 206/5 345/6
**piece [2]** 169/12 170/16
**pin [2]** 148/19 150/7
**place [17]** 158/2 182/25 215/2 276/10 308/6 319/7 319/10 321/5
321/8 333/17 333/22 338/16 349/11 349/16 349/24 350/8
399/19
**placed [24]** 163/7 168/13 226/4 275/18 279/15 287/24 288/1
293/22 299/14 304/19 319/12 324/2 327/2 328/23 329/10
332/22 333/6 334/7 334/9 334/21 334/22 336/19 344/17 347/17
**places [2]** 182/17 285/13
**placing [4]** 282/12 294/6 297/14 298/23
**plaintiff [62]** 134/5 135/2 136/5 137/20 142/14 148/21 148/21
149/1 153/7 165/6 165/24 169/15 172/12 172/21 173/17 174/3
174/6 175/13 175/18 176/19 177/8 177/13 177/15 180/1 181/18
203/19 203/23 204/2 211/4 211/9 212/4 212/5 215/18 215/25
221/19 223/16 227/20 228/21 250/18 274/10 275/24 276/13
276/16 283/9 283/10 303/4 309/17 311/3 324/3 334/23 352/5
353/21 354/17 356/5 375/24 388/4 391/16 393/21 396/5 396/18
398/17 400/8
**plaintiff's [32]** 137/8 137/10 143/25 147/3 149/4 180/1 182/11
182/11 184/16 200/20 208/4 208/11 209/22 210/2 211/11
215/11 271/20 307/10 309/23 311/6 311/22 312/6 314/19
323/24 332/10 379/18 380/4 381/21 386/3 387/10 392/12
397/24
**plaintiffs [2]** 147/19 356/2
**plaintiffs' [2]** 211/6 211/20
**play [22]** 162/23 162/25 163/3 163/16 189/15 190/5 196/7
196/10 196/21 229/5 229/12 230/7 230/21 282/24 291/22
312/10 313/22 314/14 315/5 321/25 325/10 326/11
**played [25]** 158/24 165/8 171/3 172/14 175/12 175/15 176/1
189/19 190/4 190/8 196/13 196/17 196/20 196/22 197/22
226/15 227/7 229/13 230/9 230/23 261/1 261/2 261/9 261/15
261/21 263/11 263/14 265/7 313/24 315/3 315/13 322/1 323/2
325/13 326/13 366/5 368/6
**played/prerecorded [1]** 171/3
**playing [4]** 166/2 189/6 196/9 205/9
**plays [2]** 155/22 204/10
**please [36]** 153/5 177/20 178/8 178/16 181/10 194/2 200/9
212/2 212/8 212/9 212/16 221/9 223/8 253/9 272/11 275/11
276/8 276/18 277/9 277/11 277/14 283/21 284/3 316/11 336/22
353/10 354/20 354/21 355/15 357/12 363/22 375/4 381/5 383/7
390/18 390/23
**plus [2]** 274/8 398/21
**podium [1]** 177/10

**point [29]** 140/6 145/9 147/23 149/9 150/7 179/15 209/10 209/14 223/5 224/1 246/1 253/14 262/14 263/10 278/7 279/22 287/6 290/8 294/5 296/4 309/23 313/6 327/6 327/10 337/14 345/21 371/21 374/10 396/25
**pointed [2]** 264/16 386/4
**pointing [1]** 174/3
**points [1]** 200/13
**police [1]** 247/15
**policies [2]** 316/23 316/24
**POM [113]** 155/9 155/9 155/9 155/12 155/20 156/2 156/7 156/7 156/10 156/12 156/15 156/18 156/19 156/21 156/23 156/24 157/2 157/9 158/21 159/1 159/16 160/4 160/7 160/24 161/2 161/8 161/12 161/20 163/1 163/2 163/5 163/12 163/15 164/12 164/19 165/19 169/13 169/14 169/19 169/22 169/24 170/7 170/10 170/12 170/16 170/21 171/6 171/7 171/8 171/9 171/13 172/10 226/11 288/17 288/19 289/5 289/11 289/13 289/19 290/7 290/10 290/23 291/3 291/16 291/16 291/18 291/20 291/24 291/24 293/20 298/14 298/15 302/8 309/13 320/19 320/24 321/5 321/8 321/19 321/23 326/9 328/3 328/23 329/11 329/13 329/18 329/22 329/22 330/1 330/2 330/5 330/13 331/5 339/18 339/21 340/14 341/9 344/18 347/2 350/11 354/3 354/3 363/21 364/1 364/9 364/10 364/17 364/24 365/6 365/23 369/11 380/24 384/23
**POM-uploaded [1]** 328/3
**pool [1]** 151/8
**pop [1]** 179/15
**population [1]** 287/11
**portal [2]** 279/6 280/3
**portion [5]** 172/25 173/9 271/23 280/13 294/25
**portions [1]** 275/2
**Portland [11]** 134/7 135/17 135/23 144/20 144/21 144/24 145/1 145/8 273/11 274/4 357/8
**posed [1]** 258/21
**position [9]** 144/1 147/25 150/21 152/12 278/1 306/25 307/10 309/16 356/15
**positions [1]** 284/17
**possible [17]** 155/25 159/13 202/19 204/12 204/15 205/8 205/16 205/25 206/14 229/20 229/23 230/4 231/16 260/12 328/25 347/7 353/16
**possibly [2]** 229/17 335/14
**post [2]** 149/3 149/6
**post-trial [2]** 149/3 149/6
**posterity [1]** 207/18
**potential [1]** 374/1
**potentially [5]** 293/3 317/7 324/17 383/14 386/15
**PowerPoint [1]** 315/10
**PR [1]** 323/3
**practical [1]** 367/8
**practice [1]** 300/11
**precise [1]** 143/22
**preface [1]** 305/18
**prefer [1]** 252/10
**preferences [1]** 216/18
**prefix [4]** 372/9 372/12 372/13 372/25
**prefixed [1]** 182/18 182/19
**prefixes [4]** 372/15 372/24 389/22 390/6
**prejudice [7]** 137/17 137/19 148/1 148/5 148/10 149/17 399/24
**prejudiced [1]** 149/11
**prejudicial [2]** 210/21 310/9
**preliminary [2]** 136/2 382/5
**premise [1]** 165/6
**preparation [3]** 146/2 335/2 392/6
**prepare [8]** 152/4 252/19 252/21 253/2 368/12 368/15 368/20 371/3
**prepared [5]** 137/23 149/14 335/12 369/9 400/24
**preparing [3]** 146/8 187/20 188/6
**prerecorded [63]** 155/11 155/13 155/15 156/9 156/16 157/4 157/8 157/17 158/7 158/13 158/15 158/17 158/22 158/25 159/2 159/17 159/19 159/22 161/6 162/22 164/3 165/8 165/25 166/2 171/3 204/9 204/16 205/9 206/22 226/13 226/15 226/17 227/7 239/20 239/24 240/6 240/9 251/3 251/6 251/10 251/13 251/16

**258/22 258/25 259/24 260/14 261/1 263/24 264/2 264/6 269/1 283/24 283/2 283/2 291/2 291/7 291/12 291/14 291/22 308/1 326/6 326/8 368/6
**present [19]** 137/3 140/22 145/7 149/16 158/14 208/9 212/1 271/18 271/1 275/9 276/9 305/16 311/19 315/22 318/4 351/11 351/25 353/1 391/10
**presentation [2]** 149/15 357/8
**preserved [3]** 216/8 221/22 294/18
**president [1]** 277/21
**press [55]** 155/21 155/24 155/24 156/1 158/22 158/23 159/2 160/7 160/8 172/24 173/20 173/20 173/23 173/25 174/4 174/5 174/8 174/9 176/1 176/2 197/21 201/19 226/12 226/13 226/16 226/18 226/20 236/21 236/23 236/24 237/3 237/4 237/9 237/16 238/14 261/6 261/10 263/9 263/12 263/15 265/7 265/14 265/15 265/22 293/9 293/11 293/12 293/18 298/6 311/8 311/9 327/8 327/20 327/22 327/24
**press 1 [41]** 155/21 155/24 155/24 156/1 158/22 159/2 160/7 160/8 172/24 173/20 173/20 173/23 173/25 174/4 174/5 174/8 174/9 176/1 176/2 226/12 226/16 236/21 236/23 236/24 237/9 237/16 238/14 261/10 263/12 263/15 265/22 293/9 293/11 293/12 293/18 298/6 311/8 311/9 327/8 327/20 327/22
**pressed [2]** 159/18 159/23
**pressing [1]** 226/22
**presumably [2]** 323/16 334/24
**pretrial [4]** 149/6 386/12 386/14 393/11
**pretty [3]** 295/19 295/23 333/10
**prevented [1]** 208/22
**prevention [1]** 316/22
**previous [5]** 219/10 263/24 334/19 339/2 339/14
**previously [15]** 216/1 216/8 221/21 227/22 228/4 263/2 264/1 275/16 283/13 291/6 292/9 294/16 305/3 317/18 340/4
**price [1]** 231/4
**pricing [1]** 171/11
**primarily [10]** 147/8 162/1 162/18 246/12 246/17 249/17 284/21 286/16 346/7 346/9
**primary [3]** 284/23 297/16 307/16
**print [3]** 156/5 279/12 279/23
**printout [2]** 184/21 322/20
**printouts [1]** 184/17
**prior [3]** 174/10 192/23 277/24
**privacy [2]** 356/12 357/9
**Proactive [2]** 313/10 365/25
**probably [19]** 138/22 139/3 140/25 141/1 147/10 163/23 174/13 272/1 272/15 286/11 289/7 289/7 289/14 298/8 306/15 306/20 352/22 387/12 396/9
**problem [12]** 138/12 142/13 160/4 300/22 301/1 306/24 313/14 313/15 391/13 391/16 392/2 392/19
**problems [1]** 160/2
**procedures [2]** 316/23 316/24
**proceed [21]** 153/12 177/24 189/13 191/4 204/5 212/11 216/11 226/8 273/4 277/3 280/17 283/19 296/24 303/11 316/6 325/18 344/25 345/15 350/4 377/19 382/10
**proceedings [3]** 134/12 355/10 402/7
**process [13]** 146/3 278/23 278/25 318/2 318/3 337/25 338/4 348/15 349/4 367/11 379/25 398/18 399/21
**processing [3]** 325/9 376/15 376/16
**produce [5]** 387/24 388/3 388/4 388/7 388/13
**produced [18]** 228/6 265/21 265/24 309/14 309/18 310/15 325/24 342/16 343/13 373/3 387/15 387/15 387/20 388/1 388/8 388/15 388/17 388/18
**product [8]** 155/18 166/7 168/19 171/25 231/7 281/12 317/13 389/6
**production [3]** 341/13 365/7 369/18
**products [48]** 153/23 153/25 154/3 154/6 154/24 159/22 166/1 166/1 166/5 166/12 167/5 167/9 167/10 168/14 168/15 168/25 171/11 171/21 174/16 174/24 213/25 214/1 214/2 214/4 214/11 214/12 214/13 219/15 219/21 219/23 227/14 229/18 238/8 249/25 263/16 265/9 266/10 267/22 278/9 278/10 278/13 278/14 278/19 280/9 317/6 317/11 319/23
**profession [4]** 141/13 143/5 143/6 301/21
**professional [2]** 287/1 297/25
**professor [1]** 357/13
**program [7]** 138/4 151/14 165/20 166/11 219/4 336/13 336/18

**P**

**programmatically [1]** 196/1
**programs [1]** 144/14
**Progressive [14]** 169/13 288/13 320/25 323/20 325/4 325/8 327/3 327/21 331/6 338/1 345/24 349/10 350/24
**prohibiting [1]** 272/13
**prohibits [2]** 157/6 272/17
**projects [1]** 364/11
**promoter [52]** 156/22 169/25 170/4 174/21 213/21 213/22 213/24 214/3 216/1 216/17 217/12 227/15 227/16 231/4 232/20 249/23 266/3 266/8 267/4 267/4 267/21 267/25 278/18 279/12 279/19 279/21 279/22 279/24 279/24 280/8 281/4 282/9 282/15 295/6 296/16 303/21 317/8 317/11 317/24 317/25 318/4 320/7 325/11 328/18 328/19 329/2 329/8 329/13 334/19 334/19 334/19 342/1
**promoters [67]** 154/5 154/5 154/7 154/9 154/11 154/15 154/18 154/20 156/11 156/18 156/19 161/13 167/9 167/9 167/11 167/16 167/18 167/19 168/1 168/2 168/8 169/11 169/19 170/3 171/10 171/14 171/19 171/20 171/21 171/24 175/2 175/2 278/11 278/23 279/1 279/6 279/7 281/1 281/2 281/6 281/12 281/21 281/25 282/2 282/8 303/14 316/25 317/4 317/9 317/9 317/11 319/21 320/11 320/17 320/23 323/13 323/14 324/7 334/25 336/12 336/14 336/15 341/20 342/2 346/9 347/8 347/10
**promoters' [1]** 171/12
**promotership [2]** 176/14 279/4
**promoting [4]** 254/14 254/18 255/21 256/3
**promotion [8]** 231/2 281/4 288/3 320/10 320/15 320/18 347/8 347/11
**promotional [1]** 155/11
**promotions [3]** 319/23 320/9 320/11
**prompted [3]** 237/12 261/5 263/7
**prong [2]** 305/23 396/3
**prongs [1]** 395/23
**proof [3]** 143/12 165/7 307/25
**properly [1]** 205/1
**proprietor [1]** 203/7
**prosecutors [1]** 357/1
**prospect [1]** 281/19
**prospects [4]** 280/23 281/14 281/20 281/20
**protect [1]** 356/20
**prove [6]** 141/15 149/1 149/3 165/7 172/12 175/11
**proved [1]** 226/7
**provide [29]** 142/14 152/16 152/17 180/23 183/13 184/5 184/7 184/15 185/6 217/1 218/23 233/23 234/18 279/2 282/23 324/2 336/8 341/14 350/14 365/10 379/14 392/5 392/9 392/13 392/16 392/17 396/23 397/2 399/9
**provided [33]** 146/4 150/25 151/10 152/13 210/7 217/4 283/2 312/4 323/7 324/16 325/8 334/1 341/12 348/16 348/22 361/12 365/13 379/12 380/15 389/19 391/24 392/8 393/9 395/14 395/24 396/3 396/4 396/14 396/19 396/22 396/25 399/5 399/7
**providing [1]** 318/21
**proximity [1]** 149/11
**psychologist [1]** 355/22
**public [7]** 140/16 140/20 141/3 141/8 142/11 245/7 246/2
**publish [2]** 222/2 294/14
**published [1]** 183/11
**pull [8]** 151/7 190/10 287/25 313/17 354/11 362/13 378/15 380/8
**pulled [5]** 161/19 178/25 290/2 296/5 385/11
**pulls [1]** 336/14
**purchase [1]** 279/4
**purchased [2]** 328/19 329/14
**purchasing [1]** 329/8
**purported [1]** 378/15
**purporting [1]** 312/8
**purpose [11]** 157/25 284/23 285/24 286/22 289/11 294/5 296/18 297/21 307/3 339/12 350/10
**purposes [7]** 167/17 176/5 203/4 302/6 325/6 347/4 358/10
**pursue [1]** 211/20
**push [7]** 237/11 237/12 237/13 237/15 265/10 265/19 289/3
**pushing [1]** 170/18
**put [43]** 148/19 150/7 161/18 163/9 165/13 169/7 172/3 172/13

