DOVEL & LUNER, LLP
Simon Franzini, Cal. Bar #287631*
simon@dovel.com
Gregory S. Dovel, Cal. Bar #135387*
greg@dovel.com
Jonas Jacobson, Cal. Bar #269912*
jonas@dovel.com
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Tel: (310) 656-7066
Fax: (310) 656-7069

(additional counsel listed on next page)

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| **LORI WAKEFIELD**, individually and on behalf of a class of others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>**VISALUS, INC.**, a Nevada corporation,<br><br>　　　　　　Defendant. | No. 3:15-cv-01857-SI<br><br>**Joint motion to extend the briefing schedule on ViSalus' motion to decertify** |

EDELSON PC
Rafey S. Balabanian, ILB #6285687*
rbalabanian@edelson.com
Eve-Lynn J. Rapp, ILB #6300632*
erapp@edelson.com
Lily E. Hough, SBN #315277*
lhough@edelson.com
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: (415) 212-9300
Fax: (415) 373-9435

FORUM LAW GROUP
Scott F. Kocher, OSB #015088
Stephen J. Voorhees, OSB #150595
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204
Tel/Fax: (503) 445-2120

* admitted *pro hac vice*

*Attorneys for Plaintiff Wakefield and the Certified Class*

## LR 7.1 CERTIFICATION

The undersigned counsel certify that they have conferred and jointly agree to the relief requested herein.

## JOINT MOTION

Plaintiff Lori Wakefield ("Plaintiff") and Defendant ViSalus, Inc. ("Defendant") jointly move the Court to extend the deadline for Plaintiff to respond to ViSalus' Motion to Decertify the Class (Dkt. 306), from May 31, 2019 until June 3, 2019, and for a corresponding three-day extension for Defendant to file its reply, from June 14, 2019 until June 17, 2019.  In support of their joint request, the parties state as follows:

1. During a telephone conference on April 22, 2019, the Court ordered Defendant to file its motion to decertify the class by May 17, 2019, Plaintiff to file her response by May 31, 2019, and Defendant to file its reply by June 14, 2019 (Dkt. 292).

2. On May 17, 2019, Defendant filed its Motion to Decertify the Class (Dkt. 306).

3. On May 30, 2019, Plaintiff requested that Defendant agree to a three-day extension on Plaintiff's Response to Defendant's Motion to Decertify the Class (to Monday, June 3, 2019).  Plaintiff stated that she would agree to a reciprocal three-day extension on Defendant's Reply (to Monday, June 17, 2019).  Defendant agreed.

4. Good cause exists for the requested extension.  Plaintiff has been working diligently to prepare her response, which requires the additional time to address the numerous issues raised in Defendant's motion.  This extension will not impact other existing deadlines.  This extension is not sought for purposes of delay.

NOW THEREFORE, Plaintiff Lori Wakefield and Defendant ViSalus, Inc. respectfully and jointly request that the Court enter an Order (i) extending the May 31, 2019 deadline for Plaintiff to file her response to Defendant's motion to decertify until June 3, 2019, and (ii) extending the June 14, 2019 deadline for Defendant to file its reply until June 17, 2019.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: May 30, 2019 | By: /s/ *Jonas Jacobson* |

DOVEL & LUNER, LLP
Simon Franzini, Cal. Bar #287631*
simon@dovel.com
Gregory S. Dovel, Cal. Bar #135387*
greg@dovel.com
Jonas Jacobson, Cal. Bar #269912*
jonas@dovel.com
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Tel: (310) 656-7066
Fax: (310) 656-7069

EDELSON PC
Rafey S. Balabanian, ILB #6285687*
rbalabanian@edelson.com
Eve-Lynn J. Rapp, ILB #6300632*
erapp@edelson.com
Lily E. Hough, SBN #315277*
lhough@edelson.com
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: (415) 212-9300
Fax: (415) 373-9435

FORUM LAW GROUP
Scott F. Kocher, OSB #015088
Stephen J. Voorhees, OSB #150595
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204

Tel/Fax: (503) 445-2120

\* admitted *pro hac vice*

*Attorneys for Plaintiff Wakefield and the Certified Class*

Date: May 30, 2019                By:  /s/ *John O'Neal*

MANATT, PHELPS & PHILLIPS LLP
John W. McGuinness\*
jmcguinness@manatt.com
11355 W. Olympic Blvd
Los Angeles, CA 90064
Telephone: 310.312.4000
Facsimile: 310.312.4224

MILLER NASH GRAHAM & DUNN LLP
Joshua M. Sasaki, P.C., OSB No. 964182
josh.sasaki@millernash.com
Nicholas H. Pyle, OSB No. 165175
nicholas.pyle@millernash.com
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

QUARLES & BRADY LLP
John Maston O'Neal\*
john.oneal@quarles.com
Zachary S. Foster\*
zachary.foster@quarles.com
Two N. Central Avenue
One Renaissance Square
Phoenix, Arizona 85004-2391
Telephone: 602.229.5200
Facsimile: 602.229.5690

\* admitted *pro hac vice*

*Attorneys for Defendant ViSalus, Inc.*

Joint motion to extend the briefing schedule on ViSalus' motion to decertify