Joshua M. Sasaki, P.C., OSB No. 964182
josh.sasaki@millernash.com
Jonathan H. Singer, OSB No. 105048
jonathan.singer@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

Christine M. Reilly (pro hac vice)
creilly@manatt.com
John W. McGuinness (pro hac vice)
jmcguinness@manatt.com
MANATT, PHELPS & PHILLIPS LLP
11355 W. Olympic Blvd
Los Angeles, CA  90064
Telephone: 310.312.4000
Facsimile: 310.312.4224

John Maston O'Neal (pro hac vice)
john.oneal@quarles.com
Zachary S. Foster (pro hac vice)
zachary.foster@quarles.com
QUARLES & BRADY LLP
Two N. Central Avenue
One Renaissance Square
Phoenix, Arizona 85004-2391
Telephone: 602.229.5200
Facsimile: 602.229.5690

*Attorneys for Defendant*
ViSalus, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| LORI WAKEFIELD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VISALUS, INC., a Nevada corporation,<br><br>Defendant. | No.  CV No. 3:15-cv-01857-BR<br><br><br>**NOTICE OF FILING FCC ORDER GRANTING WAIVER TO DEFENDANT; REQUEST FOR JUDICIAL NOTICE; AND REQUEST FOR STATUS CONFERENCE** |

Defendant, ViSalus, Inc. ("**ViSalus**"), gives notice of filing the FCC Order granting waiver to ViSalus, and pursuant to Rule 201 Federal Rules of Evidence, requests that the Court take judicial notice of that Order.

The Court will recall both from previous briefing and from the briefing and argument on Plaintiff's request for enhanced damages that ViSalus obtained consents from its promoters and customers.   However, in 2012, and effective October 16, 2013, the FCC promulgated new rules regarding the form of consent and disclosures required under the TCPA.  Although the customers and promoters provided consents to ViSalus, they did not meet the technical requirements of the FCC's new rules. Accordingly, on September 14, 2017, ViSalus petitioned the FCC for a waiver of the new consent requirements (the "Petition") under the FCC protocols. (Dkt. 296, Defendant's Opening Brief Regarding Willfulness and Enhanced Damages, Exhibit "A" thereto).

Yesterday, June 13, 2019, the FCC approved ViSalus's Petition and granted ViSalus "retroactive waivers [of the consent rules] to calls made on or before October 7, 2015."  A copy of the FCC's Order granting ViSalus's Petition (the "Order") is attached as Exhibit "A".  Visalus requests that the Court take judicial notice of and consider the Order when ruling on Plaintiff's request for enhanced damages.  The Order further demonstrates that enhanced damages are not warranted in this case.  ViSalus had consent to call Plaintiff and the members of the class which – until yesterday – were in a form that did not meet the technical requirements of the FCC's changed regulations.  The Order not only reaffirms that ViSalus's conduct was not the type which warrants enhanced damages, but also now demonstrates that ViSalus did not violate the TCPA in the manner Plaintiff claims.

The Order obviously has implications for other matters before the Court and issues central to the case, including class certification, new trial, and others. ViSalus will supplement its submissions for the Court on those issues in the near future and as the Court specifies.  However, given that the Order was just issued and that the Court has not yet ruled on enhanced damages, ViSalus has submitted the Order immediately to the Court so it may give it due consideration as the Court further considers the issue.

ViSalus also requests that the Court set a status conference to allow the parties to discuss with the Court their respective views on the impact of the Order on the case.

Notice of FCC Order Granting Waiver to Defendant; Request for Judicial Notice; and Request for Status Conference

3

DATED this 14th day of June, 2019.    QUARLES & BRADY LLP


By */s/John Maston O'Neal*
_____

**John Maston O'Neal** (admitted pro hac vice)
john.oneal@quarles.com
**Zachary S. Foster** (admitted pro hac vice)
zachary.foster@quarles.com
QUARLES & BRADY LLP
101 E. Kennedy Blvd., Ste. 3400
Tampa, FL 33602
Telephone: 813.387.0300
Facsimile: 813.387.1800

MILLER NASH GRAHAM & DUNN LLP
Joshua M. Sasaki, P.C., OSB No. 964182
josh.sasaki@millernash.com
Nicholas H. Pyle, OSB No. 165175
nicholas.pyle@millernash.com
Telephone:  503.224.5858
Facsimile:  503.224.0155

Christine M. Reilly (pro hac vice)
creilly@manatt.com
John W. McGuinness (pro hac vice)
jmcguinness@manatt.com
MANATT, PHELPS & PHILLIPS LLP
11355 W. Olympic Blvd
Los Angeles, CA  90064
Telephone: 310.312.4000
Facsimile: 310.312.4224

*Attorneys for Defendant ViSalus, Inc.*

Notice of FCC Order Granting Waiver to Defendant; Request for Judicial Notice; and Request
for Status Conference
4

I hereby certify that I served the foregoing on Plaintiff the foregoing document:

Scott F. Kocher
Stephen J. Voorhees
FORUM LAW GROUP LLC
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204
Telephone: 503.445.2102
Fax: 503.445.2120
E-mail: scott@forumlawgroup.com
        stephen@forumlawgroup.com
*Attorneys for Plaintiff*

Rafey S. Balabanian (*pro hac vice*)
Eve-Lynn Rapp (*pro hac vice*)
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, CA 94107
Telephone: 415.212.9300
Fax: 415.373.9435
E-mail: rbalabanian@edelson.com
        erapp@edelson.com
*Attorneys for Plaintiff*

Stefan Coleman
Law Offices of Stefan Coleman, LLC
1309 Jericho Tpke, 2nd Floor
New Hyde Park, NY 11040
Tel: 877.333.9427
Fax: 888.498.8946
E-mail: law@stefancoleman.com
*Attorneys for Plaintiff*

Benjamin H. Richman (*pro hac vice*)
EDELSON PC
350 N. LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: 312.589.6370
Fax: 21.589.6378
E-mail: brichman@edelson.com
*Attorneys for Plaintiff*

by the following indicated method or methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **E-mail.** As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐ **Facsimile communication device.**

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

☐ **Overnight courier, delivery prepaid.**

DATED this 14th day of June 2019,

*/s/John Maston O'Neal*
Attorneys for Defendant ViSalus, Inc.

Defendant's Response in Opposition to Plaintiff's Request for Enhanced Damages