# EXHIBIT 20

— RE-ACTIVATE —

# VISALUS™ INDEPENDENT PROMOTER (VIP) APPLICATION

Fax Form to 1.877.547.1570

PROMOTER SYSTEMS

☐ BASIC $49
☒ EXECUTIVE $499
☐ STAR $999

+ PURCHASE YOUR CHALLENGE KIT FROM $49–$299

RISINGSTAR — VISALUS INNER CLUB

TOTAL RETAIL VALUE $1,897

RISINGSTAR — VISALUS INNER CLUB

## STEP 2: Select Your Monthly Challenge Kit. Choose the items you would like shipped to you each month.

☐ FIT KIT $299
☐ TRANSFORMATION KIT $249
☐ CORE KIT $199
☐ SHAPE KIT $99
☒ BALANCE KIT $49

CHOOSE YOUR AUTO-SHIP DATE
☒ 5th  ☐ 12th  ☐ 19th

Executive enrollment AutoShip orders will be processed and shipped starting the next month on the selected date. Basic enrollment AutoShip orders will be processed and shipped with your enrollment package. If selected date lands on a weekend or holiday, orders will be processed on the last business day prior.

Vi COMMUNITY CHALLENGE
50 CHILDREN'S SHAKE MEALS DONATION $24
QTY _____
Shake Meal for Meal Match!

## STEP 3: Additional Products

All additional product orders will be processed and shipped with your enrollment package.

| QTY | ITEM NAME | ITEM PRICE | AUTO-SHIP | ONE-TIME | QTY | ITEM NAME | ITEM PRICE | AUTO-SHIP | ONE-TIME |
|---|---|---|---|---|---|---|---|---|---|
| | 50 Tasker Packs | $250 | ☐ | ☐ | | Nutra-Cookie™: Pick a Flavor | | | |
| | 25 Starter Packs | $250 | ☐ | ☐ | | Oatmeal Raisin | $34/box | ☐ | ☐ |
| 1 | ViSalu GO!™ 2 oz Shots | $60/box | ☒ | ☐ | | Peanut Butter | $34/box | ☐ | ☐ |
| | ViSalu PRO™ Drink Mix | $50/box | ☐ | ☐ | | Chocolate Chip | $34/box | ☐ | ☐ |
| | Vi-pak® | $99 | ☐ | ☐ | | (Vi-Slim N1212) | $40 | ☒ | |

See Product Price Sheet for Item Numbers and pricing information.

## STEP 4: Vi-Net® Login & Additional Tools

Please select a unique username and password to access your ViSalus Back Office. If neither Username choice is available, usernames will default to your mobile number.

Passwords must have 6-15 characters and contain at least one letter and one symbol, e.g. pas%123

[1st Choice] ████
[2nd Choice] ████

You will automatically be subscribed to Vi-Net Pro plus ViSalus Success Club Subscription for $29/mo.

Upgrade to Vi-Net Pro Swipe for $29/mo and get The Swipe for $49 (one time charge).

To change or cancel, call ViSalus Customer Service at 1-877-VISALUS.

## STEP 5: Personal Information

IP# or SSN: ████

Enroller Last Name: ████  First Name: ████

The Enroller is an existing IP who fills in a new IP. The Enroller completes the new IP paperwork in the depth of his/her organization. Once the enrollment process is complete the enroller can add Enroller signature information to the "Adding Reps" button in Vi-Net.

Last Name: ████  First Name: ████
SSN or Tax ID: ████  Birth Date: ████

Company Name: ████
If doing business as a legal entity, complete and attach the Company Enrollment Form. (If available)

Shipping/Mailing Address: ████
Apt/Suite: ████
City: ████  State: ████  Zip: ████

Billing Address: ████
Apt/Suite: ████
City: ████  State: ████  Zip: ████

Communication Preferences:

Home Phone #: ████  Mobile Phone #: ████
Mobile Phone Provider: ████ (required for ViSalus Mobile Updates/SMS)
E-mail Address: ████

Receive ViSalus News & Updates via: Check at least one
☒ Phone  ☒ Email  ☒ Mobile Text Message (SMS)  ☐ None

Language Preference: ☒ English  ☐ Spanish  ☐ Both
Gender: ☐ Male  ☒ Female

Billing Information:
Full Name on Credit Card: ████
Credit Card Number: ████
Expiration Date: ████  Security Code: ████
Card Type: ☐ Visa  ☒ MasterCard  ☐ Discover  ☐ American Express
Cardholder Signature: ████

I authorize ViSalus to charge my account for the amount listed. I promise to pay such amount to and in agreement governing the use of such card. I understand that ViSalus will apply taxes, shipping and handling charges to my order. If the order is AutoShip or a monthly ViNet Subscription, I authorize ViSalus to auto-charge these products monthly. Cancellations must be submitted at least 5 days prior to the AutoShip date or ViNet billing date.

I understand that to become an Independent Promoter (IP) of ViSalus I am only required to submit this Agreement. I further acknowledge that my advancement in the ViSalus marketing plan is based solely upon the acquisition of customers. My purchase of sales aids or training materials, or attendance at training classes, is strictly optional and at my discretion. I also understand that if I choose to enroll as against other individuals to participate in ViSalus' marketing plan, I will only be compensated based upon the activities of other IPs to the extent of their sales made to customers.

By my signature below and initials on the IP Terms of Agreement on the reverse side, I acknowledge that I have carefully read this Agreement, and I am willing to accept the terms and conditions herein and on the reverse side. I understand that the terms of this Agreement shall be a binding Agreement between ViSalus and me.

Applicant Signature X ████   Date 1/28/2013

This application is not considered complete unless ViSalus receives both the signed and dated Application (page 1) and the initialed Terms of Agreement (page 2).

Receipt of this Agreement I have read and understand ViSalus' Policies and Procedures and Compensation Plan, which are incorporated by reference herein, and agree to abide by them as they may be amended at any time.

I UNDERSTAND THAT I MAY CANCEL THIS AGREEMENT WITHOUT PENALTY OR OBLIGATION AT ANY TIME, FOR ANY REASON. I UNDERSTAND THAT MY NOTICE OF CANCELLATION MUST BE SUBMITTED IN WRITING TO THE COMPANY AT ITS PRINCIPAL BUSINESS ADDRESS. PLEASE SEE OTHER SIDE FOR TERMS.

1607 E. Big Beaver Rd. Suite #110, Troy, MI 48083 • Customer Service 1.877.VISALUS • vi.com
© 2012 ViSalus, Inc. All rights reserved. 01806/0.25 V1