Rafey S. Balabanian, ILB #6285687*
rbalabanian@edelson.com
Eve-Lynn J. Rapp, ILB #6300632*
erapp@edelson.com
Lily E. Hough, Cal. Bar #315277*
lhough@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

* Admitted *pro hac vice*

(additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **LORI WAKEFIELD**, individually and on behalf of a class of all others similarly situated,<br><br>                    *Plaintiff*,<br><br>      v.<br><br>**VISALUS, INC.**, a Nevada corporation,<br><br>                    *Defendant.* | No. 3:15-cv-01857-SI<br><br>**PLAINTIFF'S UPDATED STATUS REPORT REGARDING LIFTING STAY** |

PLAINTIFF'S STATUS REPORT
REGARDING LIFTING STAY                               1

Plaintiff Lori Wakefield ("Plaintiff") is filing this report to update the Court that the parties were unable to reach a resolution through mediation and that the stay entered by the Court should be lifted.

1. After delays caused by the onset of the Covid-19 pandemic, the parties participated in a mediation on May 21, 2020, with the Hon. James F. Holderman (ret.) of JAMS via ZOOM videoconference. (*See* Dkt. 368, ¶ 5.)

2. Although the parties did not reach a settlement during the mediation, the parties agreed to have a second mediation with Judge Holderman. (*See* Dkt. 370.)

3. Based on that understanding, Plaintiff requested a further extension of time until August 3, which the Court granted. (Dkt. 371.)

4. Given recent developments, Plaintiff does not believe that a second mediation will result in a resolution that would have been acceptable to the Class or the Court.

WHEREFORE, Plaintiff respectfully requests that the Court lift the stay, deny Defendant's post-trial motion challenging the constitutionality of the statutory damages (Dkt. 358), and proceed to enter judgment in favor of Plaintiff and the Class.

Respectfully submitted,

**LORI WAKEFIELD,** individually and on behalf of a class of all others similarly situated,

Dated: June 23, 2020

/s/ Lily E. Hough
*One of Plaintiff's Attorneys*

Rafey S. Balabanian, ILB #6285687*
rbalabanian@edelson.com
Eve-Lynn J. Rapp, ILB #6300632*
erapp@edelson.com
Lily E. Hough, Cal. Bar #315277*
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300

        Fax: 415.373.9435

        Simon Franzini, Cal. Bar #287631*
        simon@dovel.com
        Gregory S. Dovel, Cal. Bar #135387*
        greg@dovel.com
        Jonas Jacobson, Cal. Bar #269912*
        jonas@dovel.com
        DOVEL & LUNER, LLP
        201 Santa Monica Blvd., Suite 600
        Santa Monica, California 90401
        Tel: (310) 656-7066
        Fax: (310) 656-7069

        Scott F. Kocher, OSB #015088
        Stephen J. Voorhees, OSB #150595
        FORUM LAW GROUP
        811 S.W. Naito Parkway, Suite 420
        Portland, Oregon 97204
        Tel: 503.445.2120
        Fax: 503.445.2120

        *Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I, Lily E. Hough an attorney, certify that on June 23, 2020, I served the foregoing by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                            /s/ Lily E. Hough