**Joshua M. Sasaki, P.C.**, OSB No. 964182
josh.sasaki@millernash.com
**Nicholas H. Pyle**, OSB No. 165175
Nicholas.pyle@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

**John M. O'Neal** (admitted pro hac vice)
john.oneal@quarles.com
**Zachary S. Foster** (admitted pro hac vice)
zachary.foster@quarles.com
QUARLES & BRADY LLP
2 N. Central Ave.
One Renaissance Square
Phoenix, AZ 85004
Telephone: 602.229.5200
Facsimile: 602.229.5690

Attorneys for Defendant ViSalus, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **LORI WAKEFIELD**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**VISALUS, INC**., a Nevada corporation,<br><br>Defendant. | CV No. 3:15-cv-01857-SI<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Pursuant to LR 83-11, Quarles & Brady, LLP and its attorneys John M. O'Neal and Zachary Foster move the Court for an order allowing them to withdraw as counsel for Defendant Visalus, Inc.  Visalus has consented to the requested withdrawal.  Quarles & Brady, LLP has also consulted with local counsel Miller Nash Graham & Dunn LLP and confirmed that firm does not object to

the requested withdrawal.  Manatt, Phelps & Phillips, LLP will continue to represent Visalus, Inc. in this case.

A proposed form of order is submitted herewith.

DATED this 21st day of August, 2020.

QUARLES & BRADY LLP

By */s/ John Maston O'Neal*

Zachary S. Foster (pro hac vice)
zachary.foster@quarles.com
Telephone: 813.387.0300
Facsimile: 813.387.1800
For Ms. Anchors:
Telephone:  602.229.5200
Facsimile:  602.229.5690

MILLER NASH GRAHAM & DUNN LLP
Joshua M. Sasaki, P.C., OSB No. 964182
josh.sasaki@millernash.com
Nicholas H. Pyle, OSB No. 165175
nicholas.pyle@millernash.com
Telephone:  503.224.5858
Facsimile:  503.224.0155

*Attorneys for Defendant ViSalus, Inc.*

I hereby certify that I served on Plaintiff the foregoing document:

Scott F. Kocher
Stephen J. Voorhees
FORUM LAW GROUP LLC
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204
Telephone: 503.445.2102
Fax: 503.445.2120
E-mail: scott@forumlawgroup.com
    stephen@forumlawgroup.com
*Attorneys for Plaintiff*

Rafey S. Balabanian (*pro hac vice*)
Eve-Lynn Rapp (*pro hac vice*)
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, CA 94107
Telephone: 415.212.9300
Fax: 415.373.9435
E-mail: rbalabanian@edelson.com
    erapp@edelson.com
*Attorneys for Plaintiff*

Simon Franzini (*pro hac vice*)
Gregory S. Dovel (*pro hac vice*)
Jonas Jacobson (*pro hac vice*)
Dovel & Luner LLP
201 Santa Monica Blvd., Ste. 600
Santa Monica, CA 90401
Telephone: 310 656-7066
Fax: 310.656.7069
E-mail: simon@dovel.com
    greg@dovel.com
    jonas@dovel.com
*Attorneys for Plaintiff*

Benjamin H. Richman (*pro hac vice*)
EDELSON PC
350 N. LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: 312.589.6370
Fax: 21.589.6378
E-mail: brichman@edelson.com
*Attorneys for Plaintiff*

Stefan Coleman
Law Offices of Stefan Coleman, LLC
1309 Jericho Tpke, 2nd Floor
New Hyde Park, NY 11040
Tel: 877.333.9427
Fax: 888.498.8946
E-mail: law@stefancoleman.com
*Attorneys for Plaintiff*

by the following indicated method or methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **E-mail.** As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐ **Facsimile communication device.**

3

☐       **First-class mail, postage prepaid.**

☐       **Hand-delivery.**

☐       **Overnight courier, delivery prepaid.**

DATED this 21st day of August, 2020.

                      */s/John Maston O'Neal*
                      Attorneys for Defendant ViSalus, Inc.