IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LORI WAKEFIELD, individually and on behalf of a class of others similarly situated,**<br><br>        Plaintiff,<br><br>        v.<br><br>**VISALUS, INC.**,<br><br>        Defendant. | Case No. 3:15-cv-1857-SI<br><br>**ORDER GRANTING STAY OF EXECUTION OF JUDGMENT AND RELIEF FROM BONDING** |

**Michael H. Simon, District Judge.**

On September 11, 2020, Defendant ViSalus, Inc. moved to stay execution of Plaintiffs' Judgment in an amount not to exceed $925,220,000, pending appeal and for relief from bonding. ECF 392. Under Local Rule 7-1(e)(1), Plaintiffs' response was due September 25, 2020, but Plaintiffs has not responded. The Court concludes that Plaintiffs have waived their response and GRANTS Defendant's motion to stay execution of judgment and for relief from bonding. ECF 392.

      **IT IS SO ORDERED**.

      DATED this 29th day of September, 2020.

                                                /s/ *Michael H. Simon*<br>
                                                Michael H. Simon<br>
                                                United States District Judge