DOVEL & LUNER, LLP
Simon Franzini, Cal. Bar #287631*
simon@dovel.com
Gregory S. Dovel, Cal. Bar #135387*
greg@dovel.com
Jonas Jacobson, Cal. Bar #269912*
jonas@dovel.com
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Tel: (310) 656-7066
Fax: (310) 656-7069

(additional counsel listed on next page)

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| **LORI WAKEFIELD**, individually and on behalf of a class of others similarly situated,<br><br>                      Plaintiff,<br><br>         v.<br><br>**VISALUS, INC.**, a Nevada corporation,<br><br>                      Defendant. | No. 3:15-cv-01857-SI<br><br>**Plaintiff's unopposed motion for an extension of time to file a response to Defendant's motion for judgment as a matter of law and for a new trial** |

EDELSON PC
Rafey S. Balabanian, ILB #6285687*
rbalabanian@edelson.com
Eve-Lynn J. Rapp, ILB #6300632*
erapp@edelson.com
Lily E. Hough, SBN #315277*
lhough@edelson.com
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: (415) 212-9300
Fax: (415) 373-9435

FORUM LAW GROUP
Scott F. Kocher, OSB #015088
Stephen J. Voorhees, OSB #150595
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204
Tel/Fax: (503) 445-2120

* admitted *pro hac vice*

*Attorneys for Plaintiff Wakefield and the Certified Class*

## LR 7-1 CERTIFICATION

Counsel for Plaintiff conferred with counsel for Defendant and Defendant consents to the relief requested.

## MOTION

Plaintiff Lori Wakefield moves to extend the deadline to file a response to Defendant's motion for judgment as a matter of law and for a new trial to October 15, 2020. In support of the motion, Plaintiff states:

1. The current deadline for Plaintiff's response to Defendant's motion for judgment as a matter of law and for a new trial (Dkt. 395) is October 8, 2020.

2. On September 29, 2020, Plaintiff requested that Defendant agree to a one-week extension on the deadline to respond to the motion. Defendant agreed.

3. Good cause exists for the requested extension. Plaintiff requires the additional time to address the numerous issues raised in Defendant's motion, including because counsel for Plaintiff needs to devote significant time to other matters during the response period. This extension will not impact other existing deadlines. This extension is not sought for purposes of delay.

NOW, THEREFORE, Plaintiff respectfully requests that the Court enter an order extending the deadline for Plaintiff to file a response to Defendant's motion for judgment as a matter of law and for a new trial until October 15, 2020.

Date: September 29, 2020              Respectfully submitted,

                                      By: /s/ *Simon Franzini*

DOVEL & LUNER, LLP
Simon Franzini, Cal. Bar #287631*
simon@dovel.com
Gregory S. Dovel, Cal. Bar #135387*
greg@dovel.com
Jonas Jacobson, Cal. Bar #269912*
jonas@dovel.com
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Tel: (310) 656-7066
Fax: (310) 656-7069

EDELSON PC
Rafey S. Balabanian, ILB #6285687*
rbalabanian@edelson.com
Eve-Lynn J. Rapp, ILB #6300632*
erapp@edelson.com
Lily E. Hough, SBN #315277*
lhough@edelson.com
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: (415) 212-9300
Fax: (415) 373-9435

FORUM LAW GROUP
Scott F. Kocher, OSB #015088
Stephen J. Voorhees, OSB #150595
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204
Tel/Fax: (503) 445-2120

* admitted *pro hac vice*

*Attorneys for Plaintiff Wakefield and the Certified Class*

3