# TRIAL EXHIBIT 32

| Campaign Name | Contact List | Start Date | Start Time | End Date | End Time | Complete Contacts | Filtered Contacts | Job ID | Job Status | Refiltered Contact List |
|---|---|---|---|---|---|---|---|---|---|---|
| Promo_Announce | KyleNSTBlast | 3/24/15 | 2:59 p.m. | 3/24/15 | 3:06 p.m. | | 180 | 945 | Contacts Completed | |
| Promo_Announce | CharlesmilyThirty_NST | 3/24/15 | 3:14 p.m. | 3/24/15 | 3:16 p.m. | | 13 | 947 | Contacts Completed | |
| Promo_Announce_2 | NST_Blast_List_PattytoRachel | 3/24/15 | 3:39 p.m. | 3/24/15 | 3:58 p.m. | | 436 | 949 | Contacts Completed | |
| Promo_Announce_3 | MarcoPassananteNST | 3/24/15 | 4:19 p.m. | 3/24/15 | 4:27 p.m. | | 166 | 951 | Contacts Completed | |
| Promo_Announce_3 | Mike_Gehart_NST_Blast | 3/24/15 | 4:28 p.m. | 3/24/15 | 4:32 p.m. | | 66 | 952 | Contacts Completed | |
| Promo_Announce_3 | MattParr_NST_Blast | 3/24/15 | 4:38 p.m. | 3/24/15 | 4:42 p.m. | | 85 | 954 | Contacts Completed | |
| Promo_Announce_3 | AlanGuzzinoNSTBlast | 3/24/15 | 4:55 p.m. | 3/24/05 | 4:59 p.m. | | 86 | 955 | Contacts Completed | |
| Promo_Announce_3 | JakeNSTBlast | 3/24/15 | 5:32 p.m. | 3/24/15 | 5:35 p.m. | | 47 | 956 | Contacts Completed | |
| Promo_Announce_2 | KevinWinback2013Blast | 3/24/15 | 5:39 p.m. | 3/25/15 | 8:29 a.m. | | 800 | 958 | Contacts Completed | |
| Promo_Announce_2 | RachaelNSTBlast | 3/25/15 | 1:34 p.m. | 3/25/15 | 1:48 p.m. | 343 | 320 | 965 | Contacts Completed | |
| Promo_Announce | CharlesmilythirtyNST2 | 3/25/15 | 2:32 p.m. | 3/25/15 | 2:35 p.m. | 40 | 37 | 967 | Contacts Completed | |
| Promo_Announce_3 | MikeGehart2 | 3/25/15 | 2:56 p.m. | 3/25/15 | 3:00 p.m. | | 80 | 968 | Contacts Completed | |
| Promo_Announce_3 | MattParrNSTBlast | 3/25/15 | 3:02 p.m. | 3/25/15 | 3:07 p.m. | | 89 | 969 | Contacts Completed | |
| Promo_Announce_3 | Alan_GuzzinoBlast | 3/25/15 | 3:08 p.m. | 3/25/15 | 3:12 p.m. | | 86 | 970 | Contacts Completed | |
| Promo_Announce_3 | JakeNSTBlast2 | 3/25/15 | 3:22 p.m. | 3/25/15 | 3:56 p.m. | | 827 | 971 | Contacts Completed | |
| Winback_Initial | ChristiReynolds_WinbackJan2015 | 3/26/15 | 6:12 p.m. | 3/27/15 | 5:41 p.m. | 339 | 331 | 985 | Contacts Completed | |
| Us_Credit_Blast | ccdeclinedmarch2015kpblast | 3/27/15 | 9:21 a.m. | 3/27/15 | 7:00 p.m. | | 950 | 987 | Contacts Completed | |
| Promo_Announce | LuceroWinback_CallBlast | 3/30/15 | 3:00 p.m. | 3/31/15 | 9:04 a.m. | 8,174 | 7,622 | 991 | Contacts Completed | |
| Promo_Announce2 | KevinWinbackBlast2013to2014 | 4/1/2015 | 2:40 p.m. | 4/1/2015 | 7:08 p.m. | 3,862 | 3,744 | 996 | Contacts Completed | |
| Promo_Announce3 | Bennett_Courtney_TiffanyWinbackBlast | 4/1/2015 | 2:54 p.m. | 4/1/2015 | 5:31 p.m. | 2,357 | 2,300 | 998 | Contacts Completed | |
