# TRIAL EXHIBIT 35

How to Start a campaign with the correct Contact List

1) Log In To POM



2) Click on Home on the Left Side of the screen



3:15-cv-01857

35

3) Select Campaign Manager



4) Find the correct campaign name



5) Make sure the correct contact list is loaded



6) Click on the play button



7) Click on Monitor and verify Campaign is running

