# TRIAL EXHIBIT 36A

## Summary of call outcomes
## ViSalus marketing campaign contact lists

| Outcome | Winback campaigns | Other campaigns | Total |
|---|---|---|---|
| Answer Machine | 1,608,804 | 44,293 | 1,653,097 |
| Nuisance Call | 186,397 | 90,203 | 276,600 |
| No Answer [1] | 163,806 | 8,180 | 171,986 |
| Disconnected By User | 104,354 | 2,795 | 107,149 |
| Ring No Answer | 70,535 | 4,446 | 74,981 |
| OB_No Answer Voice Mail | 37,562 | 15,870 | 53,432 |
| Network Refusal | 34,074 | 1,512 | 35,586 |
| OB_No Answer | 15,016 | 1,416 | 16,432 |
| OB_Hung Up | 11,881 | 41 | 11,922 |
| OB_Reschedule Call | 11,589 | 16 | 11,605 |
| Call Busy | 8,019 | 367 | 8,386 |
| Prospect Not Available | 3,031 | | 3,031 |
| Answer Human | 456 | 927 | 1,383 |
| OB_No | 1,176 | | 1,176 |
| In Queue | 1,059 | | 1,059 |
| Desktop Error | 715 | 108 | 823 |
| Agent Didn't Disposition | 577 | | 577 |
| SIT Tone | 416 | 27 | 443 |
| Invalid | 421 | | 421 |
| OB_Invalid/wrong number | 402 | | 402 |
| Reorder Tone | 383 | 3 | 386 |
| NO ANSWER VOICEMAIL | 348 | | 348 |
| OB_Customer Will Call back | 339 | | 339 |
| Invalid Number | 260 | 8 | 268 |

---

[1] Blue highlight = no artificial or prerecorded voice could have played according to Mr. Gidley. *See* Mr. Gidley's April 4, 2018 declaration.

3:15-cv-01857

36a

| | | | |
|---|---|---|---|
| OB_No off of Visalus | 243 | | 243 |
| Attempt Timeout | 72 | 154 | 226 |
| Re-Schedule Call | 163 | | 163 |
| OB_Please Do Not Call | 156 | | 156 |
| Call Answered | 61 | 89 | 150 |
| Completed | 149 | | 149 |
| OB_Account On Hold/Review/Closed | 135 | | 135 |
| OB_Reschedule call a month out | 103 | | 103 |
| OB_Outside Caller Time | 47 | 4 | 51 |
| Outside Calling Time Zone | 1 | 45 | 46 |
| OB_Agent has call back | 30 | | 30 |
| Callback Postponed | 18 | | 18 |
| OB_Yes | 16 | | 16 |
| OB_Spanish | 15 | | 15 |
| Application Error | 12 | 1 | 13 |
| Callback Terminated | 9 | | 9 |
| OB_Already Purchased | 7 | | 7 |
| OB_Does Not Qualify | 6 | | 6 |
| OB_Successful | 5 | | 5 |
| OB_French | 1 | | 1 |
| No outcome listed | 884,812 | 805,670 | 1,690,482 |
| | | | |
| **Total number of calls** | **3,147,681** | **976,175** | **4,123,856** |
| *Number of calls where no artificial or prerecorded voice could have played according to Mr. Gidley* | *396,651* | *18,795* | *415,446* |
| | | | |
| Calls to numbers associated with a business | 1,816 | 4,908 | 6,724 |