# TRIAL EXHIBIT 37

## DECLARATION OF SCOTT GIDLEY REGARDING DISPOSITION CODES

1.      I, Scott Gidley, make this declaration on behalf of ViSalus, Inc. ("ViSalus"), the defendant in the action *Wakefield v. ViSalus, Inc.*, pending in the U.S. District Court, District of Oregon, Portland Division, No. 3:15-cv-01857-BR (the "Lawsuit").

2.      I am the Compliance Analyst at ViSalus and I am authorized to make this declaration on behalf of ViSalus. As the Rule 30(b)(6) representative for ViSalus for this Lawsuit, I have generally reviewed the POM (Proactive Outreach Manager) Contact spreadsheets, POM Campaign Tracker and documents in the ASR Projects folders produced in this action.

3.      The POM Campaign Tracker spreadsheet identifies an initial spreadsheet used for a calling campaign. For many marketing campaigns on the POM Campaign Tracker, there is a "refiltered" spreadsheet that has the disposition code for the first attempted call under the "reason" column, as the disposition of that initial call is the reason the individual was placed on the refiltered list for a second call.

4.      There are also spreadsheets identified as "call blast" results or "blast" results in the "ASR Projects" folder that likewise list telephone numbers called for marketing campaigns. These spreadsheets identify the disposition code in the "reason" column or in the "results" column. It is likely that POM was used for these ASR campaigns as well, and a voice recording may have been used.

5.      To the best of my knowledge, all of the marketing campaigns that ViSalus ran calling U.S. residents using POM are identified by the spreadsheet name on the POM Campaign Tracker spreadsheet, or are located in the ASR Projects folder and the spreadsheet name includes "call blast results" or "blast results." All of these spreadsheets are listed in the attached Exhibit A hereto.

6.      To the best of my knowledge, ViSalus did not alter the meaning of the POM disposition codes (also called "Completion Codes") from the definitions set forth on pages 85 through 89 of the Using Proactive Outreach Manager manual that was Exhibit 19 to my deposition on December 12, 2017.

7.      To the best of my knowledge, the following disposition codes indicate no voicemail could have played:
   Call Busy
   Disconnected By User
   No Answer
   OB_No Answer
   Reorder Tone
   Ring No Answer
   SIT Tone
   Network refusal
   RS_Outside Call TimeZone

       OB_Outside Caller Time
       Fax

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ~~March~~ April 4, 2018.

_____
Scott Gidley

**EXHIBIT A**

```
              ..
11/10/2016  03:37 PM            4,235 Alan Guzzino NST Blast Results 3 24 2015.csv
11/10/2016  03:37 PM            4,437 Alan Guzzino NST Blast2 Results.csv
11/14/2016  01:35 PM          584,104 April2015_Winback.csv
11/14/2016  01:39 PM          219,518 April2015_WinbackP10.csv
11/14/2016  01:39 PM          207,400 April2015_WinbackP11.csv
11/14/2016  01:38 PM          187,453 April2015_WinbackP12.csv
11/14/2016  01:38 PM          179,909 April2015_WinbackP13.csv
11/14/2016  01:35 PM          170,732 April2015_WinbackP14.csv
11/14/2016  01:34 PM          165,885 April2015_WinbackP15.csv
11/14/2016  01:35 PM          159,804 April2015_WinbackP16.csv
11/14/2016  01:36 PM          153,107 April2015_WinbackP17.csv
11/14/2016  01:39 PM          148,828 April2015_WinbackP18.csv
11/14/2016  01:39 PM          145,634 April2015_WinbackP19.csv
11/14/2016  01:40 PM          492,391 April2015_WinbackP2.csv
11/14/2016  01:36 PM          141,476 April2015_WinbackP20.csv
11/14/2016  01:39 PM          428,640 April2015_WinbackP3.csv
11/14/2016  01:37 PM          399,164 April2015_WinbackP4.csv
11/14/2016  01:35 PM          339,101 April2015_WinbackP5.csv
11/14/2016  01:34 PM          305,274 April2015_WinbackP6.csv
