# TRIAL EXHIBIT 50

1) Start with an Excel report of the information you need relating to the contacts you want to make.  You will want to include headers in the document to sort the information before loading it into Avaya.

These are the headers that you will want to include.

A/S Day, Order Total ($), Customer/Promoter ID#, Email, Language, First Name, Last Name, Customer Type (uPreferred/promoter), State, Country, Area Code, Phone Number, Time Zone, Troy Offset, Reason

You must be sure to have each of these categories even if you name them something different.  Ex:  You must have area code and phone number as separate columns.  If you put them into one column, Avaya will not recognize the number and it will come back as invalid.  The same goes for name.  You must have separate columns for first and last name and not one column for both.

You must make sure to go through each column to look for inconsistencies or errors.  This will help you later when loading the campaign through Avaya.  Also, some errors will prevent you from being able to load the campaign if not fixed in Excel prior to that stage.

Once your spreadsheet is formatted and filtered correctly it is time to save the document.

**THIS IS VERY IMPORTANT**

**Save the document as a "CSV (comma delimited)"**

If you save it any other way, Avaya will not recognize it.


2) Open Avaya Contact Center Manager

Click on "Launchpad" at the top of the screen.  Then, click "Outbound."

On the left side of the page, you will see "CCMM."   Click this to launch the Outbound client.


3) Choose the option on the left side of the screen "Create and Append."  This will open a new screen.

Click on the "Campaign Settings Tab"

Click "Start Configuring New Campaign

    This will give you 2 options
        1) Create new campaign
        2) Create using previous campaign settings
            We use option 2 and then choose the name of a past campaign from which you would like to use the settings for.



3:15-cv-01857

50

4) While still in the "Campaign Settings" tab, give a Name and Description to the campaign.

5) Choose a Campaign Start Date and Time

   This will give you 2 options
      1) Start Immediately
      2) Start at – Date – Time (This option allows you to choose when to start the campaign if you do not want it to start immediately)

6) Call Priority – Set a number to identify the priority of the campaign.
      If you are only running 1 campaign, this will not matter.  In that case, set the priority to 10, which is the lowest. Otherwise, prioritize as needed.

7) Agent Desktop Script – Choose the appropriate script for your campaign.

8) Click on "Additional Options" (can be found on the right side, middle of the screen

   A) Dialer Settings – 3 options
      1) Manual Agent Dial
      2) Auto Dial Immediately (Progressive)
      3) Auto Dial After (Seconds) [insert time] - *If you choose this option, the time you choose must match a selection you will make in the next selection.

   B) Dialer Misc.
      1) Enable Minimum Dial Time Seconds - *This is the number that must match the number from step above.
      2) Trunk Access Code – Insert the number that will dial before the area code. Ex. For domestic calls "91"

   C) Custom Fields – Make all the fields that were used as headers in the Excel spreadsheet can be found in this list.  If not, "Add" them.

   D) Misc. Additional Options
      1) "Campaign End Date and Time" – Enable if applicable
      2) "Campaign Dialing Hours"
         Using the drop down box, select "Use Customers Time Zone"
         Start Time = 8:00 AM
         End Time = 9:00 PM
      3) "Disposition Codes"
         Put a check in the box to all dispositions you would like to use for your campaign.

9) Click on the "Call Settings" tab at the top of the page

       A) Click Import Call Data -> Import Data Source -> Import from Text File -> Next -> Select our Excel File -> Next
       B) Field Delimiter = "Character ,"
        C) Enable Record Selection = YES
            Start Record = 1
            End Record = "X" total number of contacts. This number can be found below. "X" Records in file (Data Preview Below). Make sure X=X
       D) Click Next

10) Map the File Fields to the OCMT Fields – Here you will drag and drop the Field # to the corresponding OCMT Field.  You can use the window below the mapping field to make sure every column has a header.
       *No need to label the field that corresponds with State
     -> Finish
        "Data in selected rows may not have imported correctly as file format not constant" -> OK

11) You are now back in the "Call Settings" tab.  If there are any contacts with a red mark next to them, select "Delete Checked Calls."  This is caused by a formatting error in Excel.

12) Click "Skillset Assignment" Tab, found on bottom of screen.

| "Attach This Skillset to Rows… | Where… | This Field is… | Equal to" |
|---|---|---|---|
| Choose the skillset name that matches the campaign name you will use in Contact Manager | | Choose any empty column Ex: INTL CODE | Leave Blank |

*Make sure the check the box next to "Only update Empty Rows"

   -> Update -> Continue -> OK

13) Time Zone Tab (on bottom)
     Check the box next to "Use my time zone."  This will run a time zone verification test.

14) Campaign Activation Tab -> Create Campaign
     Click "OK" to fix any errors.  If any calls fail validation, click "Delete Checked Calls"
        Campaign Activation Tab -> Create Campaign

15) You campaign is now created and should be loading.
     A) Click "Modify Campaign" on the left
     B) Make sure there is a green circle next to the campaign you just created
     C) Pause or cancel other campaigns if needed