Joshua M. Sasaki, P.C., OSB No. 964182
josh.sasaki@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower, 111 S.W. Fifth Ave
Portland, OR 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

Benjamin G. Shatz (pro hac vice)
bshatz@manatt.com
Christine M. Reilly (pro hac vice)
creilly@manatt.com
John W. McGuinness (pro hac vice)
jmcguinness@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224

Attorneys for Defendant
ViSalus, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| LORI WAKEFIELD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VISALUS, INC., a Nevada corporation,<br><br>Defendant. | No. CV No. 3:15-cv-01857-SI<br><br>**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO NOVEMBER 12 TO FILE REPLIES FOR THE THREE PENDING POST-JUDGMENT MOTIONS:<br>(1) DEFENDANT'S REPLY SUPPORTING NEW TRIAL/JMOL MOTION; (2) PLAINTIFF'S REPLY SUPPORTING CLASS NOTICE PROPOSAL; AND (2) PLAINTIFF'S REPLY SUPPORTING ATTORNEYS' FEES & INCENTIVE AWARD** |

## LOCAL RULE 7-1 CERTIFICATION

Counsel for Defendant ViSalus and Counsel for Plaintiff Wakefield have conferred and agree to the extensions requested here.

## UNOPPOSED MOTION FOR EXTENSIONS OF TIME

Currently pending is ViSalus's renewed motion for judgment as a matter of law and new trial (Dkt. 395), for which the reply is currently due October 29, 2020. On October 26, ViSalus requested that Plaintiff agree to an extension to November 12, 2020, and Plaintiff's counsel so agreed.

Also currently pending are Plaintiff's motion for attorneys' fees and an incentive award (Dkt. 388) and Plaintiff's motion for approval of post-judgment notice plan and claims procedure (Dkt. 396). Plaintiff's replies supporting these motions are currently due November 5, 2020. On October 26, Plaintiff requested that this be extended to November 12, to which ViSalus's counsel agreed.

Good cause exists for these extensions to allow the parties to address the numerous issues raised in these motions. These extensions will not impact other existing deadlines and are not sought for purposes of delay.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 26, 2020 | MANATT, PHELPS & PHILLIPS, LLP |
|  | By *s/Benjamin G. Shatz* |

Christine M. Reilly (pro hac vice)
creilly@manatt.com
Benjamin G. Shatz (pro hac vice)
bshatz@manatt.com
John W. McGuinness (pro hac vice)
jmcguinness@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Tel: 310.312.4000 Fax: 310.312.4224

MILLER NASH GRAHAM & DUNN LLP
Joshua M. Sasaki, P.C., OSB No. 964182
josh.sasaki@millernash.com
Nicholas H. Pyle, OSB No. 165175
nicholas.pyle@millernash.com
Tel: 503.224.5858 Fax: 503.224.0155

Attorneys for Defendant ViSalus, Inc.

326945688.2