# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

March 21, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re: ViSalus, Inc.
   v. Lori Wakefield, Individually and on Behalf of All Others Similarly Situated
   No. 22-920
   (Your No. 21-35201)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 17, 2023 and placed on the docket March 21, 2023 as No. 22-920.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst