| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON<br><br>*Wakefield v. ViSalus, Inc.*, Case No. 3:15-cv-01857 (D. Ore.)<br><br>**You Can File A Claim For Payment From ViSalus, Inc. For Illegal Telemarketing Calls.**<br><br>XXX | *Wakefield v. ViSalus*<br>Claims Administrator<br>P.O. Box 0000<br>City, ST 00000-0000<br><br><br>Postal Service: Please do not mark barcode<br><br>XXX—«ClaimID»    «MailRec»<br><br>«First1» «Last1»<br>«C/O»<br>«Addr1»  «Addr2»<br>«City», «St»  «Zip» «Country»<br><br>By Order of the Court Dated: [date] | First-Class<br>Mail<br>US Postage<br>Paid<br>Permit #__ |
|---|---|---|

**VISALUS PRERECORDED MESSAGES CLAIM FORM**

THIS CLAIM FORM MUST BE SUBMITTED ONLINE OR POSTMARKED BY [CLAIMS DEADLINE] AND MUST BE FULLY COMPLETED AND SIGNED. ~~YOU MUST CHECK AT LEAST ONE BOX BELOW IN ORDER TO RECOVER FROM THIS LAWSUIT.~~

Telephone Number: <<Phone No.>> (our records show this is the number that received the illegal calls)

Instructions: Fill out each section of this form, check the box that applies to you, and sign where indicated. The telephone number above will be checked with ViSalus's records and the jury's verdict to determine how many times you were called with a prerecorded voice and the amount of your award.

Name (First, M.I., Last): _____  _____  _____

Street Address: _____

City: _____  State: ____ ____  Zip Code: ____ ____ ____ ____ ____

Email Address (optional): _____

Contact Phone #: ( ___ ___ ___) ___ ___ ___ – ___ ___ ___ ___  (You may be contacted if further information is required.)

<u>Claim Affirmation</u>: By submitting this Claim Form, I declare under penalty of perjury <u>under the laws of the United States</u> that I received one (1) or more telephone calls with a prerecorded voice from ViSalus at the telephone number listed above and that (select one):
• this number is (or was) a landline that is (or was) used primarily for~~as a~~ residential, and not business, purposes~~telephone~~; or
• this number is (or was) a cellular line.

Signature: _____  Date: ___ ___/ ___ ___/ ___ ___

Print Name: _____

The Settlement Administrator will review your Claim Form, if accepted you will be mailed a check for a *pro rata* share depending on the number of valid claim forms received. This process takes time, please be patient.

Questions? Visit www.[website].net or call [toll free number]

*A court has directed that this notice be provided to you. You are not being sued or asked to pay money.*

Telephone Number: <<Phone No.>>

**What is this case about?**: In 2015, a class action lawsuit was filed against ViSalus, Inc.("ViSalus" or "Defendant")—a multi-level marketing company that sells weight-loss products and dietary supplements—claiming it placed illegal prerecorded telemarketing calls, including to the phone number listed above. The lawsuit is known as *Wakefield v. ViSalus, Inc.*, No. 3:15-cv-01857 (D. Ore.). The Court previously certified a class of individuals who received these calls and you received notice of the case because your telephone number appeared in Defendant's records as someone who may have received the calls at issue.

**Why am I getting this notice now?**: A trial took place in April 2019, and a jury found that ViSalus is liable for placing 1,850,436 illegal calls to certain telephone numbers. The Court ordered ViSalus to pay $500 per call for a total amount not to exceed $925,218,000. This amount may be reduced by further order of the Court. This form was mailed to you because Defendant's records and public records associated you with the phone number listed above indicate that you received a call from ViSalus and that you may be eligible for payment.

**In order to receive a payment, you must complete the attached Claim Form and return it by [Claim Deadline].** Submitting the Claim Form does not guarantee that you will receive a payment; additional processing will need to be performed to determine whether the jury's verdict includes your telephone number, whether that number was a cellular line or landline used primarily for residential, and not business, purposes, and the number of illegal calls that were placed to it. ViSalus also has the right to appeal the jury's verdict, which will delay payment.

