**Joshua M. Sasaki, P.C.**, OSB No. 964182
josh.sasaki@millernash.com
MILLER NASH LLP
US Bancorp Tower
111 SW Fifth Ave, Ste 3400
Portland, OR 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

Lisa M. Burnett (Admitted *pro hac vice*)
lburnett@sacrowalker.com
SACRO & WALKER LLP
700 North Brand Blvd., Ste. 610
Glendale, CA 91203
Telephone: 726.201.3555
Facsimile: 818.721.9670

    Attorneys for Defendant
    Visalus, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LORI WAKEFIELD, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>VISALUS, INC.,<br><br>    Defendant. | CV No. 3:15-cv-01857<br><br>DEFENDANT'S RESPONSE TO AMENDED FEE PETITION |

    Plaintiff's amended fee petition (ECF 471) repeats verbatim large swathes of the original fee petition (ECF 388). ViSalus's objections (ECF 412) to the original petition similarly remain unchanged. In particular, while ViSalus appreciates that Plaintiff's counsel have lowered their

Page 1 -    DEFENDANT'S RESPONSE TO AMENDED FEE PETITION

request to 25% of the claimed amount, even at a response rate of 10% that works out to slightly over $23 million for a three-day jury trial, one principal brief on appeal, and assorted post-trial motion practice.  Not only is that still an outlandishly large amount, it is nearly six times Plaintiff's claimed lodestar figure, which itself admittedly uses hourly rates that are far beyond what is typical for the area.   Additionally, ViSalus questions the assertion that Plaintiff's counsel have performed over half a million dollars of additional work since the parties' originally briefing on attorney's fees.  Plaintiff's counsel submitted a principal answering brief and a citation to supplemental authorities in the Ninth Circuit and appeared at an oral argument lasting less than an hour.  Plaintiff subsequently waived her right to file a formal response to ViSalus's petition for a writ of certiorari in the U.S. Supreme Court.

## CONCLUSION

The amended fee petition, though a step in the right direction, still seeks an award that is wildly disproportionate to the amount and value of the work performed, regardless of how "excellent" Plaintiff believes it to have been.  For those reasons, ViSalus reiterates its objections.

DATED this 2nd day of August, 2024.

        SACRO & WALKER LLP

        *s/ Lisa M. Burnett*
        Lisa M. Burnett (Admitted *pro hac vice*)
        lburnett@sacrowalker.com
        700 North Brand Blvd., Ste. 610
        Glendale, CA 91203
        Telephone: 726.201.3555
        Facsimile: 818.721.9670

        Joshua M. Sasaki, P.C., OSB No. 964182
        josh.sasaki@millernash.com
        MILLER NASH LLP
        Telephone: 503.224.5858
        Facsimile: 503.224.0155

        Attorneys for Defendant ViSalus, Inc.