IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LORI WAKEFIELD, individually and on behalf of a class of others similarly situated**,<br><br>Plaintiff,<br><br>v.<br><br>**VISALUS, INC., a Nevada corporation**,<br><br>Defendant. | Case No. 3:15-cv-1857-SI<br><br>**PARTIAL FINAL JUDGMENT** |

**Michael H. Simon, District Judge.**

Based on the Court's Orders entered April 26, 2024, and October 2, 2024, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

Partial judgment is entered in favor of the Certified Class and against Defendant in the amount of $638,125.

**IT IS SO ORDERED.**

DATED this 2nd day of October, 2024.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 1 – PARTIAL FINAL JUDGMENT