FORUM LAW GROUP
Scott F. Kocher, OSB #015088
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204
Tel: 503.445.2120
Fax: 503.445.2120

EDELSON PC
Eve-Lynn J. Rapp, Cal. Bar #342892*
erapp@edelson.com
1728 16th Street
Suite 210
Boulder, CO 80302
Tel: 720.741.0076
Fax: 720.741.0081

* Admitted *pro hac vice*

*(additional counsel listed on signature page)*

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| **LORI WAKEFIELD**, individually and on behalf of a class of others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>**VISALUS, INC.**, a Nevada corporation,<br><br>        Defendant. | No. 3:15-cv-01857-SI<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |

Please take notice that Plaintiff Lori Wakefield hereby removes Benjamin Richman as counsel of record for Plaintiff and the Certified Class because Mr. Richman is no longer associated with the Edelson PC law firm. Plaintiff and the Class will continue to be represented by attorneys from Edelson PC, Dovel & Luner LLP, and Forum Law Group. *See* D. Or. L.R. 83-11(b).

                                                        Respectfully submitted,

Dated: April 10, 2025                      /s/ Eve-Lynn J. Rapp

                                                  EDELSON PC
Rafey S. Balabanian, Cal. Bar #315962*
rbalabanian@edelson.com
J. Aaron Lawson, Cal. Bar #319306*
alawson@edelson.com
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Eve-Lynn J. Rapp, Cal. Bar #342892*
erapp@edelson.com
Edelson PC
1728 16th Street
Suite 210
Boulder, CO 80302
Tel: 720.741.0076
Fax: 720.741.0081

FORUM LAW GROUP
Scott F. Kocher, OSB #015088
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204
Tel: 503.445.2120
Fax: 503.445.2120

DOVEL & LUNER, LLP
Simon Franzini, Cal. Bar #287631*
simon@dovel.com
Gregory S. Dovel, Cal. Bar #135387*
greg@dovel.com

NOTICE OF WITHDRAWAL OF ATTORNEY       1

201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Tel: (310) 656-7066
Fax: (310) 656-7069

* Admitted *pro hac vice*

*Attorneys for Plaintiff and the Class*