172/17 181/24 184/24 208/24 214/23 215/6 245/11 245/13 249/15 260/4 260/8 266/12 300/7 301/22 302/7 302/8 310/4 318/12 322/3 361/22 368/22 372/24 376/11 376/19 377/6 377/16 378/4 378/6 379/16 379/17 379/19 379/22 379/24 380/7 401/1
**Pyle [1]** 135/16

**Q**

**Q32013P2.CSV [1]** 342/21
**qualifications [1]** 148/14
**qualified [3]** 141/5 142/9 327/1
**qualifies [1]** 320/16
**quality [1]** 382/7
**quantity [1]** 358/5
**Quarles [2]** 135/10 135/13
**quarter [1]** 285/20
**quashed [1]** 273/17
**queried [2]** 151/9 382/18
**queries [1]** 380/14
**Query [1]** 338/8
**question [46]** 139/7 143/3 146/9 146/19 146/21 147/18 179/5 204/13 208/24 209/19 209/24 217/21 218/6 218/9 238/19 246/15 258/18 258/21 259/6 274/20 300/20 302/18 302/21 302/24 302/25 303/5 303/9 307/4 307/7 312/16 313/19 326/5 328/6 329/21 347/22 348/5 350/15 353/6 353/11 360/24 363/22 375/5 381/15 388/10 390/7 397/7
**questions [41]** 137/16 137/18 179/9 196/4 197/5 202/23 203/17 207/4 207/21 208/25 210/17 211/22 218/2 226/1 240/15 251/19 252/13 257/22 262/21 266/2 268/22 269/18 271/10 274/14 275/20 275/20 275/23 275/24 275/25 276/11 280/11 280/14 296/19 296/22 344/20 344/21 352/13 352/14 373/25 374/4 392/5
**quick [4]** 197/5 198/3 333/10 362/13
**quit [15]** 154/7 154/15 154/21 154/23 156/12 156/21 220/12 220/13 225/2 227/2 236/4 250/14 257/25 258/5 267/7
**quite [2]** 273/21 310/2
**quits [2]** 154/13 154/14
**quoted [1]** 173/8

**R**

**Rachel [11]** 230/22 292/17 296/11 303/14 303/21 303/23 323/3 323/12 324/7 324/17 326/3
**Rachel's [1]** 324/21
**raised [5]** 138/13 146/7 147/11 148/23 393/13
**raising [1]** 312/1
**ran [11]** 151/6 158/4 158/11 364/8 364/17 377/23 378/11 382/14 382/17 386/4 388/20
**rang [1]** 187/12
**range [2]** 298/5 298/15
**ranking [1]** 341/25
**rapidly [1]** 322/3
**rarely [1]** 162/7
**rather [5]** 259/7 259/10 286/24 290/20 297/23
**RDR [2]** 135/22 402/12
**reach [8]** 155/3 165/20 168/18 175/7 206/11 293/15 293/17 319/25
**reached [1]** 245/22
**reaches [2]** 204/23 206/7
**reaching [1]** 175/9
**read [46]** 137/7 143/17 182/6 226/1 226/5 227/23 229/7 239/9 239/10 275/23 275/24 275/25 275/25 276/1 276/18 276/21 276/23 277/5 280/14 283/17 283/23 313/18 313/20 313/22 315/25 316/4 316/7 322/23 326/18 331/2 337/13 337/19 339/5 340/7 340/23 343/9 344/22 345/17 347/22 347/24 348/6 349/8 349/24 350/5 367/20 387/6
**reader [1]** 276/25
**reading [19]** 138/8 239/12 255/23 275/3 276/2 276/7 276/11 276/20 283/14 285/10 302/24 303/4 303/9 312/3 312/8 322/16 322/16 322/17 351/9
**reads [1]** 152/22
**ready [6]** 177/23 273/2 280/19 283/19 313/20 328/11
**real [6]** 174/14 240/24 241/14 241/15 271/6 350/15
**reality [1]** 301/18

**realize** [1] 262/23
**realized** [4] 263/4 369/18 387/2 387/5
**really** [16] 150/9 162/3 174/20 179/11 211/2 289/7 296/9 296/10 299/18 305/25 306/6 306/23 313/15 322/11 376/23 399/12
**reason** [17] 159/9 165/10 177/4 184/3 207/9 295/12 297/7 321/24 343/21 343/24 344/10 353/15 386/9 386/11 388/18 392/14 396/21
**reasonable** [6] 143/14 267/8 303/19 328/3 328/6 331/25
**reasonably** [2] 141/17 395/6
**reasoning** [1] 330/4
**reasons** [1] 355/14
**rebuttal** [1] 308/17
**recall** [8] 289/10 297/4 297/8 298/15 301/24 309/4 393/11 398/4
**recalls** [1] 208/15
**receive** [18] 142/16 189/4 191/10 194/20 194/23 195/17 209/13 216/9 218/6 223/3 230/15 248/18 258/22 281/18 305/7 308/25 339/4 391/11
**received** [81] 137/7 137/10 179/7 179/9 179/14 180/5 181/22 183/25 184/22 191/15 191/16 192/5 192/14 192/16 192/21 192/22 193/5 193/8 193/13 193/14 194/4 194/25 195/20 201/23 206/22 215/22 216/10 217/13 221/25 223/21 223/22 225/18 225/19 228/8 230/12 230/18 240/3 243/3 244/17 244/25 253/22 254/13 254/17 255/1 255/15 255/20 256/2 256/21 257/3 257/14 257/23 258/2 258/25 260/18 262/22 292/13 294/21 306/6 306/8 311/13 324/12 324/24 331/1 332/17 340/6 340/21 343/7 354/16 379/1 379/6 379/15 381/9 381/11 382/3 384/3 384/21 390/22 400/2 400/2 400/3 400/4
**receiving** [2] 209/8 293/5
**recently** [2] 299/2 357/8
**recess** [6] 153/3 208/6 211/25 272/21 311/18 351/24
**recipient** [5] 293/7 302/9 327/22 327/24 346/22
**recognize** [9] 178/21 181/13 244/3 292/4 292/5 292/16 292/18 341/6 341/8
**recognized** [1] 346/9
**recollect** [1] 294/3
**recollection** [1] 290/24
**reconsideration** [1] 189/3
**record** [48] 137/22 150/15 152/11 177/21 183/21 203/2 206/9 212/9 277/5 277/9 277/14 279/15 283/23 284/3 299/24 300/7 301/14 314/22 315/15 315/19 316/7 316/11 320/24 322/3 322/4 322/12 322/17 322/24 323/2 325/15 325/20 326/19 331/3 337/20 339/6 340/8 340/24 343/10 345/18 347/25 348/7 350/6 354/21 355/9 363/14 379/6 401/1 402/7
**recorded** [58] 153/16 155/15 155/20 155/22 156/1 157/18 157/21 159/4 160/4 160/22 160/25 161/3 162/24 163/3 163/16 164/5 164/8 189/9 193/11 195/25 218/3 218/7 218/13 226/22 227/9 227/21 228/23 228/24 229/3 230/11 231/13 231/17 232/15 238/11 239/3 239/4 241/4 241/6 241/9 241/11 241/18 242/19 242/20 243/1 260/17 260/19 260/23 261/23 261/24 262/1 262/2 268/19 271/6 271/7 275/20 291/6 296/16 325/12
**recording** [16] 160/15 203/20 207/10 207/15 207/18 241/22 260/21 262/23 263/4 263/6 263/6 303/22 303/23 304/5 326/2 326/3
**recordings** [10] 187/21 187/23 188/7 188/9 188/19 189/15 192/19 195/13 265/21 293/1
**records** [76] 138/14 143/23 160/24 161/18 162/9 163/1 178/14 178/25 178/25 179/1 180/18 182/9 184/14 184/18 184/21 184/25 185/1 185/3 185/5 185/12 185/13 187/18 188/15 190/11 190/12 190/14 191/9 191/19 193/5 194/21 195/16 195/12 195/16 195/19 195/19 195/23 197/25 198/24 200/16 200/20 201/7 206/17 206/25 233/4 233/8 233/10 233/14 233/18 233/20 234/13 234/24 235/3 236/6 238/3 246/18 246/19 246/24 247/3 248/5 256/13 269/12 269/14 269/23 270/1 282/14 282/18 295/25 309/15 309/19 309/19 310/16 310/20 318/10 323/24 332/10 395/10
**records/tell** [1] 269/14
**Recross** [2] 207/5 207/6
**RECROSS-EXAMINATION** [1] 207/6
**recruit** [2] 281/3 317/9
**ReD** [1] 136/5
**redirect** [5] 203/18 204/5 204/6 268/8 268/9

**reengage** [5] 176/15 323/12 326/24 334/18 334/25
**refer** [3] 276/4 295/5 295/8
**reference** [1] 185/21
**referred** [1] 288/17
**referring** [14] 149/7 152/21 253/15 254/9 258/15 285/7 288/20 314/9 320/25 331/7 364/4 365/16 370/1 387/4
**refers** [1] 294/11
**reflect** [3] 280/14 300/7 374/22
**refresh** [1] 190/24
**regard** [1] 344/16
**regarding** [7] 136/2 149/20 149/23 319/22 319/23 349/15 352/3
**regardless** [1] 318/6
**regards** [1] 336/3
**registered** [9] 180/17 180/18 180/25 181/2 181/6 182/13 183/7 202/24 243/19
**regular** [2] 249/14 298/24
**reimbursed** [2] 211/8 211/19
**relate** [2] 356/11 392/13
**related** [11] 151/7 162/12 247/3 247/6 247/20 248/6 248/9 248/11 248/14 248/22 380/8
**relates** [2] 318/21 321/22
**relating** [1] 338/6
**relation** [1] 297/15
**relationship** [22] 154/13 154/16 167/12 167/12 171/10 213/20 219/25 220/2 220/5 220/9 221/3 222/12 223/6 224/2 224/5 250/12 266/14 266/22 267/9 267/22 268/4 356/3
**relationships** [2] 165/13 165/16
**Relax** [1] 353/10
**relevance** [5] 188/24 210/19 310/6 310/24 311/7
**relevant** [5] 262/13 311/1 311/9 311/11 366/23
**reliability** [4] 138/25 144/11 149/20 150/1
**reliable** [18] 139/8 140/3 140/7 140/11 140/12 140/15 141/2 144/14 145/15 145/24 148/2 195/19 198/1 373/3 391/19 391/23 392/2
**relied** [9] 139/21 140/16 140/19 141/8 141/8 141/11 141/12 144/15 391/15
**relies** [7] 141/21 142/4 142/11 143/1 143/6 149/21 149/24
**rely** [13] 139/3 141/3 141/4 141/17 141/23 142/1 142/10 143/2 143/12 150/9 259/7 259/9 259/10
**relying** [1] 142/2
**remainder** [1] 228/17
**remaining** [2] 151/9 228/11
**remember** [14] 170/1 227/12 227/14 232/14 232/17 232/18 237/11 238/5 238/6 268/13 270/7 271/14 272/11 350/18
**remembrance** [1] 285/21
**remind** [3] 215/16 310/19 382/4
**remove** [3] 370/23 370/25 381/10
**removed** [23] 369/7 370/4 370/9 370/10 370/18 372/2 372/4 381/2 381/6 381/7 381/9 389/2 389/2 394/2 394/6 394/6 394/7 394/17 394/19 394/20 398/20 398/22 399/3
**removing** [2] 370/6 399/2
**renew** [7] 292/11 294/19 305/5 340/5 340/19 343/6 354/15
**repeat** [6] 145/20 252/23 254/7 264/9 363/5 382/5
**rephrase** [12] 140/18 188/3 246/14 252/24 262/25 263/25 360/1 363/22 374/16 387/20 388/12 397/7
**replacements** [1] 166/6
**replicate** [1] 280/5
**report** [10] 142/15 321/6 336/23 337/22 338/5 339/8 339/12 349/11 349/13 391/17
**reported** [1] 349/16
**reporter** [5] 135/22 152/20 178/12 264/9 402/12
**reporting** [5] 321/6 338/7 349/15 349/17 349/24
**reports** [6] 282/11 329/12 338/10 343/16 343/17 349/14
**represent** [1] 343/12
**representation** [2] 189/2 309/18
**representative** [11] 157/10 175/21 232/23 243/23 273/7 327/10 332/3 343/25 345/21 400/15 400/16
**Representatives** [1] 357/6
**represented** [1] 228/5
**representing** [2] 356/4 388/4
**represents** [1] 332/16
**request** [4] 178/24 222/25 341/12 341/13
**requested** [1] 198/12