| Promo_Announce2 | PattyWinbackBlast | 4/2/2015 | 3:58 p.m. | 4/2/2015 | 5:11 p.m. | 2,175 | 2,100 | 1001 | Contacts Completed | |
| Promo_Announce | DodiOsburn_Winback_Jan2015 | 4/7/2015 | 12:35 p.m. | 4/7/2015 | 12:37 p.m. | 57 | 52 | 1004 | Contacts Completed | |
| Promo_Announce | MonaMieras_Winback_Jan2015 | 4/7/2015 | 12:57 p.m. | 4/7/2015 | 1:11 p.m. | 401 | 337 | 1005 | Contacts Completed | |
| Promo_Announce5 | Tina D Lewis Back Office Neon Sales | 4/20/2015 | 4:30 p.m. | 4/24/2015 | 12:36 p.m. | 4,841 | 4,213 | 1020 | Contacts Completed | |
| Promo_Announce2 | Red_InactiveApril2015 | 4/27/2015 | 10:50 a.m. | 4/28/2015 | 3:03 p.m. | 6,922 | 5,834 | 1037 | Contacts Completed | |
| Promo_Announce2 | WinbackLookBack_RedLetter_Jan2015blast | 4/29/2015 | 9:29 a.m. | 4/30/2015 | 10:21 a.m. | | 10,141 | 1043 | Contacts Completed | |
| Promo_Announce4 | WinbackLookBack_JordanDelacruz_Jan2015blast | 5/1/2015 | 12:06 p.m. | 5/4/2015 | 9:16 a.m. | 5,414 | 4,832 | 1047 | Manually Terminated | |
| Promo_Announce4 | WinbackLookBack_KathyHunter_jan2015Blasst | 5/4/2015 | 9:25 a.m. | 5/4/2015 | 3:00 p.m. | 519 | 503 | 1049 | Contacts Completed | |
| Promo_Announce2 | RachelBlast_5_15Phonemeeting | 5/4/2015 | 11:42 a.m. | 5/4/2015 | 3:02 p.m. | 1,073 | 995 | 1051 | Contacts Completed | |
| Promo_Announce4 | Winback_DustinCrafts_5_5_2015Blast | 5/6/2015 | 10:07 a.m. | 5/6/2015 | 3:00 p.m. | 833 | 807 | 1054 | Contacts Completed | |
| Promo_Announce3 | KyleWESTCoastInactive | 6/1/2015 | 12:00 p.m. | 6/1/2015 | 3:03 p.m. | 1,248 | 1,178 | 1100 | Contacts Completed | |
| Promo_Announce3 | KyleWestCoastActive | 6/1/2015 | 3:17 p.m. | 6/1/2015 | 3:39 p.m. | 393 | 359 | 1102 | Contacts Completed | |
| Promo_Announce3 | RedLettersCustomerBlast | 6/29/2015 | 4:53 p.m. | 7/2/2015 | 11:56 a.m. | 11,813 | 10,741 | 1145 | Manually Terminated | |
| Us_Credit_Blast | VET | 6/30/2015 | 3:44 p.m. | 6/30/2015 | 3:49 p.m. | 88 | 88 | 1148 | Manually Terminated | Bennie List |
| Promo_Announce_2 | ErnestRSTCharlotte2015 | 7/1/2015 | 12:25 p.m. | 7/1/2015 | 3:00 p.m. | 418 | 406 | 1154 | Contacts Completed | |
| Promo_Announce_4 | RSTRachelJuneandJuly | 7/1/2015 | 1:46 p.m. | 7/1/2015 | 3:03 p.m. | 562 | 546 | 1156 | Contacts Completed | |
| Promo_Announce_2 | ErnestRSTSummer2015Philly | 7/1/2015 | 3:25 p.m. | 7/1/2015 | 4:11 p.m. | 830 | 815 | 1158 | | |
| Promo_Announce_3 | GilchristCallBlastReachout | 8/4/2015 | 3:01 p.m. | 8/4/2015 | 4:20 p.m. | 1,879 | 1,780 | 1219 | Contacts Completed | |
| Promo_Announce | TylerHoward60days | 11/18/2015 | 4:00 p.m. | | | | 309 | | | |
| USCanadaDeclineBlast | VETDec2015Blast | 12/30/2015 | 11:52 a.m. | 12/30/2015 | | 136 | 136 | 1571 | | |