11/14/2016  01:35 PM          276,634 April2015_WinbackP7.csv
11/14/2016  01:39 PM          252,873 April2015_WinbackP8.csv
11/14/2016  01:37 PM          165,923 April2015_WinbackP9.csv
11/14/2016  01:30 PM        4,380,905 AugSepOct2014OrderingCustomersNoViBites_10_16_2014.csv
11/14/2016  01:36 PM           41,943 August 2015 Expired Invalid Winback.csv
11/14/2016  01:35 PM           28,997 August 2015 Expired Invalid WinbackP2.csv
11/10/2016  03:42 PM            1,871 CharlesemilythirtyNST2 Results.csv
11/10/2016  03:42 PM              685 charlesemilythirty_NSTResults.csv
11/10/2016  03:42 PM            1,612 Christi Reynolds Nonactive WinBacks and Neon Summary Results.csv
11/10/2016  03:42 PM           13,439 Christi Reynolds Nonactive WinBacks and Neon.csv
11/10/2016  03:42 PM           19,566 ChristiReynolds_WinBack_Jan2015 Call Detail Results.csv
11/10/2016  03:42 PM            1,677 ChristiReynolds_WinBack_Jan2015 Results Summary.csv
11/10/2016  03:33 PM           86,166 Customer_List_Ryan_Yokome _Jan2015 Neon.csv
11/14/2016  01:37 PM          413,283 Dec2014_Winback.csv
11/14/2016  01:40 PM          353,668 Dec2014_WinbackP2.csv
11/14/2016  01:39 PM          306,169 Dec2014_WinbackP3.csv
11/14/2016  01:37 PM          271,835 Dec2014_WinbackP4.csv
11/14/2016  01:35 PM          194,858 Dec2014_WinbackP5.csv
11/14/2016  01:30 PM            6,092 December2014_WinbackSpanish.csv
11/14/2016  01:29 PM        3,884,517 Did NotBuy NeonYet.csv
```

| | | |
|---|---|---|
| 11/10/2016 03:42 PM | 2,533 | DodiOsburn_WinBack_Jan2015 Results.csv |
| 11/10/2016 03:29 PM | 137,600 | ErnestRSTCharlotte2015 Results.xlsx |
| 11/10/2016 03:29 PM | 254,047 | ErnestRSTSummer2015 Results.xlsx |
| 11/14/2016 01:31 PM | 236,041 | Expired Challenge Campaign.csv |
| 11/14/2016 01:38 PM | 635,735 | Feb2015Winback.csv |
| 11/14/2016 01:37 PM | 772,558 | Feb2015WinbackP2.csv |
| 11/14/2016 01:30 PM | 3,957 | Feb2015_WinbackSpanish.csv |
| 11/14/2016 01:30 PM | 2,601 | Feb2015_WinbackSpanishP2.csv |
| 11/14/2016 01:38 PM | 321,975 | FebCorrectedWinback.csv |
| 11/14/2016 01:37 PM | 159,711 | FebCorrectedWinbackP10.csv |
| 11/14/2016 01:38 PM | 152,442 | FebCorrectedWinbackP11.csv |
| 11/14/2016 01:40 PM | 146,219 | FebCorrectedWinbackP12.csv |
| 11/14/2016 01:39 PM | 139,708 | FebCorrectedWinbackP13.csv |
| 11/14/2016 01:37 PM | 136,427 | FebCorrectedWinbackP14.csv |
| 11/14/2016 01:35 PM | 132,207 | FebCorrectedWinbackP15.csv |
| 11/14/2016 01:34 PM | 125,342 | FebCorrectedWinbackP16.csv |
| 11/14/2016 01:35 PM | 121,823 | FebCorrectedWinbackP17.csv |
| 11/14/2016 01:38 PM | 118,609 | FebCorrectedWinbackP18.csv |
| 11/14/2016 01:37 PM | 116,519 | FebCorrectedWinbackP19.csv |
| 11/14/2016 01:39 PM | 352,388 | FebCorrectedWinbackP2.csv |
| 11/14/2016 01:40 PM | 318,432 | FebCorrectedWinbackP3.csv |
| 11/14/2016 01:35 PM | 305,471 | FebCorrectedWinbackP4.csv |
| 11/14/2016 01:37 PM | 268,009 | FebCorrectedWinbackP5.csv |
| 11/14/2016 01:35 PM | 229,569 | FebCorrectedWinbackP6.csv |
| 11/14/2016 01:34 PM | 209,244 | FebCorrectedWinbackP7.csv |
| 11/14/2016 01:37 PM | 191,624 | FebCorrectedWinbackP8.csv |
| 11/14/2016 01:39 PM | 165,771 | FebCorrectedWinbackP9.csv |
| 11/14/2016 01:37 PM | 1,341,830 | February2015_Winback_USA_CA.csv |
| 11/14/2016 01:32 PM | 14,454 | FreddyMoleroSpanish_10_15_2014.csv |
| 11/14/2016 01:29 PM | 783,139 | FuelDecember2015.csv |
| 11/14/2016 01:28 PM | 4,642,037 | FuelKitUpgrade_ Jan2015.csv |
| 11/14/2016 01:28 PM | 2,955,106 | FuelKitUpgrade_ Jan2015P2.csv |
| 11/14/2016 01:29 PM | 822,305 | FuelKitUpgrade_August2015.csv |
| 11/14/2016 01:28 PM | 4,864,975 | FuelKitUpgrade_February2015.csv |
| 11/14/2016 01:28 PM | 1,289,498 | FuelKitUpgrade_JulyUSCA.csv |
| 11/14/2016 01:29 PM | 4,811,361 | FuelKitUpgrade_June2015USCA.csv |