**What are my options?**: Please also take notice that the lawyers who brought the lawsuit and represented the class at trial have requested a fee of $231,304,500, which is 25% of the maximum judgment in the case. You have the right to object to this request. You can both submit a Claim Form and object to the fee request. You can get a copy of the motion for attorneys' fees on the Case Website, www.ViSalusPrerecordedMsgClassAction.com, or call the Claims Administrator at 1-844-200-9302. Objections to this fee request must be in writing, signed, provide the reasons for the objection, and be filed with the Court in the case captioned above **before [Objection Deadline]**. Do not call the Court, ViSalus, or the attorneys for ViSalus.

**How do I get more information?**: www.ViSalusPrerecordedMsgClassAction.com contains several court documents that contain additional information about the case, including the prior court-approved notice documents. It will be updated with the most current information about the claims process. You may also write with questions to *Wakefield v. ViSalus* Class Action Administrator, P.O. Box 404041, Louisville, KY 40233-4041. You can call the Class Action Administrator at 1-

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

*Wakefield v. ViSalus* Claims Administrator
c/o [Claims Administrator]
PO Box 0000
City, ST 00000-0000

XXX

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

# You May Be Eligible To File A Claim For Payment From ViSalus, Inc. For Illegal Telemarketing Calls.

*A Federal Court authorized this notice. You are <u>not</u> being sued. This is <u>not</u> a solicitation from a lawyer.*

- In 2015, a class action lawsuit was filed against ViSalus, Inc. ("ViSalus" or "Defendant")—a multi-level marketing company that sells weight-loss products and dietary supplements—claiming it placed illegal prerecorded telemarketing calls, including to the phone number listed above. The lawsuit is known as *Wakefield v. ViSalus, Inc.*, No. 3:15-cv-01857 (D. Ore.).

- A trial took place in April 2019, and a jury found that ViSalus is liable for placing 1,850,436 illegal calls to certain telephone numbers. The Court ordered ViSalus to pay $500 per call for a total judgment of up to $925,218,000.

- Your legal rights are affected whether you act or do not act. You have a choice to make now:

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT: | |
|---|---|
| **SUBMIT A CLAIM FORM** | Submit a completed Claim Form on or before [Claim Deadline] in order to request your share in the judgment. Further claims processing will determine your share. |
| **DO NOTHING** | If you did not ask to be excluded before June 21, 2018, then you have given up any rights to separately sue Defendant about the same legal claims in this lawsuit. If you do not submit a Claim Form, then you may be giving up your right to receive any payment. |
| **OBJECT** | Write to the Court if you don't agree with the $231,304,500 in amount of attorneys' fees requested by Class Counsel or the $50,000 incentive award requested by the Class Representative on or before [Objection Deadline]. |

- These rights and options are explained in this Notice.

## BASIC INFORMATION

### 1. Why was this Notice issued?

The Court authorized this Notice to inform you that a judgment has been entered in a lawsuit in which you may be a class member and that you have the right to file a Claim Form for your share of the judgment and /or object to the amount of attorneys' fees requested by Class Counsel and the incentive award requested by the Class Representative. You may have already received notice of the case when the Court allowed, or "certified," it as a class action lawsuit. You received notice of the certified "Class" if your telephone number appeared in Defendant's records, making you as someone someonewho the lawsuit may affect. You have legal rights and options that you may exercise in this case, as described below. Judge Michael H. Simon of the United States District Court for the District of Oregon is overseeing this class action.

### 2. What is this lawsuit about?

This lawsuit claims that ViSalus promoted its products and services by causing prerecorded telephone calls to be made. The lawsuit also claims that, through this conduct, ViSalus violated the federal Telephone Consumer Protection Act ("TCPA") because consumers did not provide prior consent to receive these calls. The lawsuit is known as *Wakefield v. ViSalus, Inc.*, No. 3:15-cv-01857 (D. Ore.).

### 3. What is a class action and who is involved?

In a class action, one or more people called "Class Representatives" (in this case, Lori Wakefield) sue on behalf of a group of people who have similar claims. The people together are a "Class" or "Class Members." The individual who sues—and all the Class Members like them—is called the Plaintiff. The company they sue (in this case ViSalus, Inc.) is called the Defendant. In a class action, the Court resolves the issues for all Class Members, except for those who exclude themselves from the Class.