**R**

**require [10]** 139/9 139/17 140/6 144/3 144/6 145/13 147/6 308/4 318/19 327/22
**required [3]** 142/15 211/19 331/16
**requirement [1]** 305/24
**requires [6]** 142/17 142/20 144/22 145/17 150/1 305/20
**RES [1]** 182/19
**research [3]** 271/16 390/19 390/23
**resell [4]** 153/25 154/1 154/4 154/6
**reserve [4]** 149/22 150/12 337/17 351/17
**reserving [1]** 150/13
**residence [4]** 185/21 192/14 193/6 239/23
**residential [31]** 146/2 146/3 146/10 147/4 147/8 147/9 147/12 147/15 147/17 147/20 162/1 162/2 165/9 181/1 181/2 181/6 181/7 182/13 183/2 183/5 183/6 183/9 202/24 203/2 203/12 243/18 243/19 243/21 243/25 244/1 249/17
**residents [2]** 144/20 364/9
**resource [1]** 282/8
**respect [5]** 150/4 264/23 306/19 392/4 393/2
**respond [2]** 241/16 242/1
**responded [2]** 242/14 257/21
**responding [1]** 266/2
**response [6]** 149/5 210/22 234/18 257/22 270/18 311/6
**responses [5]** 252/12 256/20 269/18 269/18 269/25
**responses/responses [1]** 269/18
**responsibilities [4]** 284/19 316/20 319/2 319/18
**responsibility [3]** 251/9 286/3 307/12
**responsible [3]** 211/3 344/1 344/6
**responsive [1]** 151/10
**rest [3]** 248/6 261/20 305/8
**resting [1]** 400/8
**restrict [1]** 274/10
**result [10]** 168/12 170/23 209/1 209/8 211/12 232/4 296/5 342/12 373/1 394/14
**resulted [2]** 334/16 335/1
**results [7]** 296/2 343/17 364/12 364/12 373/3 377/12 380/23
**resumed [1]** 355/10
**retain [1]** 319/21
**retention [2]** 319/24 320/1
**return [2]** 177/5 373/1
**Returning [1]** 217/12
**review [3]** 151/16 307/7 308/20
**reviewed [3]** 253/25 257/5 369/11
**reviewing [1]** 365/6
**revised [1]** 371/4
**revision [1]** 371/23
**ReX [1]** 136/5
**rid [1]** 370/5
**ridiculous [1]** 141/2
**right [263]** 137/4 137/7 138/23 146/14 146/23 152/25 160/18 170/21 174/12 177/13 182/18 182/21 183/3 183/9 189/12 189/17 190/7 191/2 191/3 194/13 196/12 196/18 197/9 197/14 197/16 198/17 198/24 199/11 199/21 200/7 200/23 201/13 201/18 201/24 202/4 202/13 202/18 203/18 204/10 207/19 207/22 208/2 208/6 209/16 210/16 216/3 216/7 221/25 228/8 234/4 234/8 244/12 244/17 249/9 252/16 253/12 253/23 253/24 254/6 255/1 255/2 256/12 256/16 256/16 257/13 257/17 259/6 259/18 262/3 263/24 264/2 264/20 264/21 264/22 266/5 266/6 266/14 266/20 266/22 267/5 267/12 267/23 268/3 268/4 268/8 269/12 269/15 270/1 271/11 271/19 272/2 272/9 272/11 272/19 273/16 276/3 276/6 276/13 280/4 280/17 282/1 283/6 283/9 283/12 284/5 284/19 286/19 287/4 287/8 288/1 291/24 292/12 293/2 294/15 294/20 295/3 295/15 295/19 295/23 296/3 296/21 297/9 297/10 297/18 298/3 298/14 300/12 301/4 302/6 303/11 303/14 304/13 304/20 304/23 305/2 305/6 305/17 307/1 307/5 310/20 310/25 311/12 311/21 311/23 312/25 313/6 313/9 314/8 314/9 314/12 314/14 314/17 315/8 315/12 315/21 317/13 317/17 318/1 318/4 318/8 318/15 318/24 319/18 320/4 321/25 323/6 324/8 325/10 325/14 326/3 326/6 326/9 326/14 329/5 329/18 330/6 330/9 332/4 332/7 332/12 332/20 332/25 333/2 333/4 334/6 334/10 335/6 335/8 335/9 335/13 335/17 335/19 335/24 336/1 336/2 336/16 336/22 337/1 337/2 337/15

**S**

**S-C-O-T-T [1]** 316/12
**S-H-A-W-N [1]** 352/24
**safe [1]** 387/13
**said [67]** 146/6 146/9 146/11 149/5 151/10 152/23 160/13 168/17 170/24 172/5 175/9 175/18 176/16 184/20 198/1 203/21 208/20 213/24 225/18 227/13 238/7 240/24 240/25 241/2 242/4 242/12 242/15 242/21 245/16 249/20 252/16 253/25 254/3 254/25 255/5 255/14 256/21 257/14 257/21 258/21 258/24 258/25 259/15 260/22 261/3 261/12 263/12 263/23 264/1 264/11 264/19 266/2 266/22 267/17 270/16 279/5 279/23 288/5 300/16 321/4 355/12 387/6 392/3 393/10 395/1 398/2 400/3
**sale [7]** 171/25 174/16 174/24 176/5 281/18 281/19 317/13
**sales [12]** 166/23 166/25 167/23 171/9 171/17 171/20 174/19 175/5 175/7 175/10 278/15 284/8
**same [81]** 182/8 188/25 189/1 194/4 195/9 196/15 196/16 202/3 202/11 204/4 205/8 205/12 220/15 220/20 223/20 228/13 228/21 230/13 231/2 231/18 238/13 247/19 250/21 255/14 258/24 263/12 265/4 265/9 269/20 276/2 276/9 277/11 279/11 279/11 280/3 280/6 283/17 284/12 284/16 287/7 289/20 296/15 309/8 309/8 310/12 310/18 312/23 313/13 313/16 314/21 318/18 318/22 324/10 324/11 325/25 326/3 329/5 329/18 330/8 331/23 331/23 332/24 332/24 333/3 333/16 336/18 336/18 338/22 339/20 340/19 369/5 372/3 376/11 380/13 385/2 385/16 388/10 391/13 392/2 395/8
**sample [1]** 219/4
**samples [1]** 219/17
**San [1]** 135/8
**Santa [2]** 135/5 135/5
**Sarnicola [1]** 292/16
**satisfied [5]** 210/17 305/21 378/4 378/7 394/25
**satisfies [1]** 305/23
**satisfy [4]** 309/19 382/8 395/23 396/16

**right-hand [3]** 182/18 201/18 253/12
**rings [3]** 206/7 206/7 206/8
**RMR [1]** 402/12
**road [1]** 322/5
**Robertson [7]** 276/5 276/6 276/17 283/14 285/9 305/14 316/3
**Robins' [1]** 302/12
**robocalls [1]** 164/8
**robot [1]** 153/17
**role [3]** 175/21 199/20 287/23
**roof [1]** 167/24
**room [2]** 135/23 391/6
**Rottmann [1]** 324/17
**Rottmann's [1]** 324/21
**rough [2]** 152/21 152/22
**roughly [2]** 202/11 272/1
**round [1]** 203/21
**row [8]** 186/23 187/2 187/8 296/8 344/2 360/7 360/11 377/12
**rows [5]** 344/9 359/17 359/19 359/20 363/6
**rule [9]** 142/15 150/3 208/22 305/20 305/23 351/17 352/6 391/17 394/24
**Rule 1006 [3]** 150/3 305/23 352/6
**Rule 50 [1]** 351/17
**ruled [1]** 208/19
**rules [4]** 211/9 211/19 333/16 392/16
**ruling [8]** 150/8 150/12 150/14 152/19 179/13 308/24 337/17 352/16
**rulings [1]** 275/3
**run [12]** 151/15 173/2 176/11 291/24 336/19 353/7 375/8 378/21 384/24 385/17 385/20 385/23
**running [5]** 157/24 203/8 331/17 378/1 380/24
**runs [1]** 336/13

338/14 338/16 338/20 339/3 339/16 340/1 340/17 343/7 344/8 346/12 346/24 347/20 347/23 348/15 349/22 351/3 351/8 351/10 351/23 352/18 353/21 354/11 354/13 357/20 358/9 361/22 361/24 362/1 362/22 362/23 363/17 367/20 371/3 375/16 375/24 377/17 377/18 378/8 379/4 379/5 381/4 381/8 381/12 381/18 382/20 383/2 383/18 386/1 388/9 390/15 391/11 397/14 397/16 397/22 398/15 398/22 398/23 399/15 399/16 400/5 400/19 400/20

**Saturday [3]** 379/3 385/17 396/4
**save [4]** 232/9 262/12 262/19 275/6
**saved [2]** 295/25 340/10
**saw [2]** 225/19 233/14
**say [97]** 140/17 140/24 141/2 142/3 143/24 144/2 144/4 144/5
144/7 144/14 144/19 145/10 145/14 148/13 148/16 148/18
150/16 152/6 152/20 164/12 170/24 172/18 174/18 176/4 176/7
179/11 179/14 179/14 182/12 184/20 199/12 205/5 205/11
206/7 217/6 226/25 231/3 237/20 240/23 241/16 241/25 242/7
242/7 242/10 242/13 242/16 242/22 245/22 245/24 251/12
253/12 257/8 257/11 258/12 258/17 258/23 259/24 260/13
263/17 266/24 267/10 267/12 270/19 271/3 274/8 274/13 289/2
291/18 293/5 295/11 296/17 300/16 301/20 302/13 303/21
304/12 305/18 313/22 320/24 321/17 327/24 338/3 350/22
365/1 369/25 370/10 375/4 376/21 378/1 379/19 381/5 383/7
389/19 389/22 390/4 395/18 396/21
**saying [19]** 140/18 152/8 168/9 168/24 176/7 178/12 258/20
272/17 287/21 287/23 291/19 301/5 309/22 313/1 313/2 313/8
314/18 330/1 386/10
**says [52]** 140/13 142/9 143/25 145/7 151/23 164/7 165/24
171/14 173/3 173/12 173/14 183/10 186/23 187/2 189/10
217/13 218/15 218/16 222/6 222/24 226/11 227/5 239/22 240/3
254/13 254/17 256/2 295/5 295/18 296/14 304/4 312/5 313/10
313/12 314/14 328/16 331/16 332/6 338/5 346/15 346/24
354/10 360/18 362/3 364/7 365/22 366/4 373/1 378/19 384/18
396/1 397/19
**scale [2]** 176/23 290/21
**scheduled [1]** 323/25
**school [2]** 355/22 355/22
**scope [3]** 274/11 274/11 274/19
**Scott [11]** 136/10 158/9 160/21 271/22 312/12 316/1 316/12
325/16 344/22 351/3 362/4
**screen [13]** 179/4 179/8 179/15 180/8 181/24 182/21 184/24
201/16 244/9 354/5 354/8 354/9 361/22
**script [6]** 311/8 311/10 311/20 312/4 326/3 345/13
**scripts [1]** 310/15
**scrub [2]** 376/19 376/22
**search [1]** 370/15
**SearchBug [23]** 138/5 138/7 138/16 138/23 138/25 139/8
139/24 140/2 140/7 144/12 144/21 145/11 145/12 145/12 145/15
145/24 148/2 149/20 149/25 391/14 391/19 391/23 395/9
**searched [1]** 379/24
**seated [5]** 153/5 212/2 212/8 353/10 354/20
**second [32]** 155/20 161/4 182/25 185/13 186/3 193/21 197/13
198/15 198/23 204/16 206/20 258/24 265/2 295/22 332/15
341/4 341/5 354/7 354/12 368/15 369/9 369/23 369/25 370/5
370/6 370/8 371/23 371/23 381/15 393/2 394/18 396/10
**secondary [1]** 380/10
**Secondly [1]** 394/1
**seconds [44]** 187/5 191/16 191/18 192/6 192/10 192/22 193/3
193/14 193/18 194/5 195/1 195/5 197/8 197/13 197/16 198/4
198/7 198/8 198/15 198/22 198/25 199/7 199/18 201/24 202/2
202/6 202/9 203/21 203/22 203/25 204/1 204/1 204/17 205/5
205/6 205/7 205/15 206/23 206/24 207/3 236/20 237/1 264/24
265/2
**section [1]** 331/15
**security [6]** 215/8 318/19 356/12 356/18 356/20 357/15
**see [90]** 138/9 139/10 158/7 158/16 159/5 159/18 160/16
160/20 162/6 162/11 162/25 163/4 164/20 165/5 167/5 170/25
171/2 173/7 179/4 180/11 190/19 194/8 194/9 197/21 197/24
198/19 200/14 201/2 201/18 206/10 216/17 216/23 217/12
218/2 218/5 218/15 222/6 222/14 222/23 227/5 235/3 236/7
237/1 239/12 239/22 243/22 247/5 247/19 248/6 254/15 254/21
255/17 270/14 271/17 274/15 282/10 295/3 301/8 302/24
303/25 304/3 312/16 314/5 314/6 314/17 328/8 329/12 331/18
332/6 335/3 335/5 342/16 344/8 348/19 353/12 353/17 354/5
355/7 360/7 360/9 362/7 366/6 373/7 390/25 396/13 397/9
399/24 400/16 400/22 401/8
**seeing [5]** 145/17 145/18 345/14 383/24 400/9
**seem [3]** 267/8 343/19 343/23
**seemed [1]** 333/10

**seems [3]** 333/8 342/19 343/24
**seen [14]** 144/15 145/5 188/2 279/16 279/20 293/24 317/18
336/23 337/22 339/8 385/15 394/17 394/18 394/19
**seized [1]** 172/22
**select [1]** 336/15
**selected [1]** 381/12
**selection [1]** 282/19
**sell [17]** 167/5 167/10 213/25 214/12 219/12 219/15 219/23
249/24 250/3 250/9 267/23 268/1 278/9 278/10 278/19 281/19
317/11
**seller [1]** 174/21
**selling [3]** 153/23 166/1 166/1
**sells [2]** 153/25 166/6
**seminar [1]** 357/9
**seminars [1]** 171/8
**Senate [1]** 357/6
**senator [1]** 357/7
**send [6]** 159/17 172/8 220/25 279/13 280/9 302/9
**sending [2]** 162/15 342/7
**senior [2]** 277/25 278/3
**sense [7]** 147/12 204/22 288/12 291/21 296/10 358/4 394/12
**sent [15]** 222/17 291/7 323/15 323/16 323/19 323/21 323/22
323/25 324/3 326/8 326/10 326/25 376/14 379/18 388/6
**sentence [1]** 355/3
**sentences [1]** 221/17
**separate [11]** 144/10 144/11 144/14 146/12 147/11 147/18
147/25 161/17 200/12 359/14 380/16
**separated [1]** 144/9
**September [1]** 323/8
**series [1]** 296/5
**serve [1]** 179/23
**served [1]** 274/1
**server [1]** 206/6
**service [10]** 180/23 181/16 181/17 183/1 183/2 183/8 184/4
186/10 203/12 205/24
**services [6]** 166/1 166/2 174/17 174/24 176/6 183/14
**session [1]** 273/1
**set [11]** 138/15 148/17 149/10 157/24 206/7 280/7 281/9 310/15
315/24 361/2 365/24
**settlement [2]** 209/3 211/12
**seven [3]** 202/9 308/4 362/20
**several [1]** 275/21
**Shaffer [2]** 247/25 248/1
**shake [1]** 281/11
**shakes [3]** 153/23 166/6 214/13
**share [7]** 183/12 219/16 222/21 278/13 281/2 358/19 358/22
**sharp [1]** 391/1
**Shawn [4]** 136/11 352/24 354/18 354/22
**Shawn Davis [1]** 354/18
**she [45]** 147/3 154/14 156/20 160/7 160/7 160/8 160/9 160/11
160/11 160/12 160/12 160/13 160/13 160/14 161/23 162/11
162/13 174/7 175/21 175/21 175/24 175/25 176/3 176/9 176/11
176/13 176/13 176/16 185/24 194/23 206/13 206/23 213/21
213/21 254/13 254/17 254/18 254/19 255/20 256/2 256/3 256/4
264/10 302/14 322/2
**sheer [1]** 287/10
**sheet [1]** 382/21
**sheets [4]** 370/12 381/9 381/11 384/23
**shift [2]** 328/8 328/14
**ship [3]** 219/2 221/3 286/2
**shipment [2]** 214/25 215/9
**shipped [1]** 219/3
**shipping [3]** 220/22 220/22 220/23
**ships [2]** 286/21 297/20
**ShoreTel [1]** 299/4
**short [3]** 190/21 208/13 298/9
**shorter [5]** 229/23 230/5 230/19 272/4 352/23
**shorthanded [1]** 166/9
**should [18]** 147/11 152/13 180/8 199/13 208/22 210/20 221/23
223/18 253/12 273/14 285/6 287/24 305/4 342/17 361/3 362/10
369/2 393/20
**show [45]** 140/15 153/22 157/14 157/22 158/20 159/6 160/23
160/24 161/1 161/10 162/9 162/17 163/21 165/12 172/5 172/7