| 11/14/2016 01:28 PM | 4,515,340 | FuelKitUpgrade_March2015USCA.csv |
| 11/14/2016 01:29 PM | 2 | FuelKitUpgrade_May2015USCA.csv |
| 11/14/2016 01:28 PM | 2,635,425 | FuelKitUpgrade_May2015USCAP2.csv |
| 11/14/2016 01:29 PM | 1,954,464 | FuelKit_April2015USCA.csv |
| 11/14/2016 01:28 PM | 1,173,798 | FuelKit_April2015USCAP2.csv |
| 11/14/2016 01:31 PM | 19,028 | GiftBoxRDPDND.csv |
| 11/14/2016 01:31 PM | 4,081,159 | GreenFridayPlus1NorthAmerica.csv |
| 11/10/2016 03:37 PM | 30,444 | Jake NST Blast 2.csv |
| 11/10/2016 03:37 PM | 43,789 | JakeNSTBlast2Results.csv |
| 11/14/2016 01:39 PM | 567,837 | Jan2015_Winback.csv |

| | | |
|---|---:|---|
| 11/14/2016  01:39 PM | 680,455 | Jan2015_WinbackP2.csv |
| 11/14/2016  01:39 PM | 635,400 | Jan2015_WinbackP3.csv |
| 11/14/2016  01:37 PM | 307,915 | Jan2015_WinbackPart10.csv |
| 11/14/2016  01:38 PM | 289,947 | Jan2015_WinbackPart11.csv |
| 11/14/2016  01:40 PM | 276,193 | Jan2015_WinbackPart12.csv |
| 11/14/2016  01:39 PM | 264,521 | Jan2015_WinbackPart13.csv |
| 11/14/2016  01:36 PM | 253,007 | Jan2015_WinbackPart14.csv |
| 11/14/2016  01:35 PM | 244,621 | Jan2015_WinbackPart15.csv |
| 11/14/2016  01:34 PM | 219,836 | Jan2015_WinbackPart16.csv |
| 11/14/2016  01:34 PM | 222,574 | Jan2015_WinbackPart17.csv |
| 11/14/2016  01:38 PM | 211,199 | Jan2015_WinbackPart18.csv |
| 11/14/2016  01:37 PM | 195,934 | Jan2015_WinbackPart19.csv |
| 11/14/2016  01:34 PM | 188,216 | Jan2015_WinbackPart20.csv |
| 11/14/2016  01:35 PM | 182,536 | Jan2015_WinbackPart21.csv |
| 11/14/2016  01:36 PM | 176,952 | Jan2015_WinbackPart22.csv |
| 11/14/2016  01:35 PM | 172,376 | Jan2015_WinbackPart23.csv |
| 11/14/2016  01:39 PM | 164,883 | Jan2015_WinbackPart24.csv |
| 11/14/2016  01:39 PM | 161,356 | Jan2015_WinbackPart25.csv |
| 11/14/2016  01:38 PM | 157,778 | Jan2015_WinbackPart26.csv |
| 11/14/2016  01:38 PM | 153,943 | Jan2015_WinbackPart27.csv |
| 11/14/2016  01:34 PM | 148,061 | Jan2015_WinbackPart28.csv |
| 11/14/2016  01:34 PM | 145,014 | Jan2015_WinbackPart29.csv |
| 11/14/2016  01:39 PM | 139,307 | Jan2015_WinbackPart30.csv |
| 11/14/2016  01:39 PM | 540,012 | Jan2015_WinbackPart4.csv |
| 11/14/2016  01:39 PM | 457,394 | Jan2015_WinbackPart5.csv |
| 11/14/2016  01:37 PM | 432,213 | Jan2015_WinbackPart6.csv |
| 11/14/2016  01:38 PM | 385,275 | Jan2015_WinbackPart7.csv |
| 11/14/2016  01:34 PM | 353,996 | Jan2015_WinbackPart8.csv |
| 11/14/2016  01:34 PM | 328,754 | Jan2015_WinbackPart9.csv |
| 11/10/2016  03:42 PM | 3,512,123 | JasonOToole _WinBack.csv |
| 11/14/2016  01:31 PM | 5,712 | JillianReturnBlast1099.csv |
| 11/14/2016  01:30 PM | 204 | JillianReturnBlastT4.csv |
| 11/10/2016  03:34 PM | 38,711 | Kevin Winback 2013 Blast Results.csv |
| 11/10/2016  03:33 PM | 180,950 | KevinWinbackBlast 2013 and 2014 Results.csv |
| 11/10/2016  03:30 PM | 626,781 | KPNeonPromotersUSA.csv |
| 11/10/2016  03:30 PM | 6,261 | KPNeonPromotersUSASpanish.csv |
| 11/10/2016  03:32 PM | 8,832 | KyleNSTBlastResults.csv |
| 11/14/2016  01:33 PM | 735,369 | LeadershipLaunchCampaign.csv |
| 11/14/2016  01:32 PM | 632,484 | LeadershipLaunchCampaignNoHostKit.csv |
| 11/14/2016  01:32 PM | 564,281 | LeadershipLaunchCampaignNoHostKitP2.csv |
| 11/14/2016  01:31 PM | 499,387 | LeadershipLaunchCampaignNoHostKitP3.csv |
| 11/14/2016  01:31 PM | 696,462 | LeadershipLaunchCampaign_1_5_2015.csv |
| 11/14/2016  01:32 PM | 538,900 | LeadershipLaunchCampaign_1_5_2015P2.csv |
| 04/04/2018  12:33 PM | 0 | listmyfolder.txt |
| 11/10/2016  03:42 PM | 321,234 | Lucero Call Blast results.csv |
| 11/10/2016  03:42 PM | 282,094 | Lucero_B2BandJ2B_Winback Call Detail Report.csv |

```
11/14/2016  01:37 PM           226,177 Mar2015WinbackP10.csv
11/14/2016  01:35 PM           217,110 Mar2015WinbackP11.csv
11/14/2016  01:37 PM           155,357 Mar2015WinbackP118.csv
11/14/2016  01:35 PM           204,965 Mar2015WinbackP13.csv