### 4. Why is this lawsuit a class action?

The Court decided that this lawsuit can be a class action because it meets the requirements of Federal Rule of Civil Procedure 23, which governs class actions in federal courts. Specifically, the Court found that:

- There are legal questions and facts that are common to the Class Members;
- Lori Wakefield's claims are typical of the claims of the rest of the Class;
- Ms. Wakefield, and the lawyers from Edelson PC representing the Class, will fairly and adequately represent the Class's interests;
- The common legal questions and facts outweigh questions that affect only individuals; and
- This class action will be more efficient than having many individual lawsuits.

More information about why the Court is allowing this lawsuit to be a class action is in the Court's Order and Opinion, which is available in the "Court Documents" section of this website.

## THE CLAIMS IN THE LAWSUIT

### 5. What does the lawsuit complain about?

This lawsuit claims that ViSalus promoted its products and services through prerecorded telephone calls made to consumers nationwide.

Plaintiff claims that, by causing these prerecorded calls to be made, Defendant violated the federal Telephone Consumer Protection Act because consumers did not consent to receive these prerecorded calls. You can read a copy of the Plaintiff's First Amended Class Action Complaint in the "Court Documents" section of the Case Website.

### 6. How did ViSalus answer?

ViSalus denied that it did anything wrong or violated any law. You can read Defendant's Answers to Plaintiff's First Amended Class Action Complaint in the "Court Documents" section of the Case Website.

### 7. Did the Class win the case?

A trial took place in April 2019, and a jury found that ViSalus is liable for placing 1,850,436 illegal calls to certain telephone numbers. The Court ordered ViSalus to pay $500 per call for a total amount of up to $925,218,000. This amount may be reduced by further order of the Court. Class members must submit a Claim Form to receive payment, and possibly further information upon request to overcome ~~these~~ individualized challenges to their claims.

## WHO IS IN THE CLASS?

### 8. How do I know if I am in the Class?

The Court certified a Class on behalf of individuals in the United States who received a prerecorded telephone call (i.e., a call containing a prerecorded message or using a robotic voice) made—without prior written consent—by or on behalf of ViSalus to promote its products or services.

You may be part of the Class if you received one of these calls and any of the following is also true:

- Your information appeared in Defendant's records, in which case you would have likely received an email or postcard from the *Wakefield v. ViSalus* Class Action Administrator; or
- Even if you did not receive an email notifying you of this action, you may still be part of the Class if your number appears in Defendant's records.
- You must also not have requested to be excluded from the class after receiving the initial notice that the case was certified as a class action.

### 9. What if I'm still not sure if I am included?

If you are still not sure whether you are included, you can call the *Wakefield v. ViSalus* Class Action Administrator at 1-844-200-9302. Or you can get free help by ~~calling~~ contacting the lawyers in this case ~~at the phone number~~ listed in question 16.

## HOW MUCH MONEY IS AT STAKE?

### 10. What does the judgment mean?

The judgment provides recovery for the Class of $500 per call made in violation of the TCPA, for an aggregate amount not to exceed $925,218,000. Each Class Member who submits a complete Claim Form on or before the Claim Deadline and who received one or more of the 1,850,436 illegal calls counted by the jury (which will be determined after the Claims Administrator processes the Claim Form) will be entitled to a payment amount of $500 per call, unless the sum of the amounts of awarded claims, the costs of notice and administration, any incentive award to Ms. Wakefield, and the amount of attorneys' fees awarded exceed $925,218,000. In that event, Class Members will be entitled to a prorated amount per call based on the amount of the judgment remaining after the payment of the costs of notice and administration, any incentive award to Ms. Wakefield, and the amount of attorneys' fees awarded.

If ViSalus does not have $925,218,000 to pay the judgment, a smaller judgment fund may become available. Class Members would still be entitled to a prorated amount per call based on the amount of the judgment remaining after the payment of the costs of notice and administration, any incentive award to Ms. Wakefield, and the amount of attorneys' fees awarded. The Case Website will be updated with any new developments ~~on~~ if/when a smaller judgment fund becomes available.