**show... [29]** 172/19 172/20 173/16 175/23 175/24 180/5 183/18 190/14 200/16 200/18 204/12 215/24 216/13 225/13 225/24 233/5 239/5 243/25 244/2 253/13 256/25 259/23 294/9 294/21 302/23 307/23 317/17 346/22 370/20

**showed [7]** 172/25 259/20 268/17 301/23 380/21 381/11 387/21

**showing [6]** 178/19 201/7 201/7 246/18 311/4 379/21

**shown [7]** 183/3 191/8 198/23 203/14 244/22 259/19 399/6

**shows [6]** 183/2 183/21 186/4 272/16 292/2 307/25

**shred [1]** 164/17

**SI [1]** 134/5

**sic [1]** 169/13

**side [15]** 137/12 139/5 142/13 209/22 210/2 275/2 282/17 302/25 313/6 313/6 317/7 321/7 355/7 356/22 387/13

**sidebar [1]** 355/9

**sides [5]** 158/20 239/5 275/22 352/3 392/22

**sight [1]** 175/11

**sign [15]** 154/9 167/11 168/1 206/1 214/6 214/8 214/15 214/17 214/19 245/15 278/23 279/3 279/5 279/13 318/3

**sign-up [2]** 278/23 318/3

**signal [1]** 170/9

**signature [4]** 166/7 402/9 402/9 402/9

**signed [16]** 169/25 181/6 183/7 203/5 215/6 215/17 217/16 217/22 218/19 218/23 219/1 219/9 266/3 266/8 267/21 402/9

**significance [1]** 276/10

**significant [1]** 399/25

**significantly [1]** 138/10

**signified [1]** 342/1

**signing [2]** 214/21 402/6

**signs [2]** 154/11 214/9

**similar [19]** 215/15 216/21 229/17 229/20 229/22 229/24 230/5 230/15 230/17 230/19 261/6 261/12 261/16 263/13 279/21 318/2 346/11 382/14 382/15

**similarities [1]** 326/4

**similarly [1]** 261/20

**SIMON [2]** 134/13 135/3

**Simon's [1]** 140/22

**simply [5]** 150/20 152/4 159/13 170/12 399/11

**since [11]** 147/16 148/21 156/20 198/22 224/20 225/2 253/17 316/17 347/11 348/3 387/4

**single [6]** 143/20 153/17 164/11 164/13 290/16 387/5

**sir [25]** 178/13 178/19 181/4 181/10 182/16 182/21 183/3 183/18 183/23 184/2 186/17 187/20 188/6 190/13 191/7 191/22 192/11 193/10 193/17 194/20 195/22 204/15 276/4 366/6 366/19

**sit [1]** 383/25

**sitting [1]** 170/18

**situation [5]** 320/2 320/6 341/23 395/10 396/5

**situations [5]** 290/20 320/4 320/5 327/15 345/25

**six [2]** 253/22 278/20

**skeptical [4]** 146/25 147/1 147/12 305/25

**Skip [1]** 347/13

**slightly [1]** 203/24

**slow [3]** 178/11 212/24 285/9

**slowly [3]** 217/6 260/2 272/12

**small [2]** 278/15 293/20

**smaller [4]** 168/22 329/19 399/12 399/14

**Smith [1]** 326/12

**SMS [1]** 342/8

**snacks [1]** 166/7

**so [303]**

**social [6]** 167/24 215/8 281/15 286/16 318/19 350/20

**software [8]** 169/8 169/12 169/21 172/8 359/17 389/20 389/25 392/17

**sold [2]** 250/1 317/12

**sole [1]** 203/7

**solely [1]** 145/23

**solemnly [1]** 276/21

**Solutions [1]** 356/19

**solved [2]** 160/4 391/16

**some [83]** 138/9 140/9 141/5 143/4 143/17 143/24 144/11 145/17 149/2 149/23 156/25 157/1 160/11 160/18 162/4

174/21 174/22 174/25 175/1 176/1 178/20 179/9 185/18 187/20 188/6 193/20 199/25 207/1 208/8 214/10 218/4 219/16 219/16 226/1 229/3 231/2 234/2 236/21 238/14 239/5 240/8 241/9 249/13 250/5 253/17 263/2 268/12 268/20 268/22 269/9 269/17 269/20 275/23 287/6 292/5 292/18 293/2 293/3 295/9 298/17 303/13 303/16 308/5 308/7 327/6 342/15 353/19 362/25 365/7 373/25 374/2 374/25 375/2 379/20 388/22 389/4 389/5 392/4 393/16 394/1 394/4 395/18

**somebody [22]** 140/9 176/6 220/16 242/1 258/2 259/7 265/4 279/13 279/25 280/7 286/25 287/25 290/13 290/14 290/16 290/18 291/7 297/24 300/16 302/11 312/19 327/18

**somehow [1]** 172/13

**someone [23]** 142/22 164/4 164/6 164/7 170/14 173/23 185/24 186/1 186/1 186/2 187/16 201/9 201/22 205/25 231/12 231/12 231/16 236/24 245/21 265/8 317/25 318/12 345/6

**something [50]** 142/16 145/11 152/21 161/21 166/8 172/17 172/23 173/18 174/10 174/18 179/11 187/16 215/2 215/3 219/24 242/4 242/8 242/13 242/15 242/21 259/23 264/19 266/10 269/3 275/16 282/12 298/10 301/7 301/9 301/21 308/4 313/22 315/13 318/2 321/12 329/1 346/5 346/11 346/1 349/3 365/5 372/14 372/19 372/20 374/9 382/16 385/24 386/1 388/21 389/10

**something to [1]** 382/16

**sometime [3]** 285/17 293/19 348/11

**sometimes [11]** 166/9 166/18 167/1 167/2 167/2 168/14 168/15 243/12 281/8 300/11 353/4

**somewhat [1]** 147/12

**somewhere [2]** 289/17 298/15

**soon [1]** 179/11

**sooner [2]** 152/17 272/20

**sorry [15]** 184/20 189/22 251/13 252/24 253/5 253/25 256/23 261/9 263/6 303/7 304/14 323/10 353/24 375/10 397/10

**sort [17]** 138/22 139/1 141/7 183/13 287/7 289/19 295/9 309/8 309/8 356/23 357/2 378/19 379/20 391/19 395/6 398/19 400/2

**sorts [1]** 356/9

**sound [8]** 155/15 160/15 160/23 241/4 241/7 241/12 241/18 297/9

**sounded [5]** 229/16 241/14 261/12 261/16 398/13

**sounds [8]** 155/23 160/17 297/10 297/10 310/3 310/8 379/5 391/5

**source [3]** 148/3 209/1 357/14

**sources [1]** 372/17

**souvenirs [1]** 165/5

**space [2]** 161/15 218/15

**speak [4]** 173/23 260/2 272/12 288/3

**speaker [1]** 322/13

**speaking [3]** 322/12 322/12 322/13

**special [3]** 163/9 171/11 286/10

**specific [14]** 137/16 137/18 137/19 157/25 291/8 294/3 299/24 304/1 304/4 306/11 310/11 311/7 396/6 396/7

**specifically [8]** 138/4 149/4 164/5 294/1 313/19 315/9 320/3 338/15

**specified [1]** 288/1

**speculating [1]** 148/4

**speculation [4]** 207/1 230/1 327/4 327/13

**spelling [3]** 177/21 212/9 354/21

**spend [4]** 159/20 172/9 306/3 308/16

**spent [2]** 151/17 160/1

**spoke [3]** 270/25 271/2 322/2

**spot [2]** 373/6 390/6

**spreadsheet [24]** 151/23 156/5 295/2 296/2 303/24 309/6 324/16 324/20 325/3 325/8 335/1 335/4 335/5 335/12 335/19 338/12 364/10 364/10 364/11 378/18 379/20 382/22 382/25 393/9

**spreadsheets [59]** 151/3 151/5 151/5 163/9 163/11 174/3 302/3 302/6 302/7 302/9 304/13 304/15 306/11 306/21 308/21 309/23 324/16 324/18 335/23 338/7 338/14 350/16 361/11 361/12 362/10 362/12 364/13 364/20 366/23 368/25 369/8 371/12 371/14 371/16 372/2 374/11 374/18 374/18 375/2 375/14 376/3 376/19 377/5 377/9 377/22 377/22 380/7 380/16 380/21 380/23 380/25 381/6 382/14 382/18 383/5 383/11 383/16 383/23 385/9

**spreadsheets/databases [1]** 382/14

**spring [9]** 214/20 220/7 318/24 319/3 319/8 319/15 319/19

**spring... [2]** 333/18 334/10
**sprinkle [1]** 172/17
**squared [1]** 275/4
**SS [1]** 326/12
**stand [4]** 152/5 209/6 353/17 400/18
**standard [1]** 279/22
**standing [1]** 168/6
**standpoint [2]** 287/22 300/22
**start [25]** 148/4 150/23 153/7 165/6 167/3 186/18 187/2 196/6 234/25 243/8 247/5 252/5 252/15 271/14 333/13 336/7 338/5 340/1 348/9 362/9 368/21 374/9 375/1 390/16 397/10
**started [19]** 168/24 169/3 169/3 171/6 237/11 258/3 269/4 269/5 284/20 286/12 287/6 293/4 298/11 298/12 298/14 298/16 299/3 299/6 321/5
**starter [2]** 219/7 279/4
**starting [5]** 286/20 297/19 298/19 298/22 390/24
**starts [6]** 163/3 168/11 302/18 365/18 397/18 397/19
**state [9]** 141/14 177/20 212/9 277/9 277/14 284/3 308/7 316/11 354/21
**stated [1]** 276/22
**statement [13]** 136/3 136/4 153/10 158/8 165/2 175/18 183/10 258/14 258/23 259/2 260/9 397/3 398/8
**statements [2]** 153/2 153/7
**states [9]** 134/1 134/14 135/22 156/24 342/6 357/7 372/5 372/12 389/3
**statistically [2]** 300/21 301/6
**status [1]** 328/12
**statute [1]** 165/23
**stay [1]** 252/10
**staying [1]** 380/13
**step [14]** 145/6 145/14 166/3 181/8 188/3 195/12 271/12 286/18 297/17 305/14 351/8 380/6 384/16 399/3
**stepped [1]** 250/25
**steps [2]** 279/11 400/17
**still [5]** 140/21 150/13 253/4 283/17 316/3
**stipulated [1]** 172/22
**stipulation [10]** 167/6 172/25 173/3 173/6 173/15 175/9 225/25 226/5 239/8 239/10
**stipulations [1]** 226/3
**stitch [1]** 176/20
**stop [11]** 160/9 160/10 220/22 221/13 225/21 227/3 237/22 242/12 254/19 256/4 265/1
**stopped [6]** 154/20 176/16 204/25 289/13 289/15 289/18
**stops [1]** 207/11
**stopwatch [2]** 197/21 198/19
**story [5]** 153/22 252/15 253/7 260/6 260/8
**strange [1]** 301/20
**strangers [1]** 170/1
**strategic [2]** 287/22 287/23
**strategies [3]** 158/21 159/1 226/12
**strategy [10]** 154/19 154/22 154/23 155/1 156/11 158/19 159/8 165/17 167/21 169/17
**Street [3]** 135/7 217/9 217/10
**stress [1]** 151/13
**stretching [1]** 174/11
**strictly [1]** 390/22
**strictures [1]** 142/8
**strike [3]** 299/7 315/14 382/16
**string [2]** 172/16 172/16
**strongly [1]** 274/7
**structure [2]** 279/18 281/24
**structured [4]** 286/21 287/1 297/20 297/25
**stuff [7]** 219/6 219/19 220/22 220/22 220/23 221/4 384/10
**subject [5]** 189/3 222/23 223/11 300/5 357/5
**subjective [2]** 378/21 394/1
**submit [2]** 148/24 282/15
**submits [1]** 318/17
**submitted [5]** 149/1 282/15 306/21 351/19 351/20
**subpoena [5]** 273/16 273/17 273/19 273/23 274/2
**subscribe [1]** 184/3
**subscriber [1]** 184/9

**subscribes [1]** 184/9
**subscription [1]** 184/8
**subset [3]** 399/6 399/12 399/14
**substance [1]** 318/7
**substantially [1]** 210/21
**subtracted [1]** 144/5
**suburbs [1]** 355/19
**success [2]** 349/17 349/25
**successful [2]** 172/3 320/10
**such [5]** 144/15 152/1 244/8 370/16 379/16
**sufficient [4]** 138/25 147/1 150/12 397/1
**sufficiently [3]** 139/8 145/9 395/15
**suggest [4]** 145/22 173/1 174/9 337/13
**suggested [2]** 208/17
**suing [3]** 157/5 157/5 157/8
**Suite [4]** 135/5 135/7 135/14 135/17
**sum [1]** 368/2
**summaries [7]** 307/14 307/22 355/5 355/13 361/9 374/11 381/23
**summarize [8]** 144/19 356/14 357/17 357/18 366/19 366/21 383/18 395/11
**summarized [4]** 152/13 357/22 376/20 395/10
**summarizing [9]** 151/21 151/25 362/11 364/19 364/21 377/21 377/22 383/2 383/21
**summary [53]** 138/2 138/13 148/15 149/15 150/3 150/17 151/11 151/11 151/12 152/14 301/6 305/19 305/19 305/24 306/7 307/3 355/3 355/15 361/18 365/11 366/12 368/15 368/16 369/4 369/9 369/20 369/25 370/5 370/20 371/4 374/22 376/12 377/13 377/21 378/4 378/6 383/6 383/9 384/20 384/22 387/17 392/10 393/10 393/10 394/21 395/13 395/16 395/20 396/2 396/15 396/22 399/4 399/13
**Sunday [3]** 151/19 151/19 393/9
**superficially [1]** 218/6
**supervising [4]** 286/18 286/19 297/17 297/18
**supervisor [1]** 336/8
**support [13]** 137/22 168/4 168/22 175/17 282/24 284/8 284/16 285/1 285/25 319/14 319/15 319/20 373/25
**supported [1]** 388/13
**suppose [3]** 383/15 385/2 385/8
**supposed [8]** 167/14 167/15 179/4 383/10 383/23 383/25 384/1 384/1
**suppress [1]** 183/12
**sure [43]** 147/3 165/18 167/21 169/17 176/22 189/8 199/23 209/4 217/21 225/23 239/2 254/19 256/4 260/17 263/1 264/1 271/23 273/21 285/6 287/17 301/13 303/1 306/6 314/18 315/12 328/6 331/25 332/1 354/13 356/10 357/5 358/15 358/23 368/21 372/1 376/25 379/1 384/3 387/6 388/24 397/8 399/20 400/10
**surrounding [2]** 334/14 334/23
**sustain [2]** 188/2 363/15
**sustained [6]** 246/14 360/1 360/21 365/8 366/17 371/20
**sustaining [1]** 274/20
**SW [2]** 135/17 135/23
**swear [3]** 257/13 276/17 276/21
**sweeping [2]** 173/17 175/18
**switch [3]** 179/1 195/24 259/24
**swore [1]** 257/5
**sworn [16]** 158/8 177/19 212/7 256/20 257/11 257/12 258/12 258/14 258/14 258/17 259/2 260/9 275/17 276/19 276/25 354/19
**sympathetic [1]** 143/25
**synonymous [1]** 280/23
**system [46]** 155/8 169/5 169/6 169/16 170/11 170/12 170/16 170/21 170/25 171/6 171/7 171/8 171/9 171/13 172/10 181/5 184/14 195/25 206/8 279/2 282/18 288/24 298/18 299/2 299/3 299/7 299/8 299/23 318/13 320/19 320/21 320/22 321/23 328/19 329/9 329/15 331/13 338/10 345/3 349/5 349/16 349/23 349/24 349/25 354/4 383/9
**systematic [4]** 287/3 287/7 298/2 370/15
**systems [4]** 181/5 329/2 329/14 357/15