11/14/2016  01:37 PM           193,672 Mar2015WinbackP14.csv
11/14/2016  01:38 PM           188,049 Mar2015WinbackP15.csv
11/14/2016  01:40 PM           170,868 Mar2015WinbackP16.csv
11/14/2016  01:39 PM           159,828 Mar2015WinbackP17.csv
11/14/2016  01:37 PM           150,678 Mar2015WinbackP19.csv
11/14/2016  01:40 PM           147,350 Mar2015WinbackP20.csv
11/14/2016  01:39 PM           140,658 Mar2015WinbackP21.csv
11/14/2016  01:37 PM           136,526 Mar2015WinbackP22.csv
11/14/2016  01:39 PM           132,203 Mar2015WinbackP23.csv
11/14/2016  01:34 PM            34,790 Mar2015Winbackp9.csv
11/14/2016  01:39 PM           204,822 Mar2015WinbackPartB.csv
11/14/2016  01:34 PM           424,397 Mar2015_Winback.csv
11/14/2016  01:37 PM           475,446 Mar2015_WinbackP2.csv
11/14/2016  01:35 PM           403,190 Mar2015_WinbackP3.csv
11/14/2016  01:40 PM           347,311 Mar2015_WinbackP4.csv
11/14/2016  01:39 PM           311,240 Mar2015_WinbackP5.csv
11/14/2016  01:37 PM           284,229 Mar2015_WinbackP6.csv
11/14/2016  01:38 PM           266,179 Mar2015_WinbackP7.csv
11/14/2016  01:35 PM           251,305 Mar2015_WinbackP8.csv
11/14/2016  01:30 PM             4,649 Mar2015_WinbackSpanish.csv
11/10/2016  03:37 PM             8,217 Marco Passanante Blast 3 24 2015 Results.csv
11/10/2016  03:42 PM            26,001 Mark Powell Downline Winback and Neon.csv
11/10/2016  03:42 PM             2,055 Mark Powell Neon Only .csv
11/10/2016  03:37 PM             4,169 Matt Parr NST Blast Results 3 24 2015.csv
11/10/2016  03:37 PM             4,438 MattParrNSTBlast2Results.csv
11/14/2016  01:38 PM           802,944 May2015_Winback.csv
11/14/2016  01:39 PM           740,968 May2015_WinbackP2.csv
11/14/2016  01:40 PM           592,004 May2015_WinbackP3.csv
11/14/2016  01:36 PM           488,478 May2015_WinbackP4.csv
11/14/2016  01:36 PM           414,314 May2015_WinbackP5.csv
11/14/2016  01:34 PM           363,508 May2015_WinbackP6.csv
11/14/2016  01:34 PM           334,735 May2015_WinbackP7.csv
11/14/2016  01:37 PM           299,102 May2015_WinbackP8.csv
11/14/2016  01:30 PM            13,252 May2015_WinbackSpanish.csv
11/10/2016  03:37 PM             3,227 Mike Gehart NST Blast Results 3 24 2015.csv
11/10/2016  03:37 PM             4,174 MikeGehart2 Results.csv
11/10/2016  03:42 PM            16,325 MonaMieras _WinBack_Jan2015 Results.csv
11/14/2016  01:32 PM            76,986 NeedViBites_PurchaseASRefiltered_11_3_2014.csv
11/14/2016  01:32 PM           156,540 NeedViBites_PurchaseAS_10_24_2014.csv
11/14/2016  01:33 PM           140,476 Neon Points Balance US English 5 21 2015.csv
11/14/2016  01:33 PM           103,919 Neon Points Balance US English 5 21 2015P2.csv
11/14/2016  01:33 PM            69,256 Neon Points Balance US English 5 21 2015P3.csv
```

```
11/14/2016  01:33 PM         48,979 Neon Points Balance US English 5 21 2015P4.csv
11/14/2016  01:33 PM         35,230 Neon Points Balance US English 5 21 2015P5.csv
11/14/2016  01:30 PM          2,823 NeonPointsBalanceUSSpanish_5 21 2015.csv
11/14/2016  01:30 PM          1,930 NeonPointsBalanceUSSpanish_5 21 2015P2.csv
11/14/2016  01:33 PM         82,195 NewCustomerList_US_CA_.csv
11/14/2016  01:33 PM        125,396 NewCustomersUSCA_Aug17_26_2015.csv
11/14/2016  01:31 PM        153,384 NewPromoters-Dec14 NST Registration.csv
11/14/2016  01:30 PM          9,261 Nov2014WinbackSpanish.csv
11/14/2016  01:34 PM        498,576 Nov2014_Winback.csv
11/14/2016  01:35 PM        469,221 Nov2014_WinbackP2.csv
11/14/2016  01:36 PM        401,205 Nov2014_WinbackP3.csv
11/14/2016  01:39 PM        366,604 Nov2014_WinbackP4.csv
11/14/2016  01:40 PM        323,951 Nov2014_WinbackP5.csv
11/14/2016  01:39 PM        298,255 Nov2014_WinbackP6.csv
11/14/2016  01:37 PM        253,738 Nov2014_WinbackP7.csv