### 11. Am I entitled to a payment as long as I am a member of the Class?

No. The Claims Administrator will process each Claim Form to determine whether the jury's verdict includes your telephone number, whether that number was a cellular line or landline used primarily for residential purposes (based on the box checked on the Claim Form), and the number of illegal calls that were placed to it. Even if your telephone number was included in the jury's verdict, your individual claim may be challenged by Defendant (e.g., on grounds that the telephone number is not a landline used primarily for residential purposes or a cellular telephone) and you may not receive your share of the judgment if you do not submit a Claim Form.

## HOW DO I COLLECT MY SHARE OF THE JUDGMENT?

### 12. How do I file a Claim?

If you want to collect your share of the judgment, you must complete and submit a Claim Form on or before [**Claim Deadline**]. You may submit a Claim Form on the Case Website, return the Claim Form attached to a notice you received in the mail, or request a Claim Form by calling the Claim Administrator at the toll-free phone number below. To be valid, a Claim Form must be completed fully and accurately (checking at least one of the boxes), signed under penalty of perjury under the laws of the United States, and submitted on time.

The current Claim Deadline is [**Claim Deadline**].

**If you provided multiple phone numbers to ViSalus and/or received phone calls to multiple phone numbers, you must submit a Claim Form for each phone number on which you received the calls.**

### 13. When will I receive my payment?

Payments will be made only after ViSalus has paid the judgment (or some smaller judgment fund amount) and the Court orders ~~for~~ the fund to be distributed. If there are appeals, resolving them can take time. If there is a bankruptcy, resolving the bankruptcy will also take time. Please be patient.

## DO I HAVE ANY OTHER OPTIONS?

### 14. What if I already excluded myself from the Class?

If you excluded yourself from the Class—which also means to remove yourself from the Class, and is sometimes called "opting out" of the Class—you cannot receive a payment from the judgment or from a settlement if one is reached. You cannot opt back into the Class at this time. You also cannot object to Class Counsel's request for

attorneys' fees or an incentive award at this time. If a settlement is reached, you will not receive direct individual notice of the settlement and you will not be bound to it or have the right to object to it.

| **15. Is it too late to exclude myself from the judgment?** |
|---|

If you did not previously request to be excluded from the Class, then you are a member of the Class and are bound by the judgment and any further orders the Court issues. This does not mean that you are required to submit a Claim Form, but you will not be able to sue ViSalus for any prerecorded telephone calls you received promoting its products or services. If you want to recover for the calls, now is the only time to do so. If a settlement is later reached, you will receive direct notice of the settlement and may have an opportunity to exclude yourself from it.

### WHO ARE THE LAWYERS REPRESENTING ME?

| **16. Do I have a lawyer in the case?** |
|---|

The Court has appointed a team of lawyers from Edelson PC and Dovel & Luner LLP to represent the Class. They are called "Class Counsel." They are experienced in handling similar class action cases. More information about these lawyers and their experience is available at ~~www.edelson.com~~www.edelson.com and www.dovel.com, respectively.

| **17. Should I get my own lawyer?** |
|---|

You do not need to hire your own lawyer because Class Counsel is working on your behalf. But, if you want to hire your own lawyer, you certainly can, but you will have to pay that lawyer yourself. For example, you can ask him or her to appear in Court for you if you want someone other than Class Counsel to speak for you.

| **18. How will the lawyers be paid?** |
|---|

Class Counsel have requested a fee of $231,304,500, which is 25% of the maximum judgment in the case, and an incentive award of $50,000 to Ms. Wakefield for her services to the class as Class Representative. You have the right to object to th~~is~~ese requests. You can both submit a Claim Form and object to th~~is~~ese requests. You can get a copy of the motion for attorneys' fees and incentive award on the Case Website or call the Claims Administrator at 1-844-200-9302. Objections to the fee and~~/or~~ incentive award requests must be in writing, signed, provide the reasons for the objection, and be filed with the U.S. District Court for the District of Oregon, *Wakefield v. ViSalus, Inc.*, Case No. 3:15-cv-01857-SI ~~in the case captioned above~~, **before [Objection Deadline]**. Do not call the Court, ViSalus, or the attorneys for ViSalus.