**T**

**tab [2]** 215/12 270/10
**table [4]** 271/12 342/17 342/18 372/19

**tables [1]** 372/15

**tabulated [1]** 148/17

**tabulations [2]** 148/19 308/21

**take [63]** 139/10 139/20 144/1 144/4 144/7 152/8 164/17 164/21 166/3 168/6 169/24 178/1 178/12 181/8 188/3 195/12 208/6 212/24 215/11 221/9 223/8 234/24 236/6 237/5 237/24 244/8 247/17 247/19 251/9 251/16 256/20 270/5 270/9 278/15 283/14 304/20 305/13 313/3 313/7 328/13 337/9 345/13 351/10 362/3 362/13 362/18 377/1 377/16 380/6 380/6 381/25 383/23 384/16 386/19 386/20 386/23 386/25 387/12 391/21 391/22 392/23 392/24 399/3

**taken [12]** 144/24 145/3 259/5 275/17 275/22 283/14 338/10 341/4 377/4 386/16 396/10 396/11

**takes [2]** 154/12 397/11

**taking [7]** 143/24 144/20 147/24 161/24 164/18 387/11 398/17

**talk [36]** 155/2 160/3 164/2 164/16 166/3 167/15 167/21 168/8 169/17 170/6 170/20 172/24 173/20 173/22 208/14 240/12 242/9 242/13 243/19 243/23 245/8 246/10 246/17 257/21 285/5 290/17 291/4 310/10 331/11 355/4 355/5 366/13 378/11 388/20 390/20 393/16

**talked [14]** 195/9 204/8 219/16 221/21 238/14 250/5 258/13 287/12 305/2 328/2 331/5 358/2 387/9 393/15

**talking [22]** 159/21 162/16 171/1 172/4 200/8 258/3 258/3 258/10 259/22 262/10 263/18 265/6 304/12 312/5 320/3 321/17 343/16 349/14 362/14 381/23 381/24 384/7

**talks [1]** 180/14

**Tampa [2]** 135/14 174/19

**targeted [6]** 156/19 156/23 157/9 160/22 164/12 164/14

**targets [1]** 156/18

**taste [1]** 219/19

**TCPA [4]** 138/8 146/21 148/22 356/13

**teaching [2]** 357/10 357/14

**team [31]** 168/4 172/2 281/7 281/13 282/11 282/23 282/24 285/5 285/12 285/17 285/25 286/4 286/19 286/20 287/1 287/6 293/22 297/3 297/14 297/18 297/19 297/25 298/12 298/19 298/23 299/5 299/14 319/13 348/9 350/18 356/10

**teams [1]** 167/1

**technical [3]** 199/15 298/7 356/10

**technicalities [1]** 200/8

**technically [1]** 179/5

**technology [4]** 207/13 298/9 356/18 357/14

**telemarketer [1]** 256/3

**telemarketers [7]** 202/17 202/18 202/21 205/18 205/19 254/18 264/14

**telemarketing [27]** 153/14 154/19 154/22 155/1 155/6 155/8 156/11 157/3 157/17 157/15 157/19 157/20 158/6 158/16 159/7 159/12 160/1 165/8 165/25 172/2 172/8 174/23 176/5 204/22 254/14 255/21 268/12

**telephone [38]** 139/2 139/20 144/21 145/16 168/7 170/11 178/14 179/1 179/1 179/22 180/21 180/25 181/2 183/13 189/10 195/24 201/11 204/20 205/10 224/12 239/13 239/22 253/23 254/17 255/1 255/15 256/2 256/17 256/22 266/4 291/7 298/18 298/25 299/1 318/21 323/21 335/19 374/19

**Telephones [1]** 298/24

**tell [79]** 141/18 141/19 141/21 141/22 141/24 143/1 145/15 148/8 148/10 153/21 157/13 157/22 160/7 160/11 161/4 162/20 163/10 170/8 170/9 170/10 171/11 173/5 176/9 176/19 178/23 179/20 182/12 186/3 189/24 191/19 195/6 196/8 200/9 206/17 213/24 214/7 215/14 221/16 223/9 241/12 241/21 242/12 244/3 256/21 257/25 258/5 265/1 265/4 269/14 269/25 270/25 271/2 271/5 273/10 274/9 275/18 281/4 281/12 281/14 281/17 298/8 300/21 301/6 302/20 307/10 308/18 308/22 309/21 310/6 312/19 352/12 353/3 353/4 355/20 356/8 359/14 359/18 383/5

**telling [1]** 144/24 144/25 173/13 276/23 308/24 315/3 398/5

**tells [5]** 147/6 163/13 175/25 282/20 359/24

**ten [7]** 152/25 185/5 205/6 205/7 205/15 319/17 355/21

**tens [4]** 156/3 156/8 156/15 163/5

**tentative [1]** 146/18

**term [12]** 278/18 282/4 282/7 285/6 288/19 293/23 329/21 331/6 331/22 331/23 336/2 342/11

**terminate [1]** 220/5

**terminated [4]** 57/92 224/8 306/22 297/5

**terminology [1]** 285/3

**terms [6]** 210/13 279/3 279/11 289/24 352/9 358/5

**terribly [1]** 310/8

**tested [2]** 395/20 395/25

**testified [7]** 212/18 262/5 263/2 334/8 344/17 356/25 357/5

**testifies [2]** 148/2 353/18

**testify [13]** 137/23 138/23 140/1 140/2 148/6 178/13 178/14 187/20 188/6 197/18 232/22 233/4 276/10

**testifying [3]** 246/13 317/1 379/7

**testimony [34]** 139/7 139/9 139/10 139/14 142/7 150/1 150/9 160/20 173/10 173/12 175/15 197/6 240/20 241/2 244/7 252/19 252/22 253/3 260/19 275/13 275/17 276/9 276/15 276/18 276/22 311/4 311/13 351/2 351/6 353/19 358/11 392/1 392/15 395/5

**text [4]** 162/15 249/12 307/19 310/5

**textbook [1]** 149/16

**texts [1]** 249/15

**than [54]** 138/2 138/2 138/13 147/2 157/1 157/1 157/2 157/9 159/14 161/1 163/21 163/22 163/24 164/11 166/14 170/17 172/23 176/17 187/14 198/16 198/23 199/1 199/10 204/4 205/2 242/25 253/22 256/11 256/15 259/14 272/20 281/24 286/24 290/20 297/23 300/18 308/13 319/17 325/1 336/4 340/3 340/10 340/12 343/14 344/17 350/23 370/9 370/21 375/14 380/2 383/17 394/10 396/8 398/13

**thank [49]** 137/11 149/18 152/18 152/24 153/13 164/24 164/25 165/3 177/6 177/7 177/25 178/6 179/6 179/17 179/25 180/7 189/5 191/5 194/16 196/3 196/23 208/2 208/4 211/24 212/8 216/12 216/15 226/9 251/25 268/6 271/11 274/17 274/22 277/4 280/18 283/6 283/10 294/20 294/23 304/23 315/20 351/1 351/8 353/20 354/20 358/24 361/7 375/10 382/11

**that [1478]**

**that's [172]** 137/25 139/24 140/5 141/2 141/2 141/9 141/21 141/24 142/1 142/10 142/12 143/14 144/17 145/2 145/6 145/8 145/12 145/13 145/17 146/4 146/21 147/10 147/21 149/7 150/20 161/21 162/13 164/21 165/19 166/8 166/20 167/15 167/25 168/23 169/21 170/2 170/21 171/9 171/22 172/2 172/6 173/3 173/14 173/15 173/23 174/23 174/24 175/7 176/12 176/24 177/4 179/10 180/24 181/6 185/10 185/16 186/8 187/7 187/8 187/24 189/12 191/3 192/23 194/13 195/9 197/11 199/3 199/12 207/20 231/18 235/2 244/22 253/19 271/25 272/9 272/14 275/8 275/14 279/16 280/5 281/4 283/5 288/6 288/24 290/8 291/25 291/25 292/1 295/8 295/12 295/18 296/7 297/4 297/16 300/9 300/20 301/17 301/17 301/20 303/25 307/21 308/3 309/24 310/7 311/3 314/8 316/2 317/15 317/16 318/3 321/2 321/12 322/22 325/11 326/8 326/14 328/6 328/18 328/25 331/25 332/22 335/22 346/12 351/1 351/22 353/14 354/11 356/4 358/1 358/18 358/23 359/8 359/1 359/22 360/24 361/1 362/23 364/15 368/12 370/2 370/14 374/14 374/21 375/17 375/23 376/17 377/21 377/24 380/5 380/11 381/1 383/3 384/12 384/15 384/20 385/19 386/7 386/9 386/10 386/16 387/23 389/14 391/15 392/17 392/18 395/6 395/20 398/7 398/23 399/16 399/21 400/19

**their [66]** 137/11 142/23 142/23 142/23 142/25 149/1 153/15 154/10 154/10 154/16 154/17 154/17 158/2 159/20 160/1 163/9 163/18 164/4 164/6 166/12 166/22 167/3 167/4 167/17 168/13 168/14 168/14 168/18 170/2 170/3 173/5 175/5 175/7 175/10 176/22 184/10 200/13 203/8 219/4 249/14 273/7 273/7 278/12 278/13 279/4 280/8 280/9 281/3 281/5 281/7 281/13 281/13 281/14 281/15 282/9 282/11 302/10 309/14 317/6 318/12 318/19 324/18 328/20 328/21 395/15 401/5

**them [131]** 142/2 142/2 146/10 146/20 154/1 154/2 154/4 154/4 154/14 154/16 154/21 154/23 159/18 161/12 164/23 167/17 167/22 168/19 171/11 171/16 174/13 174/14 175/1 175/5 176/25 184/15 185/8 199/2 205/10 205/11 216/4 217/3 219/6 219/17 224/6 224/7 224/20 225/6 225/21 227/1 228/20 233/25 234/14 234/16 234/16 235/25 236/3 237/14 237/21 241/16 242/12 250/12 253/18 253/18 257/25 257/25 258/4 258/5 263/15 264/20 265/1 265/4 266/1 267/6 270/20 273/8 280/9 281/2 286/7 286/8 286/10 290/15 293/2 294/4 301/4 303/15 303/16 304/10 306/3 306/21 306/22 308/22 309/24 311/3 312/8 317/6 320/8 320/8 324/18 328/20 329/19 330/9 342/15 344/10

them... [37] 351/18 351/19 352/8 357/19 358/6 358/10 361/3 361/4 362/25 367/9 367/12 368/22 370/18 371/17 374/18 377/5 380/7 381/9 381/10 386/16 389/1 391/7 391/8 395/11 396/22 396/22 397/1 397/2 397/3 398/4 398/6 399/1 399/2 399/5 399/9 399/10 399/18

themselves [3] 151/12 308/22 396/12

then [179] 144/10 144/23 145/14 145/22 146/24 146/24 149/9 149/12 151/6 151/8 151/9 153/1 159/18 162/2 165/21 167/9 169/21 169/24 170/4 170/6 170/13 170/14 170/24 171/17 172/18 176/3 176/20 179/8 179/12 180/14 184/5 184/13 186/10 186/15 189/16 190/23 199/3 200/16 201/19 206/6 206/8 211/6 217/13 218/16 221/12 222/9 222/23 237/24 239/10 240/3 241/15 241/16 244/10 244/23 254/17 254/24 254/25 255/5 256/2 256/7 256/7 256/9 256/13 256/15 256/16 257/7 257/10 258/17 258/23 259/2 259/22 259/23 261/8 262/23 263/3 263/8 263/9 263/12 265/14 265/16 265/18 270/14 272/2 272/3 275/20 279/13 281/15 281/17 281/19 281/25 286/8 287/6 287/12 287/25 289/24 291/7 292/12 295/2 296/2 297/13 298/17 299/13 301/19 302/14 307/6 307/14 313/12 313/13 313/24 314/10 314/15 317/9 318/12 323/21 324/23 325/3 325/14 328/11 329/18 329/19 330/25 332/24 333/2 336/13 336/15 338/16 339/17 340/11 351/12 351/16 352/10 352/11 352/15 352/15 352/16 359/12 359/13 360/18 365/8 365/19 366/8 367/15 369/2 369/7 370/17 370/19 370/22 371/14 372/2 372/9 372/23 373/1 373/24 377/5 377/5 377/6 377/9 377/12 377/16 379/25 380/7 384/10 385/9 389/2 389/22 393/14 393/20 394/9 394/16 395/13 395/18 395/24 396/15 397/17 397/21 399/2 400/8 401/1

theoretical [1] 399/23

theory [2] 300/9 300/10

there [146] 137/12 138/9 138/10 138/10 138/11 142/20 146/22 149/2 149/23 151/23 151/23 152/1 152/3 152/20 158/18 161/15 161/21 169/10 171/4 171/4 173/16 173/24 174/13 175/16 175/19 176/16 183/9 185/18 187/14 191/23 191/25 192/2 192/13 194/6 202/8 203/14 204/20 204/25 205/13 205/15 207/12 208/13 215/11 217/13 217/20 218/1 218/1 218/9 219/7 232/19 232/19 244/8 244/14 247/5 247/9 248/6 250/20 250/20 252/10 259/14 261/11 263/1 263/23 266/11 266/16 267/12 267/15 268/19 269/20 270/10 270/10 270/12 270/13 275/16 279/6 280/5 284/15 284/21 290/12 290/18 293/14 295/22 295/25 300/21 301/1 301/7 302/1 302/18 302/24 303/20 303/22 304/7 306/11 307/23 309/25 310/1 311/7 315/1 315/13 315/24 322/16 323/22 325/9 326/4 327/6 327/20 330/4 331/16 331/21 333/2 334/4 334/21 335/11 335/15 336/10 343/13 344/21 346/15 346/24 348/23 349/10 359/19 359/20 363/7 363/13 366/8 374/25 375/13 375/14 378/2 378/18 382/6 382/13 383/4 383/21 384/17 385/5 386/5 386/8 386/16 387/3 390/5 393/16 394/1 395/21 399/8

there's [13] 148/1 159/8 216/18 222/9 222/14 295/9 295/11 301/19 313/9 332/18 344/8 348/21 350/20