11/10/2016  03:34 PM         21,329 NST Blast List for Patty_RachelResults.csv
11/14/2016  01:32 PM          9,021 NSTRegionalLeaderBoard 3 19 2015.csv
11/14/2016  01:31 PM         10,910 NutraBarNonPurchaseAmbasPres.csv
11/14/2016  01:30 PM         13,734 Oct2014WinBack.csv
11/14/2016  01:30 PM          8,621 Oct2014WinBackSpanishP2.csv
11/14/2016  01:30 PM          5,376 Oct2014WinBackSpanishP3.csv
11/14/2016  01:34 PM        752,585 Oct2014_WinBack.csv
11/14/2016  01:40 PM        152,431 Oct2014_Winback1201to3p.m.P3.csv
11/14/2016  01:40 PM          4,761 Oct2014_Winback1201to3p.m.P4.csv
11/14/2016  01:40 PM          4,067 Oct2014_Winback1201to3p.m.P5.csv
11/14/2016  01:40 PM         18,020 Oct2014_Winback301to6p.m.P3.csv
11/14/2016  01:40 PM         16,373 Oct2014_Winback301to6p.m.P4.csv
11/14/2016  01:40 PM         15,259 Oct2014_Winback301to6p.m.P5.csv
11/14/2016  01:41 PM         16,046 Oct2014_Winback601to9p.m.P4.csv
11/14/2016  01:41 PM         14,570 Oct2014_Winback601to9p.m.P5.csv
11/14/2016  01:40 PM         39,926 Oct2014_Winback9_9toNoonP4.csv
11/14/2016  01:40 PM        546,984 Oct2014_WinbackP6.csv
11/14/2016  01:38 PM        501,722 Oct2014_WinBackP7.csv
11/14/2016  01:40 PM        211,503 Oct2014_Winback_1201to3p.m..csv
11/14/2016  01:40 PM        181,683 Oct2014_Winback_1201to3p.m.P2.csv
11/14/2016  01:40 PM         13,880 Oct2014_Winback_901toMidnightP5.csv
11/14/2016  01:40 PM         99,151 Oct2014_Winback_9toNoon.csv
11/14/2016  01:40 PM         86,667 Oct2014_Winback_9toNoonP2.csv
11/14/2016  01:40 PM         60,509 Oct2014_Winback_9toNoonP3.csv
11/14/2016  01:40 PM          3,988 Oct2014_Winback_9tonoonP5.csv
11/14/2016  01:40 PM        120,139 Oct214_Winback_301to6p.m..csv
11/14/2016  01:40 PM         97,492 Oct214_Winback_301to6p.m.P2.csv
11/14/2016  01:40 PM        207,646 Oct214_Winback_601to9p.m..csv
11/14/2016  01:41 PM         19,166 Oct214_Winback_601to9p.m.P2.csv
11/14/2016  01:41 PM         17,694 Oct214_Winback_601to9p.m.P3.csv
11/14/2016  01:40 PM         19,276 Oct214_Winback_901toMidnight.csv
```

```
11/14/2016  01:40 PM            14,986 Oct214_Winback_901toMidnightP2.csv
11/14/2016  01:40 PM            14,490 Oct214_Winback_901toMidnightP3.csv
11/14/2016  01:41 PM            14,492 Oct214_Winback_901toMidnightP4.csv
11/14/2016  01:34 PM            50,933 October19thDeclineExpiredandInvalid.csv
11/14/2016  01:29 PM           664,686 Press1 Fuel Sept19th.csv
11/14/2016  01:29 PM           854,472 Press1FuelNovember.csv
11/14/2016  01:32 PM            24,472 ProductCredit_July8th.csv
11/14/2016  01:31 PM            10,654 PromotersWithin30Days_NoRisingStar_10_27_2014.csv
11/14/2016  01:33 PM            23,670 PuertoRicoOrderingPromotersOctPQV_2014.csv
11/14/2016  01:43 PM           225,581 Q12013VM 11to3 on 11 21 2014.csv
11/14/2016  01:43 PM           661,219 Q12013VM 301 to midnight on 11 21 2014.csv
11/14/2016  01:43 PM           128,818 Q12013VM 301 to Midnight on 11 26 2014.csv
11/14/2016  01:43 PM           134,127 Q12013VM 301pm to midnight on 11 24 2014.csv
11/14/2016  01:43 PM           104,646 Q12013VM 8 am to 3pm on 11 24 2014.csv
11/14/2016  01:43 PM           316,948 Q12013VM12to3_11_18_2014.csv
11/14/2016  01:43 PM            96,998 Q12013VM301pmtoMidnight on 11 1 2014.csv
11/14/2016  01:43 PM           150,869 Q12013VM301pmtoMidnight on 11 25 2014.csv
11/14/2016  01:43 PM           271,639 Q12013VM301pmtoMidnight on 11 28 2014.csv
11/14/2016  01:43 PM           583,446 Q12013VM301pmtoMidnight_On11_21_2014P2.csv
11/14/2016  01:43 PM           124,904 Q12013VM301pmtoMidnight_On11_25_2014P2.csv
11/14/2016  01:43 PM           114,641 Q12013VM8amto3pm on 11 25 2014.csv
11/14/2016  01:43 PM           222,050 Q12013VM8amto3pm on 11 26 2014.csv
11/14/2016  01:43 PM            60,912 Q12013VM8amto3pm on 11 28 2014.csv