### GETTING MORE INFORMATION

| **19. Where do I get more information?** |
|---|

This website www.ViSalusPrerecordedMsgClassAction.com contains several Court Documents that contain additional information about the case. It will be updated with the most current information about the lawsuit as it becomes available. You may also write with questions to *Wakefield v. ViSalus* Class Action Administrator, P.O. Box 404041, Louisville, KY 40233-4041. You can call the *Wakefield v. ViSalus* Class Action Administrator at 1-844-200-9302 or Class Counsel at 1-866-354-3015, if you have any questions. Before doing so, however, please read this full Notice carefully.

To:
From: Class Action Administrator <donotreply@WEBSITE.net>
Subject: Legal Notice: ViSalus Prerecorded Message Class Action

# You Are Eligible To File A Claim For Payment From ViSalus, Inc. For Illegal Telemarketing Calls.

*A court has directed that this notice be provided to you. You are not being sued or asked to pay money.*

Telephone Number: <<Phone No.>> (our records show this is the number that received the illegal calls)

### What is this notice about?

In 2015, a class action lawsuit was filed against ViSalus, Inc. ("ViSalus" or "Defendant")—a multi-level marketing company that sells weight-loss products and dietary supplements—claiming it placed illegal prerecorded telemarketing calls, ~~including to the phone number listed above~~. The lawsuit is known as *Wakefield v. ViSalus, Inc.*, No. 3:15-cv-01857 (D. Ore.). The Court previously certified a class of individuals who received these calls and you received notice of the case because your telephone number, listed above, appeared in Defendant's records as ~~someone who~~ receiv~~ed~~ing at least one ~~the~~ call~~s~~ at issue.

### Why am I getting this notice now?

A trial took place in April 2019, and a jury found that ViSalus is liable for placing 1,850,436 illegal calls to certain telephone numbers. The Court ordered ViSalus to pay $500 per call for a total amount not to exceed $925,218,000. This amount may be reduced by further order of the Court. This form was mailed to you because Defendant's records and public records associated you with the phone number listed above indicate that you received at least one call from ViSalus and that you may be eligible for payment.

### What do I need to do?

**In order to receive a payment, you must submit a Claim Form on or before [Claim Deadline].** You may submit your <<Link to Online Claim Form [Claim Form]>> online at the Case Website, www.ViSalusPrerecordedMsgClassAction.com or you can print it, complete it by hand, and mail it to *Wakefield v. ViSalus* Class Action Administrator, P.O. Box 404041, Louisville, KY 40233-4041. Submitting the Claim Form does not guarantee that you will receive a payment; additional processing will need to be performed to determine whether the jury's verdict includes your telephone number, whether that number was a cellular line or landline used primarily for residential, and not business, purposes, and the number of illegal calls that were placed to it. ViSalus also has the right to appeal aspects of the jury's verdict, which ~~will~~ may delay payment.

### What are my options?

Please also take notice that the lawyers who brought the lawsuit and represented the class at trial have requested a fee of $231,304,500, which is 25% of the maximum judgment in the case, and the Class Representative has requested a $50,000 incentive award. You have the right to object to th~~is~~ese request~~s~~. You can both submit a Claim Form and object to the~~se~~ ~~fee~~ request~~s~~. You can get a copy of the motion for attorneys' fees and incentive award on the Case Website~~,~~ www.ViSalusPrerecordedMsgClassAction.com, or call the Claims Administrator at 1-844-200-9302. Objections to this fee request must be in writing, signed, provide the reasons for the objection, and be filed with the U.S. District Court in Oregon, *Wakefield v. ViSalus, Inc.*, Case No. 3:15-cv-1857-SI, ~~Court in the case captioned above~~ **before [Objection Deadline]**. Do not call the Court, ViSalus, or the attorneys for ViSalus.

### How do I get more information?

www.ViSalusPrerecordedMsgClassAction.com contains several court documents that contain additional information about the case, including the prior court-approved notice documents. It will be updated with the most current information about the claims process. You may also write with questions to *Wakefield v. ViSalus* Class

Action Administrator, P.O. Box 404041, Louisville, KY 40233-4041. You can call the Class Action Administrator at 1-844-200-9302 or Class Counsel at 1-866-354-3015, if you have any questions.