Therefore [1] 147/16

thereto [1] 174/10

these [121] 143/15 144/14 155/6 155/14 156/6 158/7 158/13 158/16 158/18 159/6 160/15 160/16 160/22 161/11 163/4 163/7 163/11 166/17 168/18 170/11 170/17 171/1 171/23 172/2 178/25 184/25 185/12 185/13 187/17 187/24 188/19 189/9 190/11 191/19 192/13 194/3 194/20 195/6 195/12 195/16 195/19 195/23 197/25 198/23 206/17 226/6 227/22 228/22 228/23 228/24 231/23 232/1 233/14 234/13 235/3 242/3 243/3 243/13 246/19 246/24 247/2 249/6 250/11 250/19 262/22 263/2 289/24 292/4 292/19 293/1 295/14 302/2 303/13 304/6 304/7 304/8 304/10 304/12 306/1 306/5 307/9 307/16 308/16 308/20 308/22 309/14 310/19 310/25 315/1 315/16 327/15 327/15 332/10 333/6 335/22 338/2 338/10 339/20 342/13 345/25 345/25 346/18 347/12 349/18 350/8 352/13 358/3 358/4 359/24 362/24 363/4 363/12 363/20 363/25 364/12 364/16 364/19 366/22 381/23 391/20 397/17

they [302]

they'd [1] 300/17

they're [6] 146/22 167/2 196/1 231/14 292/23 320/17

they've [5] 168/16 172/22 172/23 173/18 173/18

thick [2] 156/6 391/7

thing [31] 158/16 159/16 159/2 147/7 161/4 162/20 164/15 164/21 170/7 176/13 180/24 244/8 245/6 250/21 258/24 265/4 265/9 267/8 293/6 329/5 330/14 331/9 343/15 357/2 372/4 385/2 386/21 393/2 393/3 398/24 400/23

things [20] 150/10 157/13 157/14 160/16 170/10 172/22 172/24 176/20 210/11 246/11 252/11 280/9 286/11 300/15 307/23 307/24 308/5 312/8 356/9 394/5

think [70] 137/16 138/21 139/7 139/16 140/21 141/10 142/19 144/10 148/5 149/24 150/1 150/21 166/19 169/23 198/24 200/8 203/24 204/3 208/5 208/19 210/20 210/23 211/21 228/21 239/7 242/1 242/25 262/1 262/2 262/5 264/10 265/13 267/2 268/6 274/14 278/20 289/6 289/8 299/18 301/17 305/12 305/19 305/23 307/1 307/22 309/25 310/3 312/24 329/3 342/9 349/2 349/19 351/22 353/5 363/13 384/18 386/7 386/8 390/17 393/13 393/15 394/4 394/5 395/2 395/9 395/19 395/20 396/1 396/15 399/12

thinking [3] 232/13 289/8 352/3

thinks [1] 207/14

third [14] 135/23 138/15 162/20 170/16 190/24 191/1 192/13 197/16 235/15 332/5 389/5 395/13 396/3 396/16

third-party [2] 138/15 389/5

thirds [1] 360/7

this [287]

those [154] 143/14 144/10 144/16 146/11 149/9 149/24 150/5 151/3 151/4 151/5 152/12 153/15 153/25 154/1 157/11 157/14 159/25 160/8 161/2 161/13 162/12 163/22 166/21 167/16 168/23 172/14 172/14 172/24 173/1 174/5 174/16 174/18 175/1 175/2 175/6 175/8 175/12 175/14 175/23 176/17 184/14 184/16 185/6 185/7 187/23 188/9 188/15 190/20 193/21 193/24 197/5 197/19 198/22 199/1 199/10 199/10 199/24 210/17 210/18 211/21 216/8 216/9 227/12 228/4 228/6 228/21 233/8 234/22 239/19 240/5 240/12 240/15 240/22 241/6 241/9 241/11 241/12 241/21 248/22 257/13 263/20 263/22 264/1 264/18 265/6 269/3 269/25 270/3 276/7 276/8 280/23 281/5 283/4 286/11 287/14 290/1 290/20 300/15 304/15 306/12 306/14 308/5 309/4 318/11 321/10 325/2 328/23 329/6 329/10 329/15 329/16 333/9 333/11 333/11 334/12 334/24 336/1 337/7 338/6 338/13 341/23 341/24 342/2 344/13 346/4 346/6 346/23 346/25 350/15 352/7 357/19 361/6 366/9 366/13 369/1 370/17 374/18 374/22 376/19 378/15 379/24 380/6 380/21 380/23 382/15 382/18 383/14 388/18 390/6 392/10 394/4 396/15 399/5 401/1

though [6] 146/24 206/1 210/7 265/12 293/2 329/4

thought [30] 147/10 147/16 149/15 160/12 214/10 229/7 238/16 238/21 240/13 240/22 240/24 240/25 241/3 241/15 241/21 259/22 262/16 262/22 263/1 263/3 270/23 297/12 330/22 353/14 359/1 385/3 386/5 387/11 396/25 399/17

thoughts [1] 153/1

thousands [6] 154/15 156/4 156/8 156/16 163/5 176/24

three [29] 156/20 157/13 157/14 161/24 162/10 166/5 185/6 191/8 213/16 225/4 235/9 235/21 235/24 236/2 246/22 248/17 249/6 267/7 286/11 306/3 328/9 344/9 352/7 362/17 372/9 372/10 384/24 395/23 396/16

three-and-a-half-year-old [1] 213/16

three-month [2] 162/10 248/17

through [64] 149/3 151/1 152/22 161/18 163/11 183/24 185/2 195/25 206/12 213/19 214/22 215/5 217/20 220/21 247/2 250/21 250/21 263/7 266/4 278/10 278/15 279/1 279/6 280/2 281/15 291/24 299/13 305/10 305/11 305/11 305/22 306/4 307/8 309/1 322/8 325/8 325/17 326/9 326/16 327/2 327/14 328/23 329/11 329/15 331/10 336/13 337/6 338/3 338/8 344/18 345/23 347/2 350/17 350/19 350/20 358/8 362/22 365/25 367/3 367/8 370/17 385/9 390/4

throughout [5] 146/2 167/19 167/20 338/3 339/20

tie [4] 306/12 306/12 307/24 307/25

tied [1] 329/13

time [119] 137/13 145/21 152/4 153/6 156/15 159/20 159/25 160/1 160/3 161/22 162/7 162/11 165/1 168/4 174/4 174/10 177/8 178/1 184/17 184/25 185/4 185/4 186/18 186/20 186/21 187/2 187/4 187/17 187/19 188/3 192/5 192/21 193/13 194/4 194/25 196/4 196/7 196/14 196/21 202/11 208/5 214/19 217/6 219/8 220/15 225/5 227/20 228/13 228/19 228/22 236/13 236/15 237/15 240/24 243/10 246/19 246/24 249/18 251/19

# T

**time... [60]** 253/18 255/8 256/9 256/11 260/10 262/10 266/9 266/11 266/15 275/6 278/7 284/16 284/25 287/3 288/1 288/11 289/9 289/14 291/16 292/7 293/19 293/20 294/4 296/4 296/19 298/2 298/8 298/9 298/9 300/17 300/20 300/22 303/20 310/14 311/1 311/3 311/9 311/15 318/6 324/10 324/11 329/2 332/11 336/19 337/12 342/23 348/3 353/4 353/5 358/25 363/9 367/3 373/10 377/9 387/24 388/21 388/25 390/16 396/14 396/17
**timed [1]** 271/24
**timeline [2]** 260/18 298/10
**timeliness [2]** 149/23 150/5
**timely [5]** 391/17 391/25 395/15 395/24 396/3
**timer [1]** 197/21
**times [19]** 156/22 157/1 157/1 157/2 175/12 202/12 206/8 224/23 224/24 224/25 225/3 235/19 235/21 235/22 235/24 236/2 253/7 260/6 370/21
**title [13]** 277/20 277/22 277/24 284/7 284/9 284/10 284/12 302/11 316/18 332/8 339/11 341/21 342/21
**titled [8]** 178/19 180/12 229/5 230/7 331/15 340/1 341/9 343/21
**titles [1]** 284/15
**today [23]** 164/16 178/6 178/13 187/20 188/6 197/18 229/2 241/7 241/19 252/16 252/18 252/20 252/22 253/3 256/12 256/15 259/19 263/24 271/5 302/18 349/15 355/4 355/18
**today's [1]** 335/2
**together [20]** 146/4 153/1 165/14 169/24 172/4 172/16 172/16 176/20 234/25 306/12 306/13 307/24 307/25 374/18 376/11 379/16 379/17 379/19 379/22 381/22
**told [23]** 160/9 225/5 225/8 227/1 233/11 237/13 237/21 260/11 267/4 267/18 270/16 273/8 273/9 275/15 334/4 375/6 385/23 386/1 386/3 393/20 396/22 398/6 399/1
**toll [6]** 199/21 199/23 200/10 200/17 201/13 201/23
**toll-free [6]** 199/21 199/23 200/10 200/17 201/13 201/23
**tomorrow [10]** 390/17 390/18 390/25 391/5 400/6 400/24 401/1 401/2 401/4 401/8
**tone [1]** 276/11
**tonight [1]** 390/21
**tons [1]** 290/12
**too [13]** 200/3 203/19 205/13 213/22 214/10 214/18 220/12 220/13 221/21 280/18 283/21 324/8 358/17
**took [25]** 151/4 151/6 187/9 246/5 289/6 289/8 289/8 298/9 349/16 349/24 368/21 370/25 374/17 375/6 377/8 382/17 382/18 386/21 386/24 387/8 388/24 394/13 398/10 398/14 399/5
**tool [23]** 288/6 335/20 335/22 338/9 372/22 372/23 373/3 373/11 373/12 373/18 389/7 389/8 389/14 389/16 389/17 389/18 391/15 391/18 391/20 391/23 392/1 395/5
**tools [3]** 282/10 373/6 395/11
**top [5]** 182/18 182/18 277/12 347/11 350/13
**topic [1]** 334/20
**total [14]** 147/20 220/9 248/17 272/1 272/5 357/19 361/12 361/15 367/5 368/5 375/1 377/21 385/15 385/15
**totaled [2]** 144/2 144/4
**totally [1]** 394/11
**totals [2]** 374/22 377/17
**touch [2]** 162/15 249/10
**touched [1]** 196/1
**tough [1]** 293/15
**towards [2]** 274/7 327/20
**town [1]** 213/1
**Townsend [1]** 135/7
**track [5]** 163/6 163/8 163/19 301/14 301/14
**tracker [9]** 331/21 331/23 340/14 341/9 341/15 353/24 354/3 364/10
**tracking [1]** 282/12
**traditional [1]** 166/22
**trained [1]** 332/2
**training [3]** 174/19 328/20 356/14
**trains [1]** 167/8
**transcribed [5]** 314/7 314/16 315/4 322/5 325/15
**transcript [21]** 134/12 152/21 275/21 276/22 277/10 283/21 312/14 313/25 314/3 314/21 315/12 315/18 322/18 325/17 326/15 337/7 337/10 337/13 353/19 402/7 402/8

**transcription [2]** 314/17 322/7
**transcripts [2]** 313/22 273/9
**transferred [1]** 345/7
**transfers [1]** 206/8
**transmitted [1]** 195/23
**transportation [1]** 210/10
**treat [2]** 226/6 353/15
**trial [19]** 134/11 149/2 149/3 149/6 149/11 149/14 157/12 209/7 209/8 209/13 241/7 275/17 307/16 308/6 310/4 339/1 390/22 390/24 396/17
**tried [10]** 158/2 164/18 176/20 219/16 219/23 237/3 237/4 242/13 258/7 293/14
**trouble [1]** 254/9
**Troy [1]** 168/5
**true [10]** 143/19 158/21 225/25 239/6 257/6 260/10 260/16 318/3 374/14 374/14
**truth [5]** 163/23 175/25 260/11 275/19 276/23
**try [21]** 153/25 154/1 154/4 154/6 154/21 172/15 187/1 214/10 219/12 219/15 236/24 249/24 250/1 250/3 250/8 267/23 268/1 272/11 276/8 353/15 369/20
**trying [9]** 220/25 225/21 227/15 232/19 264/25 310/4 313/17 323/12 354/11
**turn [15]** 178/16 179/12 181/10 185/13 254/11 270/12 306/23 312/12 314/6 331/14 332/4 359/4 360/6 373/17 378/24
**turning [1]** 382/13
**turns [1]** 146/14
**twelve [1]** 362/20
**twice [1]** 387/4
**twisted [1]** 172/23
**two [70]** 135/11 143/14 150/5 154/12 155/12 158/21 159/1 161/14 162/12 169/23 172/22 172/24 173/2 175/25 176/14 176/25 182/17 186/6 188/19 189/8 189/15 190/11 192/13 193/22 193/24 194/3 194/12 195/13 195/16 196/7 199/10 199/11 205/8 205/14 213/12 220/10 226/12 239/13 239/16 239/19 239/22 240/12 243/12 248/24 249/23 259/17 265/6 272/4 277/23 278/2 280/22 296/15 306/3 306/10 309/3 309/12 324/7 324/16 328/10 333/6 358/21 360/7 362/17 369/10 371/12 378/6 388/8 393/18 396/12
**two-thirds [1]** 360/7
**twofold [1]** 170/7
**type [14]** 141/3 141/4 141/5 145/4 145/18 236/21 296/1 328/22 348/21 359/11 359/11 367/16 371/9 395/7
**types [4]** 161/14 304/7 371/8 396/6
**typical [4]** 162/13 211/9 249/6 293/14
**typically [5]** 143/14 202/16 211/5 246/8 293/13

# U

**U.S [5]** 362/6 364/9 372/15 373/8 390/5
**Uh [6]** 178/7 241/1 254/2 266/23 295/4 298/13
**Uh-huh [6]** 178/7 241/1 254/2 266/23 295/4 298/13
**ultimately [5]** 363/2 365/2 376/7 376/14 377/12
**unclear [2]** 381/17 388/19
**under [29]** 150/3 152/8 152/13 166/10 166/11 167/23 175/4 175/25 183/2 183/9 187/2 203/22 208/22 210/19 211/9 211/19 216/10 228/13 228/22 257/5 257/8 258/21 267/22 273/16 275/18 283/17 316/3 352/6 396/2
**underlying [13]** 150/25 151/11 151/21 383/24 387/16 388/8 392/16 394/24 395/2 395/14 399/8 399/11 399/17
**underneath [3]** 213/22 214/7 214/8
**understand [43]** 145/19 150/7 152/7 152/15 153/9 189/8 197/6 201/6 211/23 221/11 257/23 260/17 260/25 273/21 276/14 285/12 289/25 291/5 295/23 298/10 299/2 299/17 307/21 308/8 313/5 315/24 317/1 320/21 321/22 336/7 336/8 352/2 366/8 388/12 389/18 390/13 390/13 392/7 394/11 396/4 396/20 397/8 397/11
**understanding [19]** 211/18 278/22 282/17 282/19 288/20 288/22 292/19 293/6 294/11 332/12 332/15 342/4 342/10 360/19 360/23 364/14 376/23 381/19 381/20
**understates [1]** 163/17
**understood [8]** 267/25 285/22 309/22 354/13 355/16 375/10 386/17 392/20
**undisputed [1]** 150/11
**unfair [1]** 310/8