11/14/2016  01:43 PM           361,877 Q12013VM8amto3pm on 12 1 2014.csv
11/14/2016  01:43 PM            90,977 Q12013VM8amto3pm_On11_25_2014P2.csv
11/14/2016  01:43 PM           195,157 Q12013VM8amto3pm_On11_26_2014P2.csv
11/14/2016  01:43 PM           463,549 Q12013VM900amto300pm_12_4_2014.csv
11/14/2016  01:43 PM           418,779 Q12013VM900amto300pm_on12_4_2014p2.csv
11/14/2016  01:43 PM           515,464 Q12013VM_12to6filter_11_20_2014.csv
11/14/2016  01:43 PM           118,973 Q12013VM_301pmtoMidnight_on11_24_2014P2.csv
11/14/2016  01:43 PM           524,706 Q12013VM_3to6_11_18_2014.csv
11/14/2016  01:43 PM            83,830 Q12013VM_8amto3pm_On11_24_2014P2.csv
11/14/2016  01:43 PM           489,398 Q12013Winback5001to141kP3_12_5_2014.csv
11/14/2016  01:43 PM           431,273 Q12013Winback5001to141Kp4.csv
11/14/2016  01:43 PM         5,734,146 Q12013_Winback.csv
11/14/2016  01:43 PM         3,881,216 Q12013_Winback5001to141K.csv
11/14/2016  01:43 PM         1,054,745 Q12013_Winback5001to141kP2.xls
11/14/2016  01:43 PM           373,261 Q12013_Winback5001to141kP5.csv
11/14/2016  01:43 PM         2,103,159 Q12013_Winback50K.csv
11/14/2016  01:40 PM         3,944,441 Q12014Winback.csv
11/14/2016  01:45 PM         2,238,366 Q22013_1to75k.csv
11/14/2016  01:44 PM         1,847,261 Q22013_1to75KVoicemails.csv
11/14/2016  01:45 PM         1,001,521 Q22013_1to75KVoicemailsP10.csv
11/14/2016  01:45 PM         1,277,289 Q22013_1to75KVoicemailsP11.csv
11/14/2016  01:44 PM         1,784,295 Q22013_1to75KVoicemailsP2.csv
11/14/2016  01:44 PM         1,663,025 Q22013_1to75KVoicemailsP3.csv
```

```
11/14/2016  01:45 PM         1,460,331 Q22013_1to75KVoicemailsP4.csv
11/14/2016  01:45 PM           273,169 Q22013_1to75KVoicemailsP4B.csv
11/14/2016  01:45 PM         1,449,477 Q22013_1to75KVoicemailsP5.csv
11/14/2016  01:45 PM         1,307,131 Q22013_1to75KVoicemailsP6.csv
11/14/2016  01:45 PM         1,190,326 Q22013_1to75KVoicemailsP7.csv
11/14/2016  01:44 PM         1,096,266 Q22013_1to75KVoicemailsP8.csv
11/14/2016  01:44 PM         1,044,505 Q22013_1to75KVoicemailsP9.csv
11/14/2016  01:44 PM           239,854 Q22013_1to75K_NuisanceCallsP2.csv
11/14/2016  01:44 PM           196,225 Q22013_1to75K_NuisanceCallsP3.csv
11/14/2016  01:45 PM         3,246,284 Q22013_75Kto148K.csv
11/14/2016  01:45 PM           293,634 Q2_2013_1to75k_NuisanceCalls.csv
11/14/2016  01:44 PM         3,557,621 Q32013.csv
11/14/2016  01:44 PM         4,409,244 Q32013P2.csv
11/14/2016  01:44 PM         4,015,220 Q32013P3.csv
11/14/2016  01:44 PM         3,690,832 Q32013P4.csv
11/14/2016  01:44 PM         3,507,616 Q32013P5.csv
11/14/2016  01:44 PM         3,021,376 Q32013P6.csv
11/14/2016  01:44 PM         2,777,836 Q42013_JantoDecEasternandCentralTime.csv
11/14/2016  01:44 PM         3,351,687 Q42013_JantoDecEasternandCentralTimeP2.csv
11/14/2016  01:44 PM         2,751,422 Q42013_JantoDecEasternandCentralTimeP3.csv
11/14/2016  01:44 PM         2,446,804 Q42013_JantoDecEasternandCentralTimeP4.csv
11/14/2016  01:44 PM         2,260,195 Q42013_JantoDecEasternandCentralTimeP5.csv
11/14/2016  01:44 PM         2,576,264 Q42013_JantoDecEasterntoHawaiiP5.csv
11/14/2016  01:44 PM         2,234,989 Q42013_JantoDecEasterntoHawaiiP6.csv
11/14/2016  01:44 PM         2,053,666 Q42013_JantoDecEasterntoHawaiiP7.csv
11/14/2016  01:44 PM         1,920,467 Q42013_JantoDecEasterntoHawaiiP8.csv
11/14/2016  01:44 PM         1,802,544 Q42013_JantoDecEasterntoHawaiiP9.csv
11/14/2016  01:44 PM           424,680 Q42013_JantoDecMountaintoHawaii.csv
11/14/2016  01:44 PM           456,167 Q42013_JantoDecMountaintoHawaiiP2.csv
11/14/2016  01:44 PM           399,364 Q42013_JantoDecMountaintoHawaiiP3.csv
11/14/2016  01:44 PM           346,684 Q42013_JantoDecMountaintoHawaiiP4.csv
11/14/2016  01:44 PM           316,124 Q42013_JantoDecMountaintoHawaiiP5.csv