**U**

unfortunately [2]  150/19 385/6
unique [2]  161/21 381/25
UNITED [7]  134/1 134/14 135/22 156/24 357/7 372/5 372/12
United States [4]  156/24 357/7 372/5 372/12
unless [3]  137/14 142/1 352/12
unrelated [1]  268/20
unreliable [1]  395/22
until [14]  148/15 165/22 170/13 173/25 179/8 207/10 207/15 207/15 278/7 299/2 310/6 324/2 332/11 385/17
up [167]  143/23 144/3 144/4 152/5 154/9 154/11 154/19 154/20 155/2 155/22 156/13 158/1 159/14 160/13 160/14 160/18 160/19 161/7 162/16 163/2 163/9 163/11 163/13 163/20 163/23 163/25 164/18 165/21 165/22 167/11 168/1 169/21 169/22 169/24 169/25 170/8 170/12 173/19 177/17 179/15 181/6 183/7 184/24 187/13 187/16 190/11 191/20 191/21 191/24 192/7 192/25 193/15 194/9 194/14 195/2 195/7 198/20 199/13 199/23 200/14 200/16 200/18 202/23 203/5 204/12 204/16 205/4 206/1 206/5 206/23 209/18 214/6 214/8 214/9 214/15 214/17 214/19 214/21 215/6 215/17 217/16 217/22 218/19 218/24 219/1 219/9 225/13 225/20 227/19 231/21 231/21 231/24 232/1 237/4 238/20 241/17 242/23 245/15 250/25 253/14 256/17 266/3 266/8 266/16 267/21 268/17 268/21 270/5 270/9 270/20 270/20 271/14 271/20 275/6 275/8 278/7 278/23 279/5 280/7 285/3 299/2 299/5 304/24 307/8 307/16 307/19 311/21 315/4 315/19 318/3 327/16 344/16 345/6 346/1 346/22 354/12 357/19 359/4 359/17 361/15 361/22 362/13 365/2 367/2 367/9 367/12 367/15 368/2 371/7 372/14 372/18 375/1 377/13 379/8 380/13 382/19 385/24 386/12 386/14 388/25 389/20 389/25 390/16 390/21 396/25 400/5 401/4
update [1]  269/25
updated [1]  234/18
updates [2]  217/13 281/1
upgrade [6]  169/8 287/18 289/21 323/14 323/14 347/9
upload [4]  304/10 321/13 337/25 338/13
uploaded [5]  318/8 321/19 323/20 325/3 328/3
upon [31]  139/3 139/21 140/16 140/19 141/8 141/8 141/12 141/12 141/13 141/17 141/21 141/23 142/1 142/2 142/4 142/10 142/11 142/22 143/6 143/16 143/12 143/24 144/15 149/24 150/2 150/11 189/2 308/23 348/22 387/8 391/15
upper [1]  201/18
upsell [1]  286/6
us [50]  141/21 141/22 141/24 145/15 145/24 148/24 152/14 155/17 155/18 163/10 163/13 174/20 178/6 189/24 194/10 196/8 213/24 214/7 215/14 215/16 217/6 221/16 223/9 235/10 237/6 237/25 269/14 273/9 273/10 273/12 282/20 282/21 302/20 329/22 348/22 355/3 355/13 355/20 357/4 357/12 357/17 359/24 367/1 368/19 371/24 387/24 388/8 388/16 393/9 396/11
usage [2]  327/20 329/15
use [50]  138/9 153/16 155/13 156/2 161/5 162/1 162/4 162/22 164/3 164/5 165/24 166/12 166/21 172/7 173/4 173/13 173/21 173/25 175/6 202/17 202/20 202/24 221/10 249/18 249/24 250/3 250/8 250/14 279/7 285/6 288/19 289/5 289/19 291/3 295/14 295/17 299/8 312/11 328/19 329/18 329/22 329/22 330/5 331/5 342/13 349/11 359/16 361/4 373/18 389/23
used [96]  139/8 139/19 144/12 150/25 151/8 151/15 157/21 158/6 158/12 158/14 158/21 159/1 159/2 159/7 159/16 160/25 161/3 162/6 162/13 171/13 173/17 174/5 174/5 174/8 174/9 176/2 176/13 200/2 200/4 200/6 203/3 203/8 226/12 227/6 239/24 240/9 246/12 246/17 249/2 249/6 264/10 283/1 283/4 290/15 291/11 293/21 298/23 303/24 304/6 309/13 311/4 311/5 311/5 320/20 321/8 321/21 330/1 330/2 331/22 335/22 338/2 340/11 346/3 346/4 347/5 347/14 350/8 350/11 350/24 350/24 363/19 363/20 364/1 365/11 367/12 367/13 367/15 371/11 371/15 373/10 373/12 376/18 383/9 383/18 389/4 389/7 389/13 390/8 390/9 391/5 391/20 392/6 392/17 393/3 393/6 395/6
useful [5]  147/10 147/16 301/10 301/11 335/20
user [6]  280/9 296/7 331/5 331/8 331/12 342/9
uses [11]  156/10 167/24 167/24 167/25 199/21 202/16 222/19 338/16 342/9 392/1 397/3
using [36]  138/4 155/12 157/2 157/16 157/18 163/15 171/6

171/7 171/8 171/9 204/15 289/11 289/13 289/18 291/14 291/16 291/18 296/1 296/9 297/23 299/10 307/3 309/1 321/5 328/3 331/6 339/21 362/9 364/9 364/17 365/25 370/11 375/15 380/14 388/22 389/25
usually [7]  200/4 200/18 241/25 242/8 243/15 249/10 249/12
utilize [1]  320/22
utilized [1]  390/2

**V**

valid [5]  372/11 372/24 372/24 389/21 391/15
validation [1]  145/18
variation [1]  174/21
variations [1]  205/13
varied [1]  371/24
various [9]  144/3 286/5 293/22 293/24 347/4 350/15 356/20 357/7 367/24
vast [6]  174/2 174/15 249/3 249/3 249/18 278/16
vehicle [1]  139/3
verbal [1]  205/2
verdict [6]  146/12 146/18 177/5 211/14 400/25 401/7
verification [3]  178/20 178/25 180/12
verified [3]  387/16 387/20 388/5
verifies [1]  384/25
verify [2]  384/1 385/12
version [4]  371/4 371/23 374/25 376/7
versus [6]  197/25 249/7 259/8 329/16 347/18 385/15
very [26]  145/20 162/7 168/9 180/9 208/2 219/19 257/19 271/11 272/6 272/9 277/1 283/6 289/25 296/24 298/8 311/10 315/14 315/20 322/3 344/15 351/15 353/3 353/5 365/20 379/10 391/14
Vi [1]  166/8
via [2]  300/7 323/21
Vice [1]  277/21
view [1]  282/8
violate [1]  165/23
violated [1]  157/6
violation [1]  153/18
violations [1]  316/23
voluntarily [1]  146/20
VISALUS [315]
ViSalus's [34]  158/8 159/12 160/24 161/18 163/1 163/4 165/12 166/11 166/12 167/5 168/5 169/10 169/16 170/5 171/21 214/2 214/22 215/2 215/3 215/5 220/20 220/21 241/3 252/13 268/11 268/18 268/19 268/21 268/22 269/17 270/6 308/1 309/16 310/16
ViSalusSciences.com [1]  222/15
visual [1]  244/7
vitamins [1]  214/14
voice [48]  153/17 155/14 158/22 158/24 159/3 159/19 160/15 160/22 172/24 173/1 173/4 173/13 173/16 173/21 187/21 187/23 188/7 188/9 193/11 203/11 203/14 205/24 206/1 206/5 206/9 206/11 206/12 226/13 226/14 227/6 240/7 241/4 242/4 242/10 242/15 242/21 257/22 271/3 276/11 296/15 324/12 324/24 325/7 327/24 345/4 345/7 366/5 368/6
Voice Casting [2]  173/1 173/13
voices [2]  175/1 263/18
Volume [1]  134/11
voluminous [5]  358/3 394/25 395/1 395/2 395/23
VP [2]  284/8 284/16

**W**

W-A-K-E-F-I-E-L-D [1]  212/10
wait [5]  159/18 259/24 274/15 313/1 353/9
WAKEFIELD [100]  134/4 136/7 154/12 154/13 156/20 156/22 157/10 160/6 160/22 160/25 161/2 161/22 162/6 175/15 175/20 178/15 180/19 181/17 183/25 184/22 190/16 191/9 192/14 193/6 194/20 195/17 195/20 201/10 201/12 206/12 206/22 208/12 208/18 208/20 208/24 209/5 209/22 212/6 212/10 212/14 212/17 212/18 213/10 213/17 216/17 217/18 218/5 219/1 222/5 223/8 225/11 225/18 225/24 226/11 227/5 227/19 229/2 229/15 231/9 231/20 232/22 234/24 237/5 238/14 239/12 239/23 240/3 242/24 243/3 244/2 244/19 245/6 246/17 248/5 249/2 249/9 249/17 250/17 251/2 251/12 252/3 255/22 260/12 261/9 268/7 268/11 270/5 271/11 307/25 324/8 324/10

WAKEFIELD... **[8]** 333/17 333/19 333/21 334/9 334/23 360/12 360/14 362/5

Wakefield's **[11]** 162/17 179/3 181/25 184/17 185/14 185/22 186/13 186/16 188/15 311/12 334/7

Wakefields' **[1]** 203/15

walk **[1]** 299/13

walked **[1]** 263/7

walks **[1]** 137/6

want **[82]** 145/19 146/11 147/20 148/19 149/16 150/8 150/14 152/8 155/18 164/15 167/3 168/17 172/1 173/22 175/11 176/7 177/10 177/11 206/24 210/24 217/25 218/13 224/7 250/20 252/10 252/11 255/8 256/23 259/9 264/21 265/10 265/12 272/12 273/6 274/19 275/24 276/1 282/21 284/22 285/5 288/8 294/9 300/16 301/22 304/25 305/8 305/9 305/17 306/3 306/5 307/25 310/10 310/14 314/14 321/25 329/7 329/18 329/21 330/5 330/6 330/8 331/9 331/11 338/6 338/12 338/18 339/25 340/13 342/23 343/14 349/2 351/17 352/4 352/9 352/12 353/3 353/9 353/18 367/17 367/20 379/7 380/6

wanted **[20]** 155/17 172/8 176/15 203/9 208/18 217/20 242/12 250/1 257/24 257/25 258/3 258/4 258/5 267/3 267/9 286/10 310/1 386/15 396/23 399/19

wants **[2]** 273/20 315/5

was **[452]**

wasn't **[11]** 176/2 198/12 219/20 225/23 254/23 258/11 258/25 260/23 261/4 262/23 393/19

waste **[1]** 329/14

watch **[1]** 400/21

watched **[1]** 243/15

way **[60]** 145/15 146/15 146/21 146/24 159/20 160/16 161/10 162/14 163/1 165/24 168/1 169/6 171/18 173/19 176/4 176/9 177/10 179/7 183/18 194/9 245/19 246/2 260/13 274/4 274/18 276/9 278/9 278/10 281/1 281/8 281/20 282/3 286/21 287/1 291/1 293/15 297/20 297/25 299/18 301/8 301/13 302/1 320/22 323/22 335/11 335/15 335/17 336/4 348/21 349/24 360/7 360/18 362/22 362/25 376/11 378/2 383/4 384/7 392/20 393/22

ways **[4]** 280/6 290/12 290/18 293/16

we **[407]**

we're **[3]** 251/13 387/4 397/20

we've **[11]** 137/16 147/1 171/23 174/22 183/23 287/12 290/21 324/6 340/15 347/7 396/11

web **[1]** 319/4

website **[9]** 214/22 215/2 215/3 215/4 220/3 220/20 220/21 266/4 278/16

Wednesday's **[1]** 393/11

week **[1]** 281/12

weeks **[2]** 306/3 307/20

weight **[8]** 153/23 153/23 166/13 210/24 214/10 214/13 219/3 219/20

weight-loss **[2]** 153/23 153/23

weird **[1]** 301/17

welcome **[18]** 152/15 212/3 252/11 253/14 275/10 305/14 315/23 328/16 328/17 328/18 328/21 330/2 347/8 352/7 353/2 353/8 355/13 364/5

well **[50]** 138/1 139/24 140/24 143/4 149/5 150/14 150/23 166/4 168/11 169/3 169/14 171/5 185/4 221/12 223/24 253/9 258/12 260/7 264/6 267/8 274/3 274/12 287/9 287/13 292/9 302/16 304/3 310/8 311/2 311/13 313/17 314/11 315/7 315/14 315/20 318/19 328/8 328/24 329/21 349/14 379/10 383/13 385/2 389/14 389/19 390/2 390/6 391/14 394/24 397/2

went **[10]** 161/18 163/11 214/22 214/22 220/3 266/3 298/8 325/7 370/17 376/1

were **[258]** 137/24 138/11 140/22 140/24 142/8 145/7 145/10 146/3 146/8 146/20 147/18 147/24 147/24 149/9 149/10 149/11 149/12 150/17 157/20 158/6 158/7 158/12 158/17 159/21 159/23 160/2 161/2 161/16 161/25 162/12 168/6 171/15 172/2 172/14 173/1 173/2 173/5 174/7 174/7 175/12 175/15 175/15 175/23 184/22 185/7 185/7 188/15 194/4 195/14 198/1 198/22 199/1 199/12 206/9 207/9 209/24 215/12 221/2 224/17 225/5 226/23 227/1 227/16 227/22 228/6 228/11 229/2 233/20 234/16 237/18 238/7 239/2 239/19 240/5 243/1 243/11 244/23 246/5 247/3 247/6 248/22 248/25 249/2 249/3 249/9 249/23