11/10/2016  03:34 PM            15,766 Racheal NST Blast Results.csv
11/10/2016  03:30 PM           107,278 RST Charlotte 2015.csv
11/14/2016  01:38 PM           282,072 SeptfinalEIDp2.csv
11/10/2016  03:42 PM             1,602 Stewart active pros PQV 125+ results.csv
11/10/2016  03:38 PM           162,962 Tina D Lewis Back Office Neon Sales.csv
11/14/2016  01:33 PM            80,453 UnUsed 3ff Points 6 23.csv
11/14/2016  01:33 PM            55,063 UnUsed 3ff Points 6 23P2.csv
11/14/2016  01:33 PM            61,438 UnUsed 3ff Points 6.8.csv
11/14/2016  01:33 PM            38,221 UnUsed 3ff Points 6.8P2.csv
11/14/2016  01:33 PM            23,424 UnUsed 3ff Points 6.8P3.csv
11/14/2016  01:33 PM           106,409 UnUsed 3ff Points 8 11 2015.csv
11/14/2016  01:33 PM           136,161 UnUsed 3ff Points 9 23 2015.csv
11/14/2016  01:32 PM           116,563 US1and2_NewCustomers_11_20_2014.csv
11/14/2016  01:31 PM         1,457,263 US_Canada_FuelKit_Upgrade5thAS.csv
```

```
11/14/2016  01:31 PM            7,425 US_ViDefy_Autoship_CustomerandPromoters.csv
11/14/2016  01:29 PM          316,127 Vitality Registration Press 1 Call List P2.csv
11/14/2016  01:29 PM          257,758 Vitality Registration Press 1 Call List P3.csv
11/14/2016  01:29 PM          379,725 Vitality Registration Press 1 Call List.csv
11/14/2016  01:29 PM            1,586 Vitality Registration Press 1 No Answer Voice mail.csv
11/14/2016  01:29 PM            1,158 Vitality Registration Press 1 No Answer VoicemailP2.csv
11/14/2016  01:31 PM            4,788 WhoReferredYou_9_29_2015.csv
11/14/2016  01:40 PM          598,717 Winback2nd attempt_10_3_2014.csv
11/14/2016  01:35 PM          403,010 Winback2ndattemptP2_10_7_2014.csv
11/14/2016  01:37 PM          442,153 Winback2ndattemptP3_10_13_2014.csv
11/14/2016  01:37 PM          336,804 Winback2ndattemptP4_10_9_2014.csv
11/14/2016  01:37 PM          311,734 Winback3rdattemptP2_10_11_2014.csv
11/14/2016  01:40 PM          402,544 Winback3rdattempt_10_10_2014.csv
11/14/2016  01:39 PM          392,673 Winback4thattemptP2_10_22_2014.csv
11/14/2016  01:37 PM          321,595 Winback4thattemptP3_10_23_2014.csv
11/14/2016  01:37 PM          373,731 Winback4thattemptP4_11_5_2014.csv
11/14/2016  01:34 PM          320,046 Winback4thattempt_10_20_2014.csv
11/14/2016  01:35 PM          356,198 Winback5thattemptP2_11_5_2014.csv
11/14/2016  01:40 PM          162,794 Winback5thattemptP3_11_5_2014.csv
11/14/2016  01:38 PM          339,630 Winback5thattemptP4_11_10_2014.csv
11/14/2016  01:35 PM          280,832 Winback5thattempt_11_5_2014.csv
11/14/2016  01:36 PM          312,652 Winback6attemptP7_11_17_2014.csv
11/14/2016  01:35 PM          300,832 Winback6thattemptP2_11_12_2014.csv
11/14/2016  01:34 PM          348,056 Winback6thattemptP3_11_13_2014.csv
11/14/2016  01:34 PM          269,000 Winback6thattemptP4_11_14_2014.csv
11/14/2016  01:38 PM          328,861 Winback6thattemptP5_11_14_2014.csv
11/14/2016  01:36 PM          254,257 Winback6thattemptP6_11_17_2014.csv
11/14/2016  01:34 PM          397,161 Winback6thattempt_11_11_2014.csv
11/14/2016  01:39 PM          267,931 Winback7attemptP6_12_11_2014.csv
11/14/2016  01:39 PM          310,427 Winback7thattemptp2_12_2_2014.csv
11/14/2016  01:36 PM          312,901 Winback7thattemptp3_12_2_2014.csv
11/14/2016  01:34 PM          292,551 Winback7thattemptP4_12_5_2014.csv
11/14/2016  01:40 PM          363,302 Winback7thattempt_11_22_2014.csv
11/14/2016  01:35 PM          279,548 Winback7thatttemptP5_12_8_2014.csv
11/14/2016  01:35 PM          258,177 Winback7thatttemptP6_VM_NoAnswer_Disconnect_12_16_2014.csv
11/14/2016  01:35 PM          924,812 WinbackCallBlastAug_Nov.csv
11/14/2016  01:38 PM          450,069 WinbackDecember1-31_RescheduledCalls.csv
11/14/2016  01:35 PM          336,817 WinbackDecember1-31_RescheduledCallsP2.csv