250/1 256/11 256/17 257/8 257/9 257/13 257/14 259/13 259/17 259/17 259/24 260/4 260/9 260/13 261/11 261/21 261/23 263/5 263/8 263/23 264/2 264/6 264/14 264/16 264/20 265/9 265/14 266/2 266/12 266/19 267/22 267/25 268/1 268/19 268/20 268/21 269/3 269/12 269/20 277/5 278/3 283/4 283/23 284/19 286/6 286/11 286/18 287/2 287/14 287/16 290/5 291/16 293/4 293/13 293/21 297/12 297/17 298/1 298/19 298/22 299/22 299/19 299/19 301/3 302/5 304/17 307/6 309/11 309/13 309/14 309/18 310/15 311/4 311/5 311/5 312/4 312/15 313/20 314/17 316/7 318/25 319/2 319/18 323/14 324/19 325/9 326/4 328/14 329/6 329/10 329/12 329/14 331/7 333/12 334/4 334/7 334/14 334/16 334/21 334/24 338/2 341/23 341/24 342/2 343/16 344/13 346/7 346/20 347/4 347/12 347/17 348/12 348/17 348/23 348/23 349/14 350/8 357/17 361/11 361/12 362/14 363/3 363/16 363/25 364/16 364/19 366/23 367/6 368/23 370/4 370/6 370/9 370/11 370/15 371/13 371/14 371/15 371/17 371/17 372/5 372/5 373/3 375/8 377/1 382/2 382/13 385/2 385/7 385/8 385/16 385/16 386/16 387/2 387/3 388/18 388/22 389/21 390/5 392/6 392/10 394/18 394/19 396/8 396/19 396/23 398/12 398/20 398/21 398/21 399/2

weren't **[5]** 158/16 159/25 171/15 324/2 330/22

western **[1]** 355/19

what **[419]**

what's **[40]** 140/11 140/11 140/23 141/6 141/7 150/21 151/25 161/19 169/14 169/22 199/14 208/11 208/23 213/1 213/9 217/4 223/11 236/9 244/22 247/8 277/20 278/9 284/7 285/5 288/22 294/5 294/5 309/10 309/16 310/22 317/12 328/17 332/9 332/12 332/15 333/25 356/3 360/16 363/11 365/4

whatever **[8]** 144/25 151/14 289/17 344/10 352/8 352/9 353/9 391/19

whatsoever **[1]** 157/17

when **[178]** 146/8 146/10 147/10 148/23 152/21 153/14 154/7 154/9 154/18 155/2 155/21 155/24 160/11 160/13 161/13 162/16 162/16 162/21 164/19 165/17 166/23 168/2 169/20 169/21 169/23 170/8 170/9 170/9 170/22 172/10 173/21 174/14 176/2 191/15 195/24 204/8 204/15 204/22 206/6 213/18 214/3 214/8 215/6 217/16 217/20 217/22 218/1 218/19 218/23 220/5 220/14 221/6 222/11 225/2 225/13 225/15 227/16 231/3 231/23 237/3 238/15 238/20 240/12 240/20 240/22 241/2 241/2 241/11 241/14 241/25 242/3 242/6 243/3 243/8 245/3 245/21 246/8 249/2 249/23 250/11 256/11 257/23 258/2 258/12 259/6 259/15 259/23 261/5 262/21 263/2 263/6 263/10 264/16 264/19 266/3 266/8 266/12 267/3 267/21 268/17 268/25 270/7 270/12 279/23 283/19 284/20 285/1 286/7 289/2 289/5 289/13 291/14 291/18 293/4 293/18 294/6 295/11 296/14 298/18 299/3 299/5 299/7 299/7 299/15 304/12 311/4 311/5 312/4 312/9 313/20 314/20 317/11 318/12 320/6 320/24 323/6 323/7 323/22 323/25 329/8 329/17 330/5 330/8 331/5 331/20 333/9 334/12 338/5 339/21 342/9 348/9 349/1 360/18 361/9 361/11 362/24 363/6 363/19 363/24 365/1 369/9 369/11 369/25 370/5 370/25 371/3 375/5 378/24 378/24 379/1 379/19 380/6 387/1 387/15 397/2 397/24 398/4 400/12

whenever **[4]** 153/12 177/23 252/9 252/11

where **[73]** 140/12 140/19 144/13 150/7 150/10 158/1 158/22 158/24 159/2 159/3 160/2 160/11 161/15 161/17 161/23 162/24 163/25 164/21 167/23 177/10 177/12 182/16 184/12 190/23 199/17 201/9 206/10 212/24 215/17 226/12 226/15 226/17 227/6 234/18 238/15 240/12 254/18 256/3 266/22 266/24 267/12 267/17 279/2 290/5 290/10 306/20 307/15 310/2 312/16 314/5 315/2 315/18 315/18 318/10 318/10 320/11 322/19 332/6 355/18 355/24 356/15 356/19 365/16 367/21 368/2 368/5 370/14 370/19 382/17 385/4 385/9 394/23 395/10

whereas **[3]** 206/5 329/18 397/19

whether **[63]** 139/7 145/1 145/8 145/16 147/7 147/13 147/17 149/2 163/8 163/19 176/4 176/6 182/12 185/20 190/11 191/19 195/6 208/21 209/6 209/21 210/1 210/25 240/5 240/9 243/17 243/18 245/7 246/11 260/14 260/14 261/4 261/13 261/14 261/21 268/11 271/6 273/9 273/10 274/6 291/11 299/25 302/2 304/17 326/5 329/10 332/14 348/19 362/25 363/7 363/20 363/25 372/6 379/13 380/9 385/12 393/4 393/25 394/6 394/7 394/21 395/16 396/16 397/9

which **[96]** 137/9 137/10 137/17 138/17 138/17 139/1 139/2 143/7 145/15 145/5 146/14 147/9 147/9 149/25 150/1 150/18

**W**

**which... [80]** 162/10 162/18 163/23 165/25 166/11 166/16 168/1 169/17 170/5 170/16 172/22 172/25 173/6 174/7 174/25 176/1 179/3 184/4 185/21 190/19 191/23 196/8 197/10 201/25 202/24 205/22 228/11 253/11 260/18 265/14 267/22 275/2 276/14 281/15 282/7 282/20 282/20 282/21 295/23 302/10 309/1 309/3 309/23 310/1 311/8 312/6 313/20 317/17 322/20 326/15 328/9 330/5 330/12 330/20 334/22 336/15 338/19 349/11 359/7 359/9 359/10 359/13 361/17 361/23 364/4 367/13 367/17 368/16 369/4 371/4 372/22 376/20 382/25 383/11 383/20 383/20 383/21 388/8 397/17 400/14

**whichever [1]** 281/8

**while [5]** 137/22 189/6 199/13 287/24 387/11

**White [1]** 183/13

**whiteboard [1]** 189/6

**who [86]** 141/1 142/22 153/25 154/1 154/20 154/20 154/23 156/11 158/2 159/11 159/18 159/19 159/21 159/23 160/6 168/12 168/18 169/24 169/25 170/4 170/14 171/10 171/15 173/10 175/5 180/16 185/8 199/18 199/20 202/15 205/3 211/3 217/10 222/19 234/13 238/16 247/14 248/1 259/20 267/6 276/3 277/16 278/11 278/12 278/13 281/6 281/7 281/7 281/17 281/21 281/23 284/5 287/24 302/14 316/14 318/10 319/12 319/25 320/11 320/13 320/13 320/15 323/15 326/25 327/1 328/18 332/1 332/2 334/6 336/9 339/23 341/17 341/19 342/3 344/1 344/4 344/6 344/8 348/16 349/15 353/17 355/22 385/23 388/15 389/23 400/11

**whole [8]** 172/3 172/11 283/3 284/16 330/14 331/9 343/15 390/24

**whose [9]** 161/24 214/1 247/12 247/24 286/1 286/21 287/2 297/20 298/1

**why [47]** 141/18 141/19 143/9 147/10 148/8 152/16 152/16 159/9 165/10 165/23 177/4 184/2 185/6 194/8 195/22 198/11 201/6 217/24 218/12 218/21 224/19 225/20 232/11 241/24 250/17 253/9 259/9 262/24 264/23 265/2 266/7 272/15 302/23 305/17 306/5 324/5 325/24 329/6 341/21 343/23 345/3 345/7 353/15 369/9 396/20 396/21 399/21

**wife [2]** 167/1 355/21

**will [136]** 141/1 143/1 145/15 146/24 147/13 148/5 148/18 149/22 152/8 152/20 152/25 153/1 153/7 153/21 157/14 157/22 157/23 158/4 158/7 158/14 158/16 159/5 160/6 160/7 160/11 160/14 160/16 160/23 161/1 161/10 161/25 162/5 162/9 162/10 162/14 162/17 163/17 163/21 164/17 165/1 166/8 167/5 168/4 169/24 171/2 173/7 176/11 177/8 178/16 179/8 179/15 180/23 183/15 183/17 189/3 189/17 189/22 201/19 203/21 208/6 209/7 209/13 210/17 210/17 212/24 216/9 221/13 226/1 226/4 227/21 227/22 228/8 228/20 229/12 246/17 265/19 271/14 271/17 271/21 272/19 274/10 274/12 274/19 274/21 275/25 276/2 276/3 276/6 276/14 276/17 279/5 281/8 283/14 307/19 308/10 308/15 308/18 308/24 309/21 310/5 311/16 313/22 330/14 335/18 337/17 338/19 349/23 351/10 352/2 352/6 352/11 352/11 352/16 353/9 353/11 358/19 365/19 372/8 372/9 373/1 373/24 374/25 379/8 382/5 390/16 390/21 391/3 391/5 395/18 400/1 400/5 400/20 401/4 401/5

**willing [1]** 358/21

**win [5]** 154/23 156/11 209/7 209/13 302/10

**win-backs [1]** 302/10

**WinBack [72]** 154/22 155/1 156/10 171/13 171/14 171/24 172/1 176/15 230/8 230/22 286/9 286/12 286/14 286/15 287/8 287/16 288/2 288/11 289/21 291/23 293/1 293/5 293/13 294/12 296/1 296/11 296/13 296/14 296/15 296/16 296/17 302/6 302/8 302/12 302/14 303/19 303/22 309/13 310/15 310/25 311/8 311/10 320/10 320/13 320/14 320/15 321/17 323/3 325/11 334/18 334/24 335/1 335/11 335/18 336/2 336/3 336/5 336/19 341/16 341/25 347/6 348/10 348/12 348/17 348/23 350/11 350/18 350/23 357/24 371/14 371/15 371/18

**WinBackP20 [1]** 294/10

**WinBacks [1]** 336/1

**wind [1]** 307/16

**winning [1]** 209/8

**wish [5]** 153/12 305/15 315/25 352/8 373/25

**wishes [1]** 137/12

**withdrawn [1]** 204/14 361/10 366/20

**within [17]** 142/7 156/7 199/15 274/11 285/13 288/1 288/24 291/19 295/3 315/21 315/23 355/6 357/19 359/16 372/12 372/13 373/8

**without [13]** 137/5 139/13 141/20 146/10 208/10 271/19 286/15 352/1 358/23 383/23 392/1 401/5 402/8

**witness [43]** 138/22 138/24 140/10 140/13 148/14 148/15 177/9 177/14 177/19 207/22 212/4 212/7 251/23 271/8 271/21 273/6 273/7 274/14 275/17 275/18 275/19 276/9 276/13 276/19 279/16 280/11 283/7 283/9 303/1 305/9 312/5 351/12 352/2 353/16 353/17 353/22 354/19 379/8 394/21 400/10 400/13 400/13 400/14

**witness's [1]** 140/12

**witnesses [6]** 136/5 139/6 159/12 275/21 276/7 276/8

**won't [9]** 164/16 165/7 165/9 165/10 273/10 274/4 274/5 274/5 306/2

**wondering [1]** 337/7

**word [2]** 321/21 321/22

**words [2]** 264/10 349/23

**work [24]** 141/14 142/23 142/24 143/1 162/17 165/15 169/2 267/7 287/11 298/9 317/16 337/16 355/24 355/25 356/22 356/25 373/10 375/20 375/22 384/2 387/21 388/5 388/13 389/12

**worked [6]** 173/10 266/11 316/16 319/15 356/19 367/13

**working [8]** 156/15 167/19 168/5 175/5 199/13 202/15 298/11 356/19

**works [4]** 163/1 179/7 317/15 389/18

**world [1]** 167/20

**worms [1]** 379/9

**worried [2]** 305/25 392/21

**worry [1]** 322/13

**worrying [1]** 392/25

**worse [1]** 400/1

**worth [1]** 144/25

**would [294]**

**wouldn't [7]** 172/9 221/3 259/7 291/21 324/15 336/20 390/4

**wound [1]** 361/15

**wrapping [1]** 151/17

**write [5]** 161/16 167/14 189/6 189/16 225/15

**written [11]** 164/4 164/8 221/2 221/6 222/11 223/5 224/1 252/13 259/12 269/18 275/21

**wrong [9]** 170/10 184/20 234/2 263/4 263/5 269/10 269/21 300/14 313/6

**wrote [1]** 195/13

**Y**

**yard [1]** 245/15

**yeah [24]** 220/8 223/7 229/25 232/21 234/5 246/23 249/8 252/21 258/7 266/15 266/21 268/5 284/11 285/23 289/10 291/15 291/22 295/16 297/10 297/10 298/15 300/5 321/17 381/9

**year [8]** 147/2 154/15 154/15 155/7 213/16 296/1 355/23 399/11

**years [21]** 156/20 166/4 176/15 185/5 213/8 225/4 235/25 243/10 267/7 267/10 277/19 277/23 278/2 278/8 284/13 284/13 285/22 303/16 355/21 356/24 357/16

**yes [387]**

**yes-or-no [1]** 360/24

**yet [5]** 179/6 213/15 241/3 281/22 367/18

**you [1460]**

**you'd [4]** 255/14 324/23 360/6 373/10

**you'll [13]** 159/8 159/24 160/20 160/20 161/22 162/25 163/4 164/20 170/25 175/1 314/6 344/8 360/7

**you're [30]** 152/15 153/9 157/16 162/21 174/8 200/8 253/14 287/21 290/13 290/13 290/17 290/25 294/6 299/18 307/5 312/25 315/3 327/12 330/1 337/16 348/19 352/7 353/8 361/24 364/5 372/14 379/7 383/21 397/16 400/17

**you've [29]** 164/4 165/4 168/19 168/25 181/25 228/5 235/1 241/18 245/22 270/16 290/10 327/19 341/4 376/20 379/21 381/2 392/15

**your [427]**

**Your Honor [140]** 137/14 137/18 139/17 141/10 142/19 143/8 143/15 143/19 144/18 145/19 145/25 148/18 148/20 148/23 149/4 149/16 150/15 150/20 151/13 152/3 152/6 153/19 165/3 177/17 177/25 180/1 180/7 181/18 187/25 188/17 188/23 189/5

## Y

**Your Honor... [108]** 189/12 189/22 190/1 190/2 190/5 191/3 191/5 194/1 194/7 196/6 200/21 203/17 203/25 207/24 208/17 208/19 208/19 211/13 211/16 212/5 215/18 221/11 221/19 223/16 227/20 251/20 251/22 252/8 254/8 255/17 256/24 260/3 271/8 271/21 273/5 273/17 274/17 274/22 274/24 275/5 275/7 277/4 283/10 283/16 283/20 292/7 294/13 296/20 296/23 302/17 303/2 303/7 304/22 304/25 306/10 306/18 307/13 307/21 308/8 309/2 310/14 310/21 312/25 313/25 322/15 330/11 330/17 336/24 337/3 337/12 338/18 339/25 340/13 344/20 344/24 345/15 349/19 350/2 351/7 351/15 352/19 352/25 353/23 354/17 358/2 358/22 358/24 359/2 359/25 361/1 361/5 363/10 365/18 373/15 373/23 374/3 379/10 390/11 392/8 392/14 393/8 394/8 396/21 396/24 398/23 399/16 400/19 401/2
**Your Honor's [1]** 306/23
**yourself [6]** 178/8 212/16 289/4 341/4 367/2 379/8
**yourselves [2]** 271/15 390/19

## Z

**Zachary [1]** 135/13
**zero [3]** 148/1 187/11 187/14
**zone [1]** 187/17
**zoom [3]** 183/23 194/14 216/22