11/14/2016  01:39 PM           64,681 WinbackExpiredandInvalidSept.csv
11/14/2016  01:37 PM           11,390 WinbackExpiredandInvalidSept12.csv
11/14/2016  01:38 PM          568,526 WinbackforDec2015.csv
11/14/2016  01:35 PM          476,468 WinbackforDec2015P2.csv
11/14/2016  01:34 PM          370,728 WinbackforDec2015P3.csv
11/14/2016  01:37 PM          388,719 WinbackforNov2015.csv
11/14/2016  01:35 PM          363,319 WinbackforNov2015P2.csv
```

```
11/14/2016  01:34 PM          291,906 WinbackforNov2015P3.csv
11/14/2016  01:39 PM          259,655 WinbackforNov2015P4.csv
11/14/2016  01:37 PM          227,582 WinbackforNov2015P5.csv
11/14/2016  01:35 PM          253,242 WinbackforOct2015P6.csv
11/14/2016  01:37 PM          545,376 WinbackforSept2015.csv
11/14/2016  01:39 PM          160,623 WinbackforSept2015P10.csv
11/14/2016  01:40 PM          154,478 WinbackforSept2015P11.csv
11/14/2016  01:38 PM          148,368 WinbackforSept2015P12.csv
11/14/2016  01:37 PM          143,792 WinbackforSept2015P13.csv
11/14/2016  01:35 PM          131,570 WinbackforSept2015P14.csv
11/14/2016  01:39 PM          341,660 WinbackforSept2015P2.csv
11/14/2016  01:37 PM          278,945 WinbackforSept2015P3.csv
11/14/2016  01:35 PM          249,841 WinbackforSept2015P4.csv
11/14/2016  01:34 PM          227,045 WinbackforSept2015P5.csv
11/14/2016  01:35 PM          205,331 WinbackforSept2015P6.csv
11/14/2016  01:37 PM          188,975 WinbackforSept2015P7.csv
11/14/2016  01:40 PM          177,472 WinbackforSept2015P8.csv
11/14/2016  01:39 PM          167,705 WinbackforSept2015P9.csv
11/14/2016  01:35 PM          802,444 WinbackLastOrderDate_Sep2014.csv
11/14/2016  01:39 PM          809,418 WinbackLastOrderDate_Sep2014P2.csv
11/14/2016  01:39 PM          583,340 WinbackLastOrderDate_Sep2014P3.csv
11/14/2016  01:30 PM           15,009 WinbackLastOrderDate_Sept2014Spanish.csv
11/14/2016  01:30 PM           12,841 WinbackLastOrderDate_Sept2014SpanishP2.csv
11/14/2016  01:30 PM            9,027 WinbackLastOrderDate_Sept2014SpanishP3.csv
11/10/2016  03:42 PM            1,569 WinbackLookback_KathyHunter_Jan2015_ResultsSummary.csv
11/14/2016  01:34 PM          192,912 WinbackOct1toNov30_NonVoicemailsP2_12_8_2014.csv
11/14/2016  01:39 PM          269,515 WinbackOct1toNov30_NonVoicemails_12_5_2014.csv
11/14/2016  01:39 PM           69,590 WinbackUSLastOrderJuneP7_11_24_2014.csv
11/14/2016  01:39 PM          148,650 WinbackUSlastOrderP8_12_5_2014.csv
11/14/2016  01:35 PM          473,810 WinbackUSLastOrder_June2014AnswerMachine_11_4_2014.csv
11/14/2016  01:37 PM           59,712 WinbackUSLastOrder_June2014P2_11_4_2014.csv
11/14/2016  01:35 PM          179,237 WinbackUSLastOrder_June2014P3_11_5_2014.csv
11/14/2016  01:38 PM          228,958 WinbackUSLastOrder_June2014P4_11_7_2014.csv
11/14/2016  01:40 PM          187,647 WinbackUSLastOrder_June2014P5.csv
11/14/2016  01:38 PM          180,940 WinbackUSLastOrder_June2014P6.csv
11/14/2016  01:34 PM          184,737 WinbackUSLastOrder_June2014P6_11_13_2014.csv
11/14/2016  01:36 PM        1,432,609 WinbackUSLastOrder_June2014_10_23_2014.csv
11/14/2016  01:40 PM          117,683 WinbackUSLastOrder_JuneP10.csv
11/14/2016  01:37 PM          131,613 WinbackUSLastOrder_JuneP9.csv
11/10/2016  03:42 PM            1,555 Winback_DustinCrafts_5_5_2015Blast_ResultsSummary.csv
11/10/2016  03:42 PM           38,191 Winback_JasonOToole_6_17_2015.csv
11/10/2016  03:42 PM           37,182 Winback_JasonOToole_6_17_2015P2.csv
11/14/2016  01:36 PM          418,136 Winback_LastorderDate_Sep2014P4.csv
```

```
11/14/2016  01:35 PM           372,670 Winback_LastorderDate_Sep2014P5.csv
11/14/2016  01:34 PM           341,649 Winback_LastorderDate_Sep2014P6.csv
11/10/2016  03:42 PM           107,350 WinBack_MojosLegacy_Nebraska.csv
             406 File(s)    214,491,988 bytes
```